AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ DISTRICT OF _____

HOWARD HENRY,

        Plaintiff,

V.

WYETH PHARMACEUTICALS, INC.,
WALTER WARDROP, ANDREW SCHASCHL,
AND MICHAEL MCDERMOTT,

        Defendants.

TO: (Name and address of defendant)

Please See Attached

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

05 CV 8106

JUDGE WOOD

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Steven Morelli, Esq.
Leeds Morelli & Brown, P.C.
One Old Country Road, Ste. 347
Carle Place, NY 11514
(516) 873-9550

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

DATE    SEP 2 0 2005

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
             Date                                Signature of Server

                                                 _____
                                                 Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Name and address of defendants:

Wyeth Pharmaceuticals, Inc.
401 North Middletown Road
Pearl River, NY 10965

Walter Wardrop
401 North Middletown Road
Pearl River, NY 10965

Andrew Schaschl
401 North Middletown Road
Pearl River, NY 10965

Michael McDermott
401 North Middletown Road
Pearl River, NY 10965