UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
HOWARD HENRY,                                       :
                                                    :
                          Plaintiff,                :        **CORPORATE DISCLOSURE**
        -against-                                   :        **STATEMENT**
                                                    :
WYETH PHARMACEUTICALS, INC.,                        :        05-CV-8106 (KMW) (DFE)
WALTER WARDROP, ANDREW SCHASCHL,                    :
and MICHAEL McDERMOTT,                              :
                                                    :
                          Defendants.               :
------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant Wyeth Pharmaceuticals, Division of Wyeth ("Wyeth Pharmaceuticals") certify as follows: (1) Wyeth Pharmaceuticals is an unincorporated division of Wyeth; (2) Wyeth is a publicly traded corporation; (3) Wyeth has no parent corporations; and (4) no publicly held corporation owns 10% or more of Wyeth's stock.

Dated:   November 21, 2005
         New York, New York

                                            ORRICK, HERRINGTON & SUTCLIFFE LLP

                                            By: _____
                                                Michael Delikat (MD 1165)
                                                James H. McQuade (JM 0788)
                                                666 Fifth Avenue
                                                New York, New York  10103
                                                (212) 506-5000

                                            Attorneys for Defendant
                                            Wyeth Pharmaceuticals, Division of Wyeth

DOCSNY1:1017039.1