UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
HOWARD HENRY,

                Plaintiff,

    -against-

WYETH PHARMACEUTICALS, INC.,
WALTER WARDROP, ANDREW SCHASCHL,
and MICHAEL McDERMOTT,

                Defendants.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/12/05

STIPULATION AND ORDER

05-CV-8106 (KMW) (DFE)

    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Howard Henry ("Plaintiff") and defendant Wyeth Pharmaceuticals, Division of Wyeth ("Wyeth"), through their respective undersigned counsel, that the time for Wyeth to answer, move, or otherwise respond to the Complaint filed by Plaintiff is extended to and including December 19, 2005.

Dated: November 21, 2005

LEEDS MORELLI & BROWN, P.C.

By: _____
Steven Morelli (SM 4721)
One Old Country Road
Suite 347
Carle Place, NY 11514
Telephone: (516) 873-9550

Attorneys for Plaintiff
Howard Henry

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
Michael Delikat (MD 1165)
James H. McQuade (JM 0788)
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 506-5000

Attorneys for Defendant
Wyeth Pharmaceuticals, Division of Wyeth

SO ORDERED, N.Y., N.Y. 12-12-05

_____
KIMBA M. WOOD
U.S.D.J.

DOCSNY1:1171992.1