Michael Delikat (MD 1165)
James H. McQuade (JM 0788)
Heather A. Glatter (HG 1377)
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 506-5000

Attorneys for Defendant Andrew Schaschl

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOWARD HENRY,<br><br>        Plaintiff,<br><br>        v.<br><br>WYETH PHARMACEUTICALS, INC., WALTER WARDROP, ANDREW SCHASCHL, and MICHAEL McDERMOTT,<br><br>        Defendants. | 05-CV-8106 (KMW) (DFE)<br><br>**DECLARATION OF ANDREW SCHASCHL** |

I, Andrew Schaschl, declare:

1. I reside in Ballsbridge, Ireland (Dublin 4), and I am employed by Wyeth Pharmaceuticals, Division of Wyeth ("Wyeth") as a Senior Director of the BZA/CE-PNP Project at Wyeth's Newbridge, Ireland facility. I am named as a defendant in the above-referenced action. I make this declaration based on my own personal knowledge and in support of my motion to dismiss the Complaint.

2. I worked at Wyeth's Pearl River, New York facility until June 2004, when I transferred to Wyeth's Newbridge, Ireland facility. Since my transfer in June 2004, I have worked full time at Wyeth's Newbridge, Ireland facility, and I report to another individual who works at Wyeth's Newbridge, Ireland facility.

DOCSNY1:1178180.3

3. I no longer maintain an office at Wyeth's Pearl River facility. I currently have no plans to return to work at Wyeth's Pearl River facility.

4. I understand that Plaintiff claims to have delivered and mailed a copy of the Summons and Complaint to Wyeth's Pearl River facility. However, I never received these documents through the mail, either directly or indirectly.

Executed on December 19, 2005 at Newbridge, Ireland.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Andrew Schaschl