```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/06
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
HOWARD HENRY,

              Plaintiff,

  -against-

WYETH PHARMACEUTICALS, INC.,
WALTER WARDROP, ANDREW SCHASCHL,
and MICHAEL McDERMOTT,

              Defendants.
-------------------------------------------------------x

**STIPULATION AND ORDER**

05-CV-8106 (RCC) (DFE)

        **WHEREAS**, on December 19, 2005, Defendant Andrew Schaschl filed a motion to dismiss the Complaint, as it applies to him, for insufficiency of service of process, pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure;

        **WHEREAS**, on December 22, 2005, this case was reassigned from the Honorable Kimba M. Wood to the Honorable Richard C. Casey.

        **WHEREAS**, Plaintiff Howard Henry consents to Defendant Andrew Schaschl's motion to dismiss the Complaint, as it applies to him for insufficiency of service of process, pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure;

NOW THEREFORE, it is hereby STIPULATED, CONSENTED TO AND AGREED that Defendant Andrew Schaschl's motion to dismiss the Complaint, as it applies to him, shall be granted in its entirety.

Dated: February 1, 2006

LEEDS MORELLI & BROWN, P.C.

By: _____
Steven Morelli (SM 4721)
One Old Country Road
Suite 347
Carle Place, NY 11514
Telephone: (516) 873-9550

Attorneys for Plaintiff
Howard Henry

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
Michael Delikat (MD 1165)
James H. McQuade (JM 0788)
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 506-5000

Attorneys for Defendant
Andrew Schaschl

SO ORDERED:
_____
U.S.D.J.

February 8 2006