UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
**Howard Henry**                                              :
                                                              :
                                                              :
                          **Plaintiff(s),**                   :
                                                              :          **ORDER OF REFERENCE**
                 -against-                                    :          **TO A MAGISTRATE JUDGE**
                                                              :          06 Civ. 8106 (RCC)(DFE)
                                                              :
**Wyeth Pharmaceuticals, Inc., et al.**                      :
                          **Defendant(s).**                   :
                                                              X
------------------------------------------------------------

The above entititled action is referred to the designated Magistrate Judge for the
following purpose(s):

_____General Pretrial (includes scheduling,
discovery, non-dispositive pretrial motions, and
settlement)

_____ Specific Non-Dispositive Motion/Dispute:*

If referral is for discovery disputes when
the District Judge is unavailable, the time
period of the referral:_____

___X__Settlement

_____Inquest After Default/Damages Hearing

_____ Consent under 28
U.S.C. §636(c) for all
purposes
(including trial)

_____ Consent under 28
U.S.C.§636(c) for
limited purpose
(e.g., dispositive
motion,
preliminary
injunction)

**Purpose:**_____ _____

_____Habeas Corpus

_____Social Security

__ _____ Dispositive Motion (i.e., motion
requiring a Report and Recommendation)

**Particular**
**Motion:**_____ _____ ____

**All such motions:** _____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-11-06

* Do not check if already referred for general pretrial

**SO ORDERED**.

DATED : New York, New York
        August 11, 2006

_____
United States District Judge