```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-23-06
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
HOWARD HENRY,

                  Plaintiff,

   -against-

WYETH PHARMACEUTICALS, INC.,
WALTER WARDROP, ANDREW SCHASCHL,
and MICHAEL McDERMOTT,

                  Defendants.
------------------------------------------------------------x

**CONSENT ORDER**

05-CV-8106 (RCC) (DFE)

The briefing schedule on Defendants' motion for summary judgment shall be modified as follows:

1. Defendants' Motion for Summary Judgment shall be served on October 30, 2006;

2. Plaintiff's opposition shall be served on November 27, 2006; and

3. Defendants' reply papers shall be served on December 4, 2006.

SO ORDERED:

_____   Oct. 23, 2006
U.S.D.J.

OHS East:160105887.1