Michael Delikat (MD 1165)
James H. McQuade (JM 0788)
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 506-5000

Attorneys for Defendants
Wyeth Pharmaceuticals, a Division of Wyeth, Walter
Wardrop, and Michael McDermott

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOWARD HENRY,

    Plaintiff,

v.

WYETH PHARMACEUTICALS, INC., WALTER
WARDROP, ANDREW SCHASCHL, and
MICHAEL McDERMOTT,

    Defendants.

05-CV-8106 (RCC)(DFE)

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that upon the attached Rule 56.1 Statement of Undisputed Facts, the Declarations of James H. McQuade, John Simpson, Kirit Rokad, Kevin Costello, Max Katz, Andrew Espejo, Joanne Rose, Andrew Schaschl, Peter Bigelow, and Walter Wardrop, and all of the exhibits attached thereto, the accompanying Memorandum of Law in Support of Defendants' Motion for Summary Judgment, and all prior pleadings and proceedings herein, Defendants Wyeth Pharmaceuticals, a Division of Wyeth, Michael McDermott, and Walter Wardrop ("Defendants") will move this Court, before the Honorable Richard Conway Casey, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time convenient for the Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for an order granting Defendants' motion for summary judgment dismissing this action in its entirety.

OHS East:160107133.1

Dated:   New York, New York
         October 30, 2006

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
    Michael Delikat (MD 1165)
    James H. McQuade (JM 0788)

666 Fifth Avenue
New York, New York 10103-0001
Telephone: (212) 506-5000

Attorneys for Defendants
Wyeth Pharmaceuticals, a Division of Wyeth, Walter
Wardrop, and Michael McDermott