1
2   UNITED STATES DISTRICT COURT **COPY**
    SOUTHERN DISTRICT OF NEW YORK
3   - - - - - - - - - - - - - - - - - - - - - - - - - -x
    HOWARD HENRY,
4
                        Plaintiff,
5
            -against-            05 CV 8106
6
    WYETH PHARMACEUTICALS, INC., WALTER
7   WARDROP, ANDREW SCHASCHL, and
    MICHAEL McDERMOTT,
8
                        Defendants.
9   - - - - - - - - - - - - - - - - - - - - - - - - - -x
10                      June 12, 2006
11                      10:10 a.m.
12
13      Videotaped deposition of HOWARD A.
14  HENRY, pursuant to notice, at the offices
15  of Orrick, Herrington & Sutcliffe LLP,
16  666 Fifth Avenue, New York, New York,
17  before Gail F. Schorr, a Certified
18  Shorthand Reporter, Certified Realtime
19  Reporter and Notary Public within and for
20  the State of New York.
21
22
23
24
25

**LEGALINK**®
A MERRILL COMPANY
420 Lexington Ave
Suite 2108
New York, NY 10170
tel (212) 557-7400
tel (800) 325-3376
fax (212) 692-9171
www.merrillcorp.com

GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

HOWARD A. HENRY

10:31:49  2    Q.    Mr. Henry, are you married?

10:31:56  3    A.    Yes, sir.

10:31:57  4    Q.    Do you have any children?

10:31:58  5    A.    No, sir.

10:31:58  6    Q.    Have you been married

10:32:00  7    before?

10:32:00  8    A.    No, sir.

10:32:00  9    Q.    Can you tell me about your

10:32:01  10    educational background?

10:32:04  11    A.    How far back?

10:32:06  12    Q.    Start from high school,

10:32:07  13    please.

10:32:08  14    A.    Graduated from Cardinal

10:32:11  15    Spellman High School.  After that I

10:32:12  16    went to St. John's University and got a

10:32:15  17    degree in physical science.  After that

10:32:18  18    I spent some time at the University of

10:32:20  19    Maryland, came home, worked and got a

10:32:24  20    degree from City College of New York in

10:32:27  21    approximately -- in the fall of 1997.

10:32:29  22    Q.    And what degree was that

10:32:31  23    from City College?

10:32:31  24    A.    Chemical engineering.

10:32:37  25    Q.    That's a Master's degree?

HOWARD A. HENRY

1

10:32:39  2    A.    Bachelor's degree.  I have

10:32:41  3    two Bachelor's degrees.

10:32:44  4    Q.    When did you get your

10:32:45  5    Bachelor's degree from St. John's?

10:32:47  6    A.    1990.

7         (Henry Exhibit 1 for

8    identification, Bates stamped 4026

9    through 4028.)

10        (Henry Exhibit 2 for

11    identification, Bates stamped 3320

10:33:27 12    through 3322.)

10:33:27 13    Q.    I hand to you two documents.

10:33:29 14    The first document I handed you,

10:33:30 15    Exhibit number 1, if you look in the

10:33:32 16    lower right-hand corner there's a Bates

10:33:34 17    number, 4026.  The second document I

10:33:36 18    handed you, Exhibit number 2, if you

10:33:38 19    look in the right-hand corner of that

10:33:40 20    document there's a Bates number 3320.

10:33:51 21        Mr. Henry, referring to

10:33:53 22    Exhibit number 1, this is a copy of

10:33:54 23    your resume?

10:33:55 24    A.    Yes, sir.

10:33:56 25    Q.    Exhibit number 2 is also a

HOWARD A. HENRY

10:39:22  2  through lab support in formulations of

10:39:24  3  the same American Cyanamid Company.

10:39:27  4  That lasted for three months I think.

10:39:30  5  And then soon after I got a job at

10:39:34  6  Nepera, and then that was a temporary

10:39:37  7  assignment also, and then I got a call

10:39:39  8  from Wyeth saying they want to hire me

10:39:42  9  permanently in August of 1993.

10:39:49  10        So in August of 1993 I began

10:39:50  11  my career at Wyeth working as a

10:39:52  12  full-time employee as a chemical and

10:39:55  13  development chemist.

10:40:00  14        Q.    And who did you report to in

10:40:02  15  that position?

10:40:02  16        A.    At that time it was Dr.

10:40:04  17  David Bloom.

10:40:07  18        Q.    Dr. David Bloom was the

10:40:08  19  individual at Wyeth who hired you for

10:40:11  20  this position?

10:40:11  21        A.    Correct.

10:40:17  22        Q.    And what department did you

10:40:18  23  work in?

10:40:19  24        A.    Chemical process research

10:40:21  25  and development.  It was a medical --

HOWARD A. HENRY

it was a medical research division of
American Cyanamid.

Q.    And what were your job
responsibilities in that position?

A.    To synthesize ciral lead
compounds, to scale up bench chemistry,
to improve the chemical synthesis of
actual chemical processes, to assist
chemists and engineers in the scale-up
of these processes, and to optimize
reactions.  That's some of the duties.
There's some other ones.  I can't
recall them all.

Q.    And did you report to
Dr. Bloom?  Was he your supervisor?

A.    When I first started, yes.

Q.    Did anyone report to you?

A.    Not at that time.

Q.    What was the next position
you had at Wyeth?

A.    Well, it's hard to
distinguish because at certain points
you're given certain opportunities.
The official position may have been the

10:40:24  2
10:40:26  3
10:40:28  4
10:40:29  5
10:40:31  6
10:40:37  7
10:40:41  8
10:40:47  9
10:40:50  10
10:40:52  11
10:40:57  12
10:41:01  13
10:41:03  14
10:41:04  15
10:41:06  16
10:41:14  17
10:41:15  18
10:41:16  19
10:41:17  20
10:41:18  21
10:41:24  22
10:41:30  23
10:41:32  24
10:41:34  25

HOWARD A. HENRY

10:45:35  2    A.    That seems to be correct.

10:45:36  3    Q.    And there is a change in

10:45:40  4  salary, correct?

10:45:41  5    A.    Where are we looking?

10:45:42  6    Q.    I'm comparing the June 27th,

10:45:45  7  1997 entry.

10:45:47  8    A.    Okay.

10:45:48  9    Q.    To the August 1st, 1997

10:45:50  10  entry.

10:45:51  11    A.    That could have been a

10:45:52  12  promotion.

10:45:56  13    Q.    All right.  If you'd look

10:45:57  14  over -- are you familiar with the

10:46:01  15  grade, salary grade levels at Wyeth?

10:46:03  16    A.    Somewhat.  Not a hundred

10:46:05  17  percent.

10:46:07  18    Q.    Is it your understanding

10:46:09  19  that as a chemist and as a scientist,

10:46:13  20  scientist 1, your grade level was a

10:46:16  21  four and then when you moved into the

10:46:20  22  position scientist 2 the grade level

10:46:22  23  changed to seven?

10:46:24  24    A.    Okay.  Yes.

10:46:26  25    Q.    Would you consider that a

HOWARD A. HENRY

10:46:27  2  promotion?

10:46:28  3        A.    More than likely it's a

10:46:29  4  promotion.

10:46:30  5        Q.    And why would you consider

10:46:31  6  that a promotion?

10:46:32  7        A.    Because of the level change,

10:46:35  8  the level changed.

10:46:37  9        Q.    So you'd consider it a

10:46:39 10  promotion because there was a change in

10:46:41 11  the salary grade level?

10:46:42 12        A.    Right.

10:46:43 13        Q.    Do you know who was

10:46:48 14  responsible for promoting you to this

10:46:50 15  position?

10:46:51 16        A.    More than likely it's

10:46:53 17  probably Kevin McCoy.

10:46:54 18        Q.    Did you continue to report

10:46:56 19  to Mr. McCoy?

10:46:57 20        A.    From what I can recall, yes.

10:46:59 21  They had -- they had different liaisons

10:47:01 22  that you would report to because you'd

10:47:02 23  work on different projects and report

10:47:05 24  to different people during your project

10:47:14 25  course.  So there was a lot of quasi

HOWARD A. HENRY

10:47:20  2    relationships established.  But

10:47:23  3    officially it may have been Kevin

10:47:25  4    McCoy.

10:47:26  5        Q.    Now I'm looking further up

10:47:27  6    on this Exhibit 3, and if you notice

10:47:32  7    for the entry August 16th, 2000, there

10:47:35  8    is another change in title to

10:47:38  9    production engineer; is that correct?

10:47:40 10        A.    Yes.

10:47:41 11        Q.    Is it your understanding

10:47:43 12    that you received a new title

10:47:45 13    production engineer?

10:47:46 14        A.    Yes.

10:47:46 15        Q.    On that date?

10:47:47 16        A.    Yes.

10:47:48 17        Q.    If you look over further in

10:47:52 18    the right-hand column for that entry

10:47:55 19    August 16th, 2000, it shows a salary

10:47:57 20    grade of nine?

10:47:58 21        A.    Yes.

10:47:59 22        Q.    So is it your understanding

10:48:00 23    your salary grade changed from a seven

10:48:02 24    to a nine at this time?

10:48:03 25        A.    Yes.

HOWARD A. HENRY

responsibilities in this position?

A.    To optimize and to perform general maintenance for the equipment that -- that's used to produce Centrum tablets, both Centrum and Centrum Silver and whatever other Centrum products we may be producing at the time, Centrum line of products.

Q.    You mentioned earlier that you applied for this position to the bidding process?

A.    Yes.

Q.    Can you describe for me how that process works or how you understand that process to work?

A.    Basically opportunities are either posted on the company website or on bulletin boards throughout the company.  So occasionally you would peruse these sites or these places.  A position may strike you as something that you qualify for.  And the formal bidding process would be to submit a resume either electronically or

HOWARD A. HENRY

manually in order for it to be
considered for the position.

Q.    Is there any other way to
obtain a position internally at Wyeth?

A.    Yes.

Q.    And how is that?

A.    There are individuals who
may have a relationship with someone
and they may tell them that a position
is available, and there may be certain
stipulations that one may use so this
person would be the most qualified for
the position, and positions are
afforded to people that way.

Q.    Going back to the production
engineer position which you obtained in
August of 2000, do you know who else
bid on this position?

A.    I can't recall names at this
point.

Q.    Do you know who was in the
position before you?

A.    Yes.

Q.    If anyone?

1          HOWARD A. HENRY

10:54:01  2          Q.    And your salary increased at

10:54:03  3     a fairly steady rate over the years in

10:54:06  4     1996 through 2004; is that correct?

10:54:09  5          A.    From what I can see, yes.

10:54:15  6          Q.    If you can turn your

10:54:16  7     attention to the first page of this

10:54:18  8     Exhibit number 3, please.  The next

10:54:21  9     change in job title appears to be a

10:54:24 10     change in March 1st, 2005.

10:54:28 11          A.    Right.

10:54:28 12          Q.    To a change to process

10:54:32 13     engineer 3; is that correct?

10:54:33 14          A.    That seems to be correct.

10:54:34 15          Q.    Can you tell me what

10:54:35 16     happened in March of 2005 when you

10:54:39 17     obtained this new job title?

10:54:41 18          A.    They introduced an

10:54:43 19     engineering ladder at that time, and

10:54:48 20     based on the qualifications that they

10:54:50 21     devised for the engineering ladder,

10:54:52 22     production engineers with certain years

10:54:54 23     of experience were either -- were

10:54:58 24     transposed into this new nomenclature.

10:55:01 25     So they became production engineers or

HOWARD A. HENRY

process engineers or principals -- it

depended on your level of experience

and your grade level as to the new

title you were given.  So it was a

title change.  Your duties remained the

same.

    Q.    Did anything change at this

time?

    A.    Just the title from what I

understand.  From what I can recall is

the title.

    Q.    You continued reporting to

the same person?

    A.    From what I remember, yes.

    Q.    And at this time when your

title was changed in March of 2005, who

were you reporting to at that time?

    A.    2005, March.  I think it was

either a combination of Andrew Espejo

or Max Katz.

    Q.    As of August 2000 when you

obtained the production engineer

position, you said you were reporting

to Walter Wardrop, correct?

HOWARD A. HENRY

10:56:08  2    A.    From August 2000, yes.

10:56:09  3    Q.    When did you start reporting

10:56:12  4  to Mr. Espejo and Mr. Katz?

10:56:17  5    A.    Mr. Katz, January 2005.  Mr.

10:56:25  6  Espejo approximately May/June 2004, I

10:56:38  7  believe.

10:56:38  8    Q.    And how did that change come

10:56:40  9  about when you started reporting to Mr.

10:56:43 10  Espejo in approximately May or June of

10:56:46 11  2004?

10:56:46 12    A.    How did which change?

10:56:48 13    Q.    The change from reporting to

10:56:50 14  Mr. Wardrop to Mr. Espejo?

10:56:57 15    A.    There was an organizational

10:56:59 16  cascade.  During that organizational

10:57:02 17  cascade certain individuals were

10:57:03 18  appointed to certain positions.  As

10:57:05 19  they received their positions certain

10:57:10 20  individuals became part of their

10:57:11 21  reporting structure.  And I fell into

10:57:17 22  Andrew Espejo's reporting structure.

10:57:19 23    Q.    Is it because you were moved

10:57:21 24  or is it because Mr. Wardrop and/or Mr.

10:57:25 25  Espejo were moved?

HOWARD A. HENRY

10:57:26  2    A.    It's kind of convoluted.

10:57:28  3  But the way in which it finally worked

10:57:30  4  out I became a person who fell into

10:57:37  5  this reporting structure of Andrew

10:57:39  6  Espejo by way of the new organizational

10:57:41  7  changes.

10:57:43  8    Q.    Did you make any type of

10:57:45  9  request to report to Mr. Espejo?

10:57:48  10    A.    Not that I can recall.

10:57:49  11    Q.    Did you make any type of

10:57:50  12  request not to report to Mr. Wardrop?

10:57:55  13    A.    Not to report to Mr.

10:57:57  14  Wardrop?

10:57:57  15    Q.    Yes.

10:57:57  16    A.    Not that I can recall.

10:57:59  17    Q.    Did you make any request

10:58:04  18  about who you'd be reporting to?

10:58:06  19    A.    Who I'd be reporting to?

10:58:08  20    Q.    Yes.

10:58:09  21    A.    Not that I can recall.

10:58:49  22    MR. McQUADE:  Can you mark

10:58:50  23  this number 4, please.

24    (Henry Exhibit 4 for

10:59:04  25  identification, complaint.)

HOWARD A. HENRY

10:59:04  Q.   Mr. Henry, I placed in front
10:59:06 of you a document that's been marked
10:59:08 Exhibit number 4.  It's a copy of the
10:59:11 complaint that was filed in this
10:59:14 action.  Is this the document that you
10:59:19 said you had reviewed before today's
10:59:21 deposition?
10:59:22  A.    Without reading the entire
10:59:39 document, it looks to be -- it looks to
10:59:44 be the document.  Without reading the
10:59:46 entire thing, just skimming it.
10:59:49  Q.    In your complaint you allege
10:59:51 that you were denied a number of
10:59:53 promotions during your employment at
10:59:56 Wyeth because of your race; is that
10:59:59 correct?
10:59:59  A.    Yes, sir.
11:00:01  Q.    Can you tell me the first
11:00:07 instance in which you believe you were
11:00:09 denied a promotion because of your
11:00:11 race?
11:00:12  A.    I applied for a position of
11:00:18 project engineer on or about --
11:00:23 sometime in -- I can't remember the

HOWARD A. HENRY

exact time frame, but it was around

2001/2002, yes, December 2001, about

that time.

Q.    And how did you apply for

that position?

A.    Using the bid process at

Wyeth.

Q.    Why were you interested in

this position?

A.    Because during a special

circumstance that had arisen at that

time certain individuals were given

opportunities to do other things and at

that time I was performing the duties

of a project engineer for a project

that was taking place during that time.

So I was functioning as a project

engineer.  So that's where the interest

came from.

Q.    Who were you working on this

special project with that you referred

to?

A.    Peter McGarrigle, Kevin

Costello, and certain outside vendors.

HOWARD A. HENRY

11:01:38 2  Q. And can you describe the

11:01:39 3 project for me?

11:01:40 4  A. Basically it was called the

11:01:42 5 continuous coater project where we were

11:01:44 6 supposed to perform duties and

11:01:45 7 functions to facilitate the proper

11:01:52 8 installation, performance, of a new

11:01:54 9 technology that was called the

11:01:57 10 continuous tablet coater. So all the

11:02:00 11 equipment associated with that, all the

11:02:07 12 objects associated with that we were

11:02:09 13 responsible for.

11:02:10 14  Q. Do you know how this

11:02:11 15 position became open? Is there someone

11:02:16 16 that left Wyeth that opened up this

11:02:20 17 position as a project engineer?

11:02:21 18  A. From what I remember it was

11:02:22 19 a restructuring that occurred and

11:02:25 20 during this restructuring certain

11:02:30 21 engineers were given the title as

11:02:33 22 project engineers, certain engineers

11:02:37 23 will remain production engineers, so

11:02:39 24 forth and so on.

11:02:41 25  So there was some sort of

HOWARD A. HENRY

11:02:43  2  restructuring at that time that made

11:02:46  3  the position available.

11:02:46  4      Q.    So you submitted a bid for

11:02:48  5  this open position, correct?

11:02:49  6      A.    From what I remember, yes,

11:02:51  7  yes.

11:02:51  8      Q.    And what happened next?

11:02:53  9      A.    Well, I didn't receive the

11:02:57  10  opportunity and I didn't -- at that

11:03:02  11  time I just took it as, well I'll

11:03:05  12  continue to move on and continue

11:03:07  13  searching.

11:03:08  14      Q.    Were you interviewed for the

11:03:10  15  position?

11:03:10  16      A.    Not formally, no.

11:03:12  17      Q.    Informally were you

11:03:13  18  interviewed?

11:03:14  19      A.    I don't think I was

11:03:16  20  interviewed at all.

11:03:17  21      Q.    Did you talk to anyone about

11:03:18  22  this position?

11:03:21  23      A.    I may have made mention to

11:03:22  24  some of the engineers who were there at

11:03:25  25  the time.

HOWARD A. HENRY

11:03:25   2    Q.    Do you know who the

11:03:27   3    decisionmakers were on this open

11:03:28   4    position?

11:03:28   5    A.    I think the main

11:03:30   6    decisionmaker was Kevin Costello

11:03:33   7    himself.

11:03:34   8    Q.    Kevin Costello and who?

11:03:35   9    A.    I think he was -- from what

11:03:38  10    I remember I think he was the major

11:03:40  11    decisionmaker, Kevin Costello.

11:03:42  12    Q.    Anyone else involved?  You

11:03:44  13    said he was the major decisionmaker.

11:03:46  14    Was there anyone else involved?

11:03:47  15    A.    Well, when I use the word

11:03:51  16    major, it's hard to tell who's major

11:03:53  17    and who's minor at times.  You just

11:03:56  18    base your -- base your, for lack of a

11:04:00  19    better word, your ability to understand

11:04:02  20    and gather the information based on

11:04:04  21    what you see going on in front of you.

11:04:06  22    So he seemed to be the main one making

11:04:10  23    the decision because the person was

11:04:12  24    reporting to him.

11:04:12  25    Q.    But you don't know who made

                    HOWARD A. HENRY

11:04:14  2   the decision?

11:04:15  3        A.    Not a hundred percent.

11:04:17  4        Q.    And you don't know who

11:04:24  5   was --

11:04:25  6        A.    Well --

11:04:26  7        Q.    -- was involved in this

11:04:27  8   decision?

11:04:27  9        A.    Well I mean Kevin and I had

11:04:29 10   a conversation and based on that

11:04:31 11   conversation he told me that he made

11:04:34 12   this decision himself.  Now whether his

11:04:40 13   decision was influenced by anybody

11:04:42 14   else, I don't know.  But he said he

11:04:43 15   made the decision himself.

11:04:44 16        Q.    When did he tell you that?

11:04:45 17        A.    I can't remember exactly

11:04:47 18   when, but it was during -- it was

11:04:49 19   before the announcement was made as to

11:04:51 20   who got the position.

11:04:53 21        Q.    But after Kevin had made the

11:04:54 22   decision?

11:04:56 23        A.    Right.  He had said that,

11:04:57 24   you know, there's a girl that he's

11:04:59 25   interested in and, you know, that was

HOWARD A. HENRY

11:05:04  his decision.

11:05:04       Q.    Did he tell you the name of
11:05:07  this girl?

11:05:12       A.    I don't know if he told me
11:05:13  the name at that time.

11:05:14       Q.    Do you know who was
11:05:14  ultimately hired for this position?

11:05:17       A.    Yes.

11:05:17       Q.    Who was that?

11:05:18       A.    Cara Muscolo.

11:05:22       Q.    Do you know what Cara's
11:05:24  qualifications are?

11:05:26       A.    I know she worked at Wyeth
11:05:29  for a short stint.  I know that she has
11:05:32  a -- at the time she had a BE in
11:05:36  chemical engineering.

11:05:37       Q.    Do you know what her work
11:05:39  background is?

11:05:39       A.    I know that she worked at
11:05:41  Wyeth as -- in the packaging area for a
11:05:44  short stint as either a supervisor of
11:05:50  some sort, but I don't know a hundred
11:05:53  percent.

11:05:53       Q.    Did you ever work with Cara?

49

HOWARD A. HENRY

11:05:55  2     A.    Yes, I have.

11:06:01  3     Q.    When did you work with her?

11:06:03  4     A.    At various times during

11:06:05  5  various projects throughout my stint at

11:06:08  6  Wyeth when I was an engineer.    The

11:06:10  7  engineers, we kind of cross-pollinate,

11:06:13  8  if you will.

11:06:13  9     Q.    Did you work with her before

11:06:14  10  she was hired for this particular

11:06:16  11  position?

11:06:16  12    A.    No.

11:06:18  13    Q.    But you worked with her

11:06:20  14  after?

11:06:20  15    A.    Yes.

11:06:21  16    Q.    And what are your

11:06:22  17  impressions of Cara?

11:06:27  18    A.    I'm not here to judge her.

11:06:28  19  We worked together and, you know, I

11:06:34  20  guess there are all areas where we can

11:06:36  21  learn from each other and grow from

11:06:38  22  each other.    So, basically for the

11:06:46  23  most, part we were amicable toward each

11:06:48  24  other.

11:06:49  25    Q.    Do you have any reason to

HOWARD A. HENRY

11:06:50  2  believe she was not qualified for the

11:06:52  3  position she was hired at the time she

11:06:53  4  was hired?

11:06:54  5      A.    I cannot say she was not

11:06:56  6  qualified.

11:07:05  7      Q.    And after the decision was

11:07:06  8  made and having had the opportunity to

11:07:08  9  work with her, do you believe that she

11:07:13  10  was in fact qualified for the position?

11:07:15  11      A.    I believe that she -- she

11:07:21  12  performed her functions, she did her

11:07:23  13  duties.  She performed the function in

11:07:30  14  the position, but I can't -- I wouldn't

11:07:32  15  judge her in that light.  It's not for

11:07:35  16  me to judge her like that.

11:07:36  17      Q.    But I'm asking you to judge

11:07:47  18  her and I'm asking you to tell me based

11:07:50  19  on your experience with her in this

11:07:51  20  position whether she was in fact

11:07:53  21  qualified for this position?

11:07:57  22      A.    I can't say she was not

11:07:59  23  qualified.  I can't say that she didn't

11:08:01  24  perform the duties in the position.

11:08:04  25  From what -- from my interaction with

HOWARD A. HENRY

her we interacted well, and that's the

best I can assess.

Q.    Do you know what criteria

was used in selecting Cara Muscolo for

this position?

A.    All of the criteria, no.

Q.    Do you know any of the

criteria?

A.    I mean what was mentioned to

me was that there was a -- there was an

area that she -- she -- she had some

exposure to and based on that the

decision was made.

Q.    But you weren't involved in

the decisionmaking process?

A.    No.

Q.    And who told you about this?

You mentioned someone told you about

this one criteria.  Who was that

person?

A.    Mr. Costello himself.

Q.    When you spoke to Mr.

Costello about this decision, did you

express any disappointment that you

HOWARD A. HENRY

weren't selected for the position?

    A.    I mean I didn't -- I don't
know if I'm -- if I kind of looked
disappointed. I may have looked
disappointed, but at that time he and
I, I took it as, you know, that was his
decision, I respected it, and I moved
on at that time.

    Q.    Do you have any basis for
believing that you were not chosen for
this particular position because of
your race?

    A.    I believe a pattern was
established as time went on. I mean I
wasn't really looking for that at that
time. You know, we were all working
together to achieve goals, to do what's
right for the company. So I wasn't
really looking for anything at that
time. But as time went on a pattern
established itself.

    Q.    I don't think you answered
my question. I'll ask it again. Do
you have any basis for believing that

53

HOWARD A. HENRY

11:10:31  2  you were not chosen for that particular

11:10:34  3  position because of your race?

11:10:37  4      A.    At that time?  Or now?

11:10:43  5      Q.    At that time.

11:10:43  6      A.    At that time I didn't see

11:10:44  7  what I saw now.

11:10:46  8      Q.    So the answer is at that

11:10:49  9  time, no?

11:10:50  10     A.    At that time, no.

11:10:50  11     Q.    Okay.  Now how about now?

11:10:53  12     A.    Now --

11:10:54  13     Q.    Do you have a basis for

11:10:55  14  believing?

11:10:55  15     A.    Now, as a pattern

11:10:57  16  established itself I believe there is a

11:10:58  17  basis for it.

11:10:59  18     Q.    And what is that basis for

11:11:01  19  believing that you were not chosen for

11:11:02  20  this particular position because of

11:11:05  21  your race?

11:11:06  22     A.    Basically as I began to

11:11:08  23  apply for more positions, and I -- not

11:11:12  24  in every case, but in most of those

11:11:14  25  cases, there seemed to be a pattern at

HOWARD A. HENRY

11:11:17 2   which we weren't even considered, when

11:11:22 3   I say we, myself, and some of the

11:11:25 4   African American men that I spoke with,

11:11:27 5   were not considered for a managerial

11:11:31 6   track position at Wyeth.

11:11:37 7        Q.    Any other basis?

11:11:40 8        A.    There may be some other

11:11:41 9   basis, but I mean the baseline that's

11:11:47 10  established, the foundational truth

11:11:50 11  that's been established took time to

11:11:52 12  develop themselves.  It wasn't

11:11:57 13  something that -- it wasn't an

11:11:58 14  instantaneous thing that spurred in my

11:12:01 15  emotion or spurred in my heart, but

11:12:03 16  it's something that presented itself

11:12:05 17  over time.

11:12:06 18       Q.    I'd like you to focus again

11:12:08 19  on this particular hiring decision.

11:12:10 20  And is there anything at all about this

11:12:12 21  particular decision, asking you just

11:12:15 22  about this decision in isolation, do

11:12:20 23  you have any basis for believing that

11:12:22 24  you were not chosen because of your

11:12:24 25  race?  And I understand what you've

HOWARD A. HENRY

11:12:28  2  said about the continue --

11:12:29  3      A.    Right.  I mean it's --

11:12:34  4  it's -- at that time I didn't see

11:12:36  5  things the way I see it now.  So at

11:12:38  6  that time I can say no.  But as --

11:12:41  7  excuse me, as time went on, you look

11:12:43  8  back and you understand, you see

11:12:45  9  certain things and you say this

11:12:50 10  established -- establishes a pattern in

11:12:52 11  your mind as a certain type of behavior

11:12:54 12  that's consistent with the basis that

11:12:57 13  we're not given those opportunities to

11:13:01 14  advance.

11:13:01 15      Q.    So other than this pattern

11:13:05 16  as you described it, is there anything

11:13:07 17  else?  Do you have any other basis for

11:13:10 18  believing that you were not chosen for

11:13:12 19  this particular project engineer

11:13:14 20  position in 2001 because of your race,

11:13:18 21  yes or no?

11:13:20 22      A.    The word basis to me means

11:13:28 23  it precludes any other form of

11:13:32 24  ideology, like a formula in one's mind

11:13:34 25  to believe that it should be denied an

HOWARD A. HENRY

11:13:36  2   opportunity.  And the word basis to me

11:13:39  3   that you're trying to work around tells

11:13:41  4   me that, you know, there's nothing else

11:13:44  5   that could come into my mind to say

11:13:47  6   that I was denied this opportunity.

11:13:51  7           Now at the time, you know,

11:13:52  8   if we look at it -- if I look at it

11:13:54  9   from the point in time where I was

11:13:56 10   denied the opportunity I would say no,

11:13:58 11   because I wasn't looking for things

11:14:00 12   like that.  But it ties in to what I

11:14:07 13   stated.  That's the best way I can

11:14:12 14   answer that question.  I can't answer

11:14:14 15   it the way you would like me to,

11:14:16 16   unfortunately, but I mean that's the

11:14:19 17   best way I can answer it for you.

11:14:21 18       Q.    Mr. Henry, I've asked you a

11:14:27 19   question which calls for a yes or no

11:14:29 20   answer.  I've listened to your answer

11:14:32 21   to the last question.  I'll restate the

11:14:37 22   question for you and ask you to

11:14:39 23   reconsider it and answer yes or no if

11:14:41 24   you can.

11:14:44 25           So other than the pattern as

HOWARD A. HENRY

1

11:14:45  2    you described it, is there anything

11:14:48  3    else, do you have any basis for

11:14:51  4    believing that you were not chosen for

11:14:53  5    this particular project engineer

11:14:55  6    position in 2001 because of your race?

11:14:59  7         A.    And you say if I can.  And

11:15:03  8    I'm just telling you that based -- when

11:15:07  9    you say -- when you use basis, there

11:15:11 10    may be other things that I may not be

11:15:13 11    considering, that at this time I don't

11:15:15 12    have -- I can't really bring to my

11:15:18 13    mind.  So, there may be a basis.

11:15:23 14         Q.    I understand, but at this

11:15:25 15    time there's nothing else that comes to

11:15:26 16    your mind?

11:15:28 17         A.    There may be.

11:15:31 18         Q.    Yes or no?

11:15:31 19         A.    There may be a basis.  With

11:15:33 20    all due respect, there may be a basis.

11:15:35 21         Q.    But you can't tell me what

11:15:37 22    that basis is --

11:15:38 23         A.    At this time --

11:15:39 24         Q.    -- as you sit here today?

11:15:40 25         A.    At this time, no.

HOWARD A. HENRY

11:15:52  2          MR. MORELLI:  Can I have one

11:15:53  3    moment with my client, do you mind?

11:15:57  4          MR. McQUADE:  No.

11:15:59  5          THE VIDEO OPERATOR:  Should

11:15:59  6    we go off the record?

11:16:01  7          MR. MORELLI:  Yes, you can

11:16:02  8    go off.

11:16:03  9          THE VIDEO OPERATOR:  Going

11:16:04 10    off the record at 11:16.

         11          (Witness confers with counsel.)

11:17:07 12          THE VIDEO OPERATOR:  Returning

11:17:07 13    to the record at 11:17.

11:17:13 14      Q.    Mr. Henry, if we can move

11:17:17 15    forward chronologically in time and if

11:17:19 16    you can tell me when you next were

11:17:24 17    denied a promotion and you believe that

11:17:28 18    you were denied that promotion because

11:17:30 19    of your race.

11:17:39 20      A.    It would have to be the

11:17:40 21    project coordinator position.

11:17:47 22      Q.    And what position was that?

11:17:49 23      A.    Excuse me, production

11:17:50 24    coordinator.

11:17:51 25      Q.    And when was that?

HOWARD A. HENRY

11:17:51 2  A.  2002, around the time of

11:17:58 3 June/July of 2002.

11:18:01 4  Q.  And where was that, in what

11:18:04 5 division, department or group was that

11:18:06 6 opening?

11:18:09 7  A.  It was in Lederle Consumer

11:18:13 8 Health, in the consumer health division

11:18:15 9 of Wyeth Pharmaceuticals.

11:18:22 10  Q.  For this open position --

11:18:24 11 who would be the supervisor for this

11:18:26 12 open position, do you know?

11:18:30 13  A.  At the time it was Andy

11:18:37 14 Schaschl.

11:18:46 15  Q.  And how did you apply for

11:18:47 16 this position, if you applied?

11:18:48 17  A.  Through the -- through the

11:18:50 18 bidding system.

11:18:52 19  Q.  What happened after you

11:18:56 20 submitted your bid?

11:18:57 21  A.  I got a call for an

11:18:58 22 interview.

11:19:00 23  Q.  Do you remember who called

11:19:01 24 you?

11:19:02 25  A.  No.

HOWARD A. HENRY

11:21:32  2    on-and-off relationships with him, you

11:21:34  3    know, interaction with him.

11:21:36  4        Q.    At this time, though, in

11:21:37  5    July of 2002 --

11:21:40  6        A.    We interacted.

11:21:42  7        Q.    But you didn't work together

11:21:44  8    on a regular or consistent basis; is

11:21:47  9    that correct?

11:21:47  10       A.    Correct.

11:21:48  11       Q.    Do you remember what Mr.

11:21:49  12    Schaschl's position was at this time?

11:21:52  13       A.    From what I remember, he was

11:21:53  14    a director.

11:21:59  15       Q.    And is it your understanding

11:22:00  16    that he was the individual who was

11:22:03  17    going to be making the hiring decision?

11:22:05  18       A.    Yes.

11:22:06  19       Q.    And you considered this

11:22:10  20    position a promotion?

11:22:12  21       A.    Yes.

11:22:13  22       Q.    Why is that?

11:22:14  23       A.    It was from what I

11:22:17  24    understood a level change, a change in

11:22:23  25    salary, a change in responsibility, and

HOWARD A. HENRY

11:22:32  2    more exposure.

11:22:39  3         Q.    Do you know who was

11:22:51  4    ultimately selected for this position?

11:22:52  5         A.    Yes.

11:22:53  6         Q.    Who was that?

11:22:53  7         A.    Chris DeFeciani.

11:23:04  8         Q.    Chris DeFeciani, is that a

11:23:07  9    man or a woman?

11:23:09 10         A.    A man, with all due respect,

11:23:11 11    a man.

11:23:11 12         Q.    Do you know what Chris

11:23:12 13    DeFeciani's race or origin is?

11:23:22 14         A.    He's a white male.

11:23:28 15         Q.    Do you know anything about,

11:23:30 16    or at that time, July 2002, did you

11:23:33 17    know anything about Mr. DeFeciani?

11:23:36 18         A.    Yes.

11:23:36 19         Q.    What did you know about him?

11:23:42 20         A.    He worked as a compliance

11:23:43 21    specialist.  He also started within the

11:23:45 22    company in something called lab

11:23:46 23    operations where he -- he technically

11:23:53 24    was in charge, you know, cleaned up

11:23:55 25    labs and cleaned up the offices, things

HOWARD A. HENRY

11:23:57  2   like that, he was a supervisor for

11:23:59  3   awhile. So I know a little bit about

11:24:02  4   him.

11:24:02  5         Q.     At that time was he working

11:24:03  6   with Todd Davenport?

11:24:06  7         A.     I don't recall.

11:24:10  8         Q.     Do you know whether he -- at

11:24:11  9   that time whether he had been filling

11:24:12 10   in for Mr. Davenport when Mr. Davenport

11:24:15 11   was absent?

11:24:16 12         A.     He may have.

11:24:20 13         Q.     Would he have been reporting

11:24:22 14   to Mr. Schaschl at that time?

11:24:25 15         A.     I know there was one point

11:24:27 16   where the position reported into Mr.

11:24:29 17   Bob Bracco.

11:24:32 18         Q.     And who is Bob Bracco?

11:24:34 19         A.     He was an associate

11:24:49 20   director, but as far as with who the

11:24:53 21   position reported into, it may have

11:24:54 22   reported into Andy Schaschl at that

11:24:56 23   time. I think so.

11:24:57 24         Q.     Now, was this in a different

11:25:00 25   division or group than you were working

HOWARD A. HENRY

11:27:06  2    anyone?

11:27:07  3        A.    Yes.

11:27:11  4        Q.    Who did you discuss it with?

11:27:12  5        A.    I discussed it with, I may

11:27:18  6    have discussed it with Todd Davenport

11:27:20  7    briefly, and some of the people that --

11:27:21  8    there were some people that came to me,

11:27:23  9    I don't recall their names.

11:27:26  10        Q.    But you believe that the

11:27:28  11    decisionmakers were Todd Davenport and

11:27:30  12    Andrew Schaschl; is that correct?

11:27:33  13        A.    No, I don't.

11:27:35  14        Q.    No?

11:27:35  15        A.    No, I believe the main

11:27:37  16    decisionmaker was actually Andy

11:27:39  17    Schaschl.  He was the main

11:27:41  18    decisionmaker.

11:27:42  19        Q.    And why do you believe that?

11:27:43  20        A.    Based on what I learned

11:27:51  21    later on that was how I came to that

11:27:56  22    conclusion.

11:27:56  23        Q.    How did you learn that later

11:27:58  24    on?  Is that something you learned

11:27:59  25    during the course of this litigation?

HOWARD A. HENRY

11:28:56 2  him in approximately January 2004,

11:28:59 3  correct?

11:28:59 4      A.    At that time -- at this

11:29:01 5  time, yes.

11:29:02 6      Q.    And can you tell me about

11:29:03 7  that discussion you had with Mr.

11:29:05 8  Schaschl in 2004?

11:29:07 9      A.    I asked him how was the

11:29:13 10 decision made as far -- regarding the

11:29:16 11 production engineer product -- excuse

11:29:18 12 me, product coordinator position at the

11:29:22 13 time when it was available.  He said

11:29:24 14 that well, Chris had done it for a

11:29:26 15 little while, he had done it for a

11:29:31 16 little while.  So I said well, given

11:29:36 17 the opportunity, I would have liked to

11:29:40 18 have done it for a little while.

11:29:43 19 Because usually you're given the

11:29:45 20 opportunity to do something for a

11:29:46 21 little while just to expose yourself to

11:29:48 22 it, and it, you know, if you show

11:29:52 23 interest in a particular position they

11:29:55 24 may extract some of the duties of that

11:29:56 25 position for you to do it so that you

HOWARD A. HENRY

can -- should the position be made

available perhaps slide into the

position or be the chief candidate for

the position once it becomes available.

Q.    What did Mr. Schaschl say?

A.    Basically he said that he,

meaning Mr. DeFeciani was chosen because

he did it for a little while, and I said,

well, when it was made available on a

temporary basis I would like to have had

an opportunity to do it for a little

while.  And he said, well, it was given

to Rich because he did it for a little

while.  And I said, well, when Chris went

out hurt on medical leave why wasn't I

afforded the opportunity to do it for a

little while, you know I was interested

in the position, you knew Chris and I

interviewed for the position, therefore,

I would have liked the opportunity to

have done it for a little while.  And he

kind of excused and he kept on repeating

that, you know, the reason why Rich was

given the temporary assignment to do it

HOWARD A. HENRY

1

11:31:12  2    was that he did it for a little while.

11:31:14  3         Q.    Did he explain any other,

11:31:16  4    did Mr. Schaschl explain any other

11:31:17  5    reason for his decision in choosing Mr.

11:31:21  6    DeFeciani?

11:31:22  7         A.    No.

11:31:23  8         Q.    Did you ask?

11:31:23  9         A.    I mean -- yes, I asked him,

11:31:25 10    I said -- you know, sorry, I didn't

11:31:28 11    mean to cut you off.

11:31:29 12         Q.    No, go ahead.

11:31:30 13         A.    I mean basically I

11:31:31 14    questioned him again and I said so he

11:31:33 15    did it for a little while and he said

11:31:35 16    yes. That was it.

11:31:40 17         Q.    Is there anything else you

11:31:41 18    recall from this conversation with Mr.

11:31:44 19    Schaschl in January of 2004, anything

11:31:45 20    else you said or anything else he said?

11:31:47 21         A.    Regarding this particular

11:31:48 22    issue?

11:31:49 23         Q.    Yes.

11:31:49 24         A.    Not that I can recall.

11:31:54 25         Q.    Did you tell Mr. Schaschl

HOWARD A. HENRY

11:31:58  2  that you believed you had not been

11:32:00  3  chosen because of your race?

11:32:01  4      A.    At that time, no.

11:32:09  5      Q.    At that time, January 2004,

11:32:10  6  had you told anyone that you believed

11:32:12  7  that you had not been chosen for any

11:32:16  8  particular position because of your

11:32:17  9  race?

11:32:18  10     A.    I started to suspect certain

11:32:22  11  things at that time, but I didn't want

11:32:24  12  to come out right and say it until I

11:32:29  13  felt, you know, that was the case.

11:32:31  14     Q.    So before -- at this time you

11:32:35  15  had made no complaint with anyone at

11:32:37  16  Wyeth regarding racial discrimination of

11:32:39  17  any sort, January of 2004?

11:32:42  18     A.    Not that I can recall, no.

11:32:48  19     Q.    You mentioned in your

11:32:53  20  meeting with Mr. Schaschl in January

11:32:56  21  2004, you mentioned something about Mr.

11:32:57  22  DeFeciani being out for a period of

11:33:01  23  time and you had wanted to fill in for

11:33:04  24  him.  Can you explain to me what that

11:33:06  25  was about?

HOWARD A. HENRY

11:33:07  2      A.    Mr. DeFeciani went out on

11:33:11  3    medical leave. He had to get some

11:33:13  4    heart surgery. So there was going to

11:33:18  5    be someone who was going to fill the

11:33:20  6    position as an interim, and it was

11:33:28  7    going to -- that's how the position was

11:33:30  8    made available on an interim basis.

11:33:33  9      Q.    So Mr. DeFeciani went out on

11:33:37 10    medical leave?

11:33:37 11      A.    Right.

11:33:38 12      Q.    With the understanding that

11:33:38 13    he would be returning to Wyeth?

11:33:40 14      A.    Right.

11:33:41 15      Q.    Returning to the same

11:33:42 16    position?

11:33:42 17      A.    Right.

11:33:42 18      Q.    So the position was just

11:33:46 19    someone filling in in Mr. DeFeciani's

11:33:48 20    absence, correct?

11:33:49 21      A.    Right.

11:33:50 22      Q.    Did you tell anyone that you

11:33:53 23    were interested in this particular

11:33:56 24    position or filling in for Mr.

11:34:00 25    DeFeciani when he was out on medical

HOWARD A. HENRY

11:34:03  2    leave?

11:34:07  3        A.    I had a discussion with Mr.

11:34:08  4    Wardrop as to why I wasn't afforded the

11:34:14  5    opportunity to do it when Chris was

11:34:16  6    out.

11:34:16  7        Q.    Mr. Wardrop or Mr. Schaschl?

11:34:18  8        A.    Mr. Wardrop.

11:34:19  9        Q.    And when did that

11:34:21  10   conversation occur?

11:34:21  11       A.    It was -- it occurred around

11:34:24  12   January of -- January/February of 2003.

11:34:31  13       Q.    And this was after the time

11:34:42  14   period where Mr. DeFeciani had gone out

11:34:45  15   and returned from medical leave?

11:34:47  16       A.    I can't recall.  I don't

11:34:51  17   know.

11:34:51  18       Q.    Do you know whether you told

11:34:53  19   anybody, anybody at Wyeth that you were

11:34:58  20   interested in filling in for Mr.

11:35:02  21   DeFeciani either before he went out on

11:35:05  22   his medical leave or during his medical

11:35:08  23   leave?

11:35:09  24       A.    I don't recall.  I don't

11:35:15  25   recall.

HOWARD A. HENRY

11:36:43 2    that they, meaning Schaschl and others,

11:36:46 3    because I asked him who's the they, he

11:36:48 4    said Andy and some others, I didn't ask

11:36:51 5    him who the others were, told him, I

11:36:54 6    mean basically made a decision that

11:36:57 7    Rich Morgan would be able to do it for

11:36:59 8    a little while, should be given the

11:37:02 9    opportunity to do it for a little

11:37:03 10   while.

11:37:06 11        Q.    And was in fact Chris Morgan

11:37:09 12   the individual who filled in for Mr.

11:37:11 13   DeFeciani?

11:37:12 14        A.    Yes.

11:37:12 15        Q.    Had Mr. Morgan been filling

11:37:15 16   in for Mr. DeFeciani prior to this --

11:37:19 17        A.    I don't know.

11:37:19 18        Q.    -- when he was absent for

11:37:22 19   short periods of time?

11:37:23 20        A.    I don't know.

11:37:24 21        Q.    Do you know anything about

11:37:33 22   Mr. DeFeciani's qualifications for this

11:37:36 23   particular position as a production

11:37:37 24   coordinator?

11:37:39 25        A.    As to when he first got it

HOWARD A. HENRY

11:37:43  2    or him performing the duties himself?

11:37:48  3         Q.    Let's start with when he

11:37:49  4    first got it.

11:37:50  5         A.    No.

11:37:51  6         Q.    And how about today, as you

11:37:55  7    sit here?

11:38:01  8         A.    I mean no.

11:38:07  9         Q.    Do you have any reason to

11:38:08 10    believe that Mr. DeFeciani was not

11:38:10 11    qualified for the position?

11:38:11 12         A.    No.

11:38:12 13         Q.    At the time he was hired?

11:38:13 14         A.    No.

11:38:13 15         Q.    Do you have any reason to

11:38:15 16    believe that he was not qualified at

11:38:19 17    any time he was serving in this

11:38:20 18    position?

11:38:21 19         A.    No.

11:38:21 20         Q.    Do you have any reason to

11:38:40 21    believe -- strike that.

11:38:41 22              Can you tell me what your

11:38:43 23    basis is for believing that you were

11:38:46 24    not selected for this particular

11:38:48 25    position because of your race?

HOWARD A. HENRY

11:38:51   A.   When I approached Mr.

11:38:55 Schaschl and I asked him, you know, he

11:39:01 appeared truculent and he stated that

11:39:06 basically the reason why Chris got it

11:39:10 was because he did it for a little

11:39:11 while. I stated that well I wanted the

11:39:14 opportunity to do it for a little

11:39:16 while, you were well aware of the fact

11:39:18 that I interviewed for the position

11:39:19 previously, and that should an

11:39:22 opportunity like this come up, I should

11:39:25 have been afforded that opportunity.

11:39:31   And I don't recall his

11:39:32 response at this time, but for all

11:39:39 intents and purposes he just stated

11:39:40 that well, at that time the decision

11:39:43 was made because Chris had did it for a

11:39:46 little while.

11:39:47   Q.   Anything else?

11:39:49   A.   No, I can't recall at this

11:39:51 time.

11:39:51   Q.   Now how about Mr. Morgan,

11:39:57 the individual who filled in for Mr.

11:39:59 DeFeciani during his medical leave, do

HOWARD A. HENRY

11:40:03  2   you know anything about his

11:40:04  3   qualifications for filling in for this

11:40:08  4   particular position?

11:40:09  5        A.    Well, he was a production

11:40:12  6   supervisor.  He started out as a

11:40:16  7   pharmaceutical operator.  As far as his

11:40:21  8   education, he didn't have a degree at

11:40:30  9   the time.

11:40:30 10        Q.    Anything else?

11:40:32 11        A.    That's basically it.

11:40:35 12        Q.    Do you know whether a degree

11:40:37 13   is required for this position?

11:40:40 14        A.    I don't remember the exact

11:40:44 15   job posting.  From what I do recall I

11:40:47 16   think a degree, they requested a

11:40:49 17   degree.

11:40:50 18        Q.    But there was no job posting

11:40:53 19   for the position when it -- when Mr.

11:40:57 20   DeFeciani went out on medical leave?

11:41:00 21        A.    No.

11:41:00 22        Q.    There really was no

11:41:01 23   position?

11:41:02 24        A.    Well, no, there wasn't.  No.

11:41:07 25        Q.    It was just filling in?

HOWARD A. HENRY

11:41:09 2 A. Yes.

11:41:10 3 Q. Mr. Morgan didn't get a new

11:41:14 4 title during this position, did he, as

11:41:17 5 far as you know?

11:41:18 6 A. Well, he would sign things

11:41:19 7 electronically interim production

11:41:22 8 coordinator. And, you know, they

11:41:26 9 afforded us a loose interpretation of

11:41:29 10 using titles like that if you did

11:41:32 11 something on an interim basis.

11:41:34 12 Q. Did he continue to use that

11:41:36 13 title after his period of filling in

11:41:39 14 for Mr. DeFeciani ended?

11:41:41 15 A. No.

11:41:42 16 Q. Do you have any reason to

11:41:52 17 believe that Mr. Morgan was not

11:41:53 18 qualified to step in and temporarily

11:41:57 19 perform the production coordinator job

11:42:00 20 duties during Mr. DeFeciani's absence?

11:42:03 21 A. No.

11:42:04 22 Q. And can you tell me what

11:42:09 23 your basis is for believing that you

11:42:13 24 were not asked to fill in for Mr.

11:42:18 25 DeFeciani during his medical leave

1                        HOWARD A. HENRY

11:42:26  2   because of your race?

11:42:28  3        A.     Usually, the -- more -- many

11:42:37  4   of the individuals that had that

11:42:39  5   position went on to become managers.

11:42:42  6   So this position has a lot of exposure,

11:42:46  7   introduces you to a lot of situations

11:42:49  8   that a manager considers as he moves

11:42:53  9   throughout the corporate structure.  So

11:42:56 10   this position is used as a stepping

11:42:58 11   stone toward management.

11:43:04 12        And basically, I made it

11:43:07 13   known throughout my constant speaking

11:43:12 14   with individuals that I wanted to

11:43:13 15   improve, acquire more knowledge and

11:43:18 16   sought management positions, a

11:43:20 17   management position within the

11:43:21 18   organization.

11:43:22 19        Q.     Do you have any other basis

11:43:30 20   for believing that you were denied this

11:43:33 21   opportunity because of your race?

11:43:35 22        A.     No.

11:43:40 23        Q.     Do you know who made the

11:43:51 24   decision to have Mr. Morgan fill in for

11:43:53 25   Mr. DeFeciani during his absence?

HOWARD A. HENRY

11:43:56  2    A.    From what Mr. Wardrop told

11:43:57  3    me it was Andy Schaschl's decision.

11:44:00  4    Q.    Do you know whether Mr.

11:44:02  5    DeFeciani had any input in this

11:44:05  6    decision?

11:44:05  7    A.    No.

11:44:06  8    Q.    If I can refer you to the

11:44:20  9    complaint which has been marked as

11:44:21  10   Exhibit number 4, paragraph 25.

11:44:28  11   A.    Yes.

11:44:29  12   Q.    Paragraph 25 says, "In the

11:44:31  13   spring of 2003, Howard complained to

11:44:35  14   Walter Wardrop regarding his denial of

11:44:37  15   advancement opportunities."

11:44:41  16   A.    Right.

11:44:41  17   Q.    Is that the conversation

11:44:46  18   with Mr. Wardrop that you had referred

11:44:49  19   to --

11:44:51  20   A.    Yes.

11:44:51  21   Q.    -- a little while ago?

11:44:53  22   A.    Yes.

11:44:53  23   Q.    And what advancement

11:44:57  24   opportunities did you discuss at this

11:45:00  25   particular meeting?

HOWARD A. HENRY

11:45:03 A.    The mainly --

11:45:04 Q.    Was it -- I'm sorry.

11:45:05 A.    No, go on.

11:45:07 Q.    Was it just the three
11:45:09 positions that we have just discussed,
11:45:11 the project -- well, I should say two
11:45:13 positions, the project engineer
11:45:14 position and the production coordinator
11:45:16 position?

11:45:17 A.    From what I can recall, yes.

11:45:20 Q.    Okay.  What was the next
11:45:31 position that you were -- that you had
11:45:34 applied for but did not receive?

11:45:43 A.    I think it was the process
11:45:45 engineer position.

11:45:48 Q.    And that position was in the
11:45:49 vaccine division; is that correct?

11:45:52 A.    Yes.

11:45:52 Q.    That's a separate division
11:45:54 than you were working in?

11:45:56 A.    Yes.

11:45:57 Q.    And it's a separate division
11:45:59 than the production coordinator
11:46:02 position you had previously applied to?

HOWARD A. HENRY

11:46:04  2     A.     Yes.

11:46:04  3     Q.     As well as the project

11:46:06  4  engineer position that you previously

11:46:08  5  have applied to?

11:46:08  6     A.     Yes.

11:46:09  7     Q.     And how did you apply for

11:46:15  8  this position?

11:46:16  9     A.     Through the bidding process.

11:46:18  10    Q.     What happened after you

11:46:20  11  submitted your bid?

11:46:23  12    A.     I think I got confirmation

11:46:25  13  that my bid was received.

11:46:27  14    Q.     What happened next?

11:46:29  15    A.     From what I remember, I was

11:46:34  16  contacted about an interview.

11:46:35  17    Q.     And did you interview?

11:46:36  18    A.     Yes.

11:46:36  19    Q.     Who did you interview with?

11:46:38  20    A.     A gentleman by -- I think

11:46:42  21  his name was Kirit Rokad, I think.

11:47:01  22    Q.     And who was Kirit Rokad?

11:47:03  23    A.     He was the person that the

11:47:05  24  position reported into.

11:47:10  25    Q.     So is it your understanding

HOWARD A. HENRY

11:47:12  2    that he was the individual who was

11:47:14  3    going to be making the hiring decision

11:47:15  4    with this job?

11:47:16  5         A.    Yes.

11:47:16  6         Q.    And do you know what his

11:47:18  7    position was at this time?

11:47:18  8         A.    No.

11:47:22  9         Q.    Did you know him before --

11:47:25 10         A.    No.

11:47:26 11         Q.    And can you tell me what

11:47:28 12    your understanding of this position

11:47:29 13    was?

11:47:30 14         A.    It was performing functions

11:47:35 15    within the vaccine area as an engineer

11:47:39 16    dealing with their equipment, dealing

11:47:41 17    with aseptic conditions.

11:47:51 18         Q.    And why were you interested

11:47:52 19    in this position?

11:47:54 20         A.    Basically, after the

11:48:00 21    restructuring, I decided that perhaps

11:48:02 22    maybe I should look at some other

11:48:04 23    opportunities outside of the consumer

11:48:08 24    health division.  So I started to look

11:48:12 25    outside.

HOWARD A. HENRY

11:48:18  2       MR. McQUADE:  Could you

11:48:18  3  please mark that.

4        (Henry Exhibit 5 for

5  identification, interview schedule for

11:48:31  6  the process engineer position.)

11:48:31  7     Q.  Mr. Henry, I've handed you

11:48:45  8  an exhibit marked Exhibit number 5.  Do

11:48:50  9  you recognize this document?

11:48:53 10     A.  Yes.

11:48:53 11     Q.  And what is it?

11:48:54 12     A.  Interview schedule for

11:48:56 13  the -- for the process engineer

11:48:59 14  position.

11:48:59 15     Q.  And does this refresh your

11:49:02 16  recollection as to who you interviewed

11:49:04 17  with?

11:49:05 18     A.  Yes.

11:49:06 19     Q.  Robert Ruth, do you remember

11:49:11 20  your interview with Robert Ruth?

11:49:14 21     A.  I remember meeting him.  I

11:49:16 22  don't remember exactly everything that

11:49:22 23  was said.

11:49:22 24     Q.  Kirit Rokad we already spoke

11:49:25 25  about.  You also met with Andrew Fong.

HOWARD A. HENRY

11:49:28  2      A.      Right.

11:49:29  3      Q.      Do you remember anything

11:49:30  4  about that particular meeting?

11:49:31  5      A.      Not everything that was

11:49:32  6  said, no.

11:49:33  7      Q.      Rich Musa, you interviewed

11:49:34  8  with Rich as well?

11:49:35  9      A.      Yes.

11:49:36 10      Q.      Do you remember anything

11:49:37 11  from that?

11:49:37 12      A.      Vaguely.

11:49:42 13      Q.      Gaurav Patel?

11:49:45 14      A.      Yes.

11:49:46 15      Q.      Do you remember anything

11:49:51 16  from that interview?

11:49:52 17      A.      Not at this time.

11:49:53 18      Q.      You also interviewed with

11:49:55 19  Monica Amonica?

11:49:57 20      A.      Yes.

11:49:57 21      Q.      Do you remember anything

11:49:58 22  from that particular interview?

11:49:59 23      A.      No.

11:50:00 24      Q.      Did you consider this

11:50:10 25  position a promotion?

HOWARD A. HENRY

11:50:10  2    A.    Yes.

11:50:13  3    Q.    Why?

11:50:13  4    A.    There was going to be a

11:50:15  5    level change from what I understand

11:50:19  6    involved.

11:50:21  7    Q.    When you say level change,

11:50:22  8    that's the salary level?

11:50:24  9    A.    Right.

11:50:24 10    Q.    Do you know what the salary

11:50:26 11    level for this position was?

11:50:27 12    A.    I can't recall.

11:50:28 13    Q.    Is there any other reason

11:50:37 14    why you viewed it as a promotion?

11:50:39 15    A.    Opportunity, another area.

11:50:44 16    Q.    Do you know who else bid on

11:50:46 17    this particular --

11:50:50 18    A.    No.

11:50:50 19    Q.    -- position?  Do you know

11:50:52 20    who was hired for this particular

11:50:53 21    position?

11:50:53 22    A.    I remember -- I remember a

11:50:59 23    name Martinez.  I don't remember

11:51:01 24    anything other than that.

11:51:02 25    Q.    Do you know anyone by the

90

HOWARD A. HENRY

11:51:49  2    Q.    How so?

11:51:50  3    A.    Based on the posting I had

11:51:52  4    the qualifications.  They requested an

11:51:56  5    engineering background and some of the

11:52:00  6    descriptions that were -- that they

11:52:02  7    described met some of the

11:52:07  8    qualifications that I had.

11:52:09  9    Q.    Had you ever worked in the

11:52:13 10    vaccine division at Wyeth before?

11:52:15 11    A.    No.

11:52:16 12    Q.    Do you believe that it would

11:52:17 13    have been an advantage to hire someone

11:52:19 14    who had been working in that division?

11:52:23 15    A.    Yes.

11:52:24 16    Q.    Why?

11:52:24 17    A.    Exposure and experience

11:52:29 18    sometimes defeats some of the things

11:52:32 19    that you may think a person may have,

11:52:36 20    so.  A proven track record helps.

11:52:42 21    Q.    And had you ever worked with

11:52:45 22    any of the individuals in this division

11:52:49 23    that you interviewed with?

11:52:51 24    A.    Yes.

11:52:52 25    Q.    And who was that?

HOWARD A. HENRY

1

11:52:53 2    A.    Rich Musa.

11:52:55 3    Q.    Other than Rich?

11:52:57 4    A.    No.

11:52:59 5    Q.    And what is your basis for

11:53:04 6    believing that you were denied this

11:53:06 7    particular position because of your

11:53:09 8    race?

11:53:10 9    A.    Well, I didn't -- I didn't

11:53:12 10   express that I was denied this

11:53:14 11   particular position because of my race.

11:53:15 12   Q.    Do you believe that as we

11:53:17 13   sit here today?

11:53:18 14   A.    No.

11:53:19 15   Q.    So you don't believe --

11:53:22 16   okay.

11:53:39 17          Can you tell me what the

11:53:39 18   next position you applied for and were

11:53:42 19   denied?

11:53:43 20   A.    Staff engineer.

11:53:45 21   Q.    And do you know when that

11:53:47 22   was?

11:53:48 23   A.    Same time, around January,

11:53:50 24   February 2004.

11:53:55 25   Q.    And in what division was

HOWARD A. HENRY

11:54:08  2    that position?

11:54:09  3         A.    I think it was bioprocess.

11:54:20  4         Q.    And where does bioprocess

11:54:22  5    fit in?

11:54:24  6         A.    In the research aspect of

11:54:26  7    Wyeth.

11:54:27  8         Q.    It's a different department

11:54:39  9    separate from the departments in which

11:54:43 10    the production coordinator and project

11:54:46 11    engineer positions?

11:54:50 12         A.    Yes.

11:54:52 13         Q.    And how did you apply for

11:54:55 14    this position?

11:54:56 15         A.    Through the bidding process.

11:54:58 16         Q.    And what happened after you

11:55:08 17    submitted your bid?

11:55:09 18         A.    I think I received

11:55:10 19    confirmation that I got the -- that my

11:55:13 20    application was received.

11:55:19 21         Q.    Anything else happen?

11:55:21 22         A.    No.   That I could recall,

11:55:25 23    no.

11:55:25 24         Q.    Did you ever interview for

11:55:27 25    this position?

HOWARD A. HENRY

1

11:56:11  2   this -- or I should say how these staff

11:56:16  3   engineer positions came to be opened?

11:56:22  4        A.    They were posted on the

11:56:23  5   website, the Wyeth job listing website.

11:56:26  6        Q.    Who held these positions

11:56:28  7   previously?

11:56:29  8        A.    I don't know.  I don't know

11:56:30  9   if they were newly recreated.  I don't

11:56:34 10   know.

11:56:34 11        Q.    What does a staff engineer

11:56:36 12   do?

11:56:37 13        A.    From what I recall, they

11:56:38 14   dealt with the staging of reactions,

11:56:46 15   the taking care of equipment associated

11:56:48 16   with bioprocesses.  They were basically

11:56:53 17   going to oversee other engineers that

11:56:58 18   were of lower seniority than they were

11:57:01 19   and schedule their work and schedule

11:57:03 20   some of their duty, from what I

11:57:05 21   understand.  I don't remember all of

11:57:06 22   the information with the posting.  But

11:57:10 23   it was familiar to me the duties.

11:57:16 24        Q.    And do you remember who the

11:57:18 25   supervisor would be for each of these

HOWARD A. HENRY

11:57:20  2  two openings as a staff engineer?

11:57:23  3      A.    I know -- I think it said

11:57:26  4  the position reported to a gentleman by

11:57:28  5  the name of John Simpson.

11:57:31  6      Q.    Who is John Simpson?

11:57:34  7      A.    I think he was a director at

11:57:36  8  the time for that particular area.

11:57:38  9      Q.    Did you have any prior

11:57:40 10  relationship with Mr. Simpson?

11:57:41 11      A.    We interacted.

11:57:46 12      Q.    How did you interact?

11:57:48 13      A.    Well when I was in research

11:57:51 14  sometimes there was a period where I

11:57:53 15  was working for the division and there

11:58:00 16  was some -- they needed help in that

11:58:02 17  area and I worked with some of the

11:58:04 18  engineers over in that area, and John

11:58:07 19  Simpson and some other individuals were

11:58:10 20  the head -- were heads in that area.

11:58:12 21      Q.    Do you know who was

11:58:18 22  ultimately selected for the position,

11:58:21 23  these two positions as staff engineer?

11:58:23 24      A.    I was told Andrew Safernack

11:58:26 25  and David Anderson were the two

HOWARD A. HENRY

11:59:19  2 Q. Do you know -- well, you

11:59:28  3  said it's your understanding that Mr.

11:59:31  4  Simpson made the decision?

11:59:32  5 A. Right.  When I had my resume

11:59:35  6  I gave it to him personally, so yes.

11:59:38  7 Q. What did you tell him when

11:59:40  8  you gave him your resume?

11:59:42  9 A. I said I'm very interested

11:59:43  10  in this position, I would like to be

11:59:44  11  interviewed for it.  He said well then

11:59:47  12  we're taking our time in the review

11:59:49  13  process, but hopefully somebody will

11:59:53  14  contact you regarding it.

11:59:55  15 Q. Anything else that you

11:59:57  16  recall?

11:59:58  17 A. Not that I can recall.

11:59:59  18 Q. With Mr. Simpson?  Did you

12:00:02  19  have any other discussions with Mr.

12:00:03  20  Simpson about these positions?

12:00:04  21 A. Not that I can recall.

12:00:05  22 Q. So you don't know how the

12:00:08  23  decision was made?

12:00:09  24 A. No.

12:00:10  25 Q. You don't know who was

HOWARD A. HENRY

Q.    Now, do you believe that you were denied this position because of your race?

A.    I can't say a hundred percent. There's a small -- there's a small -- there's a probability, because I wasn't given an interview. But I mean I have to say no.

Q.    So you don't believe that you were denied this position because of your race?

A.    I mean the only thing I could say is I wasn't given an interview and that made a suspicion, so.

Q.    Anything else?

A.    Nothing else.

MR. McQUADE:    You know, if we could take a short break, maybe five minutes.

MR. MORELLI:    No problem.

THE VIDEO OPERATOR:    Going off the record at 12:02.

(A recess was taken.)