# EXHIBIT 1

**Howard A. Henry**
*henryh@wyeth.com*

*401 N. Middletown Rd*
*Pearl River, NY 10965*
*(845) 602-4843(W)*
*(845) 602-3181(F)*

## *Summary of Qualifications*

- Over twelve years of experience in the Technological, Chemical and Pharmaceutical field as a chemist (5 years) and a chemical engineer (7 years).
- Wrote and furnished documents supplying vital information for investigations and for MIR/consent decree commitments.
- Acquired management experience overseeing and coordinating equipment cleaning validation and construction activities for the Continuous Tablet Coater (CTC) project.
- Principle scientist responsible for writing all Kilo Lab SOP's, executing IOQ's, reviewing all protocols, and training all personnel to install and use equipment safely.
- Diversified skills include the scale up and optimization of chiral lead compounds, building supervision, training of exempt staff and new employees as well as operator supervision.
- Extensive knowledge of clean room procedures (environmental monitoring, swab testing, rodac plate sampling, etc.), commissioning of reactors as well as process and equipment validation. Knowledge of FDA regulations that include 21CFRPart 11.

## EXPERIENCE

| Employer & Period | Title of Position | Summary of Duties |
|---|---|---|
| Wyeth Consumer Health Pearl River, NY  Aug. 2000 to Present | Production Engineer | Responsible for production improvement and equipment associated with the manufacture of over 6.0 billion Centrum® and Centrum® Silver tablets a year. Oversee the Blending, Compression and Coating operations for Centrum® production. Duties include equipment design and upgrade, process improvement, troubleshooting of current equipment as well as resolving manufacturing discrepancies, operator supervision, daily area and unit operation checks, capital job and change control requests, and training of all personnel (operators, supervisors, managers) on new equipment. |
| Wyeth Consumer Health Pearl River, NY  July. 2001 to Dec. 2002 | Project Engineer *Special Assign.* | Coordination of meetings, documentation and activities associated with the successful installation of Thomas Engineering Continuous Tablet Coater (CTC). Responsibilities included equipment sourcing, testing and purchasing, participating in FAT's, safe technology transfer and implementation, operator and staff training, change control and SOP writing. Provided support in order to execute SOI and equipment validation procedures. Assisted in establishing construction timelines as well as scheduling system shutdowns for equipment installation. |

**4026**

EXHIBIT 1
Henry 1
6/2/06
GAIL F. SCHORR, C.S.R., C.R.R.

**Howard A. Henry**

*401 N. Middletown Rd*
*Pearl River, NY 10965*
*(845) 602-4843(W)*
*(845) 602-3181(F)*

| Employer & Period | Title Of Position | Summary Of Duties |
|---|---|---|
| Wyeth-Ayerst Research Medical Research Div. Pearl River, NY<br><br>Aug. 1993 to Aug. 2000 | Chemical Process R&D Kilo Lab Engineer/Chemist | Responsible for the safe transfer of chemical procedures from bench scale (mg-g) to the Kilo Lab (1-50kg) and Pilot plant scale (2-4000 gallon reactors). Application of engineering principles for the improvement of chemical processes. Implementation and revision of SOP's and SOI's. Coordination and oversight of Kilo lab building activities (maintenance of equipment, staff supervision and scheduling of chemical reactions). |
| Nepera, Inc. Harriman, N.Y.<br><br>Apr. 1993 to Aug. 1993 | Scientific Research/ Technology Chemist | Worked independently improving techniques for the purification and isolation of Pyridine Residue Whole. Drafted safety, operation and emergency procedures for large scale Rotary Evaporator (Rotovap 176x). Instrumental in the assembly and safe operation of the unit. Worked with chemists and engineers optimizing production on CDI (Continuous De ionization) purification process utilizing 2000 – 4000 gallon reactors. |
| American Cyanamid Medical Research Div. Pearl River, NY<br><br>Jan. 1993 to Apr. 1993 | Formulations Research Chemist | Provided dissolution for clinical lead compounds as well as stability testing and pharmaceutical profile work. This included formulations screening, methods development, validation support of stability testing protocols, and specialized analytical support for formulations development. |
| Wyeth-Ayerst Research Medical Research Div. Pearl River, NY<br><br>July 1992 to Jan. 1993 | Chemical Process R&D Chemist | Assisted in the development, enhancement and scale-up of chiral lead compounds. Implemented and improved SOP's on a Kilo Lab scale (22L-75L reactions), for future use in pilot plants and manufacturing processes. Worked on various stages of a project, which included: Lab scale, Kilo lab, and Pilot plant scales. |

**4027**

# Howard A. Henry

401 N. Middletown Rd
Pearl River, NY 10965
(845) 602-4843(W)
(845) 602-3181(F)

## EDUCATION

| School | Degree | Attained |
|---|---|---|
| The City College of N.Y | B.E. Chemical Engineering 3.02/4.00 | 1997 |
| St. John's University | BS Physical Science | 1990 |

### Honors & Awards

- Special Recognition Award (Major R & D Improvements) - Wyeth Ayerst Research 1997
- Omega Chi Epsilon - Chemical Engineering Honor Society (CCNY) 1997
- Order of the Engineer -Engineering Excellence Society (CCNY) 1997

## SPECIAL SKILLS

### Knowledge of Computers and Software systems:

Foxboro System Workstation, Microsoft Software Programs (Project, Excel, PowerPoint, Word), Word Perfect, Lotus 1 2 3, Maple, Aspen, BASIC, PASCAL, Maximo (Maintenance Request System), GMPharma and GXPharma.

### Instrumentation and Techniques:

Production Equipment: Accu-Rate Weigh Belt, Dust Collection Systems, Blending (Ajax Shaker, Littleford Blender {FKM 8000K and 10,000K}, Russell Sieve), Compression (Fette 3200, Thickness testers, Hardness testers, Metal Detectors, Hand Micrometers), Coating (Spectrum Spray Arm System, AccelaScope, Vector Hi-Coaters, Thomas Engineering Continuous Tablet Coater and Accelacoater), DI Water Systems, Solution Tanks.

Large Scale Equipment: Various Reactor System Sizes (160L-50L), Preparative HPLC, Millipore Ultra Filter Purifier, Wipe Film Evaporator, Bantum Mill, Trost Micronization (TX), Quadro Comil (193AS), Virtis Freeze Dryer (35EL), Hydrogenation (20L-2L), Flash 150 Column, Fluid Bed Dryer, Rotavapor (R-153, 152, 151, 124), Vacuum Oven (DP-64, 43).

Small Scale/Analytical Equipment: Karl Fisher, HPLC Analysis (Units: HP series 1090, HP series 1050, LC (Waters Module 1), GC, Pacific Scientific particle size tester, UV array spectrophotometer, Dissolution (Distek sys. 2100), Met One® Laser particle counter, Mattson-Garvin® Slit to Agar air sampler, Desktop Gemco Blender, NMR, TLC.

Trained to use and work with hazardous materials as well as air sensitive and explosive reagents.

## REFERENCES

FURNISHED UPON REQUEST

**4028**

# EXHIBIT 2

# Howard A. Henry
howieh04@optonline.net

29 Northbrook Rd.
Hillcrest, NY 10977
(917) 449-2399(Cell)
(845) 356-7037(Fax)

## Summary of Qualifications

- Over thirteen years of experience in the Technological, Chemical and Pharmaceutical field as a chemist (5 years) and a chemical engineer (8 years).
- Project manager for Compression Shop Upgrades and Bin Storage Expansion construction projects. Managed equipment cleaning validation activities for the Continuous Tablet Coater (CTC) project. Technology support overseeing CTC single-pass validation activities.
- Ability to function in high-pressure situations that include a Consent Decree Environment.
- Principle scientist responsible for writing all Kilo Lab SOP's, IOQ's, reviewing all Protocols, and training all personnel to use and install equipment safely.
- Diversified skills include utilizing process control knowledge to read P & ID documents, process scale up and optimization as well as building supervision, training of staff and new employees and operator supervision. Familiar with Six-Sigma Lean Manufacturing Concepts.
- Knowledge of DI Water systems. Extensive knowledge in clean room procedures (environmental monitoring, swab testing, rodac plate sampling, etc.), commissioning of reactor equipment as well as equipment and process validation.
- Strong analytical and problem solving abilities. Excellent writing skills. Motivated self-starter with the aptitude for learning new skills quickly.

## EXPERIENCE

| Employer & Period | Title of Position | Summary of Duties |
|---|---|---|
| Wyeth Pharmaceuticals Consumer Health Division Pearl River, NY<br><br>Aug. 2000 to Feb. 2006 | Process / Production Engineer | Responsible for production improvement and equipment associated with the manufacture of over 6.4 billion Centrum® tablets a year. Oversee the Blending, Compression and Coating operations of Centrum tablets. Duties include equipment design and upgrade, process improvement, troubleshooting of current equipment as well as resolving manufacturing discrepancies, operator supervision, daily area and unit operation checks, capital job and change control requests, and training of all personnel (operators, supervisors, managers) on all new equipment. |
| Wyeth Pharmaceuticals Consumer Health Division Pearl River, NY<br><br>July. 2001 to Dec. 2002 | Project Engineer *Special Assign.* | Coordination of meetings, documentation and activities associated with the successful installation of Thomas Engineering Continuous Tablet Coater (CTC). Responsibilities included equipment sourcing, testing and purchasing, participating in FAT's, safe technology transfer and implementation, operator and staff training, change control and SOP writing. Provided support in order to execute SOI and equipment validation procedures. Assisted in establishing construction timelines as well as scheduling system shutdowns for equipment installation. |

3320

EXHIBIT
Henry 2
6 12 06
GAIL F. SCHORR, C.S.R., C.R.R.

# Howard A. Henry

29 Northbrook Rd.
Hillcrest, NY 10977
(917) 449-2399 (Cell)
(845) 356-7037 (Fax)

| Employer<br>Period | Title Of Position | Summary Of Duties |
|---|---|---|
| Wyeth-Ayerst Research Medical Research Div. Pearl River, NY<br><br>Aug. 1993 to Aug. 2000 | Chemical Process R&D Kilo Lab Engineer/Chemist | Responsible for the safe transfer of chemical procedures from bench scale (mg-g) to the Kilo Lab (1-50kg) and Pilot plant scale (2-4000 gallon reactors). Application of engineering principles for the improvement of all chemical processes. Implementation and revision of all SOP's and SOI's. Coordination and oversight of Kilo lab building activities (maintenance, equipment, staff supervision and scheduling of chemical reactions). |
| Nepera, Inc. Harriman, N.Y.<br><br>Apr. 1993 to Aug. 1993 | Scientific Research/ Technology Chemist | Worked independently improving techniques for the purification and isolation of Pyridine Residue Whole. Drafted safety, operation and emergency procedures for large scale Rotary Evaporator (Rotovap 176x). Instrumental in the assembly and safe operation of the unit. Worked with chemists and engineers optimizing production on CDI (Continuous De ionization) purification process (up to 2000-gallon reactors). |
| American Cyanamid Medical Research Div. Pearl River, NY<br><br>Jan. 1993 to Apr. 1993 | Formulations Research Chemist | Provided dissolution for clinical leads, stability testing and pharmaceutical line extension work. This included formulations screening, methods development, validation support of stability testing protocols, and specialized analytical support for formulations development. |
| American Cyanamid Medical Research Div. Pearl River, NY<br><br>July 1992 to Jan. 1993 | Chemical Process R&D Chemist | Assisted in the development, enhancement and scale-up of chiral lead compounds. Implemented and improved SOP's on a Kilo Lab scale (22L-75L reactions), for future use in pilot plants and manufacturing processes. Worked on various stages of a project, which included: Lab scale, Kilo lab, and Pilot plant scales. |

3321

# Howard A. Henry

29 Northbrook Rd.
Hillcrest, NY 10977
(917) 449-2399 (Cell)
(845) 356-7037 (Fax)

## EDUCATION

| School | Degree | Attained |
|---|---|---|
| The City College of N.Y | B.E. Chemical Engineering 3.02/4.00 | 1997 |
| St. John's University | BS Physical Science | 1990 |

### Honors & Awards

- Wyeth Recognition Team Award (Littleford 10K DC Improvements) - Wyeth Pharmaceuticals 2004
- Global Recognition Team Award (Quality, Compliance & Improvement) - Wyeth Pharmaceuticals 2003
- Special Recognition Award (Major R & D Improvements) - Wyeth Ayerst Research 1997
- Omega Chi Epsilon - Chemical Engineering Honor Society (CCNY) 1997
- Order of the Engineer -Engineering Excellence Society (CCNY) 1997

## SPECIAL SKILLS

*Knowledge of Computers and Software systems:*

Foxboro System Workstation, Dell, Compaq Deskpro, Macintosh Quadra 650, Macintosh Power PC, Microsoft Project, Excel, PowerPoint, Word, Word Perfect, Lotus 1 2 3, Maple, Aspen, Trackwise (Commitment Tracking System), Maximo (Maintenance Request System), GXPharma (Document Database System). Experience with various PLC control systems.

*Instrumentation and Techniques:*

Production Equipment: Accurate Weigh Belt, Dust Collection Systems, Blending (Ajax Shaker, Littleford Blender (FKM 8000K and 10,000K), Russell Sieve), Compression (Stokes, Fette, Thickness testers, Hardness testers, Metal Detectors, Hand Micrometers), Coating (Indexable Manifold, AccelaScope, Vector Hi-Coaters, Thomas Engineering Continuous Tablet Coater and Accelacoater), DI Water Systems, Solution Tanks.

Large Scale Equipment: Various Reactor System Sizes (160L-50L), Preparative HPLC, Millipore Ultra Filter Purifier, Wipe Film Evaporator, Bantum Mill, Trost Micronization (TX), Quadro Comil (193AS), Lyophilization (Virtis Freeze Dryer-35EL), Hydrogenation (20L-2L), Flash 150 Column, Fluid Bed Dryer, Rotavapor (R-153, 152, 151, 124), Vacuum Oven (DP-64, 43).

Small Scale/Analytical Equipment: Karl Fisher, HPLC Analysis (Units: HP series 1090, HP series 1050, LC (Waters Module 1), GC, Pacific Scientific particle size tester, UV array spectrophotometer, Dissolution (Distek sys. 2100), Met One® Laser particle counter, Mattson-Garvin® Slit to Agar air sampler, Desktop Gemco Blender, NMR, TLC.

Fette America: 3200 Tablet Press Level 1-9 certification. Trained to use and work with hazardous materials as well as air sensitive reagents. Thoroughly trained in cGMP documentation methods.

## REFERENCES

FURNISHED UPON REQUEST

3322

# EXHIBIT 3

**Wyeth**
**Employee Profile**

Profile Date: 04/04/2006

Global ID:        GID000015073
Employee Number:00006475
Employee Name:  Howard A Henry

| | | | Status: Terminated |
|---|---|---|---|

| | PRISM Cd | Position ID 99999999 | Position Description |
|---|---|---|---|

Address

29 Northbrook Rd

Hillcrest
NY 10977
Home Phone
(845)352-6531

| | | | |
|---|---|---|---|
| **Birth Date** 12/03/1968 | **Race** Black/Not Hispan | **Gender** Male | |
| **Employ Dt** 08/09/1993 | **Adj.Serv Dt** 08/09/1993 | **Curr Pos Dt** 01/02/2004 | **Last Prm Dt** |
| **Job ID** 74000340 | **Job Title** Eng/Facil/TS/EH&S Prc/Prod IndContr02 | | |
| **Grade** 09 | **EEO Cat** | **AAP Code** | |
| **Base Sal** 70,146 | **CompRatio** 99.2 | **Minimum** 56,100 | **Midpoint** 70,700 | **Maximum** 85,300 |

**Organizational Data**

| | | |
|---|---|---|
| Personnel Area: | US07 | Wyeth Pharma Lederle PI16 |
| Personnel Sub Area: | NY03 | Pearl River |
| Cost Center: | 1061640 | TRAIN 1-CENTRUM PROD |
| Interoffice Address: | | |
| Supervisor: | GID000007078 | Max Katz |
| Business Function: | 50000182 | PHAR_TO&PS |
| Emp Org Unit: | 70002668 | PPU Centrum |

**Performance/Salary Data (Last Three Years)**

| Increase Date | Base Salary | Incr Amt | Percent | Reason |
|---|---|---|---|---|
| 01/01/2006 | 70,146.24 | 1,977.00 | 2.90 | Y06M - '06 Merit |
| 01/01/2005 | 0.00 | 1,985.52 | 0.00 | MERI - Merit Incr Off-Cycle |
| 01/01/2004 | 0.00 | 1,927.68 | 0.00 | MERI - Merit Incr Off-Cycle |

Note: The base salary and percent prior to the GEAC to SAP conversion (8/29/2005) will show zero.

Last Review Date 00/00/0000
3                Performance Rating [ 2005 ] - 3   [ 2004 ] - 3   [ 2003 ]

**Chronological Work History (SAP HR)**

| Eff Date Cost Center | Base Salary Position | EG/ESG Position Description | FLSA | Grade Terr# | Reason for Change Bus function EAM# |
|---|---|---|---|---|---|
| 02/07/2006 1061640 | 70,146 99999999 | Regular Full Time/Exempt/Profe | EXEMPT | 09 | Trm-Exceeded 6 month medical PHAR_TO&PS    XX |
| 01/02/2006 1061640 | 70,146 70026364 | Regular Full Time/Exempt/Profe Process Engr III | EXEMPT | 09 | Employee Medical - FMLA PHAR_TO&PS |
| 01/01/2006 1061641 | 70,146 70026364 | Regular Full Time/Exempt/Profe Process Engr III | EXEMPT | 09 | Employee Medical - FMLA PHAR_TO&PS   05731610 |
| 09/16/2005 1061641 | 68,169 70026364 | Regular Full Time/Exempt/Profe Process Engr III | EXEMPT | 09 | Employee Medical - FMLA PHAR_TO&PS |
| 08/18/2005 1061640 | 68,169 70026364 | Regular Full Time/Exempt/Profe Process Engr III | EXEMPT | 09 | Employee Medical - FMLA PHAR_TO&PS |

**Chronological Work History (SAP BW)**

| Eff Date Dept# | Base Salary | Position Title Terr# | Nature of Employment | FLSA | Grade | Auth# ORG4-1-2 | Reason for Change |
|---|---|---|---|---|---|---|---|
| 08/08/2005 P64003 | 68,169 | PROCESS ENGR III | R F/T | S | 09 | 05518550 OP | LEAVE OF ABSENC PRL    PL2 |
| 03/01/2005 P64003 | 68,169 | PROCESS ENGR III | R F/T | S | 09 | 05518550 OP | COMP REVISED JO PRL    PL2 |
| 02/01/2005 P64003 | 68,169 | PRODN ENGR | R F/T | S | 09 | OP | NEW DEPARTMENT PRL    PL2 |
| 01/01/2005 P64015 | 68,169 | PRODN ENGR | R F/T | S | 09 | 4492780 OP | PAY CHANGE PRL    PL2 |
| 11/04/2004 P64015 | 66,184 | PRODN ENGR | R F/T | S | 09 | 04473350 OP | ORGANIZATION CH PRL    PL2 |
| 01/02/2004 P64028 | 66,184 | PRODN ENGR | R F/T | S | 09 | 04403760 OP | JOB TITLE CHANG PRL    PL2 |

D-00109



EXHIBIT
Henry 3
642106
GAIL F. SCHORR, C.S.R., C.R.R.

**Wyeth**
**Employee Profile**

Profile Date: 04/04/2006

Global ID:    GID000015073
Employee Number: 00006475
Employee Name:  Howard A Henry                    Status:    Terminated

| Date | Salary | Title | Status | Code | Code | Reason | | |
|------|--------|-------|--------|------|------|--------|--|--|
| 01/01/2004 P64003 | 66,184 | PRODN ENGR | R F/T | S | 09 | 03280520 OP | PAY CHANGE OUC  OC2 | |
| 07/01/2003 P64003 | 64,256 | PRODN ENGR | R F/T | S | 09 | 03212070 OP | PAY CHANGE OUC  OC2 | |
| 01/06/2003 P64003 | 61,784 | PRODN ENGR | R F/T | S | 09 | RR027165 OP | RETURN FROM LEA OUC  OC2 | |
| 11/11/2002 P64003 | 61,784 | PRODN ENGR | R F/T | S | 09 | RR027165 OP | LEAVE OF ABSENC OUC  OC2 | |
| 06/25/2002 P64003 | 61,784 | PRODN ENGR | R F/T | S | 09 | RR027165 OP | ORGANIZATION CH OUC  OC2 | |
| 01/01/2002 P64003 | 61,784 | PRODN ENGR | R F/T | S | 09 | RR014378 OP | PAY CHANGE SMF  SM3 | |
| 07/01/2001 P64003 | 59,124 | PRODN ENGR | R F/T | S | 09 | LR01R139 OP | PAY CHANGE SMF  SM3 | |
| 01/01/2001 P64003 | 56,308 | PRODN ENGR | R F/T | S | 09 | RR008470 OP | PAY CHANGE SMF  SM3 | |
| 08/16/2000 P64003 | 54,668 | PRODN ENGR | R F/T | S | 09 | LR00C695 OP | PAY & JOB CHANG SMF  SM3 | |
| 01/01/2000 L98200 | 49,698 | SCI II CHEM | R F/T | S | 07 | RR993712 RP | PAY CHANGE DEV  DV4 | |
| 01/01/1999 L98200 | 48,018 | SCI II CHEM | R F/T | S | 07 | WY377 RP | PAY CHANGE DEV  DV4 | |
| 01/01/1998 L98200 | 45,300 | SCI II CHEM | R F/T | S | 07 | WY979 RP | PAY CHANGE DEV  DV4 | |
| 08/01/1997 L98200 | 44,000 | SCI II CHEM | R F/T | S | 07 | 97H150 RP | PAY & JOB CHANG DEV  DV4 | |
| 06/27/1997 | 41,100 | SCI I CHEM | R F/T | S | 04 | WY631 RP | PAY CHANGE DEV  DV4 | |
| 06/09/1997 | 41,100 | CHEM | | S | 04 | RP | PRE-1996 OR OTH DEV  DV4 | |
| 01/01/1997 | 41,100 | CHEM | | S | 04 | RP | PRE-1996 OR OTH DEV  DV4 | |
| 06/12/1996 | 39,950 | CHEM | | S | 04 | RP | PRE-1996 OR OTH DEV  DV4 | |
| 05/17/1996 | 39,950 | CHEM | | S | 04 | RD | PRE-1996 OR OTH DEV  DV4 | |
| 05/06/1996 | 29,963 | CHEM | DEFREGPT | S | 04 | WY 195 RD | NATURE OF EMPLO DEV  DV4 | |
| 03/20/1996 | 23,874 | CHEM | | S | 04 | RD | PRE-1996 OR OTH DEV  DV4 | |
| 03/18/1996 | 23,874 | CHEM | | S | 04 | RD | PRE-1996 OR OTH DEV  DV4 | |
| 01/15/1996 | 39,950 | CHEM | | S | 04 | RD | PRE-1996 OR OTH DEV  DV4 | |
| 01/05/1996 | 30,200 | CHEM | DEFREGPT | S | 04 | WY 195 RD | PAY CHANGE DEV  DV4 | |
| 01/04/1996 | 29,250 | CHEM | | S | 04 | RD | PRE-1996 OR OTH DEV  DV4 | |

Emergency Contact

Contact Name                     Address 1                          Address 2
PAULINE HENRY

Relationship to EE    City                State              Zip Code          Phone
Parent                                                                        (718) 549-1203

**D-00110**

**W y e t h**
**E m p l o y e e   P r o f i l e**

Profile Date: 04/04/2006

Global ID:      GID000015073
Employee Number:00006475
Employee Name: Howard A Henry                    Status:   Terminated

| Formal Education |
|---|

| Degree | School | Degree Date | Major / Minor |
|---|---|---|---|
| Bachelor's Degree | ST JOHNS UN | 05/10/1990 | Sciences / General Science |

| Foreign Languages |
|---|

| Language | Proficiency |
|---|---|

| Prior Employment History |
|---|

| Company Name | From Date | To Date | Position Title |
|---|---|---|---|
| LEDERLE LABORATOR | 08/05/1993 | 12/01/1993 | SYTHETIC CHEMIST |
| NEPERA, INC. HARR | 04/01/1993 | 08/01/1993 | CHEMIST |
| LEDERLE LABORATOR | 01/15/1993 | 03/01/1993 | FORMULATION CHEMIST |

| PIA | | Stock | | |
|---|---|---|---|---|
| Plan ID Year | Awarded Amount | Grant Date | Type | Options |
| 2005 | 1,311.00 | 04/21/2005 | N | 370 |
| 2004 | 1,100.00 | 04/24/2003 | I | 480 |
| 2003 | 812.00 | 04/26/2001 | I | 310 |
| 2002 | 500.00 | 05/20/1999 | I | 310 |
|  |  | 05/22/1997 | I | 300 |
|  |  | 05/23/1996 | I | 400 |

Veteran Status: Non-veteran

End of Profile for: Howard A Henry

D-00111

# EXHIBIT 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
HOWARD HENRY,

                            Plaintiff,

        - against -

WYETH PHARMACEUTICALS, INC.,
WALTER WARDROP, ANDREW SCHASCHL,
AND MICHAEL MCDERMOTT,

                            Defendants.
--------------------------------------------------------------X

**05 CV 8106**

<u>COMPLAINT</u>

Jury Trial Demanded

        Plaintiff, HOWARD HENRY, by and through his attorneys, Leeds Morelli & Brown,

P.C., alleges, upon knowledge as to himself and his own actions and upon information and belief

as to all other matters, as follows:

<u>JURISDICTION AND VENUE</u>

        1.      This is a civil action based upon the defendants' violation of the Title VII of the Civil

Rights Act of 1964, as amended, 42 U.S.C. § 2000e, et seq.; 42 U.S.C. § 1981; New York State

Executive Law, Human Rights Law, § 290, et seq.; and any other cause of action that can be

inferred from the facts set forth herein.

        2.      The jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 1331, 1343(3),

1343(4), 1367, and 2201, and § 290, et seq. of the Executive Law of the State of New York.  The

supplemental jurisdiction of the Court (28 U.S.C. § 1367) is invoked over state and local law

causes of action.

        3.      Venue is proper pursuant to 28 U.S.C. § 1391.

        4.      All conditions precedent to maintaining this action were fulfilled.  Plaintiff filed a

Charge of Discrimination with the U.S. Equal Employment Opportunity Commission ("EEOC")



and was issued a Notice of Right to Sue. A copy of the Right to Sue letter is annexed hereto and marked as Exhibit A. This action is filed within ninety (90) days of receipt.

## PARTIES

5.     Plaintiff, Howard Henry, at all times hereinafter mentioned, was and still is a resident of Rockland County, New York.

6.     Defendant, Wyeth Pharmaceuticals, Inc. ("Wyeth") is a foreign corporation doing business in the State of New York, located at, among other places, Pearl River, New York.

7.     Defendant, Walter Wardrop, the Associate Director of LCH Manufacturing at Wyeth, aided, abetted, compelled, and/or incited the unlawful treatment set forth below. Upon information and belief, Mr. Wardrop was and is responsible for the maintenance and operation of Wyeth's Pearl River location, including, but not limited to, the hiring, firing, promotion, and discipline of employees and all other employment related issues.

8.     Defendant, Andrew Schaschl, the Director of LCH Manufacturing at Wyeth, aided, abetted, compelled, and/or incited the unlawful treatment set forth below. Upon information and belief, Mr. Schaschl was and is responsible for the maintenance and operation of Wyeth's Pearl River location, including, but not limited to, the hiring, firing, promotion, and discipline of employees and all other employment related issues.

9.     Defendant, Michael McDermott, the Managing Director of Wyeth's Pearl River facility, aided, abetted, compelled, and/or incited the unlawful treatment set forth below. Upon information and belief, Mr. McDermott was and is responsible for the maintenance and operation of Wyeth's Pearl River location, including, but not limited to, the hiring, firing, promotion, and discipline of employees and all other employment related issues.

## PRELIMINARY STATEMENT

10. A culture of discrimination pervades Wyeth's Pearl River facility. Minorities remain in lower-level positions and are routinely denied opportunities for advancement. White management has developed a "good-old-boys club," through which they socialize together and save accolades and promotions for each another – all at the expense of their minority counterparts.

11. Despite receiving favorable reviews and repeated praise, Howard Henry *is* unable to advance at Wyeth. Currently, Mr. Henry is relegated to the role of production engineer, a position from which he has tried to advance for over five years. Mr. Henry is routinely denied promotion in favor of White employees who posses lesser qualifications and experience. Upon Mr. Henry's complaints of discrimination, he experienced swift retaliation.

## BACKGROUND

12. Howard Henry ("Howard") commenced his employment with American Cyanamid in 1992, on a temporary basis.

13. In 1993, American Cyanamid hired Howard on a permanent basis as a Chemist in its Chemical Process Research and Development Department based on his B.S. in physical science and his excellent work performance as a temporary employee.

14. In or around 1994, Wyeth-Ayerst, Inc., a subsidiary of American Home Products, Inc., bought American Cyanamid.

15. In 1997, Howard obtained a B.E. in chemical engineering and received a merit promotion, a corresponding five percent raise, and a Special Recognition Award for his work in chemical processing.

16.    In or around 1999, Wyeth-Ayerst, Inc. changed its name to Wyeth Pharmaceuticals, Inc. ("Wyeth" or "Company").

17.    In 2000, Howard received a promotion to his current position - Production Engineer in Wyeth's LCH Division.

18.    Howard's supervisor, Walter Wardrop ("Wardrop"), White male Associate Director of LCH, gave Howard extremely positive and detailed performance evaluations for the years 2000, 2001, and 2002.  In 2000, Howard received an overall rating of three on a scale of one through five, with five being the highest.  In 2001 and 2002, Howard received overall ratings of four.  The evaluations stated that Howard exceeded expectations, completed projects on time, had commendable multi-tasking skills, worked extra hours to complete assignments, and responded to calls for assistance during the night and on weekends.

19.    The 2002 evaluation was signed by Wardrop and Andrew Schaschl ("Schaschl"), White male Director of LCH Manufacturing.

20.    Throughout 2003, Howard received e-mails from Wardrop praising his performance and noting his quick responses to problems along with his quick turnaround on projects.

## SPECIFIC ALLEGATIONS

21.    Despite Howard's success and experience, he has been unable to advance at Wyeth.

22.    In December 2001, Howard applied for a position as a Project Engineer.  Howard was rejected for the position in favor Cara Muscolo ("Muscolo"), a lesser-qualified White employee.  Muscolo later received a promotion to a management position.

23.    In July 2002, Howard applied for a position as a Production Coordinator in LCH. Howard was rejected for the position in favor of Chris DeFeciani, a lesser-qualified White employee who did not possess an engineering or science degree at the time of his promotion.

24.  In April 2003, the Production Coordinator position became available on a temporary basis. Howard expressed interest in the opening; however, it was awarded to Richard Morgan ("Morgan"), a White employee without a degree. When Howard asked Wardrop about the denial of promotion, Wardrop stated it was a good opportunity for Morgan "to show what he can do." When Howard responded that he would like "to show what [he could] do," Wardrop dismissed the matter and stated that "they," referring to Schaschl and others, made the decision.

25.  In the spring of 2003, Howard complained to Walter Wardrop regarding his denial of advancement opportunities.

26.  In 2003, Howard received a mid-year performance evaluation. Wardrop asserted that there were times when Howard could not be reached on his pager. Howard responded that numerous Wyeth employees had experienced problems with their pagers. Wardrop next asserted that, on one occasion, Howard took too long to get a shot at the nurse's office. Additionally, on several occasions when Wardrop knew Howard was out sick, Wardrop would ask other employees if they knew where Howard was, in an effort to label Howard as a bad employee.

27.  In December 2003, Howard received his fourth annual evaluation from Wardrop. Wardrop gave Howard an overall rating of three (3) and complained that Howard completed assignments late. Although Wardrop had been supervising Howard for four years, Wardrop stated that he had trouble evaluating Howard because he had not handed in a self-evaluation. Howard had been unable to complete the self-evaluation by its due date because he had to take on the job duties of two other employees and then was out of work on his honeymoon. When Howard returned, which was two months prior to the December 2003 performance evaluation and only six days after the due date, Howard asked if he should hand in the self-evaluation. Wardrop responded, "Don't worry about it!"

28.   During the December 2003 evaluation, Wardrop explained that there was a difference at Wyeth between others "perception and the reality" of Howard.  Wardrop stated that Howard was perceived as someone who completed projects late and this perception affected Howard's position under an "organizational cascade" occurring at Wyeth.  Wardrop informed Howard that he would be demoted to a Packaging Supervisor, a position that, upon information and belief, requires neither a degree nor Howard's level of skill or experience.[1]  Upon Howard's protestations, Wardrop expressed conflicting reasons for the demotion to Packaging Supervisor and Howard's performance evaluation.

29.   In January 2004, Howard applied for a position as a Process Engineer in Wyeth's Vaccines Division, but was denied.

30.   In January 2004, Howard applied for a position as a Staff Engineer in the Bioprocess Development Department.  There were two openings for this position.  Howard received no response from Wyeth, other than a confirmation of his application.  Later, Howard learned that Andrew Safernack and David Anderson, both White employees, were given the position.

31.   On January 5, 2004, Derek Burt ("Burt"), a White male employee, who was to be Howard's new supervisor, informed Howard that his name was available in the organizational cascade.  Burt stated that, although he was pleased to have Howard in his division, he had not chosen Howard.

32.   On January 5, 2004, Wardrop informed Howard that he had never made any comments about Howard completing projects late and stated that the 2003 performance evaluation and Howard's new assignment had nothing to do with each other.  Wardrop also refused to change Howard's evaluation.

---

[1]  The Packaging Supervisor position requires an employee do little more than stand on an assembly line all day.

33.    On January 7, 2004, Howard met with Wardrop who stated that he wanted "to be honest" with Howard.  Wardrop explained that Burt had worked very hard to have Howard made a Packaging Supervisor and that Wardrop had gone out of his way to ensure that Burt would not place Howard on a midnight shift.  Wardrop stated that he had given the matter a lot of thought and wanted to resubmit Howard's performance evaluation.  Although the revised evaluation did not contain allegations of lateness on projects, unlike Howard's prior evaluations, it was very short and implied that Howard was merely an average employee.

34.    On January 9, 2004, Howard met with Schaschl regarding his performance evaluation and demotion.  Schaschl stated that he had a problem with Howard's multi-tasking skills and that it was necessary for Howard to obtain supervisory experience as a Packaging Supervisor.  Howard has never had a problem with multi-tasking and, upon information and belief, numerous White employees have obtained management positions without prior supervisory experience.  Howard also oversees operators in his current position.

35.    When Howard asked Schaschl about the temporary Production Coordinator position that was given to Morgan in the spring of 2003, Schaschl responded that Morgan had filled the position in the past.  However, Howard was not given the same opportunity to temporarily fill the position in the past.

36.    On January 12, 2004 Joanne Rose ("Rose"), White female Human Resources Representative, informed Howard that his negative performance evaluation and his alleged problems with multi-tasking were factors in determining his new position.  Before Howard met with Rose, Wardrop stopped him and apologized that "things got so bad."

37.    On January 13, 2004, Howard met with Michael McDermott ("McDermott"), White male Managing Director.  McDermott stated that Howard had been given a new position because

he was opposed to employees being in one job for too long. McDermott stated that he and Schaschl were responsible for Howard's demotion. McDermott also stated that he would get back to Howard about the demotion; however, this never occurred.

38. On January 22, 2004, after Howard contacted McDermott again, he met with McDermott about the performance evaluation and the demotion. McDermott stated that he would not change Howard's performance evaluation or his position and Howard should not view the Packaging Supervisor job as a demotion, but rather as a way to learn new skills. Howard explained that, as an African-American, he would have a very difficult time explaining the demotion on his resume. McDermott responded, "I'm all for diversity, but I am not going to get into that silly discussion with you."

39. On January 26, 2004, Howard met with Peter Bigelow ("Bigelow"), White male Senior Vice President of Quality and Operations, and stated that he had not received an honest answer regarding his performance evaluation or his placement following the organizational cascade. Howard also stated that he believed he was being discriminated against based on his race.

40. On February 11, 2004, Bigelow informed Howard that he had not met certain goals, which led to Howard's performance evaluation and demotion.

41. On February 16, 2004, Howard sent Bigelow an e-mail, in which he complained of racial discrimination.

42. On February 26, 2004, Bigelow sent Howard an e-mail stating that he should feel free to schedule a time to discuss the situation, but the tone of the e-mail implied that he had no intention of taking any further action.

43. Additionally, during a February 2004 meeting, Joe Vitanza, the current Managing Director of LCH, stated that a malfunctioning alarm system was a tar baby that he just couldn't get off his back.

44. In the winter of 2004, Wardrop made a discriminatory comment about a Hispanic employee named Manny Rivera. Wardrop made gestures imitating the hip-hop youth culture and stated in a derogatory manner to another employee, "[i]s Manny the kind of guy to wear his pants hanging down like this?"

45. On March 29, 2004, after taking no action for one month, Bigelow contacted Howard and stated that he wanted to investigate Howard's claims of race discrimination. Although Bigelow later informed Howard that the investigation found no evidence of discrimination, he provided Howard with no details of the investigation. By e-mail to Bigelow, dated April 26, 2004, Howard requested that he be promoted to a position as Consumer Health Project Engineer. Howard received no response. On May 6, 2004, Howard was informed that he would remain a Production Engineer and would not become a Packaging Supervisor.

## RETALIATION

46. As a result of Howard's good faith opposition to discriminatory practices and his filing a Charge of Discrimination with the U.S. Equal Employment Opportunity Commission, Howard, was, and continues to be, subjected to retaliation.

47. Such incidents of retaliation include, but are not limited to the following:

   a. On September 30, 2004, Howard was denied the position of Manager in the Manufacturing Support department.

b. On or about June 24, 2005, Howard was placed on a Performance Improvement Program ("PIP"). His placement on PIP will prevent Howard from bidding on future positions for one year.

c. On or about July 9, 2005, Howard received a negative mid-year review while his similarly situated counterparts outside his protected classes were not reviewed.

## CAUSES OF ACTION AGAINST COPORATE DEFENDANT
(Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et seq.; 42 U.S.C. § 1981; and New York State Executive Law, Human Rights Law, § 290, et seq.)

48. Each allegation contained in paragraphs 1 through 47, inclusive, is hereby repeated, realleged, and incorporated by reference as if fully set forth herein.

49. Howard was denied promotion, demoted, and subjected to retaliation on the basis of race, color, and his good faith opposition to discriminatory practices in violation of the Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et seq.; 42 U.S.C. § 1981; and New York State Executive Law, Human Rights Law, § 290, et seq.

50. As a result of Defendant's actions, Howard suffered, and continues to suffer, injuries and damages.

## CAUSES OF ACTION AGAINST INDIVIDUAL DEFENDANTS
(New York State Executive Law, Human Rights Law, § 290, et seq.)

51. Each allegation contained in paragraphs 1 through 50, inclusive, is hereby repeated, realleged, and incorporated by reference as if fully set forth herein.

52. Howard was denied promotion, demoted, and subjected to retaliation on the basis of race and his good faith opposition to discriminatory practices in violation of New York State Executive Law, Human Rights Law, § 290, et seq.

53.   The individual Defendant, Walter Wardrop, aided, abetted, incited, compelled, and/or coerced the aforementioned unlawful conduct in violation of New York State Executive Law, Human Rights Law, § 296(6).

54.   The individual Defendant, Andrew Schaschl, aided, abetted, incited, compelled, and/or coerced the aforementioned unlawful conduct in violation of New York State Executive Law, Human Rights Law, § 296(6).

55.   The individual Defendant, Michael McDermott, aided, abetted, incited, compelled, and/or coerced the aforementioned unlawful conduct in violation of New York State Executive Law, Human Rights Law, § 296(6).

56.   As a result of the individual Defendants' actions in violation of the New York State Executive Law, Human Rights Law, § 296(6), et seq., Howard suffered, and continues to suffer, injuries and damages.

WHEREFORE, Plaintiff demands judgment against Defendants for all compensatory, emotional, physical, and punitive damages (where applicable), lost pay, front pay, injunctive relief, promotion, and any other damages permitted by law.  It is further requested that this Court grant reasonable attorneys' fees and the costs and disbursements of this action and any other relief to which Plaintiff is entitled.  Plaintiff demands a trial by jury.

Dated:  Carle Place, New York
        September 19, 2005

                                    Respectfully submitted,

                                    LEEDS MORELLI & BROWN, P.C.
                                    *Attorneys for Plaintiff*
                                    One Old Country Road, Suite 347
                                    Carle Place, N.Y. 11514
                                    (516) 873-9550

                                    By: _____
                                        Steven Morelli (SM 4721)

EEOC Form 161 (3/98)                U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: Howard Henry | From: New York District Office |
|---|---|
| 29 North Brook Road | 33 Whitehall Street |
| Hilcrest, NY 10977 | 5th Floor |
| | New York, NY 10004 |

| ☐ | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a)) | |
|---|---|---|
| EEOC Charge No. | EEOC Representative | Telephone No. |
| 160-2005-00013 | Sean J. Oliveira, Investigator | (212) 336-3760 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☐ Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐ While reasonable efforts were made to locate you, we were not able to do so.

☐ You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this Notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Spencer H. Lewis, Jr.,
Director

6/2/05
(Date Mailed)

Enclosure(s)

cc: WYETH PHARMACEUTICALS
401 North Middletown Road
Pearl River, NY 10965

Donna M. Orzell—Counsel
Wyeth Pharmaceuticals
P.O. Box 8299
Philadelphia, PA 19101

Steven A. Morelli, Esq.
One Old County Road, Suite 347
Carle Place, NY 11514

# EXHIBIT 5

| | |
|---|---|
| **From:** | Carol Hudak |
| **To:** | Henry, Howard; Ruth, Robert |
| **Date:** | 1/22/2004 |
| **Time:** | 9:00:00 AM - 9:30:00 AM |
| **Subject:** | INTERVIEW/RESUME FOR HOWARD HENRY |
| **Place:** | 140/211F |

Attached please find the interview schedule and resume for Howard Henry. He is interviewing for the Process Engineer position.



EXHIBIT
Henry 5
6/12/06
GAIL F. SCHORR, C.S.R., C.R.R.

**1535**



# Wyeth

401 North Middletown Road
Pearl River, NY 10965
(Central Visitor's Entrance - Bldg. 140 Receptionist)
(845) 602-2374

Interview Schedule For:

## Howard Henry

### Thursday, January 22, 2004

(POSTING #WLL896412 – PROCESS ENGINEER POSITION)

| Time | Name | Location |
|---|---|---|
| 9:00 AM  - 9:30 AM | Robert Ruth | 140/211F |
| 9:30 AM  - 10:00 AM | Kirit Rokad | 140/316F |
| 10:00 AM - 10:30 AM | Andrew Fong | 140/323B |
|  |  |  |
| 2:00 PM - 2:30 PM | Rich Musa | 211/102F |
| 2:45 PM - 3:15 PM | Gaurav Patel | 210/105 |
| 3:30 PM - 4:00 PM | Monica Amonica | 43D/301 |

Schedule is subject to change.

If you should have a problem with this schedule please contact **Carole Hudak at 2-2693.**

**1536**

# EXHIBIT 8

**From:**     HRJOBSPEARLRIVER
**To:**       Henry, Howard
**Date:**     10/1/2004 8:28:45 AM
**Subject:**  Re: Job Posting: #WPL908210 Bid, Job Title: Manager, Manufacturing Support (PPU1)

Please be advised your bid has been received and forwarded to the hiring manager. The position you
have bid on is more than two grade levels above your current position. I wanted to let you know that if you
are chosen as the top candidate for this position, you are only eligible to be promoted either one or two
levels above your current level. This is in accordance with salary guidelines, which states that two grade
levels is the maximum allowable for a promotion. You will be advised as to the status of your bid after it
has been reviewed. If you are contacted and scheduled for an interview, you will need to notify your
current supervisor at that time.

>>> <henryh@wyeth.com> 9/30/2004 2:39:13 PM >>>
Applying for Job Posting: #WPL908210, Job Title: Manager, Manufacturing
Support (PPU1)

First Name: Howard
Last Name: Henry
E-mail Address: henryh

Title: Production Engineer
Grade: 09
Intenal Tie Line: 8-602-4843
External Work Number: 845-602-4843
Department Name: Manufacturing Operations PPU#1
Department Number: 640
Date of Hire: 8/9/1993
Years in Current Position: 4.0
Supervisor Name: Andrew Espejo
Supervisor Tie Line: 8-602-5971
Supervisor External Number: 845-602-5971
Comments:
Pub Email Address: HRJOBSPEARLRIVER@wyeth.com
During my four years as a production engineer in consumer health, I have
successfully performed most of the duties detailed in the position
description. I have provided guidance to staff managing various projects
within the department, supported capital project initiatives through
design, safety reviews, construction validation and start-up, and have
collaborated with other departments to successfully chair projects, while
meeting project deadlines.

As a manager, I will continue to use my experience and interdepartmental
relationships to further enhance the Consumer Health division and the
PPU#1 departmental staff, by providing guidance and leadership to promote
the overall growth of the organization.

EXHIBIT
Henry 8
6/12/06
GAIL F. SCHORR, C.S.R., C.R.R.

**1531**

Case 7:05-cv-08106-WCC-LMS    Document 19-4    Filed 12/04/2006    Page 31 of 63
Howard Henry - Interview for Mgr, Manufacturing Support position
Page 1

**From:**   Patti Verhasselt
**To:**     Henry, Howard;  Verhasselt, Patti
**Date:**   11/3/2004
**Time:**   11:00:00 AM - 12:00:00 PM
**Subject:** Interview for Mgr, Manufacturing Support position
**Place:**  140/220 Lou Schmukler's conference room

Dear Howard,

You will be interviewed for this position in a combined panel interview with Chris Defeciani, Andrew Espejo, Cara Muscolo and Derek Burt.  Please be prompt and report to the conference room at the designated time.  The interview will be for one hour.

It you your responsibility to ensure that your present manager knows that you have been selected to interview for this position.

Patti Verhasselt
Sr. Strategic Staffing Representative
WYETH
Tel:  845-602-7996
Fax:  845-602-5375
E-Mail:  verhasp@wyeth.com

Are you currently a Wyeth employee who would like to refer someone you know for employment with the company?
Click here to learn more:

http://insidewyeth.com/wyethhr/display.asp?file=Wyethhr-EEProglinks/template-hire.htm

**1526**

**From:**       Patti Verhasselt
**To:**         Henry, Howard
**Date:**       11/30/2004 4:18:24 PM
**Subject:**    Mgr. Manufacturing Support position

Dear Howard,

The purpose of my writing is to let you know the hiring manager has completed all interviews for the Mgr. Manufacturing Support position and has chosen to fill the position with another candidate. I thank you for your interest and encourage you to continue exploring employment opportunities with the company by utilizing the Wyeth internal bid system. Thank you.

Patti Verhasselt
Sr. Strategic Staffing Representative
WYETH
Tel:  845-602-7996
Fax:  845-602-5375
E-Mail:  verhasp@wyeth.com

Are you currently a Wyeth employee who would like to refer someone you know for employment with the company?
Click here to learn more:

http://insidewyeth.com/wyethhr/display.asp?file=Wyethhr-EEProglinks/template-hire.htm

**1524**

# EXHIBIT 9

**From:**   Howard Henry
**To:**   Bigelow, Peter
**Date:**   4/26/2004 9:12 AM
**Subject:**   Per your request

Good morning Peter,

During our meeting on 4/21/04 you presented me with two options regarding positions in the company and stated you needed a response by Monday, April 26th. The first was the original Packaging Supervisor position, which in essence is a demotion, and the other was a Senior Validation Specialist role with the Vaccines organization.

Since Mike McDermott is now the Managing Director of Vaccines, I truly am not comfortable with taking this position. One viable option would be for me to assume the role as the Consumer Health Project Engineer, once held by Aladin Alkawam, who left the company on April 23, 2004. I am thoroughly familiar with all of the tasks associated with this position because I provided Aladin with most of the project information he used to fulfill his duties and served the organization as the Project Engineer previously.

Another statement you made during our meeting was that Eugene Sakett's investigation of my racial discrimination claim failed to uncover any discrimination. I disagree with this conclusion and restate the claim that Walter Wardrop, Andy Schaschl, Joanne Rose and Mike McDermott engaged in racial discrimination regarding the decision to demote me to a Packaging Supervisor.

At this point, I am requesting a copy of Mr. Sackett's investigation in order to understand how the investigation was conducted and how he reached his conclusion.

Thank you for scrutinizing my situation and I await your decision regarding the Project Engineer role and the request of a copy of Mr. Sackett's investigation.

Cordially,
Howard Henry


Howard Henry
Wyeth Pharmaceuticals
Consumer Health Division
401 N. Middletown Rd.
Pearl River, NY 10965
(845)-602-4843- Office
(845)-602-3181-Fax



EXHIBIT
Henry 9
6.12.06
GAIL F. SCHORR, C.S.R., C.R.R.

1407

# EXHIBIT 10

Exempt/Professional
(US & PR)

AMERICAN HOME PRODUCTS CORPORATION

# PERFORMANCE PLANNING AND APPRAISAL

| Howard Henry | 2000 | 1/00 | 12/00 |
|---|---|---|---|
| Employee's Name | Review Period | From | To |

■ Check this box if this Performance Plan and Appraisal is being prepared for a new employee or for an employee who is new to their current assignment ("new" = less than six months in current assignment).

*PLEASE BE INFORMED THAT YOUR PERFORMANCE APPRAISAL MEASURES YOUR JOB PERFORMANCE ONLY. THE FACT THAT THE COMPANY APPRAISES YOUR PERFORMANCE NEITHER GUARANTEES NOR PROMISES EMPLOYMENT FOR ANY DEFINITE PERIOD OF TIME. YOUR EMPLOYMENT IS "AT WILL" AND YOU HAVE THE RIGHT TO TERMINATE YOUR EMPLOYMENT AT ANY TIME AND AMERICAN HOME PRODUCTS CORPORATION AND ITS SUBSIDIARIES RETAIN A SIMILAR RIGHT.*

| Production Engineer | Dept. 640 |
|---|---|
| Employee's Job Title | Division / Department |

| Walter Wardrop | Production Manager |
|---|---|
| Appraiser's Name | Title |

## Section I – Performance Objectives/ Responsibilities and Results

| A. Performance Objectives, Responsibilities, Expectations<br>See Attached "CHP Staff Objectives - Supervisor" | B. Results Achieved | C. Rating (1-5)* |
|---|---|---|
| **Financial** | Howard is responsible for all the equipment used for Train 1 manufacturing – purchasing and maintaining. Failure to keep the equipment running would result in costly downtime - he has kept downtime to a minimum. | 3 |
| **Customer Service** | > 90% Bulk Attainment achieved during this time period. Target goals for cycle time and throughput have been achieved through the attention and efforts of all the Train 1 management. Howard's efforts as the engineer directly impact our ability to meet customer service requirements. | 3 |
| **Innovation, Learning and Accountability** | Howard was hired as the Train 1 Engineer. He has proven to be a quick learner and has spent considerable time learning the equipment and the operation. He has accepted responsibility and accountability for keeping the equipment running. When downtime has occurred, he has displayed the sense of urgency to initiate corrective actions in a timely fashion and see the job through to completion. What he does not know, he is eager to learn. He has spent time training with Rich Musa and Pete McGarrigle, who have both been department engineer at some point, and is training to be Jean Colas' backup support. | 3 |

4330

EXHIBIT
Henry 10
6/12/06
GAIL F. SCHORR, C.S.R., C.R.R.

# Section I – Performance Objectives/ Responsibilities and Results

| A. Performance Objectives, Responsibilities, Expectations<br>See Attached "CHP Staff Objectives – Supervisor" | B. Results Achieved | C. Rating (1-5)* |
|---|---|---|
| Housekeeping / cGMP | Howard's role in housekeeping and cGMP is in how he responds to problems. As such, he responds quickly to compliance issues and repairs. | 3 |

## Section II – Work Behaviors Exhibited:  Company Success Factors

| | Rating (1-5)* | | Rating (1-5)* |
|---|---|---|---|
| **1. Accountability/Commitment** (Sets high standards of performance, pursues aggressive goals, works hard to achieve them, takes pride in their work, takes ownership, meets deadlines, follows through, is dependable) | 3 | **8. Innovation** (Uses imagination and creativity, takes reasonable risks, takes initiative to make things better, appropriately challenges status quo) | 3 |
| **2. Adaptability/Flexibility** (Demonstrates a willingness to shift priorities according to changes in business needs, adjusts well to ambiguity and change, open to different ideas/approaches) | 3 | **9. Inspires Trust** (Follows through on commitments, assumes responsibility for one's actions, communicates in an authentic manner, respects confidentiality) | 3 |
| **3. Business Acumen** (Demonstrates having a good understanding of the industry and operations of the organization, is technically proficient, understands and incorporates a global perspective to work) | 3 | **10. Planning and Problem Solving** (Analyzes, thinks strategically, clarifies priorities, gathers relevant information, utilizes diverse input, synthesizes approaches) | 3 |
| **4. Collaboration** (Fosters teamwork, facilitates constructive discussion, recognizes contributions, proactively shares ideas and information, seeks out others' input, shares knowledge) | 3 | **11. Respect for Others and Inclusion** (Treats others as they would wish to be treated, values/supports diversity and an inclusive work environment, respects others' esteem when addressing problems) | 3 |
| **5. Customer Focused** (Identifies internal and/or external "customer" needs, meets customer expectations, seeks customer feedback) | 3 | **12. Effective People Management** (For supervising managers only) (Hires and retains high quality employees, sets performance expectations, coaches and provides ongoing feedback and recognition, drives the performance management process, facilitates development and career opportunities) | 3 |
| **6. Effective Communication** (Actively listens, relays complete information clearly and simply, responds to non-verbal cues, validates others' viewpoints) | 3 | **13. Adheres to Code of Conduct** (Adheres to the letter and spirit of our Company Code of Conduct when completing work assignments) | Yes |
| **7. Individual Leadership** (Demonstrates personal initiative, energizes others, leads by example, maintains a positive and "can do" attitude, takes responsibility for own development, addresses challenging situations) | 3 | **14. Other:** | |

**Write specific observations related to the Success Factors, commenting on both areas of strength and opportunities for development.**

Howard is in the early stages of his learning curve as a production engineer.  He has spent the majority of his time learning Train 1's equipment and operations.  He has displayed that he has good leadership skills, is a good team member and is innovative.  He is very flexible and able to shift priorities, as required.  He follows direction well and shows a great deal of dedication and devotion to his work.  He works well with the other managers and is working on developing a relationship with the operators.  He displays a great deal of enthusiasm to learn about the job and to succeed.

Opportunities for improvement include management training, creating effective relationships with the department support groups, learning more about the operation and attending the Supervisor Development Curriculum courses.

Employee Name    Howard Henry

## Section III – Summary of Performance

In determining the overall rating for performance, consider the following four factors:

♦ The ratings for results achieved (Section I)
♦ The ratings for demonstration of Success Factors on the job (Section II)
♦ The impact of the employee's performance on the business
♦ The comparative importance of the results produced to the results produced by others in the work group

| Results Achieved ("What" was accomplished) Expected results (goals, objectives, standards) based on job responsibilities and assignments | Behavior Exhibited ("How" the employee worked with others) Per Company Success Factors: Accountability, Integrity, Flexibility, Business Acumen, Collaboration, Customer Focus, Communication, etc. | Overall Rating |
|---|---|---|
| **Significantly Above Target** <br> ♦ Far exceeded objectives, responsibilities, expectations | **Role Model** <br> ♦ Consistently demonstrated and inspired others to demonstrate the Success Factors | |
| **Above Target** <br> ♦ Exceeded objectives, responsibilities, expectations | **Accomplished** <br> ♦ Consistently demonstrated the Success Factors | |
| **On Target** <br> ♦ Met objectives, responsibilities, expectations | **Skilled** <br> ♦ Consistently demonstrated most of the Success Factors | **3** <br> **Solid** <br> **Performer** <br> ☑ |
| **Below Target** <br> ♦ Did not fully meet key objectives, responsibilities, expectations | **Needs Development** <br> ♦ Requires improvement in some key Success Factors | |
| **Significantly Below Target** <br> ♦ Did not accomplish most objectives, responsibilities, expectations <br> ♦ *Immediate and sustained performance improvement required to remain in position* | **Needs Significant Improvement** <br> ♦ Did not demonstrate success factors <br> ♦ *Immediate and sustained performance improvement required to remain in position* | |

### Manager's Comments on Performance

Howard is a solid performer. In general, he has met the objectives, responsibilities and expectations that were set for him verbally when he accepted the engineer position. He has learned the basic functions of the engineer and has spent time on the floor learning the equipment and the operation. He accomplished several special projects: installing SOI and product tag holders on the Coating solution tanks, ordering and qualifying a Hepa-filter vacuum for the Blending area, pulling up an out-of-compliance carpet in the production area and refinishing the floor, and participating on the Continuous Coater design team. He also learned the MAXIMO system and initiates daily maintenance requests.

Howard is a conscientious worker who is willing to put in extra effort where needed. Howard works long days to help avoid equipment failure and the associated downtime, and to participate in central engineering projects such as the Littleford installation and Air Washer tie-ins. In the short time that he has been in LCH, Howard has shown himself to be an asset to the department and consistently demonstrates the Company Success Factors.

Employee Name   Howard Henry

## Section IV – Focus for Development

| 1. Identify areas for development that are critical for accomplishing next year's Performance Expectations: | |
|---|---|
| **Development Objectives** | **Related Success Factors** |
| Developing relationships with the Maintenance Dept. | 4.  Collaboration |
| Leadership and Management Skills | 12. Effective People Management |
| Re-evaluate the operation and the equipment – look for better ways to perform the operation. | 8.  Innovation |
| 2.  Create a detailed development plan and discuss with your Manager by (date) January 31, 2001. | |

## Section V - Employee Comments

## VI - Required Signatures

_____        12 / 06 / 00
**Employee's Signature**                                    **Date**
Howard Henry
Signature indicates you have seen, reviewed, and discussed this appraisal with your Manager and you have been given the opportunity for discussion.

_____        12/6/00
**Manager's Signature**                                    **Date**
Walter Wardrop

_____        12/7/00
**Next Level of Review (Signature and Title)**          **Date**
Comments (optional):

_____        _____
**Human Resources (If / as required by Business Division)**        **Date**

Performance Planning and Appraisal 5-00

4334        5

**EXHIBIT 11**

CONFIDENTIAL

AMERICAN HOME PRODUCTS CORPORATION

# PERFORMANCE PLANNING AND APPRAISAL

| | | | |
|---|---|---|---|
| Howard Henry | 2001 | Jan | Dec |
| Employee's Name | Review Period | From | To |

Employee's Social Security Number

☐ Check this box if this Performance Plan and Appraisal is being prepared for a new employee or for an employee who is new to their current assignment ("new" = less than six months in current assignment).

*PLEASE BE INFORMED THAT YOUR PERFORMANCE APPRAISAL MEASURES YOUR JOB PERFORMANCE ONLY. THE FACT THAT THE COMPANY APPRAISES YOUR PERFORMANCE NEITHER GUARANTEES NOR PROMISES EMPLOYMENT FOR ANY DEFINITE PERIOD OF TIME. YOUR EMPLOYMENT IS "AT WILL" AND YOU HAVE THE RIGHT TO TERMINATE YOUR EMPLOYMENT AT ANY TIME AND AMERICAN HOME PRODUCTS CORPORATION AND ITS SUBSIDIARIES RETAIN A SIMILAR RIGHT.*

| | |
|---|---|
| Production Engineer | LCH/640 |
| Employee's Job Title | Division / Department |

| | |
|---|---|
| Walter Wardrop | Production Manager |
| Appraiser's Name | Title |

## Section I – Performance Objectives/ Responsibilities and Results

| A. Performance Objectives, Responsibilities, Expectations | B. Results Achieved | C. Rating (1-5)* |
|---|---|---|
| **Financial** <br> Monitor material losses for attainment in yeild metric <br> Optimize scheduling of all labor to increase efficiency and decrease overtime (increase equipment uptime) <br> Monitor and administrate Kronos System as required to assure correct payment of all personnel. <br> Reduce material loss to achieve NMT 56K/quarter | Howard contributed to the financial success of the business by keeping the machines up and running by scheduling PMOs, etc around the production schedule. Downtime equals lost sales and higher costs. Howard kept production costs low by preventing unplanned downtime and negotiating the lowest cost with vendors. | 4 |
| **Customer Service** <br> Participate in and support 100% Bulk Schedule Attainment <br> Initiate all ERF's in full compliance with SOP200075. <br> Participate in all MIR investigations as required. <br> First time right quality of 92% or better. | Train 1 exceeded the Attainment metric, 98.8% against a goal of 90%. Train 1's Cycle Time met the metric of 15 days and Throughput Time was 37.5 days vs. a target of 45 days. Train 1 could not have met these metrics if equipment was idle or broken. Howard wrote CCPs to maintain the area and the equipment and initiated Capital Projects and various equipment improvements. | 4 |
| **Innovation, Learning, and Accountability** <br> Demonstrate sustained error reduction in your area. <br> Complete writing/revision of all SOP's and associated training as needed <br> Demonstrate consistant administration and enforcement of all department guidelines and expectations. <br> Ability to coach and counsel problem employees for optimum performance . Demonstrate effective use of progressive discipline within contract guidelines. <br> Insure appropriate training ansd skill checks for full compliance with Corporate Training Initiatives. | Managers set goals and objectives for the engineers, but they were self-motived and self-directed on how to reach that goal. Howard was innovative and resourceful in finding and applying resources to achieve his goals. He actively sought out the information he needed on how to meet the best practices of the business. He maintained records of his work which I reviewed quarterly. He had no direct reports, but has actively participated with training the operators on new equipment such as the 10K Littleford. | 4 |

4020



| A. Performance Objectives, Responsibilities, Expectations | B. Results Achieved | C. Rating (1-5)* |
|---|---|---|
| Zone Management/cGMP Compliance & Quality<br>Monitor and maintain your "Zone" in full compliance with SOP.<br>Enforce all quality initiatives in your area and improve overall housekeeping and cGMP compliance among all operators. Insure "Tour Readiness" at all times.<br>Reduce incidence of operator MIR's | Howard helped LCH improve its overall housekeeping in 2001. He reviewed the Daily Supervisor Checklists and Maintenance Zone Checklists and executed Corrective Actions.<br>He scheduled general housekeeping improvements such as painting of production areas to maintain housekeeping compliance standards. | 4 |
| Safety:<br>Safety index of 1.2 or better<br>Conduct all Safety Meetings in compliance with corporate guidelines.<br>Identify and correct high risk housekeeping /design issues. | Howard participated in all Safety Training, reported any safety violation he observed and executed corrective actions to keep the equipment running safely.<br>LCH had a Safety Index of 3.3 vs. a target of 3.0 . | 3 |
| Training:<br>Complete >85% Training personally and for the dept. | Howard completed 54% of his personal training.<br>Train 1 achieve 85% completed vs a goal of 85%. | 2 |

*See Section III

Employee Name Howard Henry

## Section II – Company Values: Work Behaviors Exhibited

| Values | Specific observations related to Company Values, including areas of strength and opportunities for development. | Rating* (1-5) |
|---|---|---|
| **QUALITY:** We are committed to excellence - in the results we achieve and in how we achieve them. <br>• Do your job right every time <br>• Focus on what's important <br>• Strive for continuous improvement <br>• Think strategically and execute flawlessly | Howard was a very conscientious worker. He put quality into all of his work. He was committed to keeping the operation up and running and participated in activities outside of his job description to achieve those goals. He strategically planned all maintenance activity so it resulted in the least amount of production downtime. And he alway looked for ways to improve the operation -equipment and process. | 4 |
| **INTEGRITY:** We do what is right for our customers, our communities, our shareholders and ourselves. <br>• Take responsibility for your actions <br>• Follow through on commitments <br>• Communicate in an open, honest and authentic manner <br>• Respect confidentiality | Howard always tried to do the right thing for the buisness. He accepted accountability for his work and never shirked his responsibilities. He took direction well and always welcomed input into his performance. He completed his projects completely and on time. If they were late, he provided a reason and a new target completion date. | 4 |
| **RESPECT FOR PEOPLE:** We promote a diverse culture and an environment of mutual respect for our employees, our customers and our communities. <br>• Treat others with dignity and respect <br>• Embrace and encourage new ideas <br>• Cultivate talents of others/self <br>• Reward/recognize contributions of others <br>• Celebrate achievements of team/others | If Howard has a single strength, it is his ability to work with people. He treated everyone with respect, listened to other's ideas, and made himself available to anyone who needed his time or expertise. He was a pleasure to work with and is well liked by all his co-workers. His ability to show compassion and touch his co-workers was evident when he led the department in prayer in the aftermath of the Sept. 11th WTC tragedy. He provided strenght and support to those who needed it, even as he was concerned about the welfare of his own friends. He put the needs of others first - ahead of his own. | 5 |
| **LEADERSHIP:** We value people at every level who lead by example, take pride in what they do and inspire others. <br>• Be a role model <br>• Approach your job with passion and conviction <br>• Bring out the best in people <br>• Anticipate and adapt to change <br>• Demonstrate personal initiative <br>• Promote innovative thinking | Howard did not have any direct reports; however, he displayed the leadership qualities listed. He was a member of the Continuous Coater Startup Team and he functioned well when he was asked to lead a team, such as the SOI writing committee. He inspired trust among his co-workers. As a leader or co-worker, Howard demonstrated his ability to lead as well as follow. | 3 |
| **COLLABORATION:** We value teamwork - working together to achieve common goals is the foundation of our success. <br>• Demand/demonstrate teamwork <br>• Be flexible and responsive <br>• Think and work across boundaries <br>• Share information freely <br>• Seek input and listen | Howard functioned very well as a collaborator. He must deal with the needs and deadlines of many people. He collaborated with the Production Coordinator, the supervisors, maintenance, Unicco, etc. He found ways to minimize downtime through creative scheduling of work and multi-tasking. He displayed flexability in 2001 as he continued to perform the role of Dept. Engineer and was assigned to the Continuous Coater Project. He adapted easily and quickly. | 5 |

*See Section III

Employee Name Howard Henry

# Section III – Summary of Performance

In determining the overall rating for performance, consider the following four factors:

- The ratings for results achieved (Section I)
- The ratings for demonstration of Company Values on the job (Section II)
- The impact of the employee's performance on the business
- The comparative importance of the results produced to the results produced by others in the work group

| Results Achieved ("What" was accomplished) Expected results (goals, objectives, standards) based on job responsibilities and assignments | Company Values: Behaviors Exhibited ("How" the employee worked with others) Quality, Integrity, Respect for People, Leadership, and Collaboration | Overall Rating |
|---|---|---|
| **Significantly Above Target** <br> • Far exceeded objectives, responsibilities, expectations | **Role Model** <br> • Consistently demonstrated and inspired others to demonstrate the Company Values | 5 <br> **Outstanding** <br> ☐ |
| **Above Target** <br> • Exceeded objectives, responsibilities, expectations | **Accomplished** <br> • Consistently demonstrated the Company Values | 4 <br> **Exceeds Expectations** <br> ☒ |
| **On Target** <br> • Met objectives, responsibilities, expectations | **Skilled** <br> • Frequently demonstrated most of the Company Values | 3 <br> **Solid Performer** <br> ☐ |
| **Below Target** <br> • Did not fully meet key objectives, responsibilities, expectations | **Needs Development** <br> • Demonstrated Company Values, but requires improvement in some key areas | 2 <br> **Needs Improvement** <br> ☐ |
| **Significantly Below Target** <br> • Did not accomplish most objectives, responsibilities, expectations <br> • *Immediate and sustained performance improvement required to remain in position* | **Needs Significant Improvement** <br> • Rarely demonstrated key Company Values and/or displayed inappropriate work behavior <br> • *Immediate and sustained performance improvement required to remain in position* | 1 <br> **Unsatisfactory** <br> ☐ |

## Manager's Comments on Performance

Howard grew as a Production Engineer this year. He was exposed to many more projects and disciplines than he was in 2000. Among his accomplishments this year were: Installed new agitators in the solutions tanks, engineered new discharge chutes in Coating, installation and start up of the Fettes, installed Bin Logs on the Littleford Bins, installed chart recorders on the 4th floor, construction of the Sodium Selenate room, participated in the Vertical Cell Startup, help define and write the job description for the Maintenance Engineer, and became a key member of the Continuous Coater startup team. He was assigned the task of writing all the SOPs and SOIs for the new coater and took several business trips to insure the smooth installation and startup of the unit. Howard established himself as a key member of LCH's management staff and his performance exceeded expectation in 2001. His technical expertise, flexability and teamwork - plus he's just a all around nice guy - made him invaluable to the division and an asset to the company.

4023

**Employee Name Howard Henry**

## Section IV - Employee Comments

## Section V - Required Signatures

Howard Henry
_____
**Employee's Signature**

12 / 12 / 01
_____
**Date**

Signature indicates you have seen, reviewed, and discussed this appraisal with your Manager.

Walter Wardrop
_____
**Manager's Signature**

12/11/01
_____
**Date**

Jack Riley
_____
**Next Level of Review (Signature and Title)**

12/11/01
_____
**Date**

**Comments (optional):**

_____
**Human Resources (If / as required by Business Division)**

12/21/01
_____
**Date**

## Section VI – Performance Planning – Next Review Period

Employee's Name _____

Review Period _____

Employee's Job Title _____

Division / Department _____

Manager's Name _____

Title _____

## Section VII – Performance Objectives/ Responsibilities

**Performance Objectives, Responsibilities, Expectations**

Quality Objective (Required):

## Section VIII – Focus on Development

1. **Identify areas for development that are critical for accomplishing next year's Performance Objectives, Responsibilities, Expectations**

2. **Create a detailed development plan and discuss with your Manager by (date)** _____

Signature & Date:

Employee _____  Manager _____  Next Level _____

Performance Planning and Appraisal 9-01

4025     6

# EXHIBIT 12

# Wyeth

**Pharmaceuticals & Research**

CONFIDENTIAL

Exempt/Nonexempt
(US & PR)

# PERFORMANCE APPRAISAL

| Howard Henry | | 1/1/02 | 12/31/02 |
|---|---|---|---|
| Employee's Name | Review Period | From | To |

Employee's Social Security Number

☐ Check this box if this Performance Plan and Appraisal is being prepared for a new employee or for an employee who is new to their current assignment ("new" = less than six months in current assignment).

*PLEASE BE INFORMED THAT YOUR PERFORMANCE APPRAISAL MEASURES YOUR JOB PERFORMANCE ONLY. THE FACT THAT THE COMPANY APPRAISES YOUR PERFORMANCE NEITHER GUARANTEES NOR PROMISES EMPLOYMENT FOR ANY DEFINITE PERIOD OF TIME. YOUR EMPLOYMENT IS "AT WILL" AND YOU HAVE THE RIGHT TO TERMINATE YOUR EMPLOYMENT AT ANY TIME AND WYETH AND ITS RELATED COMPANIES RETAIN A SIMILAR RIGHT.*

| Production Engineer | Manufacturing / Dept. 640 – Train 1 |
|---|---|
| Employee's Job Title | Division / Department |

| Walter Wardrop | Associate Director of Manufacturing |
|---|---|
| Appraiser's Name | Title |

## Section I – Performance Objectives/ Responsibilities and Results
### (*See Section III for Ratings Definitions)

| A. Performance Objectives, Responsibilities, Expectations (SEE ATTACHED) | B. Results Achieved (SEE ATTACHED) | C. Rating (1-5)* |
|---|---|---|
| Writing of CTC SOP's | See Attached | 4 |
| On-time startup of the CTC | See Attached | 4 |
| Train operators in operation and cleaning of the CTC | See Attached | 4 |
| Optimize equipment uptime and utilization | See Attached | 4 |
| Monthly Attainment: | See Attached | 4 |
| To identify a Special Project of his own choosing based on departmental needs and compliance guidelines [within the span of his control] to devise and complete. | Howard never identified or completed a "Special Project, as assigned, despite several reminders. | 2 |
| *MANDATORY FOR THOSE WHO MANAGE OTHERS:* Prepared and conducted with each direct report a Performance Appraisal Discussion, Objective Setting Meeting and Developmental Plan Meeting | Prepared 2002 goals and objectives with Howard at the beginning of the year and conducted quarterly reviews. | 3 |

Howard Henry Perf.Review'02.doc    Contact: Local Human Resources

**4015**    1



EXHIBIT
Henry 12
6/12/06

**Employee Name:  Howard Henry**

## Section II – Company Values: Work Behaviors Exhibited
### (*See Section III for Ratings Definitions)

| Values | Specific observations related to Company Values, including areas of strength and opportunities for development. | Rating* (1-5) |
|---|---|---|
| **QUALITY:  We are committed to excellence - in the results we achieve and in how we achieve them.**<br>• Do your job right every time<br>• Focus on what's important<br>• Strive for continuous improvement<br>• Think strategically and execute flawlessly | As the Department Engineer, Howard was responsible for assuring that the equipment produced a Quality product.  To this end, Howard responded to calls for assistance 24/7, often coming in during the night and weekends.  Upon startup of the CTC, Howard helped eliminate the chipping and flaking problems that were identified in the early runs. | 4 |
| **INTEGRITY:  We do what is right for our customers, our communities, our shareholders and ourselves.**<br>• Take responsibility for your actions<br>• Follow through on commitments<br>• Communicate in an open, honest and authentic manner<br>• Respect confidentiality | Howard always tried to do what was best for the business, to the point of personal sacrifice.  To get the CTC started on time, he worked all night to complete tasks and assignments.  He worked the off shifts at my request to assure that the off shifts received the same level of training and attention that the day shift received. | 4 |
| **RESPECT FOR PEOPLE:  We promote a diverse culture and an environment of mutual respect for our employees, our customers and our communities.**<br>• Treat others with dignity and respect<br>• Embrace and encourage new ideas<br>• Cultivate talents of others/self<br>• Reward/recognize contributions of others<br>• Celebrate achievements of team/others | Howard was well liked and respected because of his experience, job knowledge and the way he treated everyone with respect.  He publicly recognized people's achievements and acknowledged the contributions of others.  He was respectful of those he worked with, as well as the organization itself. | 4 |
| **LEADERSHIP:  We value people at every level who lead by example, take pride in what they do and inspire others.**<br>• Be a role model<br>• Approach your job with passion and conviction<br>• Bring out the best in people<br>• Anticipate and adapt to change<br>• Demonstrate personal initiative<br>• Promote innovative thinking | Howard had no direct reports, but he led several teams including supervisors, operators and members of other disciplines.  He demonstrated initiative and was passionate about his work, and tried to install that passion in others. | 4 |
| **COLLABORATION:  We value teamwork – working together to achieve common goals is the foundation of our success.**<br>• Demand/demonstrate teamwork<br>• Be flexible and responsive<br>• Think and work across boundaries<br>• Share information freely<br>• Seek input and listen | Howard collaborated very well with a variety of disciplines to startup and optimize the CTC. He interacted with supervisors, managers, engineers, support groups and vendors, among others.  He maintained an excellent working relationship with all involved and did so with enthusiasm, energy and professionalism.  He interacted especially well with the operators, seeking their input and collaboration from the beginning of the project. | 5 |

**Employee Name: Howard Henry**

## Section III – Summary of Performance

In determining the overall rating for performance, consider the following four factors:
- ♦ Ratings for results achieved - Section I
- ♦ Ratings for demonstration of Company Values on the job - Section II  (How results were achieved is as important as what was accomplished.)
- ♦ Impact of the employee's performance on the business
- ♦ The comparative importance of the results produced to the results produced by others in the work group

| Results Achieved ("What" was accomplished) Expected results (goals, objectives, standards) based on job responsibilities and assignments | Company Values: Behaviors Exhibited ("How" the employee worked with others) Quality, Integrity, Respect for People, Leadership, and Collaboration | Overall Rating |
|---|---|---|
| **Significantly Above Target** <br> ♦ Far exceeded objectives, responsibilities, expectations | **Role Model** <br> ♦ Consistently demonstrated and inspired others to demonstrate the Company Values | 5 <br> Outstanding <br> ☐ |
| **Above Target** <br> ♦ Exceeded objectives, responsibilities, expectations | **Accomplished** <br> ♦ Consistently demonstrated the Company Values | 4 <br> Exceeds Expectations <br> ☒ |
| **On Target** <br> ♦ Met objectives, responsibilities, expectations | **Skilled** <br> ♦ Frequently demonstrated most of the Company Values | 3 <br> Solid Performer <br> ☐ |
| **Below Target** <br> ♦ Did not fully meet key objectives, responsibilities, expectations | **Needs Development** <br> ♦ Demonstrated Company Values, but requires improvement in some key areas | 2 <br> Needs Improvement <br> ☐ |
| **Significantly Below Target** <br> ♦ Did not accomplish most objectives, responsibilities, expectations <br> ♦ *Immediate and sustained performance improvement required to remain in position* | **Needs Significant Improvement** <br> ♦ Rarely demonstrated key Company Values and/or displayed inappropriate work behavior <br> ♦ *Immediate and sustained performance improvement required to remain in position* | 1 <br> Unsatisfactory <br> ☐ |

## Manager's Comments on Performance

Howard was an "Accomplished" performer that consistently demonstrated the Company Values. His primary responsibility this year was the startup and optimization of the Continuous Coater (CTC). The CTC did start on time and Howard spent the remainder of the year resolving problems that were identified, including, tablet chipping, flaking, batch accountability, cleaning verification, operator training, etc. Several more projects are on-going, including next year's goals of a "single-pass" operation and "splitting" the CTC. Howard worked hard this year to achieve all the goals set for the CTC, demonstrating flexibility and dependability. Howard has been effective in achieving the goals set for him and he did so with enthusiasm, dedication, innovation and teamwork. Additionally, he is engaged in transferring his knowledge of the CTC to the Vertical Cell supervisors so that he can eventually hand off full accountability for running the unit to the functional area supervisors.

**Employee Name:  Howard Henry**

## Section IV - Employee Comments

## Section V - Required Signatures

Employee's Signature                                      1/22/03

Date

Howard Henry

Signature indicates you have seen, reviewed, and discussed this appraisal with your Manager.

Manager's Name / Signature                                 1/22/03

Date

Walter Wardrop

Next Level of Review (Signature and Title)                 1/23/03

Date

Andrew Schaschl, Director of Manufacturing

Comments (optional):

Human Resources (If / as required by Business Division)    1/24/03

Date

## Section VI – Performance Planning - Next Review Period

Employee's Name _____    Review Period _____

Employee's Job Title _____    Division / Department _____

Manager's Name _____    Title _____

## Section VII – Performance Objectives/ Responsibilities

**Performance Objectives, Responsibilities, Expectations**

## Section VIII – Focus on Development

1. **Identify areas for development that are critical for accomplishing next year's Performance Objectives, Responsibilities, Expectations**

2. **Create a detailed development plan and discuss with your Manager by (date)** _____

**Signature & Date:**

Employee _____    Manager _____    Next Level _____

**EXHIBIT 13**

MID-YEAR REVIEW 2003

| | |
|---|---|
| Employee: | **Howard Henry** |
| Current Job Title: | Production Engineer, Labor Grade 9 |
| Department Head: | Walter Wardrop, AD. Mfg. |
| Department: | Train 1, Dept. 640 |
| Date Conducted: | 9/3/03 |

## Positives:

- Entered more than 556 Maximo request YTD – to respond to equipment and housekeeping issues and Audit findings. Worked with the supervisors to close out "Zone Management" observations.
- Worked weekday and weekend overtime as required to support the CTC operation, complete the CTC Cleaning Verification and train the operators.
- Lent support to the supervisors as needed in the CTC -- greater dependency on Howard since Paul Couto and Rakesh Patel (Vertical Cell Supervisors) left.
- Member of the CTC Ergonomic Team: worked on resolving ergonomic issues in the production area and improve the overall safety of the operation.
- Member of "CTC Accountability Team" and "CTC Weekly Review Team."
- Responded to off-shift emergencies, as needed.
- Managed all PMO's for Train 1 equipment.
- Completed Phase I of installing protective plastic sheeting above and behind the CTC solution tanks. Phase II to complete in 3Q03.
- CTC solution tank platforms and ladders installed.
- CTC Single Pass Project in process. Trial batch completed in August; Demo and Validation batches scheduled for 3rd and 4th Q03.

## Areas to Focus for Remainder of 2003

- Projects in-process (established in Goals) that need to be completed by year's end:
  - o Establish PMO timelines
  - o Install shear mixers in solution tanks
  - o Increase the dust collection fan speed on Weigh Belt
  - o Fabricate, test and purchase dust removal system for the CTC
  - o Complete installation of plastic sheeting around CTC solution tanks
  - o Revise SOP's as needed for Single Pass Centrum in the CTC
  - o Redesign Best Shaker to prevent foreign objects from entering the blender
  - o Participate in all remaining CTC projects, as assigned

- Improve attendance. 11 Absences YTD (9 Sick Days, 2 Snow Days)
- Re- establish a formal tracking sheet for reporting and documenting work performed, progress YTD, timelines, tasks completed and delays encountered, etc. and conduct a monthly review with the Dept. Manager.
- Continue to focus on delivering projects, tasks, Action Items, Change Controls, Commitments, etc. on or ahead of schedule.

D-00176

CONFIDENTIAL



EXHIBIT
Henry 13
6 12-10 6
GAIL F. SCHORR, C.S.R., C.R.R.

- As discussed, when preparing the end-of-year, final 2003 Goals, quantify and be specific on accomplishments; i.e. financial impact, labor saved, costs reduced, safety upgrades, etc. The Goals need to be a result-driven, cause-and-effect summary of work performed and value-added to the business.

- Howard's primary responsibilities this year have centered on the CTC and managing the day-to-day Train 1 Maintenance issues.    Moving forward, Howard will concentrate on enhancing his "Leadership" skills by taking *ownership* of the CTC issues and will become the single point of contact for all CTC activities – productivity and optimization.    Consequently, Howard also agreed to assume the leadership role and responsibilities for the "Weekly CTC Review Meeting." He will be the driving force to bring closure to the ongoing CTC problems, such as the OOS Accountability and excessive [unplanned] downtime.  Excessive downtime is contributing to higher costs, overtime and adversely affects production planning.    The ultimate goal is ensure the **dependability** of the CTC equipment and process.  He will continue to work with the supervisors to enhance operator training and manage the [operator] turnover as rotation increases.    Developmentally, Howard will pursue leadership opportunities, identify career goals and undertake new projects that enhance and further his career.

  Overall, Howard is a "Solid Performer."

## Also Discussed:

- Reports from the Medical Dept. that when he goes for his Allergy shots, he has been observed there for an extended period of time (up to 1 ½ hours) and was seen entering and exiting an "unauthorized" area.
  - <u>Response</u>:  He was using the Men's Room and he also brought work with him and lost track of time.

- Howard works scheduled overtime, but I received reports that he did not respond to pages.
  - <u>Response</u>:  He leaves his pager on and responded to all pages he received.  He is aware that it is part of his job to respond to emergencies and he often calls in to check the status of the operation before going to bed and will continue that practice.  On 9/4/03 I received a message from Carol Burke stating that the 2-way pager system is not working correctly.  She said new equipment is being installed to improve service.  Since the system is not working, it is likely that Howard did not receive the pages.

---

Howard Henry                     Date                    Walter Wardrop                     Date

**D-00177**

**CONFIDENTIAL**

**EXHIBIT 14**

Pharmaceuticals &
Research

Exempt/Nonexempt
(US & PR)

# Wyeth

## PERFORMANCE APPRAISAL

*Review*
CONFIDENTIAL

| Howard Henry | | | |
|---|---|---|---|
| Employee's Name | Review Period | 1/1/03 From | 12/31/03 To |

Employee's Social Security Number

☐ Check this box if this Performance Plan and Appraisal is being prepared for a new employee or for an employee who is new to their current assignment ("new" = less than six months in current assignment).

*PLEASE BE INFORMED THAT YOUR PERFORMANCE APPRAISAL MEASURES YOUR JOB PERFORMANCE ONLY. THE FACT THAT THE COMPANY APPRAISES YOUR PERFORMANCE NEITHER GUARANTEES NOR PROMISES EMPLOYMENT FOR ANY DEFINITE PERIOD OF TIME. YOUR EMPLOYMENT IS "AT WILL" AND YOU HAVE THE RIGHT TO TERMINATE YOUR EMPLOYMENT AT ANY TIME AND WYETH AND ITS RELATED COMPANIES RETAIN A SIMILAR RIGHT.*

| Production Engineer | Manufacturing / Dept. 640 – Train 1 |
|---|---|
| Employee's Job Title | Division / Department |

| Walter Wardrop | Associate Director of Manufacturing |
|---|---|
| Appraiser's Name | Title |

## Section I – Performance Objectives/ Responsibilities and Results
*(*See Section III for Ratings Definitions)*

| A.  Performance Objectives, Responsibilities, Expectations         (SEE ATTACHED) | B.  Results Achieved                 (SEE ATTACHED) | C. Rating (1-5)* |
|---|---|---|
| Maintain equipment performance by executing the following tasks | • Initiated Maximo Requests<br>• Responded to off shift emergencies<br>• Provided off-shift coverage<br>• Initiated and Closed Change Controls<br>• Created Capital Job Requisitions<br>• Established PMO timelines.<br>• Improved PMO execution by updating and improving existing PMO's. | 4 |
| Maintenance Zone Support | Achieved – submitted Maximo request weekly to support supervisors. | 3 |
| Train operators in operation and cleaning of the CTC; support CTC operation, as needed. | Achieved – Trained and re-trained operators, as needed on all shifts. | 4 |
| Successful completion of the CTC Cleaning Qualification | Done | 3 |
| Monthly Attainment: | Achieved | 3 |
| Special Projects | Howard is on the Single-Pass CTC, CTC Accountability and CTC Weekly Review teams, as well as participates in other regularly scheduled meetings. | 3 |
| *MANDATORY FOR THOSE WHO MANAGE OTHERS:* Prepared and conducted with each direct report a Performance Appraisal Discussion, Objective Setting Meeting and Developmental Plan Meeting | Prepared 2003 goals and objectives with Howard at the beginning of the year and conducted mid-year review on 9/4/03. | 3 |

Howard Henry Perf. Review/03                    Contact: Local Human Resources                                    1

**CONFIDENTIAL**

**EEOC 0051**



EXHIBIT
Henry  14
6/12/06
GAIL F. SCHORR, C.S.R., C.R.R.

Employee Name:  Howard Henry

## Section II – Company Values: Work Behaviors Exhibited
(*See Section III for Ratings Definitions)

| Values | Specific observations related to Company Values, including areas of strength and opportunities for development. | Rating* (1-5) |
|---|---|---|
| **QUALITY:**  We are committed to excellence – in the results we achieve and in how we achieve them.<br>• Do your job right every time<br>• Focus on what's important<br>• Strive for continuous improvement<br>• Think strategically and execute flawlessly | As the Department Engineer, Howard was responsible for assuring that the equipment produced a Quality product.  He responded to calls for assistance on off-shifts and weekends.  Howard continued to focus on improving the quality of the tablets coated in the CTC, optimizing the unit and process. | 4 |
| **INTEGRITY:**  We do what is right for our customers, our communities, our shareholders and ourselves.<br>• Take responsibility for your actions<br>• Follow through on commitments<br>• Communicate in an open, honest and authentic manner<br>• Respect confidentiality | Howard displayed integrity in his performance and behavior.  However, by the definition provided to the left, he needed to focus on following through on commitments in a more timely fashion.  Work was occasionally turned in late and projects completed later than planned – often requiring manager intervention to complete. | 3 |
| **RESPECT FOR PEOPLE:**  We promote a diverse culture and an environment of mutual respect for our employees, our customers and our communities.<br>• Treat others with dignity and respect<br>• Embrace and encourage new ideas<br>• Cultivate talents of others/self<br>• Reward/recognize contributions of others<br>• Celebrate achievements of team/others | Howard was always respectful in his interactions with others, regardless of their role in the organization.  He had a particularly good bond with the operators. | 5 |
| **LEADERSHIP:**  We value people at every level who lead by example, take pride in what they do and inspire others.<br>• Be a role model<br>• Approach your job with passion and conviction<br>• Bring out the best in people<br>• Anticipate and adapt to change<br>• Demonstrate personal initiative<br>• Promote innovative thinking | Howard had no direct reports – most often assuming a collaborative role when working with others.  He made more of an attempt this year to develop leadership skills by assuming the lead role in the Weekly CTC Review Meeting, at my request. | 3 |
| **COLLABORATION:**  We value teamwork – working together to achieve common goals is the foundation of our success.<br>• Demand/demonstrate teamwork<br>• Be flexible and responsive<br>• Think and work across boundaries<br>• Share information freely<br>• Seek input and listen | Howard collaborated well with others.  The only complaint I ever receive about Howard related to the timeliness of his reporting and completing tasks by their original due date.  He is very good at the "relationship" aspect of collaboration, but needed to focus on supporting the goals of the team by submitting work according to the timetable. | 3+ |

**CONFIDENTIAL**

EEOC 0052

| Employee Name: Howard Henry |
|---|

## Section III – Summary of Performance

In determining the overall rating for performance, consider the following four factors:

- Ratings for results achieved – Section I
- Ratings for demonstration of Company Values on the job – Section II  (How results were achieved is as important as what was accomplished.)
- Impact of the employee's performance on the business
- The comparative importance of the results produced to the results produced by others in the work group

| Results Achieved ("What" was accomplished) Expected results (goals, objectives, standards) based on job responsibilities and assignments | Company Values: Behaviors Exhibited ("How" the employee worked with others) Quality, Integrity, Respect for People, Leadership, and Collaboration | Overall Rating |
|---|---|---|
| **Significantly Above Target** <br> ♦ Far exceeded objectives, responsibilities, expectations | **Role Model** <br> ♦ Consistently demonstrated and inspired others to demonstrate the Company Values | 5 Outstanding ☐ |
| **Above Target** <br> ♦ Exceeded objectives, responsibilities, expectations | **Accomplished** <br> ♦ Consistently demonstrated the Company Values | 4 Exceeds Expectations ☐ |
| **On Target** <br> ♦ Met objectives, responsibilities, expectations | **Skilled** <br> ♦ Frequently demonstrated most of the Company Values | 3 Solid Performer ☒ |
| **Below Target** <br> ♦ Did not fully meet key objectives, responsibilities, expectations | **Needs Development** <br> ♦ Demonstrated Company Values, but requires improvement in some key areas | 2 Needs Improvement ☐ |
| **Significantly Below Target** <br> ♦ Did not accomplish most objectives, responsibilities, expectations <br> ♦ *Immediate and sustained performance improvement required to remain in position* | **Needs Significant Improvement** <br> ♦ Rarely demonstrated key Company Values and/or displayed inappropriate work behavior <br> ♦ *Immediate and sustained performance improvement required to remain in position* | 1 Unsatisfactory ☐ |

### Manager's Comments on Performance

Howard's primary goal this year focused on running the CTC and optimizing the equipment and process. Much work has been done and improvements seen, but not all goals have been achieved. Howard did a good job supporting the business on all three shifts, especially stepping up to fill the vacancy left by the two departing Vertical Cell Supervisors. At our mid-year review we discussed developmental issues that would enhance his performance, including his "leadership" role in the organization, assuming "single-point-of-contact" responsibility for the CTC, and better reporting. Subsequently, Howard demonstrated improved diligence in taking ownership of the CTC problems, including heading the Weekly Review Meeting. However, the timeliness of completing assignments still needs improvement. For example, he did not submit his Self-Appraisal or 2003 Goals for consideration in this review – even after 2 written requests. Howard was a "Solid Performer" who is a valued member of my team and would benefit from better reporting, attention to deadlines.

**CONFIDENTIAL**          EEOC 0053

Employee Name:  Howard Henry

## Section IV – Employee Comments

## Section V – Required Signatures

_____     _____
Employee's Signature                                              Date

Howard Henry

Signature indicates you have seen, reviewed, and discussed this appraisal with your Manager.


_____     _____
Manager's Name / Signature                                     Date

Walter Wardrop


_____     _____
Next Level of Review (Signature and Title)                Date

Andrew Schaschl, Director of Manufacturing

Comments (optional):


_____     _____
Human Resources (If / as required by Business Division)     Date

**CONFIDENTIAL**          EEOC 0054

# EXHIBIT 15

**From:** Walter Wardrop
**To:** Train 1 Staff
**Date:** 10/2/2003 10:13 AM
**Subject:** End of Year Performance Evaluations

All,

The following email was sent on Sept. 8th:

I just received the 2003 Performance Appraisal and Salary Planning time line. The Self Appraisal must be completed and <u>turned in [to me] by October 1st</u>. I attached the form for you.

Sept/Oct will be very busy with all the upcoming activities, so it is important that you complete this and submit it on time.

thanks,
Walter

Today is Oct 2nd.

<u>Rich, Todd, Greg</u>: I have everything. Thanks.
<u>Mike</u>: I know you turned yours in to Bob.
<u>Vonda, Keith</u>: You turned in your Self-Appraisals, but you did not turn in your Goals spreadsheet. They are part of your Self-Appraisal - they support Question #1. Please submit as soon as possible.
<u>Howard, Alice</u>: I did not receive anything yet. Please submit as soon as possible.

Thank you,
Walter



EXHIBIT
Henry 15
6/2/06
GAIL F. SCHORR, C.S.R., C.R.R.

1923