# EXHIBIT 16

**Wyeth Pharmaceuticals**
401 N. Middletown Rd.
Pearl River, NY 10965

Howard Henry
Production Engineer
Wyeth Consumer Health
Centrum Production

# Wyeth

To:     Mr. Walter Wardrop
Date:   January 5, 2004

Re:     2003 Goals

Attached is a copy of my 2003 objectives as well as an "Engineer Status Project Report" list. The Engineer Status Report outlines my achievements in a more detailed format than the objective sheet. Based on this fact, please refer to both documents, scrutinizing the Engineer Status Report for more information pertaining to personal accomplishments for the October 2002-2003 review period

Regarding "Company Values" namely, Quality, Integrity, Respect for People, Leadership and Collaboration, most of my 2003 accomplishments has at least one if not more of these values embedded within. Furthermore, all of this was achieved despite missing 2 ½ months on medical leave. Each accomplishment, along with the company value (if applicable) it represents, is enclosed with this document.

Cordially,

Howard Henry
*Production Engineer*
*Centrum Production*

EXHIBIT
Henry 16
6/13/06
GAIL F. SCHORR, C.S.R., C.R.R.

D-00273

CONFIDENTIAL

Wyeth Ayerst Pharmaceuticals
Train 1 2003 Performance Objectives
Howard Henry, Production Engineer / Train 1

| Safety | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| • Participate in routine audits | Provide support for supervisors who are audited by assigning work order numbers to audit items. Follow up with maintenance in order to ensure those work orders are completed before commitment date deadlines | Provide support for supervisors who are audited by assigning work order numbers to audit items. Follow up with maintenance in order to ensure those work orders are completed before commitment date deadlines | Provide support for supervisors who are audited by assigning work order numbers to audit items. Follow up with maintenance in order to ensure those work orders are completed before commitment date deadlines | |
| • Achieve OSHA Recordable Case Rate of 3.5 | OSHA Recordable rate for 1Q03 was 1.1 | OSHA Recordable rate for 2Q03 was 1.6 | OSHA Recordable rate for 3Q03 was 1.6 | |
| 1. Evaluate ergonomic and safety issues associated with the Fette and CTC operations and execute action items that will result in safer procedures and fewer MLOA's. | Member of the ergonomic committee. Pursue and perform action items that burgeon as the result of this meeting. Provide support, advice and feasibility of the suggestions set forth by the committee

Benefits: Safety, fewer MLOA, operator collaboration, cost savings. | Assessed Littleford 10K issues dealing with powder flow.

Team continues to meet with core team members and rotate in a cross-section of operators to solicit floor input. | Addressed CTC-Bin mover issues by implementing a non-skid hold pad and better on/off capabilities.

All capital projects on HOLD pending review. | |

CONFIDENTIAL

Wyeth Ayerst Pharmaceuticals
Train 1 2003 Performance Objectives
Howard Henry, Production Engineer / Train 1

| Compliance/Quality | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| • Reduce "new" Train 1 MIRs issued by 50%; (from 2002 target of NMT 32 to NMT 16) **WCH:** IMR Goal = NMT 75 Internal Goal=NMT 50. **Train 1:** IMR Goal = NMT 16 Internal Goal=NMT 10. | Jan: 16<br>Feb: 7<br>Mar: 24<br>Train 1 Average = 16<br>Factory Average = 71<br><br>Team formed to evaluate root cause[s] of errors and identify trends. Leon is team leader with all Train 1 supervisors participating. | Apr: 14<br>May: 16<br>Jun: 20<br>Train 1 Average = 16.7<br>Factory Average = 92<br><br>Leon and Supervisors meeting regularly and with operators to reduce errors and MIRs. | Jul: 24<br>Aug: 18<br>Sept: 22<br>Train 1 Average = 21<br>Factory Average = 94<br><br>Leon and Supervisors continue to meet regularly and with operators to reduce errors and MIRs. I reviewed SOI returns to determine scope of problem and implement further corrective actions. | |
| • Maintain NMT 3 overdue MIR's for T1. **WCH:** IMR Goal: NMT 13. Internal Goal: ZERO. **Train 1:** IMR Goal: NMT 3. Internal Goal: ZERO. | Factory Average = <1 | Factory Average = 2 | Factory Average = 2 | |
| • Improve MIR 24 hour notification metric to 90%. | Jan: 80%<br>Feb: 85%<br>Mar: 62%<br>Factory Average = 80% | Apr: 88%<br>May: 90%<br>Jun: 80%<br>Factory Average = 86% | Jul: 77<br>Aug: 87<br>Sept: 88<br>Factory Average = 84 | |
| • Complete 100% of all Regulatory and Audit Commitments on time. | 100% On-Time | 100% On-Time | 100% On-Time | |

D-00275

CONFIDENTIAL

Wyeth Ayerst Pharmaceuticals
Train 1 2003 Performance-Objectives
Howard Henry, Production Engineer / Train 1

| | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| • Maintain NMT zero (2) overdue non-Regulatory/Audit commitments. | Jan: 3<br>Feb: 4<br>Mar: 3<br>Train 1 Average = 3.3<br><br>Factory Average = 3.3 | Apr: 2<br>May: 5<br>Jun: 3<br>Train 1 Average = 3.3<br>Factory Average = 2<br>(SOI updates are now done quarterly, so "SOI-update" Commitments go overdue.) | Jul:   1<br>Aug:   1<br>Sept:   1<br>Train 1 Average = 1<br>Factory Average = 1<br>The lone overdue was for adding "cam numbers" to the SOI. Since SOI revisions are bundled to reduce the documentation workload, this Commitment went overdue by consensus. There were several issue related to the CCP's that resulted in multiple revisions and delays | |

| Compliance/Quality | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| • Maintain zero overdue change controls, | Jan: 2<br>Feb: 1<br>Mar: 0<br>Train 1 Average = 1<br><br>Factory Average = 98.1% | Apr: 0<br>May: 0<br>Jun: 0<br>Train 1 Average = 0<br><br>Factory Average = 97.6% | Jul: 0<br>Aug: 0<br>Sept:   1<br>Train 1 Average = 0.34<br><br>Factory Average = 99.3% | |
| • Achieve First Time Quality of 98% (IMR Goal). | Jan: 91.4%<br>Feb: 94.8%<br>Mar: 86.2%<br>Average = 90.8% | Apr: 89.6%<br>May: 89.9%<br>Jun: 79.3%<br>Average = 86.3% | Jul: 80.1%<br>Aug: 90%<br>Sept: 83.3%<br>Train 1 Average = 85 | |
| • Achieve FTQ (internal measure) of:<br>--Train 1: 94% | | | | |
| • Achieve Training audit pass rate of 100% (IMR) | Jan: 100%<br>Feb: 100% | Apr: 100%<br>May: 100% | Jul:   100%<br>Aug:   100% | |

CONFIDENTIAL

D-00276

Wyeth Ayerst Pharmaceuticals
Train 1 2003 Performance Objectives
Howard Henry, Production Engineer / Train 1

| Mar: 100% | Jun: 100% | Sept: 100% |
|---|---|---|
| Average = 100% | Average = 100% | Average = 100% |

D-00277

CONFIDENTIAL

Wyeth Ayerst Pharmaceuticals
Train 1 2003 Performance Objectives
Howard Henry, Production Engineer / Train 1

| Customer Service | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| • Support lines shipped complete Goal of: IMR Goal = 96.5% Internal Goal = 98% | Jan: 97.6 Feb: 99.2 Mar: 98.5 Average: 98.4% | Apr: 99.2% May: 99.0 Jun: 98.4 Average = 98.9 | Jul: 99.5 Aug: 99.4 Sept: 98.9 Average = 99.3 | |
| • Achieve schedule attainment of IMR Goal = 85% Internal Goal = 98%. | Jan: 63% Feb: 100% Mar: 100% Average = 87.7% | Apr: 100 May: 100 Jun: 100 Average = 100 | Jul: 100 Aug: 100 Sept: 100 Average = 100% | |
| • Maintain targeted finished goods DOS | Average 1-4 SKU's were below safety stock throughout the quarter. | SKU's below safety stock dropped to 0-1 by end of quarter. | SKU's below safety stock dropped to 0-2 throughout the quarter. | |
| • Maintain backorders at: WCH – 0, WP – 0 Bausch & Lomb – 0, Int'l – LT k$500 | WCH – 0 WP – k$2,421 B & L – 40 Int'l – k$221 | WCH – 0 WP – 0 B & L – 0 Int'l – k$16 | | |

D-00278

CONFIDENTIAL

Wyeth Ayerst Pharmaceuticals
Train 1 2003 Performance Objectives
Howard Henry, Production Engineer / Train 1

| Cost | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| • Maintain spending within budget excluding volume variance. | Direct Labor (k$87) favorable, other spending k$414 unfavorable. | Direct Labor (k$447) favorable, other spending k$684 unfavorable vs. budget despite spending k$530 less vs. Prior year. | Direct Labor (k$765) favorable, other spending k$1068 unfavorable vs. budget despite spending k$975 less than 2002. | Note: Sept. OT related to equipment problems and Oct. shutdown pull-up. |
| • Achieve conversion cost targets of $6.82 WCH, $242.81 WP | 1Q Average = $8.44 | 2Q Average = $7.66 | 3Q Average = $7.91 | |
| • Support inventory targets of 6.5 MOH WP and 4.5 MOH WCH | Average inventory for 1Q03 7.8 MOH WP and 5.0 MOH WCH. Increase mostly in finished goods. | Average inventory for 2Q03 MOH 8.3 WP and 5.4 MOH WCH due to finished goods and WP for shutdown builds. | Average inventory for 3Q03 MOH 9.5 WP due to Mylotarg and 5.2 MOH WCH due to finished goods and WP for shutdown builds. | |
| • Achieve yield targets of: Train 1 – 97% | Train 1 Average = 100% | Train 1 Average = 96.4% (Root cause of losses is overdosing on Rettas and dust collections. Teams in place to address both.) | Train 1 Average = 97% | |

D-00279

CONFIDENTIAL

Wyeth Ayerst Pharmaceuticals
Train 1 2003 Performance Objectives
Howard Henry, Production Engineer / Train 1

| Organization | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| • Maintain equipment performance by executing the following tasks | | | | |
| 1. Initiating Maximo Requests | 1. Period: 1/1-4/30/03: 235 Requests made | 1. Period: 5/1-8/28/03: 221 Requests made | 1. Period: 9/1-9/30/03: Requests made 68 | |
| 2. Responding to off shift emergencies | 2. Respond and coordinate off shift activities | 2. Provided direction and guidance during the 8/18-8/22 CTC 12 batch string, contacting vendors and scheduling the cleaning and calibration of the Weigh belt in less than 10 hrs. | 2. Respond and coordinate off shift activities | |
| 3. Providing off-shift coverage | 3. Ongoing | 3. Provided off-hour coverage during the Littleford 10K welding repair. Provide off-hour CTC coverage during equipment failures | 3. Continue to respond to all emergencies handling all calls expeditiously | |
| 4. Initiating and Closing Change Control Procedures | 4. Ongoing | 4. Ongoing | 4. Ongoing | |
| 5. Creating Capital Job Requisitions | 5. Ongoing | 5. Ongoing | 5. Ongoing | |
| 6. Sourcing new equipment. | 6. Ongoing. Attended Interphex. New | 6. Continue to search for new technology | 6. CTC Weigh belt accountability issues | |

Wyeth Ayerst Pharmaceuticals
Train 1 2003 Performance Objectives
Howard Henry, Production Engineer / Train 1

| New Product | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 7. Establish PMO timelines. | equipment found. Will be tested and implemented based on cost and practicality<br><br>7. New and old equipment timelines in review | to replace the CTC Weigh belt and to provide de-dusting before tablets reach the unit.<br><br>7. PMO's are assessed upon execution. Constantly improving the process with extensive scrutiny of current methods, calibration set points and checkpoints. | seemed to be resolved. Perpetual search for new technology to de-dust tablets before reaching Weigh belt.<br><br>7. Weekly Weigh Belt calibrations appear to help maintain accountability. Will be evaluated further | |
| 8. Improving PMO execution by updating and improving existing PMO's. | 8. Currently assisting to write and implement new CTC-PMO | 8. CTC-PMO written and executed. A new change control will be written in order to tighten some parameters and to correct errors found with Thomas Engineering's method | 8. Currently assisting to write and implement CTC Weigh belt changes in order to improve Weigh belt performance | |

Wyeth Ayerst Pharmaceuticals
Train 1 2003 Performance Objectives
Howard Henry, Production Engineer / Train 1

| Special Projects | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| Improve the CTC process by performing each of the following: | | | | |
| 1. Purchase new agitator shear head in order to prepare a solution in the water addition step | 1. Will be incorporated with the CTC one pass capital project. | 1. May be put on hold. SOI would have to be changed and new method would have to be validated. Not enough Tech-service staff to perform all the tasks at this time. | 1. Project put on hold. May be reintroduced in 1st quarter 2004 | |
| 2. Increase the dust collector fan speed to increase Weigh-belt dust removal | 2. Change Control will be written/executed during the CTC-one pass project | 2. Change Control will be written/executed during the CTC-one pass project | 2. Still part of the CTC-One Pass project activities | |
| 3. Fabricate, test and purchase a dust removal system for the CTC | 3. Vendors contacted Will be incorporated with the CTC-One pass project capital project | 3. Project ongoing. Tech service representatives currently evaluating vendors and equipment. | 3. Project ongoing. Tech service representatives currently evaluating vendors and equipment. | |
| 4. Install protective plastic sheeting to prevent paint peeling in the CTC solution tank area. | 4. Vendor price quote obtained. Job will be capitalized and installed during the 3rd quarter | 4. Project started. The area above the tanks is complete. The other areas around the tanks will be finished during the October HVAC Shutdown. | 4. Job will commence during the October 2003 shutdown | |
| 5. Optimizing all CTC cleaning SOP's | 5. Ongoing | 5. Ongoing. Most cleaning SOP's can | 5. Three SOP's migrated successfully into | |

CONFIDENTIAL

D-00282

Wyeth Ayerst Pharmaceuticals
Train 1 2003 Performance Objectives
Howard Henry, Production Engineer / Train 1

| | | | |
|---|---|---|---|
| 5. Install platforms and ladders to provide better access to the CTC VspU-Max units | 6. Complete | remain the same. The system operation SOP will require minor revisions.<br><br>6. Complete | GMPharma, SOP's will be amended pending the results of the CTC-One Pass trial batch study<br><br>6. Complete |
| • Improve 10K Littleford processing equipment | • Redesigned Screen Shaker to prevent twist ties and other foreign objects from entering the blending process. Will be implement during the third quarter. | • Will be implemented during the HVAC equipment upgrade shutdown (October shutdown) | • Will be implemented during the HVAC equipment upgrade shutdown (October shutdown) |
| **OTHER PROJECT GOALS**<br><br>1. Achieve Centrum in single pass for CTC. | Attending Chicago trail during the week of May 5th. | | |
| 2. Successful completion of the CTC Cleaning Qualification | CTC cleaning qualification complete after three successful runs on 3/8, 15 and 22. Result: No more QA verification. Equipment cleaning reduced and usage increased. | Spectrum Spray bar system installed, tested and removed during the week of August 25th 2003. More trail optimization runs will be necessary.<br><br>Complete | Spectrum Spray bar spare parts identified. Will be ordered during the 4th quarter.<br><br>Complete |
| **PERSONNEL /ORGANIZATIONAL**<br><br>1. Maintain a personal | | | |

Wyeth Ayerst Pharmaceuticals
Train 1 2003 Performance Objectives
Howard Henry, Production Engineer / Train 1

Training ITP% of >90%

Currently 81% as of 4/30/03

Currently 83% as of 8/28/03

Currently 84% as of 9/30/03

D-00284

CONFIDENTIAL

# ENGINEER STATUS PROJECT REPORT

### LCH Centrum Production (Train #1)

September 17, 2003

| Project | Date Received | Purpose | Description | Status |
|---|---|---|---|---|
| Continuous Tablet Coater Action Items | 1/03 | Perform all tasks associated with safe and proper use of the Continuous Coater. | **1. CTC Verification Process:**<br><br>• Hold meeting on all three shifts detailing the equipment involved in the verification process, correcting passed mistakes as well as the pass/fail percentage of all equipment involved in the process. The pass fail rate for each unit is listed below: | 1) Status.<br><br>• Complete. Three meetings held on 3/6/2003. |

| Equipment | Passing Percentage (%) Period (7/28/02-1/8/03) |
|---|---|
| Coater #1 | 50% |
| Coater #2 | 44% |
| *IBEX Gear Pumps | 50% |
| Solution Tank 19A | 13% |
| Solution Tank 20B | 6% |
| Solution Tank 21A | 13% |
| Solution Tank 22B | 19% |
| Vac-U-Max 19A | .88% |
| Vac-U-Max 20B | 94% |
| Vac-U-Max 21A | 81% |
| Vac-U-Max 22B | 94% |
| Inlet Conveyor Belt | 100% |
| Conveyor Belt A | 100% |
| Conveyor Belt B | 94% |
| Conveyor Belt C | 94% |
| Weigh Belt | 94% |

*Will not be part of the verification process

• Manage all activities in order to pass three consecutive inspections. Verifications will consist of visual inspection, examination of all cleaning checklists to ensure proper and complete execution and the testing for the removal of any cleaning agent used to clean CTC equipment. The process will be conducted by Technical Service personnel.

• Complete. All equipment passed three consecutive verification procedures on 3/8, 3/15 and 3/22/03.

Howard Henry
Production Engineer
Manufacturing

D-00285

CONFIDENTIAL

# ENGINEER STATUS PROJECT REPORT

*LCH Centrum Production (Train #1)*

September 17, 2003

| Continuous Tablet Coater Action Items (Continued) | 1/03 | Perform all tasks associated with safe and proper use of the Continuous Coater. | | |
|---|---|---|---|---|

2) Vac-U-Max access (platform/ladders):
- A meeting must be held with Bishnu Joarder, Andy Sakell and Susan Rera to discuss operator access of the Vac-U-Max.
- Send to request to Engineering to the attention of Bishnu Joarder
- Write change control and justification
- Circulate job order
- Install Platform
- Cut and polish holes through platform for Vac-U-Max hoses
- Design and install platform ladders
- Inspect platform and have ORR conducted by Safety
- Respond to all ORR items
- Close Change Control

**Status**
- Complete. A platform will be designed and built
- Complete.
- Complete.
- Complete
- Complete
- Complete
- Complete
- Complete
- Complete
- Complete

3) CTC PMO Responsibility/Technology Transfer
Conduct the following activities in order to transfer CTC execution from Thomas Engineering to Wyeth
- Verify the model and serial numbers for all equipment on CTC #1, CTC#2, Air Handlers and Dust Collectors
- Inspect all PMO procedures for proper procedure and complete equipment testing. This involves three PMO documents i.e. Mechanical, Electrical and Instrumentation PMO documents

**Status**
- Complete. All equipment verified
- Complete. All PMO procedures inspected

4) CTC-Spare Parts Assessment Team
Establish a spare parts list for the CTC system. Perform the following tasks in order to establish a spare parts list for all CTC equipment.
- Provide recommended spare parts list to maintenance
- Determine critical and non critical parts for each equipment
- Inspect final list with Maintenance personnel
- Order parts

**Status**
- Complete.
- Complete.
- Complete.
- Complete.

Howard Henry
Production Engineer
Manufacturing

D-00286

CONFIDENTIAL

# ENGINEER STATUS PROJECT REPORT

*LCH Centrum Production (Train #1)*

September 17, 2003

| Continuous Coater Project Action Items (Continued) | 1/03 | Perform tasks to remediate startup issues with the Continuous Coater. | | |
|---|---|---|---|---|

5. **CTC-Dust Collector issues:**
1/24/03: Meeting held to address dust collector issues i.e. freezing of the filters especially in CTC-dust collector #2. The following action items came as a result of the meeting:
- Remove Spray System handle from unit
- Instruct operators not to spray water in the duct-work above the unit
- Remind supervisors and operators to preheat the dust collector unit prior to drying the unit
- Create reminder list

9/03: Change all CTC dust collector actuator fittings in order to prevent the unit from providing false pressure readings due to faulty fittings
- Discuss situation with instrumentation mechanics
- Initiate work order request

6. **CTC Bins**
- Address problem with bin knobs falling from CTC bin valves. 3/4/03: Called A. Rosencranz along with Dan Dooly to address the issue of knobs falling from bin valves. Replacement parts costly. Repairs will be made in-house in order to fix this problem
- Replace all bin wheels

7. Equipment ordering. The following equipment must be ordered:
- Roughing Filters for CTC#1
- Conveyor Belt Speed Sensors
- Vac-U-Max mufflers
- Vac-U-Max inlet chutes
- Vac-U-Max socks
- CTC Bin Valve Parts

5) **Status**
- Complete.
- Complete
- Complete
- Complete

- Complete.
- Complete.  WO#335543

6) **Status**
- Complete

- Complete via WO# 275130, 287263, 297063

7) **Status**
- Ordered and replaced
- Ordered and received
- Ordered and received
- Backorder
- Ordered and received
- Ordered

D-00287

Howard Henry
Production Engineer    CONFIDENTIAL
Manufacturing

# ENGINEER STATUS PROJECT REPORT
### LCH Centrum Production (Train #1)

September 17, 2003

| | | | | |
|---|---|---|---|---|
| Gap Strategy Assessment | 2/03 | Perform all duties in order to properly categorize equipment under assessment. | This assessment is part of the plant wide initiative, analyzing all equipment in order to achieve 21CFR Part 11 compliance. The following units must be assessed utilizing the form provided by the Gap Strategy Assessment Representative:<br><br>• PC#7<br>• PC#8<br>• CTC#1<br>• CTC#2 | 1) Assessment status is listed below:<br><br>• Complete<br>• Complete<br>• Complete<br>• Complete |
| CTC Single Pass Project | 5/03 | Perform all duties in order to successfully complete this project by 12/31/03 | The objective of the CTC Single Pass Project is to increase the CTC tablet coating process time by a minimum of 50%. This will be done by decreasing the tablet throughput by coating tablets in the CTC system in a "single" pass as opposed to using two coaters for two coating applications.<br><br>1. The following tasks must be performed in order to complete this task:<br>  • Write solution tank functionality memo<br>  • Resolve maintenance related issues that could possible effect project<br>    ○ Bent Baffle issue: effects tablet bed height and throughput<br>    ○ Inlet Plenum issue: affects proper heating<br>    ○ Resolve slow temperature heating issue (CTC-AHU#1)<br>  • Check into installation of access door in the duct-work<br>  • Revise Cleaning SOP's creating specific CTC-Single Pass SOP's<br>  • Review and revise PID documents supplied by Sear Brown and Sikorski representative R. Hoffman<br>  • Remove and reinstall gun arms for test old gun arms<br>  • Order all spare parts for Spectrum spray arm unit<br>    ○ 64 Spray bar o' ring<br>    ○ 20 Manifold sections<br>    ○ 8 spray gun bodies .75 mm<br>    ○ 32 spray gun needles .75 mm | 1) Status for each item is listed below:<br><br>• Complete.<br>• All completed via work order requests<br>  ○ Complete<br>  ○ Complete<br>  ○ Complete<br>• Complete.<br>• Ongoing. SOP's revised once final parameters are established<br>• Complete.<br>• Complete. Done each time via work request<br>• Complete. All parts ordered and received |

Howard Henry
Production Engineer
Manufacturing

D-00288

CONFIDENTIAL

# ENGINEER STATUS PROJECT REPORT

*LCH Centrum Production (Train #1)*

September 17, 2003

| | | | |
|---|---|---|---|
| Review Team Meeting | 9/03 | Perform all duties required to resolve all outstanding issues associated with CTC batch accountability. | 1) Chair of the CTC Review Team Meeting Committee. Perform the following tasks as chairman of this committee:<br><br>• Write meeting minutes weekly<br>• Analyze Weigh belt progress during coating process<br>• Analyze PLC/HMI System Loop check<br>• Resolve AHU and Dust Collector Shutdown Issues<br>• Evaluate current batch calculation methods<br>• Modify PMO<br><br>1) Status is listed below:<br><br>• Complete<br>• Complete<br>• Complete<br>• Complete<br>• Complete<br>• Complete |
| MIR Commitments | Ongoing | Various commitments received during various production excursions | 1. Commitment #26381: The CTC temperature went out of range.<br>  • Due date: 5/30/03 <br><br>2. Commitment #30169: Install door sweep on Mechanical Room 112-300.<br>  • Due date: 12/31/03 <br><br>3. Commitment #30213: Replace broken drain screen and replace pipe in Mechanical Room 112-300.<br>  • Due date: 7/25/03 <br><br>4. Commitment #30218: Repair and paint damaged coving in Passageway 112-300A<br>  • Due date: 7/25/03 <br><br>5. Commitment #32981: Review the feasibility of calibrating the Weigh Belt weekly due to OOS for batch 04451-1025<br>  • Due date: 9/30/03 <br><br>6. Commitment #36570: Study best way to secure lris Valve to bins in PC#8.<br>  • Due date: 1/31/04 <br><br>7. Commitment #37198: Initiate system to replace gear of IBEX pumps<br>  • Due date: 1/15/04 <br><br>8. Initiate documentation to help with the closure of commitments:<br>  • CIP-100 (Pace Report Evaluation) Memo<br>  • Alconox Usage Memo<br>  • CTC heating excursion Memo | 1. Complete.  Closed 5/30/03<br><br>2. Complete.  Closed (10/31/03)<br><br>3. Complete.  Closed (7/14/03)<br><br>4. Complete.  Closed (7/11/03)<br><br>5. Complete.  Closed (9/18/03)<br><br>6. In process<br><br>7. In process<br><br>8. All information researched and documents written.<br><br>• Complete<br>• Complete<br>• Complete |

Howard Henry
Production Engineer
Manufacturing

D-00289

CONFIDENTIAL

# ENGINEER STATUS PROJECT REPORT

## LCH Centrum Production (Train #1)

September 17, 2003

| Change Control Procedures | Ongoing | Initiation, Closure and Cancellation of Change Control Procedures | | |
|---|---|---|---|---|

1) CCP 2002-2613 "Modify Vac-U-Max PMO# 47186"
   - Approved 10/02.

   1) Change complete. Closed 12/14/02

2) CCP 2002-2615 "Installation of Vac-U-Max platforms:
   - Approved 12/02

   2) Work completed.  CCP Closed 5/23/03

3) CCP 2002-1864 "Salvage scale from PMO 57273 and Maximo"
   - Initiated by Gary Balsley

   3) Work completed.  Closed 6/18/03

4) CCP 2002-1184 "Modification of PMO for 14 hand held micrometers"
   - Initiated by Gary Balsley

   4) Work completed.  Closed 10/2/03

5) CCP 2003-145 "Rerouting of Compressed Air Filter for CTC#2"
   - Approved 1/20/03. Due 3/03

   5) Work completed.  Closed 1/30/03

6) CCP 2003-212 "Removal of Drying Inlet Temperature Criteria from the SOI"
   - Approved 3/03 Due 6/03

   6) Work completed.  Closed 4/30/03

7) CCP 2003-2040 "Revision of PMO 47179"
   - Approved 10/03. Due 12/03

   7) Work completed.  Closed 11/7/03

8) The following CCPs were canceled:
   - CCP 2001-1545 "AWACS Room Start-Up"
   - CCP 2001-1549 "Light Weigh Room Start-Up"
   - CCP 2001-1550 "Oil Room Start-Up"
   - CCP 2001-1551 "Release Room Start-Up"
   - CCP 2001-1553 "Heavy Weigh Room Start-Up

   8) All CCPs were canceled due to equipment and room validation issues, CCPs were canceled on 6/12/03 and 6/17/03.

| Littleford-10K Blender | Ongoing | Organize and supervisor various activities associated with the successful use of the blender | | |
|---|---|---|---|---|

1. Welding of damaged mixing plows (6/4/03) Supervise activities associated with repairing of the damaged plows.

   1) Complete 6/6/03.  Stayed until all activities were done.

2. Littleford-10K Dust Collector Study (5/03) Organize and communicate all activities associated with the

   2) Progress on each activity is listed below:

Howard Henry
Production Engineer
Manufacturing

D-00290

CONFIDENTIAL

# ENGINEER STATUS PROJECT REPORT

## LCH Centrum Production (Train #1)

September 17, 2003

| | | | Activity | Status |
|---|---|---|---|---|
| Ergonomics Team | 3/03 | Study all situations throughout manufacturing and make effect ergonomic changes | successful completion this task.<br>• Fax batch record information to Carlene Bassell<br>• Discuss study plan with MEGS dust removal service representative<br>• Communicate information to all supervisors and management staff<br><br>3. Littleford Blender Electric Failure Remediation and Fike Relocation (1/03):<br>Meeting held 3/11/03: The following activities must be performed in order to resolve circuit breaker tripping problems during the jog and mixing portion of the operation and in order to increase operator safety and protection from potential dust explosion during the blending process.<br>• Reset Breakers with Frank Gufest (EE)<br>• Assist in the determination of proper Fike Canister location<br>• Assist in the determination of proper Fike Sensor location<br>• Determine critical equipment routing installation locations and proper routing<br><br>3/14/03: First meeting held. Team members discussed ergonomic changes that needed to be made throughout the plant, that is, the Littleford 10K Blender Area, Compression – Fette Areas and the CTC Suite. The following Action Items must be addressed in the up-coming months:<br>1. Littleford-10K:<br>• Platform/dump sink difficult to move<br>• Dump sink positioning issues<br>• Best Shaker powder distribution issues<br>• Best Shaker wheels issues. Wheels are inadequate in moving the Shaker and become flat under the weight of the unit<br>2. Compression-Fette 3200 Area<br>• Bin moving issues<br>• Change bin wheels<br>3. CTC Area<br>• Drum movement issue | • Complete. Faxed on 5/12<br>• Complete<br>• Complete<br><br>3) Progress on each activity is listed below:<br><br>• Complete<br>• Complete<br><br>• Complete<br><br>• Complete<br><br>All issues addressed. Some items will require a study plan for resolution. The status of each item is listed below:<br>1. Littleford 10K:<br>• Complete: Platform cannot be separated due to size and weight of the unit<br>• Addressed: Polishing and not the angle appear to be the issue. Sink polishing will increase with more use.<br>• See item b<br>• Wheels assessed. Maintenance will contact manufacturer for |

Howard Henry
Production Engineer
Manufacturing

D-00291

CONFIDENTIAL

# ENGINEER STATUS PROJECT REPORT

*LCH Centrum Production (Train #1)*

September 17, 2003

| | | | |
|---|---|---|---|
| Manufacturing Support | 1/03 | Provide general support to all areas throughout manufacturing | Continue to provide support to areas throughout the year performing the tasks listed below:<br><br>1. Maintenance Zone Checklist:<br>Assist supervisors in fulfilling the weekly requirement to analyze and repair areas for specific Maintenance zone assignments. Perform the following activities associated with this task:<br>• Inspect area with supervisor in order to initiate the appropriate corrective action<br>• Initiate work order requests<br>• Communicate work order request number to supervisor so that number can be logged unto Zone Checklist form.<br><br>2. Central Storage / Set-Up Shop Area<br>• Initiate work order requests to support the general maintenance of the area<br>• Assist in scheduling PMO execution for equipment located in the area, i.e. Hardness testers, balances, micrometers and compression machines<br>• Assist in supporting all equipment by initiating repair requests | suggestion of better wheels<br>Compression-Fette Area:<br>• Chart Caddy ordered.<br>• New non-skid pad installed WO#3434445-6.<br>• Broken ignitions replace with more durable ignition with sturdy keys.<br>• All bin wheels replaced.<br><br>3. CTC Area:<br>• Ongoing: Committee will be assembled to address these issues.<br><br>1. All activities completed weekly in order to fulfill this requirement<br><br>• Area inspected as needed on a weekly basis<br>• Work order requests furnished as needed<br>• Information communicated via e-mail or by phone<br><br>2. Support ongoing. Status of is listed below:<br>• Ongoing. Work orders placed as needed<br>• Ongoing. PMO procedures scheduled.<br>• Supported equipment e.g. Stokes 754 |

Howard Henry
Production Engineer
Manufacturing

D-00292

CONFIDENTIAL

# ENGINEER STATUS PROJECT REPORT

*LCH Centrum Production (Train #1)*

September 17, 2003

- Conduct assessments for the modification of equipment located in the area
  - Assisted in the modification of pressure switches, ramp inserts and other equipment

3. Fette-3200 Compression Machines
   Assist in the determination of effective corrective actions to help resolve the following issues

   - *Electrical Spiking Issue:* 3/17/03: Contacted Frank Gufert regarding this issue. Suggested that a power conditioner be used to analyze the problem and that Fette also be contacted. 4/7/03: Paul Mueller made aware of the problem. He will provide a detailed summary regarding voltage feed/spiking issue

   - Powder loss issues: FDA approved tape initially installed to resolve this issue. QA representative Farooq Moatter ordered that the tape be removed. Maintenance contacted to provide alternative. Gasket material installed

   - Gear box powder retention issues. This problem occurs because of the powder loss.

   - Provide extended assistance during the loss of F. Abatangelo and the training of compression supervisor M. Collorafi. Assist in covering the area helping to resolve washroom issues (WO#334526), and compression shop damage (WO#342686)

3. Support ongoing. Status is listed below:

   - Complete. Awaiting final report from Paul Mueller

   - Gaskets installed (WO# 334244, 335142-4). Will be observed to establish if gaskets should be used permanently

   - Modified one gear box. Will be checked

   - Complete. Assistance provided and will continue as needed.

4. QA Audit Item Assessment
   Pre-inspect audit areas and assist supervisors in assessing appropriate corrective actions in order to address various QA audit action items

   - Walked the Littleford-10K area with supervisor Keith Crump in order to address the following QA audit action items:
     - Loose floor drain
     - Loose grating on wall
     - Paint room
     - Fixed damaged vents

4. Status listed below:

   - Complete. WO#315169
   - Complete. WO#314662
   - Complete. WO#314665
   - Complete. WO#314667

Howard Henry
Production Engineer
Manufacturing

D-00293

CONFIDENTIAL

# ENGINEER STATUS PROJECT REPORT

*LCH Centrum Production (Train #1)*

September 17, 2003

5. Hurricane Isabel Preparedness Committee
   • Provide a Action List for equipment and areas throughout the manufacturing area
   • Work with other committee members to determine safe shutdown and re-start methods for equipment and areas throughout the plant

   **5. Status listed below:**
   - Complete. Action Plan provided at the meeting.
   - Complete. Worked with other committee members assessing all equipment

6. Schedule all departmental PMO procedures Insure all PMO procedures are conducted as scheduled causing minimum impact to production demands.

   The following tasks must be completed in order to achieve this task:
   • Attend scheduled PMO meetings
   • Communicate PMO to department staff managers, coordinators and supervisor
   • Respond to PMO list monthly via e-mail providing execution time period
   • Follow-up with maintenance personnel to ensure complete execution

   **6. Status listed below:**
   - Complete. Meeting attended monthly
   - Complete. Information communicated.
   - Complete. Responded to all e-mail requests
   - Complete. No PMO procedures overdue

7. Communicate Manufacturing and Plant shutdowns. Ensure effective communication occurs throughout the manufacturing areas during plant shutdowns. 2/10/03: AW#8 and all AHUs went down due to power failure. Stayed at plant until power returned

   The following tasks must be completed in order to complete this task:
   • Assess type of shutdown
   • Contact Initiator in order to establish affected areas
   • Schedule shutdown around manufacturing demands
   • Communicate information to all affected areas

   **7. Status listed below:**
   - All tasks completed in each time a shutdown is scheduled.

Howard Henry
Production Engineer
Manufacturing

D-00294

CONFIDENTIAL

# ENGINEER STATUS PROJECT REPORT

*LCH Centrum Production (Train #1)*

September 17, 2003

8. Purified water hose assessment committee
   Participate in analyzing and correcting all issues
   associated with purified water hoses currently in use.

   - Indicate rooms that will require purified water hoses
   - Determine location of purified hose stand(s) in
     designated rooms

8. Status listed below:

   - Complete.
   - Complete.

9. Blender Timer Printout Support

   - Provide printouts for non-legible readings for all
     equipment throughout the area equipped with
     Blender timers

9. Status listed below:

   - Ongoing. Printouts
     provided for supervisors
     from all three Trains

10. Initiate Maximo requests throughout the plant for all
    areas.
    Areas include but not limited to Bathrooms, Elevators,
    Hallways, all Mechanical Rooms, all Blending Rooms,
    all Coating areas and equipment, all Compression
    rooms and equipment, Inspection Areas, Warehouses,
    Washrooms, Weigh Rooms and Office Areas.

    - Attend weekly scheduling meetings for
      execution updates
    - Clear all WQAR (Awaiting QA review) backlogs

10. Status listed below:

    Maximo requests are ongoing.
    Over 700 (727) Maximo requests
    made.

11. Attend Bi-Weekly Customer Service Meetings.
    Meetings are intended to provide focused attention on
    manufacturing needs. The following tasks have been
    generated as a result of these meetings:

    - Verification of CTC #1 and CTC #2 PMO
      Instrumentation list
    - CTC Spare Part List
    - Fette electrical voltage/spiking issue

    - Complete. Meeting
      attended weekly
    - Complete. No WQAR
      backlog as of 10/03

11. Status listed below:

    - All Items addressed and
      completed

D-00295

CONFIDENTIAL

Howard Henry
Production Engineer
Manufacturing

# EXHIBIT 17

Exempt/Nonexempt
(US & PR)

# PERFORMANCE APPRAISAL

| Howard Henry | | 1/1/03 | 12/31/03 |
|---|---|---|---|
| Employee's Name | Review Period | From | To |

Employee's Social Security Number

☐ Check this box if this Performance Plan and Appraisal is being prepared for a new employee or for an employee
who is new to their current assignment ("new" = less than six months in current assignment).

*PLEASE BE INFORMED THAT YOUR PERFORMANCE APPRAISAL MEASURES YOUR JOB PERFORMANCE ONLY. THE FACT THAT THE
COMPANY APPRAISES YOUR PERFORMANCE NEITHER GUARANTEES NOR PROMISES EMPLOYMENT FOR ANY DEFINITE PERIOD
OF TIME. YOUR EMPLOYMENT IS "AT WILL" AND YOU HAVE THE RIGHT TO TERMINATE YOUR EMPLOYMENT AT ANY TIME AND
WYETH AND ITS RELATED COMPANIES RETAIN A SIMILAR RIGHT.*

| Production Engineer | Manufacturing / Dept. 640 – Train 1 |
|---|---|
| Employee's Job Title | Division / Department |

| Walter Wardrop | Associate Director of Manufacturing |
|---|---|
| Appraiser's Name | Title |

## Section I – Performance Objectives/ Responsibilities and Results
### (*See Section III for Ratings Definitions)

| A. Performance Objectives, Responsibilities, Expectations | B. Results Achieved | C. Rating (1-5)* |
|---|---|---|
| Maintain equipment performance by executing the following tasks | • Initiated Maximo Requests<br>• Responded to off shift emergencies<br>• Provided off-shift coverage<br>• Initiated and Closed Change Controls<br>• Created Capital Job Requisitions<br>• Established PMO timelines.<br>• Improved PMO execution by updating and improving existing PMO's. | 4 |
| Maintenance Zone Support | Achieved – submitted Maximo requests weekly to support supervisors. | 3 |
| Train operators in operation and cleaning of the CTC; support CTC operation, as needed. | Achieved - Trained and re-trained operators, as needed on all shifts. | 4 |
| Successful completion of the CTC Cleaning Qualification | Achieved (Team Effort) | 3 |
| Monthly Attainment: | Achieved (Team Effort) | 3 |
| Special Projects | Howard is on the Single-Pass CTC, CTC Accountability and CTC Weekly Review teams, as well as participates in other regularly scheduled meetings. | 3 |
| *MANDATORY FOR THOSE WHO MANAGE OTHERS*: Prepared and conducted with each direct report a Performance Appraisal Discussion, Objective Setting Meeting and Developmental Plan Meeting | Prepared 2003 goals and objectives with Howard at the beginning of the year and conducted mid-year review on 9/4/03. | 3 |

EXHIBIT
Henry 17
6 12 06
GAIL F. SCHORR, C.S.R., C.R.R.

**Employee Name:  Howard Henry**

## Section II – Company Values: Work Behaviors Exhibited
### (*See Section III for Ratings Definitions)

| Values | Specific observations related to Company Values, including areas of strength and opportunities for development. | Rating* (1-5) |
|---|---|---|
| **QUALITY:  We are committed to excellence - in the results we achieve and in how we achieve them.**<br>• Do your job right every time<br>• Focus on what's important<br>• Strive for continuous improvement<br>• Think strategically and execute flawlessly | As the Department Engineer, Howard was responsible for assuring that the equipment produced a Quality product. He responded to calls for assistance on off-shifts and weekends. Howard continued to focus on improving the quality of the tablets coated in the CTC, optimizing the unit and process. | 4 |
| **INTEGRITY:  We do what is right for our customers, our communities, our shareholders and ourselves.**<br>• Take responsibility for your actions<br>• Follow through on commitments<br>• Communicate in an open, honest and authentic manner<br>• Respect confidentiality | Howard displayed integrity in his performance and behavior and followed through on commitments | 3 |
| **RESPECT FOR PEOPLE:  We promote a diverse culture and an environment of mutual respect for our employees, our customers and our communities.**<br>• Treat others with dignity and respect<br>• Embrace and encourage new ideas<br>• Cultivate talents of others/self<br>• Reward/recognize contributions of others<br>• Celebrate achievements of team/others | Howard was always respectful in his interactions with others, regardless of their role in the organization. He had a particularly good bond with the operators. | 5 |
| **LEADERSHIP:  We value people at every level who lead by example, take pride in what they do and inspire others.**<br>• Be a role model<br>• Approach your job with passion and conviction<br>• Bring out the best in people<br>• Anticipate and adapt to change<br>• Demonstrate personal initiative<br>• Promote innovative thinking | Howard had no direct reports. However, he did display leadership qualities in his dealings with the operators and by assuming the lead role in the Weekly CTC Review Meeting, at my request. | 3 |
| **COLLABORATION:  We value teamwork - working together to achieve common goals is the foundation of our success.**<br>• Demand/demonstrate teamwork<br>• Be flexible and responsive<br>• Think and work across boundaries<br>• Share information freely<br>• Seek input and listen | Howard collaborated well with others and participated on many teams. | 3+ |

**Employee Name: Howard Henry**

# Section III – Summary of Performance

In determining the overall rating for performance, consider the following four factors:

- Ratings for results achieved - Section I
- Ratings for demonstration of Company Values on the job - Section II  (How results were achieved is as important as what was accomplished.)
- Impact of the employee's performance on the business
- The comparative importance of the results produced to the results produced by others in the work group

| Results Achieved ("What" was accomplished) Expected results (goals, objectives, standards) based on job responsibilities and assignments | Company Values: Behaviors Exhibited ("How" the employee worked with others) Quality, Integrity, Respect for People, Leadership, and Collaboration | Overall Rating |
|---|---|---|
| **Significantly Above Target**<br>• Far exceeded objectives, responsibilities, expectations | **Role Model**<br>• Consistently demonstrated and inspired others to demonstrate the Company Values | **5**<br>**Outstanding**<br>☐ |
| **Above Target**<br>• Exceeded objectives, responsibilities, expectations | **Accomplished**<br>• Consistently demonstrated the Company Values | **4**<br>**Exceeds Expectations**<br>☐ |
| **On Target**<br>• Met objectives, responsibilities, expectations | **Skilled**<br>• Frequently demonstrated most of the Company Values | **3**<br>**Solid Performer**<br>☒ |
| **Below Target**<br>• Did not fully meet key objectives, responsibilities, expectations | **Needs Development**<br>• Demonstrated Company Values, but requires improvement in some key areas | **2**<br>**Needs Improvement**<br>☐ |
| **Significantly Below Target**<br>• Did not accomplish most objectives, responsibilities, expectations<br>• *Immediate and sustained performance improvement required to remain in position* | **Needs Significant Improvement**<br>• Rarely demonstrated key Company Values and/or displayed inappropriate work behavior<br>• *Immediate and sustained performance improvement required to remain in position* | **1**<br>**Unsatisfactory**<br>☐ |

## Manager's Comments on Performance

Howard's primary goals this year focused on running the CTC and optimizing the equipment and process.  Much work has been done and improvements made.  Howard did a good job supporting the business on all three shifts, especially stepping up to fill the vacancy left by the two departing Vertical Cell Supervisors.  At our mid-year review we discussed developmental opportunities.  Subsequently, he assumed a stronger leadership role by taking the lead role in the Weekly CTC Review Meeting and by continuing to support the needs of all three shifts.  Howard "Lives the Values" and adds value to the organization.

**Employee Name:  Howard Henry**

## Section IV - Employee Comments

This Performance Review was conducted with Mr. Henry on 12/17/03.  Mr. Henry disagreed with his rating, chose not to sign it and has submitted a rebuttal.   He has not submitted his 2003 Goals and Objectives or his Self-Appraisal for inclusion in this review.

## Section V - Required Signatures

**Employee's Signature**                                            **Date**

Howard Henry

Signature indicates you have seen, reviewed, and discussed this appraisal with your Manager.

_____                          1/16/04

**Manager's Name / Signature**                                **Date**

**Walter Wardrop**

_____                          1/16/04

**Next Level of Review (Signature and Title)**            **Date**

**Andrew Schaschl, Director of Manufacturing**

Comments (optional):

_____                          1/16/04

**Human Resources (If / as required by Business Division)**    **Date**

*This review was given to Howard during a meeting in my office on 1/16/04. Howard refused to sign and did not take the document. JR*

## Section VI – Performance Planning - Next Review Period

Employee's Name _____    Review Period _____

Employee's Job Title _____    Division / Department _____

Manager's Name _____    Title _____

## Section VII – Performance Objectives/ Responsibilities

| Performance Objectives, Responsibilities, Expectations |
|---|
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |

## Section VIII – Focus on Development

| 1. **Identify areas for development that are critical for accomplishing next year's Performance Objectives, Responsibilities, Expectations** _____ |
|---|
|  |
|  |
|  |
|  |
| 2. **Create a detailed development plan and discuss with your Manager by (date)** _____. |

**Signature & Date:**

Employee _____    Manager _____    Next Level _____

# EXHIBIT 18

Howard Henry - Statement and Request

From:        Howard Henry
To:          Bigelow, Peter
Date:        2/16/2004 10:53:53 AM
Subject:     Statement and Request

Good morning Pete,

After stating, during our meeting on 2/11/04, that Walter Wardrop, Andy Schaschl and Mike McDermott engaged in racial discrimination and should be held accountable for their actions, I am also stating that Joanne Rose aided in concealing this act by offering reasons to support Walter, Andy and Mike's decision to demote me to packaging instead of trying to investigate and resolve the issue.

Furthermore to date, I still have not received a copy of my changed 2003 performance evaluation. I need this document for my records should any retaliation arise, due to me proceeding with resolving this matter. Would you please contact Patti Verhasselt (x22544) so that I can obtain a copy of this performance evaluation?

Finally, thank you for stating that you did not feel comfortable with the decision to send me to packaging as a supervisor and thwarting the move to put me there.

Thanks and have a good day,
Howard


Howard Henry
Wyeth Pharmaceuticals
Consumer Health Division
40 N. Middletown Rd.
Pearl River, NY 10965
(845)-602-4843- Office
(845)-602-3181-Fax



EXHIBIT
Heni 1    18
6/12/06
GAIL F. SCHORR, C.S.R., C.R.R.

**1438**

# EXHIBIT 19

From:       Peter Bigelow
To:         Henry, Howard
Date:       2/25/2004 9:55:55 AM
Subject:    Review of past Performance appraisals

Howard,

As you had requested, I have reviewed the Performance Appraisal documents from the past few years.  In general they seemed to be clear and objective.

If you would like any further discussions with me on this subject feel free to schedule some time.  I have a new Administrative assistant here in Pearl River.  Her name is Adeline Fox - so please schedule through her.  I understand you are considering an offer with the Vaccines Technical Services organization.  I can offer a perspective on that position if it is helpful to you.

regards,

Peter


CC:         Fox, Adeline


EXHIBIT
Henry 19
6/21 06
GAIL F. SCHORR, C.S.R., C.R.R.

1432

**EXHIBIT 20**

| | |
|---|---|
| **From:** | Donna Grantland |
| **To:** | Henry, Howard |
| **Date:** | 5/6/2004 4:05:02 PM |
| **Subject:** | Re: Per your request |

Howard
I left you a voice mail to call me to discuss. However, I want to make sure that we get back to you on your request, so I am also e-mailing you. Peter and I met with Joe Vitanza this afternoon and have decided that you will remain as the Production Engineer in Centrum production and continue to report to Andrew Espejo.

Thank you for your patience while we went through this process and if you have any questions, please do not hesitate to contact me.

Donna

Donna M. Grantland
Human Resources Business Partner
phone Collegeville: 484-865-3320
phone PR: 845-602-5566
e-mail: grantld@wyeth.com

>>> Howard Henry 4/26/2004 9:12:40 AM >>>
Good morning Peter, During our meeting on 4/21/04 you presented me with two options regarding positions in the company and stated you needed a response by Monday, April 26th. The first was the original Packaging Supervisor position, which in essence is a demotion, and the other was a Senior Validation Specialist role with the Vaccines organization. Since Mike McDermott is now the Managing Director of Vaccines, I truly am not comfortable with taking this position. One viable option would be for me to assume the role as the Consumer Health Project Engineer, once held by Aladin Alkawam, who left the company on April 23, 2004. I am thoroughly familiar with all of the tasks associated with this position because I provided Aladin with most of the project information he used to fulfill his duties and served the organization as the Project Engineer previously. Another statement you made during our meeting was that Eugene Sakett's investigation of my racial discrimination claim failed to uncover any discrimination. I disagree with this conclusion and restate the claim that Walter Wardrop, Andy Schaschl, Joanne Rose and Mike McDermott engaged in racial discrimination regarding the decision to demote me to a Packaging Supervisor. At this point, I am requesting a copy of Mr. Sackett's investigation in order to understand how the investigation was conducted and how he reached his conclusion. Thank you for scrutinizing my situation and I await your decision regarding the Project Engineer role and the request of a copy of Mr. Sackett's investigation. Cordially,Howard Henry Howard Henry
Wyeth Pharmaceuticals
Consumer Health Division
401 N. Middletown Rd.
Pearl River, NY 10965
(845)-602-4843- Office
(845)-602-3181-Fax


CC:        Bigelow, Peter; Vitanza, Joe


EXHIBIT
Henry 20
6/12/06
GAIL F. SCHORR, C.S.R., C.R.R.

3996

**EXHIBIT 22**

**2004 QUARTERLY REVIEW – Mid-Year Review**

Howard Henry – Production Engineer

**Working Projects:**
- Predictive Maintenance Plan –
  - Need to verify receipt of vibration and lubrication list by scheduled due date
  - Missed target date of June 25, 2004 to schedule meeting with Maintenance
- Preventive Maintenance Plan -
  - Review of list not 100% completed by target date of June 25, 2004
- Equipment Classification Plan-
  - Currently on schedule to meet target completion dates
  - Review SOP 30105 for familiarity (located on LAN)
- SOP Review Timeline
  - 3 SOPs completed on time
  - 8 SOPs not completed on time
- Bin Storage Project
  - Currently all tasks on target
  - Commence joint team meetings with Bin Project Team
- CTC Single Pass Validation
  - Completed process engineering work associated with single pass validation on time
  - Need to resolve over-spray problem with Thomas Engineering

**Areas of Strength**
- Increasingly pro-active in the follow-up on monthly/weekly Maintenance PMO schedule
- Commenced use of Microsoft Project to manage Bin Storage Project

**Areas of improvement:**
- Improvement on follow-up on pending issues
  - Manage completion of tasks to meet due dates
- Expand breadth of knowledge on department equipment
  - Fette/Stokes Tablet Presses, Dust Collectors, Air Handlers, control systems
- Developing and implementing project timelines
  - Integrate MicroSoft Project into departmental projects

This document was reviewed with Howard Henry on ___7/9/04___

_____

Howard Henry



EXHIBIT
Henry 22
6.42.06
GAIL F. SCHORR, C.S.R., C.R.R.

1494

## PPU #1 2004 Goals and Objectives

Name: Howard Henry

| Category / OBJECTIVES | Q1 Results | Q2 Results | Q3 Results | Q4 Results | Rating |
|---|---|---|---|---|---|
| **REGULATORY READINESS** | | | | | |
| Annual Defined Rev Materials | | | | | |
| Enhance Maintenance Zone Mgt Program | On Track | | | | |
| (redacted) | On Track | | | | |
| (redacted) | To be worked on | | | | |
| (redacted) | To be worked on | | | | |
| Validate Training Levels 1-4 | On Track | On Track | | | |
| Reduce Overdue SOP's and CCR's | To be worked on | On Track | | | |
| **EASIER TO DO THE RIGHT THING** | To be worked on | To be worked on | | | |
| Implement DB Conformance Standards | | | | | |
| Identify 2 Perf. Issues and Develop Plan to Remediate | To be worked on | To be worked on | | | |
| Skill Blocks & Improve Training Program | | | | | |
| Process Flow Mapping | On Track | On Track | | | |
| **HAVING THE RIGHT PEOPLE** | | | | | |
| Improve Recruitment Process | | | | | |
| Cross-train in Critical Positions | To be worked on | To be worked on | | | |
| **ENERGIZE THE WORKFORCE** | To be worked on | To be worked on | | | |
| Employee Empowerment | To be worked on | To be worked on | | | |
| Greater focus on Rewards & Recognition | To be worked on | To be worked on | | | |
| Communicate and Reward Accomplishments | To be worked on | To be worked on | | | |
| **NETWORK** | | | | | |
| Improve Collaboration with other Sites | | | | | |
| Support the Network as needed and as able | To be worked on | To be worked on | | | |
| **PRODUCTIVITY** | | | | | |
| Single Manufacturing with Packaging | To be worked on | To be worked on | | | |
| Decrease the on-site Warehousing Project | | | | | |
| Overhead Feed to Packaging | | To be worked on | | | |
| Single Pass Centrum in CTC #1 | On Track | On Track | | | |
| Single Pass Silver in CTC #2 | To be worked on | On Track | | | |
| #1 Process Flow Mapping | To be worked on | On Track | | | |
| **TECHNOLOGY** | | | | | |
| Identify and adopt at least 1 new Mfg. Innovation | To be worked on | To be worked on | | | |
| (redacted) | | | | | |

**EXHIBIT 23**

# Wyeth

**Pharmaceuticals & Research**

Exempt/Nonexempt (US & PR)

CONFIDENTIAL

## PERFORMANCE APPRAISAL

| | | | | |
|---|---|---|---|---|
| Howard Henry | | 1/01/2004 | 12/31/2004 | |
| Employee's Name | | Review Period | From | To |

Employee's Social Security Number

☐ Check this box if this Performance Plan and Appraisal is being prepared for a new employee or for an employee who is new to their current assignment ("new" = less than six months in current assignment).

☐ Check this box if the employee is a member of a Global Brand Team, Global Development Team or TALT? *If the employee is a member, please ensure that the Team Member Review Form is attached to this appraisal.*

*PLEASE BE INFORMED THAT YOUR PERFORMANCE APPRAISAL MEASURES YOUR JOB PERFORMANCE ONLY. THE FACT THAT THE COMPANY APPRAISES YOUR PERFORMANCE NEITHER GUARANTEES NOR PROMISES EMPLOYMENT FOR ANY DEFINITE PERIOD OF TIME. YOUR EMPLOYMENT IS "AT WILL" AND YOU HAVE THE RIGHT TO TERMINATE YOUR EMPLOYMENT AT ANY TIME AND WYETH AND ITS RELATED COMPANIES RETAIN A SIMILAR RIGHT.*

| | |
|---|---|
| Production Engineer | PPU1 - Centrum Manufacturing / 1061640 |
| Employee's Job Title | Division / Department |
| Andrew S. Espejo | PPU Lead |
| Appraiser's Name | Title |

## Section I – Performance Objectives/ Responsibilities and Results
### (*See Section III for Ratings Definitions)

| A. Performance Objectives, Responsibilities, Expectations | B. Results Achieved | C. Rating (1-5)* |
|---|---|---|
| **Regulatory Readiness**<br>- Set Up and Maintain Equipment Operation Manuals<br>- Manage Maintenance Work Order Backlog<br>- Maintain PM and Calibration Requirements<br>- Manage Master Equipment List<br>- Coordinate and Maintain daily Work Schedule (PM/CM)<br>- Reduce Overdue SOP's and CCR's | Howard consistently managed the maintenance work order backlog to maintain work orders older than 90 days at an acceptable level. Project to enhance the preventive and predictive maintenance program as well as the review of the master equipment list is slightly behind schedule. Overdue SOPs have been revised and approved however are not all made effective by the end of year. All assigned Change Controls were closed on time. Howard assisted in the training of operators on revisions to cleaning checklists and operational SOPs. | 3 |
| **Easier To Do The Right Thing**<br>- Process Flow Mapping | Howard was assigned the co-lead on the Single Pass Process Flow evaluation team that mets its target of developing the Single Pass Process Flow Map. | 3 |
| **Having The Right People**<br>- Cross-train in Critical Positions | As assigned Howard attended Project Management Training as well as Fette Levels 1 through 4 equipment training. | 3 |
| **Productivity**<br>- Align Manufacturing with Packaging<br>- Complete the Skid Weighing Project<br>- Overhead Feed to Packaging<br>- Bin Storage project<br>- Single Pass Centrum in CTC #1 | Howard has contributed significantly to the MFI projects in both process engineering reviews and project management of the Bin Storage Project. He has collaborated well with his team members in achieving stated goals. | 4 |

D-00170

EXHIBIT
Henry 23
61206
GAIL F. SCHORR, C.S.R., C.R.R.

**Employee Name – Howard Henry**

## Section II – Company Values: Work Behaviors Exhibited
(*See Section III for Ratings Definitions*)

| Values | Specific observations related to Company Values, including areas of strength and opportunities for development. | Rating* (1-5) |
|---|---|---|
| **QUALITY: We are committed to excellence - in the results we achieve and in how we achieve them.**<br>• Do your job right every time<br>• Focus on what's important<br>• Strive for continuous improvement<br>• Think strategically and execute flawlessly | Howard consistently performs work order and preventive maintenance work order reviews in a timely and efficient manner. Howard ensures that all documents are prepared in an efficient manner. Some re-work on SOP revisions have occurred however Howard has made consistent strives to produce quality work. | 3 |
| **INTEGRITY: We do what is right for our customers, our communities, our shareholders and ourselves.**<br>• Take responsibility for your actions<br>• Follow through on commitments<br>• Communicate in an open, honest and authentic manner<br>• Respect confidentiality | Howard consistently applies his technical knowledge and shares his knowledge with team members. Howard is open to alternative solutions to his own ideas and applies them without hesitation. Howard does need to improve on setting objective dates and meeting those commitments consistently. | 3 |
| **RESPECT FOR PEOPLE: We promote a diverse culture and an environment of mutual respect for our employees, our customers and our communities.**<br>• Treat others with dignity and respect<br>• Embrace and encourage new ideas<br>• Cultivate talents of others/self<br>• Reward/recognize contributions of others<br>• Celebrate achievements of team/others | Howard has demonstrated both professional and personnel respect for all department employees as well team members. He consistently shares his knowledge and experiences with co-workers. He makes it a personnel endeavor to ensure that all team members are recognized and rewarded for their efforts. | 4 |
| **LEADERSHIP: We value people at every level who lead by example, take pride in what they do and inspire others.**<br>• Be a role model<br>• Approach your job with passion and conviction<br>• Bring out the best in people<br>• Anticipate and adapt to change<br>• Demonstrate personal initiative<br>• Promote innovative thinking | Howard's goal is to do his best at whatever he does. By communicating, leading by example, and trying to perform consistently, he improves the efforts of the colleagues around him. Howard appears comfortable receiving assignments related to his role as Production Engineer as opposed to letting enthusiasm and passion help forge the direction required to be taken in order for the department to improve the way the equipment is operated and maintained. | 3 |
| **COLLABORATION: We value teamwork - working together to achieve common goals is the foundation of our success.**<br>• Demand/demonstrate teamwork<br>• Be flexible and responsive<br>• Think and work across boundaries<br>• Share information freely<br>• Seek input and listen | Howard works very well in a team atmosphere. He is always ready to accept input from others – when he does not know something, or if he needs additional information, he asks the appropriate people. He is also willing to share his personal knowledge and experience with anyone who may benefit. He is always willing to help his colleagues when needed. | 4 |

D-00171

**CONFIDENTIAL**

Employee Name – Howard Henry

## Section III – Summary of Performance

In determining the overall rating for performance, consider the following three factors:

- Ratings for results achieved - Section I
- Ratings for demonstration of Company Values on the job - Section II (How results were achieved is as important as what was accomplished.)
- The relative comparison of how the employee performed against his or her objectives and values to how other employees in the department and / or business unit performed against their objectives and values.

| Results Achieved ("What" was accomplished) Expected results (goals, objectives, standards) based on job responsibilities and assignments | Company Values: Behaviors Exhibited ("How" the employee worked with others) Quality, Integrity, Respect for People, Leadership, and Collaboration | Overall Rating Against individual goals relative to others' performance within the organization |
|---|---|---|
| **Significantly Above Target**<br>♦ Far exceeded objectives, responsibilities, expectations | **Role Model**<br>♦ Consistently demonstrated and inspired others to demonstrate the Company Values | 5 ☐ |
| **Above Target**<br>♦ Exceeded objectives, responsibilities, expectations | **Accomplished**<br>♦ Consistently demonstrated the Company Values | 4 ☐ |
| **On Target**<br>♦ Met objectives, responsibilities, expectations | **Skilled**<br>♦ Frequently demonstrated most of the Company Values | 3 ☒ |
| **Below Target**<br>♦ Did not fully meet key objectives, responsibilities, expectations | **Needs Development**<br>♦ Demonstrated Company Values, but requires improvement in some key areas | 2 ☐ |
| **Significantly Below Target**<br>♦ Did not accomplish most objectives, responsibilities, expectations<br>♦ *Immediate and sustained performance improvement required to remain in position* | **Needs Significant Improvement**<br>♦ Rarely demonstrated key Company Values and/or displayed inappropriate work behavior<br>♦ *Immediate and sustained performance improvement required to remain in position* | 1 ☐ |

### Manager's Comments on Performance

Howard has demonstrated his technical knowledge and experience to help the department meet its expected objectives. He as accepted assignments willingly and dutifully. Setting objectives and commitment dates and meeting those dates need improvement.

D-00172

**CONFIDENTIAL**

Employee Name – Howard Henry

### Section IV - Employee Comments

### Section V - Required Signatures

Employee's Signature
Signature indicates you have seen, reviewed, and discussed this appraisal with your Manager.

Date

_Andrew S. Espo_          01 / 24 / 2005

Manager's Name / Signature          Date

_Joseph Y. W.___  Managing Director          01 / 24 / 05

Next Level of Review (Signature and Title)          Date

Comments (optional):

_J Rose_          1/24/05

Human Resources (If / as required by Business Division)          Date

*Employee has refused to sign the appraisal. A Review was Conducted on Wednesday January 12, 2005 with the employee who stated the he felt he should have been rated higher than a "3"*

_Andrew P. Espo_ 01/24/2005

D-00173

**CONFIDENTIAL**

# EXHIBIT 24

3765

# 2005 Performance Feedback

Review Period: 01/03/2005 - 06/14/2005

Date: 5/31/2005

Employee's Name

**Max J. Katz**

Appraiser's Name

Employee's Job Title / Division

**Manager Manufacturing Support**

Title

## OBJECTIVES

| Category | | YTD Results | Status Year to Date | | | | Other/Comments |
|---|---|---|---|---|---|---|---|
| | | | On Pace (satisfactory) | Behind Pace (needs improvement) | Unacceptable results (requires corrective action) | | |
| **1. Provide the necessary support to the conversion cost reduction project to ensure an 8% reduction. OEE improvement project to ensure a) Track, trend and provide improvement projects to improve OEE initiatives b). Meet the established year-end improvement target (12/31).** | | | | | | | Provide a project timeline for improvement projects to Manager by July 29, 2005. |
| Regulatory Commitments | (Target = 100%) | 0 / 0 / 0   100% | X | | | | |
| First Time Quality | (Target = 80%) | 80.3 / 78 / 88   86.4% | X | | | | |
| Batch Record Errors | (Target = 101.0) | 114.3 / 98.8 / 80.9   98.0% | | X | | | |
| Cycle Time (in Days) MRP-Continuum/Performance   (23.6) | | 41.2 / 26.1 / 26.9   32.1% | | X | | | |
| Mfg. Variance ($K) | (Target = $0) | 341 / 842 / 1022   $2,305,000 | | | X | | |
| Safety | (Target = <1.1) | 0 / 0.98 / 2.00   .099 | X | | | | |
| Scheduled Adherance | (Target = 92%) | 90 / 100 / 100   95.7% | X | | | | |
| 86% On time Closure to all Action items (SOPs, MFRs, Commitments, etc.) | | | X | | X | | PMO turnaround as discussed earlier on 03/20/05. PMO's from November and December were not signed off until March. Put the Department at a serious Compliance Risk with Conformance Standard 12-4-3-1 "timely review of documentation". |
| Complete all assigned 21 CFR Part 11 remediation plans on time | | | X | | | | |
| Address all pre-audit, audit, and daily / weekly checklist findings in a timely fashion to ensure inspection readiness. | | | | | X | | Weekly Zone Checklists were not being submitted in a timely fashion. No follow up on missing zone checklists resulting in ERP. |
| Maintain cGMP level of Housekeeping | | | X | | | | |
| Work with EH&S to establish baseline for the certification program and develop a timetable by 8/30/05 | | | X | | | | |



Henry Qui
6/12/06

GAIL F. SCHORR, C.S.R., C.R.R.

EXHIBIT

3/30/05

**1. Yield Improvements**
a. Identify and execute projects to improve the process that will reduce losses and meet year-end target (12/31).

**2. Rework cost improvements**
a. Identify and execute projects to improve the process that will reduce rework cost and meet year-end target (12/31).

Need to adhere to project schedules in a more timely fashion - Missed due dates that were agreed upon in meetings (i.e., Cleaning SOPs for Operating and Cleaning of the Comprima 500). Identify and communicate to Manager by July 29 a project to reduce rework costs and execute prior to 12/31.

**3. Develop Critical Spare Parts inventory for compression and coating.**

**4. Lead the effort in the establishment and management of preventive and predictive maintenance program for critical equipment/instruments**

PMO turnaround as discussed earlier on 03/30/05.

**1. Develop and manage a team to inspect, repair, and maintain all PPU equipment in the as defined condition.**

As set forth above, must provide an OEE project timeline for improvement projects to Manager by July 29, 2005; must identify and communicate to Manager by July 29, 2005 a project to reduce work costs and execute prior to 12/31.

**2. Manage projects related to Manufacturing Operations.**

Unable to start Drug Finisher and Polisher Project - project reassigned to another engineer.

**Develop a balanced approach to both, recognize good performance and effectively confront poor performance**

**Quality**

PMO turnaround as discussed earlier. PM/Ce from November and December were not signed off until March. Put us at a serious Compliance Risk with Conformance Standard 12-4-3-1 "timely review of documentation". Weekly Zone Checklists—These have been incidents where procedures have not been followed in a timely manner nor adverse events followed through to completion and properly reported to the PPU leader.

**Integrity**

**Respect for People**

Your reactions and responses to receiving constructive criticism from your manager have not demonstrated Wyeth's quality of respect for people.

**Leadership**

You did not demonstrate leadership and initiative with respect to the poster board for CTC area. You waited until the last minute on poster board after being told you had to complete it. You have demonstrated a general reluctance or unwillingness to accept new projects.



3767

| Collaboration | | | X | | Start taking a more pro-active/assertive approach in meetings. Offer more ideas to solutions at time of meeting rather than make sidebar or after meeting comments. |
| --- | --- | --- | --- | --- | --- |
| | | | | X | |

3768

None at this time

Responsiveness to assigned tasks and requests for information needs improvement. As noted above, you demonstrate a reluctance or unwillingness to take on new assignments. Ability to work on many tasks at once is a job requirement.

| Training %/TP     (Target = 90%) | | | | | |
| Attendance | | | | | |

| Completed | Missing |
| --- | --- |

Sick Days = 0; Vacation days (2004) = 6; Vacation days (2005) = 6; Personal day = 1; Water System days = 1; FD = 1; D = 3

_____
Max Katz
Manager Manufacturing support

_____
Employee

Signatures:

Note: The above Performance Review has been reviewed with the employee by his or her manager.
Signatures on this document signify that the review has been discussed, documented and may be used for evaluation for the end of year review.

# EXHIBIT 25

# GUIDE FOR PERFORMANCE IMPROVEMENT

**DATE:** 06/24/05

**TO:**

Employee's Name   Howard Henry

Department   D640 – PPU 1

Location   Pearl River

**FROM:**

Manager's Name   Max Katz

Department   D640 – PPU 1

Location   Pearl River

**SUBJECT:   Performance Improvement Program ("PIP")**

## STATEMENT OF CONCERNS

Your demonstrated performance (work results/job behavior) is not meeting job expectations in the following areas (I have provided examples and/or documentation where possible):

My concern is that you have repeatedly failed to meet deadlines and complete tasks in a timely manner. Some examples follow:

1. PMO Reviews- Maintenance contacted me in March 2005 to communicate that you had not been reviewing PMOs in a timely manner. PMOs need to be reviewed within 2 business days for completeness and accuracy in accordance with PPG-00000886.

2. Weekly zone checklists- There have been incidents where procedures have not been followed in a timely manner nor adverse events followed through to completion and properly reported to the PPU leader. Examples include the February and March 2005 reports where reminders were given from Andrew Espejo regarding PPG-00002060. In addition, the June 2005 report was missing checklists from other supervisors. Missing checklists require an ERF to be initiated.

3. On February 3, 2005, I sent you an email, asking you to prepare and submit a timeline for completion of work regarding Continuous Coaters. I did not receive a response or timeline from you.

4. On February 9, 2005, I sent you an email requesting you to provide me a timeline by February 16, 2005 of the steps you were taking to resolve an issue regarding %loss/%gain MIR's. I did not receive a response or timeline from you.

6. On May 19, 2005 at approximately 8:00 a.m., I sent you a "red" high priority email with 3 high priority items, which you did not open until May 20, 2005, after I had come to you to talk about the matter. The third item needed to be closed on June 3, 2005. It was your responsibility to get the document into GX Pharma in time for the item to be completed by the deadline. Several people, including the appropriate quality personnel and the PPU lead, had to stay late (past 5:00pm) on June 3 to close this item.

7. On June 6, 2005, I sent you an email requesting you to proceduralize the occurrence of a broken tool in an effort to reduce MIRs with a due date of June 27, 2005. As of June 21, 2005, you haven't opened the email.

In addition to the above, you have demonstrated an unacceptable level of attendance from January 2005 through the present. You have quadruple the number of absences (not including vacation days taken) than any other employee in the department and you often call out with very little or no notice, which greatly impacts the business's ability to operate smoothly.

Page 1     DISTRIBUTION: Copy 1) Employee   Copy 2) Manager   Copy 3) Human Resources

06/23/05
3720



EXHIBIT
Henry 25
6/6/06
GAIL F. SCHORR, C.S.R., C.R.R.

# GUIDE FOR PERFORMANCE IMPROVEMENT

## DATES OF PREVIOUS DISCUSSIONS

We previously talked about these concerns, including discussions held on the following date(s):

1/12/05: A review of your 2004 Performance Appraisal was conducted. As you know, the 2004 Performance Appraisal stated, "Setting objectives and commitment dates and meeting those dates need improvement."

03/15/2005: Follow up email from Andrew Espejo to complete the Zone Checklist action items.

03/30/2005: Discussion regarding PMO process and signing them off in a timely manner.

## IMPROVEMENT EXPECTATIONS

Your demonstrated performance is not meeting job expectations in the following areas (provide examples and/or documentation where possible) or as detailed in your latest performance review. To clarify my expectations of your job performance, I have outlined below specific objectives and behaviors. This Performance Improvement Program ("PIP") is intended to allow you an opportunity to correct the identified performance shortcomings within a reasonable period.

### IMPROVEMENT EXPECTATIONS

**DUE DATE**

1. Properly respond to PMOs within 2 business days of receipt.
Immediate and ongoing

2. Collect weekly zone checklists from supervisors/zone captains every Friday. This includes reviewing them, signing them and initiating work orders accordingly by Wednesday of the following week. Provide weekly status updates of work order backlogs to be submitted to the PPU leader for review. Follow-up on missing checklists with Zone Captain and/or Management as required.
Immediate and ongoing

3. Complete all assignments in a timely manner and by the deadlines assigned. If you feel that you will be unable to meet a deadline for a reason beyond your control, contact me as soon as you realize there may be a problem so we can discuss how to address the situation.
Immediate and ongoing

4. Unscheduled absences must be kept to a minimum. Vacation days need to be pre-approved in a reasonable timeframe of 48 hours or more by your supervisor and not presented at the last minute or requested on the day of the desired absence. Proof of death will be required for bereavement leaves.
Immediate and ongoing

### The Overall Program Will Last Up To 30 Days

## REVIEW SESSIONS (INTERIM AND FINAL)

To support your improvement efforts and provide you with feedback, we will agree to schedule the following review date(s) to assess and document your progress in achieving the SMART goals:

On or around 07/06/2005, 07/14/2005, and 07/25/2005

DISTRIBUTION: Copy 1) Employee   Copy 2) Manager   Copy 3) Human Resources

06/23/05
3721

## DATE (S)

### STATUS OF GOALS
Progress toward goal attainment to be indicated at each interim and the final progress review.

### MANAGEMENT COMMENTS AND AT-WILL DISCLAIMER

Your contribution is important to the group's success. Please don't hesitate to ask for assistance if you need it. As your manager, I will be available and assist you as much as possible to help you achieve the performance expectations for your position. Also, feel free to contact Human Resources if you have any questions or concerns. Please note, however, that nothing about this program should be construed as a contract of employment for a specific term, nor should it be viewed as changing in any way the employment at-will relationship that exists between you and Wyeth. This means that either you or the company may terminate the employment relationship at any time and for any reason with or without cause. Successful achievement of performance goals does not constitute an employment agreement.

### PROGRAM CONSEQUENCES

While on the program, you are expected to show immediate, significant and sustained improvement. Failure to do so will result in disciplinary action, up to and including being placed On Notice. In addition, if performance deteriorates, this may result in disciplinary action including being placed in the On Notice program.

### EMPLOYEE COMMENTS

Manager's Signature                     Date

Employee's Signature                    06/03/05    Date

Receipt Acknowledged, however, Disagree with award. See attachment.

Second-Level Manager                    Date

Human Resources                         Date

## PROGRAM RESULTS

To be completed at the end of the program (or sooner, if immediate and significant improvement has not been made).

You have not met the goals, but have demonstrated significant progress and the program is being extended at my discretion:

☐ Extend PIP by: _____ days;  Initials: _____ and _____ /

                                          Employee           Manager           Date

Otherwise, the program is concluded as follows (check one):

☐ You are being removed from the program because you have met the assigned goals. Please be aware that future poor performance may result in being placed on the On Notice program or other disciplinary actions, rather than another PIP.

☐ Disciplinary action will be required.

_____    _____    _____    _____
Manager's Signature          Date          Employee's Signature          Date

_____    _____    _____    _____
Second-Level Manager         Date          Human Resources               Date

DISTRIBUTION: Copy 1) Employee  Copy 2) Manager  Copy 3) Human Resources

06/23/05
**3723**

**EXHIBIT 26**

# GUIDE FOR PERFORMANCE IMPROVEMENT

**DATE:** 06/24/05

**TO:**

| | |
|---|---|
| Employee's Name | Howard Henry |
| Department | D640 – PPU 1 |
| Location | Pearl River |

**FROM:**

| | |
|---|---|
| Manager's Name | Max Katz |
| Department | D640 – PPU 1 |
| Location | Pearl River |

**SUBJECT:  Performance Improvement Program ("PIP")**

## STATEMENT OF CONCERNS

Your demonstrated performance (work results/job behavior) is not meeting job expectations in the following areas (I have provided examples and/or documentation where possible):

My concern is that you have repeatedly failed to meet deadlines and complete tasks in a timely manner.  Some examples follow:

1. PMO Reviews- Maintenance contacted me in March 2005 to communicate that you had not been reviewing PMOs in a timely manner.  PMOs need to be reviewed within 2 business days for completeness and accuracy in accordance with PPG-00000886.

2. Weekly zone checklists- There have been incidents where procedures have not been followed in a timely manner nor adverse events followed through to completion and properly reported to the PPU leader. Examples include the February and March 2005 reports where reminders were given from Andrew Espejo regarding PPG-00002060. In addition, the June 2005 report was missing checklists from other supervisors. Missing checklists require an ERF to be initiated.

3. On February 3, 2005, I sent you an email, asking you to prepare and submit a timeline for completion of work regarding Continuous Coaters.  I did not receive a response or timeline from you.

4. On February 9, 2005, I sent you an email requesting you to provide me a timeline by February 16, 2005 of the steps you were taking to resolve an issue regarding %loss/%gain MIR's.  I did not receive a response or timeline from you.

6. On May 19, 2005 at approximately 8:00 a.m., I sent you a "red" high priority email with 3 high priority items, which you did not open until May 20, 2005, after I had come to you to talk about the matter. The third item needed to be closed on June 3, 2005.  It was your responsibility to get the document into GX Pharma in time for the item to be completed by the deadline.  Several people, including the appropriate quality personnel and the PPU lead, had to stay late (past 5:00pm) on June 3 to close this item.

7. On June 6, 2005, I sent you an email requesting you to proceduralize the occurrence of a broken tool in an effort to reduce MIRs with a due date of June 27, 2005.  As of June 21, 2005, you haven't opened the email.

In addition to the above, you have demonstrated an unacceptable level of attendance from January 2005 through the present. You have quadruple the number of absences (not including vacation days taken) than any other employee in the department and you often call out with very little or no notice, which greatly impacts the business's ability to operate smoothly.

Page 1     DISTRIBUTION: Copy 1) Employee   Copy 2) Manager   Copy 3) Human Resources     06/23/05

**CONFIDENTIAL**          **D-00090**



# GUIDE FOR PERFORMANCE IMPROVEMENT

## DATES OF PREVIOUS DISCUSSIONS

We previously talked about these concerns, including discussions held on the following date(s):

1/12/05: A review of your 2004 Performance Appraisal was conducted. As you know, the 2004 Performance Appraisal stated, "Setting objectives and commitment dates and meeting those dates need improvement."

03/15/2005: Follow up email from Andrew Espejo to complete the Zone Checklist action items.

03/30/2005: Discussion regarding PMO process and signing them off in a timely manner.

## IMPROVEMENT EXPECTATIONS

Your demonstrated performance is not meeting job expectations in the following areas (provide examples and/or documentation where possible) or as detailed in your latest performance review. To clarify my expectations of your job performance, I have outlined below specific objectives and behaviors. This Performance Improvement Program ("PIP") is intended to allow you an opportunity to correct the identified performance shortcomings within a reasonable period.

### IMPROVEMENT EXPECTATIONS

| | DUE DATE |
|---|---|
| 1. Properly respond to PMOs within 2 business days of receipt. | Immediate and ongoing |
| 2. Collect weekly zone checklists from supervisors/zone captains every Friday. This includes reviewing them, signing them and initiating work orders accordingly by Wednesday of the following week. Provide weekly status updates of work order backlogs to be submitted to the PPU leader for review. Follow-up on missing checklists with Zone Captain and/or Management as required. | Immediate and ongoing |
| 3. Complete all assignments in a timely manner and by the deadlines assigned. If you feel that you will be unable to meet a deadline for a reason beyond your control, contact me as soon as you realize there may be a problem so we can discuss how to address the situation. | Immediate and ongoing |
| 4. Unscheduled absences must be kept to a minimum. Vacation days need to be pre-approved in a reasonable timeframe of 48 hours or more by your supervisor and not presented at the last minute or requested on the day of the desired absence. Proof of death will be required for bereavement leaves. | Immediate and ongoing |

### The Overall Program Will Last Up To 30 Days

## REVIEW SESSIONS (INTERIM AND FINAL)

To support your improvement efforts and provide you with feedback, we will agree to schedule the following review date(s) to assess and document your progress in achieving the SMART goals:

On or around 07/06/2005, 07/14/2005, and 07/25/2005

CONFIDENTIAL     D-00091

| DATE (S) | STATUS OF GOALS |
|---|---|
| | Progress toward goal attainment to be indicated at each interim and the final progress review. |

### MANAGEMENT COMMENTS AND AT-WILL DISCLAIMER

Your contribution is important to the group's success. Please don't hesitate to ask for assistance if you need it. As your manager, I will be available and assist you as much as possible to help you achieve the performance expectations for your position. Also, feel free to contact Human Resources if you have any questions or concerns. Please note, however, that nothing about this program should be construed as a contract of employment for a specific term, nor should it be viewed as changing in any way the employment at-will relationship that exists between you and Wyeth. This means that either you or the company may terminate the employment relationship at any time and for any reason with or without cause. Successful achievement of performance goals does not constitute an employment agreement.

### PROGRAM CONSEQUENCES

While on the program, you are expected to show immediate, significant and sustained improvement. Failure to do so will result in disciplinary action, up to and including being placed On Notice. In addition, if performance deteriorates, this may result in disciplinary action including being placed in the On Notice program.

### EMPLOYEE COMMENTS

*Stewart did not want to sign & asked for a couple days to have it reviewed. As of 6/29/05 he responded he's drafting a response to be submitted by 7/1/2005.*

| Manager's Signature | Date 06/29/2005 | Employee's Signature | Date 6/29/05 |
|---|---|---|---|
| Second-Level Manager | Date 06/29/2005 | Human Resources | Date 6/29/05 |

D-00092

**CONFIDENTIAL**

## PROGRAM RESULTS

**To be completed at the end of the program (or sooner, if immediate and significant improvement has not been made).**

You have not met the goals, but have demonstrated significant progress and the program is being extended at my discretion:

☐ Extend PIP by: _____ days: Initials: _____ and _____ / _____

                                                Employee          Manager          Date

Otherwise, the program is concluded as follows (check one):

☑ You are being removed from the program because you have met the assigned goals.  Please be aware that future poor performance may result in being placed on the On Notice program or other disciplinary actions, rather than another PIP.

☐ Disciplinary action will be required.

| _____ | 7/25/05 | _____ | 07/25/05 |
|---|---|---|---|
| Manager's Signature | Date | Employee's Signature | Date |
| _____ | 27/25/2005 | _____ | 7-25-05 |
| Second-Level Manager | Date | Human Resources | Date |

D-00093

**CONFIDENTIAL**

# EXHIBIT 29

Internal Correspondence

# Wyeth

Date: July 28, 2005

Dear Howard,

I am following up on the meeting we had on July 25, 2005 regarding your PIP. During that meeting, we closed out the PIP program, as you were determined to have successfully completed it within the 30-day time period. As noted during our meeting, although you have been removed from the PIP, please understand that you are expected to sustain your improvement and continue to meet all the expectations set forth in the PIP.

Regarding your letter to me entitled "Response to PIP program presented on 6/24/05," I would like to reiterate what was already explained to you during the meetings we had concerning the PIP. That is, a PIP is not a disciplinary action; it is a remedial tool used to help employees to develop in areas where improvement is needed. Contrary to the assertions in your letter, the PIP issued to you was in no way discriminatory or the result of your asking for promotional opportunities or filing a charge with the EEOC. Instead, the PIP was issued for the sole purpose of addressing identified performance deficiencies. My hope is that you will continue to meet the expectations set forth in the PIP.

If you have any questions about this letter or want to discuss this matter further, please let me know.

Sincerely,

Max Katz
Manager
Manufacturing Support

EXHIBIT
Henry 29
6/12/06
GAIL F. SCHORR, C.S.R., C.R.R.

3727

# EXHIBIT 34

Page 2
Howard Henry

All of us at Wyeth extend you our best wishes. Should you have any questions, please call the HR Service Center at 1-877-993-8447.

Sincerely,

Littece Culler
Leave Coordinator

cc- Martin Allen
      Donna Orzell

D-00572

# EXHIBIT 35

R&D STRATEGIC STAFFING

Biotech TO&PS                    **Martin Allen**
401 N. Middletown Road           Employee Relations
Pearl River, NY 10965            Human Resources
                                 845-602-8755
                                 allenm6@wyeth.com

# Wyeth

February 7, 2006

Mr. Howard Henry
29 Northbrook Road
Hillcrest, NY 10977

Dear Mr. Henry:

As you know, you have been absent from work since August 8, 2005. Littece
Culler, Leave Coordinator, sent you a letter dated January 10, 2006 to update you
on your employment status. The letter stated in part, "Unless you submit
appropriate medical documentation indicating your ability to return to work
within a reasonable and defined period of time, your employment will be
terminated effective February 6, 2006. This information must be immediately
forwarded to my attention and received no later than 5 business days prior to the
effective date of your termination." Five business days prior to the effective date
of your termination would be January 30, 2006.

To date, Wyeth still has received no medical documentation from you in response
to Ms. Culler's January 10, 2006, letter. Therefore, consistent with standard
Wyeth practice, your employment with Wyeth is terminated, effective Monday,
February 6, 2006.

All of us at Wyeth wish you the best in your future endeavors.

Sincerely,

C. Wilkinson for M. Allen

Martin Allen
Employee Relations, Human Resources

MA/pb

Wyeth Pharmaceuticals

D-00575

EXHIBIT
Henry  35
6/12/06
GAIL F. SCHORR, C.S.R., C.R.R.

# Wyeth

Five Giralda Farms, 1B
Madison, NJ 07940

Littece Culler
Leave Coordinator
Employee Benefits Department
1-877-933-8447
cullerl@wyeth.com

January 10, 2006

Mr. Howard Henry
29 Northbrook Road
Hillcrest, NY 10977

Dear Mr. Henry:

This letter is intended to update you regarding your employment status. You have been absent from work since August 8, 2005. Your leave entitlement under the federal Family and Medical Leave Act (FMLA) was exhausted on October 31, 2005 and you are now considered to be on a non-FMLA medical leave. Our records indicate that you are not medically authorized to return to work at this time, nor does Wyeth have a return to work date from your physician.

At this time, Wyeth's business needs require appropriate job action to be taken with respect to your position. Unless you submit appropriate medical documentation indicating your ability to return to work within a reasonable and defined period of time, your employment will be terminated effective February 6, 2006. This information must be immediately forwarded to my attention and received no later than 5 business days prior to the effective date of your termination. If you have purchased voluntary long-term disability insurance, you will be sent the paperwork necessary to apply for long-term disability shortly. In addition, for up to 12 weeks following your termination date, you may receive preferred re-employment consideration provided your attending physician advises that you are able to return to work.

Kindly contact your manager in writing after your termination should you be able to return to work within 12 weeks from the date of your termination from employment. Once he/she receives your written communication, the Company will make an individualized determination of your ability to perform available jobs within your original business unit and the Company is prepared to give you preferential consideration for the first available vacancy in your present payroll category in a pay range equal to or immediately below the pay range of your former position, provided that you are able to perform the duties assigned to the position. Preferential consideration will end before the 12 weeks are over if you are placed or refuse a position that is reasonably comparable to your previous position.

In the event that the Company offers you re-employment, you will be required to successfully complete a drug screen as a condition of re-employment.

Upon expiration of your preferred re-employment rights on May 1, 2006, you are invited to apply through the regular application process for any available positions for which you are qualified.

Wyeth Pharmaceuticals
Wyeth Consumer Healthcare
Fort Dodge Animal Health

D-00571



EXHIBIT
Henry 34
6 H2106
GAIL F. SCHORR, C.S.R., C.R.R.

# EXHIBIT 39



*WYETH*
*AYERST*

INTERNAL CORRESPONDENCE

| | | | | |
|---|---|---|---|---|
| TO | All Non-Supervisory Employees | FROM | Denise Peppard, Senior Vice President, Human Resources | |
| | Cc: All Managers/Supervisors | | | |
| COMPANY | W-A    LOCATED    Various | COMPANY | W-A    LOCATED    555-6 | |
| SUBJECT | Unlawful Harassment Policies | DATE | June 29, 2001 | |

Attached is a copy of Wyeth's Equal Employment Opportunity policy, Harassment and Discrimination policy, Complaint Procedure for Unlawful Discrimination and Harassment, American with Disabilities Act policy, Assurance of Fair Treatment policy and Open Door policy.

As an employee of Wyeth, it is your responsibility to familiarize yourself with each of these policies. If you have questions regarding any of these policies, contact your Human Resources Department.

Please sign the acknowledgement below and return to your local HR office. Managers/Supervisors should have received a Manager's version of this memo and need only sign and return the acknowledgement associated with that communication.

## ACKNOWLEDGEMENT
### (Non-Supervisory Employees)

This is to acknowledge that I have received a copy of Wyeth's Equal Employment Opportunity policy, Harassment and Discrimination policy, Complaint Procedure for Unlawful Discrimination and Harassment, Americans with Disabilities Act policy, Assurance of Fair Treatment policy and Open Door policy. I understand that it is my responsibility to familiarize myself with each of these policies and that if I have any questions regarding any of these policies, that I will contact one of the individuals identified in these policies or I will contact the Human Resources Department at 1-877-275-3737.

Print Name _____ (Last), (MI), (First)

EXHIBIT
*Henry* 39
*6/12/06*
GAIL F. SCHORR, C.S.R., C.R.R.

Signature _____

Date _____ Department _____

Return this signed memorandum to Human Resources, Building 190, Second floor no later than July 20, 2001. (Retain a copy for your records).

**2224**

# Equal Employment Opportunity

Wyeth is an equal opportunity employer. It is the policy of the company to provide equal employment opportunity to all employees and potential employees through a continuing program which prohibits discrimination in any term, condition or privilege of employment because of race, color, religion, sex, sexual orientation, national origin, age, disability, citizenship, veteran status, or any other basis prohibited by federal, state or local law.

- The company's commitment includes equal opportunities in:
  - Hiring, placement, promotion, transfer or demotion;
  - Recruitment, advertising or solicitation for employment;
  - Treatment and working conditions during employment;
  - Termination, reduction in force and re-employment;
  - Rates of pay and other forms of compensation and benefits;
  - Selection for training and educational programs;
  - Use of the organization's facilities; and
  - All other terms, conditions and privileges of employment.

The Human Resources Department is responsible for ensuring that all phases of human resources administration, policies, procedures and practices are in compliance with this policy.

Each management/supervisory level employee is responsible for the application of this policy within his/her business unit. This includes initiating or supporting programs and practices within the framework of this policy. Specifically, each management level employee will be responsible for:

- Making certain that individuals who make or recommend employment and other personnel decisions are fully aware of and comply with this policy.
- Demonstrating leadership when interacting with the community, by observing the spirit and intent of federal, state, and local laws concerning non-discrimination.

Individuals who feel that they have been denied an employment-related opportunity in violation of this policy should follow the Complaint Procedure for Unlawful Discrimination and Harassment.

**2225**

# Harassment and Discrimination

The purpose of this policy is to ensure that all employees are permitted to work in an environment free from any type of discriminatory harassment, including sexual harassment.

At Wyeth, we believe that every employee is entitled to respect, regardless of their race, sex, sexual orientation, age, religion, national origin, citizenship, disability, veteran status or any other characteristic protected by law. Wyeth is committed to providing a work environment that is free from discrimination and ensures respect for the dignity and worth of each individual. In keeping with this commitment, Wyeth maintains a strict policy prohibiting discriminatory harassment of any kind, including sexual harassment.

This policy applies to harassment that involves the employment relationship, whether it occurs on our premises or in some other location where Wyeth activity occurs, such as at a customer site or at a company party. This policy covers all employees of Wyeth, male and female, as well as applicants for employment. Employees are advised that all sexual harassment is prohibited, regardless of the gender of the harasser. This policy also covers unlawful discriminatory harassment by non-employees, such as clients, customers, repair persons or vendors, to the extent that it affects the work environment or interferes with the performance of work.

## Sexual Harassment:

Sexual harassment is one kind of discriminatory harassment. Sexual harassment can be defined as unwelcome sexual advances, requests for sexual favors, and other statements or actions of a sexual or gender-based nature when:

- The harasser states or implies that giving into or rejecting such conduct will affect an individual's employment; or
- Such conduct unreasonably interferes with an individual's work performance or creates an intimidating, hostile, or offensive working environment.

It is not possible to identify all of the conduct that could be sexual harassment. However, some common examples of conduct that might be sexual harassment are:

- Threatening to make, or actually making, job decisions, such as discharge; demotion or reassignment, if sexual favors are not granted;
- Demanding sexual favors in exchange for favorable or preferential treatment;
- Using stereotypes;
- Unwelcome and/or repeated flirtations;
- Propositions or advances;
- Unwelcome physical contact;
- Whistling;
- Leering;
- Improper gestures;
- Tricks or horseplay;

**2226**

- Offensive, insulting, derogatory or degrading remarks relating to sex or gender; unwelcome comments about appearance;
- Sexual jokes or use of sexually explicit or offensive language, either in person, in writing or through e-mail;
- Gender or sex-based pranks;
- The display in the workplace of sexually suggestive objects or pictures, including material from the Internet.

**Other Harassment:**

Harassment is not limited to sexual harassment. Statements or actions that ridicule or are critical of an individual because of his/her race, color, sex, sexual orientation, age, religion, national origin, citizenship, disability, veteran status or any other characteristic protected by law are offensive. Offensive conduct can create an intimidating, hostile work environment and may unreasonably interfere with the individual's work performance. Accordingly, such offensive conduct is prohibited.

Again, a complete list of such conduct is not possible. Some common examples of such harassment are:

- Using epithets or slurs;
- Mocking, ridiculing or mimicking another's culture, accent, appearance or customs;
- Threatening, intimidating or engaging in hostile or offensive acts that focus on an individual's race, color, sex, age, religion, national origin, citizenship, disability, veteran status or any other characteristic protected by law;
- Offensive jokes or pranks;
- Posting offensive material on walls, bulletin boards, or elsewhere on Wyeth's premises;
- Circulating offensive material in the workplace, by e-mail or otherwise.

**Consensual Relationship:**

At times, consensual, romantic and/or sexual relationships between coworkers may occur. When such a relationship is between an employee who has supervisory authority, and one who does not, Wyeth's ability to enforce its policy against sexual harassment can be affected. Therefore, if such relationships arise, they will be considered carefully by Wyeth, and appropriate action will be taken. Such action may include a change in the responsibilities of the individuals involved in such relationships or transfer of location within Wyeth. Any supervisory employee involved in such a relationship is required to report the relationship to his or her immediate supervisor, and to the local Human Resources representative.

Individuals who believe they are being harassed, have seen harassment, or have been unlawfully discriminated against in any other way, should follow the Complaint Procedure for Unlawful Discrimination and Harassment.

**2227**

# Complaint Procedure for
## Unlawful Discrimination and Harassment

This policy establishes a mechanism to investigate allegations of unlawful discrimination and harassment. Wyeth strongly encourages the prompt reporting of all incidents of discrimination, discriminatory harassment or other inappropriate workplace behavior, even if they seem insignificant. Any employee who believes he or she is being harassed, has seen harassment, or has been unlawfully discriminated against in any other way, should promptly report the facts of the incident to his/her immediate manager, any other manager with whom he/she feels comfortable, or his/her local Human Resources representative. If at any time an employee feels it would be unreasonable to use this procedure, or is not satisfied with a manager's response, the employee should discuss his/her concerns with any Pearl River Human Resources representative, or contact Wyeth's Human Resources Help Line (1-877-275-3737). Managerial/supervisory personnel must immediately report any allegation of unlawful discrimination or harassment to their Human Resources Executive.

Wyeth will promptly investigate any reports of unlawful discrimination or harassment in an appropriate manner. Human Resources will investigate, collect all facts and advise management on appropriate action and documentation. Confidentiality will be maintained throughout the investigation as much as possible while still meeting the Company's legal obligations to conduct a full investigation. Employees and management personnel are expected to participate fully in the investigation.

If, after the investigation is completed, Wyeth concludes that unlawful harassment or discrimination has occurred in violation of Wyeth's policies, the Company will take appropriate action to correct the situation. This action may include, but is not limited to, oral or written warning, referral to formal counseling or training, disciplinary suspension or probation, or discharge from Wyeth. The level of discipline will depend upon the circumstances. In all cases, managerial personnel and Human Resources will take prompt action to eliminate the possibility of unlawful harassment or discrimination.

Employees will not be retaliated against for reporting incidents which, in good faith, they believe to be violations of this policy. Employees will not be retaliated against for participating in the investigation of a harassment or discrimination complaint. Such retaliation is strictly prohibited and is a serious violation of this policy. Wyeth urges its employees to report any incidents of retaliation immediately. The Company will investigate and resolve reports of retaliation in the same manner as reports of harassment and other discrimination, as outlined above.

This policy is part of Wyeth's overall commitment to open communication. Wyeth encourages employees to bring any questions, concerns or complaints about the workplace to the attention of their local Human Resources representative.

**2228**

# Americans with Disabilities Act

Wyeth complies with the Americans with Disabilities Act ("ADA") and applicable state and local laws providing for nondiscrimination in employment against qualified individuals with disabilities. Wyeth will also provide reasonable accommodation for such individuals in accordance with these laws. It is Wyeth's policy to, without limitation:

- Ensure that qualified individuals with disabilities are treated in a nondiscriminatory manner in the pre-employment process and that employees with disabilities are treated in a non-discriminatory manner in all terms, conditions, and privileges of employment.
- Keep all medical-related information confidential in accordance with the requirements of the ADA and retain such information in separate confidential files.
- Provide applicants and qualified employees with disabilities, with reasonable accommodation, except where such an accommodation would create an undue hardship on the Company.

# Assurance of Fair Treatment

All Wyeth managers and supervisors are expected to maintain a working environment that respects the dignity of every employee and assures equal and fair treatment for all. As a Wyeth employee, you have the right to seek help with any job-related problem or complaint you may have by using the following steps:

- Immediately discuss the matter with your supervisor. If it is a matter that you feel uncomfortable discussing with your supervisor, make an appointment with a Human Resources Representative.
- If, together with your supervisor, you are unable to resolve the problem to your satisfaction, ask your supervisor to schedule a meeting for you with the individual who represents the next higher level of management or Human Resources.
- For most situations, you have the right to seek a review of a decision with each higher level of management, up to and including the Company President. In order to ensure a meaningful discussion when you meet with a Company Officer, your Human Resources Manager will submit to that individual a written description of your problem or complaint in advance of such a meeting.
- Issues regarding the content of Company-wide policy performance appraisal and salary review are limited to two levels of management above the supervisor.

2229

# Open Door Policy

Our relationship with our employees is built upon open and candid communication. We will maintain this environment by treating employees as individuals, with dignity and respect. Through our policies and procedures, we are committed to the timely resolution of issues. Wyeth believes in dealing directly with employees, rather than through third parties. We believe we can work out problems by working together. We hope that you will work with us to uphold this belief.

If you have a complaint, concern or suggestion, you should address the matter with your supervisor. If your issue is with your supervisor or if you do not come to a resolution with your supervisor, you should follow the Assurance of Fair Treatment Policy.

*There will be no discipline or penalty for anyone using this procedure.* It is our sincere belief that prompt and proper handling of complaints, concerns and problems will help to maintain the positive working environment that we all desire.

2230

# EXHIBIT 40

H. Henry

**W** WYETH
AYERST

INTERNAL CORRESPONDENCE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TO | All Managers/Supervisors | | | FROM | Denise Peppard, Senior Vice President Human Resources | | |
| COMPANY | W-A | LOCATED | Various | COMPANY | W-A | LOCATED | 555-6 |
| SUBJECT | Unlawful Harrassment | | | DATE | June 29, 2001 | | |

This memo reminds you of your obligations as a management level employee, once you become aware of a violation of our discrimination or harassment policies.

If you are employed as a manager in any capacity by Wyeth, you are responsible not only to oversee the quality of products and services we provide, but to serve as a role model and convey a "zero tolerance" attitude of any behavior that could be seen as sexual, racial, or other harassment in any form. This means that you are required to notify your immediate supervisor and the Human Resources Department of any complaint or report of harassment immediately, without presuming that a complaint or report is frivolous or trivial. Information on any activity or suspected activity must be communicated to the Senior Human Resources Executive immediately once you have learned of a complaint or otherwise have knowledge that unlawful conduct has occurred.

Sexual harassment, racial harassment, or any form of harassment is not only against the law and Company policy, but also can erode the productivity of our employees and ultimately affect our customers. You are responsible for enforcing our policies, and your role in this enforcement is not negotiable.

Any management level employee who does not follow these procedures will be subject to disciplinary action, up to and including termination. If you have any questions regarding the above, please feel free to contact me.

---

**Acknowledgement:** This is to acknowledge that I have read the procedures above and received a copy of Wyeth's Equal Employment Opportunity policy, Harassment and Discrimination policy, Complaint Procedure for Unlawful Discrimination and Harassment, Americans with Disabilities Act policy, Assurance of Fair Treatment policy and Open Door policy. I understand that it is my responsibility to familiarize myself with each of these policies and understand my responsibilities as an employee of Wyeth with regard to unlawful harassment. If I have any questions regarding any of these policies, that I will contact one of the individuals identified in these policies or I will contact the Human Resources Department at 1-877-275-3737.

HENRY, A HOWARD
Print Name   (Last)  (M.I.)  (First)

Signature

11/20/01        640 Collegem Road
Date        Dept. Name

Return this signed memorandum to Lisa Struzik, Human Resources at building 190/216, by September 14, 2001. (Retain a copy for your records).

D-00067

EXHIBIT 40
Henry
6/12 06
GAIL F. SCHORR, C.S.R., C.R.R.