# EXHIBIT  1

# MAX J. KATZ

Present Address:
53 Edgewater Place, Apt. 1
Edgewater, New Jersey 07020
(201) 943-4712

Permanent Address:
28 Woodland Lane
Smithtown, New York 11787
(516) 724-7669

## OBJECTIVE
A challenging position in a pharmaceutical production facility.

## EDUCATION
Master of Engineering, Environmental Engineering
**STEVENS INSTITUTE OF TECHNOLOGY** - Hoboken, New Jersey (May 1996)

Bachelor of Science, Computer-based Management Systems
**CLARKSON UNIVERSITY** - Potsdam, New York (May 1988)

## COMPUTER SKILLS
IBM & MAC environments, Novell LAN
Proficient in MS-Access, MS-Excel, MS-Word, Lotus 123, Harvard Graphics

## WORK EXPERIENCE
*Lederle Laboratories, Pearl River, New York*
Minocycline Focused Factory, Engineering Co-op
Acted as scribe for Process Hazard Analyses (PHA's) in accordance with Process Safety Management (PSM). Coordinated HAZOP meetings. Converted, updated, and maintained HAZOP information in an MS-Access database. Calculated environmental emissions (VOC's) for NEID analysis. Supported the Minocycline Focused Factory LAN in both hardware and software capacities. Established and updated departmental equipment and instrument databases. Coordinated and assisted an outside contractor in writing Mechanical Integrity PMO's. Consolidated department, maintenance, and engineering vendor files for use during PHA's. Conducted air dispersion modeling for Anhydrous Ammonia. (9/94 - Present)

*Killam Associates, Millburn, New Jersey*
Waste Management Division, Environmental Engineer
Performed Emission Statement Rule reporting, including quantification of combustion sources, storage tanks, fugitive emissions, and emissions from wastewater treatment operations. Conducted an air emissions permit review of a chemical/pharmaceutical production facility including review of more than 100 point sources, preparation of permit applications for new and modified sources, and an evaluation of air emissions data management systems. Experienced in conducting Phase I site assessments, supervising underground storage tank pulls and drilling jobs, and air modeling. 40 hours OSHA trained. (10/93 - 9/94)

*Lederle Laboratories, Pearl River, New York*
Biochemical Production Section, Engineering Co-op
Developed an automated mass balance system in MS-Excel, by production section and product. Conducted fugitive air emissions testing, using an organic vapor analyzer, in accordance with EPA Method 21. Audited air permits. Performed soil sampling according to EPA protocol. Maintained Operational Readiness Reviews (ORR's). Managed the Biochemical Safety Record database. (1/93 - 8/93)

*American Cyanamid Company, Wayne, New Jersey*
Chemicals Group, Environmental Affairs, Environmental Assistant
Developed an environmental project management system in Timeline for a major chemical plant, developed a Superfund management information system for over 70 sites, performed air dispersion modeling (ISCLT & ISCST) for several plants, updated and maintained spills information, and SARA reporting of air releases. Interacted with manufacturing plant personnel at 40 locations for regulatory purposes in all environmental media (air, hazardous waste, groundwater). Prepared department budget spreadsheets and cost expenditures reports. Interviewed and trained new Co-op students. (5/92 - 9/92) and (5/91 - 1/92)

**CONFIDENTIAL**
**D 000686**

## EXTRA CURRICULAR ACTIVITIES
Stevens Women's Varsity Soccer Assistant Coach, Stevens Ice Hockey Assistant Captain, Clarkson Varsity Soccer, Photography Club

# EXHIBIT   2

| From: | Max Katz |
|---|---|
| To: | Henry, Howard |
| Date: | 2/9/2005 6:56:40 PM |
| Subject: | Fwd: Re: %Loss/%Gain (after coating) MIR's for Centrum |

Good Evening Howard,

After the Vendor visits the plant on Monday, February 14th, what actions to prevent reoccurrence will be completed?

I need you to provide a timeline of the steps you are taking to resolve this issue. Please provide this by close of business February 16, 2005. Thanks.

Max

>>> Howard Henry 2/9/2005 11:25:09 AM >>>
Good morning Andrew,

The vendor is scheduled to visit the plant on Monday, February 14th.

I will inform you should anything change before this date.

Thanks,
Howard

>>> Andrew Espejo 2/8/2005 6:05:47 PM >>>

Howard,
How are we making out with the weigh belt feeder and the vendor.

Andrew

>>> Farooq Moatter 2/8/2005 5:37:42 PM >>>

Jacqueline
Please expedite these MIR's as they will hold the release of several Centrum batches. We should identify the root cause, it appears that we have too many MIR's for accountability issue, are these all in CTC coating?

Thanks
Farooq

>>> Jacqueline Rivera 2/8/2005 1:39:37 PM >>>

Farooq,

There are 9 Centrum batches pending %loss/%gain MIR's.

Jackie

**D-00327**

**CONFIDENTIAL**

# EXHIBIT   3

**From:**     Max Katz
**To:**       Henry, Howard
**Date:**     2/3/2005 6:56:49 PM
**Subject:**  Important Information for February 2005

Howard,

Please prepare a timeline for completion of the requested work below and forward to Grant Livermore, Andrienne Morris, Andrew Espejo and myself. Thank you for your cooperation.

Max

>>> Grant Livermore 2/3/2005 4:50:21 PM >>>

Andrew,
Maybe you can help me (us), with getting Howard to turn around the Continuous Coaters 1,2 documents we have developed. I know you had a technical problem on one of them this week. This is more of a reason to get this work done, move on to the SOPs and complete this effort, not including Chris Defeciani has a TrackWise commitment of 3/31/05. Having these SOPs (backup/recovery, etc...) in place will protect your systems.

I know Howard is very busy and we appreciate his spending so much time with Tim. If there is any way we can accommodate him, we will. We are very interested in getting this done in Feb 05.

I have Andrienne Morris working on this now and I fully believe her to be the right person to carry on this work, with a high degree of professionalism.


Thank you for your assistance, in advance.

Grant

PS. You have probably heard that I let Tim Billings go, after his unnecessary ( and unexplained) outburst(s).



**CC:**       Espejo, Andrew

D-00326

CONFIDENTIAL

# EXHIBIT   4

# Andrew Espejo - Fwd: Weekly Maintenance Zone Management Checklists

| | |
|---|---|
| **From:** | Andrew Espejo |
| **To:** | Henry, Howard |
| **Date:** | 3/15/2005 7:41:09 PM |
| **Subject:** | Fwd: Weekly Maintenance Zone Management Checklists |
| **CC:** | Katz, Max |

Howard,
This following email was sent on February 18, 2005. As of this date I have not received the weekly reports from you in accordance with Item No. 3 below. I am concerned that this lack of timely submittal may lead to compliance issues. Please advise if you have been receiving these documents from the Zone Captains and if so your plan for review and submittal to me.

Thanks,
Andrew

>>> Andrew Espejo 2/18/2005 5:57:45 PM >>>
In accordance with PPG00002060, Maintenance Zone Management, the following procedures will be followed:
1) Supervisors will conduct audits of their assigned Zones each week. Completed Checklists will be forwarded to Howard Henry, Production Engineer.
2) Howard will review and sign each checklist and assign Work Order numbers accordingly and will follow-up accordingly with Maintenance and the Zone Captain (Supervisor). Howard will also follow-up on any missing Zone Checklist.
3) Each week, Howard will forward the Weekly Zone Checklists for the previous week to me and I will co-sign and return to Alice for filing.

This process will ensure the timely completion, review, sign-off, and filing of these documents.

If there are any questions regarding this matter please see me. Additionally, please see the revised Maintenance Zone Checklist Assignments:


Zone 3 - Jim Fleming
Zone 4 - Nate Crump (Rich please follow-up with Nate)
Zone 10 - Rich Morgan
Zone 14 - Keith Crump (covering for Chris Snell)
Zone 27 - Ken Flowers
Zone 28 - Tim Tyner
Zone 31 - Jim Fleming


**D-00338**


**CONFIDENTIAL**

# Andrew Espejo - Re: Fwd: Weekly Maintenance Zone Management Checklists

**From:** Howard Henry
**To:** Espejo, Andrew
**Date:** 3/16/2005 5:49:33 PM
**Subject:** Re: Fwd: Weekly Maintenance Zone Management Checklists
**CC:** Katz, Max

Good afternoon Andrew,

I have been receiving and reviewing the Zone Reports. Mentioning one issue encountered with the reporting structure/process is that the some of the lists have had nebulous descriptions requiring a walk through the area, with the reporting supervisor to properly address the situation, reported observations that should not be on the list and lists which had sections that were not properly crossed out. Having the lists to you weekly should be no problem, once the aforementioned issues are addressed. Bi-weekly meetings will be held if past tendencies transpire but I doubt this will be necessary.

Completed lists will be forwarded to you. Other lists that require further clarification or input will be forwarded to you as soon as possible. I will keep you posted on the progress. The goal is to have them all to you by the end of next week or sooner if feasible.

Have a good day,
Howard

**Howard Henry**
**Production Engineer**
**Wyeth Pharmaceuticals**
**Consumer Health Division**
**401 N. Middletown Rd.**
**Pearl River, NY 10965**
**(845)-602-4843 (Office)**
**(845)-602-3181 (Fax)**

>>> Andrew Espejo 3/15/2005 7:41:09 PM >>>
Howard,
This following email was sent on February 18, 2005. As of this date I have not received the weekly reports from you in accordance with Item No. 3 below. I am concerned that this lack of timely submittal may lead to compliance issues. Please advise if you have been receiving these documents from the Zone Captains and if so your plan for review and submittal to me.

Thanks,
Andrew

>>> Andrew Espejo 2/18/2005 5:57:45 PM >>>
In accordance with PPG00002060, Maintenance Zone Management, the following procedures will be followed:
1) Supervisors will conduct audits of their assigned Zones each week. Completed Checklists will be forwarded to

D-00339

**CONFIDENTIAL**

# EXHIBIT 5

From:       Max Katz
To:         Espejo, Andrew
Date:       3/30/2005 5:24:31 PM
Subject:    Re: Fwd: Timely Review of PMOs

Andrew,

After reviewing the issue at hand, Howard responsed in the following manor.

He felt that it was petty that someone notified me of this problem. His general tone was displeasure towards Maintenance and the responsible person for singling him out. In the past they worked out these issues amongst themselves.

Some of the reasons he gave for being late were:

1) The PMO's were late getting to him.
2) He received November's PMOs in January and December's PMOs in January and February.
3) Many times there are errors, blank spaces or work order's need to be initiated in order to sign off.
4) Howard stated that all the PMO's he received before the Christmas holiday's he signed off on before he left.
5) When returning from the holidays there was a large amount of work to catch up on.

On the issue of the Weekly Maintenance Zone Checklists, Howard is using a check off sheet and forwarding that to you.

To prevent this from happening in the future Howard will be recording the date he receives the PMO and including that on his PMO tracking sheet.

Any questions or comments let me know. Thanks.

Max

>>> Andrew Espejo 3/29/2005 5:17:27 PM >>>
Max,
This needs to be reviewed with Howard ASAP. This puts us in serious compliance risk. Additionally, Howard has not been submitting the Weekly Maintenance Zone Checklists in a timely fashion as well. I have already spoken to him about this as well as sent him an email regarding his failure to submit these reports in a timely fashion. If warranted we can initiate a PIP to improve his performance.

Thanks,
Andrew


CC:         Rose, Joanne




D-00352


CONFIDENTIAL

# EXHIBIT  6

## HH Chronology

| Date Sent | Time Sent | Subject | Description | Date Resp. | Time Resp. | Comments as of 4/5/05 |
|---|---|---|---|---|---|---|
| 1/17/2005 | 9:01:52 AM | Re: Production Update | Determine root cause to avoid recurrence. | | | No response |
| 1/17/2005 | 2:42:50 PM | Fwd: Drag Finisher Ultrasonic | Please handle and get in touch with R. Shankar | | | Project Not Complete |
| 1/20/2005 | 8:03:21 AM | Trackwise....PR#84880 | Need a status | 1/18/2005 | 8:07:58 AM | Manufacturer to visit site 2/14 |
| 1/21/2005 | 11:21:18 AM | Pall Filter CPA | Need info on where and for what products these are used | 1/25/2005 | 3:59:11 PM | Information worked out with J. Hallock on 1/28/05 |
| 1/26/2005 | 6:08:12 PM | Posters for TOPS tour due 1/28 | | 1/25/2005 | 12:24:43 AM | I believe it was not finished by noon on Friday 1/28 See notes on Howard not wanting to do this in the fir place. Joanne Rose involved. |
| 2/3/2005 | 7:03:16 PM | Thomas engineering | Set up meeting to discuss CTC software issues with Thomas and IT by February 9. | 1/27/2005 | 2:56:46 PM | No response or timeline received. |
| 2/3/2005 | 6:56:49 PM | Important information for February 2005 | Howard to prepare timeline to close trackwise commitment for 3/31/05 | | | |
| 2/8/2005 | 5:26:44 PM | Re: CTC#1.... | Have you set up meeting with Thomas | 2/8/2005 | 5:39:18 PM | 2/15/05 Howard still trying to set up meeting. Meeting was finally scheduled and due to snow. |
| 2/9/2005 | 6:58:40 PM | Fwd:Re:%loss/%gain(after coating) | Need timeline and steps being taken to resolve issue by 2/16/05 | | | No response or timeline received. |
| 2/9/2005 | 7:04:23 PM | Coating solution in air lines | Howard asked to find solution to the problem and have vendor come in if necessary | | | No Response |
| 2/17/2005 | 7:04:32 AM | fork lifts | Requested response by cob 3/7/05 | 3/8/2005 | 5:24:46 PM | Response late and not well done employees not doing here were not updated. |
| 2/18/2006 | 5:57:45 PM | Weekly Maintenance Zone Management Checklists | Direction to all employees on Maintenance Zone Checklist Procedures. Included specific instruction for Howard to submit reviewed Checklists on a weekly basis | None Required | None Required | |
| 3/8/2005 | 6:12:23 PM | Commitment 81831 | Looking for status | 3/8/2005 | 5:49:56 PM | Response to be provided later and never received. |
| 3/15/2005 | 7:41:09 PM | Weekly Maintenance Zone Management Checklists | Follow-up with Howard on timely submittal of reviewed Maintenance Zone Management Checklists. None have been received since 2/18/04 email. | 3/16/2005 | 5:49:31 PM | Issues with Checklists not completed properly by Supervisors. Stated Should have no problem submitting on a weekly basis. Stated that all checklists will be submitted by 3/25/05 or sooner (checklists received by PPU Lead on 4/5/05). |

CONFIDENTIAL
D 000752

>>> Andrew Espejo 4/7/2005 8:47:11 AM >>>
Please see attached as requested.
Thanks,
Andrew

"MMS <wyeth.com>" made the following
annotations on 04/05/2006 03:17:02 PM
-----------------------------------------------------------------
*** Notice of Confidentiality ***

REDACTED

CONFIDENTIAL
D 000750

This electronic message is intended only for the individual or entity to which it is addressed and may contain information that is confidential and protected by law. If you are not the intended recipient of this e-mail, you are cautioned that use of its contents in any way is strictly prohibited and may be unlawful. No confidentiality or privilege is waived by errant transmission. If you have received this communication in error, please notify the sender immediately by e-mail and return the original message by secure e-mail to the sender or to postmaster@wyeth.com. If you do not have access to secure email please delete the errant email and notify the sender. We will reimburse you for any cost you incur in notifying us of the errant e-mail. Thank you for your cooperation.
=================================================================

CONFIDENTIAL
D 000751

**Mail Envelope Properties**    (41EBC550.5EB : 2 : 25255)

| | |
|---|---|
| **Subject:** | Re: Production Update |
| **Creation Date** | 1/17/2005 9:01:52 AM |
| **From:** | Max Katz |

**Created By:**    KatzM@wyeth.com

| **Recipients** | **Action** | **Date & Time** |
|---|---|---|
| wyeth.com | | |
| WAPR03.USPR02 | Delivered | 1/17/2005 9:01:56 |
| AM | | |
| | Post Office Deleted | 4/18/2005 8:05:30 |
| AM | | |
| EspejoA BC (Andrew Espejo) | Opened | 1/17/2005 9:46:29 |
| AM | | |
| | Emptied | 4/18/2005 8:05:30 |
| AM | | |
| | | |
| wyeth.com | | |
| WAPR05.USPR02 | Delivered | 1/17/2005 9:01:52 |
| AM | | |
| HENRYH (Howard Henry) | Opened | 1/17/2005 10:12:58 |
| AM | | |

| **Post Office** | **Delivered** | **Route** |
|---|---|---|
| WAPR03.USPR02 | 1/17/2005 9:01:56 AM | wyeth.com |
| WAPR05.USPR02 | 1/17/2005 9:01:52 AM | wyeth.com |

| **Files** | **Size** | **Date & Time** |
|---|---|---|
| MESSAGE | 3243 | 1/17/2005 9:01:52 AM |

**Options**

| | |
|---|---|
| **Auto Delete:** | No |
| **Expiration Date:** | None |
| **Notify Recipients:** | Yes |
| **Priority:** | Standard |
| **ReplyRequested:** | No |
| **Return Notification:** | None |
| **Concealed Subject:** | No |
| **Security:** | Standard |
| **To Be Delivered:** | Immediate |

CONFIDENTIAL
D 000754

**Status Tracking:**                    All Information

CONFIDENTIAL
D 000755

**Subject:**                    Fwd: Re: Production Update


>>> Max Katz 1/17/2005 9:01:52 AM >>>
Howard,

Please determine the root cause for the unbolted plate.  We need to ensure that we address
this so that we don't have a repeat occurrence.  Thanks.

Max


>>> Howard Henry 1/14/2005 11:47:13 PM >>>
Good evening, This evening Andrew Abatangelo and Scott Graney informed me that the CTC was
shutting down for an Exhaust Air Temperature Alarm issue.  The unit was kept in pause mode
for 10 hrs during the temperature/humidity excursion issues in the area.  This may have
contributed to the problem.  After inspecting the unit, it appeared that a coil was not
emitting enough heat.  Instrumentation mechanic Ben Tibay was paged, inspected the unit
and adjusted the face and by-pass dampers.  The by-pass valve for the inlet coil was also
opened.  The system coating processed was resumed however the exhaust temp still dropped.
Various other parts of the system were checked.  Finally, Jerry Rosado recalled hearing a
noise in the exhaust section of the coater.  After inspection, a plate was found unbolted.
The plate was reinstalled and coating resumed at 10:50 pm.  WO# 469834 was issued for this
job.  I would like to thank Jerry for noticing and pinpointing the trouble area, Ben Tibay
for his diligent effort helping to troubleshoot the entire system and Joe Piscino and Jim
Tonner for their conscientious assistance.  Secondly, Susan Lindland requested that weigh
door 112A/560, which was stuck in the open position, be checked.  After inspecting the
door, the door could be closed manually, however it still was not functional.  Security
was contacted and supervisor Jerry Perioli sent an electrician to the area to access the
situation.  After inspecting the door, Jerry stated that an electrician from Consumer
Health would have to be contacted for electrical schematics to fix the door.
Instrumentation Mechanic Ben Tibay accessed the situation and stated that the door would
have to be fix by a carpenter.  An attempt will be made to have a Consumer Health
electrician and a carpenter fix the door.  WO# 469835 was issued for this job. Have a good
weekend and please contact me if you have any questions.  Please feel free to forward this
message to individuals inadvertently not on the "To" list who may need to know this
information.  Thank you,Howard HenryHoward Henry Production Engineer Wyeth Pharmaceuticals
Consumer Health Division
401 N. Middletown Rd.
Pearl River, NY 10965
(845)-602-4843- Office
(845)-602-3181-Fax

**CONFIDENTIAL**
**D 000756**

"MMS <wyeth.com>" made the following
 annotations on 08/09/2006 12:03:01 PM
-------------------------------------------------------------------------
*** Notice of Confidentiality ***
This electronic message is intended only for the individual or entity to which it is
addressed and may contain information that is confidential and protected by law.  If you
are not the intended recipient of this e-mail, you are cautioned that use of its contents
in any way is strictly prohibited and may be unlawful.  No confidentiality or privilege is
waived by errant transmission.  If you have received this communication in error, please

1

**REDACTED**

notify the sender immediately by e-mail and return the original message by secure e-mail to the sender or to postmaster@wyeth.com.   If you do not have access to secure email please delete the errant email and notify the sender.   We will reimburse you for any cost you incur in notifying us of the errant e-mail.   Thank you for your cooperation.

=========================================================================

CONFIDENTIAL
D 000757

**Mail Envelope Properties**    (41EC153A.7BF : 2 : 25255)

| | |
|---|---|
| **Subject:** | Fwd: Drag Finisher Ultrasonic |
| **Creation Date** | 1/17/2005 2:42:50 PM |
| **From:** | Max Katz |

**Created By:**    KatzM@wyeth.com

| Recipients | Action | Date & Time |
|---|---|---|
| wyeth.com | | |
| WAPR03.USPR02 PM | Delivered | 1/17/2005 2:42:57 |
| AM | Post Office Deleted | 4/18/2005 8:06:29 |
| EspejoA BC (Andrew Espejo) PM | Opened | 1/17/2005 2:43:04 |
| AM | Emptied | 4/18/2005 8:06:29 |
| wyeth.com | | |
| WAPR05.USPR02 PM | Delivered | 1/17/2005 2:42:50 |
| HENRYH (Howard Henry) AM | Opened | 1/18/2005 7:54:41 |
| AM | Forwarded | 1/18/2005 8:07:58 |

| Post Office | Delivered | Route |
|---|---|---|
| WAPR03.USPR02 | 1/17/2005 2:42:57 PM | wyeth.com |
| WAPR05.USPR02 | 1/17/2005 2:42:50 PM | wyeth.com |

| Files | Size | Date & Time |
|---|---|---|
| MESSAGE | 425 | 1/17/2005 2:42:50 PM |
| Mail | | |

**Options**

| | |
|---|---|
| Auto Delete: | No |
| Expiration Date: | None |
| Notify Recipients: | Yes |
| Priority: | Standard |
| ReplyRequested: | No |
| Return Notification: | None |
| Concealed Subject: | No |

**CONFIDENTIAL**
**D 000758**

**Security:**                    Standard

**To Be Delivered:**             Immediate
**Status Tracking:**             All Information

CONFIDENTIAL
D 000759



**Fwd: Drag Finisher**
**Ultrasonic**

>>> Max Katz 1/17/2005 2:42:50 PM >>>
Howard,

Please handle this and get in touch with Ram.   Thanks.

Max

"MMS <wyeth.com>" made the following
 annotations on 08/09/2006 12:04:12 PM
------------------------------------------------------------------------
*** Notice of Confidentiality ***
This electronic message is intended only for the individual or entity to which it is
addressed and may contain information that is confidential and protected by law.  If you
are not the intended recipient of this e-mail, you are cautioned that use of its contents
in any way is strictly prohibited and may be unlawful.  No confidentiality or privilege is
waived by errant transmission.  If you have received this communication in error, please
notify the sender immediately by e-mail and return the original message by secure e-mail
to the sender or to postmaster@wyeth.com.  If you do not have access to secure email
please delete the errant email and notify the sender.  We will reimburse you for any cost
you incur in notifying us of the errant e-mail.  Thank you for your cooperation.
========================================================================

REDACTED

CONFIDENTIAL
D 000760

**From:**        Ram Shankar [ShankaR@wyeth.com]
**Sent:**        Monday, January 17, 2005 1:41 PM
**To:**          Fieldhouse, Wayne; Torres, Jose
**Cc:**          Katz, Max
**Subject:**     Fwd: Drag Finisher Ultrasonic
**Importance:**  High
**Attachments:** image002.jpg

Gentlemen,
Can we get together and write up a start up procedure soon ? My repeated requests, including to the vendor, have not provided this procedure!
Can not prolong it any longer, need the commissioning done soon.

Thanks
Ram

>>> "Joseph W. Hall" <joe.hall@stevens-industries.com> 1/17/2005 11:11:00 AM >>>
Ram,

In reference to our conversation last week on the start up of the Drag Finisher and Ultrasonic cleaner.
We can not write and SOP for these two products.  Both machines come with a manual.  If you or your staff can write the simple start up we came review that document and offer feed back.

This issue was discussed with Bishnu in the past.

Please contact me with any questions.

Thank you for your time.

Regards,
Joe Hall

Joseph W. Hall
Stevens Industries, LLC
2608 Route 88 East, Suite 1
Point Pleasant, NJ 08742
Voice: 732-714-2250
Fax: 732-714-2255
joe.hall@stevens-industries.com
www.stevens-industries.com

CONFIDENTIAL
D 000761

**Mail Envelope Properties**    (41EFAC19.833 : 2 : 25255)

| | |
|---|---|
| **Subject:** | TrackWise: Production Environment TrackWise Notification: PR #84880: Batch 04451- A72651 experienced a gain of 15.843% |
| **Creation Date** | 1/20/2005 8:03:21 AM |
| **From:** | Max Katz |
| **Created By:** | KatzM@wyeth.com |

| Recipients | Action | Date & Time |
|---|---|---|
| wyeth.com | | |
| WAPR03.USPR02 AM | Delivered | 1/20/2005 8:03:27 |
| PM | Post Office Deleted | 4/20/2005 5:18:16 |
| EspejoA BC (Andrew Espejo) AM | Opened | 1/20/2005 8:04:09 |
| PM | Emptied | 4/20/2005 5:18:16 |
| wyeth.com | | |
| WAPR05.USPR02 AM | Delivered | 1/20/2005 8:03:21 |
| HENRYH (Howard Henry) AM | Opened | 1/20/2005 9:22:39 |
| PM | Replied | 1/25/2005 3:59:13 |
| KatzM BC (Max Katz) AM | Opened | 1/20/2005 8:03:27 |

| Post Office | Delivered | Route |
|---|---|---|
| WAPR03.USPR02 | 1/20/2005 8:03:27 AM | wyeth.com |
| WAPR05.USPR02 | 1/20/2005 8:03:21 AM | wyeth.com |

| Files | Size | Date & Time |
|---|---|---|
| MESSAGE | 484 | 1/20/2005 8:03:21 AM |
| Mail | | |

| Options | |
|---|---|
| Auto Delete: | No |
| Expiration Date: | None |
| Notify Recipients: | Yes |
| Priority: | Standard |
| ReplyRequested: | No |

CONFIDENTIAL
D 000762

**Return Notification:**    None

**Concealed Subject:**    No
**Security:**    Standard

**To Be Delivered:**    Immediate
**Status Tracking:**    All Information

CONFIDENTIAL
D 000763



**TrackWise:**
roduction Environm.

>>> Max Katz 1/20/2005 8:03:21 AM >>>
Howard,

I need a status on the work you were doing with gains and losses for the CTC batch
accountability issue.  Thanks.

Max

"MMS <wyeth.com>" made the following
 annotations on 08/09/2006 12:04:07 PM
------------------------------------------------------------------------
*** Notice of Confidentiality ***
This electronic message is intended only for the individual or entity to which it is
addressed and may contain information that is confidential and protected by law.  If you
are not the intended recipient of this e-mail, you are cautioned that use of its contents
in any way is strictly prohibited and may be unlawful.  No confidentiality or privilege is
waived by errant transmission.  If you have received this communication in error, please
notify the sender immediately by e-mail and return the original message by secure e-mail
to the sender or to postmaster@wyeth.com.  If you do not have access to secure email
please delete the errant email and notify the sender.  We will reimburse you for any cost
you incur in notifying us of the errant e-mail.  Thank you for your cooperation.
========================================================================

**CONFIDENTIAL**
**D 000764**

**From:**  Andrew Abatangelo [AbatanA@wyeth.com]

**Sent:**  Wednesday, January 19, 2005 10:46 PM

**To:**  GassA@wyeth.com; ChongA@wyeth.com; AbatanA@wyeth.com; EspejoA@wyeth.com; MorganR4@wyeth.com; hibberj@wyeth.com

**Subject:**  TrackWise: Production Environment TrackWise Notification: PR #84880: Batch 04451–A72651 experienced a gain of 15.843%

Production Environment TrackWise Notification summary (see PR details below):
⌐rf

To Access this PR, click here PR #84880

To Access TeamAccess, click: http://trackwise.insidewyeth.com/production

Site / Quality System: Pearl River Pharmaceuticals (PRP) / MIR ERF
Date Created: 19-Jan-2005 22:31 (GMT-5:00)
Date Initiated: 19-Jan-2005 22:31 (GMT-5:00)
Assigned To Name: Jacqueline Hibbert
Date Due: 19-Feb-2005

REDACTED

CONFIDENTIAL
D 000765

**Mail Envelope Properties**   (41F12BFC.F0C : 2 : 25255)

| | |
|---|---|
| **Subject:** | Pall Filter CPA |
| **Creation Date** | 1/21/2005 11:21:16 AM |
| **From:** | Max Katz |

| | |
|---|---|
| **Created By:** | KatzM@wyeth.com |

| Recipients | Action | Date & Time |
|---|---|---|
| wyeth.com | | |
| WAPR04.USPR02 | Delivered | 1/21/2005 11:21:23 |
| AM | | |
| | Post Office Deleted | 1/24/2005 10:55:15 |
| AM | | |
| TorresJ10 CC (Jose Torres) | Opened | 1/21/2005 11:55:36 |
| AM | | |
| | Deleted | 1/21/2005 11:54:28 |
| AM | | |
| | Emptied | 1/24/2005 10:55:15 |
| AM | | |
| | | |
| wyeth.com | | |
| WAPR05.USPR02 | Delivered | 1/21/2005 11:21:16 |
| AM | | |
| HENRYH (Howard Henry) | Opened | 1/25/2005 11:24:39 |
| AM | | |
| | Replied | 1/25/2005 12:21:39 |
| PM | | |

| Post Office | Delivered | Route |
|---|---|---|
| WAPR04.USPR02 | 1/21/2005 11:21:23 AM | wyeth.com |
| WAPR05.USPR02 | 1/21/2005 11:21:16 AM | wyeth.com |

| Files | Size | Date & Time |
|---|---|---|
| MESSAGE | 597 | 1/21/2005 11:21:16 AM |

**Options**

| | |
|---|---|
| **Auto Delete:** | No |
| **Expiration Date:** | None |
| **Notify Recipients:** | Yes |
| **Priority:** | Standard |
| **ReplyRequested:** | No |
| **Return Notification:** | None |

**CONFIDENTIAL**
**D 000766**

**Concealed Subject:**      No
**Security:**               Standard

**To Be Delivered:**        Immediate
**Status Tracking:**        All Information

CONFIDENTIAL
D 000767

**Subject:**                    Fwd: Pall Filter CPA


>>> Max Katz 1/21/2005 11:21:16 AM >>>
Howard,

I need the memo I requested last week on how and where and for what products the filters
are used during the manufacture of Sodium Selanate solution.  Please forward me this info
or supply a date when I may expect it.  Thanks.

Max


"MMS <wyeth.com>" made the following
 annotations on 08/09/2006 12:05:13 PM
-----------------------------------------------------------------------

*** Notice of Confidentiality ***
This electronic message is intended only for the individual or entity to which it is
addressed and may contain information that is confidential and protected by law.  If you
are not the intended recipient of this e-mail, you are cautioned that use of its contents
in any way is strictly prohibited and may be unlawful.  No confidentiality or privilege is
waived by errant transmission.  If you have received this communication in error, please
notify the sender immediately by e-mail and return the original message by secure e-mail
to the sender or to postmaster@wyeth.com.  If you do not have access to secure email
please delete the errant email and notify the sender.  We will reimburse you for any cost
you incur in notifying us of the errant e-mail.  Thank you for your cooperation.
=======================================================================

REDACTED                    **CONFIDENTIAL
D 000768**

**Mail Envelope Properties**   (4202BBC4.240 : 2 : 25255)

| | |
|---|---|
| **Subject:** | Thomas Engineering |
| **Creation Date** | 2/3/2005 7:03:16 PM |
| **From:** | Max Katz |

**Created By:**   KatzM@wyeth.com

| **Recipients** | **Action** | **Date & Time** |
|---|---|---|
| wyeth.com | | |
| WAPR03.USPR02 | Delivered | 2/3/2005 7:03:20 PM |
| | Post Office Deleted | 5/5/2005 7:31:57 AM |
| EspejoA CC (Andrew Espejo) | Opened | 2/3/2005 7:03:25 PM |
| | Emptied | 5/5/2005 7:31:57 AM |
| | | |
| wyeth.com | | |
| WAPR05.USPR02 | Delivered | 2/3/2005 7:03:16 PM |
| HENRYH (Howard Henry) | Opened | 2/28/2005 10:17:06 |
| AM | | |

| **Post Office** | **Delivered** | **Route** |
|---|---|---|
| WAPR03.USPR02 | 2/3/2005 7:03:20 PM | wyeth.com |
| WAPR05.USPR02 | 2/3/2005 7:03:16 PM | wyeth.com |

| **Files** | **Size** | **Date & Time** |
|---|---|---|
| MESSAGE | 754 | 2/3/2005 7:03:16 PM |

| **Options** | |
|---|---|
| **Auto Delete:** | No |
| **Expiration Date:** | None |
| **Notify Recipients:** | Yes |
| **Priority:** | Standard |
| **ReplyRequested:** | No |
| **Return Notification:** | None |
| | |
| **Concealed Subject:** | No |
| **Security:** | Standard |
| | |
| **To Be Delivered:** | Immediate |
| **Status Tracking:** | All Information |

**CONFIDENTIAL**
**D 000769**

**Subject:**                    Fwd: Thomas Engineering


>>> Max Katz 2/3/2005 7:03:16 PM >>>
Howard,

Please set up a meeting with Thomas Engineering to discuss how we can prevent the
situation with the CTC software from happening again.  This should be a lessons learned
meeting.  Please invite the following people to this meeting; Maura Bogardus, Jay Harris,
Andrew Espejo, and any others you feel should be included.  Please have this set up by
Wednesday February 9, 2005.  Thanks.

Max


"MMS <wyeth.com>" made the following
 annotations on 08/09/2006 12:06:13 PM
-----------------------------------------------------------------------------
*** Notice of Confidentiality ***
This electronic message is intended only for the individual or entity to which it is
addressed and may contain information that is confidential and protected by law.  If you
are not the intended recipient of this e-mail, you are cautioned that use of its contents
in any way is strictly prohibited and may be unlawful.  No confidentiality or privilege is
waived by errant transmission.  If you have received this communication in error, please
notify the sender immediately by e-mail and return the original message by secure e-mail
to the sender or to postmaster@wyeth.com.  If you do not have access to secure email
please delete the errant email and notify the sender.  We will reimburse you for any cost
you incur in notifying us of the errant e-mail.  Thank you for your cooperation.
=============================================================================

CONFIDENTIAL
D 000770

1          **REDACTED**

**Mail Envelope Properties**   (41F822DC.4F5 : 2 : 25255)

**Subject:**        Fwd: Draft COST Poster
**Creation Date**    1/26/2005 6:08:12 PM
**From:**         Max Katz

**Created By:**      KatzM@wyeth.com

| Recipients | Action | Date & Time |
|---|---|---|
| wyeth.com | | |
|   WAPR05.USPR02 | Delivered | 1/26/2005 6:08:16 PM |
|     HENRYH (Howard Henry) | Opened | 1/27/2005 7:54:54 AM |

| Post Office | Delivered | Route |
|---|---|---|
| WAPR05.USPR02 | 1/26/2005 6:08:16 PM | wyeth.com |

| Files | Size | Date & Time |
|---|---|---|
| MESSAGE | 801 | 1/26/2005 6:08:12 PM |
| Compression Poster 0126.ppt | 1304576 | 1/26/2005 4:18:54 PM |

**Options**
| | |
|---|---|
| **Auto Delete:** | No |
| **Expiration Date:** | None |
| **Notify Recipients:** | Yes |
| **Priority:** | Standard |
| **ReplyRequested:** | No |
| **Return Notification:** | None |
| **Concealed Subject:** | No |
| **Security:** | Standard |
| **To Be Delivered:** | Immediate |
| **Status Tracking:** | All Information |

**CONFIDENTIAL**
**D 000771**



Compression Poster
0126.ppt (1...

>>> Max Katz 1/26/2005 6:08:12 PM >>>
Howard,

Thought this might help. Here is what we will be submitting for the COST Project.

Max

>>> Cassandra Coffman 1/26/2005 4:20:13 PM >>>
Enjoy!

Cassandra Coffman
CH Strategy - Continuous Improvement
Building 120 - Room 643
(845) 602-8108


"MMS <wyeth.com>" made the following
 annotations on 08/09/2006 12:06:14 PM
------------------------------------------------------------------------
*** Notice of Confidentiality ***
This electronic message is intended only for the individual or entity to which it is
addressed and may contain information that is confidential and protected by law.  If you
are not the intended recipient of this e-mail, you are cautioned that use of its contents
in any way is strictly prohibited and may be unlawful.  No confidentiality or privilege is
waived by errant transmission.  If you have received this communication in error, please
notify the sender immediately by e-mail and return the original message by secure e-mail
to the sender or to postmaster@wyeth.com.  If you do not have access to secure email
please delete the errant email and notify the sender.  We will reimburse you for any cost
you incur in notifying us of the errant e-mail.  Thank you for your cooperation.
========================================================================

1

**CONFIDENTIAL**
**D 000772**



CONFIDENTIAL
D 000773

**Mail Envelope Properties**   (4202BA41.C74 : 2 : 25255)

Subject:              Important Information for February 2005
Creation Date         2/3/2005 6:56:49 PM
From:                 Max Katz

Created By:           KatzM@wyeth.com

| Recipients | Action | Date & Time |
|---|---|---|
| wyeth.com | | |
|   WAPR03.USPR02 | Delivered | 2/3/2005 6:56:55 PM |
| | Post Office Deleted | 5/5/2005 7:31:56 AM |
|     EspejoA CC (Andrew Espejo) | Opened | 2/3/2005 6:57:00 PM |
| | Emptied | 5/5/2005 7:31:56 AM |
| | | |
| wyeth.com | | |
|   WAPR05.USPR02 | Delivered | 2/3/2005 6:56:52 PM |
|    HENRYH (Howard Henry) | Opened | 2/28/2005 10:16:11 |
| AM | | |

| Post Office | Delivered | Route |
|---|---|---|
| WAPR03.USPR02 | 2/3/2005 6:56:55 PM | wyeth.com |
| WAPR05.USPR02 | 2/3/2005 6:56:52 PM | wyeth.com |

| Files | Size | Date & Time |
|---|---|---|
| MESSAGE | 1949 | 2/3/2005 6:56:49 PM |

Options
Auto Delete:            No
Expiration Date:        None
Notify Recipients:      Yes
Priority:               High
ReplyRequested:         No
Return Notification:    None

Concealed Subject:      No
Security:               Standard

To Be Delivered:        Immediate
Status Tracking:        All Information

**CONFIDENTIAL**
**D 000774**

**Subject:**                    Fwd: Important Information for February 2005

>>> Max Katz 2/3/2005 6:56:49 PM >>>
Howard,

Please prepare a timeline for completion of the requested work below and forward to Grant
Livermore, Andrienne Morris, Andrew Espejo and myself.  Thank you for your cooperation.

Max

>>> Grant Livermore 2/3/2005 4:50:21 PM >>>

Andrew,
Maybe you can help me (us), with getting Howard to turn around the Continuous Coaters 1,2
documents we have developed. I know you had a technical problem on one of them this week.
This is more of a reason to get this work done, move on to the SOPs and complete this
effort, not including Chris Defeciani has a TrackWise commitment of 3/31/05. Having these
SOPs (backup/recovery, etc...) in place will protect your systems.

I know Howard is very busy and we appreciate his spending so much time with Tim. If there
is any way we can accommodate him, we will. We are very interested in getting this done in
Feb 05.

I have Andrienne Morris working on this now and I fully believe her to be the right person
to carry on this work, with a high degree of professionalism.


Thank you for your assistance, in advance.

Grant

PS. You have probably heard that I let Tim Billings go, after his unnecessary ( and
unexplained) outburst(s).


"MMS <wyeth.com>" made the following
 annotations on 08/09/2006 12:07:14 PM
---------------------------------------------------------------------------------
*** Notice of Confidentiality ***
This electronic message is intended only for the individual or entity to which it is
addressed and may contain information that is confidential and protected by law.  If you
are not the intended recipient of this e-mail, you are cautioned that use of its contents
in any way is strictly prohibited and may be unlawful.  No confidentiality or privilege is
waived by errant transmission.  If you have received this communication in error, please
notify the sender immediately by e-mail and return the original message by secure e-mail
to the sender or to postmaster@wyeth.com.  If you do not have access to secure email
please delete the errant email and notify the sender.  We will reimburse you for any cost
you incur in notifying us of the errant e-mail.  Thank you for your cooperation.
=================================================================================

**REDACTED**          **CONFIDENTIAL**
                                                            **D 000775**

**Mail Envelope Properties**    (42093CA4.536 : 2 : 25255)

**Subject:**        Re: CTC#1: System Software Update #4
**Creation Date**   2/8/2005 5:26:44 PM
**From:**           Max Katz

**Created By:**      KatzM@wyeth.com

**Recipients**                              **Action**          **Date & Time**
wyeth.com
  WAPR05.USPR02                             Delivered           2/8/2005 5:26:44 PM
   HENRYH (Howard Henry)                    Opened              2/8/2005 5:32:20 PM
                                            Replied             2/8/2005 5:38:37 PM

**Post Office**                             **Delivered**       **Route**
  WAPR05.USPR02                             2/8/2005 5:26:44 PM  wyeth.com

**Files**                **Size**           **Date & Time**
  MESSAGE                1676               2/8/2005 5:26:44 PM

**Options**
  **Auto Delete:**            No
  **Expiration Date:**        None
  **Notify Recipients:**      Yes
  **Priority:**               Standard
  **ReplyRequested:**         No
  **Return Notification:**    None

  **Concealed Subject:**      No
  **Security:**               Standard

  **To Be Delivered:**        Immediate
  **Status Tracking:**        All Information

**CONFIDENTIAL**
**D 000776**

**Subject:**                    Fwd: Re: CTC#1: System Software Update #4

>>> Max Katz 2/8/2005 5:26:44 PM >>>
Howard,

Have you set up the meeting with Thomas and our IT folks yet?

Max

>>> Howard Henry 2/8/2005 4:39:25 PM >>>
(Please change your settings to HTML by going to View, and highlighting HTML in order to
view this e-mail in its original format.) Good afternoon, Don Slevin of the IT department
made a copy of the CTC#2 computer system this afternoon.  Back up disks will be created
and stored in the Engineering Software Library and the Maintenance Library. Marina Brin of
Thomas Engineering contacted me today. She stated that at the onset of the CTC project,
anticipating the final goal of running both CTC units in a single pass configuration, back
disks were not created for the CTC double pass program (currently the program used in CTC#
1), but would be created for the CTC single pass program (currently the program used for
the CTC#2 system).  She stated that she has the disks for the current CTC#2 program and
will send this material to my attention as soon as possible.  Again, once this material is
received, copies will be made and stored in the Engineering Software Library and the
Maintenance Library.  Have a good day and please contact me if you have any questions.
Cordially, Howard


"MMS <wyeth.com>" made the following
 annotations on 08/09/2006 12:07:14 PM
-----------------------------------------------------------------------
*** Notice of Confidentiality ***
This electronic message is intended only for the individual or entity to which it is
addressed and may contain information that is confidential and protected by law.  If you
are not the intended recipient of this e-mail, you are cautioned that use of its contents
in any way is strictly prohibited and may be unlawful.  No confidentiality or privilege is
waived by errant transmission.  If you have received this communication in error, please
notify the sender immediately by e-mail and return the original message by secure e-mail
to the sender or to postmaster@wyeth.com.  If you do not have access to secure email
please delete the errant email and notify the sender.  We will reimburse you for any cost
you incur in notifying us of the errant e-mail.  Thank you for your cooperation.
=======================================================================

REDACTED          CONFIDENTIAL
                                                  D 000777

**Mail Envelope Properties**    (420AA338.9DE : 2 : 25255)

| | |
|---|---|
| Subject: | Fwd: Re: %Loss/%Gain (after coating) MIR's for Centrum |
| Creation Date | 2/9/2005 6:56:40 PM |
| From: | Max Katz |

Created By:        KatzM@wyeth.com

| Recipients | Action | Date & Time |
|---|---|---|
| wyeth.com | | |
| WAPR03.USPR02 | Delivered | 2/9/2005 6:56:42 PM |
| | Post Office Deleted | 5/11/2005 8:15:29 |
| AM | | |
| EspejoA BC (Andrew Espejo) | Opened | 2/9/2005 7:19:20 PM |
| | Emptied | 5/11/2005 8:15:29 |
| AM | | |
| | | |
| wyeth.com | | |
| WAPR05.USPR02 | Delivered | 2/9/2005 6:56:40 PM |
| HENRYH (Howard Henry) | Opened | 2/24/2005 12:48:05 |
| PM | | |

| Post Office | Delivered | Route |
|---|---|---|
| WAPR03.USPR02 | 2/9/2005 6:56:42 PM | wyeth.com |
| WAPR05.USPR02 | 2/9/2005 6:56:40 PM | wyeth.com |

| Files | Size | Date & Time |
|---|---|---|
| MESSAGE | 2352 | 2/9/2005 6:56:40 PM |

| Options | |
|---|---|
| Auto Delete: | No |
| Expiration Date: | None |
| Notify Recipients: | Yes |
| Priority: | Standard |
| ReplyRequested: | No |
| Return Notification: | None |
| | |
| Concealed Subject: | No |
| Security: | Standard |
| | |
| To Be Delivered: | Immediate |
| Status Tracking: | All Information |

CONFIDENTIAL
D 000778

**Subject:**                 Fwd: Re: %Loss/%Gain (after coating) MIR's for Centrum


>>> Max Katz 2/9/2005 6:56:40 PM >>>
Good Evening Howard,

After the Vendor visits the plant on Monday, February 14th, what actions to prevent
reoccurrence will be completed?

I need you to provide a timeline of the steps you are taking to resolve this issue.
Please provide this by close of business February 16, 2005.  Thanks.

Max

>>> Howard Henry 2/9/2005 11:25:09 AM >>>
Good morning Andrew,

The vendor is scheduled to visit the plant on Monday, February 14th.

I will inform you should anything change before this date.

Thanks,
Howard

>>> Andrew Espejo 2/8/2005 6:05:47 PM >>>

Howard,
How are we making out with the weigh belt feeder and the vendor.

Andrew

>>> Farooq Moatter 2/8/2005 5:37:42 PM >>>

Jacqueline
Please expedite these MIR's as they will hold the release of several Centrum batches. We
should identify the root cause, it appears that we have too many MIR's for accountability
issue, are these all in CTC coating?

Thanks
Farooq

>>> Jacqueline Rivera 2/8/2005 1:39:37 PM >>>

Farooq,

There are 9 Centrum batches pending %loss/%gain MIR's.


Jackie



"MMS <wyeth.com>" made the following
 annotations on 08/09/2006 12:08:15 PM
--------------------------------------------------------------------------
*** Notice of Confidentiality ***

REDACTED

CONFIDENTIAL
D 000779

This electronic message is intended only for the individual or entity to which it is addressed and may contain information that is confidential and protected by law. If you are not the intended recipient of this e-mail, you are cautioned that use of its contents in any way is strictly prohibited and may be unlawful. No confidentiality or privilege is waived by errant transmission. If you have received this communication in error, please notify the sender immediately by e-mail and return the original message by secure e-mail to the sender or to postmaster@wyeth.com. If you do not have access to secure email please delete the errant email and notify the sender. We will reimburse you for any cost you incur in notifying us of the errant e-mail. Thank you for your cooperation.

CONFIDENTIAL
D 000780

**Mail Envelope Properties**    (420AA507.197 : 2 : 25255)

| | |
|---|---|
| **Subject:** | Coating Solution in the air lines again |
| **Creation Date** | 2/9/2005 7:04:23 PM |
| **From:** | Max Katz |

**Created By:**    KatzM@wyeth.com

| **Recipients** | **Action** | **Date & Time** |
|---|---|---|
| wyeth.com | | |
|   WAPR03.USPR02 | Delivered | 2/9/2005 7:04:25 PM |
| | Post Office Deleted | 5/11/2005 8:15:29 |
| AM | | |
|    EspejoA CC (Andrew Espejo) | Opened | 2/9/2005 7:05:18 PM |
| | Emptied | 5/11/2005 8:15:29 |
| AM | | |
| | | |
| wyeth.com | | |
|   WAPR05.USPR02 | Delivered | 2/9/2005 7:04:23 PM |
|    HENRYH (Howard Henry) | Opened | 2/24/2005 12:48:59 |
| PM | | |

| **Post Office** | **Delivered** | **Route** |
|---|---|---|
| WAPR03.USPR02 | 2/9/2005 7:04:25 PM | wyeth.com |
| WAPR05.USPR02 | 2/9/2005 7:04:23 PM | wyeth.com |

| **Files** | **Size** | **Date & Time** |
|---|---|---|
| MESSAGE | 589 | 2/9/2005 7:04:23 PM |

| **Options** | |
|---|---|
| **Auto Delete:** | No |
| **Expiration Date:** | None |
| **Notify Recipients:** | Yes |
| **Priority:** | High |
| **ReplyRequested:** | No |
| **Return Notification:** | None |
| | |
| **Concealed Subject:** | No |
| **Security:** | Standard |
| | |
| **To Be Delivered:** | Immediate |
| **Status Tracking:** | All Information |

**CONFIDENTIAL**
**D 000781**

**Subject:**                    Fwd: Coating Solution in the air lines again

>>> Max Katz. 2/9/2005 7:04:23 PM >>>
Howard,

Once again coating solution entered the air lines.  I was just notified.  We need to get
this resolved.  Please make this a high priority to find a solution to this problem.  Get
Thomas in here if you have to.  Thanks.

Max

"MMS <wyeth.com>" made the following
 annotations on 08/09/2006 12:09:15 PM
---------------------------------------------------------------------------
*** Notice of Confidentiality ***
This electronic message is intended only for the individual or entity to which it is
addressed and may contain information that is confidential and protected by law.  If you
are not the intended recipient of this e-mail, you are cautioned that use of its contents
in any way is strictly prohibited and may be unlawful.  No confidentiality or privilege is
waived by errant transmission.  If you have received this communication in error, please
notify the sender immediately by e-mail and return the original message by secure e-mail
to the sender or to postmaster@wyeth.com.  If you do not have access to secure email
please delete the errant email and notify the sender.  We will reimburse you for any cost
you incur in notifying us of the errant e-mail.  Thank you for your cooperation.
===========================================================================

REDACTED            **CONFIDENTIAL
D 000782**

**Mail Envelope Properties**   (42148850.B5B : 2 : 25255)

| | |
|---|---|
| Subject: | Fork Lifts |
| Creation Date | 2/17/2005 7:04:32 AM |
| From: | Max Katz |

Created By:   KatzM@wyeth.com

| Recipients | Action | Date & Time |
|---|---|---|
| wyeth.com | | |
| WAPR03.USPR02 AM | Delivered | 2/17/2005 7:04:43 AM |
| | Post Office Deleted | 5/19/2005 7:52:53 AM |
| EspejoA BC (Andrew Espejo) AM | Opened | 2/17/2005 7:23:29 AM |
| | Emptied | 5/19/2005 7:52:53 AM |
| wyeth.com | | |
| WAPR05.USPR02 AM | Delivered | 2/17/2005 7:04:32 AM |
| HENRYH (Howard Henry) AM | Opened | 2/17/2005 9:12:12 AM |
| | Forwarded | 2/17/2005 9:24:48 AM |

| Post Office | Delivered | Route |
|---|---|---|
| WAPR03.USPR02 | 2/17/2005 7:04:43 AM | wyeth.com |
| WAPR05.USPR02 | 2/17/2005 7:04:32 AM | wyeth.com |

| Files | Size | Date & Time |
|---|---|---|
| MESSAGE | 753 | 2/17/2005 7:04:32 AM |
| Forklift Inspection Assignments.doc AM | 34816 | 7/19/2004 8:14:20 |

| Options | |
|---|---|
| Auto Delete: | No |
| Expiration Date: | None |
| Notify Recipients: | Yes |
| Priority: | Standard |
| ReplyRequested: | No |
| Return Notification: | None |

**CONFIDENTIAL**
**D 000783**

**Concealed Subject:**     No
**Security:**     Standard

**To Be Delivered:**     Immediate
**Status Tracking:**     All Information

CONFIDENTIAL
D 000784



**Forklift Inspection
Assignment...**

>>> Max Katz 2/17/2005 7:04:32 AM >>>
Howard,

We need to get an accountability of all forklifts in our area and do a gap analysis of
which Supervisor is responsible for which Forklift.  Attached is the forklift inspection
assignments sheet that Mike D'Amato put together.  Please update this sheet and have a
Supervisor responsible for 2 forklifts.  Please have this completed by close of business
Monday March 7, 2005.  Thanks.

Max


"MMS <wyeth.com>" made the following
 annotations on 08/09/2006 12:09:16 PM
-------------------------------------------------------------------------
*** Notice of Confidentiality ***
This electronic message is intended only for the individual or entity to which it is
addressed and may contain information that is confidential and protected by law.  If you
are not the intended recipient of this e-mail, you are cautioned that use of its contents
in any way is strictly prohibited and may be unlawful.  No confidentiality or privilege is
waived by errant transmission.  If you have received this communication in error, please
notify the sender immediately by e-mail and return the original message by secure e-mail
to the sender or to postmaster@wyeth.com.  If you do not have access to secure email
please delete the errant email and notify the sender.  We will reimburse you for any cost
you incur in notifying us of the errant e-mail.  Thank you for your cooperation.
=========================================================================

REDACTED

CONFIDENTIAL
D 000785

Forklift Inspection Assignments:

| Lift # | Floor / location | Assigned to | Alternate 1 |
|--------|------------------|-------------|-------------|
| F640-1 | 3rd / Vcell | Manny Rivera | Jim Fleming |
| F640-2 | 4th warehouse | Greg Dubler | Jenn Hallock |
| F640-3 | 3rd / weighing | Al Reha | Excer Zayas |
| F640-4 | 5th / blending | Lou Baldi | Paul Couto |
| F640-6 | 4th / bins | Greg Dubler | Jenn Hallock |
| F642-1 | 4th / Tom W. | Rich Morgan | Vonda Hill |
| F642-2 | 5th / blending | Lou Baldi | Paul Couto |
| F642-3 | 5th / blending | Paul Couto | Lou Baldi |
| F642-4 | 4th / Guy F. | Jenn Hallock | Greg Dubler |
| F642-5 | 3rd / weighing | Al Reha | Excer Zayas |
| F642-6 | 5th / blending | Jenn Hallock | Greg Dubler |
| F642-7 | 3rd / warehouse | Keith Crump | Jaime Cachiero |
| F645-1 | 4th / bins | Rich Morgan | Vonda Hill |
| F648-1 | 3rd / weighing | Excer Zayas | Terry Herbert |
| F648-2 | 5th / blending | Pierre Gaspard | Mark Smith |
| F648-3 | 5th / blending | Pierre Gaspard | Mark Smith |
| F660-1 | 5th / blending | Vonda Hill | Rich Morgan |
| S640-1 | 3rd / warehouse | Terry Herbert | Al Reha |
| S640-2 | 3rd / warehouse | Terry Herbert | Al Reha |
| S640-3 | 4th / bins | Vonda Hill | Rich Morgan |
| S640-4 | 3rd / Vcell | Manny Rivera | Jim Fleming |
| S640-5 | 3rd / warehouse | Excer Zayas | Terry Herbert |
| S640-6 | 5th / blending | Jaime Cachiero | Andrew Abatangelo |
| S642-1 | 3rd / weighing | Sue Lindland | John Natale |
| S645-2 | 4th / bins | Mark Smith | Pierre Gaspard |
| S645-3 | 3rd / weighing | Sue Lindland | John Natale |
| S660-1 | 3rd / Vcell | Mark Smith | Pierre Gaspard |
| W640-1 | 3rd / comp. shop | Andrew Abatangelo | Jaime Cachiero |
| S648-1 | 3rd / weighing | Jim Fleming | Manny Rivera |
| S645-5 | 3rd / Vcell | Jim Fleming | Manny Rivera |
| S648-3 | 5th / blending | Andrew Abatangelo | Jaime Cachiero |
| S645-4 | 4th / bins | Jaime Cachiero | Andrew Abatangelo |
| F702-2 | 4th / warehouse | John Natale | Sue Lindland |
| F702-8 | 4th / warehouse | John Natale | Sue Lindland |

CONFIDENTIAL
D 000786

**Mail Envelope Properties**    (422E2347.35D : 2 : 25255)

**Subject:**          Commitment 81831 21 CFR Part 11 Fette Tablet Presses
**Creation Date**     3/8/2005 5:12:23 PM
**From:**             Max Katz

**Created By:**       KatzM@wyeth.com

| Recipients | Action | Date & Time |
|---|---|---|
| wyeth.com | | |
|   WAPR03.USPR02 | Delivered | 3/8/2005 5:12:26 PM |
| | Post Office Deleted | 6/7/2005 7:37:02 AM |
|    EspejoA BC (Andrew Espejo) | Opened | 3/8/2005 5:13:10 PM |
| | Emptied | 6/7/2005 7:37:02 AM |
| | | |
| wyeth.com | | |
|   WAPR05.USPR02 | Delivered | 3/8/2005 5:12:23 PM |
|    HENRYH (Howard Henry) | Opened | 3/8/2005 5:42:56 PM |
| | Replied | 3/8/2005 5:45:30 PM |

| Post Office | Delivered | Route |
|---|---|---|
| WAPR03.USPR02 | 3/8/2005 5:12:26 PM | wyeth.com |
| WAPR05.USPR02 | 3/8/2005 5:12:23 PM | wyeth.com |

| Files | Size | Date & Time |
|---|---|---|
| MESSAGE | 477 | 3/8/2005 5:12:23 PM |

**Options**
**Auto Delete:**          No
**Expiration Date:**      None
**Notify Recipients:**    Yes
**Priority:**             Standard
**ReplyRequested:**       No
**Return Notification:**  None

**Concealed Subject:**    No
**Security:**             Standard

**To Be Delivered:**      Immediate
**Status Tracking:**      All Information

**CONFIDENTIAL**
**D 000787**

**Subject:**                    Fwd: Commitment 81831 21 CFR Part 11 Fette Tablet Presses


>>> Max Katz 3/8/2005 5:12:23 PM >>>
Howard,

How is the work on this commitment going?  Are you near closure?  Please give me a status update.  Thanks.

Max


"MMS <wyeth.com>" made the following
annotations on 08/09/2006 12:10:16 PM
---------------------------------------------------------------------------
*** Notice of Confidentiality ***
This electronic message is intended only for the individual or entity to which it is
addressed and may contain information that is confidential and protected by law.  If you
are not the intended recipient of this e-mail, you are cautioned that use of its contents
in any way is strictly prohibited and may be unlawful.  No confidentiality or privilege is
waived by errant transmission.  If you have received this communication in error, please
notify the sender immediately by e-mail and return the original message by secure e-mail
to the sender or to postmaster@wyeth.com.  If you do not have access to secure email
please delete the errant email and notify the sender.  We will reimburse you for any cost
you incur in notifying us of the errant e-mail.  Thank you for your cooperation.
===========================================================================

CONFIDENTIAL
D 000788

REDACTED

# EXHIBIT 7

**From:** Max Katz
**To:** Henry, Howard
**Date:** 5/19/2005 8:01:03 AM
**Subject:** Hot Items

Howard,

We you get in please come see me. The following 3 items are Hot:

1) Please have Alice Gass walk around the Change Control for the 8 K Shaker screen so we may use it some time today. Also the screen must be cleaned before installation.

2) Manny Rivera has been using 10566J for a Job Aid/Skill Check. This needs to be updated immediately for the CTC split, instead of having them cross out sections. If this has already been done we need to communicate it to Manny.

3) We have a commitment for 6/3/05 to Update FRMs 00000602, 00000615 and 00001400 to reflect cleaning between batches of the same formula. (I have this info).

Thank you.

Max


CC:        Espejo, Andrew

**1050**