# EXHIBIT 1

**2004 QUARTERLY REVIEW – Mid-Year Review**

**Howard Henry – Production Engineer**

**Working Projects:**

- Predictive Maintenance Plan –
  - Need to verify receipt of vibration and lubrication list by scheduled due date
  - Missed target date of June 25, 2004 to schedule meeting with Maintenance
- Preventive Maintenance Plan -
  - Review of list not 100% completed by target date of June 25, 2004
- Equipment Classification Plan-
  - Currently on schedule to meet target completion dates
  - Review SOP 30105 for familiarity (located on LAN)
- SOP Review Timeline
  - 3 SOPs completed on time
  - 8 SOPs not completed on time
- Bin Storage Project
  - Currently all tasks on target
  - Commence joint team meetings with Bin Project Team
- CTC Single Pass Validation
  - Completed process engineering work associated with single pass validation on time
  - Need to resolve over-spray problem with Thomas Engineering

**Areas of Strength:**

- Increasingly pro-active in the follow-up on monthly/weekly Maintenance PMO schedule
- Commenced use of Microsoft Project to manage Bin Storage Project

**Areas of improvement:**

- Improvement on follow-up on pending issues
  - Manage completion of tasks to meet due dates
- Expand breadth of knowledge on department equipment
  - Fette/Stokes Tablet Presses, Dust Collectors, Air Handlers, control systems
- Developing and implementing project timelines
  - Integrate MicroSoft Project into departmental projects

This document was reviewed with Howard Henry on 7/3/04

______________________________

Howard Henry



# PPU #1 2004 Goals and Objectives

Name: Howard Henry

| OBJECTIVES Category | Q1 Results | Q2 Results | Q3 Results | Q4 Results | Rating |
|---|---|---|---|---|---|
| REGULATORY READINESS | | | | | |
| ~~Animal-Derived Raw Materials~~ | | | | | |
| Enhance Maintenance Zone Mgt. Program | | | | | |
| 2a) [illegible] | On Track | On Track | | | |
| 2b) [illegible] | On Track | On Track | | | |
| 2b) [illegible] | To be worked on | To be worked on | | | |
| 2c) [illegible] Master Equipment [illegible] | To be worked on | To be worked on | | | |
| 2d) Coordinate and Maintain [illegible] | On Track | On Track | | | |
| ~~Validate Packaging Lines 5 & 6~~ | | | | | |
| Reduce Overdue SOP's and CCR's | To be worked on | To be worked on | | | |
| EASIER TO DO THE RIGHT THING | | | | | |
| Implement DS Conformance Standards | | | | | |
| Identify 2 Perf. Issues and Develop Plan to Remediate | To be worked on | To be worked on | | | |
| Skill Blocks & Improve Training Program | | | | | |
| Process Flow Mapping | On Track | On Track | | | |
| HAVING THE RIGHT PEOPLE | | | | | |
| Improve Recruitment Process | To be worked on | To be worked on | | | |
| Cross-train in Critical Positions | To be worked on | To be worked on | | | |
| ENERGIZE THE WORKFORCE | | | | | |
| Employee Empowerment | To be worked on | To be worked on | | | |
| More focus on Rewards & Recognition | To be worked on | To be worked on | | | |
| Communicate and Reward Accomplishments | To be worked on | To be worked on | | | |
| NETWORK | | | | | |
| ~~Align/Collaborate with Other Sites~~ | | | | | |
| ~~Repeat Collaboration with other Sites~~ | | | | | |
| Support the Network as needed and as able | To be worked on | To be worked on | | | |
| PRODUCTIVITY | | | | | |
| Align Manufacturing with Packaging | To be worked on | To be worked on | | | |
| ~~Complete the Skid Weighing Project~~ | | | | | |
| Overhead Feed to Packaging | To be worked on | On Track | | | |
| Single Pass Centrum in CTC #1 | | | | | |
| a) Process Flow Mapping | On Track | On Track | | | |
| Single Pass Silver in CTC #2 | To be worked on | To be worked on | | | |
| TECHNOLOGY/IT | | | | | |
| Identify and adopt at least 1 new Mfg. Innovation | To be worked on | To be worked on | | | |
| ~~Establish Milestones for Long Term Projects~~ | | | | | |
| ~~Support Projects and Upgrades~~ | | | | | |
| TOTAL | | | | | |

# EXHIBIT 2

# EXEMPT JOB OPPORTUNITY



| | | | |
|---|---|---|---|
| **POSTING DATES:** | 9/22/2004-9/28/2004 | **JOB#:** | WPL908210 |
| **JOB TITLE:** | Manager, Manufacturing Support (PPU1) | **GRADE:** | Up to EX12 |
| **COMPANY:** | Pharma | **HOURS:** | 8:00 AM - 4:30 PM |
| **LOCATION:** | NY - Pearl River | **FAX:** | 845-602-5375 |
| **PAPER BIDS TO:** | Patti Verhasselt | | |
| **POSITION REPORTS TO:** | Andrew Espejo | **TITLE:** | PPU Lead, Manufacturing Operations PPU#1 |
| **HR REPRESENTATIVE:** | Patti Verhasselt | | |

**POSITION DESCRIPTION:**
As Manager, Manufacturing Support (PPU1), you will manage the Department by communicating and tracking objectives to staff. You will provide guidance to staff to facilitate successful completion of objectives. You will continually improve the Department's service by adapting / expanding staff responsibilities to changing needs. You will support capital project initiatives with the design, safety reviews, construction, validation and startup. You will coordinate activities between Technical Services, production, engineering and maintenance to ensure final product makes or exceeds quality measures. You will monitor departmental production engineering projects to ensure timely completion. You will provide primary validation and engineering support to Manufacturing operations through detailed capacity analysis, throughput studies, raw material and WIP strategies. You will identify process improvements through debottlenecking initiatives and evaluate existing equipment along with new technologies. You will manage process validation scientists to provide daily process improvement, minor validation and troubleshooting services to the manufacturing and packaging depts. You will interface with the Technical Support directorate. You will ensure compliance with cGMPs, environmental and OSHA regulations as well as company safety guidelines. You will be responsible for ensuring implementation of training programs covering job skills, safety, regulatory, compliance and other pertinent issues. You will manage one Technical writer whose function is to assist manufacturing supervision in the timely completion of Standard Operating Procedures creation and revisions. You will be knowledgable of GMPharma databases.

**OTHER COMMENTS:**
You must have a BS in Engineering. MBA preferred. Pharmaceutical experience preferred.

---

**Employees at locations in the normal posting area will be interviewed prior to employees at other Wyeth sites.**

D-00562

CONFIDENTIAL

# EXHIBIT 3

**From:** Joanne Rose [Rose.J3@wyeth.com]
**Sent:** Monday, November 01, 2004 10:04 AM
**To:** Derek Burt; Christopher Defeclani; Andrew Espejo; Cara Muscolo; Patti Verhasselt
**Cc:** Monte Bradford; Kevin Costello; Walter Wardrop
**Subject:** Competency Based Interviewing

**Attachments:** Competencies - Management.doc



Competencies - Management.doc ...

Attached is the guideline to be used for Manager, Manufacturing Support interview. I have customized the Interview report summary so that it reflects only those competencies that you have chosen for this position.

Just a reminder selection was as follows:

Collaboration - Andrew
Customer Focused - Derek
Flexible and Adaptable - Chris
Informed Decision Making - Chris
Leadership & People Management - Cara
Project Management Planning -Cara
Quality - Derek
Systematic Problem Solving - Andrew

I also added a block to the interview summary where you can make notes on any technical questions you may want to cover.

I am assuming that the location of the interviews has been identified/resolved. Give me a call if you have questions.

Joanne

D-00434



CONFIDENTIAL




# *Competency Based Interview Guide*

**Management Interviewers:**

**Candidate:**

D-00435

CONFIDENTIAL

# Interview Structure

## Welcome and introduction

- Introduce yourself and establish rapport
- Time allowed for the interview
- Next stage after the interview
- What Competency Based Interviewing is
- Taking of notes
- Further information and opportunity to ask questions at the end

## Acquire information

- Start the interview with some biographical questions to explore work experience
- Ask competency questions one at a time
- Probe each one
- Summarize candidate's responses
- Check you have sufficient evidence for each competency (at least 3 questions over 15-20 minutes per competency)
- Take notes throughout the interview

## Supply information

- Information about the company, department and job as appropriate
- Questions from the candidate

## Plan and Part

- Thank the candidate
- Describe the next steps again/when and how we will contact the candidate

## Assess the candidate

- Summarize your notes
- Complete the interview report form

The interview guide is designed to help you obtain and record information on candidates. It focuses on a number of key competencies, areas that are important in various roles in Wyeth.

**Necessary Documentation**

You should have the following on hand:

- A copy of the job description or job profile
- This booklet, with the relevant questions marked
- The interviewee's resume/CV
- Pens and notepaper for you and for the candidate
- Information for external candidates, plus the next stage and feedback details for your interviewee
- When appropriate, an information sheet about the company

To facilitate and standardize the structure of the interview there are some standard questions that should be asked of participants. The questions are set out in this interview guide, where notes can be recorded during the interview.

The interview is designed to allow 15 minutes for each competency. Use the time to obtain as much information as you can about each area, asking at least 3 questions per competency. In fairness to each candidate, please aim to spend an equal amount of time on each competency, and use your full time allocation for each candidate.

**General Guidance on Interview Questions**

- Use the probes as a guide rather than a script. You may not choose to use all of them, or equally you may find additional questions useful.
- Feel free to supplement the questions with your own, as long as they are open and relevant to the competency (NB but do your best to ask the same questions of all candidates for consistency's sake)
- Remember to seek evidence of the candidate's past experience and avoid questions asking for opinions or hypothetical responses.

**Guidance on Recording and Rating**

- Do not make any judgments about the candidate during the interview; use this period only for gathering information.
- Record the participant's responses word for word as notes during the interview.
- At the close of the interview, consider the evidence for and against, by referring to the competency description and the behavioral indicators.
- Write up the relevant points on the interview report form.
- Refer to the rating scale to determine the overall grade for each competency area.

**Rating Scale**

| Rating | Level | Description | |
|---|---|---|---|
| 5 | Outstanding | Much more than acceptable | Evidence of strength in this competency demonstrated consistently across all agreed behaviors |
| 4 | Good | More than acceptable | Evidence of this competency demonstrated across all agreed behaviors |
| 3 | Competent | Acceptable | Evidence of this competency demonstrated across most, but not all, agreed behaviors |
| 2 | Marginal | Less than acceptable | Evidence of this competency demonstrated at a basic level across some of the agreed behaviors |
| 1 | Poor | Much less than acceptable | Little evidence of this competency demonstrated. |
| 0 | No Information | | No evidence gained. |

D-00438



CONFIDENTIAL

# Key stages of the Wyeth Interview

Introducing the session

- Introduce yourself (establish rapport)
- Time allowed for the interview
- Next stage after the interview
- **What Competency Based Interviewing is:**
  To gather enough evidence from past behaviors or experience to make an objective assessment of key performance measures (competencies)
- Describe the competencies you'll be looking at
- This is a highly structured interview
- We'll be asking for specific examples "Describe a situation..." or " Give me an example of..."
- Please be focused and don't generalize. We are not interested in what you would do in a specific situation but rather in what you **did** in a similar situation in the past.
- Please be as specific as possible. If you are not specific enough we might have to interrupt to give you the opportunity to share evidence with us.
- You'll be asked for examples where you didn't demonstrate the competencies "What was the worst..." or "What didn't work" etc.
  These are only being asked so that we can see what you learned from that type of situation
- We'll be taking notes of all your examples so we may lose eye contact but be assured that we are listening
- Please take your time and think of relevant actual business examples...we'll help where we can. (Final Stage only: wherever possible please provide us with different examples to the ones you provided during your previous interview).
- If you have brought any supporting evidence please show us at the appropriate time
- Further information/questions at the end

D-00439



CONFIDENTIAL

Asking the questions

- Opening/warm up question
- Introduce each area
- Review resume (max. 20 mins).
- Competency questions one at a time
- Probe each one
- Summarize candidate's responses
- Have you got enough evidence for each competency? (At least 3 questions)
- Try and ensure quality of information rather than quantity
- Use 15-20 mins per competency
- Take notes throughout the interview

↓

Closing the interview

- "Any other evidence?"
- "What can I tell you about Wyeth?"
- "What other questions do you have for me?"
- Thank the candidate
- Describe the next steps again

↓

Assessing the candidate

- Summarize your notes
- Complete interview report form

D-00440



CONFIDENTIAL

**Biographical Section**

*You should start your interview with a 10 to 20 minutes biographical section. This is both to help relax the candidate and for you to gain greater understanding of their background. This section is not highly structured; the aim is to work through the applicant's Resume/CV, focusing on relevant work experience.*

*The following questions are suggested, and can be supplemented or substituted. You should spend most time on more recent jobs.*

**Work Experience**

- Tell me about your current role. What do you do?
  *(Select any of the following questions)*
- What do you like most about the role?
- What responsibilities do you have?
- What do you like least about the role?
- What has been your biggest achievement?
- What challenges do you face?
- How did that role develop since you started in 19__?
- What prompted you to take that role?

*Move on to previous roles in turn, using the questions above as necessary.*

**Education**

- I see you received a ________ degree at _________ University/College. Why did you choose that course?
- What did you learn that is relevant to this role?
- Tell me about the ________ course?
- What did you find most challenging?
- What extra-curricular activities did you do at ________?

**Leisure**

- What positions of responsibility have you had outside work in the last 5 years?
- How do you relax outside work?

*Use the sections below only if relevant/important*

**Circumstances**

- This job will require a fair degree of traveling/overtime (*give detail, if possible*). How comfortable are you with that?

**Aspirations**

- What are your career aims for the next 10 years?
- Where do you see this role taking you?

D-00441



CONFIDENTIAL

**Collaboration:**

Able to develop rapport with others & recognizes their concerns and feelings; builds and maintains long-term associations based on trust; helps others.

**Conflict Management:**

Able to use a "win-win" approach to resolve controversy; stays objective and fair when dealing with sensitive situations; maintains constructive working relationships despite disagreement.

**Coping:**

Able to maintain a solution-oriented approach while dealing with interpersonal conflict, hazardous conditions, personal rejection, or time demands

**Customer Focused:**

Demonstrates a high level of service delivery; does what is necessary to ensure customer satisfaction; deals with service failure and prioritises customer needs

**Decision Making & Problem Solving:**

Takes action in solving problems while exhibiting judgement and a realistic understanding of issues; able to use reason, even when dealing with emotional topics; reviews facts and weighs up options

**Energizing Others:**

Able to develop a team spirit, performance standards and confront negative attitudes; exhibits a "can do" attitude and inspires associates to excel.

**Flexible and Adaptable to Change:**

Remains open minded & willing to change own opinion on basis of new information; performs a wide variety of tasks and changes focus quickly as demands change; manages transitions effectively from task to task and adopts to varying customer needs.

**Individual Leadership:**

Proactively leads and motivates groups or individuals to achieve goals or targets; knows when to take responsibility for the situation and when to escalate/delegate issues; has a focus on the overall objective of meeting customer/business needs, acting as a role model to others.

**Informed Decision Making:**

Collects, assimilates and evaluates all relevant data; quickly separates relevant from irrelevant information and carries out incisive logical analyses of data acquired, considering all relevant factors and interactions; makes an informed decision following consideration of all the information generated and the impact of the decision on the wider environment.

**Initiative:**

Able to bring about great results from ordinary circumstances; prepares for problems or opportunities in advance; transforms leads into productive business outcomes; undertakes additional responsibilities and responds to situations as they arise, often without supervision.

**Leadership:**

Assumes role of authority as necessary; advocates new ideas, even when risk is involved; sets an example for co-workers; delegates responsibility and empowers associates to make decisions; provides constructive feedback to others.

**People Management:**

Manages team with sensitivity and skill, building a sense of common purpose and commitment, and clearly valuing each individual within it; fosters the development of individuals according to their talent and actively advances their development; gives feedback to others on errors and other performance issues in a skilful, non-confrontational and supportive manner.

**Project Management & Planning:**

Conveys clarity about team/project goals and constructs and effectively implements well thought out, realistic and practical plans to achieve these goals; manages multiple projects at different stages and taps into a wide network of colleagues to achieve goals.

**Quality:**

Maintains high standards despite pressing deadlines; establishes high standards and measures; will do work right the first time; tests new methods thoroughly; reinforces excellence as a fundamental priority.

**Respecting Diversity:**

Able to adapt behaviour to others styles; interacts with people who have different values, cultures, or backgrounds; prepared to be of service to difficult people; optimises the benefits of having a diverse workforce.

**Respect for Others and Inclusion:**

Works effectively to foster a close knit and harmonious team and receives the support of others; shares due credit with co-workers; supports group decisions and solicits opinions from co-workers.

**Systematic Problem Solving:**

Able to apply systems thinking to generate solution; focus on process rather than isolated events; obtain multiple assessments of a situation and be systematic in identifying trouble spots; use tools to define problems; evaluate alternative solutions

**Team Work:**

Shares due credit with co-workers; promotes a friendly group working environment; supports group decisions and solicits opinions from co-workers; respects and helps others.

## COLLABORATION

*Able to develop rapport with others & recognize their concerns and feelings; builds and maintains long term associations based on trust; help others*

**SAMPLE INTERVIEW QUESTIONS:**

- Think of a project or business endeavor whose success was partially due to the strong relationships you built. How did you build and maintain relationships?
- Building rapport is a very challenging thing to do. Describe a time when you were able to build rapport with someone at work, even when the situation was difficult?
- Think of a successful long-term business relationship you had that was based on trust. How did you earn such trust?

*Able to develop rapport with others & recognize their concerns and feelings; builds and maintains long term associations based on trust; help others*

**POSITIVE INDICATORS:**

➔ Able to build rapport with a diverse group
➔ Is sensitive to the feelings and concerns of others
➔ Builds and maintains relationships
➔ Operates on a basis of trust with people

**NEGATIVE INDICATORS:**

➔ Lack of tolerance for others
➔ Can't deal with people with negative attitudes
➔ Appears to be insensitive to people's feelings
➔ Could not give evidence of relationships built perhaps due to a preference for working independently

D-00444



CONFIDENTIAL

**CONFLICT MANAGEMENT**

*Able to use a "win-win" approach to resolve controversy; stays objective and fair when dealing with sensitive situations; maintains constructive working relationships despite disagreement*

**SAMPLE INTERVIEW QUESTIONS:**

- Arguing in front of uninvolved parties is usually considered unprofessional. Tell me about a time when you delayed such an argument, despite temptation, until an appropriate forum could be arranged?
- A good manager might view controversy as an opportunity for improvement. Describe when you have been successful at this?
- Tell me about a time when you had the power to settle a difficult dispute. How did you ensure a fair solution?
- Walk me through a situation in which you pursued a "win-win" approach to conflict resolution, even though other alternatives were easier?
- Team conflict often involves a blend of legitimately competing priorities and sensitive emotional issues. Tell me about a sensitive conflict you resolved and yet maintained your objectivity?
- Conflict in one aspect of a professional relationship can often spread to unrelated areas. Describe an instance when you prevented this?

**CONFLICT MANAGEMENT**

*Able to use a "win-win" approach to resolve controversy; stays objective and fair when dealing with sensitive situations; maintains constructive working relationships despite disagreement*

**POSITIVE INDICATORS:**

→ Solution focused when confronted with conflict
→ Aware of sensitive issues/circumstances
→ Works maturely with difficult people
→ Will not let emotions impact objectivity and equity

**NEGATIVE INDICATORS:**

→ Tends to ignore conflict
→ Rarely suggests solutions to conflict
→ Ignores sensitive issues
→ Tends to allow emotions to determine outcomes
→ Unwilling to sacrifice to get results

**COPING**

*Able to maintain a solution-oriented approach while dealing with interpersonal conflict, hazardous conditions, personal rejection, or time demands*

**SAMPLE INTERVIEW QUESTIONS:**

- Tell me about a time when you had to cope with strict deadlines or time demands? How did you organize yourself to cope effectively. Give me an example of a time at work when you had to deal with unreasonable expectations of you. What happened?
- Give me an example of a time when another person really tried your patience. How did you handle the situation?
- It is not unusual to be in a physically demanding or hazardous setting at work. Tell me about a time when you were able to do a job in spite of difficult conditions?
- Sooner or later we all deal with interpersonal conflict or personal rejection at work. Give me an example of a time when you had to cope with these demands?
- When have you had to cope with the anger or hostility of another person? Be specific?

**COPING**

*Able to maintain a solution-oriented approach while dealing with interpersonal conflict, hazardous conditions, personal rejection, or time demands*

**POSITIVE INDICATORS:**

→ Calm under pressure
→ Takes criticism constructively & sees this as an opportunity for learning
→ Skilled at conflict resolution
→ Not defensive

**NEGATIVE INDICATORS:**

→ Emotionally volatile
→ Quick tempered
→ Overly sensitive to criticism
→ Over reacts to conflict
→ Defensive

## CUSTOMER FOCUS

*Demonstrates a high level of service delivery; ensures customer satisfaction; prioritize customer needs and addresses service failure*

**SAMPLE INTERVIEW QUESTIONS:**

- Who are your customers? How do you determine their needs? How do you meet their needs?
- Tell me about the last time you had an unhappy customer or set of customers. How did you handle this? What was the outcome?
- Tell me about your most difficult customer. What made the customer difficult? What did you do?
- Tell me about a time when you anticipated changes in your customer's needs and expectations? What data did you collate? What did that data demonstrate?
- Describe a single time when you delivered service in a way that clearly showed care and concern for your customer?
- In our environment, no two customers are alike and no two services delivered are alike. Describe something that you have done that demonstrated your commitment to ensuring customer satisfaction?
- Describe a time when you have had to resolve a customer concern or question in a particularly difficult situation/ How did you handle the customer? What was the outcome?
- How we deal with service failures can have significant impact on customer retention and loyalty. Describe a great success you had with turning a service failure around?
- Describe a time when you prioritized a customer's needs, even though there were other pressing issues?

## CUSTOMER FOCUS

*Demonstrates a high level of service delivery; ensures customer satisfaction; priorities customer needs and addresses service failure*

**POSITIVE INDICATORS:**

→ Understands that customers may be both internal and external
→ Recognizes customer needs
→ Works hard to ensure customer satisfaction
→ Provides high levels of customer service
→ Willingly responds to services failures
→ Turns problems around by finding new approaches

**NEGATIVE INDICATORS:**

→ Fails to recognize customer needs
→ Unconcerned with customer satisfaction
→ Rarely provides high level of satisfaction
→ Does not respond to service failures
→ Does not recognize "internal" customers

D-00447



CONFIDENTIAL

**DECISION MAKING & PROBLEM SOLVING**

*Takes action in solving problems while exhibiting judgement and a realistic understanding of issues; able to use reason, even when dealing with emotional topics; review facts and weighs up options*

**SAMPLE INTERVIEW QUESTIONS:**

- Often, extensive job training and experience are required to get the best results in decision-making. Describe a situation in which you used your training and experience in making a decision, which required sound judgment?
- Describe a time when you used good judgment in problem solving?
- Good problem solving often includes careful review of the facts and weighing of options before making a decision. Give me an example of how you reached a practical business decision by an organized review of the facts and weighing of options?
- In many problem situations, it is often tempting to jump to a conclusion to build a solution quickly. Tell me about a time when you resisted this temptation and thoroughly obtained all facts associated with the problem before coming to a decision?
- Even though you may be dealing with a complex problem, it is often important to use a common sense approach in making a decision. Tell me about a time when your common sense paid off for you?
- When we get emotionally involved in a problem situation, it is often difficult to be objective. Tell me about a time when you were proud of your ability to be objective even although you were emotionally involved in a problem situation?

**DECISION MAKING & PROBLEM SOLVING**

*Takes action in solving problems while exhibiting judgement and a realistic understanding of issues; able to use reason, even when dealing with emotional topics; review facts and weighs up options*

**POSITIVE INDICATORS:**

- → Uses reason when making decisions
- → Is not overly emotional but at the same times is not cold
- → Considers all underlying issues
- → Has a focus on finding constructive solutions to problems
- → Willing to make tough decisions

**NEGATIVE INDICATORS:**

- → Overly emotional & lacking reason
- → Little problem solving ability
- → Rarely looks at different options
- → Reluctant to make tough decisions & tackle tough problems

## ENERGIZING OTHERS

*Able to develop a team spirit, performance standards and confront negative attitudes; exhibits a "can do" attitude and inspires others to excel*

**SAMPLE INTERVIEW QUESTIONS:**

- Tell us about a time when you contributed to a group's ability to direct itself by building standards for performance?
- Building team spirit to get results is often difficult to do. Tell us about a time when you had your greatest success in building team spirit. What specific results did the team accomplish? What specifically did you contribute to building team spirit?
- In a multiple user, multiple-demand environment, managing the time and priorities of reports can be challenging. Tell us about a time when you were proud of how you handled this type of situation?
- Describe an effort you undertook to ensure that diversity was accepted and facilitated in your work area?
- Sometimes it is necessary to "just do it". Describe when you have been able to energize a team to get a job done? How did you energize them?

## ENERGIZING OTHERS

*Able to develop a team spirit, performance standards and confront negative attitudes; exhibits a "can do" attitude and inspires others to excel*

**POSITIVE INDICATORS:**

➔ Speaks with enthusiasm
➔ Consistently sets positive example
➔ Good coaching/counseling skills
➔ Regularly uses goals to motivate
➔ Admired by others

**NEGATIVE INDICATORS:**

➔ Bland communication style
➔ Rarely sets positive example
➔ Limited coaching/counseling skills
➔ Limited awareness of goals
➔ Socially isolated

**FLEXIBILITY**

*Willingly takes on roles outside own job description; works in different teams and rotates between jobs and tasks; adapts to unforeseen circumstances and sudden changes to procedures e.g. rescheduling of planned work because of unanticipated events*

**SAMPLE INTERVIEW QUESTIONS:**

- Can you tell me about a time where you had to change your plans quickly because of an unexpected situation or had to adapt to a completely new situation?
- Can you tell me about a time when you have had to work with different groups of people or had to swap between different tasks?
- Can you give me an example where you've taken on additional work or responsibilities and why?
- Have you ever had to stop doing something because you felt you didn't have all the information you needed to do the job?
- Describe a time when you changed your mind on an important issue, problem or situation. What made you decide to change? Was it difficult for you to change your position? What did you learn?
- Describe a time you were required to perform a task or service to which you were not accustomed. How did you achieve this?
- As we are a newly formed organization, there are going to be many occasions when being able to manage your way through ambiguity will be critical. What skills do you think you will need to have to be able to deal with this effectively? Can you describe a recent situation when you have demonstrated some of or all of these skills?

**FLEXIBILITY**

*Willingly takes on roles outside the job description, works in different teams and rotates between jobs and tasks; adapts to unforeseen circumstances and sudden changes or updated procedures e.g. rescheduling of planned work because of unanticipated events*

**POSITIVE INDICATORS:**

→ Readily tackles a wide variety of tasks and undertakes additional responsibilities when requested or the situation requires
→ Is aware of the challenges of a start-up and demonstrates an appetite for this challenge
→ Makes well-judged decisions about what to do for the best where changes occur to planned processes or activities
→ Is able to conclude action points despite ambiguity or incomplete data
→ Effectively handles situations where there is ambiguity
→ Comfortable with lack of structure
→ Accepts delay philosophically

**NEGATIVE INDICATORS:**

→ Is not adaptable
→ Describes change in negative terms
→ Does not have a appetite for change
→ Seems overly comfortable, even staid in current role
→ Shows high need for structure/predictability
→ Jumps to conclusions
→ Intolerant of delay, requires closure
→ May rely on structure/hierarchy & judge others accordingly

D-00450



CONFIDENTIAL

**INDIVIDUAL LEADERSHIP**

*Proactively leads and motivates groups or individuals to achieve goals or targets; knows when to take responsibility for the situation and when to escalate/delegate issues; has a focus on the overall objective of meeting customer/business needs, acting as a role model to others*

**SAMPLE INTERVIEW QUESTIONS:**

- Can you think of a situation when you had no formal position of authority but yet assumed a clear leadership role?
- Can you think of an example when you have had to co-ordinate different groups or individuals in order to get the job done?
- Describe a work situation where you acted as a role model to others?
- Can you tell me about an occasion where you were under pressure to meet the needs of your customer. What actions did you take to ensure their needs were met?
- Describe a time when you were able to motivate or energize a group of individuals to meet business needs?

**INDIVIDUAL LEADERSHIP**

*Proactively leads and motivates groups or individuals to achieve goals or targets, knows when to take responsibility for the situation and when to escalate/delegate issues; has a focus on the overall objective of meeting customer/business needs, acting as a role model to others*

**POSTIVE INDICATORS:**

➔ Has a focus on improving the professionalism and performance of his/her team
➔ Is able to motivate and energize others to achieve objectives
➔ Uses his/her initiative and takes a proactive approach to solving problems or finding solutions
➔ Has a focus on the "customer" and the needs of the business, developing and maintaining effective working relationships
➔ Takes responsibility and is not afraid to make decisions

**NEGATIVE INDICATORS:**

➔ Unconcerned about setting an example
➔ Unwilling to delegate/empower associates
➔ Reluctant to act as a coach
➔ Avoids suggesting risky solutions

D-00451



CONFIDENTIAL

**INFORMED DECISION MAKING**

*Collects, assimilates and evaluates all relevant data, quickly separates relevant from irrelevant information and carries out incisive logical analyses of data acquired; considering all relevant factors and interactions, makes an informed decision following consideration of all the information generated and the impact of the decision on the wider environment*

**SAMPLE INTERVIEW QUESTIONS:**

- Give me an example of a time when you needed to analyze the risks or knock on effects of a decision being considered. What were some of the potential implications of this decision?
- Describe a time when you needed to justify a decision you had taken?
- Have you ever been in a situation where you felt pressured to make a decision, even though you were not confident that you had all of the information/facts needed? What did you do?
- Have you ever not made a decision because you didn't feel that you had the necessary information/facts?
- What is your approach & steps to making a decision? Give us an example of a difficult decision you had to make & how you made it?

**INFORMED DECISION MAKING**

*Collects, assimilates and evaluates all relevant data, quickly separates relevant from irrelevant information and carries out incisive logical analyses of data acquired, considering all relevant factors and interactions, makes an informed decision following consideration of all the information generated and the impact of the decision on the wider environment*

**POSTIVE INDICATORS:**

➔ Analyses knock-on effects and assess risks, considering the impact of the decision on the wider environment
➔ Provides credible justification of decisions taken to take forward
➔ Quickly separates relevant from irrelevant information when resolving an issue (e.g. doesn't elaborate on irrelevant information)
➔ Only makes decisions when fully informed
➔ Is respectful in questioning and listens well

**NEGATIVE INDICATORS:**

➔ May procrastinate in decision making
➔ May rush into making decisions without considering all of the facts/information.
➔ May not consider other people's position
➔ Maybe too slow to make decisions, losing the momentum of the situation
➔ Asks questions of others to clarify date/situation

D-00452



CONFIDENTIAL

**INITIATIVE**

*Able to bring about great results from ordinary circumstances; prepares for problems or opportunities in advance; transforms leads into productive business outcomes; undertakes additional responsibilities and responds to situations as they arise often without supervision*

**SAMPLE INTERVIEW QUESTIONS:**

- Describe something you've done that demonstrates you ability to deal with or respond to situations without having to escalate them?
- Describe a time when you voluntarily undertook a special project above and beyond your normal responsibilities?
- Tell me about a time when you anticipated an opportunity or problem and were ready for it when it happened?
- Many people have good ideas but fewer act on them. Tell me about how you've transformed a good idea into a productive business outcome?

**INITIATIVE**

*Able to bring about great results from ordinary circumstances; prepares for problems or opportunities in advance; transforms leads into productive business outcomes; undertakes additional responsibilities and responds to situations as they arise often without supervision*

**POSTIVE INDICATORS:**

➔ Takes reasonable and quick action with an appropriate amount of information
➔ Volunteers for a task despite an already full workload and succeeds without undue compromise to other responsibilities
➔ Generates a meaningful action plan to bring ideas to reality
➔ Works well without supervision
➔ Likes new opportunity; seeks it out
➔ Plans for situations before they arise
➔ Turns business leads into successes
➔ Learns from previous mistakes been made

**NEGATIVE INDICATORS:**

➔ Does not work well without supervision
➔ Does not take on additional responsibilities
➔ Rarely recognizes problems in advance
➔ Ignores business leads

| LEADERSHIP |
|---|
| *Assumes role of authority as necessary; advocates new ideas, even when risk is involved; sets an example for co-workers; delegate responsibility and empowers associates to make decisions; provides constructive feedback to others* |

**SAMPLE INTERVIEW QUESTIONS:**

- Think of a situation or project in which you had no formal position of authority; yet still assumed a clear leadership role. Walk us through how you demonstrated leadership?
- Tell us about a time when your coaching of an associate was effective because of the constructive feedback you provided?
- Describe something you've done that shows your skill in delegating?
- Describe a work situation when your example served as a role model for others?
- Describe a challenge you had in encouraging and empowering as associate to make a big decision?
- Tell us about a success you have had in developing a team?
- What do you think are the attributes of an effective "coach"? Talk to us about a time when you have demonstrated these skills.
- How do you motivate a team to achieve continuous deadlines when they are under a lot of pressure

| LEADERSHIP |
|---|
| *Assume role of authority as necessary; advocates new ideas, even when risk is involved; sets an example for co-workers; delegates responsibility and empowers associates to make decisions; provides constructive feedback to others* |

**POSTIVE INDICATORS:**

➔ Maintains the highest principles and values and behaves consistently with them, even when doing so could meet with disapproval
➔ Is scrupulously fair in dealing with others and in creating organizational processes
➔ Serves as a positive role model with respect to personal integrity
➔ Actively follows-up with associates
➔ Offers constructive feedback
➔ Assumes leadership as appropriate
➔ Has strong coaching/team development skills
➔ Demonstrates an ability to motivate others

**NEGATIVE INDICATORS:**

➔ Unconcerned with setting an example
➔ Unwilling to delegate/empower associates
➔ Reluctant to act as a coach
➔ Avoids suggesting risky solutions
➔ Tends to follow rather than lead
➔ Cannot make decisions, escalates continuously
➔ Focuses on own goals & not those of peers/teams

D-00454



CONFIDENTIAL

## MANAGEMENT

*Manages team with sensitivity and skill, building a sense of common purpose and commitment, and clearly valuing each individual within it; fosters the development of individuals according to their talent and actively advances their development; gives feedback to others on errors and other performance issues in a skilful, non-confrontational and supportive manner*

**SAMPLE INTERVIEW QUESTIONS:**

- What is your philosophy for getting the best out of people? Tell us about when you have been successful in doing this?
- Describe a time when your team faced upheaval or significant change. How did you maintain the group's focus and motivation?
- Describe an occasion where you had to go about establishing yourself as the leader of an established team? How did you earn credibility?
- Tell me about the most difficult management/ people management decision that you had to make?
- How do you go about harnessing the skills of a diverse group?
- Have you had to give performance appraisals to your team members? What was your approach?
- Have you had to formally discipline an employee (or give a piece of difficult feedback)? What was the situation?
- As a manager/supervisor, what have been your key learning's in relation to getting the best out of people?
- Give us an example of a sensitive people management situation you had to tackle. Why and how did you approach this?

## PEOPLE MANAGEMENT

**POSTIVE INDICATORS:**

➔ Is approachable & open as a people manager
➔ Manages team effectively, working towards common goals
➔ Is able to handle difficult work or people situations effectively and has a solution focused approach
➔ Gives feedback to others on errors and other performance issues in a skilful, non-confrontational and supportive manner
➔ Has a focus on team development and getting the best out of people
➔ Gives recognition and praise for good performance
➔ Sets clear priorities and direction for his/her team
➔ Uses feedback on performance to enable him/her to coach people
➔ Can motivate people to achieve

**NEGATIVE INDICATORS**

➔ Seeks to hold and disperse information on own terms
➔ Does not encourage involvement in communication process
➔ Examples do not involve his/her team
➔ Plans the delegation alone and then tells the team he/she has decided
➔ Tends to withdraw when faced with issues, perhaps lacking confidence
➔ Does not see coaching as a necessary part of role and has not done so previously
➔ Fails to focus on the people, purely goal & project focused

**PROJECT MANAGEMENT & PLANNING**

*Conveys clarity about team/project goals and constructs and effectively implements well thought out, realistic and practical plans to achieve these goals; manages multiple projects at different stages and taps into a wide network of colleagues to achieve goals*

**SAMPLE INTERVIEW QUESTIONS:**

- Describe a situation that illustrates how well you manage multiple projects at one time?
- Think of a project in which you skillfully coordinated people, tasks and schedules. How did you do it?
- Describe a time when it was challenging for you to prioritize?
- Describe how you've defined and used goals to guide your actions or those of your department?
- Describe a time when you generated an elaborate action plan to lead to an identified goal?
- Tell me about a project that you have owned that crossed group or divisional boundaries. How did you keep the important parties informed? What problems did you encounter?
- Tell me about a project you had to plan, organize and co-ordinate from beginning to end. Was it successful? Give me an overview of how you planned, organized and coordinated it?

**PROJECT MANAGEMENT & PLANNING**

*Conveys clarity about team/project goals and constructs and effectively implements well thought out, realistic and practical plans to achieve these goals; manages multiple projects at different stages and taps into a wide network of colleagues to achieve goals*

**POSITIVE INDICATORS:**

➔ Sets out practical and realistic project goals for self and team
➔ Is able to effectively manage a number of projects or tasks at the same time
➔ Is able to motivate teams to achieve project goals
➔ Communicates task or project goals effectively to the team
➔ Has a keen focus on ensuring that resources and documentation are in place and maintained throughout the duration of a project or task

**NEGATIVE INDICATORS:**

➔ Lacks structure in project management
➔ May fail to communicate with team throughout course of project, preferring to keep information to self
➔ May not delegate
➔ May cut corners to meet deadlines
➔ Does not network with a wider group preferring to work in isolation

D-00456



CONFIDENTIAL

**RESPECTING DIVERSITY**

*Able to adapt behaviour to others styles; interacts with people who have different values, cultures, or backgrounds; prepared to be of service to difficult people; optimises the benefits of having a diverse workforce*

**SAMPLE INTERVIEW QUESTIONS:**

- Describe a series of interactions you had in which you adapted your behavior around other people's style?
- Describe an effort you undertook to ensure that diversity was accepted and facilitated in your work area?
- Please provide an example that shows your skill in interacting with people who have different values than you?
- Describe something you've done to optimize the benefits of having a diverse workforce?
- Describe a time when you were able to adapt to a person from a background or culture that was different from yours?

**RESPECTING DIVERSITY**

*Able to adapt behavior to others' styles; interacts with people who have different values, cultures, or backgrounds; prepared to be of service to difficult people; optimizes the benefits of having a diverse workforce*

**POSITIVE INDICATORS:**

→ Accepts others; tolerant of differences
→ Socially flexible, "you" oriented
→ Interacts easily with many styles
→ Encourages a diverse workforce

**NEGATIVE INDICATORS**

→ Critical of others' actions; intolerant
→ Rigid in social dealings; "me" oriented
→ Resists adaptation to others' styles
→ Does not value a diverse workforce
→ Does not see benefits of diversity

**SYSTEMATIC PROBLEM SOLVING**

*Able to apply systems thinking to generate solutions; focus on process rather than isolated events; obtain multiple assessments of a situation and be systematic in identifying trouble spots; use tools to define problems; evaluates alternative solutions*

**SAMPLE INTERVIEW QUESTIONS:**

- Solving a problem often necessitates evaluation of alternate solutions. Give me an example of a time when you actively defined several solutions to a single problem. Did you use any tools such as research, brainstorming etc.
- Think of a problem you addressed by focusing on the underlying process rather than on what appeared to be an isolated event; describe the approach you took?
- Tell me about a time when you were systematic in identifying potential problems at work. How did you demonstrate your analytical skills
- Describe a time when you thought you did a particularly good job of applying systems thinking to problem solving?

**SYSTEMATIC PROBLEM SOLVING**

*Able to apply systems thinking to generate solutions; focus on process rather than isolated events; obtain multiple assessments of a situation and be systematic in identifying trouble spots; use tools to define problems; evaluates alternative solutions*

**POSITIVE INDICATORS:**

➔ Defines alternate courses of action
➔ Regularly troubleshoots solutions
➔ Regularly questions assumptions
➔ Uses analytical skills

**NEGATIVE INDICATORS**

➔ Builds a single solution strategy
➔ Fails to troubleshoot solutions
➔ Prone to make assumptions
➔ Not analytical

| QUALITY |
|---|
| *Maintains high standards despite pressing deadlines; establishes high standards and measures; will do work right the first time; tests new methods thoroughly; reinforces excellence as a fundamental priority* |

**SAMPLE INTERVIEW QUESTIONS:**

- Describe a situation in which a crucial deadline was nearing, but you didn't want to compromise quality. How did you deal with it?
- Tell me about a time when you chose to enhance quality by setting quality standards or by measuring it. How did you go about it?
- Describe something you developed or coordinated that had to be right. Exactly how did you ensure this was the case?
- Describe an effort you undertook to make quality a fundamental priority in your business unit. Exactly what steps did you take to do this?
- Describe a time when you were diligent about inspecting materials for quality?
- Tell me how you go about ensuring that the work of your team meets requested quality standards?


| QUALITY |
|---|
| *Maintains high standards despite pressing deadlines; establishes high standards and measures; will do work right the first time; tests new methods thoroughly; reinforces excellence as a fundamental priority* |


**POSITIVE INDICATORS:**

→ Always does work right the first time
→ Consistently maintains a high standard
→ Follows and establishes high standards
→ Thoroughly tests new methods
→ Ensures other people adhere to quality standards

**NEGATIVE INDICATORS:**

→ Takes several tries to produce quality work
→ Often inconsistent in quality of effort
→ Rarely follows standards/processes
→ Neglects to test new methods
→ Does not have a focus on excellence

**TEAM WORK**

*Shares due credit with co-workers; promotes a friendly group working environment; supports group decisions and solicits opinions from co-workers, respects and helps others*

**SAMPLE INTERVIEW QUESTIONS:**

- Can you describe a time when you went out of your way to help others even though you couldn't really afford the time?
- Can you think of a project or piece of work whose success was partially due to the strong relationships you built? How did you build and maintain those relationships?
- Can you tell us about the most successful team that you have been a part of? How did you contribute to its success?
- Have you ever had any feedback from a colleague that you did not agree with? OR Have you ever had to deliver a difficult piece of feedback to a colleague?
- Describe a time when your skills were called into play to diffuse a difficult situation within a team?
- Walk me through a single situation when you went out of your way to induce a friendly climate on your team. How did you do it?
- Tell me about a situation when you provided full support for a team decision, even though you didn't agree with it?
- Tell me about a time when you thought you knew how to handle a situation, yet choose to solicit opinions from other team members.

**TEAM WORK**

**POSITIVE INDICATORS:**

- → Displays social skills and builds good-natured relationships with work colleagues
- → Contributes effectively as part of a team
- → Is approachable and responsive to new ideas/suggestions. E.g. not dismissive
- → Demonstrates openness to feedback (negative and positive)
- → Gives constructive feedback to others in a sensitive manner
- → Able to resolve problems within a team
- → Confronts negative attitudes
- → Skilled in participative management
- → Builds overlap of personal/team goals
- → Never allows abuse of team members
- → Enthusiastically works with others

**NEGATIVE INDICATORS**

- → Tolerant of negative attitudes
- → Is non-participative
- → Unaware of team goals
- → Allows abuse of team members
- → Reluctant to work with other departments

D-00460



CONFIDENTIAL

# INTERVIEW REPORT SUMMARY

Candidate: ........................................................................

Assessor: ........................................................................ Date of Interview:..................

Position: ........................................................................ ........................................

Collaboration:

Rating (0-5 scale) [ ]

Customer Focused:

Rating (0-5 scale) [ ]

Flexible and adaptable to change:

Rating (0-5 scale) [ ]

Informed Decision Making:

Rating (0-5 scale) [ ]

Leadership:

D-00461



CONFIDENTIAL

| | Rating (0-5 scale) | |
|---|---|---|
| **People Management:** | | |
| | Rating (0-5 scale) | |
| **Project Management & Planning:** | | |
| | Rating (0-5 scale) | |
| **Quality:** | | |
| | Rating (0-5 scale) | |
| **Systematic Problem Solving:** | | |
| | Rating (0-5 scale) | |
| | | |
| | Rating (0-5 scale) | |
| **Technical Skills:** | | |
| | Rating (0-5 scale) | |

D-00462



CONFIDENTIAL

Other Comments:

Rating (0-5 scale)

Three things I will do better during the next interview:

-
-
-

D-00463



CONFIDENTIAL

## Rating Scale

This rating scale should be used for each of the competencies being measured in the interview and recorded on the Interview Report Summary.

| *Rating* | *Level* | *Description* | |
|---|---|---|---|
| *5* | ***Outstanding*** | *Much more than acceptable* | *Evidence of **strength** in this competency demonstrated **consistently** across all agreed behaviours* |
| *4* | ***Good*** | *More than acceptable* | *Evidence of this competency **demonstrated** across **all** agreed behaviours* |
| *3* | ***Competent*** | *Acceptable* | *Evidence of this competency demonstrated across **most**, but not all, agreed behaviours* |
| *2* | ***Marginal*** | *Less than acceptable* | *Evidence of this competency demonstrated at a **basic** level across **some** of the agreed behaviours* |
| *1* | ***Poor*** | *Much less than acceptable* | ***Little** evidence of this competency demonstrated* |
| *0* | ***No information*** | | ***No** evidence gained* |

D-00464



CONFIDENTIAL

# EXHIBIT 4

**From:** Cara Muscolo [Muscolc@wyeth.com]
**Sent:** Wednesday, November 10, 2004 8:55 AM
**To:** Andrew Espejo
**Subject:** tally
**Attachments:** Mgr Support Services Tally.xls

| | Collaboration | | | | | Customer Focused | | |
|---|---|---|---|---|---|---|---|---|
| | Chris | Cara | Derek | Andrew | (Avg.) | Chris | Cara | Derek |
| P. Couto | 5 | 4 | 4.5 | 5 | 4.625 | 3.5 | 4 | 4 |
| K. Dyer | 4 | 4 | 2 | 3 | 3.25 | 4 | 4 | 2.5 |
| H. Henry | 4 | 2 | 3.5 | 3 | 3.125 | 2 | 2 | 3.5 |
| G. Dubler | 3 | 3 | 3.5 | 3 | 3.125 | 3 | 3 | 3 |
| S. Calautti | 3 | 3 | 3 | 3.5 | 3.125 | 3 | 3 | 3.5 |
| M. Katz | 5 | 4.5 | 4.5 | 5 | 4.75 | 4 | 4 | 4 |
| J. Koziol | 3.5 | 3.5 | 4 | 4 | 3.75 | 4 | 3 | 3 |
| R. Fuchs | 3 | 3.5 | 3.5 | 3.5 | 3.375 | 4 | 3 | 3.5 |
| J. Torres | 4 | 3 | 4 | 4.5 | 3.875 | 3.5 | 3 | 3 |
| P. Scharago | 3 | 3 | 2.5 | 2.5 | 2.75 | 2 | 2 | 2.5 |
| D. Dittleman | | 4.5 | | | 4.5 | | 4.5 | |

CONFIDENTIAL
D 000809

| | | Flexible & Adaptable | | | | | Informed I | |
|---|---|---|---|---|---|---|---|---|
| Andrew | (Avg.) | Chris | Cara | Derek | Andrew | (Avg.) | Chris | Cara |
| 4 | 3.875 | 4 | 4 | 3.5 | 4 | 3.875 | 4 | 4 |
| 2 | 3.125 | 3.5 | 3.5 | 2.5 | 2 | 2.875 | 3 | 3 |
| 3 | 2.625 | 3 | 3 | 3.5 | 3 | 3.125 | 3 | 3 |
| 3 | 3 | 4 | 4 | 3 | 4 | 3.75 | 3 | 4 |
| 3.5 | 3.25 | 3 | 4 | 3 | 3 | 3.25 | 3 | 4 |
| 4 | 4 | 4 | 4 | 3.5 | 4 | 3.875 | 3 | 4 |
| 2.5 | 3.125 | 3 | 3.5 | 2 | 3 | 2.875 | 3 | 3 |
| 3.5 | 3.5 | 4 | 4 | 3.5 | 4 | 3.875 | 4 | 4 |
| 3 | 3.125 | 4 | 4 | 3 | 4 | 3.75 | 4 | 3 |
| 2 | 2.125 | 1 | 3 | 2.5 | 3 | 2.375 | 3 | 3 |
| | 4.5 | | 4 | | | 4 | | 4 |

CONFIDENTIAL
D 000810

| Decision Making | | | Leadership & People Mangagement | | | | | Project Ma |
|---|---|---|---|---|---|---|---|---|
| Derek | Andrew | (Avg.) | Chris | Cara | Derek | Andrew | (Avg.) | Chris |
| 3.5 | 3.5 | 3.75 | 3 | 3 | 3 | 3 | 3 | 3 |
| 2 | 2 | 2.5 | 2 | 2 | 2.5 | 2.5 | 2.25 | 3 |
| 3.5 | 3 | 3.125 | 2 | 2 | 3 | 2 | 2.25 | 2.5 |
| 3.5 | 3 | 3.375 | 3 | 3 | 4 | 3.5 | 3.375 | 3.5 |
| 3.5 | 3 | 3.375 | 2.5 | 4 | 3.5 | 2.5 | 3.125 | 3 |
| 3.5 | 4 | 3.625 | 3 | 4 | 3.5 | 3.5 | 3.5 | 3.5 |
| 3.5 | 3 | 3.125 | 3 | 3 | 3 | 2.5 | 2.875 | 4 |
| 3 | 3 | 3.5 | 3 | 4 | 2.5 | 2.5 | 3 | 3 |
| 3.5 | 4 | 3.625 | 3.5 | 3 | 3.5 | 4 | 3.5 | 3 |
| 2.5 | 3 | 2.875 | 2 | 2 | 2.5 | 2.5 | 2.25 | 2 |
| | | 4 | | 4 | | | 4 | |

CONFIDENTIAL
D 000811

| nagement/Planning | | | | Quality | | | | |
|---|---|---|---|---|---|---|---|---|
| Cara | Derek | Andrew | (Avg.) | Chris | Cara | Derek | Andrew | (Avg.) |
| 3 | 3.5 | 3 | 3.125 | 3 | 3.5 | 3 | 3.5 | 3.25 |
| 3.5 | 3 | 2 | 2.875 | 3 | 3.5 | 3 | 3 | 3.125 |
| 2.5 | 3 | 2.5 | 2.625 | 3 | 3 | 3.5 | 4 | 3.375 |
| 3 | 4.5 | 5 | 4 | 3 | 3 | 4 | 4 | 3.5 |
| 4 | 3 | 2 | 3 | 3 | 4 | 3 | 2.5 | 3.125 |
| 4 | 3 | 4 | 3.625 | 3.5 | 4 | 3.5 | 3.5 | 3.625 |
| 3.5 | 3 | 3 | 3.375 | 3 | 4 | 3 | 3 | 3.25 |
| 4.5 | 2.5 | 2.5 | 3.125 | 4.5 | 4 | 4 | 4 | 4.125 |
| 3 | 3 | 3 | 3 | 3.5 | 3 | 3.5 | 4 | 3.5 |
| 3 | 2.5 | 2 | 2.375 | 5 | 5 | 3.5 | 4 | 4.375 |
| 4.5 | | | 4.5 | | 4 | | | 4 |

| | Systematic Problem Solving | | | | TOTALS |
|---|---|---|---|---|---|
| Chris | Cara | Derek | Andrew | (Avg.) | |
| 3 | 4 | 3 | 3.5 | 3.375 | 3.6 |
| 3 | 3 | 2.5 | 3 | 2.875 | 2.9 |
| 3.5 | 3 | 3 | 3 | 3.125 | 2.9 |
| 3.5 | 4 | 4 | 4 | 3.875 | 3.5 |
| 3 | 4 | 2.5 | 2.5 | 3 | 3.2 |
| 3.5 | 4 | 3 | 4 | 3.625 | 3.8 |
| 3.5 | 4 | 3.5 | 3.5 | 3.625 | 3.3 |
| 4 | 4.5 | 3.5 | 3 | 3.75 | 3.5 |
| 3.5 | 3 | 4 | 4 | 3.625 | 3.5 |
| 3 | 3 | 3 | 3 | 3 | 2.8 |
| | 4 | | | 4 | 4.2 |

CONFIDENTIAL
D 000813

# EXHIBIT 5

Internal Correspondence

Wyeth

**Date:** January 3, 2004

**To:** Consumer Healthcare Manufacturing Employees

**From:** Andrew S. Espejo, PPU Lead – PPU 1 Centrum Manufacturing

**Subject:** Max Katz appointed PPU 1 Manager of Manufacturing Support

I am pleased to announce the appointment of Max Katz to the Position of Manager of Manufacturing Support for PPU 1 effective January 1, 2005.

Max first arrived in Pearl River in January of 1993 from American Cyanamid's Corporate Headquarters in Wayne, NJ. After being a Co-op student, Max accepted a Production Engineer job within Branded Products in 1995. In 1996 he joined the Environmental Technology group where he worked as an Environmental Engineer and eventually a Senior Environmental Engineer, responsible for site wide compliance for Hazardous Waste, Solid Waste and Regulated Medical Waste. Max managed environmental projects dealing with remediation and RCRA Corrective Action with budgets up to $2MM. In 2003 Max joined the Safety Department as a Senior Engineer and was responsible for WCH. He's worked diligently to reduce IMR Incident Rate to 1.2 through various Critical Task Analysis teams.

Max received his Bachelor of Science degree in Computer-based Management Systems from Clarkson University and a Master's of Engineering in Environmental Engineering from Stevens Institute of Technology.

Please join me in congratulating Max on his new assignment.

D-00493

CONFIDENTIAL

# EXHIBIT 6

**From:** Max Katz
**To:** Henry, Howard
**Date:** 2/3/2005 6:56:50 PM
**Subject:** Important Information for February 2005

Howard,

Please prepare a timeline for completion of the requested work below and forward to Grant Livermore, Andrienne Morris, Andrew Espejo and myself. Thank you for your cooperation.

Max

>>> Grant Livermore 2/3/2005 4:50:21 PM >>>

Andrew,
Maybe you can help me (us), with getting Howard to turn around the Continuous Coaters 1,2 documents we have developed. I know you had a technical problem on one of them this week. This is more of a reason to get this work done, move on to the SOPs and complete this effort, not including Chris Defeciani has a TrackWise commitment of 3/31/05. Having these SOPs (backup/recovery, etc...) in place will protect your systems.

I know Howard is very busy and we appreciate his spending so much time with Tim. If there is any way we can accommodate him, we will. We are very interested in getting this done in Feb 05.

I have Andrienne Morris working on this now and I fully believe her to be the right person to carry on this work, with a high degree of professionalism.

Thank you for your assistance, in advance.

Grant

PS. You have probably heard that I let Tim Billings go, after his unnecessary ( and unexplained) outburst(s).

**CC:** Espejo, Andrew

E-Mailed [illegible] 2/10/05 @ 10:[illegible] AM
- Denying Never Wrote or [illegible] Tim Billings

Denied Forward to Chris 2/18/05

**Howard Henry - Re: Help....**

**From:** Grant Livermore
Espejo, Andrew; Katz, Max
**Date:** 2/16/2005 10:37 AM
**Subject:** Re: Help....
**CC:** Allert, Ken; Defeciani, Christopher; Morris, Andrienne

Andrew,
We have not heard back from you on the timeline for the CTC work. Chris D. called Andrienne asking about the progress. We can not proceed until the subject matter expert (Howard Henry) returns draft documents and can continue doing so until we are done.

The 3/31/05 TrackWise commitment date seems to still be possible, but only with timely turn around of the remaining validation docs and SOPs (including getting approval through GXPharma).

Let me if we can do anything to help improve progress.
Grant
X25708
>>> Andrew Espejo 2/3/2005 5:50:24 PM >>>
MAx,
When Howard returns tomoroow please have him work out a timeline for completion of the requested work and have him forward to Grant and Andrienne Morris.
Thanks,
Andrew

>>> Grant Livermore 2/3/2005 4:50:21 PM >>>
/rew,
Maybe you can help me (us), with getting Howard to turn around the Continuous Coaters 1,2 documents we have developed. I know you had a technical problem on one of them this week. This is more of a reason to get this work done, move on to the SOPs and complete this effort, not including Chris Defeciani has a TrackWise commitment of 3/31/05. Having these SOPs (backup/recovery, etc...) in place will protect your systems.

I know Howard is very busy and we appreciate his spending so much time with Tim. If there is any way we can accommodate him, we will. We are very interested in getting this done in Feb 05.

I have Andrienne Morris working on this now and I fully believe her to be the right person to carry on this work, with a high degree of professionalism.

Thank you for your assistance, in advance.

Grant

PS. You have probably heard that I let Tim Billings go, after his unnecessary ( and unexplained) outburst(s).

From: Andrew Espejo
To: Henry, Howard
Date: 2/16/2005 11:27:14 AM
Subject: Fwd: Re: Help....

Howard,
Please see attached. This is a critical item that has to be attended to by you ASAP. Please provide a time line or date for completion to Grant and Andrienne ASAP.
Thanks,
Andrew

CC: Katz, Max

Responded [illegible] (Filed)
Commitment Closed on Time

# EXHIBIT 7

**Howard Henry - Re: Fwd: Weekly Maintenance Zone Management Checklists**

| | |
|---|---|
| **From:** | Andrew Espejo |
| | Henry, Howard |
| **Date:** | 3/16/2005 6:50:38 PM |
| **Subject:** | Re: Fwd: Weekly Maintenance Zone Management Checklists |
| **CC:** | Katz, Max |

Howard,
Thanks for the follow-up. If we have problems with Supervisors not properly completing the documents we should address it accordingly. Please let me know if this is wide spread or if there is one individual we need to work with.

Thanks,
Andrew

>>> Howard Henry 3/16/2005 5:49:31 PM >>>
Good afternoon Andrew,

I have been receiving and reviewing the Zone Reports. Mentioning one issue encountered with the reporting structure/process is that the some of the lists have had nebulous descriptions requiring a walk through the area, with the reporting supervisor to properly address the situation, reported observations that should not be on the list and lists which had sections that were not properly crossed out. Having the lists to you weekly should be no problem, once the aforementioned issues are addressed. Bi-weekly meetings will be held if past tendencies transpire but I doubt this will be necessary.

Completed lists will be forwarded to you. Other lists that require further clarification or input will be forwarded to you as soon possible. I will keep you posted on the progress. The goal is to have them all to you by the end of next week or sooner if possible.

Have a good day,
Howard

Howard Henry
Production Engineer
Wyeth Pharmaceuticals
Consumer Health Division
401 N. Middletown Rd.
Pearl River, NY 10965
(845)-602-4843 (Office)
(845)-602-3181 (Fax)

>>> Andrew Espejo 3/15/2005 7:41:09 PM >>>
Howard,
This following email was sent on February 18, 2005. As of this date I have not received the weekly reports from you in accordance with Item No. 3 below. I am concerned that this lack of timely submittal may lead to compliance issues. Please advise if you have been receiving these documents from the Zone Captains and if so your plan for review and submittal to me.

Thanks,
Andrew

>>> Andrew Espejo 2/18/2005 5:57:45 PM >>>
In accordance with PPG00002060, Maintenance Zone Management, the following procedures will be followed:
1) Supervisors will conduct audits of their assigned Zones each week. Completed Checklists will be forwarded to Howard Henry, Production Engineer.
2) Howard will review and sign each checklist and assign Work Order numbers accordingly and will follow-up accordingly with

Maintenance and the Zone Captain (Supervisor). Howard will also follow-up on any missing Zone Checklist.
3) Each week, Howard will forward the Weekly Zone Checklists for the previous week to me and I will co-sign and return to Alice for filing.

his process will ensure the timely completion, review, sign-off, and filing of these documents.

If there are any questions regarding this matter please see me. Additionally, please see the revised Maintenance Zone Checklist Assignments:

Zone 3 - Jim Fleming
Zone 4 - Nate Crump (Rich please follow-up with Nate)
Zone 10 - Rich Morgan
Zone 14 - Keith Crump (covering for Chris Snell)
Zone 27 - Ken Flowers
Zone 28 - Tim Tyner
Zone 31 - Jim Fleming

# EXHIBIT 8

From: Max Katz
To: Espejo, Andrew
Date: 3/30/2005 5:24:31 PM
Subject: Re: Fwd: Timely Review of PMOs

Andrew,

After reviewing the issue at hand, Howard responsed in the following manor.

He felt that it was petty that someone notified me of this problem. His general tone was displeasure towards Maintenance and the responsible person for singling him out. In the past they worked out these issues amongst themselves.

Some of the reasons he gave for being late were:

1) The PMO's were late getting to him.
2) He received November's PMOs in January and December's PMOs in January and February.
3) Many times there are errors, blank spaces or work order's need to be initiated in order to sign off.
4) Howard stated that all the PMO's he received before the Christmas holiday's he signed off on before he left.
5) When returning from the holidays there was a large amount of work to catch up on.

On the issue of the Weekly Maintenance Zone Checklists, Howard is using a check off sheet and forwarding that to you.

To prevent this from happening in the future Howard will be recording the date he receives the PMO and including that on his PMO tracking sheet.

Any questions or comments let me know. Thanks.

Max

>>> Andrew Espejo 3/29/2005 5:17:27 PM >>>
Max,
This needs to be reviewed with Howard ASAP. This puts us in serious compliance risk. Additionally, Howard has not been submitting the Weekly Maintenance Zone Checklists in a timely fashion as well. I have already spoken to him about this as well as sent him an email regarding his failure to submit these reports in a timely fashion. If warranted we can initiate a PIP to improve his performance.

Thanks,
Andrew

CC: Rose, Joanne

D-00352

CONFIDENTIAL