# EXHIBIT 1

Howard Henry

On January 12, 2004, Howard Henry met with me to discuss his performance rating for 2003 and the assignment he received through the Organization Cascade process.

Howard felt that his performance during 2003 warranted a higher rating than a 3 and that his assignment to Packaging Supervisor was directly related to the review. I indicated to him that they were two separate issues and should be dealt with that way. He does not seem to be able to recognize that.

He believes that there were discussions prior to the org cascade selection process that negatively impacted him and that his rating of a 3 combined with that resulted in the placement of Packaging Supervisor.

I went through the process we used for the selection/placement of employees in the org cascade meeting held on 12/8/03, i.e. large org charts were up on the walls – there were sticky notes with all employees who were available for placement – sticky notes reflected the person's name and performance rating. I facilitated the various discussions that took place around each functional chart and continually reminded the Managers who were making selections to make their decisions wisely so that the end result would be that we had the best person in the best position from a business perspective. Each Manager was allowed to pull an employee from within his or her own functional area or take them from any other area as well. The production/packaging engineer positions were filled with other employees and eventually Howard's name was placed in the Packaging Supervisor position. On the first pass, Howard's name was slotted for a third shift Packaging Supervisor but upon further discussion, he was moved to the day shift. All selections that took place were handled in the same consistent manner.

Once the Managers had a name in what they saw as the best fit for each organization, I called the Directors into the meeting so that they would have an opportunity to review the results. We also asked Farooq Moatter to join us to ensure that all placements were in line with what the Quality Assurance group felt were best fits.

During the discussion with Howard, he asked me to give him a copy of his performance reviews for 2002 and 2001. I made a note of that and said I would take care of it. He asked that I get up immediately and call Patti Verhasselt and ask her to get him the copies of reviews. I told him that I would do it later that day, that Patti was on a teleconference and that I had not been in my office prior to our 11:00 meeting currently taking place. He said you don't think I'm a priority. I told him his situation was certainly a priority and that I would take care of it the same day but could not do it during the meeting we were in. He also made a reference that in my position I was supposed to be unbiased and look at what was going on with the employee and the company. He said he did not think I was representing him well and that Walter did not represent him nor did Andy. I assured him that I was in fact trying to be of assistance to him. He continually went back to talking about the assignment and the rating of a 3 as one issue. He had documents with him and wanted me to read through each of them – I told him I could not do that during the

CONFIDENTIAL
D 000604

meeting, I could scan through them but would be happy to read them fully if he gave me a copy. He did not give me a copy of them.

Howard asked what I would tell my son to do if he were in the same situation as he is – I informed him I'd tell my son to go to the Packaging Supervisor position, learn what he could, gain the experience of supervision of hourly personnel and if he was still unhappy in the job to look at what other opportunities were available on site and if none then go to the outside. That none of us should stay in jobs where we are so unhappy because we won't be effective and it's not good for you.

I pointed out to him during the discussion that:

- the assignment to Packaging Supervisor could be a good opportunity for him
- that he would get the opportunity to learn new skills
- that supervision was a key aspect of background for employees with the production and packaging areas as they are being considered for promotion to Management.
- I also indicated that of all the areas within the factory that we were looking to Packaging as the one where we hoped to identify efficiencies in time/cost and this too would give him an opportunity to contribute using his engineering background.

I asked him several times what resolution he was looking for. He indicated that he would like to remain an Engineer, be assessed truthfully and fully, and that people should be made known that he was not represented properly – he said he felt that people considered him to be not reliable.

I recommended that he and I meet with Walter Wardrop to go over the review – that the overall rating would not be changed since that is not possible due to the HR system. We could however go thru each of the areas and if warranted, amend the verbiage or the number next to any objective if appropriate. He indicated that Walter had already done that and he did not want to meet with Walter and me and then later it seemed that he would like us to have that meeting. He told me he was going to meet with Mike McDermott because he wanted Mike to know about all the work he had done during 2003 and about the fact that he wanted a different assignment.

My understanding is that Mike McDermott met with Howard at 5pm on January 13. Mike and I met on January 14 and we discussed the fact that he too had told him he could not change the overall rating that he felt the assignment to Packaging was a good one that he could learn from and told him that he had worked in Packaging himself at one time. Mike made a commitment to help Howard and asked me to look into other vacancies that may exist at the Pearl River site to see if there was an appropriate match for Howard.

I talked to Donna Grantland on January 14 and we agreed that I would get Howard's resume and then we would review his education and experience against vacancies.

CONFIDENTIAL
D 000605

# EXHIBIT  2

Re: Mr. Howard Henry, Dept. 640 Production Engineer
Summary of the 2003 Review Process and Org-Cascade

To:     Joanne Rose
        Associate Director, HR

From:   Walter Wardrop
        Associate Director, Mfg. Train 1
        1/15/04

- Performance Objectives for 2003 were developed at the beginning of the year.
- **9/3/03:**    I conducted Mr. Henry's mid-year review.    Performance issues, opportunities for improvement and career growth were discussed. Expectations for what to include in his Self Appraisal and Goals and Objectives Spreadsheet were documented. At that time he was rated a "Solid Performer." See Attached.
- At that time I also asked him what his career aspirations were and offered to help develop his career by expanding his training and areas of responsibility, such as training him to be a backup for me as Department Head when I was on vacation. He did not reply at that time, saying he needed to pray about it. He never did reply.
- **9/8/03:**  An email was sent to all staff members that Self Appraisals and Goals and Objectives "**must be completed and turned in [to me] by October 1st.**"
- **10/2/03:** I sent out a follow up email stating that I had not received either from Mr. Henry. Howard was on vacation at that time, returning Oct. 6th or 7th.    (I was on vacation the 6th)
- **10/10/03:** The Mgt. Team conducted the 2003 Ratings Review Meeting. The performance and contributions of each staff member was discussed and ratings were collaboratively decided. Mr. Henry received the same review process and treatment as every other staff member at that meeting, which was officiated by Human Resources. Every staff member was rated based not only on his or her own accomplishments, but also in contrast to the contributions to their peers [in their classification] and others in the organization.
- Subsequently, Mr. Henry approached me about writing his Self Appraisals and Goals and Objectives. (I can not confirm the date, but believe it to be the week of Oct. 13th) By this time, he had missed the due date and his rating had been submitted. Howard discussed the effort he put into 2002's Self Appraisal and Goals and Objectives and that he felt that he did not get the rating he deserved last year (he received a "4"). During the course of that conversation, as we discussed the best use of his time, I stated, "he should focus on 'the work," which he [seems to have] interpreted as being excused from writing a review. In fact, at this point, I wanted him to focus his time on completing assignments and not on writing a Self Appraisal since it was too late to have any impact his rating, nor I did want to mislead him into believing that it would have any impact at this point.
- I wrote his Performance Review based on the quality of his work, the data available to me at the time, the Company Values, and feedback I received from coworkers throughout the year.   I also considered the nature of his performance

CONFIDENTIAL
D 000592

subsequent to our discussions at the mid-year review. As with any balanced review, subjective and objective criteria were employed. Mr. Henry's positive qualities were documented on his mid-year and end-of-year reviews; however, I also received adverse feedback throughout the year about timeliness of his work, the follow-up required to get information and complete tasks, and the need for management intervention to get things done. This feedback came from his co-workers within Manufacturing and from support groups. At his mid-year review I discussed this perception and asked him to take the lead on the Weekly CTC Meeting as a method of demonstrating his ability to perform a "leadership" role in the organization and for his career development. During subsequent discussions, Mr. Henry has accused me of creating that perception among his co-workers as opposed to conveying the message. He stated the if people had the perception that he was late on assignments, ". . .they did not get it from me."

- Due to ongoing delays, unresolved problems, and a lack of confidence from upper management that Howard could successfully complete projects on time, I was instructed on at least two occasions to intervene and drive the projects to completion: The CTC Cleaning Qualification and the Weigh Belt problems.

- **12/8/2003**: The Managers-elect went off-site to select their direct reports as the next phase of Org. Cascade. At that meeting, as the new Train 2 Manager, I elected to retain Mr. Jean Colas as the Train 2 Production Engineer. My replacement on Train 1 selected Mr. Honario "Jun" Ordonez as the Train 1 Production Engineer. At this point in the process, Mr. Henry was available to any manager who wanted to select him for their organization. Late in the day, he still had not been selected, so someone (I don't know who [*not* me]) selected him as a midnight shift Packaging Supervisor. His review and rating had no bearing on his assignment, since I did not make the selection, nor had his review been conducted yet or made public.

- Over the next few days I asked Packaging Manager-elect Derek Burt to re-assign Mr. Henry to the day shift since I knew he had just gotten married and I did not want to disrupt his life. Mr. Burt agreed to make the move even though it impacted another employee who had previously been selected for the day shift position.

- **12/17/2003**: I conducted Mr. Henry's Performance Review and informed him of his new post Org-Cascade assignment. He was extremely unhappy with both his rating and his new assignment. He felt he had not been received the rating he deserved and that [as an Engineer] he should not have been assigned to be a Packaging Supervisor. Mr. Henry was visibly upset and excused himself to "go for a walk." His review was not signed at that time, nor did he request a copy.

- **12/18/03 – 1/4/04**: I was on vacation.

CONFIDENTIAL
D 000593

- **1/4/04**: Upon my return, Mr. Henry approached me to discuss his review and job assignment. At this time, he had with him a completed Self Appraisal, his Goals and Objectives and a Project Tracking Spreadsheet. I told Mr. Henry that I could not change his "rating." (He maintains that I said I would not change his "review.") The issue was not resolved at that time. I did not read the documents and he took his copies with him.

- **1/6/04**: Another follow-up discussion with Mr. Henry. At that time, I read his documents and told him they were well written and that I wished he had submitted them on time for consideration at the Ratings Review Meeting. Mr. Henry maintained that he had not been and that fairly reviewed and that I did not fairly "represent" him. He stated that he would proceed with an official rebuttal.

- Subsequent to our conversation, I reviewed what I had written in his review and decided to revise some of the wording. I did not change my opinion on what I wrote; however, I did rate him as a "Solid Performer" and since this is a part of his permanent record, I emphasized his positive qualities and values in the hope that he would work on continuously improving his performance without having to document "developmental issues" in a manner that could have an adverse impact on his career and future job opportunities. I made no changes in the numbers. I also communicated to Mr. Henry that the changes would be made.

- **1/9/04**: Mr. Henry met with Mr. Andy Schaschl, Sr. Director of Manufacturing – my manager.

- **1/12/04**: Mr. Henry met with Mrs. Joanne Rose, Associate Director of Human Resources. Subsequently, I was asked to provide documentation supporting my review and the rating to Mrs. Rose, which I did that afternoon.

- **1/13/04**: Mr. Henry met with Mr. Mike McDermott, Site Manager.

**Note #1**:    At each of these meetings, Mr. Henry presented his Self Appraisal, Goals and Objectives and Project Tracking Sheet as evidence of the work he had performed and not received recognition. Yet, Mr. Henry did not submit that documentation to me in time to be considered for the review and rating process. In fact, to date, Mr. Henry has not submitted any of the documents to me for inclusion in his permanent record.

**Note #2**:    Additionally, the work he does reference in the documents reflects the basic expectation for the Production Engineer position. It is his role and responsibility to keep the equipment running, optimize equipment and processes and respond to emergencies. It is the completion of these tasks that make him a "Solid Performer." Anything less would warrant "Needs Improvement." Nothing presented proves that Mr. Henry exceeded the expectation for a Production Engineer or should be considered "Outstanding" – a "role model."

CONFIDENTIAL
D 000594

- Mr. Henry has spoken to Mr. Bob Bracco, Mr. Joe Vitanza and several supervisors and other Wyeth employees regarding his review, rating and his job assignment and his displeasure with them.

- 1/12/04: I invited Mr. Henry to come into my office. I expressed to him that I was sorry that he is so unhappy with his review and job assignment and that after years of working together, I wished things were different. I was disappointed that our working relationship was ending so unpleasantly. I reiterated my friendship for him and that he was a valued employee. I wished him well and much happiness for the future. He shared some kind words and thoughts with me and we shook hands. At that time I asked him if he wanted to see his review, but he said I could just forward it to HR unsigned—which I did.

   Note #3: Packaging requested that I release Mr. Henry to begin training in Packaging on 1/12/04. I spoke to the Packaging Mangers and asked them to be patient for a few days to allow Mr. Henry due process until there was a final decision on the outcome of the rebuttal. They agreed.

Mr. Henry strongly believes that he did not receive the rating he deserved, stating that it was "a slap in the face" and that he will not accept it and will take it as far as he needs to. During one of our conversations he commented "some day I would have to sit in front of my maker and defend my actions." He maintains that statements I made about the timeliness of his work and the "perception" of his performance by others is unsubstantiated. In our many conversations about his review, I tried several ways to clarify, so he has accused me of being dishonest and inconsistent - that I keep "changing my story." I have been honest with Mr. Henry in regards to the feedback I have received from others, but I cannot and will not betray the confidentiality of my position by naming names and sharing confidential and/or inappropriate information with him. He maintains that I did not recognize all of his accomplishments. The undisputed fact is that he did not submit them for consideration. There was a business reason for that due date, presenting them now – 3 months later – is inconsequential. Furthermore, there is no guarantee that his rating would have been any different had the documentation been submitted; however, his failure to submit them underscores my comments regarding Mr. Henry's failure to complete tasks according to deadlines. There is an established review process that applies to all Wyeth exempt employees, including Mr. Henry. The expectation was *clearly* communicated to him, as documented on the Mid-Year Review and in emails. He chose to not to follow the established procedure and now, in hindsight, is claiming an injustice has been done to him. In all of our conversations, he has yet to take personal accountability for his actions regarding his review. While I support an employee's right to challenge his review, in this case Mr. Henry openly defied the expectation and is now challenging the fairness of the system.

CONFIDENTIAL
D 000595

At his Mid-Year Review, Mr. Henry was rated as a "Solid Performer." He was afforded the opportunity to use the time between the mid-year and end-of-year reviews to improve his performance, yet since then he allowed a Commitment to go overdue while he was on vacation – which I had to personally close out, he failed to submit his Self Appraisal and Goals as directed and I had to accept a Commitment for him in Trackwise since he had never completed his Trackwise training, despite having started his training more than a year earlier.

In closing, as his manager, I stand by the rating and review I gave Mr. Henry. Other managers participated in the review process and can verify that he was treated fairly and equally. He was a "Solid Performer." It is my opinion that his performance and accomplishments did not meet the established criteria for a rating of "4" or "5" and his rebuttal has not provided evidence to the contrary.

Since the rebuttal process began, Mr. Henry and I have not discussed the review or the job assignment, maintaining a professional, working relationship

CONFIDENTIAL
D 000596

## Summary of Howard Henry's
## 2003 Progress Review

### Employee Background

- 10 year employee
  —6 years Research
  —4 years Consumer Healthcare

- Consumer Healthcare
  —Held position of Production Engineer all 4 years
  —Walter Wardrop, AD, Train – 1 Centrum, was his manager for all 4 years

- Ratings
  —2000: 3
  —2001: 4
  —2002: 4
  —2003: 3

### 2003 Performance Review

- Mid-Year Review was conducted
  —Employee was rated a 3 at mid-year

- Employee was instructed at mid-year that the following needed to be completed by year's end:

| Project | Completed to Date |
|---|---|
| Establish PMO timelines | No |
| Install shear mixers in solution tanks | No |
| Increase the dust collection fan speed on weigh belt | No |
| Fabricate, test and purchase dust removal system for CTC | No |
| Complete installation of plastic sheeting around CTC solution tanks | Yes |
| Revise SOP's as needed for Single Pass Centrum on CTC | No |
| Redesign Best Shaker to prevent foreign objects from entering blender | No |
| Participate in all remaining CTC projects, as assigned | Yes |
| Re-establish a formal tracking sheet for reporting and documenting work performed and conduct a monthly review with department Manager | No |

Note:  SOP's for Single Pass Centrum is a highly critical project.

- Was instructed at mid-year to submit a self-appraisal for the year end review.  It was not submitted.

- Attendance:  11 days absent in 2003

  —Note: the 2.5 month family leave referred to was actually taken as a Medical Leave and it was not taken in 2003.  The leave was taken from October 2002 with a return to work date of

**CONFIDENTIAL**
**D 000597**

# EXHIBIT 3

Howard Henry - Walter Wardrop – Joanne Rose
Meeting 1/16/04

Met with Howard Henry and we showed him the amended review that Walter had done.
He quickly scanned thru it and then listed a number of things that were not listed in the
review. Walter pointed out that those were the normal duties of a Production engineer
and he felt they were covered in the review.

Howard stated that he did more work this year and the other years
He had to deal with circumstances in his life this past year
The review was not indicative of his work
He was not happy with what had been done and he did not feel that we were solving the
issue.
He stated he was trying to be positive – act with dignity and respect.

I reiterated the review process – he stated he would not sign the review. I told him that
was fine and that he could write a summary of what he felt should be included and/or
include the documents that he had in his folder. I said that by attaching his rebuttal which
would be attached to the review Managers who may be reviewing his file for other
openings would get to see both the review and Howard's work that summarized what he
felt was omitted.

I told him that I would provide him with a list of vacancies, which he could then pursue if
he was interested. I reminded him that I had asked for a copy of his resume and he said
he did not send it because he didn't know why I wanted it. I informed that I would use it
to make other HR people and any Managers who had appropriate vacancies aware of his
education and work experience. He told me that he would handle that himself and that he
had a few things going. He informed me that he did not want me to give him the list of
vacancies, that he would handle it himself. He stated it was a shame that he had to go to
Mike McDermott on this and that I didn't offer this previously. I reminded him that I had
talked about it in our first discussion when I went into the fact that there were vacancies
on site and if he was that unhappy with the Packaging Supervisor position that he could
bid on these other positions while he was picking up new skills in the role he had been
assigned thru Org Cascade.

He stated that he would have to take this a step further – I asked what he meant by that
and he said he would pray on it and decide what action he would take.

He stated that the review would not be acceptable until it captured all he had done and
that this was not resolved. He stated that he could take this to the VP level.

At the conclusion of the meeting he stated, "I mean business – I don't know if you
understand this. He again reminded us that he was trying to be patient and dignified.
He then stated to Walter "what a difference a year makes".

I

CONFIDENTIAL
D 000603

# EXHIBIT  4

CONFIDENTIAL ✓

Exempt/Professional
(US & PR)



**AMERICAN HOME PRODUCTS CORPORATION**

# PERFORMANCE PLANNING AND APPRAISAL

| Christopher DeFeciani | 2000 | 1/00 | 12/00 |
|---|---|---|---|
| Employee's Name | Review Period | From | To |

■ Check this box if this Performance Plan and Appraisal is being prepared for a new employee or for an employee who is new to their current assignment ("new" = less than six months in current assignment).

*PLEASE BE INFORMED THAT YOUR PERFORMANCE APPRAISAL MEASURES YOUR JOB PERFORMANCE ONLY. THE FACT THAT THE COMPANY APPRAISES YOUR PERFORMANCE NEITHER GUARANTEES NOR PROMISES EMPLOYMENT FOR ANY DEFINITE PERIOD OF TIME. YOUR EMPLOYMENT IS "AT WILL" AND YOU HAVE THE RIGHT TO TERMINATE YOUR EMPLOYMENT AT ANY TIME AND AMERICAN HOME PRODUCTS CORPORATION AND ITS SUBSIDIARIES RETAIN A SIMILAR RIGHT.*

| Compliance Specialist | Dept. 640 |
|---|---|
| Employee's Job Title | Division / Department |

| Walter Wardrop | Production Manager |
|---|---|
| Appraiser's Name | Title |

## Section I – Performance Objectives/ Responsibilities and Results

| A. Performance Objectives, Responsibilities, Expectations | B. Results Achieved | C. Rating (1-5)* |
|---|---|---|
| Financial | Chris has been instrumental in Train 1 achieving target conversion costs, and identifying waste in the operation -- saving cost and eliminating waste. He has been effective in identifying ways to increase process efficiencies, which result in cost savings. Chris has been successful in identifying and reducing documentation and process errors, and counseling and retraining operators. Reducing errors reduces costs. | 5 |
| Customer Service | Chris has been a leader of internal and external customer service. His efforts have resulted in lower than target cycle times and throughput times. Train 1 has surpassed the target of 90% bulk attainment because of his efforts to schedule effectively and track monthly production and problem batches. Chris works extremely well with internal customers, such as QA, QC and Packaging. He has cultivated effective relationships and feedback on his performance is always positive from these groups. | 5 |

CONFIDENTIAL
D 000728

1

| Innovation, Learning and Accountability | Chris is a role model of effective management, both as a supervisor and compliance specialist. He continually finds new ways to improve the operation his own performance, and the performance of those who report to him. He was promoted mid-year into the compliance specialist position due to his previous efforts of writing MDIRs, tracking problem batches and bringing them to closure. He has taken accountability for his own work and the work of those who report to him. He is an expert trainer, who responsibilities include training all three shifts in SOPs, Safety, cGMP and compliance. | 5 |
| Housekeeping / cGMP | When Chris was a supervisor he followed all the housekeeping and cGMP guidelines. As a compliance specialist he continually finds ways to improve cGMP compliance and bridge the compliance gaps. | 5 |

**CONFIDENTIAL**
**D 000729**

*See Section III

Employee Name:  Christopher DeFeciani

## Section II – Work Behaviors Exhibited:  Company Success Factors

| 1.  Accountability/Commitment (Sets high standards of performance, pursues aggressive goals, works hard to achieve them, takes pride in their work, takes ownership, meets deadlines, follows through, is dependable) | Rating (1-5)* 5 | 8.  Innovation (Uses imagination and creativity, takes reasonable risks, takes initiative to make things better, appropriately challenges status quo) | Rating (1-5)* 5 |
|---|---|---|---|
| 2.  Adaptability/Flexibility (Demonstrates a willingness to shift priorities according to changes in business needs,  adjusts well to ambiguity and change, open to different ideas/approaches) | 5 | 9.  Inspires Trust (Follows through on commitments, assumes responsibility for one's actions, communicates in an authentic manner, respects confidentiality) | 5 |
| 3.  Business Acumen (Demonstrates having a good understanding of the industry and operations of the organization, is technically proficient, understands and incorporates a global perspective to work) | 5 | 10.  Planning and Problem Solving (Analyzes, thinks strategically, clarifies priorities, gathers relevant information, utilizes diverse input, synthesizes approaches) | 5 |
| 4.  Collaboration (Fosters teamwork, facilitates constructive discussion, recognizes contributions, proactively shares ideas and information, seeks out others' input, shares knowledge) | 5 | 11.  Respect for Others and Inclusion (Treats others as they would wish to be treated, values/supports diversity and an inclusive work environment, respects others' esteem when addressing problems) | 5 |
| 5.  Customer Focused (Identifies internal and/or external "customer" needs, meets customer expectations, seeks customer feedback) | 5 | 12.  Effective People Management (For supervising managers only) (Hires and retains high quality employees, sets performance expectations, coaches and provides ongoing feedback and recognition, drives the performance management process, facilitates development and career opportunities) | 5 |
| 6.  Effective Communication (Actively listens, relays complete information clearly and simply, responds to non-verbal cues, validates others' viewpoints) | 5 | 13.  Adheres to Code of Conduct (Adheres to the letter and spirit of our Company Code of Conduct when completing work assignments) | Yes |
| 7.  Individual Leadership (Demonstrates personal initiative, energizes others, leads by example, maintains a positive and "can do" attitude, takes responsibility for own development, addresses challenging situations) | 5 | 14.  Other: | |

Write specific observations related to the Success Factors, commenting on both areas of strength and opportunities for development.

Chris is a role model as a supervisor and innovator.  He was an obvious choice for his recent promotion because of his performance throughout the year.  He sets high standards of performance for himself and takes pride in his work.  He does what it takes to get the job done, including coming in early, staying late and working weekends, and never complains or seeks special compensation.  His current job was being defined and created even as he was performing it, and he displayed great flexibility and adaptability.  He understands to needs of the business and has a great deal of operating expertise.  He exemplifies the spirit of teamwork by participating on CI Teams and special projects – he works very well as a team member and team leader.  He always maintains a positive attitude and instills a positive attitude in others.  He inspires trust in those around him by fulfilling obligations and completing assignments and projects on time.  His problem solving skills are put to good use as the designated writer of MIRs and the adjoining investigations.

Chris is a role model to all those around him.  He has been instrumental in training the new supervisors, clerk and engineer.  His personal dedication to LCH and commitment to quality make him the outstanding performer on Train 1 this year.  He is an asset to the department and will make an excellent candidate for a Department Head position someday.

**CONFIDENTIAL**
D 000730

3

*See Section III

Employee Name   Christopher DeFeciani

## Section III – Summary of Performance

In determining the overall rating for performance, consider the following four factors:
- The ratings for results achieved (Section I)
- The ratings for demonstration of Success Factors on the job (Section II)
- The impact of the employee's performance on the business
- The comparative importance of the results produced to the results produced by others in the work group

| Results Achieved ("What" was accomplished) Expected results (goals, objectives, standards) based on job responsibilities and assignments | Behavior Exhibited ("How" the employee worked with others) Per Company Success Factors: Accountability, Integrity, Flexibility, Business Acumen, Collaboration, Customer Focus, Communication, etc. | Overall Rating |
|---|---|---|
| **Significantly Above Target**<br>♦ Far exceeded objectives, responsibilities, expectations | **Role Model**<br>♦ Consistently demonstrated and inspired others to demonstrate the Success Factors | 5<br>Outstanding<br>☐ |
| **Above Target**<br>♦ Exceeded objectives, responsibilities, expectations | **Accomplished**<br>♦ Consistently demonstrated the Success Factors | |
| **On Target**<br>♦ Met objectives, responsibilities, expectations | **Skilled**<br>♦ Consistently demonstrated most of the Success Factors | |
| **Below Target**<br>♦ Did not fully meet key objectives, responsibilities, expectations | **Needs Development**<br>♦ Requires improvement in some key Success Factors | |
| **Significantly Below Target**<br>♦ Did not accomplish most objectives, responsibilities, expectations<br>♦ *Immediate and sustained performance improvement required to remain in position* | **Needs Significant Improvement**<br>♦ Did not demonstrate success factors<br>♦ *Immediate and sustained performance improvement required to remain in position* | |

## Manager's Comments on Performance

Chris's performance is consistently above average – exceeding the objectives, responsibilities and expectations set for him. He has proven himself to be an exceptional supervisor and has been the role model for the Compliance Specialist. Being the first hired, he set the standard for performance in that newly created, high profile position. Chris also assumes the responsibilities of Department Head when I am on vacation, sick or unavailable. There is no role in the management of Train 1 that he cannot perform. For this reason, he is my most valuable and flexible employee, and I heartily recommend him for a Rating of 5 in recognition of his efforts and many successes this year.

**CONFIDENTIAL**
**D 000731**

Employee Name   Christopher DeFeciani

## Section IV – Focus for Development

| 1. Identify areas for development that are critical for accomplishing next year's Performance Expectations: | |
|---|---|
| **Development Objectives** | **Related Success Factors** |
| Continuous improvement in compliance issues | 8. Innovation   &   3. Business Acumen |
| Management Training | 11. Effective People Management |
| Improve the format / effectiveness of Training sessions | 6. Effective Communication |

2. **Create a detailed development plan and discuss with your Manager by (date)   January 31, 2001.**

## Section V - Employee Comments

## VI – Required Signatures

Employee's Signature                                        Date _12/6/00_

Christopher DeFeciani

Signature indicates you have seen, reviewed, and discussed this appraisal with your Manager and you have been given the opportunity for discussion.

Manager's Signature                                        Date _12/6/00_

Walter Wardrop

Next Level of Review (Signature and Title)          Date _12/7/00_

Comments (optional):

Human Resources (If / as required by Business Division)          Date

D 000732

# EXHIBIT  5

CONFIDENTIAL

Exempt/Nonexempt
(US & PR)



AMERICAN HOME PRODUCTS CORPORATION

# PERFORMANCE PLANNING AND APPRAISAL

| | | | |
|---|---|---|---|
| Christopher DeFeciani | **2001** | **Jan** | **Dec** |
| Employee's Name | Review Period | From | To |

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

Employee's Social Security Number

☐ Check this box if this Performance Plan and Appraisal is being prepared for a new employee or for an employee who is new to their current assignment ("new" = less than six months in current assignment).

*PLEASE BE INFORMED THAT YOUR PERFORMANCE APPRAISAL MEASURES YOUR JOB PERFORMANCE ONLY. THE FACT THAT THE COMPANY APPRAISES YOUR PERFORMANCE NEITHER GUARANTEES NOR PROMISES EMPLOYMENT FOR ANY DEFINITE PERIOD OF TIME. YOUR EMPLOYMENT IS "AT WILL" AND YOU HAVE THE RIGHT TO TERMINATE YOUR EMPLOYMENT AT ANY TIME AND AMERICAN HOME PRODUCTS CORPORATION AND ITS SUBSIDIARIES RETAIN A SIMILAR RIGHT.*

| | |
|---|---|
| Compliance Specialist | LCH/640 |
| Employee's Job Title | Division / Department |

| | |
|---|---|
| Walter Wardrop | Production Manager |
| Appraiser's Name | Title |

## Section I – Performance Objectives/ Responsibilities and Results

| A. Performance Objectives, Responsibilities, Expectations | B. Results Achieved | C. Rating (1-5)* |
|---|---|---|
| **Financial**<br>Monitor material losses for attainment in yeild metric<br>Optimize scheduling of all labor to increase effiency and decrease overtime (increase equipment uptime)<br>Monitor and administrate Kronos System as required to assure correct payment of all personnel.<br>Reduce material loss to achieve NMT 56K/quarter | Chris helped the department to exceed the Yeild metric in 2001, 97% vs. a goal of 96.6% by monitoring Problem Batches and Inspection. Train 1 had a Mfg. Loss of $5K vs. a target of $56K and mfg. 107.7% of budget - exceeding the expectation. Chris reduced the amount of material wasted and discarded by writing MIRs that resulted in effective corrective actions. | 4 |
| **Customer Service**<br>Participate in and support 100% Bulk Schedule Attainment<br>Initiate all ERF's in full compliance with SOP200075.<br>Participate in all MIR investigations as required.<br>First time right quality of 92% or better. | Train 1 exceeded the Attainment metric, 98.8% against a goal of 90%. As Compliance Specialist, Chris wrote all MIRs for Train 1 and devised corrective actions to release the batch. He maintained the Problem Batch List and monitored the Inspection process. Train 1's Cycle Time met the metric of 15 days and Throughput Time was 37.5 days vs. a target of 45 days. | 5 |

CONFIDENTIAL
D 000722

Performance Planning and Appraisal 9-01

## Section I – Performance Objectives/ Responsibilities and Results

| A. Performance Objectives, Responsibilities, Expectations | B. Results Achieved | C. Rating (1-5)* |
|---|---|---|
| Innovation, Learning, and Accountability<br>Demonstrate sustained error reduction in your area.<br>Complete writing/revision of all SOP's and associated training as needed.<br>Demonstrate consistant administration and enforcement of all department guidelines and expectations.<br>Ability to coach and counsel problem employees for optimum performance . Demonstrate effective use of progressive discipline within contract guidelines.<br>Insure appropriate training ansd skill checks for full compliance with Corporate Training Initiatives. | Chris devised and conducted shift meetings for all three shifts to review errors and deviations and train on documentation compliance. He fulfilled all administrative expectations regarding Problem Batch Tracking, an Error Database and charts and checking SOIs. He attended Labor Relations training and demonstrated and understanding of the policies and executed those policies effectively. He accepted full accountability for his performance and his role in reducing Dept. errors. He executed all Dept. policies when he covered for me on vacations and absences. | 5 |
| Zone Management/cGMP Compliance & Quality<br>Monitor and maintain your "Zone" in full compliance with SOP.<br>Enforce all quality initiatives in your area and improve overall housekeeping and cGMP compliance among all operators. Insure "Tour Readiness" at all times.<br>Reduce incidence of operator MIR's | Chris was not assigned a Zone to monitor and he has no floor responsibilities; however, he understands the expectations and enforced them when he substituted as Production Manager. | NA |
| Safety:<br>Safety index of 1.2 or better<br>Conduct all Safety Meetings in compliance with corporate guidelines.<br>Identify and correct high risk housekeeping /design issues. | Chris participated in all Safety Training, and reported any safety violation he observed. He investigated and wrotes Accident Reports as they occurred<br>LCH had a Safety Index of 3.3 vs. a target of 3.0 . | 3 |
| Training:<br>Complete >85% Training personally and for the dept. | Chirs completed 93% of his personal training and helped Train 1 achieve 85% completed vs a goal of 85%. | 4 |

*See Section III

CONFIDENTIAL<br>D 000723

Employee Name Christopher DeFeciani

## Section II – Company Values: Work Behaviors Exhibited

| Values | Specific observations related to Company Values, including areas of strength and opportunities for development. | Rating* (1-5) |
|---|---|---|
| **QUALITY:  We are committed to excellence - in the results we achieve and in how we achieve them.**<br>• Do your job right every time<br>• Focus on what's important<br>• Strive for continuous improvement<br>• Think strategically and execute flawlessly | As Compliance Specialist, Chris devoted most of him time focusing on product quality and how to continually improve the process.  Chris is a self-motivated worker who requires a minimum of direction - just a goal.  He understands the operation and can strategically plan manufacturing, MIRs and corrective actions to execute the successful release of batches. | 5 |
| **INTEGRITY:  We do what is right for our customers, our communities, our shareholders and ourselves.**<br>• Take responsibility for your actions<br>• Follow through on commitments<br>• Communicate in an open, honest and authentic manner<br>• Respect confidentiality | Chris accepted responsibility for his own actions and is committed to meeting deadlines and completing projects.  He was honest and reliable and worked well as a leader and team-player.  He demonstrated his commitment to the product, the company, customer safety and product satisfaction on a variety of special projects, including the new Trakker and Batch Specificity.  He is a good communicator and respected confidentiality - important traits for a manager. | 5 |
| **RESPECT FOR PEOPLE:  We promote a diverse culture and an environment of mutual respect for our employees, our customers and our communities.**<br>• Treat others with dignity and respect<br>• Embrace and encourage new ideas<br>• Cultivate talents of others/self<br>• Reward/recognize contributions of others<br>• Celebrate achievements of team/others | Chris establied credibility through his extensive knowledge of the operation and the way he treats people.  He was an operator on Train 1, so he knows the process and the people.  He treats people fairly but firmly, and is well liked.  He was a member of many cross-discipline teams.  His participation is requested because of his ability to get along with everyone and he is a pleasure to work with - always respectful, positve and helpful. | 5 |
| **LEADERSHIP:  We value people at every level who lead by example, take pride in what they do and inspire others.**<br>• Be a role model<br>• Approach your job with passion and conviction<br>• Bring out the best in people<br>• Anticipate and adapt to change<br>• Demonstrate personal initiative<br>• Promote innovative thinking | Chris was a role model to anyone he worked with.  He approached his work enthusiastically and passionately. He was innovative in his approach to looking for new ideas to old problems.  He set the bar high for himself and inspired others to achieve the same heights. Despite the fact that he has no direct reports, supervisors seeks out his counsel and advice and treat his as though he was a Manager because he displays leadership far beyond his job title. | 5 |
| **COLLABORATION:  We value teamwork - working together to achieve common goals is the foundation of our success.**<br>• Demand/demonstrate teamwork<br>• Be flexible and responsive<br>• Think and work across boundaries<br>• Share information freely<br>• Seek input and listen | Chris was effective as a team member and team leader. He collaborated on many projects and teams.  He gets along well with personnel from other departments, such as Tech Services, IT, QA, Maintenance and Training. He is flexable and contributed his time to extra work to achieve common goals.  He provided most of the Manufacturing input in the the Trakker project and Batch Specificity. | 5 |

*See Section III

CONFIDENTIAL
D 000724

| Employee Name Christopher DeFeciani |
| --- |

# Section III – Summary of Performance

In determining the overall rating for performance, consider the following four factors:
- The ratings for results achieved (Section I)
- The ratings for demonstration of Company Values on the job (Section II)
- The impact of the employee's performance on the business
- The comparative importance of the results produced to the results produced by others in the work group

| Results Achieved ("What" was accomplished) Expected results (goals, objectives, standards) based on job responsibilities and assignments | Company Values: Behaviors Exhibited ("How" the employee worked with others) Quality, Integrity, Respect for People, Leadership, and Collaboration | Overall Rating |
| --- | --- | --- |
| **Significantly Above Target**<br>• Far exceeded objectives, responsibilities, expectations | **Role Model**<br>• Consistently demonstrated and inspired others to demonstrate the Company Values | **5**<br>**Outstanding**<br>☒ |
| **Above Target**<br>• Exceeded objectives, responsibilities, expectations | **Accomplished**<br>• Consistently demonstrated the Company Values | **4**<br>**Exceeds Expectations**<br>☐ |
| **On Target**<br>• Met objectives, responsibilities, expectations | **Skilled**<br>• Frequently demonstrated most of the Company Values | **3**<br>**Solid Performer**<br>☐ |
| **Below Target**<br>• Did not fully meet key objectives, responsibilities, expectations | **Needs Development**<br>• Demonstrated Company Values, but requires improvement in some key areas. | **2**<br>**Needs Improvement**<br>☐ |
| **Significantly Below Target**<br>• Did not accomplish most objectives, responsibilities, expectations<br>• *Immediate and sustained performance improvement required to remain in position* | **Needs Significant Improvement**<br>• Rarely demonstrated key Company Values and/or displayed inappropriate work behavior<br>• *Immediate and sustained performance improvement required to remain in position* | **1**<br>**Unsatisfactory**<br>☐ |

## Manager's Comments on Performance

This is the 2nd year in a row I submitted a "5" rating for Chris - - If there was a MVP award, he would get the trophy. He assumes many roles beyond Compliance Specialist. He was a key player on the TRAKKER upgrade team (and is the system administrator), the Batch Specificity Team, the Trackwise team and the Vertical Cell startup team. He maintained the Problem Batch List and tracked all Inspection batches. He assisted the floor supervisors on a daily basis. His job knowledge and floor experience is invaluble to the department. This year Chris took on the additional challenge of learning the Production Coordinator job to provide a back-up for that position and backs up the Train 2 Compliance Specialist. Chris also backs me up as Manager whenever I am out of the office. Chris is a role model among the LCH staff, including me. He is very professional, a great team player and team leader. He always is pleasant to work with and never complains about his unreasonable work load. He works very long hours and weekends to make sure all the work gets done. For his outstanding achievments this year I awarded him the Wyeth-Ayerst Special Recogniton Award.

CONFIDENTIAL
D 000725

4

| Employee Name Christopher DeFeciani |
| --- |

## Section IV - Employee Comments

| |
| --- |
| |

### Section V - Required Signatures

Christopher DeFeciani _____    12/11/01
**Employee's Signature**                              Date

Signature indicates you have seen, reviewed, and discussed this appraisal with your Manager.

Walter Wardrop _____    12/11/01
**Manager's Signature**                       Date

Jack Riley _____    12/11/01
**Next Level of Review (Signature and Title)**    Date

Comments (optional):

_____    12/21/01
**Human Resources (If / as required by Business Division)**    Date

**CONFIDENTIAL**
**D 000726**

## Section VI – Performance Planning - Next Review Period

Employee's Name _____     Review Period _____

Employee's Job Title _____     Division / Department _____

Manager's Name _____     Title _____

## Section VII – Performance Objectives/ Responsibilities

**Performance Objectives, Responsibilities, Expectations**

Quality Objective (Required):

## Section VIII – Focus on Development

1. **Identify areas for development that are critical for accomplishing next year's Performance Objectives, Responsibilities, Expectations**

2. **Create a detailed development plan and discuss with your Manager by (date)** _____

Signature & Date:

Employee _____     Manager _____     Next Level _____

CONFIDENTIAL
D 000727

# EXHIBIT  6

# Wyeth

**Pharmaceuticals &
Research**

CONFIDENTIAL

Exempt/Nonexempt
(US & PR)

## PERFORMANCE APPRAISAL

**Chris Defeciani**
_____
Employee's Name

| | 11/01/02 | 10/31/02 |
|---|---|---|
| Review Period | From | To |

Employee's Social Security Number
_____

☐ Check this box if this Performance Plan and Appraisal is being prepared for a new employee or for an employee who is new to their current assignment ("new" = less than six months in current assignment).

_PLEASE BE INFORMED THAT YOUR PERFORMANCE APPRAISAL MEASURES YOUR JOB PERFORMANCE ONLY. THE FACT THAT THE COMPANY APPRAISES YOUR PERFORMANCE NEITHER GUARANTEES NOR PROMISES EMPLOYMENT FOR ANY DEFINITE PERIOD OF TIME. YOUR EMPLOYMENT IS "AT WILL" AND YOU HAVE THE RIGHT TO TERMINATE YOUR EMPLOYMENT AT ANY TIME AND WYETH AND ITS RELATED COMPANIES RETAIN A SIMILAR RIGHT._

| Senior Compliance Coordinator | WAP/643 Investigations and Compliance |
|---|---|
| Employee's Job Title | Division / Department |
| Ingrid Gibson | Manager, Investigations and Compliance |
| Appraiser's Name | Title |

## Section I – Performance Objectives/ Responsibilities and Results
### (*See Section III for Ratings Definitions)

| A. Performance Objectives, Responsibilities, Expectations | B. Results Achieved | C. Rating (1-5)* |
|---|---|---|
| No More than 6 overdue MIRs monthly | Chris had an average of 2 overdue MIRs from January to July and completed an average of 27 MIRs monthly. | 5 |
| Support the reduction of MIRs by participating in at least one root cause resolution. | Supported tooling analysis on broken tooling in Compression.<br><br>Participated in evaluation and determination of root cause and corrective actions related to Continuous Coater Weigh Belt Accountability Issues.<br><br>Support root cause due to personnel errors through tracking and reporting operator errors by badge number an shift | 5 |
| See attached Goals and Objectives | | |
| | | |
| | | |
| _MANDATORY FOR THOSE WHO MANAGE OTHERS_: Prepared and conducted with each direct report a Performance Appraisal Discussion, Objective Setting Meeting and Developmental Plan Meeting | | |

CONFIDENTIAL
D 000717

Employee Name

## Section II – Company Values: Work Behaviors Exhibited
### (*See Section III for Ratings Definitions)

| Values | Specific observations related to Company Values, including areas of strength and opportunities for development. | Rating* (1-5) |
|---|---|---|
| **QUALITY:** We are committed to excellence – in the results we achieve and in how we achieve them.<br>• Do your job right every time<br>• Focus on what's important<br>• Strive for continuous improvement<br>• Think strategically and execute flawlessly | Chris performs a thorough investigation and his investigations generally have minimal comments from QA. Considering the high volumes of MIRs issued monthly, Chris was still able to complete a quality investigation with the required depth and content. | 5 |
| **INTEGRITY:** We do what is right for our customers, our communities, our shareholders and ourselves.<br>• Take responsibility for your actions<br>• Follow through on commitments<br>• Communicate in an open, honest and authentic manner<br>• Respect confidentiality | Chris supported the monthly Scheduled Attainment numbers by completing MIRs according to the demands of his internal and external customers. He takes full responsibility for his actions and follows through on commitments. | 4 |
| **RESPECT FOR PEOPLE:** We promote a diverse culture and an environment of mutual respect for our employees, our customers and our communities.<br>• Treat others with dignity and respect<br>• Embrace and encourage new ideas<br>• Cultivate talents of others/self<br>• Reward/recognize contributions of others<br>• Celebrate achievements of team/others | Chris treats everyone with the same respect. While performing investigations, he interacted with many people and has received a lot of positive feedback regarding his overall attitude. | 5 |
| **LEADERSHIP:** We value people at every level who lead by example, take pride in what they do and inspire others.<br>• Be a role model<br>• Approach your job with passion and conviction<br>• Bring out the best in people<br>• Anticipate and adapt to change<br>• Demonstrate personal initiative<br>• Promote innovative thinking | Although Chris's position involved investigations, he was assigned several other duties and was able to perform these tasks and maintain the high volume of MIRs. His work was never compromised by other activities. He takes on projects with no question, demonstrates personal initiative and is successful in each assignment. For example, Chris provides Trackwise training to all employees and has been very helpful in the launching of Trackwise. | 5 |
| **COLLABORATION:** We value teamwork – working together to achieve common goals is the foundation of our success.<br>• Demand/demonstrate teamwork<br>• Be flexible and responsive<br>• Think and work across boundaries<br>• Share information freely<br>• Seek input and listen | Chris demonstrates teamwork across all boundaries. He provides help where help is needed to his peers and supporting departments. | 5 |

CONFIDENTIAL
D 000718

| Employee Name |
|---|

## Section III – Summary of Performance

In determining the overall rating for performance, consider the following four factors:
- Ratings for results achieved - Section I
- Ratings for demonstration of Company Values on the job - Section II (How results were achieved is as important as what was accomplished.)
- Impact of the employee's performance on the business
- The comparative importance of the results produced to the results produced by others in the work group

| Results Achieved ("What" was accomplished) Expected results (goals, objectives, standards) based on job responsibilities and assignments | Company Values: Behaviors Exhibited ("How" the employee worked with others) Quality, Integrity, Respect for People, Leadership, and Collaboration | Overall Rating |
|---|---|---|
| **Significantly Above Target** <br> ◆ Far exceeded objectives, responsibilities, expectations | **Role Model** <br> ◆ Consistently demonstrated and inspired others to demonstrate the Company Values | 5 <br> **Outstanding** <br> ☑ |
| **Above Target** <br> ◆ Exceeded objectives, responsibilities, expectations | **Accomplished** <br> ◆ Consistently demonstrated the Company Values | 4 <br> **Exceeds Expectations** <br> ☐ |
| **On Target** <br> ◆ Met objectives, responsibilities, expectations | **Skilled** <br> ◆ Frequently demonstrated most of the Company Values | 3 <br> **Solid Performer** <br> ☐ |
| **Below Target** <br> ◆ Did not fully meet key objectives, responsibilities, expectations | **Needs Development** <br> ◆ Demonstrated Company Values, but requires improvement in some key areas | 2 <br> **Needs Improvement** <br> ☐ |
| **Significantly Below Target** <br> ◆ Did not accomplish most objectives, responsibilities, expectations <br> ◆ *Immediate and sustained performance improvement required to remain in position* | **Needs Significant Improvement** <br> ◆ Rarely demonstrated key Company Values and/or displayed inappropriate work behavior <br> ◆ *Immediate and sustained performance improvement required to remain in position* | 1 <br> **Unsatisfactory** <br> ☐ |

### Manager's Comments on Performance

Chris is a dedicated hard working employee. When given a task, he takes the initiative and with total dedication, follows through to completion. Chris worked towards achieving the Goals and objectives and was very successful. He understands the needs of the business and take pride in demonstrating the company values. See comments under Section II - Company Values.

CONFIDENTIAL
D 000719

| Employee Name |
|---|

## Section IV - Employee Comments

## Section V - Required Signatures

_Employee's Signature_                                    Date  1/8/03

Signature indicates you have seen, reviewed, and discussed this appraisal with your Manager.

_Manager's Name / Signature_                              Date  1/09/03

_Next Level of Review (Signature and Title)_              Date  1/9/03

Comments (optional):

_Human Resources (If / as required by Business Division)_   Date  1/13/03

CONFIDENTIAL
D 000720

## Section VI – Performance Planning – Next Review Period

Employee's Name _____     Review Period _____

Employee's Job Title _____     Division / Department _____

Manager's Name _____     Title _____

## Section VII – Performance Objectives/ Responsibilities

| Performance Objectives, Responsibilities, Expectations |
|---|
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |

## Section VIII – Focus on Development

1. Identify areas for development that are critical for accomplishing next year's Performance Objectives, Responsibilities, Expectations

|  |
|---|
|  |
|  |
|  |

2. Create a detailed development plan and discuss with your Manager by (date) _____.

Signature & Date:

Employee _____     Manager _____     Next Level _____

**CONFIDENTIAL**
**D 000721**

# EXHIBIT   7

# Wyeth

**Pharmaceuticals & Research**

CONFIDENTIAL

## PERFORMANCE APPRAISAL

Exempt/Nonexempt
(US & PR)

| | | | |
|---|---|---|---|
| **Richard Morgan** | | 1/1/02 | 12/31/02 |
| Employee's Name | Review Period | From | To |
| 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 | | | |
| Employee's Social Security Number | | | |

☐ Check this box if this Performance Plan and Appraisal is being prepared for a new employee or for an employee who is new to their current assignment ("new" = less than six months in current assignment).

*PLEASE BE INFORMED THAT YOUR PERFORMANCE APPRAISAL MEASURES YOUR JOB PERFORMANCE ONLY. THE FACT THAT THE COMPANY APPRAISES YOUR PERFORMANCE NEITHER GUARANTEES NOR PROMISES EMPLOYMENT FOR ANY DEFINITE PERIOD OF TIME. YOUR EMPLOYMENT IS "AT WILL" AND YOU HAVE THE RIGHT TO TERMINATE YOUR EMPLOYMENT AT ANY TIME AND WYETH AND ITS RELATED COMPANIES RETAIN A SIMILAR RIGHT.*

| | |
|---|---|
| **Production Supervisor** | **Manufacturing / Dept. 640 – Train 1** |
| Employee's Job Title | Division / Department |
| **Walter Wardrop** | **Associate Director of Manufacturing** |
| Appraiser's Name | Title |

## Section I – Performance Objectives/ Responsibilities and Results

**(\*See Section III for Ratings Definitions)**

| A. Performance Objectives, Responsibilities, Expectations        (SEE ATTACHED) | B.  Results Achieved (SEE ATTACHED) | C.  Rating (1-5)\* |
|---|---|---|
| ACCOUNTABILITY: | Rich accepted full accountability for his work and the work of those who report to him.  He maintained a high floor presence and took the leading role in improving housekeeping and the work environment. | 5 |
| MIR's: | Train 1 exceeded the goal set for MIR reduction, with an average number of 24 MIRs/month, largely due to Rich's diligence in reviewing new formulas before they are released to the floor and in issuing CCP's to correct errors identified in the SOI's.  He also monitored work-in-progress to prevent errors. | 5 |
| SOI ACCURACY: | SOI accuracy has improved steadily all year – from a low of 55% to a high of 90%.  The low level of accuracy was due to the startup of the CTC and the new paperwork and procedures.  Rich was diligent in improving both. | 5 |
| MONTHLY BULK ATTAINMENT: | Train 1 exceeded the expectation for Attainment by surpassing the goal of 92% every month, with a low of 100% and a high of 133%.  Rich's expertise at production planning, resource management, problem solving, reporting and teamwork were crucial elements of that achievement. | 5 |
| BACKORDERS: | The result of reducing errors and regularly meeting attainment was $0K backorders for Train 1 products and improved Customer Service. | 4 |

CONFIDENTIAL
D 000744

| | | |
|---|---|---|
| To identify a special project of his own choosing based on departmental needs and compliance guidelines [within the span of his control] to devise and complete. | Rich choose to upgrade the Littleford Bins to meet the new cGMP guidelines for cleaning and documentation. He implemented programs to repair all the bins that were out-of-service, the installation and use of equipment logs, and implemented the use of a "Last Cleaned On ____" tag to monitor compliance to SOP 20242 and removed all hand-written tares.  Rich performed the upgrade to all of the 150 bins that are utilized by Trains 1 and 2. | 5 |
| *MANDATORY FOR THOSE WHO MANAGE OTHERS:*  **Prepared and conducted with each direct report a Performance Appraisal Discussion, Objective Setting Meeting and Developmental Plan Meeting** | Prepared 2002 goals and objectives with Rich at the beginning of the year and conducted quarterly reviews.  Conversations with Rich were robust and productive;  he took constructive criticism well and incorporated elements of our discussions into his work performance. | 5 |

**CONFIDENTIAL**
**D 000745**

**Employee Name  Rich Morgan**

## Section II – Company Values: Work Behaviors Exhibited

### (*See Section III for Ratings Definitions)

| Values | Specific observations related to Company Values, including areas of strength and opportunities for development. | Rating* (1-5) |
|---|---|---|
| **QUALITY:  We are committed to excellence – in the results we achieve and in how we achieve them.**<br>• Do your job right every time<br>• Focus on what's important<br>• Strive for continuous improvement<br>• Think strategically and execute flawlessly | Rich understands what it takes to be successful in Manufacturing.  He clearly demonstrated that commitment to Quality was a critical element to his management style.  He strove to inject quality into his own performance, the performance of his staff and into the product.  Rich took Quality personally.  He maintained his focus and was strategic in his planning. | 5 |
| **INTEGRITY:  We do what is right for our customers, our communities, our shareholders and ourselves.**<br>• Take responsibility for your actions<br>• Follow through on commitments<br>• Communicate in an open, honest and authentic manner<br>• Respect confidentiality | Rich defines Integrity.  He's responsible, trustworthy, followed through on commitments, communicated well throughout the organization, was honest and respected confidentiality.  I often confided in Rich to get the "true" story of what was happening on the floor. | 5 |
| **RESPECT FOR PEOPLE:  We promote a diverse culture and an environment of mutual respect for our employees, our customers and our communities.**<br>• Treat others with dignity and respect<br>• Embrace and encourage new ideas<br>• Cultivate talents of others/self<br>• Reward/recognize contributions of others<br>• Celebrate achievements of team/others | As a supervisor, Rich worked with many people from different disciplines throughout the organization.  He managed a shift of 25 individuals, but never lost his humanity or his ability to see them as individuals.  He went out of his way to recognize the achievement of others and always shared credit for a job well done with his fellow supervisors and the operators.  He was respectful and respected by others. | 5 |
| **LEADERSHIP:  We value people at every level who lead by example, take pride in what they do and inspire others.**<br>• Be a role model<br>• Approach your job with passion and conviction<br>• Bring out the best in people<br>• Anticipate and adapt to change<br>• Demonstrate personal initiative<br>• Promote innovative thinking | Rich has all the qualities that define leadership.  He is clearly a role model to the other supervisors in Manufacturing and always offered his experience and knowledge, as needed or requested.  He is liked and respected by the operators on his shift because of his job knowledge, his fairness, his passion and his compassion.  He "leads" rather than follows and people follow his leadership because he inspires people to do so.  Rich brings out the best in his staff and they are loyal to him. | 5 |
| **COLLABORATION:  We value teamwork – working together to achieve common goals is the foundation of our success.**<br>• Demand/demonstrate teamwork<br>• Be flexible and responsive<br>• Think and work across boundaries<br>• Share information freely<br>• Seek input and listen | Rich was flexible in a year of many changes and inspired the operators to be flexible as well.  He responded to the ever-changing needs of the business and worked hard to help Manufacturing (in general) and Train 1 (specifically) to succeed in ts goals and objectives.  He is a consummate teamplayer and is equally adept at leading, following and participating.  He seeks input on how to improve his performance and how to achieve goals, then implements action plans. | 5 |

**CONFIDENTIAL**
**D 000746**

**Employee Name   Richard Morgan**

## Section III – Summary of Performance

In determining the overall rating for performance, consider the following four factors:
- Ratings for results achieved – Section I
- Ratings for demonstration of Company Values on the job – Section II  (How results were achieved is as important as what was accomplished.)
- Impact of the employee's performance on the business
- The comparative importance of the results produced to the results produced by others in the work group

| Results Achieved ("What" was accomplished) Expected results (goals, objectives, standards) based on job responsibilities and assignments | Company Values: Behaviors Exhibited ("How" the employee worked with others) Quality, Integrity, Respect for People, Leadership, and Collaboration | Overall Rating |
|---|---|---|
| **Significantly Above Target** ♦ Far exceeded objectives, responsibilities, expectations | **Role Model** ♦ Consistently demonstrated and inspired others to demonstrate the Company Values | 5 Outstanding ☒ |
| **Above Target** ♦ Exceeded objectives, responsibilities, expectations | **Accomplished** ♦ Consistently demonstrated the Company Values | 4 Exceeds Expectations ☐ |
| **On Target** ♦ Met objectives, responsibilities, expectations | **Skilled** ♦ Frequently demonstrated most of the Company Values | 3 Solid Performer ☐ |
| **Below Target** ♦ Did not fully meet key objectives, responsibilities, expectations | **Needs Development** ♦ Demonstrated Company Values, but requires improvement in some key areas | 2 Needs Improvement ☐ |
| **Significantly Below Target** ♦ Did not accomplish most objectives, responsibilities, expectations *Immediate and sustained performance improvement required to remain in position* | **Needs Significant Improvement** ♦ Rarely demonstrated key Company Values and/or displayed inappropriate work behavior *Immediate and sustained performance improvement required to remain in position* | 1 Unsatisfactory ☐ |

## Manager's Comments on Performance

Rich was my top performer as supervisor again this year. He lived the "Values" and was a Role Model to others. He took on responsibility that far exceeded his job description and was an invaluable asset to Wyeth and to me personally. He, by virtue of his management style and personality, became the "go-to guy" for emergencies, projects, tours, etc. He initiated CCP's, supplements, monitored Inspection output, and created the production plan that the other supervisors followed, but it was his "vision." He actively sought to improve his own performance and is currently in pursuing his college degree. For his accomplishments, initiative and contributions to the business, Rich was promoted mid-year to Production Supervisor Level 9.

CONFIDENTIAL
D 000747

Employee Name  Richard Morgan

## Section IV - Employee Comments

## Section V - Required Signatures

_____     _____
**Employee's Signature**                                                        **Date**  12/18/02

Richard Morgan

Signature indicates you have seen, reviewed, and discussed this appraisal with your Manager.

_____     _____
**Manager's Name / Signature**                                             **Date**  12/18/02

Walter Wardrop

_____     _____
**Next Level of Review (Signature and Title)**                    **Date**  12/18/02

Andrew Schaschl, Director of Manufacturing

Comments (optional):

_____     _____
**Human Resources (If / as required by Business Division)**     **Date**  1/13/03

**CONFIDENTIAL**
**D 000748**

## Section VI – Performance Planning - Next Review Period

Employee's Name _____

Review Period _____

Employee's Job Title _____

Division / Department _____

Manager's Name _____

Title _____

## Section VII – Performance Objectives/ Responsibilities

| Performance Objectives, Responsibilities, Expectations |
|---|
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |

## Section VIII – Focus on Development

1. **Identify areas for development that are critical for accomplishing next year's Performance Objectives, Responsibilities, Expectations**

_____

_____

_____

_____

2. **Create a detailed development plan and discuss with your Manager by (date)** _____

**Signature & Date:**

Employee _____ Manager _____ Next Level _____

**CONFIDENTIAL
D 000749**

# EXHIBIT 8

Pharmaceuticals &
Research

# Wyeth

CONFIDENTIAL

Exempt/Nonexempt
(US & PR)

## PERFORMANCE APPRAISAL

**Richard Morgan**

Employee's Name

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

Employee's Social Security Number

| | | |
|---|---|---|
| Review Period | **1/1/03** | **12/31/03** |
| | From | To |

☐ Check this box if this Performance Plan and Appraisal is being prepared for a new employee or for an employee who is new to their current assignment ("new" = less than six months in current assignment).

*PLEASE BE INFORMED THAT YOUR PERFORMANCE APPRAISAL MEASURES YOUR JOB PERFORMANCE ONLY. THE FACT THAT THE COMPANY APPRAISES YOUR PERFORMANCE NEITHER GUARANTEES NOR PROMISES EMPLOYMENT FOR ANY DEFINITE PERIOD OF TIME. YOUR EMPLOYMENT IS "AT WILL" AND YOU HAVE THE RIGHT TO TERMINATE YOUR EMPLOYMENT AT ANY TIME AND WYETH AND ITS RELATED COMPANIES RETAIN A SIMILAR RIGHT.*

**Senior Production Supervisor**

Employee's Job Title

**Manufacturing / Dept. 640 – Train 1**

Division / Department

**Walter Wardrop**

Appraiser's Name

**Associate Director of Manufacturing**

Title

## Section I – Performance Objectives/ Responsibilities and Results

(*See Section III for Ratings Definitions)

| A: Performance Objectives, Responsibilities, Expectations (SEE ATTACHED) | B: Results Achieved (SEE ATTACHED) | C. Rating (1-5)* |
|---|---|---|
| **ACCOUNTABILITY:** | Rich accepted full accountability for his work and the work of those who report to him. He maintained a high floor presence and took the leading role in all elements of the operation. By virtue of being on day shift, he was held 'more' accountable by others in the organizations that were more familiar with him than his off-shift counterparts. | 5 |
| **MIR's/ERRORS:** | Train 1 reduced the number of new MIRs by 25%, from 24/month in 2002 to 18/month in 2003, against a Target of 16. Rich helped drive that improvement by carefully reviewing each SOI change prior to release to the floor to ensure the SOI was correct. He monitored work-in-progress to catch and prevent errors, and counseled operators as needed. | 4 |
| **HOUSEKEEPING/ZONE MAINTENANCE** | Rich continually improved the housekeeping compliance of [his] Zone #9a – as demonstrated in PR0697 - and submitted his Zone Checklists on time. He strove to improve the overall housekeeping of the Production Areas by devising the "Sustainable Compliance Readiness Team" to ensure "Tour Readiness" at a moment's notice and engaged all 3 Trains in the project. | 5 |

CONFIDENTIAL
D 000738

## Section I – Performance Objectives/ Responsibilities and Results

(*See Section III for Ratings Definitions)

| A. Performance Objectives, Responsibilities, Expectations          (SEE ATTACHED) | B. Results Achieved          (SEE ATTACHED) | C. Rating (1-5)* |
|---|---|---|
| **CUSTOMER SERVICE: MONTHLY BULK ATTAINMENT & BACKORDERS** | Train 1 achieved the metric for Bulk Attainment every month except the 2 months when bottleneck equipment was out of service due to repairs. Rich's expertise at production planning, resource management, problem solving, reporting and teamwork were critical elements of meeting that goal with only 7.4% OT (against a OT goal of <10%) and no backorders. | 5 |
| **SPECIAL PROJECTS** | Rich continually strove to be innovative and improve the operation through his involvement in special projects and teams.  He was an instructor in the "Mfg. For Non-Mfg. Personnel Team," devised the "Sustainable Compliance Readiness Team," and participated on the "48-Hour Centrum Team."  He performed the roles and responsibilities of Production Coordinator on several occasions this year when Chris required backup.  He was a tour guide for visitors, as needed, and covered for me as Dept. Head when I was on vacation or unavailable. | 5 |
| *MANDATORY FOR THOSE WHO MANAGE OTHERS*: **Prepared and conducted with each direct report a Performance Appraisal Discussion, Objective Setting Meeting and Developmental Plan Meeting.** | Prepared 2003 Goals and Objectives with Rich at the beginning of the year and conducted a Mid-Year Review on 8/12/03.  Rich's determination to improve his performance was evident in his actions and subsequent activities. | 5 |

**CONFIDENTIAL**
**D 000739**

Employee Name  Rich Morgan

## Section II – Company Values: Work Behaviors Exhibited

### (*See Section III for Ratings Definitions)

| Values | Specific observations related to Company Values, including areas of strength and opportunities for development. | Rating* (1-5) |
|---|---|---|
| **QUALITY:  We are committed to excellence – in the results we achieve and in how we achieve them.**<br>• Do your job right every time<br>• Focus on what's important<br>• Strive for continuous improvement<br>• Think strategically and execute flawlessly | Rich demonstrated that commitment to Quality was a critical element to his management style.  He infused Quality into his own performance, the performance of his staff and into the product.  His diligence and close attention to Quality resulted in Train 1 having fewer "Problem Batches" this year and the "problems we did have were more equipment-oriented, with less operator-related problem batches than in the past. | 5 |
| **INTEGRITY:  We do what is right for our customers, our communities, our shareholders and ourselves.**<br>• Take responsibility for your actions<br>• Follow through on commitments<br>• Communicate in an open, honest and authentic manner<br>• Respect confidentiality | Rich was responsible, accountable, trustworthy, followed through on commitments and communicated well throughout the organization.  He was an honest, respected confidant.  I often consulted with Rich to ascertain the mood on the floor so I could resolve problems and devise action plans to improve employee morale and productivity – he was my eyes and ears on the floor. | 5 |
| **RESPECT FOR PEOPLE:  We promote a diverse culture and an environment of mutual respect for our employees, our customers and our communities.**<br>• Treat others with dignity and respect<br>• Embrace and encourage new ideas<br>• Cultivate talents of others/self<br>• Reward/recognize contributions of others<br>• Celebrate achievements of team/others | Rich managed a shift of 20-25 individuals, but never lost his humanity or his ability to see them as individuals.  He went out of his way to recognize the achievement of others and always shared credit for a job well done with others.  He always treated everyone with equal respect and dignity.  He gained the trust and respect of others through his actions and integrity.  He helped train two temp-supervisors and two new Exempt supervisors, and demonstrated his ability to cultivate talent in others. | 5 |
| **LEADERSHIP:  We value people at every level who lead by example, take pride in what they do and inspire others.**<br>• Be a role model<br>• Approach your job with passion and conviction<br>• Bring out the best in people<br>• Anticipate and adapt to change<br>• Demonstrate personal initiative<br>• Promote innovative thinking | Rich demonstrated all the qualities that define leadership.  He was a Role Model to others in Manufacturing and shared his experience and knowledge, as needed or requested.  He was a mentor to new supervisors, exhibited passion for his work and displayed the role of a "leader" in the organization; other supervisors looked to him for leadership and guidance.  He led rather than followed – devising the plan the others followed.  Rich was one of only a handful of staff members who demonstrated innovation; i.e. introducing new ideas to the team, as opposed to merely following directions. | 5 |
| **COLLABORATION:  We value teamwork – working together to achieve common goals is the foundation of our success.**<br>• Demand/demonstrate teamwork<br>• Be flexible and responsive<br>• Think and work across boundaries<br>• Share information freely<br>• Seek input and listen | Rich was flexible in a complex year of change and reorganization.  He responded to the needs of the business in every role requested of him to help Train 1 and Mfg. succeed in its Goals.  He was a consummate teamplayer and was equally adept at leading, following and participating.  He held Weekly Meetings with the operators to share information give direction and seek input from the floor . . . and followed up with feedback. | 5 |

CONFIDENTIAL
D 000740

3

**Employee Name   Richard Morgan**

## Section III – Summary of Performance

In determining the overall rating for performance, consider the following four factors:

♦ Ratings for results achieved - Section I
♦ Ratings for demonstration of Company Values on the job - Section II  (How results were achieved is as important as what was accomplished.)
♦ Impact of the employee's performance on the business
♦ The comparative importance of the results produced to the results produced by others in the work group

| Results Achieved ("What" was accomplished) Expected results (goals, objectives, standards) based on job responsibilities and assignments | Company Values: Behaviors Exhibited ("How" the employee worked with others) Quality, Integrity, Respect for People, Leadership, and Collaboration | Overall Rating |
|---|---|---|
| **Significantly Above Target**<br>♦ Far exceeded objectives, responsibilities, expectations | **Role Model**<br>♦ Consistently demonstrated and inspired others to demonstrate the Company Values | 5<br>Outstanding<br>☒ |
| **Above Target**<br>♦ Exceeded objectives, responsibilities, expectations | **Accomplished**<br>♦ Consistently demonstrated the Company Values | 4<br>Exceeds Expectations<br>☐ |
| **On Target**<br>♦ Met objectives, responsibilities, expectations | **Skilled**<br>♦ Frequently demonstrated most of the Company Values | 3<br>Solid Performer<br>☐ |
| **Below Target**<br>♦ Did not fully meet key objectives, responsibilities, expectations | **Needs Development**<br>♦ Demonstrated Company Values, but requires improvement in some key areas | 2<br>Needs Improvement<br>☐ |
| **Significantly Below Target**<br>♦ Did not accomplish most objectives, responsibilities, expectations<br>♦ *Immediate and sustained performance improvement required to remain in position* | **Needs Significant Improvement**<br>♦ Rarely demonstrated key Company Values and/or displayed inappropriate work behavior<br>♦ *Immediate and sustained performance improvement required to remain in position* | 1<br>Unsatisfactory<br>☐ |

### Manager's Comments on Performance

Rich was a high-performer who is proficient at all aspects of the operation and demonstrated outstanding supervisory skills.  He was a role model for other supervisors and cross-trained in other functions – most notably Production Coordinator.  His influence extended well beyond his job assignment, being involved in many extra activities and cross-Train projects.  He also provided back up for me, as needed.  He continued to improve his performance, professionalism and expand his knowledge by continuing his education.  He was the "Go-To Guy" for Train 1 manufacturing, once again earning the distinction of being "Outstanding" among his peers.  For his efforts and achievements, Rich was promoted to Senior Supervisor Level 10 this year.

**CONFIDENTIAL**
**D 000741**

**Employee Name  Richard Morgan**

## Section IV - Employee Comments

## Section V - Required Signatures

_Richard Morgan_ _(signature)_                                        12/17/03

**Employee's Signature**                                        **Date**

Richard Morgan

Signature indicates you have seen, reviewed, and discussed this appraisal with your Manager.

_(signature)_                                        12/17/03

**Manager's Name / Signature**                                        **Date**

Walter Wardrop

_(signature)_                                        1/29/04

**Next Level of Review (Signature and Title)**                                        **Date**

Andrew Schaschl, Director of Manufacturing

Comments (optional):

_(signature)_                                        1/28/04

**Human Resources (If / as required by Business Division)**                                        **Date**

**CONFIDENTIAL**
**D 000742**

## Section VI – Performance Planning - Next Review Period

Employee's Name _____ 　　Review Period _____

Employee's Job Title _____　　Division / Department _____

Manager's Name _____　　Title _____

## Section VII – Performance Objectives/ Responsibilities

| Performance Objectives, Responsibilities, Expectations |
| --- |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |

## Section VIII – Focus on Development

1. Identify areas for development that are critical for accomplishing next year's Performance Objectives, Responsibilities, Expectations

_____
_____
_____
_____

2. Create a detailed development plan and discuss with your Manager by (date) _____

**Signature & Date:**

Employee _____  Manager _____  Next Level _____

**CONFIDENTIAL
D 000743**