# EXHIBIT 1

PHARMACEUTICALS TECHNICAL OPERATIONS AND PRODUCT SUPPLY

JOB DESCRIPTION WORKSHEET -EXEMPT

| INCUMBENT'S NAME(S) | | JOB TITLE | |
| --- | --- | --- | --- |
| Christopher Defeciani | | Production Coordinator | |
| GRADE | SUPERVISOR'S NAME | SUPERVISOR'S TITLE | |
| 10 | Andrew Schaschl | Director | |
| ORGANIZATIONAL UNIT | JOB CODE | REVISION # | |
| P64509 | MBVC | | |

**I. JOB SUMMARY** - Summarize the primary purpose of the job in 2 to 3 sentences.

Plans manufacturing for 3 departments/trains through the four primary production areas (weighing, blending, compression, and coating).

The Production Coordinator is accountable for working within SOPs, cGMPs, regulations, and company policy while ensuring that there is a constant flow of product through each of the production areas in each of the three departments in order to properly utilize each piece of equipment and meet the monthly attainment goals set by the Master Scheduler.

**II. JOB RESPONSIBILITIES** - List the primary responsibilities and job duties in order of importance.

| Job Duties | % of time spent on each duty |
| --- | --- |
| 1. Track batches in order to ensure a constant flow of product through the production areas according to schedule. Includes releasing orders and assigning batch numbers according to the schedule, and tracking the batch through the production process to make sure it flows smoothly. Monitor which batches have and have not been weighed and speaks to the Warehouse Supervisor to ensure that they stay on schedule. (Also monitor inventory level and schedule manufacturing of pre-mixes) made in-house to ensure enough pre-mix for production for the month based on demand from the Master Scheduler. | 40 |
| 2. Maintain production schedule to assure optimal machine utilization and to minimize downtime. Update schedule to make sure that it meets what the production boards say. Communicate with production supervisors on daily basis to give them notice of approximately when change-overs will occur. Work with Technical Services to schedule production of validation batches/demo batches. Determine overtime requirement needed to meet demands. | 20 |
| 3. Perform capacity studies to see how much capacity there is and how much product they can expect to produce in a given shift in order to increase machine and labor efficiencies/utilization to increase capacity. Capacity studies are done for the blending, compression, and coating areas in each of the three departments. They are done at the beginning of the month, the middle of the month, and the end of the month. Also study machine utilization in coating on a daily basis to measure actual versus theoretical capacity for each shift and each coater. Write Exception Reports to explain capacity shortfalls. | 20 |
| 4. Troubleshoot around schedule changes throughout the day to ensure optimal machine utilization despite changes/issues that have occurred. | 20 |
| 5. | |
| 6. | |
| | Total 100% |

D-00524

### III. WORK FLOW
Describe how the incumbent gets the work, the processes (mental/physical) which the incumbent performs to transform the work, the work output, and what happens to the work once the incumbent has finished.

Production Schedules for each department come from the Master Planner. They are then updated based on capacity and what's being done. Orders are released based on the schedule and then batches are tracked through the production process from weighing to coating. The work output is the production of the product in the amounts needed according to schedule. An exception report is written which details why any certain product did not make the bulk attainment numbers in any given month.

### IV. DECISION MAKING
A. Describe the decisions generally made and indicate whether the incumbent is the final authority or participates in the decisions.

1. Recommendations to manager around whether or not manufacturing will need to work overtime on the weekend. Shared Authority

2. Decisions around the order in which products are manufactured (given the schedule provided by the Master Planner) Final Authority

3. Decisions around manufacturing priorities, such as telling the manufacturing supervisors which pieces of the manufacturing process are priorities based on demand and daily information from the product planner. Final Authority

B. Describe the effect the decisions can have on company programs, processes, services, customers or financial results.

Decisions made impact how packaging runs, which in turn impacts sales and financial results. Decisions also impact the efficiency of the production lines. Poor decisions around pre-mixes will determine whether it is necessary to shut down a train. Poor decisions will result in poor equipment/personnel utilization that will result in the failure to meet product demand.

C. Outline the guidelines, practices, or limits which are used in making decisions and which assist in recognizing the limits of authority.

Decisions are limited by the Master Schedule, by predetermined plant labor standards, and SOPs.

### V. SUPERVISION
Describe the supervision this position receives. In what manner and how often are instructions given? How and with what frequency is the work checked?

Input is given around scheduling priorities on a daily basis, primarily from Master Scheduler, Product Planners, Department Heads and the director. Work is monitored indirectly, with a smooth product flow indicating that work is being done well. If product doesn't flow, supervisors will inquire. Monthly Exception Reports that are submitted to the Dept. Head are also a measure of job performance. "Performance Appraisal" is performed annually, but performance is reviewed on an ongoing basis.

D-00525

## VI. BUDGET/ASSET RESPONSIBILITY

A. Describe the duties that relate to budget preparation.

B. What is the value of the budget or assets administered in terms of $ or units, or end results?

Enter dollar amount:

Describe:



## VII. INTERPERSONAL CONTACTS

|  | Type | Reason for Contact | Frequency |
|---|---|---|---|
| A. Internal Contacts | Quality Assurance | To find out where a premix or component is in the testing process | Daily |
|  | Shift Supervisors | Updating current manufacturing status, notifying of any changes in schedule, etc. | Daily |
|  | Department Head Director/Planners | Updates on work, problem solving | Daily |
|  | Warehouse Supervisor | Communicate weighing schedule | Daily |
| B. External Contacts |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## VIII. INGENUITY

Describe typical job situations that require creativity and innovation.

Ingenuity must be used in scheduling--trying to get the right mix of equipment to minimize equipment downtime. Creativity is also required in knowing exactly when to make a premix and how much to make to keep it at an optimal level of inventory (so that there is enough, but not too much at any given time).

D-00526

### IX. PLANNING
What is the involvement with short and long range planning?
What organizational units does the incumbent plan for?

- Monthly planning is done based on monthly attainment goals --scheduling is done on a monthly, weekly, daily, and shift basis. for both production and premixes.

### X. TRAINING AND EXPERIENCE

1. What formal education is required to perform the job duties (degree, field)?

BS or BA degree.

2. What training is required?

Training in utilizing different computer systems (AWACS, MM, PM), Microsoft Office, training/experience on shop floor in manufacturing process, training in and knowledge of SOPs and cGMP and safety regulations and how they affect the work processes in this job.

3. What previous experience, skills and abilities are required to perform the job? Where would it be obtained? What is the minimum number of years of experience that is needed?

Manufacturing experience is required (at least 1 year), which would ideally be obtained by working in a plant. Interpersonal skills and organizational skills are also necessary.

### XI. EMPLOYEES SUPERVISED

Total number supervised _____   # exempt  0   nonexempt  0

Number supervised directly  0    Check if numbers are not yet determined 0

* Number supervised may represent an average or typical number for multiple incumbent positions.

### XII. ORGANIZATION CHARTS
Please attach an organizational chart which shows how the job fits into the organization, including other jobs reporting to the same supervisor and all positions reporting to the incumbent. Indicate positions by titles and names of the incumbents; for multiple incumbent jobs, the number of people may be shown in parentheses instead.

| Employee's Signature    Date | |
|---|---|
| | Director Level or Above Signature    Date |
| Supervisor's Signature    Date | |

HPPLEDMCY20

D-00527

By Incumbent Document    Page 4    (6/2001)

**CONFIDENTIAL**

# EXHIBIT 2

**Wyeth Consumer Healthcare**                    Internal Correspondence

# Wyeth

**To:** File                                     **Date:** January 9, 2004

**From:** A. Schaschl, Centrum/Silver Manufacturing

**Subject:** Personal Notes: Meeting Between Howard Henry and Andrew Schaschl

### General
Meeting between Howard Henry and Andrew Schaschl occurred on January 9, 2004, from approximately 11:00 am to 12:45 pm. Meeting was at the request of Howard Henry.

### Purpose
Howard Henry was dissatisfied with his job assignment from the Org Cascade process and with his rating on his 2003 Performance Review.

### Discussion Content
The meeting began with Mr. Henry asking for an explanation of how he was assigned to be a Packaging Supervisor resulting from the Org Cascade process. I explained the process from the beginning starting from the Corporate initiative to achieve business alignment from Corporate to the shop floor. It was explained that after Corporate Org Cascade completed a group of Pearl River leadership met numerous times to design the Pearl River structure resulting in the two PPU's. Director level leadership was selected by the Managing Director. The next level down (AD/manager) was selected during an off-site meeting using consensus of opinion of the site directors. The remainder of the positions were filled by a group meeting of all AD's/managers who utilized a collaborative approach and reached a consensus of opinion. Directors then reviewed the selections.

Mr. Henry indicated that he had been speaking to "people" ("people" were not identified nor was it clear whether these were operators, colleagues, managers, etc.) that told him that he was placed in the Packaging position as a punitive measure due to his Progress Review. It was explained to Mr. Henry that this was not the case. The main criteria used by AD's/Managers in placing individuals were job skills required for the position vs. skills possessed by the candidate, potential for a developmental opportunity and lastly performance. Also, at this time it was explained that job rotation was once the "norm" in manufacturing and packaging so that well rounded people with diverse backgrounds could be

**CONFIDENTIAL**
**D 000588**

**Wyeth**

developed. Mr. Henry stated that he did not feel an engineer should be in supervision. It was explained that engineers can and should obtain supervisory experience if they want to move into managerial positions, that I am an engineer and had a supervision assignment prior to becoming a manager, that some years ago mechanical, industrial and chemical engineers were the hire of choice for the packaging area, that the packaging area with the PLM's and the desire to improve the area's efficiency needs mechanical/technical supervisors, that he has had no exposure to the packaging operation and that much can be learned from supervising people and being in a new area. Lastly, it was explained to Mr. Henry that the same process was used for all people placed during Org Cascade (I roughly estimated that over 130 people were placed) and there was not a separate set of rules used for his placement. Since many people were placed in new positions it was likely that some would be happy about their new assignment and that some would not. I expressed that it was unfortunate that he was one who was not pleased.

The discussion continued with his Progress Review rating of a 3, "Solid Performer", which Mr. Henry felt was unfair and wrong. Mr. Henry felt he was a 5, "Outstanding", and no less than a 4, "Exceeds Expectations". Again, Mr. Henry stated that it was his progress review that was the reason he was placed in Packaging to which I again stated that this was not the case. Mr. Henry described the work he completed for 2003 and presented a document listing his completed work. It was explained to Mr. Henry that I was not saying that he did not complete any work and that 3 rated people are expected to complete work otherwise a lower rating would have been given. It was explained that he had problems with overall project management and driving multi-tasked, cross-functional projects to completion. Two examples were given: CTC Cleaning Verification and CTC Weigh Belt. Both projects were completed well beyond an acceptable timeframe with the weigh belt taking over two years to complete. In addition, it wasn't until his manager began involving himself in Mr. Henry's projects did any progress happen. It was explained that he requires too much attention from his manager to ensure that projects/tasks are completed. It was explained that the expectation of the position is that assignments are completed with minimal supervision and that the position even generates its own assignments to ensure the smooth operation of the train. Mr. Henry became very vocal and was yelling that he was not being treated fairly, that I was wrong in my assessment and that he worked hard. I calmly asked Mr. Henry to calm down or I could no longer continue the discussion. After some time, Mr. Henry calmed

CONFIDENTIAL
D 000589

**Wyeth**

down and the discussion resumed.

I asked Mr. Henry to review the documentation of his work he presented earlier that I had not read yet. Mr. Henry gave it to me and asked me to read it in his presence. I indicated that since it was about 10+ pages long I could not adequately review it in a short time in his presence and preferred to read it when I had more time later in the day. Mr. Henry refused and stated that I had to read it then or not at all. I said I would read it in his presence but would not do an adequate job. I read through as best as I could. After reading the document I stated again that I never said he didn't complete any work but that again due to what was previously explained I felt his review was properly conducted.

Realizing that the discussion was not leading to any resolution I asked Mr. Henry what he wanted to gain from our discussion. Mr. Henry stated that he wanted to be re-evaluated and be moved from the Packaging Supervisor position to an engineering position. I stated that, in my opinion, the review process was administered properly and the Org Cascade process was administered the same to all personnel so it would not be appropriate to re-review or re-assign him. Mr. Henry asked that if the circumstances happening to him happened to me what would I do. I responded that I felt there is something to learn in all new assignments and that I would work to be the best supervisor in Packaging. Mr. Henry indicated that he wished to pursue getting re-evaluated and his position re-assigned. I indicated that HR, Joanne Rose would be his next step.

The meeting concluded.

CONFIDENTIAL
D 000590