Exhibit B

```
 1                                                              1
 2    UNITED STATES DISTRICT COURT
 3    SOUTHERN DISTRICT OF NEW YORK
 4    Index No. CV 8106
 5    ------------------------------------------x
 6    HOWARD HENRY,
 7                            Plaintiff,
 8          - against -
 9    WYETH PHARMACEUTICALS, INC., WALTER
10    WARDROP, ANDREW SCHASCHL and MICHAEL
11    McDERMOTT,
12                            Defendants.
13    ------------------------------------------x
14                       July 25, 2006
                         3:10 p.m.
15
16             Deposition of WALTER WARDROP,
17    taken by the Plaintiff, pursuant to
18    Notice, held at the offices of Orrick,
19    Herrington & Sutcliffe, LLP, 666 Fifth
20    Avenue, New York, New York, before
21    Brian Glickman, a Shorthand Reporter
22    and Notary Public of the State of New
23    York.
24
25
```

2

A P P E A R A N C E S :


LEEDS MORELLI & BROWN, P.C.
Attorneys for Plaintiff
    One Old Country Road
    Suite 347
    Carle Place, New York 11514
BY:    STEVEN A. MORELLI, ESQ.




ORRICK, HERRINGTON & SUTCLIFFE, LLP
Attorneys for Defendants
    666 Fifth Avenue
    New York, New York 10103-0001
BY:    JONAS H. McQUADE, ESQ.
        HEATHER A. GLATTER, ESQ.



ALSO PRESENT:
    KENNETH M. O'BRIEN, ESQ.

WARDROP
28

1  page him, the engineer on train 2
2  reporting to Bob Bracco was getting
3  called at home because Mr. Henry was
4  not responding to pages, and Mr. Colas
5  who was the train 1 -- I'm sorry, train
6  2 engineer was beginning to complain
7  that he was concerned that he's being
8  called at home for equipment and
9  processes that was outside of his
10 scope, why isn't Mr. Henry responding,
11 so that was one of the concerns that
12 came up with calibration.
13     Q.    Did you raise this concern
14 with Mr. Henry?
15     A.    Yes, I did.
16     Q.    And what did he say about it?
17     A.    He claimed that he answered
18 his pager every time he was contacted
19 and he contacted the communication
20 department and identified a period of
21 time where the pagers were not working.
22     Q.    Did you ascertain if this was
23 in fact the case that the pagers
24 weren't working?

```
                                                          29
                        WARDROP
 1
 2      A.      There was a period of time
 3   where they were having problems with
 4   the pagers, yes.
 5      Q.      You indicated there was a
 6   mid-year review, this was in 2003?
 7      A.      That is correct.
 8      Q.      Is that in writing?
 9      A.      Yes, it is.
10      Q.      Prior to 2003, did you do any
11   written mid-year reviews for Mr. Henry?
12      A.      I don't recall when we
13   started the practice of documenting the
14   mid-year reviews. It may have been a
15   verbal review, but I'm not sure.
16      Q.      Do you have any records that
17   would reflect whether or not you gave
18   Mr. Henry a written review prior to
19   2003?
20      A.      We have the documentation for
21   the final review.
22      Q.      I'm talking about the
23   mid-year review.
24      A.      If there was one written, I
25   would have a copy of it.
```

                        WARDROP
    Q.      If Mr. Henry bid for a
position in the Pearl River plant you
would be contacted; is that correct?
    A.      That would be at the
discretion of the person interviewing.
I don't know that every time someone
has an interview. Unless someone tells
me, I wouldn't know.
    Q.      So you have no idea as a
matter of course how many positions Mr.
Henry put in a bid in for?
    A.      No.
    Q.      In 2003 you had a
conversation with Mr. Henry mid-year
about his performance and you
documented that conversation, didn't
you?
    A.      That is correct.
    Q.      You put it in writing?
    A.      Yes.
    Q.      Did you give Mr. Henry a copy
of it?
    A.      Yes, I did.
    Q.      Did he sign it?

33

WARDROP

```
 1
 2      A.      I believe he did.
 3      Q.      I'm going to show you a
 4  document that's been previously marked
 5  as Henry Exhibit 13, and I would ask
 6  you if you can identify that document.
 7      A.      Yes.
 8      Q.      What is it?
 9      A.      This is the mid-year review.
10      Q.      Does this document refresh
11  your recollection as to whether or not
12  Howard Henry signed the document?
13      A.      I believe he signed it.  This
14  could be an electronic copy that I
15  forwarded to him which would not be
16  signed.  We didn't sign and scan.  This
17  may have been an electronic word
18  document.
19      Q.      Do you know if a signed copy
20  exists somewhere in your records?
21      A.      I don't know at this time.
22      Q.      Do you know if you signed the
23  document?
24      A.      My recollection is that we
25  both signed it, but I don't know if I
```

```
1                    WARDROP
2    have the signed copy.  I would have to
3    look.
4              MR. MORELLI:  I would ask if
5         a signed copy of this document
6         exists, I would like a copy of it.
7              (Information requested.)
8         Q.   Mr. Wardrop, was this
9    document prepared before or after the
10   meeting with Mr. Henry?
11        A.   It was prepared before.
12        Q.   Okay.  It says on this
13   document at the top date conducted
14   9/3/03.  In the past it says conducted.
15             Does that refresh your
16   recollection as to whether or not this
17   document was prepared before or after
18   the meeting?
19        A.   I prepared the document
20   before and brought it with me to the
21   meeting.
22        Q.   You're sure about that?
23        A.   It's my recollection that I
24   prepared this and brought this to the
25   meeting and reviewed it with him.
```

                                                            35

1                    WARDROP
2       Q.    Are you as sure about that as
3   you're sure that he signed this
4   document?
5       A.    It was my practice to prepare
6   these documents in advance and bring
7   them to the review to review with the
8   individual.  I didn't go -- I did not
9   conduct verbal performance reviews and
10  then write the document after, so --
11      Q.    Well, on this particular case
12  you are saying that the meeting took
13  place on September 3rd, '03?
14      A.    That's the date that I
15  documented, yes.
16      Q.    I direct your attention to
17  page two of the document?
18      A.    Okay.
19      Q.    It says Howard works
20  scheduled overtime but I received
21  reports that he did not respond to
22  pages.
23            You see that at the bottom of
24  the page?
25      A.    Yes.

                        WARDROP
1
2       Q.      Do you see response
3    thereafter?
4       A.      Yes.
5       Q.      Do you see in that particular
6    response on 9/4/03, "I received a
7    message from Carol Burke"?
8       A.      Yes.
9       Q.      Isn't that after the meeting?
10      A.      Yes, it was. That's why I
11   revised this with the responses. The
12   original bullet points were the things
13   that I reviewed with Mr. Henry at the
14   sit-down. He got back to me with his
15   responses to those concerns which I
16   added to the document, so we had them
17   captured in the record.
18      Q.      So this entire document was
19   not discussed with Mr. Henry at the
20   meeting; is that correct?
21             MR. MCQUADE:    His version.
22      Q.      Isn't it a fact that you
23   prepared this document after the
24   meeting?
25      A.      No, it's not true. I revised

WARDROP

1  
2  it after the meeting to include his
3  responses.
4      Q.     This is a document, sir, it
5  is a two-page document. Isn't it a
6  fact that this two-page document was
7  prepared after the meeting? It's two
8  pages?
9          MR. MCQUADE:   I object to
10     the tone. I think there is --
11         MR. MORELLI:   All right, the
12     document speaks for itself.
13         MR. MCQUADE:   Do you want to
14     ask him about the version of the
15     document?
16         MR. MORELLI:   I know what
17     questions I'm asking.
18     Q.     This mid-year review that you
19  say you had prepared prior to the
20  meeting with Mr. Henry, did you show
21  this to anyone else before you showed
22  it to him -- you allegedly showed it to
23  him?
24     A.     Not that I recall.
25     Q.     Did anybody else participate

38

WARDROP

1  in this particular review other than
2  
3  yourself?
4      A.    Not that I recall.
5      MR. MCQUADE:  Objection.
6      Q.    Did you have a discussion
7  with other managers prior to preparing
8  this review as you do with the end of
9  the year reviews?
10     MR. MCQUADE:  Objection.
11     MR. MORELLI:  I'll withdraw
12 the question.
13     Q.    At the end of the year you
14 have reviews that are discussed with
15 other managers; is that correct?
16     A.    That is correct.
17     Q.    With respect to this mid-year
18 review of Howard Henry, did you discuss
19 it with anyone else prior to giving it
20 to him?
21     A.    Not that I recall.
22     Q.    Did you discuss it with
23 anyone from human resources?
24     A.    Not that I recall.
25     Q.    Was anyone present when you

WARDROP

1  gave this to him other than yourself?
2  
3      A.    No.
4      Q.    Subsequently you gave Mr.
5  Henry a performance evaluation for the
6  year 2003, that's correct?
7      A.    Yes.
8      Q.    And that was done when?
9      A.    Mid-December.
10     Q.    According to the mid-year
11 evaluation that was done in September;
12 is that correct, September of '03?
13     A.    Yes.
14     Q.    So some three months later
15 you did the end of the year review?
16     A.    That is correct.
17     Q.    And in preparing this end of
18 the year review, did you discuss that
19 particular review with other managers?
20         MR. MCQUADE:    Objection.
21         You can answer the question
22    if you can.
23     A.    The only person that I may
24 have -- would have shared this document
25 with would be Joanne Rose, if she had

68

1                    WARDROP
2      A.    I did.
3      Q.    You also testified about the
4  organizational cascade that occurred at
5  the Pearl River facility in 2003.
6            Were you affected in any way
7  by the organizational cascade?
8      A.    Yes, I was.
9      Q.    How were you affected?
10     A.    I was reassigned at the same
11 time.
12     Q.    What position were you
13 reassigned into?
14     A.    I was reassigned to
15 department head for train 2.
16     Q.    And as part of the
17 organizational cascade when you were
18 reassigned into the department head
19 train 2 position, did you have an
20 opportunity to select the employees who
21 would be working under you in train 2?
22     A.    Yes, I did.
23     Q.    Were there any engineers that
24 would be working under you in train 2?
25     A.    Yes.

```
                        WARDROP
```

1  
2   Q.   How many engineers reported  
3   up to you in train 2, how many  
4   positions were available?  
5   A.   One.  
6   Q.   And who did you select for  
7   that position?  
8   A.   Jean Colas, J-E-A-N,  
9   C-O-L-A-S.  
10  Q.   Do you know Mr. Colas' race?  
11  A.   Yes.  
12  Q.   And what is it?  
13  A.   Black.  
14  Q.   Why did you select Mr. Colas?  
15  A.   Because he was a highly  
16  qualified engineer. I knew him and he  
17  would provide stability for the train.  
18  As I'm new, he would provide stability  
19  and he was a high performer.  
20      MR. MCQUADE: I have nothing  
21   further.  
22      MR. MORELLI: I have a couple  
23   further questions.  
24  CONTINUED BY  
25  MR. MORELLI:

70

WARDROP

1
2  Q.  Did Mr. Colas work for you
3  prior to you going to train 2?
4  A.  No.
5  Q.  Where did he work?
6  A.  He reported to Bob Bracco,
7  who was the train 2 department head
8  prior to me.
9  Q.  So he was already in train 2
10 when you went there?
11 A.  Yes, he was.
12 Q.  Do you know how long he had
13 been with train 2 when you got there?
14 A.  Somewhere between two and
15 three years.
16 Q.  When you say he was a high
17 performer, that was based upon Mr.
18 Bracco's say so?
19 A.  Yes, and my observations.
20 Q.  Did you ever supervise him
21 prior to you're taking over train 2?
22 A.  No.
23 Q.  Is he still with the company?
24 A.  Yes, he is.
25 Q.  Is he still in the same

```
                          WARDROP                        71
 1
 2   position?
 3        A.    No, he's not.
 4        Q.    Where is he now?
 5        A.    He works in vaccines.
 6        Q.    Was he promoted?
 7        A.    Yes.
 8        Q.    What was he promoted to, what
 9   position?
10        A.    It is -- I believe it is a
11   senior engineer position.
12        Q.    Do you know if he bid for
13   that position?
14        A.    I was not involved at that
15   time.  I don't know.
16        Q.    Were you asked to give a
17   recommendation with respect to his
18   getting that promotional position?
19              (Continued to following
20         page.)
21
22
23
24
25
```

72

A. No, I was not.

MR. MORELLI: I have no more questions thank you.

MR. MCQUADE: I have nothing further.

(Time noted: 4:45 p.m.)

_____
WALTER WARDROP

Subscribed and sworn to before me this _____ day of _____, 2006.

_____