Exhibit C

1                                                    1

2    UNITED STATES DISTRICT COURT

3    SOUTHERN DISTRICT OF NEW YORK

4    Index No. CV 8106

5    - - - - - - - - - - - - - - - - - - - - - - - - - -x

6    HOWARD HENRY,

7                        Plaintiff,

8         - against -

9    WYETH PHARMACEUTICALS, INC., WALTER

10   WARDROP, ANDREW SCHASCHL and MICHAEL

11   McDERMOTT,

12                   Defendants.

13   - - - - - - - - - - - - - - - - - - - - - - - - - -x

14                    July 25, 2006
                      11:35 a.m.

15

16             Deposition of MICHAEL

17   McDERMOTT, taken by the Plaintiff,

18   pursuant to Notice, held at the offices

19   of Orrick, Herrington & Sutcliffe, LLP,

20   666 Fifth Avenue, New York, New York,

21   before Brian Glickman, a Shorthand

22   Reporter and Notary Public of the State

23   of New York.

24

25

```
 1                                                         2

 2    A P P E A R A N C E S :

 3

 4        LEEDS MORELLI & BROWN, P.C.

 5        Attorneys for Plaintiff

 6              One Old Country Road

 7              Suite 347

 8              Carle Place, New York 11514

 9        BY:   STEVEN A. MORELLI, ESQ.

10

11

12

13        ORRICK, HERRINGTON & SUTCLIFFE, LLP

14        Attorneys for Defendants

15              666 Fifth Avenue

16              New York, New York 10103-0001

17        BY:   JONAS H. McQUADE, ESQ.

18              HEATHER A. GLATTER, ESQ.

19

20

21

22    ALSO PRESENT:

23        KENNETH M. O'BRIEN, ESQ.

24

25
```

                          McDERMOTT                    11

1

2      McDermott be provided to us.

3              MR. MCQUADE:    Taken under

4      advisement.

5              (Information requested.)

6      Q.    Mr. McDermott, can you tell

7  us about your educational background?

8      A.    Sure.  I have a bachelor's

9  degree in industrial engineering from

10 New Jersey Institute of Technology and

11 I have a master's degree in industrial

12 engineering from New Jersey Institute

13 of Technology.

14     Q.    When did you obtain your BA

15 in industrial engineering?

16     A.    1988.

17     Q.    And where is New Jersey

18 Institute of Technology?

19     A.    Newark, New Jersey.

20     Q.    When did you attain your

21 master's in industrial engineering?

22     A.    1989.

23     Q.    After your attaining the

24 master's degree in industrial

25 engineering, have you had any formal

12

McDERMOTT

1

2 education experiences, have you taken

3 any courses since then?

4      A.      Yes, numerous courses in

5 pharmaceutical manufacturing, good

6 manufacturing practices, facilitation

7 training, skills training and numerous

8 leadership training courses.

9      Q.      Where were these courses

10 given?

11      A.      Primarily given through Wyeth

12 or its predecessors previous, American

13 Cyanamid, C-Y-A-N-A-M-I-D.

14      Q.      Did you apply to take these

15 courses?  I will rephrase the question.

16           How were you provided the

17 opportunity opportunities to take these

18 courses?

19      A.      In some cases they were part

20 of my curriculum, my training

21 curriculum, expected for me in my role

22 at the time at Wyeth, and actually I

23 will clarify in all cases they were

24 part of my position that particular

25 role in Wyeth that I was asked to take

13

McDERMOTT

2  these courses.

3       Q.      When you say you had a

4  training curriculum, was that in

5  writing?

6       A.      I'll answer it in two ways.

7               In American Cyanamid it was a

8  list of courses taken in Wyeth.  It is

9  a curriculum, formal curriculum in

10  writing, correct.

11       Q.      And were you required to pay

12  for any of this training?

13       A.      No.

14       Q.      Other than your training

15  through Wyeth and its predecessor, did

16  you receive any other training since

17  your graduation or your attaining your

18  degree from New Jersey Institute of

19  Technology?

20       A.      No.

21       Q.      Prior to working for Wyeth or

22  its predecessors, could you tell us

23  about your employment history?

24       A.      I could take you through a

25  series of small jobs and internships

14

1          McDERMOTT

2   but that is -- I'm not exactly sure if

3   that's what you are looking for.

4        Q.     When did you first start with

5   Wyeth or its predecessors?

6        A.     1989.

7        Q.     Prior to starting with Wyeth

8   or its predecessors, did you have any

9   experience in the pharmaceutical field?

10        A.     Yes, I did.

11        Q.     What experience did you have?

12        A.     I worked as an intern during

13   my graduate program at Schering Plough

14   in Kennelworth, New Jersey.

15        Q.     Any other experience?

16        A.     In the pharmaceutical

17   industry, no.

18        Q.     How long did you serve as an

19   intern for Schering Plough?

20        A.     Approximately six months.

21        Q.     And what did you do as an

22   intern at Schering Plough?

23        A.     I was a packaging engineer.

24        Q.     What does a packaging

25   engineer do?

SUPREME COURT REPORTING/A VERITEXT COMPANY
516-541-8023

15

MᴄDERMOTT

A.    In particular my assignment
was to work on changeover techniques of
how to change over a packaging line of
runs of different products.

Q.    What year did you hold this
position?

A.    It straddled 1988 to 1989.

Q.    Did you have this internship
prior to your attaining your bachelor's
degree?

A.    I had already attained my
bachelor's degree.  This was during my
master's program.

Q.    When you first went to Wyeth
and its predecessors, which I'll call
Wyeth from now on, what was the first
position that you held?

A.    My first position at Wyeth
was a packaging engineer.

Q.    And other than the duties
that you had described previously for
Schering Plough, did you have other
duties at Wyeth as a packaging
engineer?

16

McDERMOTT

1

2    A.    Yes, as a packaging engineer

3 at Wyeth I was responsible for

4 selecting and installing new packaging

5 equipment, troubleshooting packaging

6 equipment, and as stated previously

7 working on changeover techniques for

8 packaging.

9         In addition I was also

10 responsible for similar engineering

11 projects in our print shop where we

12 printed labels and components.

13    Q.    Did you have your master's at

14 this time?

15    A.    I did, yes.

16    Q.    How old were you when you

17 went to Wyeth in 1989?

18    A.    I'm 41 now, so if someone

19 wants to do the math for me, 24 as a

20 guess without a calculator in front of

21 me.

22    Q.    How long did you hold the

23 position as packaging engineer?

24    A.    To the best of my

25 recollection, approximately two years.

17

McDERMOTT

Q.    And while you were a
packaging engineer, were you given a
curriculum of courses to participate in
at Wyeth?

A.    I can't recall if there was a
formal curriculum for that position in
American Cyanamid at the time.

Q.    During the two years that you
served as packaging engineer, did you
take any courses offered by Wyeth?

A.    I did take courses offered by
Wyeth during that period.

Q.    How were you made aware of
these courses?

A.    By my manager at the time.

Q.    Who was that?

A.    The gentleman's name was
Hugh, H-U-G-H, Syme, S-Y-M-E.

Q.    After your position as a
packaging engineer, what's the next
position you held at Wyeth?

A.    The next position I held was
a manufacturing engineer.

Q.    What were your duties as a

18

McDERMOTT

1

2  manufacturing engineer?

3      A.      Similar to the packaging

4  role; in assessment, installation of

5  new equipment and process improvements

6  working with the manufacturing staff on

7  improvements to the process.

8      Q.      How long did you hold this

9  position?

10     A.      Approximately two years.

11     Q.      Did you supervise anyone in

12  this position?

13     A.      I did not.

14     Q.      How about as a packaging

15  engineer, did you supervise anyone in

16  that position?

17     A.      I did not.

18     Q.      Did you take any courses

19  while you were a manufacturing engineer

20  at Wyeth?

21     A.      I did.

22     Q.      How were you made aware of

23  these courses?

24     A.      By my manager.

25     Q.      Who was your manager at that

19

McDERMOTT

1

2    time?

3        A.    My manager while I was a

4    manufacturing engineer was Vel, V-E-L,

5    Balagopal, B-A-L-A-G-O-P-A-L.

6        Q.    Do you recall if there was a

7    written curriculum or any kind of

8    curriculum while you were a

9    manufacturing engineer with respect to

10   that position?

11       A.    I do not recall there being a

12   written curriculum for that position.

13       Q.    When you talk about a written

14   curriculum, is that for a particular

15   position or is that just for anyone who

16   comes to work at Wyeth as an engineer?

17       A.    Maybe if I can explain, today

18   in Wyeth there are formal curriculums

19   for a position, manufacturing

20   supervisor or manager and within that

21   curriculum would be all the courses,

22   documentation required for that

23   employee, so when I referred to formal

24   curriculums that would be in today's

25   environment.    Previously in these

20

1                    MCDERMOTT

2  positions there was not a formal

3  written curriculum yet there were

4  courses offered by the company that

5  your manager would ask you, encourage

6  you to attend.

7          Q.    Do you know if all employees

8  were encouraged to attend such courses?

9          A.    They were.

10          Q.    To your knowledge, I suppose?

11          A.    Thank you, to my knowledge.

12          Q.    Okay, after holding your

13  position as manufacturing engineer,

14  what's the next position that you held

15  at Wyeth?

16          A.    My next position was

17  department head, Centrum.

18          Q.    When did you attain this

19  position, four years after you started?

20          A.    Right, correct.

21          Q.    What were the duties of this

22  position?

23          A.    My responsibilities were

24  overseeing the activities associated

25  with the manufacture of Centrum

21

1                          McDERMOTT

2   vitamins.

3        Q.      And in overseeing the

4   activities regarding Centrum vitamins,

5   did you have any supervisory role?

6        A.      I did.

7        Q.      What was your supervisory

8   role?

9        A.      Reporting to me at the time

10  were a production supervisor and

11  approximately 45 hourly employees.

12       Q.      Is this prior to the company

13  being taken over by Wyeth?

14       A.      That's correct.  It was prior

15  to.

16       Q.      Was there any sort of

17  curriculum that went along with this

18  position department head of Centrum?

19       A.      There was not a formal

20  curriculum for that role.

21       Q.      Was there an informal

22  curriculum for the role?

23       A.      There was again courses that

24  were offered to me by my supervisor at

25  the time.

22

McDERMOTT

1

2    Q.    Who was your supervisor at

3    that time?

4    A.    My supervisor was Steve

5    White, W-H-I-T-E.

6    Q.    How long did you hold this

7    position?

8    A.    Approximately two years, to

9    the best of my recollection.

10   Q.    What was the next position

11   that you held at Wyeth?

12   A.    The next position I held was

13   department head of Centrum Silver

14   Manufacturing.

15   Q.    How long did you hold this

16   position?

17   A.    Approximately one year.

18   Q.    And again you served as a

19   supervisor, as a department head?

20   A.    I did supervise other people.

21   Q.    Who did you supervise?

22   A.    I supervised at that time, to

23   the best of my recollection, three

24   supervisors, manufacturing supervisors,

25   one production engineer, and

McDERMOTT

23

1

2  approximately 40 hourly employees.

3      Q.    Do you recall the names of

4  the three supervisors that you

5  supervised at Centrum silver?

6      A.    If you don't mind I would be

7  guessing to a certain extent as my next

8  role was a similar department head

9  position.  So if I'm reaching back in

10 my memory some of the supervisors that

11 had reported to me.  Is that a fair way

12 to restate it?

13     Q.    That's fine.

14     A.    Some of those folks included

15 Butch Babcock, B-A-B-C-O-C-K, Leon

16 Williams, a gentleman Lance, but I

17 apologize I can't remember his last

18 name right now.  Brian Heneffen,

19 Lillian Cruz, again to the best of my

20 recollection.  I'm sure there were

21 more.

22     Q.    Do you recall the name of the

23 production engineer that you

24 supervised?

25     A.    Paul, and his last name

MᶜDERMOTT

2  escapes me.

3      Q.      After holding this position

4  as department head of Centrum Silver,

5  what was the next position you held at

6  Wyeth?

7      A.      My next position was director

8  of consumer health manufacturing, and

9  again if I could clarify there may have

10  been another department head assignment

11  in between.  I think the progression is

12  close without looking at my resume.

13      Q.      Okay, fine.

14          Do you have a copy of your

15  resume here today?

16      A.      I do not.

17      Q.      Do you recall when

18  approximately you took over as director

19  of consumer health manufacturing?

20      A.      It would have been 1994,

21  1995, approximately.

22      Q.      How long did you hold that

23  position?

24      A.      Approximately two to three

25  years.

25

McDERMOTT

Q.     What was the next position that you held at Wyeth?

A.     My next position was a product manager for Dimetapp, D-I-M-E-T-A-P-P.  It was a marketing position in our Madison, New Jersey location.

Q.     How long did you hold this position?

A.     Approximately eight months.

Q.     A lot of positions?

A.     Yes.

Q.     Thereafter, what position did you hold at Wyeth?

A.     After the product manager position, I held the position of vice president operations for Solgar.

Q.     How many years did you hold that position?

A.     Approximately three and a half years.

Q.     Where was that position located?

A.     Primary location was Leonia,

26

McDERMOTT

New Jersey, L-E-O-N-I-A.

Q.    Did you have any interaction with Pearl River during these years?

A.    No, the sporadic call for, you know, help, but no, no formal oversight of Pearl River during that time.

Q.    After this position as vice president of operations of Solgar, what position did you hold?

A.    The next position I held was vice president manufacturing services in Madison, New Jersey.

Q.    How long did you hold that position?

A.    Approximately a year and a half.

Q.    After holding that position, what position did you hold next?

A.    The next position was site managing director for Wyeth's Pearl River facility.

Q.    When did you attain that position?

27

McDERMOTT

A.      It would be approximately four years ago.  So that would make it 2002.

Q.      How long did you hold that position?

A.      For approximately a year and a half.

Q.      What position did you hold after that position?

A.      My current position managing director vaccines, Wyeth, Pearl River.

Q.      And when did you attain that position 2004?

A.      That was February of 2004, correct.

Q.      As the site managing director of Pearl River, what were your duties?

A.      As the site managing director I was responsible for our pharmaceutical production facility, our consumer health production facility, and we refer to it as site services, so engineering, HR, materials and supply, purchasing, finance, and I'm sure a few

28

MCDERMOTT

1  others that I'm not recalling right

2  now.

3      Q.    Did you have a direct

4  supervisory role during this time

5  period?

6      A.    Can you restate, please?

7      Q.    Did anyone report to you

8  during this time period?

9      A.    Yes, I did have direct

10  reports.

11      Q.    Who reported to you?

12      A.    Who specifically?  Names?

13      Q.    Yes.

14      A.    My direct reports included,

15  to the best of my recollection, Joe

16  Vitanza, Andy Schaschl, Joe Borrelli,

17  B-O-R-R-E-L-L-I, Mike Greenholtz,

18  G-R-E-E-N-H-O-L-T-Z, Frank

19  Jedliskowsky.  I couldn't even -- I'm

20  sorry, Kerrin, K-E-R-R-I-N; Mahaffey,

21  M-A-H-A-F-F-E-Y; Jerry Saltzman,

22  S-A-L-T-Z-M-A-N; Pete Alexandro,

23  A-L-E-X-A-N-D-R-O, and Alan Moran,

24  M-O-R-A-N, and of course a number of

29

                                McDERMOTT

2   those players changed during the

3   period.

4        Q.     Did you have the

5   responsibility to hire and fire at the

6   Pearl River facility?

7               MR. MCQUADE:     Objection.

8               MR. MORELLI:    I will rephrase

9        it.

10       Q.     Did you have any

11  responsibility with respect to hiring

12  and/or terminations at the Pearl River

13  facility?

14              MR. MCQUADE:     Objection.

15       A.     I had responsibility for

16  hiring at the site which my direct

17  involvement would have been in the

18  hiring of my direct reports, hiring

19  layers below my organization would have

20  been the responsibility of my direct

21  reports and so on down the chain.

22       Q.     And with respect to

23  terminations --

24              MR. MCQUADE:     Objection.

25       Q.     -- did you have any

30

**McDERMOTT**

1  responsibilities with respect to any

2  possible termination of any one at the

3  Pearl River facility?

4          MR. MCQUADE:    Objection.

5      Q.    Do you understand the

6  question?

7      A.      Let me try and restate.

8              As a manager did I have

9  responsibility for employment issues

10 including termination of my direct

11 reports?  Yes.

12     Q.      Other than your direct

13 reports, did you have any

14 responsibilities or duties with respect

15 to terminating employees at the Pearl

16 River facility?

17          MR. MCQUADE:    Same

18     objection.

19     A.      I would have been aware of --

20 I would have been aware of terminations

21 at the site to a certain level on the

22 organization but not direct, if you

23 will, involvement in such terminations.

24     Q.      Okay.  Directing your

31

McDERMOTT

1  attention to the plaintiff Howard

2  Henry, when did you first become aware

3  of Mr. Henry in any way?

4      A.    If you would please --

5      Q.    In any way?

6      A.    I couldn't put a date to it,

7  but my first recollection of meeting

8  Howard was on the production floor,

9  during a tour of the production area,

10  and meeting him just informally in the

11  production facility.

12      Q.    Do you recall what position

13  you held when you met Mr. Henry on the

14  production floor?

15      A.    Site managing director.

16      Q.    So prior to attaining the

17  position of site managing director you

18  had no interaction with Mr. Henry?

19      A.    That is correct.

20      Q.    Did there come a time when

21  you supervised his work at all?

22      A.    There had never been a time

23  where I directly supervised Howard's

24  work, no.

32

                              McDERMOTT

1

2        Q.      Did there ever come a time

3    where you directly participated in the

4    preparation of his performance

5    appraisals?

6        A.      No, there is not.

7        Q.      Did you at any time

8    participate in the cascade plan of

9    putting employees in particular

10   positions?

11       A.      My role in the organization

12   cascade process was to -- was formal

13   involvement in my direct reports.  So I

14   did participate in that, not only

15   participate but drive that effort for

16   my directs, it was my directs who

17   managed that for the next level in

18   their organization.

19       Q.      What is this organizational

20   cascade process, can you explain it to

21   us?

22       A.      The organization cascade

23   process was a corporate initiative

24   program that was expected from all the

25   manufacturing sites worldwide for Wyeth

33

                         McDERMOTT

1

2   and the approach was to be sure that we

3   had -- the primary approach was to

4   ensure we had organization focus on the

5   manufacturing areas.  When I say

6   manufacturing, packaging, the functions

7   of making products for our customers.

8       Q.    Is this an ongoing process or

9   a process that was during a particular

10  time period, how did that work?

11      A.    It was a formal process again

12  directed by corporate, but it is an

13  inherent ongoing process as part of

14  good management.

15      Q.    Do you recall when you first

16  heard the term "organizational cascade

17  process" while at Wyeth?

18      A.    I couldn't even guess.  It

19  was during my employment as site

20  managing director.

21      Q.    Do you know if prior to the

22  time you were a site managing director

23  they had an organizational cascade

24  process at Wyeth?

25      A.    I'll restrict my answer to

34

McDERMOTT

1

2  Wyeth Pearl River, which I'm primarily

3  aware of, and during that time in

4  particular my previous manager Steve

5  white, that I had indicated earlier.

6  He did not call it organization

7  cascade, but we used a similar process

8  at that time and as a matter of fact my

9  assignment as department head was part

10  of Steve's process for his approach.

11      Q.      In this organizational

12  cascade process, did you have anything

13  to do with putting Mr. Henry in the

14  position that he was slated to take

15  over?

16      A.      In the organizational process

17  I did not have direct involvement in

18  Howard's assignment to packaging.  My

19  involvement in the process was an

20  awareness that the process was

21  happening and final, if you will,

22  administrative approval of the changes.

23      Q.      So any change with respect to

24  the Pearl River plant during this time

25  period would have to be approved by

35

                           M c D E R M O T T

1   you?

2        A.       That's not an accurate

3   statement.

4        Q.       I will rephrase the question.

5             Did the change with respect

6   to Mr. Henry was that change approved

7   by you?

8        A.       All the changes for affected

9   employees as part of the organization

10  cascade did receive my final approval.

11       Q.       Including Mr. Henry's?

12       A.       That is correct.

13       Q.       Did there come a time when

14  you were made aware that Mr. Henry was

15  not happy with the proposed change?

16       A.       The first time I became aware

17  that Howard was unhappy with his

18  proposed change was when he contacted

19  me requesting a meeting to discuss said

20  change.

21       Q.       Do you recall when that

22  occurred when he contacted you?

23       A.       My recollection that was

24  early January of 2004, and a subsequent

36

McDERMOTT

1
2 meeting was held shortly thereafter on
3 my calendar when my administrative
4 assistant was able to schedule that.
5     Q.    And so you had two meetings
6 with Mr. Henry with respect to this
7 proposed change in his employment?
8     A.    I had two meetings with Mr.
9 Henry regarding this -- regarding this
10 change and his performance review.
11     Q.    At the first meeting what was
12 discussed?
13     A.    At the first meeting Howard
14 came to my office and discussed two
15 issues that he had regarding his
16 employment at Wyeth.  One was that he
17 disagreed with his rating, which was a
18 three rating out of a five scale
19 system, three rating being meeting
20 expectations.  He strongly believed
21 that he deserved a four rating which is
22 exceeding expectations, and his second
23 concern was that he was being assigned
24 to the packaging supervisor position as
25 part of the organization cascade.

37

McDERMOTT

2  Q.    During this first meeting,
3  did Mr. Henry show you his prior
4  performance appraisals at Wyeth?
5  A.    He did not.
6  Q.    Did he indicate to you that
7  he had been previously rated a four?
8  A.    He did.
9  Q.    And did he tell you that he
10 had been previously rated a four on the
11 two performance appraisals prior to the
12 one he was complaining about?
13 A.    That's correct.  Howard did
14 share with me that he had received a
15 four in the two years prior to the
16 current year three rating.  That's
17 correct.
18 Q.    Did he indicate to you in
19 this meeting why he felt he deserved a
20 four?
21 A.    Yes.
22 Q.    What did he say?
23 A.    Howard felt that based on his
24 role being the same, so it is my
25 recollection that he had the same role

MCDERMOTT                                    38

and same supervisor for the three-year

period, that -- and his workload -- he

felt that his work was consistent over

the three years, that his expectation

would be that in the third year he

would have received a four.  That was

his position at the time.

    Q.    Did he indicate to you in

this first meeting or in the second

meeting for that matter, that he felt

that he was being given a lower

performance appraisal because he had

sought out a promotion?

    A.    He did not share that with

me, no.

    Q.    Did he indicate to you in

this first meeting what his problem

with the packaging supervisor position

was?

    A.    He did, yes.

    Q.    What did he say to you?

    A.    Howard and I had a discussion

about his assignment to the packaging

supervisor position.  He felt that in

```
 1              McDERMOTT
 2   his mind it did not meet his career
 3   goals, and that it was a step backwards
 4   for him in terms of his employment.
 5        Q.    Did you respond to his
 6   concerns?
 7        A.    I did respond.
 8        Q.    What did you say?
 9        A.    I indicated to Howard that
10   the packaging supervisor position was
11   an important part of his development at
12   Wyeth, so that he could gain direct
13   supervisory experience as part of
14   his -- I won't say training, but as
15   part of his development for future
16   roles within the company.
17        Q.    Did he indicate to you at
18   either the first or the second meeting
19   that he felt that as an African
20   American he would have a very difficult
21   time explaining this position on his
22   resume?
23        A.    I can't say those were his
24   exact words.  I can say that the spirit
25   of it, of that this change would impact
```

40

McDERMOTT

1  

2  his career goals were an issue for him.

3          My response to Howard at the

4  time was given that Wyeth's a very

5  diverse site I would be concerned if

6  that was an issue and if he had an

7  issue he should share that with me.

8      Q.    Would it be fair to say that

9  he raised the issue of his race in one

10  of those meetings with you?

11      A.    I never had the sense that

12  Howard raised the issue of race and

13  even when I took it to the next step

14  and asked him it is a diverse site is

15  this a concern for you, he did not

16  raise any concerns regarding race to me

17  during either of the two meetings.

18      Q.    Why would you say to him

19  "this is a diverse site" if he didn't

20  raise the issue of race himself?

21      A.    The reference to, and again I

22  can't say his wording, but his

23  reference to as an African American

24  versus as a production, you know,

25  engineer, this was an issue for him,

41

McDERMOTT

1

2  that's why I brought up the issue of

3  diversity -- the point of diversity.

4      Q.      So it is a fact that he did

5  raise the issue himself of being

6  African American and this might have an

7  impact upon him because he is an

8  African American?

9      A.      He did not go -- he did not

10  go that far and make that statement.

11      Q.      Let me break it down then.

12      A.      Sure.

13      Q.      Did he indicate to you at any

14  time that he was an African American,

15  verbally?

16      A.      Again I cannot confirm that

17  the words African American was his

18  statement at the time.  I can say to

19  you that for me to volunteer a response

20  about diversity that I did get the

21  point that he was referring to that.

22      Q.      So your indication that Wyeth

23  is a diverse place must have been as a

24  result of his raising concerns with

25  respect to his race?

42

McDERMOTT

1
2    A.    No.  Howard, in our meetings,
3  did not formally say to me he had an
4  issue with race regarding his rating or
5  his assignment.  He clearly made some
6  reference to his race for me to have
7  suggested it, it is a diverse site and
8  if there's any issues I would want to
9  know about it.
10    Q.    And you were the site
11  director at this point that he had this
12  meeting with you?
13    A.    That is correct.
14    Q.    Did you look into the issue
15  of whether or not Howard's race played
16  a role in his being positioned as
17  packaging supervisor after this meeting
18  or these meetings with him?
19    A.    I did not pursue Howard's
20  assignment based on a diversity issue
21  because Howard didn't raise it to me as
22  a diversity issue.  However, I did
23  follow-up regarding Howard's reviews
24  which he requested that I take a look
25  at, which I did, his three years of

McDERMOTT                                    43

2 reviews, and for him -- and his request
3 for me to look at his assignment to
4 packaging whether or not that --
5 whether there was anything I could do
6 and I did follow-up on those two
7 things.
8     Q.    With respect to his three
9 reviews, did you make any determination
10 after you had looked at his three
11 reviews?
12    A.    Reviews you make plural,
13 review, one, three and two, four, just
14 to restate your question.
15    Q.    I'm talking about the three
16 years of reviews?
17    A.    I'm sorry, three years.
18    Q.    Three years of reviews?
19    A.    I did review Howard's three
20 years of reviews, correct.
21    Q.    And as a result of reviewing
22 those three years of reviews, did you
23 come to any conclusion yourself?
24    A.    My conclusion after reviewing
25 Howard's reviews, for the three-year

44

McDERMOTT

1  period, was that his ratings in all

2  three years were justified and in

3  particular his issue with the

4  third-year three review, the three

5  rating in particular, I felt that that

6  was a fair rating as again meets

7  expectations.  Given that his manager

8  at the time had done a mid-year review

9  with Howard, which I did review as part

10 of his review for that year of the

11 three rating, and based on the mid-year

12 review based on the projects that were

13 highlighted to Howard that needed to be

14 completed by year end, and based on the

15 results that not all those projects

16 were completed on time, I felt that an

17 at expectations was not only -- it was

18 not only fair but a reasonable rating

19 given that in a couple of respects he

20 did not even meet expectations from his

21 mid-year review of his manager.

22     Q.     Did you have any discussions

23 with his manager in making this

24 determination that these ratings were

45

MCDERMOTT

1  justified?

3      A.    I did not have a discussion
4  with his manager regarding his reviews,
5  I had a discussion with his manager so
6  Andy Schaschl and the HR director of
7  that area, Joanne Rose.

8      Q.    Why did you include Joanne
9  Rose in these discussions?

10     A.    A performance-related
11 discussion regarding an employee would
12 include HR as part of the routine.

13     Q.    You would normally call in
14 the manager of human resources to
15 discuss someone's review?

16     A.    I would call in the HR
17 representative who is responsible for
18 these employees, regarding an
19 individual's claim that a rating was
20 incorrect, that is how I have managed
21 it in the past, how I managed it with
22 Mr. Henry and how I still manage it
23 today.

24     Q.    Who was Mr. Henry's HR
25 representative, it wasn't Mrs. Rose?

46

McDERMOTT

A.    It was Joanne Rose.

Q.    Wasn't she the manager of the
entire human resources department?

A.    That's incorrect, Joanne was
responsible for the employees in the
consumer health group. She was not the
HR director for the site, that was
another individual.

Q.    Were there any other HR
representatives under Ms. Rose that
dealt with this area?

A.    There were not that I am
aware of.

Q.    Do you know if it's common
procedure to do a mid-year review on an
employee of Mr. Henry's status at
Wyeth?

A.    I'll answer your question in
general, that mid-year reviews are
encouraged for all employees, and it
would not have surprised me that Mr.
Henry received a mid-year review as did
many of the employees at the time.

Q.    Do you know if Mr. Henry had

47

## McDERMOTT

1  received a mid-year review at Wyeth

2  prior to this particular mid-year

3  review ever?

4      A.      I'm not aware because I

5  didn't ask for it nor did I review any

6  mid-year reviews of Howard prior to

7  this year in question.

8      Q.      Did you think it might be

9  unusual that a mid-year review was

10  being done for Mr. Henry after he had

11  rated a four the year prior?

12      A.      It does not surprise me at

13  all that Mr. Henry was -- went through

14  a formal mid-year review process.  It

15  is a process we encourage for all

16  employees.

17      Q.      Do you know or did you have

18  any discussions with anyone concerning

19  changing Mr. Henry's performance

20  appraisal for this particular year?

21      A.      I'm sorry, could you restate?

22      Q.      Sure.

23          At any time during this

24  period, were there any discussions that

48

McDERMOTT

1
2  involved you concerning changing Mr.
3  Henry's performance appraisal for this
4  particular year?
5      A.      Yes.
6      Q.      With whom did you have such
7  discussions?
8      A.      First the -- the first
9  discussion about this was with Howard
10 himself.  I encouraged Howard in our
11 first meeting when he had concerns with
12 his rating that it's every employee's
13 right to disagree with the rating and
14 put it in writing and provide any
15 supporting documentation that would
16 help us make that decision, which I
17 encouraged him to do.
18          After reviewing his three
19 years of reviews and discussions with
20 Joanne Rose and Andy Schaschl, it was
21 Joanne and I who suggested that we
22 incorporate some of Howard's comments
23 regarding his comments rebuttal, if you
24 will, regarding his review into a
25 modified review.

McDERMOTT                                    49

1

2    Q.    Do you know why they

3  suggested that this be done?  Was there

4  any discussion as to why this should be

5  done?

6    A.    This again would be something

7  that would be -- is unusual but not

8  unheard of for an employee to take

9  issue with their review, and the

10  process is not unusual to me that an

11  employee would take exception to their

12  review, would provide commentary or

13  supporting documents and that that

14  review would be modified based on the

15  employee's comments.

16        What I do not have a history

17  on in my career at Wyeth is actually

18  changing a performance rating based on

19  that process, but I do have experience

20  with my earlier comment of making

21  changes to a review based on employee's

22  comments.

23    Q.    I'll repeat my question.

24        Was there any discussion

25  between Mr. Schaschl Ms. Rose and

McDERMOTT                           50

yourself with respect to why this
particular performance appraisal should
be changed? Did the three of you feel
it was unfair, the original performance
appraisal?

A.     We did not feel it was unfair
which is why the three rating stood.

Q.     But you felt the three of you
felt that it should be modified to
include Mr. Henry's comments?

MR. MCQUADE:     Objection.

Q.     Is that an accurate
statement?

A.     That's not an accurate
statement.

Q.     The discussion that was held
between yourself, Mr. Schaschl and Ms.
Rose resulted in a decision being made
that the performance appraisal should
be modified; is that correct?

A.     The outcome of our discussion
was that the performance review would
be modified, correct.

Q.     And as a result of those

MCDERMOTT                                    51

1
2    discussions, did you gain an
3    understanding as to why that was
4    appropriate in this particular
5    situation?
6         A.    My understanding of the
7    changes were made based on
8    documentation that Howard had prepared
9    that there were statements in his
10   review that merited modifications based
11   on discussions with Howard.
12        Q.    Do you recall when the review
13   was modified?
14        A.    I do not.
15        Q.    Do you recall being told that
16   Howard had leveled a complaint of
17   racial discrimination with Mr. Bigelow?
18        A.    So your question was do I
19   recall when?
20        Q.    If you know when or if you
21   were ever made aware that a
22   discrimination complaint was made by
23   Howard to Mr. Bigelow?
24        A.    I am not aware -- I was not
25   aware at the time that Mr. Henry had

McDERMOTT                                52

2  made such a claim to Mr. Bigelow.

3      Q.      Were you ever approached with

4  respect to conducting an investigation

5  with respect to any claim of

6  discrimination lodged by Mr. Henry to

7  Mr. Bigelow?

8          MR. MCQUADE:    Objection.

9      Q.    Do you understand the

10 question?

11     A.    I am aware that Mr. Bigelow,

12 my boss at the time, requested an

13 employee relations individual from our

14 corporate headquarters come and discuss

15 Howard's complaints around his rating

16 and his assignment to packaging.

17     Q.    Do you recall when you were

18 made aware of this?

19     A.    I would guess to the best of

20 my knowledge in February, early

21 February, when I had a meeting with

22 Peter and the employer relations rep

23 from Collegeville that such an

24 investigation would commence.

25     Q.    Do you recall if the decision

McDERMOTT                                    53

to alter or change Mr. Henry's
performance appraisal was made
subsequent to your finding out that a
discrimination complaint had been
lodged by Mr. Henry to your boss, Mr.
Bigelow?

    A.    The change to Mr. Henry's
review in my understanding -- not in
mine, was made prior to my knowledge
that Howard had lodged such a complaint
with Mr. Bigelow.

    Q.    During this time period,
February of 2004, let's say for a month
or two thereafter, did anyone speak to
you with respect to performing an
investigation concerning Mr. Henry's
allegations of discrimination?

    A.    I was not aware at the time
that there was an investigation
regarding racial discrimination. My
understanding was that the
investigation was in any other
employment matter, an employer
relations person would come and assess

McDERMOTT                                    54

a rating or assignment concern.

    Q.    At any time, did you speak to Eugene Sackett with respect to Howard Henry?

    A.    The discussion I can recollect with Eugene Sackett, as the employer relations rep from corporate, was with himself and Peter Bigelow, perhaps Donna Grantland who was the HR person at the time, that this investigation would commence. That was my only discussion I recollect with Eugene Sackett.

    Q.    Did Mr. Sackett question you with respect to the allegations that he was investigating?

    A.    While I can't say for sure discussions with Eugene regarding this -- I don't recall having a meeting regarding the investigation with Eugene, no.

    Q.    You had indicated that there were two items that were discussed between yourself and Mr. Henry, one was

MCDERMOTT                                            55

1
2    the ratings and whether or not they
3    were justified, and the other was his
4    being transferred to the packaging
5    supervisor position.
6         What was his concern with
7    respect to the packaging supervisor
8    position, did he tell you that he felt
9    it was a demotion?
10        A.     Howard shared with me his
11   dissatisfaction with the packaging
12   supervisor position in a number of
13   regards.  The first that he felt the
14   packaging -- yes, that the packaging
15   supervisor position in his mind was a
16   demotion, and, secondly, that he had
17   already had management experience in
18   his current role and didn't need this
19   packaging supervisor job to gain
20   management experience.
21        Those were the two things he
22   shared with me about the change.
23        Q.     Did you address either of
24   those concerns with Mr. Henry either at
25   these meetings or thereafter?

MCDERMOTT                                56

A.    I did address his concerns at
the meetings with him, and in
particular his -- and in particular his
-- well, we'll start with his feeling
that he already manages people as a
project engineer.

What I shared with Howard at
the time was, yes, indeed as a project
engineer you do involve and direct the
activities of many individuals, he's
not formally in a management or
supervisory position and as such
doesn't have experience in that role in
performance management, salary,
development plans for an individual.

So I agree with him, he does
have some management experience in his
current role, but that the packaging
supervisor position would give him that
formal supervisory experience that
would be very beneficial to his career.

The second being on whether
or not packaging was a demotion for him
or not, I felt that that was -- maybe

McDERMOTT                                    57

1

2    more to his point packaging was an

3    entry position and packaging.

4              My response to him was

5    packaging can be an entry position as

6    being any other job, that packaging is

7    a critical part of the work we do.

8    It's the area closest to our customer

9    and it's an area that I felt that

10   Howard's background, as a project

11   engineer, he could really benefit our

12   packaging facility at the time, so I

13   really felt this was a good thing for

14   his career and his development.

15        Q.    Did you share with him that

16   when you started in the field that you

17   had started in packaging?

18        A.    I didn't need to share that

19   with Howard, he knew that I started in

20   packaging and we did talk about that.

21             And again for me it was just

22   luck or whatever that is, where I

23   started that doesn't mean work in the

24   packaging area is only for first time

25   folks in the organization.  It is a

McDERMOTT                                    58

1

2    critical step in the process.

3         Q.      In your experience at Wyeth

4    and its predecessors, can you recall

5    any instance where a chemist or a

6    chemical engineer was asked to be a

7    packaging supervisor in the Pearl River

8    facility?

9         A.      Yes, I am aware of chemical

10   engineers being packaging supervisors.

11        Q.      Who?

12        A.      One in particular I can

13   recall is Heidi Zeck, Z-E-C-K, and

14   I'm --

15        Q.      When did Ms. Zeck serve in

16   that position?

17        A.      Heidi -- I'd be guessing but

18   '94, '95.

19        Q.      Is Heidi still with the

20   company?

21        A.      She is not.

22        Q.      Do you know when she left

23   Wyeth or its predecessor?

24        A.      A couple of years later, so

25   '96 perhaps.

McDERMOTT                                59

Q.     Do you recall if she left Wyeth or its predecessor from the position of packaging supervisor?

A.     I don't recall.

Q.     Do you recall if she held any other position after packaging supervisor at Wyeth or its predecessor?

A.     The chronology, I can't -- I wouldn't say I recall, but she had held the position of production engineer previously or previously or post that job.

Q.     Do you know where Heidi Zeck presently is employed?

A.     I do not.

Q.     Do you recall being involved with Mr. Henry being put on a performance improvement plan?

A.     I was not aware that Mr. Henry was put on a performance improvement plan.

Q.     That discussion never happened in your presence that he was going to be put on a PIP?

McDERMOTT                                    60

A.     It never happened in my presence and just to state that when I moved to the vaccines position in February of 2004, that was a time when I no longer had any responsibility organizationally for the group that Howard worked in.  So I would not have been privy to that discussion on a PIP for Howard.

Q.     Were you involved in any discussion involving Mr. Henry coming to vaccines after you had assumed that new position?

A.     In our second meeting with -- my second meeting with Howard again in the first meeting, he shared his two concerns about the role and the rating, in the second meeting I reiterated to him that I had reviewed his rating and felt his rating was fair, based on my comments earlier, and I also stated to Howard that -- and I'm sorry in the first meeting, I told him I encouraged him to take the packaging role because

McDERMOTT                                    61

1

2   that was his assignment, and it was a

3   good opportunity for him.

4           In the second meeting when he

5   reiterated his concerns about taking

6   the packaging role, I committed to

7   Howard that I would explore other

8   options for Howard, and my point at the

9   time and still is today, that in the

10  past when I've done this, I have never

11  had an employee that upset or almost

12  refuse to take a position, so Howard's

13  concerns seemed very real to me.

14          I shared with Howard that I

15  would try to find him another role,

16  either in the current organization, and

17  I would be happy to help him find a

18  role in the vaccines organization,

19  which I was not responsible for at the

20  time, it was a separate group on site,

21  but that I had some influence knowing

22  people in that area that I would be

23  happy to help him find a role within

24  vaccines if that put him in a place

25  where he was more motivated to be .

McDERMOTT                                    62

1

2          Howard's response was that he

3   didn't need my help to do that, that he

4   would pursue those opportunities on his

5   own.

6          MR. MCQUADE:    Off the record

7      for a second.

8          (Discussion off the record.)

9          MR. MORELLI:    I want to

10     thank you I appreciate your candor,

11     and we're done thank you.

12         MR. MCQUADE:    Could I just

13         ask one question?

14         Off the record for  a second.

15         (Discussion off the record.)

16         (Continued to following

17     page.)

18

19

20

21

22

23

24

25