1

dhk

EC 28 1993

 **CYANAMID**

# PERFORMANCE PLANNING AND REVIEW FORM

| NAME: MR. HOWARD HENRY | DIVISION, DEPARTMENT: MEDICAL RESEARCH 982 | |
|---|---|---|
| JOB TITLE: CHEMIST | REVIEW PERIOD: Mo/Yr. 8/93 to Mo/Yr. 11/93 | EMPLOYEE SOCIAL SECURITY NO.: 124/62/2014 |

Review the Manager's Guide before preparing this form.

## I. PERFORMANCE PLAN AND RESULTS

1. List the 5-7 planned major responsibilities/objectives and how they will be measured in Section IA. Indicate the expected completion date. (You may attach additional pages, if needed.)

2. Note any changes to the plan during the appraisal period in Section IC.

3. At the end of the period, record what was accomplished in each planned area in Section IB, noting the reasons outside the employee's control which affected the attainment of results; then rate the performance (E = Exceeded; A = Achieved; P = In Progress; N = Not Achieved). Also note any unanticipated accomplishments.

| A. Performance Plan | B. Results Achieved | Rating |
|---|---|---|
| 1. OPTIMIZE PROCESS FOR MALONATION STEP OF BETA 3 AGONIST SYNTHESIS. STUDY EFFECT OF PROCESS VARIABLES (TIME, TEMPERATURE, SOLVENT) ON YIELD, PURITY ONGOING THRU 11/93. | 1. MALONATION PROCESS IMPROVED SIGNIFICANTLY (10% INCREASE) AND PROCESS CARRIED OUT IN PILOT PLANT OPERATION. | E |
| 2. ISSUE REPORT SUMMARIZING RESULT OF PROCESS OPTIMIZATION STUDY. BY 11/93. | 2. COMPLETE REPORT OF MALONATION STUDY IN PROGRESS. DELAYED DUE TO PRIORITY CHANGE ON DEMETHYLATION STEP. | P |
| 3. ASSIST IN THE PREPARATION OF NEW CLINICAL LEADS AS REQUIRED. ONGOING THRU 11/93. | 3. ASSISTED IN THE PREPARATION OF 9DMGDOA9 AND VASOPRESSIN ANTAGONISTS TO ASSURE TIMELY COMPLETION. | A |
| 4. EVALUATE AND IMPROVE SYNTHETIC SYNTHETIC METHODS FOR NEW CLINICAL LEADS. 8/2/93 | 4. PRIORITY GIVEN TO BETA 3 AGONIST LEAD. ALL OTHER ACTIVITIES SUSPENDED UNTIL TIME AVAILABLE. | N |

D-00112

CONFIDENTIAL

| A. Performance Plan | B. Results Achieved | Rating |
|---|---|---|
| | | |
| | | |
| | | |

| C. Changes to the Plan |
|---|
| |

## II.   ANALYSIS OF PERFORMANCE SKILLS

Review the list of skills on the next page and rate the employee: A = Strength; B = Meets Requirements; or C = Needs Improvement. Leave blank if not applicable.

After rating all applicable skills, briefly explain below any skills rated as needing improvement.

D-00113

CONFIDENTIAL

# PERFORMANCE SKILLS CHECKLIST (Leave blank if not applicable)

A = Strength          B = Meets Requirements          C = Needs Improvement

| | A | B | C | | A | B | C |
|---|---|---|---|---|---|---|---|
| **KNOWS THE JOB** | | | | **GETS THE JOB DONE** | | | |
| Understands job requirements, skills, and procedures | | X | | Takes reasonable risks to achieve results | | X | |
| Keeps current in job-related knowledge | | X | | Follows up on planned work | | X | |
| Knows our industry and products | | X | | Meets deadlines | | X | |
| **WORKS WITH OTHERS** | | | | Produces quality work | X | | |
| Works effectively as member of a team | X | | | Gives necessary attention to accuracy and detail | | X | |
| Helps others with work-related problems | | X | | Knows and applies good knowledge of personnel policies | | X | |
| Gains the cooperation of others | | X | | Produces required quantity of work | | X | |
| Keeps superior and others informed | | X | | Exercises good judgment | | X | |
| **MANAGES THE WORK** | | | | Finds innovative approaches | | X | |
| Actively promotes safe conditions and procedures | | X | | **MANAGEMENT AND DEVELOPMENT OF STAFF** (For managerial employees only) | | | |
| Identifies, analyzes, recommends solutions to problems | | X | | Provides regular and constructive performance feedback | | | |
| Sets demanding but realistic goals and work plans | | X | | Prepares timely and thorough performance appraisals | | | |
| Establishes sound priorities for work | | X | | Makes training and other resources available to help employees develop | | | |
| Keeps on top of unit performance  *N.A.* | | | | Works within spirit and policy of EEO and Affirmative Action | | | |
| Monitors and operates within budget and other controls | | X | | Leads staff through example | | | |
| Manages time effectively | | X | | Develops subordinates | | | |
| **COMMUNICATIONS** | | | | Involves employees in issues affecting them | | | |
| Listens and demonstrates understanding of information | X | | | Helps subordinates set challenging but realistic objectives | | | |
| Writes clearly and convincingly | | X | | Provides coaching and counseling | | | |
| Speaks clearly and convincingly | | X | | Encourages teamwork | | | |
| **ADDITIONAL SKILLS** | | | | Informs employees of department/ division/company information | | | |
| | | | | Actively supports "Statement of Business Purpose" | | | |
| | | | | | | | |

D-00114

CONFIDENTIAL

## III. IMPROVEMENT, TRAINING, AND DEVELOPMENT PLAN

Develop this plan during the review discussion with the employee. The plan should build on strengths and/or focus on areas requiring improvement.

| Objective | Plan of Action and Who Is Responsible | Timing |
|-----------|---------------------------------------|--------|
|           |                                       |        |

## IV. OVERALL PERFORMANCE EVALUATION

On the basis of the preceding evaluation of performance against job responsibilities and objectives, and performance skills, rate this employee's performance during this review period.

☐ **Superior Performance**
Work performed shows extraordinary and exceptional accomplishments on a consistent basis. Results far above normal requirements of the position. If employee manages others, demonstrates outstanding abilities to manage and develop a staff.

☒ **Quality Performance**
Work performed represents a level of quality performance expected of American Cyanamid employees. Work may frequently exceed or occasionally fall below standards set for it and still fit within this rating. This rating represents a broad range of acceptable performance.

☐ **Performance That Needs Improvement**
Work performed indicates a pattern of shortfalls that require improvement if the employee is to remain in this job. (If this rating is assigned, use the Performance Improvement and Development Plan to indicate what will be done to try to upgrade performance and the time-frame for this plan.)

## V. EMPLOYEE COMMENTS ABOUT CAREER INTERESTS

## VI. COMMENTS AND SIGNATURES

Employee's Signature: Your signature indicates that you have seen, reviewed, and discussed this appraisal with your manager and you have been given an opportunity to add your comments.

Employee: Signature _____  Date 12 / 8 / 93

Appraised by (Manager): Signature _____  Date 12 / 8 / 93

Reviewed by (Next level Manager): Signature _____  Date 12 / 22 / 93

Comments: This space is provided for any additional job-related comments by the employee, manager, or reviewer. Attach additional pages if needed.

*Performance plan reflects a 4 month period. Mr. Henry has demonstrated active interest in process development and will continue to enhance knowledge and skills in this area. David M. Elias 12/8/93.*

**D-00115**

NA 7845 5-86    12-90

CONFIDENTIAL

**2**



# CYANAMID

## PERFORMANCE PLANNING AND REVIEW FORM

| NAME: | DIVISION/DEPARTMENT: |
|---|---|
| Howard Henry | Medical Research 982 |

| JOB TITLE: | REVIEW PERIOD: | | EMPLOYEE SOCIAL SECURITY NO.: |
|---|---|---|---|
| Chemist | Mo/Yr. 11/93 to | Mo/Yr. 11/94 | 124 /62 /2014 |

Review the Manager's Guide before preparing this form.

## I.    PERFORMANCE PLAN AND RESULTS

1. List the 5-7 planned major responsibilities/objectives and how they will be measured in Section IA. Indicate the expected completion date. (You may attach additional pages, if needed.)

2. Note any changes to the plan during the appraisal period in Section IC.

3. At the end of the period, record what was accomplished in each planned area in Section IB, noting the reasons outside the employee's control which affected the attainment of results; then rate the performance (E = Exceeded; A = Achieved; P = In Progress; N = Not Achieved). Also note any unanticipated accomplishments.

| A. Performance Plan | B. Results Achieved | Rating |
|---|---|---|
| 1. Assist in the scale-up & production of Beta-3 agonist, CL316,243, to produce bulk drug as required. 30/kg a month beginning 3/94. | | |
| 2. Evaluate & improve synthesis of Beta-3 agonist for continued improvements. Ongoing thru 11/94 | | |
| 3. Assist in completion of all batch records for CL316,243 production to comply with GMP. Ongoing thru 11/94. | | |
| 4. Assist in the scaleup & campaign production of clinical leads as required. Ongoing thru 11/94. | | |
| 5. Acquire working knowledge of Waters 2000 LC system & apply to synthesis of all clinical leads. By 11/94 | | |

H.H. 12/15/93.
Orc 12/15/93

D-00116

**CONFIDENTIAL**

 

# PERFORMANCE PLANNING AND REVIEW FORM

| NAME: Mr. Howard Henry | DIVISION/DEPARTMENT MRD — 982 |
|---|---|
| JOB TITLE: Chemist | REVIEW PERIOD 11/93 – 11/94 | EMPLOYEE SOCIAL SECURITY NO. 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 |

Review the Manager's Guide before preparing this form.

## I. PERFORMANCE PLAN AND RESULTS

1. List the 5-7 planned major responsibilities/objectives and how they will be measured in Section IA. Indicate the expected completion date. (You may attach additional pages, if needed)

2. Note any changes to the plan during the appraisal period in Section IC.

3. At the end of the period, record what was accomplished in each planned area in Section IB, noting the reasons outside the employee's control which affected the attainment of results; then rate the performance (E—Exceeded; A—Achieved; P—In Progress; N—Not Achieved). Also note any unanticipated accomplishments or circumstances in Section ID.

| A. Performance Plan Objective(s) | B. Results Achieved | Rating |
|---|---|---|
| 1. Assist in the scale-up and production of Beta-3 agonist, CL 316,243, to produce bulk drug as required. 30 kg a month beginning 3/94. | 1. Assisted in the scale-up of CL 316,243 at Stamford from 3/94 till 6/94. During this time provided coverage for pilot plant runs and conducted pivotal use tests. Responsible for milling ~90 kg of CL 316,243 in prep lab. | A |
| 2. Evaluate and improve synthesis of Beta-3 agonist for continued improvements. Ongoing through 11/94. | 2. Investigated mechanism of boron tribromide reaction and evaluated reasons for batch failure (11/93-6/94). | A |
| 3. Assist in completion of all batch records for CL 316,243 production to comply with GMP. Ongoing through 11/94. | 3. Helped in completion of batch records to comply with GMP requirements. Provided all documentation for all batches milled (11/93-6/94). | A |
| 4. Assist in the scale-up and camapign production of clinical leads as required. Ongoing through 11/94. | 4. Assisted in the production of CL 191,638 (6/94-present). Prepared material used in synthesis of first 100 g batch; current campaign on schedule for mid-January delivery. Helped coordinate activities of temp-ory employees in 69G prep lab. | A |
| 5. Acquire working knowledge of Waters 2000 LC system and apply to synthesis of all clinical leads. By 11/94. | 5. Priority given to other development projects. Postponed learning HPLC system till later date. | N |

D-00117

CONFIDENTIAL

Howard Henry                              2

| A.  Performance Plan Objective(s) | B.  Results Achieved | Rating |
|---|---|---|
| 6.  Evaluate and improve large scale synthesis of Oral Carbapenam lead CL 191,638.  Ongoing 6/94 - present. | 6.  Recognized and implemented several improvements in the synthesis of CL 191,638 resulting in higher yields and better purities for the early intermediates. | E |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |

D-00118

CONFIDENTIAL

Howard Henry                          3                    November 93 - November 94

| A.  Personal Development Objective(s) | B.  Results Achieved | Rating |
|---|---|---|
| Continue to improve communication skills.  Present work at department meeting. | | |
| Acquire wrking knowledge of Waters 2000 LC system and REACT-IR. | | |

**C.   CHANGES TO THE PLAN**

**D.   Manager Comments on Individual Performance**

## II.  ANALYSIS OF PERFORMANCE SKILLS

Review the list of skills on the next page and rate the employee:

**A–Strength; B–Meets Requirements; or C–Needs Improvement.**
Leave blank if not applicable.

After rating all applicable skills, briefly explain below any skills rated as needing improvement.

D-00119

CONFIDENTIAL

Howard Henry                                        4                          November 93 - November 94

## PERFORMANCE SKILLS CHECKLIST (Leave blank if not applicable)

A = Strength          B = Meets Requirements          C = Needs Improvement

| | A | B | C | | A | B | C |
|---|---|---|---|---|---|---|---|
| **QUALITY/CUSTOMER ORIENTATION** | | | | **KNOWS THE JOB** | | | |
| Seeks & responds to customer needs | | X | | Understands job requirements, skills, & procedures | X | | |
| Measures progress & implements contingencies. Keeps on top of unit performance | | X | | Keeps current in job-related knowledge | | X | |
| Gives necessary attention to accuracy & detail | | X | | Knows our industry & products | | X | |
| Produces quality work - provides desired results & meets deadlines | | X | | **MANAGES THE WORK PROCESS** | | | |
| Challenges the status quo & suggests creative approaches | X | | | Actively promotes safe conditions & procedures | X | | |
| Implements improvements & innovations | X | | | Sets challenging but realistic goals & work plans | | X | |
| **TEAMWORK** | | | | Establishes sound priorities for work | | X | |
| Solicits & shares information needed by team members | | X | | Monitors & operates within budget & other controls | | X | |
| Helps others with work-related problems | X | | | **GETS THE JOB DONE** | | | |
| Respects & appreciates the diversity of colleagues & their ideas | X | | | Manages time effectively | X | | |
| Gains the cooperation of others | X | | | Anticipates problems & makes contingency plans | | X | |
| Keeps superior and others informed | | X | | Considers alternatives & consequences when making decisions | | X | |
| **COMMUNICATIONS** | | | | Takes reasonable risks to achieve results | | X | |
| Listens & demonstrates understanding of information | | X | | Follows up on planned work | | X | |
| Solicits & responds positively to constructive feedback | X | | | Produces required quantity of work | | X | |
| Writes clearly and concisely | | X | | **ADDITIONAL SKILLS** | | | |
| Speaks clearly and concisely | | X | | | | | |

## MANAGEMENT AND DEVELOPMENT OF STAFF   (For Managerial employees only)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **SUPPORT AND EMPOWERMENT** | | | | **DIRECTION AND GUIDANCE** | | | |
| Involves employees in issues affecting them | | | | Leads staff through example | | | |
| Provides regular & constructive performance feedback & coaching | | | | Informs staff of relevant Dept./Div./Company information | | | |
| Makes training & other resources available to help employees develop | | | | Helps subordinates set objectives that are challenging yet feasible | | | |
| Develops subordinates by delegating tasks down to the appropriate level | | | | Asks staff for new ideas & to apply innovative work methods | | | |
| Encourages & capitalizes on individual diversity within the staff | | | | Prepares timely & thorough performance appraisals | | | |
| Encourages subordinates to share information & help each other | | | | Knows & applies Personnel Policies | | | |

Describe & comment on the Managers "empowerment" of his/her staff.

D-00120

CONFIDENTIAL

Howard Henry                          5                    November 93 - November 94

## III. OVERALL PERFORMANCE EVALUATION

On the basis of the preceding evaluation of performance against job responsibilities and objectives, rate this employee's performance during this review period.

☐ **S**    **Superior Performance**    Work performed shows extraordinary and exceptional accomplishments on a consistent basis. Results far above normal requirements of the position. If employee manages others, demonstrates outstanding abilities to manage and develop a staff.

☐ **Q⁺**    **Quality**    Performance *frequently* exceeds while fully meeting expectations.

☒ **Q**    **Performance**    Performance meets and *sometimes* exceeds expectations. This is a performance expected of all Cyanamid employees.

☐ **Q⁻**    Performance usually meets but *sometimes* falls below requirements for the job

☐ **N**    **Performance That Needs Improvement**    Work performed indicates a pattern of shortfalls that require improvement if the employee is to remain in this job. (If this rating is assigned, use the Personal Development Objective(s) to indicate what will be done to try to upgrade performance and the time-frame for this plan).

## IV. EMPLOYEE COMMENTS ABOUT CAREER INTERESTS

*To further aquire knowledge in the field of Chemistry + Engineering (X) To gain a master Degree in Chem Eng. H WC 12/20/94*

## V. COMMENTS AND SIGNATURES

Employee's Signature: Your signature indicates that you have seen, reviewed, and discussed this appraisal with your manager and you have been given an opportunity to add your comments.

Employee: Signature _____    Date 12/20/94

Appraised by (Manager): Signature _____    Date 12/20/94

Reviewed by (Next level Manager): Signature _____    Date 1/4/95

Comments: This space is provided for any additional job-related comments by the employee, manager, or reviewer. (Attach additional pages if needed).

*No Comment H WC 12/20/94*

NA7845-RR11/94

D-00121

CONFIDENTIAL

3

# PERFORMANCE PLANNING AND REVIEW FORM

| NAME: Howard Henry | DIVISION/DEPARTMENT W-AR- 982 |
|---|---|
| JOB TITLE: Chemist | REVIEW PERIOD 12/94-8/95 | EMPLOYEE SOCIAL SECURITY NO. 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 |

Review the Manager's Guide before preparing this form.

## I. PERFORMANCE PLAN AND RESULTS

1. List the 5-7 planned major responsibilities/objectives and how they will be measured in Section IA. Indicate the expected completion date. (You may attach additional pages, if needed)

2. Note any changes to the plan during the appraisal period in Section 1C.

3. At the end of the period, record what was accomplished in each planned area in Section 1B, noting the reasons outside the employee's control which affected the attainment of results; then rate the performance (E–Exceeded; A–Achieved; P–In Progress; N–Not Achieved). Also note any unanticipated accomplishments or circumstances in Section ID.

| A. Performance Plan Objective(s) | B. Results Achieved | Rating |
|---|---|---|
| 1. Assist in development and production of Oral Carbapenem lead CL 191,638 as required. | As required worked on several synthetic steps in the Kilolab to ensure preparation of 25 kg of CL 191,086 and kilogram quantities of pendant CL 192,287. | A |
| 2. Evaluate and improve the synthesis of pendant used in production of Oral Carbapenem lead CL 191,638. | Implemented several changes in the process for formation of CL 191,058, a key intermediate. These changes resulted in improved yields and purities (80% to 95%). | E |
| 3. Assure all steps in the synthesis of CL 191,638 are conducted in accordance with GMP guidelines. Supply documentation as necessary. | Assured all Kilolab steps were conducted according to GMP guidelines. Kept accurate documentation for all steps. | A |
| 4. Evaluate and improve the process for of CL 192,363. Suggest and implement changes necessary for additional scale-up. | Evaluated several potential changes for formation of CL 192,363. Implemented and scaled-up reverse addition process to avoid problems of reaction variability. | A |
| 5. Assist in development and production of carbapenem lead CL 191,983 as required. | Currently assisting in scale-up of CL 191,983. Initiated new campaign for preparation of 1 kg by January, 1996. | IP |

D-00122

CONFIDENTIAL

Howard Henry                          Page 2                    December 1994 - August 1995

| A.  Personal Development Objective(s) | B.  Results Achieved | Rating |
|---|---|---|
| 1.  Participate in courses to improve knowledge of chemical reaction scale-up. | 1.  Attended course on "Basic Priniciples in Chemical Engineering".  On own time is pursing a degree in Chemical Engineering. | E |
| | | |

**C.  CHANGES TO THE PLAN**




**D.  Manager Comments on Individual Performance**




## II.  ANALYSIS OF PERFORMANCE SKILLS

Review the list of skills on the next page and rate the employee:

**A–Strength; B–Meets Requirements; or C–Needs Improvement.**
Leave blank if not applicable.

After rating all applicable skills, briefly explain below any skills rated as needing improvement.

D-00123

**CONFIDENTIAL**

| Howard Henry | | | Page 3 | | December 1994 - August 1995 | | |
|---|---|---|---|---|---|---|---|

## PERFORMANCE SKILLS CHECKLIST (Leave blank if not applicable)

A = Strength    B = Meets Requirements    C = Needs Improvement

| | A | B | C | | A | B | C |
|---|---|---|---|---|---|---|---|
| **QUALITY/CUSTOMER ORIENTATION** | | | | **KNOWS THE JOB** | | | |
| Seeks & responds to customer needs | X | | | Understands job requirements, skills, & procedures | X | | |
| Measures progress & implements contingencies. Keeps on top of unit performance | | X | | Keeps current in job-related knowledge | | X | |
| Gives necessary attention to accuracy & detail | | X | | Knows our industry & products | | X | |
| Produces quality work - provides desired results & meets deadlines | | X | | **MANAGES THE WORK PROCESS** | | | |
| Challenges the status quo & suggests creative approaches | | X | | Actively promotes safe conditions & procedures | | X | |
| Implements improvements & innovations | X | | | Sets challenging but realistic goals & work plans | | X | |
| **TEAMWORK** | | | | Establishes sound priorities for work | | X | |
| Solicits & shares information needed by team members | X | | | Monitors & operates within budget & other controls | NA | | |
| Ielps others with work-related problems | X | | | **GETS THE JOB DONE** | | | |
| Respects & appreciates the diversity of colleagues & their ideas | | X | | Manages time effectively | X | | |
| Gains the cooperation of others | X | | | Anticipates problems & makes contingency plans | | X | |
| Keeps superior and others informed | | X | | Considers alternatives & consequences when making decisions | | X | |
| **COMMUNICATIONS** | | | | Takes reasonable risks to achieve results | | X | |
| Listens & demonstrates understanding of information | | X | | Follows up on planned work | | X | |
| Solicits & responds positively to constructive feedback | | X | | Produces required quantity of work | | X | |
| Writes clearly and concisely | | X | | **ADDITIONAL SKILLS** | | | |
| Speaks clearly and concisely | | X | | | | | |

## MANAGEMENT AND DEVELOPMENT OF STAFF  (For Managerial employees only)

| **SUPPORT AND EMPOWERMENT** | | | | **DIRECTION AND GUIDANCE** | | | |
|---|---|---|---|---|---|---|---|
| Involves employees in issues affecting them | | | | Leads staff through example | | | |
| Provides regular & constructive performance feedback & coaching | | | | Informs staff of relevant Dept./Div./Company information | | | |
| Makes training & other resources available to help employees develop | | | | Helps subordinates set objectives that are challenging yet feasible | | | |
| Develops subordinates by delegating tasks down to the appropriate level | | | | Asks staff for new ideas & to apply innovative work methods | | | |
| Encourages & capitalizes on individual diversity within the staff | | | | Prepares timely & thorough performance appraisals | | | |
| Encourages subordinates to share information & help each other | | | | Knows & applies Personnel Policies | | | |

Describe & comment on the Managers "empowerment" of his/her staff.

D-00124

CONFIDENTIAL

## III. OVERALL PERFORMANCE EVALUATION

On the basis of the preceding evaluation of performance against job responsibilities and objectives, rate this employee's performance during this review period.

☐ **S** — **Superior Performance** — Work performed shows extraordinary and exceptional accomplishments on a consistent basis. Results far above normal requirements of the position. If employee manages others, demonstrates outstanding abilities to manage and develop a staff.

☐ **Q⁺**

**Quality** — Performance *frequently* exceeds while fully meeting expectations.

☒ **Q**

**Performance** — Performance meets and *sometimes* exceeds expectations. This is a performance expected of all Cyanamid employees.

☐ **Q⁻** — Performance usually meets but *sometimes* falls below requirements for the job

☐ **N** — **Performance That Needs Improvement** — Work performed indicates a pattern of shortfalls that require improvement if the employee is to remain in this job. (If this rating is assigned, use the Personal Development Objective(s) to indicate what will be done to try to upgrade performance and the time-frame for this plan).

## IV. EMPLOYEE COMMENTS ABOUT CAREER INTERESTS

*I in essence, I do feel that this Review cannot fully capture the time effort and dedication I truly gave to achieve the goals set, for a particular project. I look forward to continue to improve a achemist and hope to further my knowledge on all aspects of chemical process.*

## V. COMMENTS AND SIGNATURES

**Employee's Signature:** Your signature indicates that you have seen, reviewed, and discussed this appraisal with your manager and you have been given an opportunity to add your comments.

Employee: Signature _____   Date  11/14/95

Appraised by (Manager): Signature _____   Date  11/14/95

Reviewed by (Next level Manager): Signature _____   Date  12/4/95

**Comments:** This space is provided for any additional job-related comments by the employee, manager, or reviewer. (Attach additional pages if needed).

NA7845-RR11/94

D-00125

CONFIDENTIAL



# PERFORMANCE PLANNING AND REVIEW FORM

| NAME: | Howard Henry | DIVISION/DEPARTMENT | W–AR– 982 |
|---|---|---|---|
| JOB TITLE: | Chemist | REVIEW PERIOD<br>12/94–8/95 | EMPLOYEE SOCIAL SECURITY NO.<br>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 |

Review the Manager's Guide before preparing this form.

## I. PERFORMANCE PLAN AND RESULTS

1. List the 5-7 planned major responsibilities/objectives and how they will be measured in Section IA. Indicate the expected completion date. (You may attach additional pages, if needed)

2. Note any changes to the plan during the appraisal period in Section 1C.

3. At the end of the period, record what was accomplished in each planned area in Section 1B, noting the reasons outside the employee's control which affected the attainment of results; then rate the performance (E–Exceeded; A–Achieved; P–In Progress; N–Not Achieved). Also note any unanticipated accomplishments or circumstances in Section ID.

| A.  Performance Plan Objective(s) | B.  Results Achieved | Rating |
|---|---|---|
| 1. Assist in development and production of Oral Carbapenem lead CL 191,638 as required. | As required worked on several synthetic steps in the Kilolab to ensure preparation of 25 kg of CL 191,086 and kilogram quantities of pendant CL 192,287. | A |
| 2.  Evaluate and improve the synthesis of pendant used in production of Oral Carbapenem lead CL 191,638. | Implemented several changes in the process for formation of CL 191,058, a key intermediate. These changes resulted in improved yields and purities (80% to 95%). | E |
| 3.  Assure all steps in the synthesis of CL 191,638 are conducted in accordance with GMP guidelines.  Supply documen-tation as necessary. | Assured all Kilolab steps were conducted according to GMP guidelines.  Kept accurate documentation for all steps. | A |
| 4.  Evaluate and improve the process for of CL 192,363.  Suggest and implement changes necessary for additional scale-up. | Evaluated several potential changes for formation of CL 192,363.  Implemented and scaled-up reverse addition process to avoid problems of reaction variability. | A |
| 5.  Assist in development and production of carbapenem lead CL 191,983 as required. | Currently assisting in scale-up of CL 191,983. Initiated new campaign for preparation of 1 kg by January, 1996. | IP |

D-00126

CONFIDENTIAL

**Howard Henry**                    **Page 2**                    **December 1994 - August 1995**

| A. Personal Development Objective(s) | B. Results Achieved | Rating |
|---|---|---|
| 1.  Participate in courses to improve knowledge of chemical reaction scale-up. | 1.  Attended course on "Basic Priniciples in Chemical Engineering".  On own time is pursing a degree in Chemical Engineering. | E |
| | | |

**C.  CHANGES TO THE PLAN**

**D.  Manager Comments on Individual Performance**

## II.  ANALYSIS OF PERFORMANCE SKILLS

Review the list of skills on the next page and rate the employee:

**A–Strength; B–Meets Requirements; or C–Needs Improvement.**
Leave blank if not applicable.

After rating all applicable skills, briefly explain below any skills rated as needing improvement.

D-00127

**CONFIDENTIAL**

Howard Henry

Page 3

December 1994 - August 1995

## PERFORMANCE SKILLS CHECKLIST (Leave blank if not applicable)

A = Strength        B = Meets Requirements        C = Needs Improvement

| QUALITY/CUSTOMER ORIENTATION | A | B | C | KNOWS THE JOB | A | B | C |
|---|---|---|---|---|---|---|---|
| Seeks & responds to customer needs | X | | | Understands job requirements, skills, & procedures | X | | |
| Measures progress & implements contingencies. Keeps on top of unit performance | | X | | Keeps current in job-related knowledge | | X | |
| Gives necessary attention to accuracy & detail | | X | | Knows our industry & products | | X | |
| Produces quality work - provides desired results & meets deadlines | | X | | **MANAGES THE WORK PROCESS** | | | |
| Challenges the status quo & suggests creative approaches | | X | | Actively promotes safe conditions & procedures | | X | |
| Implements improvements & innovations | X | | | Sets challenging but realistic goals & work plans | | X | |
| **TEAMWORK** | | | | Establishes sound priorities for work | | X | |
| Solicits & shares information needed by team members | X | | | Monitors & operates within budget & other controls | NA | | |
| Helps others with work-related problems | X | | | **GETS THE JOB DONE** | | | |
| Respects & appreciates the diversity of colleagues & their ideas | | X | | Manages time effectively | X | | |
| Gains the cooperation of others | X | | | Anticipates problems & makes contingency plans | | X | |
| Keeps superior and others informed | | X | | Considers alternatives & consequences when making decisions | | X | |
| | | | | Takes reasonable risks to achieve results | | X | |
| **COMMUNICATIONS** | | | | Follows up on planned work | | X | |
| Listens & demonstrates understanding of information | | X | | Produces required quantity of work | | X | |
| Solicits & responds positively to constructive feedback | | X | | | | | |
| Writes clearly and concisely | | X | | **ADDITIONAL SKILLS** | | | |
| Speaks clearly and concisely | | X | | | | | |

## MANAGEMENT AND DEVELOPMENT OF STAFF  (For Managerial employees only)

| SUPPORT AND EMPOWERMENT | | | | DIRECTION AND GUIDANCE | | | |
|---|---|---|---|---|---|---|---|
| Involves employees in issues affecting them | | | | Leads staff through example | | | |
| Provides regular & constructive performance feedback & coaching | | | | Informs staff of relevant Dept./Div./Company information | | | |
| Makes training & other resources available to help employees develop | | | | Helps subordinates set objectives that are challenging yet feasible | | | |
| Develops subordinates by delegating tasks down to the appropriate level | | | | Asks staff for new ideas & to apply innovative work methods | | | |
| Encourages & capitalizes on individual diversity within the staff | | | | Prepares timely & thorough performance appraisals | | | |
| Encourages subordinates to share information & help each other | | | | Knows & applies Personnel Policies | | | |

Describe & comment on the Managers "empowerment" of his/her staff.

D-00128

CONFIDENTIAL

Howard Henry                    **Page 4**                    December 1994 - August 1995

## III. OVERALL PERFORMANCE EVALUATION

On the basis of the preceding evaluation of performance against job responsibilities and objectives, rate this employee's performance during this review period.

☐ **S**    **Superior Performance**    Work performed shows extraordinary and exceptional accomplishments on a consistent basis. Results far above normal requirements of the position. If employee manages others, demonstrates outstanding abilities to manage and develop a staff.

☐ **Q⁺**    **Quality**    Performance *frequently* exceeds while fully meeting expectations.

☒ **Q**    **Quality Performance**    Performance meets and *sometimes* exceeds expectations. This is a performance expected of all Cyanamid employees.

☐ **Q⁻**    Performance usually meets but *sometimes* falls below requirements for the job

☐ **N**    **Performance That Needs Improvement**    Work performed indicates a pattern of shortfalls that require improvement if the employee is to remain in this job. (If this rating is assigned, use the Personal Development Objective(s) to indicate what will be done to try to upgrade performance and the time-frame for this plan.)

## IV. EMPLOYEE COMMENTS ABOUT CAREER INTERESTS

In essence, I do feel that *this* review cannot fully capture the time, effort and dedication I truely gave to achieve the goals set, for a particular project. I look forward to continue to improve as a chemist and hope to further my knowledge on all aspects of chemical process(es).

## I. COMMENTS AND SIGNATURES

Employee's Signature: Your signature indicates that you have seen, reviewed, and discussed this appraisal with your manager and you have been given an opportunity to add your comments.

Employee: Signature _____    Date 11/14/95.

Appraised by (Manager): Signature _____    Date 11/14/95

Reviewed by (Next level Manager): Signature _____    Date 11/4/95

Comments: This space is provided for any additional job-related comments by the employee, manager, or reviewer. (Attach additional pages if needed).

NA7845-RR11/94                                        D-00129

**CONFIDENTIAL**

4

**W** *WYETH-AYERST RESEARCH*

CONFIDENTIAL

# PERFORMANCE PLANNING AND APPRAISAL

| | | |
|---|---|---|
| **Howard Henry** | **September, 1995** | **September, 1996** |
| Employee Name | Time Frame Covered    From | To |
| **Chemist** | **Chemical Development** | |
| Employee's Job Title | Department | |
| **Kevin McCoy** | **Manager** | |
| Appraiser's Name | Title | |

---

### INSTRUCTIONS

See Procedures Checklist (Page 1A) and
Program Definitions (Page 1B).

---

## Performance Appraisal Plan (Continued)

Employee Name ___Howard Henry___     Date ___12/96___

At the beginning of the performance review period, the employee and supervisor are to jointly agree upon a Performance Appraisal Plan by completing as appropriate for the job Part A – Performance standards/Objectives (page 2) and Part B – Management Performance Standards (page 2A). After agreement on a Performance Appraisal Plan, the employee and supervisor are to establish a Performance Development Plan (page 3) and sign page 3 (See page 1A for further instructions.)

Part A – Performance standards are to be developed for all positions below Division Director. Performance objectives are required to Division Directors and above and are optional for all other positions. Performance standards/objectives must be challenging, requiring a stretch of effort, and in support of organizational goals. The team performance standard is required for all drug development project team core members and optional for members of other teams. Agree upon percentage weighs for performance standards/objectives according to their relative importance to the overall performance results for the job. For Division Directors and above, performance objectives will typically account for 60% or more of the overall performance rating. Performance objectives require agreement upon target completion dates and milestones as needed.

| | PART A – Performance Standards/Objectives | Target date (Objectives Only) | Performance Achieved | Rating* |
|---|---|---|---|---|
| 45 | Following the directions of the project supervisor, perform laboratory work in support of Chem Dev projects. Work is to be accurate and reproducible, and to be completed by the assigned date. As experience at this level is gained is expected to suggest process improvement. | | Mr. Henry has been a major contributor to the cardiogenin project, especially for the campaign to produce the first kg of bulk drug. | A+ Expectations |
| 20 | Is to become familiar with all available laboratory equipment, instrumentation, technology, computers, and literature searching techniques. Must become familiar with basic plant operations. | | Mr. Henry continues to gain experience with kilo-scale equipment and instrumentation. | A+ Expectations |
| 15 | Maintains comprehensible, accurate and complete records of all laboratory work performed. Writes reports as assigned. Keeps project supervisor informed of progress and problems on a timely basis. | | Howard does a good job maintaining GMP records of all lab batches. He has increased his level of compliance with newly tightened GMP regulations. | A+ Expectations |
| 10 | All work it to be performed safely. All work areas are to be kept clean and orderly. | | Howard meets all requirements for safety and housekeeping. | A+ Expectations |
| 10 | All work is to be coordinated and organized to make maximum use of time and resources. | | Mr. Henry has done a good job balancing his work schedule to accomplish coursework to credit towards a degree in chemical engineering. | A+ Expectations |
| | | | | |
| | | | | |
| | | | | |
| | Team Performance - (Appraiser is to establish a weighting for the importance of participation on teams. As applicable, incorporate ratings from the *Project Team Member Performance Review* form completed by the *Project Team Leader*). | | | |

*See page 4 for rating definitions.

Use page 2B for additional standards/objectives as appropriate.

Page 2

**CONFIDENTIAL**     D-00131

## Performance Development Plan

(1)     This section must be completed for all positions at the beginning of the performance review period. Identify one to three development objectives that would enhance skills/knowledge for current job responsibilities or for developing professional growth. (i.e., better planning, improved communication, better collaboration, etc.)

(2)     Describe specific activities and target dates planned to support the development objective. Include job assignments, training, professional activities, etc. Describe supervisor's planned efforts to coach and assist the employee through the activities.

(3)     At the end of the performance review period, record results achieved for each development objectives.

| Development Objectives | Development Activities | Development Results Achieved |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

The above Performance Appraisal Plan and (Parts A&B as applicable) and Performance Development Plan were developed and reviewed by:

| Employee | Date | Appraiser | Date | Next Level of Review | Date |
|---|---|---|---|---|---|

## Special Projects, Assignments or Responsibilities Added in Midyear (Optional)

(1)     List standards/objectives for special projects, assignments or responsibilities added between appraisals.

(2)     At the end of the performance review period, identify accomplishments for each performance standard/objective and rate them accordingly. See page 4 for rating definitions.

| % | Performance Standards/Objectives | Performance Achieved | Rating |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## Interim Performance Discussion (Typically Completed in April/May)

Appraiser Comments:

| Employee Signature | Date | Appraiser Signature | Date |
|---|---|---|---|

D-00132

**CONFIDENTIAL**

## Overall Evaluation / Performance Levels

Check One Box

☐ **EXCEPTIONAL** - Performance results consistently exceed expectations. The employee goes well beyond parameters of the job and makes an exceptional contribution to the organization.

☐ **EXCEEDS EXPECTATIONS** - Performance results frequently exceed expectations. The employee frequently achieves more than what the job was designed to do.

☒ **AT EXPECTATIONS** - Performance results meet and may occasionally exceed expectations. The employee contributes a solid performance and accomplishes what the job was designed to do.

☐ **NEEDS IMPROVEMENT** - In some areas, performance results generally meet expectations, but improvement is needed in other areas to achieve a level of solid performance.

☐ **UNSATISFACTORY** - Performance results are significantly below expectations. Employee needs very close supervision and performance counseling. Immediate and sustained improvement is required.

Is this a performance progress evaluation for an employee who has been in the current job less than nine months? YES  NO

**Appraiser's Summary:**

Mr. Henry has made solid contributions to the carbapenem project this past year. He has also increased his level of compliance with the tighter GMP requirements now required in the klb lab. After the carbapenem project is completed, he should work on a project that will give him the opportunity to further broaden his skill level through increased responsibility.

**Employee's Comments:**   GOALS I WISH TO ATTAIN ARE FOLLOWING:
TO IMPROVE ON ALL LEVELS i.e. GMP DOCUMENTATION
INSTRUMENTATION
TO PERFORM ABOVE EXPECTATION IN ALL FACETS OF MY
PRESENT LEVEL _____ 1/16/97

Employee Signature _____    Date _____
The employee's signature does not necessarily indicate agreement but only indicates the evaluation was fully discussed.

Ken M. Mc_____    Associate Director    1/16/97
Appraised By (Signature and Title)    Date

**Next Level of Review Comments:**

_____    _____
Next Level of Review (Signature and Title)    Date

PLEASE BE INFORMED THAT YOUR PERFORMANCE APPRAISAL MEASURES YOUR JOB PERFORMANCE ONLY. THE FACT THAT THE COMPANY APPRAISES YOUR PERFORMANCE NEITHER GUARANTEES NOR PROMISES EMPLOYMENT FOR ANY DEFINITE PERIOD OF TIME. YOUR EMPLOYMENT IS "AT WILL" AND YOU HAVE THE RIGHT TO TERMINATE YOUR EMPLOYMENT AT ANY TIME AND WYETH-AYERST RETAINS A SIMILAR RIGHT.

D-00133

**CONFIDENTIAL**

**WYETH AYERST RESEARCH** (TM)

# PROJECT TEAM MEMBER
# PERFORMANCE REVIEW

CONFIDENTIAL

| Team Member Name | *Howard Henry* | Project Team | *Carbapenem* |
|---|---|---|---|
| Department | *Chemical Development* | Time Period Covered | *9/95 – 9/96* |
| Supervisor | *Kevin McCoy* | Project Leader | *R. Krishnan* |

## I.  TEAM MEMBER REVIEW:

| Performance Criteria | The team member achieves more than expected when ... | Performance meets expectations when ... | Performance needs improvement when ... | Exceptional | Exceeds Expectations | At Expectations | Below Expectations | Unsatisfactory |
|---|---|---|---|---|---|---|---|---|
| 1. Team Responsibilities and Commitments | Work is completed early, resulting in a project time-line reduction. Extra effort is made to secure resources needed to meet or exceed the project time-line. | Commitments as agreed are met on-time. Team objectives are not delayed. | Work is unnecessarily delayed, late or incomplete. | | | | ✓ | |
| 2. Technical, Scientific and/or Commercial Contribution | Innovative application of specialized information contributes to meeting the project objectives by leading to a change or breakthrough. | Specialized information provided to the project is logical, reliable and verifiable. | Specialized information provided to the project contains flaws or omissions or is inconsistent. | | | ✓ | | |
| 3. Problem Solving | Extra effort is given toward solving team problems. Innovative ideas contribute to problem resolution. | Information/ideas for solving problems are openly expressed; criticisms are constructive toward solving problems. | Information/ideas for solving problems are openly expressed; criticisms are constructive toward solving problems. | | ✓ | | | |
| 4. Documents/ Presentations | Reader/listener concerns and questions are anticipated and addressed. | Written documents/ presentations for the project are clear, understood and received well by others. | Documents/presentations contain errors or omissions causing problems. | | | ✓ | | |
| 5. Communication | Others' points of view are considered by asking questions to clarify and by acknowledging differences. Extra effort is made to communicate in a manner that increases team effectiveness. | Information important to the project is communicated to those who need it. Ideas and messages are presented without bias and are understood. | Important information is not communicated or messages/ideas are not clear. | | | ✓ | | |
| 6. Team/Line Interface | Extra effort is made by anticipating issues/needs and by communicating both directions early and often. | Line is made aware of team needs. Team is informed of key line issues/constraints. | Line is not informed of team needs and/or team is not made aware of line issues/constraints. | | ✓ | | | |
| 7. Working Relationships | Constructive working relationships are established even in the most difficult situations and with the most difficult people. | Working relationships important to the project are established and are cooperative and productive. Disagreements are resolved with concern for achieving team objectives. | Working relationships are strained, or important relationships are not established. | | ✓ | | | |
| 8. Meeting Participation | Extra effort is made to be present, on-time and prepared. | Team's work continues without interruption or delay as a result of regular meeting attendance and preparation. | Missing meetings and/or lack of preparation results in loss of group effectiveness or delay. | | ✓ | | | |

Project Leader  *R Krishnan*          Date  *12/03/9*

D-00134

**II. PROJECT LEADER COMMENTS ON TEAM MEMBER'S SPECIAL CONTRIBUTIONS AND OVERALL PERFORMANCE: (Optional)**

Good Team member. Works well with other team members. Continues to learn Process development

**III. TEAM MEMBER COMMENTS: (Optional)**

| Team Member | Date | Supervisor | Date |
|---|---|---|---|

## - PROJECT TEAM MEMBER PERFORMANCE REVIEW PROCEDURES -

1. Each project team member and his/her line supervisor agree to a weighting of importance for a "project team member performance standard" based upon the extent of project team responsibilities. This is to occur when the individual is initially assigned project team "core member" status and thereafter as a part of the annual performance planning process as long as the individual remains a core member of a project team.

2. As scheduled, at the end of the performance review period, the project leader (Project Manager/Project Director) completes the *Project Team Member Performance Review Form* and sends it to the team member's line supervisor who forwards a copy to the team member. A *Project Team Member Performance Review Form* will be completed for each project team on which an individual is a core team member.

3. The line supervisor uses the completed *Project Team Member Performance Review Form(s)* to evaluate performance results for the project team member performance standard and reviews its contents with the team member as a part of the annual performance appraisal discussion.

*PLEASE BE INFORMED THAT YOUR PERFORMANCE APPRAISAL MEASURES YOUR JOB PERFORMANCE ONLY. THE FACT THAT THE COMPANY APPRAIS YOUR PERFORMANCE NEITHER GUARANTEES NOR PROMISES EMPLOYMENT FOR ANY DEFINITE PERIOD OF TIME. YOUR EMPLOYMENT IS "AT WILL" AND YOU HAVE THE RIGHT TO TERMINATE YOUR EMPLOYMENT AT ANY TIME AND WYETH-AYERST RETAINS A SIMILAR RIGHT.*

D-00135

CONFIDENTIAL

**5**

**W** *WYETH-AYERST RESEARCH*

CONFIDENTIAL

# PERFORMANCE PLANNING AND APPRAISAL

Howard Henry
_____
Employee Name

September, 1996
_____
Time Frame Covered     From

September, 1997
_____
To

Scientist II - Chemist
_____
Employee's Job Title

Chemical Development
_____
Department

Kevin McCoy
_____
Appraiser's Name

Associate Director
_____
Title

---

### INSTRUCTIONS

See Procedures Checklist (Page 1A) and
Program Definitions (Page 1B).

---

D-00136

CONFIDENTIAL

# Performance Appraisal Plan (Continued)

Employee Name ___Howard Henry___ Date __1/98__

At the beginning of the performance review period, the employee and supervisor are to jointly agree upon a Performance Appraisal Plan by completing as appropriate for the job Part A – Performance standards/Objectives (page 2) and Part B – Management Performance Standards (page 2A). After agreement on a Performance Appraisal Plan, the employee and supervisor are to establish a Performance Development Plan (page 3) and sign page 3 (See page 1A for further instructions.)

Part A – Performance standards are to be developed for all positions below Division Director. Performance objectives are required to Division Directors and above and are optional for all other positions. Performance standards/objectives must be challenging, requiring a stretch of effort, and in support of organizational goals. The team performance standard is required for all drug development project team core members and optional for members of other teams. Agree upon percentage weights for performance standards/objectives according to their relative importance to the overall performance results for the job. For Division Directors and above, performance objectives will typically account for 60% or more of the overall performance rating. Performance objectives require agreement upon target completion dates and milestones as needed.

| | PART A – Performance Standards/Objectives | Target date (Objectives Only) | Performance Achieved | Rating* |
|---|---|---|---|---|
| 60 | Performs all work under moderate to limited supervision from project leader. Executes lab experiments to support scale-up work as needed. Uses skills to setup and operate kg-scale equipment. Completes work by the assigned date while meeting quality objectives and complying with GMP regulations. | | Mr. Henry made major contributions to the OCR-483 and Faviton projects this past year. He received a special recognition award for his work on the OCR 483 project. His efforts were critical during pragh of the second and third Kg prepared. | At Expectations |
| 20 | Maintains comprehensible, accurate and complete records of all work. Writes reports as assigned. Enters data into REACCS database as required. Keeps project leader and team members informed of progress and problems on a timely basis. | | Howie made good progress towards compliance with tightened GMP rules, however, he still needs to make further progress towards achieving a higher level of compliance. Specifically Howard needs to be completely filled in at the time of execution Stream area and job assignments. He is At Expectations in GMs. | At Expectations |
| 10 | Performs all work safely. Keeps all work areas neat, clean and organized. | | Howie has done a good job maintaining good housekeeping in SPS. | |
| 10 | Works efficiently to maximize use of time and resources. | | Howie recently earned his BS degree in chemical engineering after many years of night school. His hard work during this time showed a commitment to his job in chemical development. | At Expectations |
| | | | | |
| | | | | |
| | | | | |
| | **Team Performance** – (Appraiser is to establish a weighting for the importance of participation on teams. As applicable, incorporate ratings from the *Project Team Member Performance Review* form completed by the *Project Team Leader.*) | | | |

Use page 2B for additional standards/objectives as appropriate.

Page 2

*See page 4 for rating definitions.

PAP 67.DOC

D-00137

CONFIDENTIAL

## Performance Development Plan

(1)   This section must be completed for all positions at the beginning of the performance review period. Identify one to three development objectives that would enhance skills/knowledge for current job responsibilities or for developing professional growth. (i.e., better planning, improved communication, better collaboration, etc.)

(2)   Describe specific activities and target dates planned to support the development objective. Include job assignments, training, professional activities, etc. Describe supervisor's planned efforts to coach and assist the employee through the activities.

(3)   At the end of the performance review period, record results achieved for each development objectives.

| Development Objectives | Development Activities | Development Results Achieved |
|---|---|---|
| Enhance analytical skills using HPLC, GC and KF Instruments. | Make frequent use of HPLC, GC and KF instruments. | Have developed solid skills in the use of these analytical tools. |
| | | |
| | | |

The above Performance Appraisal Plan and (Parts A&B as applicable) and Performance Development Plan were developed and reviewed by:

| Employee | Date | Appraiser | Date | Next Level of Review | Date |
|---|---|---|---|---|---|

## Special Projects, Assignments or Responsibilities Added in Midyear (Optional)

(1)   List standards/objectives for special projects, assignments or responsibilities added between appraisals.

(2)   At the end of the performance review period, identify accomplishments for each performance standard/objective and rate them accordingly. See page 4 for rating definitions.

| % | Performance Standards/Objectives | Performance Achieved | Rating |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## Interim Performance Discussion (Typically Completed in April/May)

Appraiser Comments:

| Employee Signature | Date | Appraiser Signature | Date |
|---|---|---|---|

D-00138

CONFIDENTIAL

## Overall Evaluation / Performance Levels

Check One Box

☐ **EXCEPTIONAL** - Performance results consistently exceed expectations. The employee goes well beyond parameters of the job and makes an exceptional contribution to the organization.

☐ **EXCEEDS EXPECTATIONS** - Performance results frequently exceed expectations. The employee frequently achieves more than what the job was designed to do.

☒ **AT EXPECTATIONS** - Performance results meet and may occasionally exceed expectations. The employee contributes a solid performance and accomplishes what the job was designed to do.

☐ **NEEDS IMPROVEMENT** - In some areas, performance results generally meet expectations, but improvement is needed in other areas to achieve a level of solid performance.

☐ **UNSATISFACTORY** - Performance results are significantly below expectations. Employee needs very close supervision and performance counseling. Immediate and sustained improvement is required.

Is this a performance progress evaluation for an employee who has been in the current job less than nine months? YES (NO)

---

**Appraiser's Summary:**

Howie received a special recognition award and was promoted from a level 6 to a level 7 this past year. In addition, he was granted a BS in clinical engineering after many hard years of night school. He made solid contributions on both the OCA-983 and Fraction P projects in the Kilo lab this past year. He should continue to strengthen his skills in the Kilo lab as he progresses to a senior level chemist down the road.

---

**Employee's Comments:**

_____    Employee Signature                                       1 / 23 / 98
                                                                                                          Date

The employee's signature does not necessarily indicate agreement but _only_ indicates the evaluation was fully discussed.

Ken M. McC_____  Associate Director                        1/23/98
Appraised By (Signature and Title)                                    Date

---

**Next Level of Review Comments:**

_____                                1/26/98
Next Level of Review (Signature and Title)                              Date

---

PLEASE BE INFORMED THAT YOUR PERFORMANCE APPRAISAL MEASURES YOUR JOB PERFORMANCE ONLY. THE FACT THAT THE COMPANY APPRAISES YOUR PERFORMANCE NEITHER GUARANTEES NOR PROMISES EMPLOYMENT FOR ANY DEFINITE PERIOD OF TIME. YOUR EMPLOYMENT IS "AT WILL" AND YOU HAVE THE RIGHT TO TERMINATE YOUR EMPLOYMENT AT ANY TIME AND WYETH-AYERST RETAINS A SIMILAR RIGHT.

D-00139

**CONFIDENTIAL**

6


*WYETH-AYERST RESEARCH*

CONFIDENTIAL

# PERFORMANCE PLANNING AND APPRAISAL

Howard Henry
_____
Employee Name

Scientist II – Chemistry
_____
Employee's Job Title

Raghavan Krishnan
_____
Appraiser's Name

October, 1997                    September, 1998
_____    _____
Time Frame Covered   From        To

Chemical Development
_____
Department

Sr. Research Scientist II – Chemistry
_____
Title

## DEVELOPING QUALITY PERFORMANCE

┌─────────────────────────────────────┐
│            **INSTRUCTIONS**          │
│                                      │
│    See Procedures Checklist (Page 1A) and  │
│      Program Definitions (Page 1B).  │
└─────────────────────────────────────┘

D-00140

CONFIDENTIAL

# Performance Appraisal Plan

Employee Name  Ho   ,  _ury    Date

At the beginning of the performance review period, the employee and supervisor are to jointly agree upon a Performance Appraisal Plan by completing as appropriate for the job Part A - Performance Standards/Objectives (page 2) and Part B - Management Performance Standards (Page 2A). After agreement on a Performance Appraisal Plan, the employee and supervisor are to establish a Performance Development Plan (page 3) and sign page 3. (See page 1A for further instructions).

Part A - Performance standards are to be developed for all positions below Division Director. Performance objectives are required for all positions below Division Directors and above and are optional for other positions. Performance standards/objectives must be challenging, requiring a stretch of effort, and in support of organizational goals. At least one standard/objective on safety should be included for each employee. The safety standard below may be used for individual contributors, or the one on page 2A may be used for supervisors and/or managers. The team performance standard is required for all drug development project team core members and optional for members of other teams. Agree upon percentage weights for performance standards/objectives according to their relative importance to the overall performance results for the job. For Division Directors and above, performance objectives will typically account for 60% or more of the overall performance rating. Performance objectives require agreement upon target completion dates and milestones as needed.

| % | PART A - Performance Standards / Objectives | Target Date (Objectives Only) | Performance Achieved | Rating* |
|---|---|---|---|---|
| 60 | Performs all work under moderate to limited supervision from project leader. Executes lab experiments to support scale-up work as needed. Uses skills to setup and operate kilogram scale equipment. Completes work by the assigned date while meeting quality objectives and complying with cGMP regulations. | | Howard successfully prepared and wrote several operational/installation protocols for the kilo lab equipments from a cGMP standpoint.He installed the Rotovap R-152 and the vacuum oven DP-43 in the Kilo lab in 69 G . He worked with M.MacEwan to prepare the steroid sulfates and the lactose dilutions supporting the Premarin project. He has been extremely diligent in following the cGMP protocols on all the projects he has worked on. | Exceeds Expectation |
| 20 | Maintains comprehensible, accurate and complete record of all work. Writes reports as assigned. Enters data into the REACCS database as required. Keeps project leader and team members informed of progress and problems on a timely basis | | Howard took the REACCS course this year and has entered data in the Chem D REACCS database. He has always kept the project leader and team members informed of the progress and problems on a timely basis. | At Expectation |
| 10 | Performs all work safely. Keeps all work areas neat, clean and organized. | | Howard has been responsible for the house keeping of the kilo lab in Bldg. 69 G . He has done an excellent job of ensuring that the lab is neat, clean and organized . He made sure that all the equipments in 69 G were functioning  and their calibrations were upto date as required by cGMP . | Exceeds Expectation |
| 10 | Works effeciently to maximize use of time and resources. | | Howard must continue to work on his organizational skills and learn to use the resources he has effectively. | At Expectation |
| | | | | |
| | | | | |
| | Safety (Individual Contributory) - Work areas are maintained and work is conducted in compliance with W-AR safety rules and as required by job responsibilities for safety. Safety training classes are attended as required. | | | |
| | Team Performance - (Appraiser is to establish a weighting for the importance of participation on teams. As applicable, incorporate ratings from the Project Team Member Performance Review form completed by the Project Team Leader. | | | |

Use page 2B for additional standards/objectives as appropriate.

*See page 4 for rating definitions.

Form PPA02 8/95       Page 3

D-00141    CONFIDENTIAL

HR09APR.DOC

**Performance Development Plan**      Employee Name   Howard Henry                Date

(1)  This section must be completed for all positions at the beginning of the performance review period.  Identify one to three development objectives that would enhance skills/knowledge for current job responsibilities or for developing professional growth.  (i.e., better planning, improved communication, better collaboration, etc.)
(2)  Describe specific activities and target dates planned to support the development objective.  Include job assignments, training, professional activities, etc.  Describe supervisor's planned efforts to coach and assist the employee through activities.
(3)  At the end of the performance review period, record results achieved for each development objective.

| Development Objectives | Development Activities | Development Results Achieved |
|---|---|---|
| Attend REACCS training course . | Learn to utilize REACCS to enter reactions in the data base | Howard attended REACCS training data base and is making attempts to enter reactions in the data base |
| Took an effective listening course conducted inhouse. | | Has applied at work the principles of listening skills he learnt. |
| | | |

The above Performance Appraisal Plan and (Parts A & B as applicable) and Performance Development Plan were developed and reviewed by:

| Employee | Date | Appraiser | Date | Next Level of Review | Date |
|---|---|---|---|---|---|

**Special Projects, Assignments or Responsibilities Added in Midyear (Optional)**
(1)  List standards/objectives for special projects, assignments or responsibilities added between appraisals.
(2)  At the end of the performance review period, identify accomplishments for each performance standard/objective and rate them accordingly.  See page 4 for rating definitions.

| % | Performance Standards/Objectives | Performance Achieved | Rating |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**Interim Performance Discussion** (Typically Completed in April/May)

| Appraiser Comments |
|---|
| |

| Employee Signature | Date | Appraiser Signature | Date |
|---|---|---|---|

D-00142

CONFIDENTIAL

## Overall Evaluation / Performance Levels

**Check One Box**

☐ **EXCEPTIONAL** - Performance results consistently exceed expectations. The employee goes well beyond parameters of the job and makes an exceptional contribution to the organization.

☒ **EXCEEDS EXPECTATIONS** - Performance results frequently exceed expectations. The employee frequently achieves more than what the job was designed to do.

☐ **AT EXPECTATIONS** - Performance results meet and may occasionally exceed expectations. The employee contributes a solid performance and accomplishes what the job was designed to do.

☐ **NEEDS IMPROVEMENT** - In some areas, performance results generally meet expectations, but improvement is needed in other areas to achieve a level of solid performance.

☐ **UNSATISFACTORY** - Performance results are significantly below expectations. Employee needs very close supervision and performance counseling. Immediate and sustained improvement is required.

Is this a performance progress evaluation for an employee who has been in the current job less than nine months?   ☐ YES   ☒ NO

**Appraiser's Summary:**
Howard applied his knowledge acquired in his B.S. (Chem Eng) very effectively in the kilo lab. He is a hard worker and completes all the assigned in a timely manner. He has learnt to use the REACCS database. His overall perfomance and contributions in the kilo lab exceeded expectations.

**Employee's Comments:**

_____    Date _11/23/98_
Employee Signature

The employee's signature does not necessarily indicate agreement but <u>only</u> indicates the evaluation was fully discussed.

_____    Date _1/23/98_
Appraised by (Signature and Title)

**Next Level of Review Comments:**

Ken M. McC _____ Assoc. Director    Date _12/1/98_
Next Level of Review (Signature and Title)

PLEASE BE INFORMED THAT YOUR PERFORMANCE APPRAISAL MEASURES YOUR JOB PERFORMANCE ONLY. THE FACT THAT THE COMPANY APPRAISES YOUR PERFORMANCE NEITHER GUARANTEES NOR PROMISES EMPLOYMENT FOR ANY DEFINITE PERIOD OF TIME. YOUR EMPLOYMENT IS "AT WILL" AND YOU HAVE THE RIGHT TO TERMINATE YOUR EMPLOYMENT AT ANY TIME AND WYETH-AYERST RETAINS A SIMILAR RIGHT.

**D-00143**

7

**W** *WYETH-AYERST RESEARCH*

CONFIDENTIAL

# PERFORMANCE PLANNING AND APPRAISAL

_Howard Henry_
Employee Name.

_October, 1998_    _September, 1999_
Time Frame Covered    From    To

_Scientist II - Chemist_
Employee's Job Title

Chemical Development
Department

Kevin McCoy
Appraiser's Name

Associate Director
Title

---

### INSTRUCTIONS

See Procedures Checklist (Page 1A) and
Program Definitions (Page 1B).

---

D-00144

CONFIDENTIAL

# Performance Appraisal Plan (Continued)

At the beginning of the performance review period, the employee and supervisor are to jointly agree upon a Performance Appraisal Plan by completing as appropriate for the job Part A – Performance standards/Objectives (page 2) and Part B – Management Performance Standards (page 2A). After agreement on a Performance Appraisal Plan, the employee and supervisor are to establish a Performance Development Plan (page 3) and sign page 1A (See page 1A for further instructions.)

Part A – Performance standards are to be developed for all positions below Division Director. Performance objectives are required to Division Directors and above and are optional for all other positions. Performance standards/objectives must be challenging, requiring a stretch of effort, and in support of organizational goals. The team performance standard is required for all drug development project team core members and optional for members of other teams. Agree upon percentage weights for performance standards/objectives according to their relative importance to the overall performance results for the job. For Division Directors and above, performance objectives will typically account for 60% or more of the overall performance rating. Performance objectives require agreement upon target completion dates and milestones as needed.

Employee Name   Howard Henry   Date   06-JAN-00

|  | PART A – Performance Standards/Objectives | Target date (Objectives Only) | Performance Achieved | Rating* |
|---|---|---|---|---|
| 60 | Performs all work under moderate to limited supervision from project leader. Executes lab experiments to support scale-up work as needed. Uses skills to setup and operate kg-scale equipment. Completes work by the assigned date while meeting quality objectives and complying with GMP regulations. | | Howard spent six months of this review period assisting Diadress for the CMA-676 project. He was a member of the team responsible for the supplied PAI. Release of the bacterial system suite to big data. In addition, he worked on various... | At Expectations |
| 20 | Maintains comprehensible, accurate and complete records of all work. Writes reports as assigned. Enters data into REACCS database as required. Keeps project leader and team members informed of progress and problems on a timely basis. | | Premarin support projects in the big data and also assisted in big, 240 design and production activities, especially those activities related to equipment guidelines plan. | At Expectations |
| 10 | Performs all work safely. Keeps all work areas neat, clean and organized. | | Howard always performs his work safely and also has continued to maintain and coordinate activities in big, 630-630 Lab. | At Expectations |
| 10 | Works efficiently to maximize use of time and resources. | | Howard has worked on improving his organizational skills and will continue to develop further skills to increase productivity. | At Expectations |
| | | | | |
| | | | | |
| | | | | |
| | Team Performance - (Appraiser is to establish a weighting for the importance of participation on teams. As applicable, incorporate ratings from the Project Team Member Performance Review form completed by the Project Team Leader.) | | | |

Use page 2B for additional standards/objectives as appropriate.

Page 2                                   *See page 4 for rating definitions.

D-00145

CONFIDENTIAL

PAP 67. DOC

## Performance Development Plan

(1)  This section must be completed for all positions at the beginning of the performance review period. Identify one to three development objectives that would enhance skills/knowledge for current job responsibilities or for developing professional growth. (i.e., better planning, improved communication, better collaboration, etc.)

(2)  Describe specific activities and target dates planned to support the development objective. Include job assignments, training, professional activities, etc. Describe supervisor's planned efforts to coach and assist the employee through the activities.

(3)  At the end of the performance review period, record results achieved for each development objectives.

| Development Objectives | Development Activities | Development Results Achieved |
|---|---|---|
| Learn more about facility equipment qualification. | Work for BioProcess for six months as part of CHA-676 facility qualification team. | Participated on team which led to a successful PAI review for the conjugation facility |
| Became more proficient with application of chemical engineering principles to pharmaceutical development | Assist in bldg. 240 design and construction efforts. Assist in heat transfer model program. | Assisted in bldg. 240 engineering activities. Also assisted in development of a heat transfer model for use in predicting temperature profiles for highly exothermic reactions |

The above Performance Appraisal Plan and (Parts A&B as applicable) and Performance Development Plan were developed and reviewed by:

| .nployee | Date | Appraiser | Date | Next Level of Review | Date |
|---|---|---|---|---|---|
| | | | | | |

## Special Projects, Assignments or Responsibilities Added in Midyear (Optional)

(1)  List standards/objectives for special projects, assignments or responsibilities added between appraisals.

(2)  At the end of the performance review period, identify accomplishments for each performance standard/objective and rate them accordingly. See page 4 for rating definitions.

| % | Performance Standards/Objectives | Performance Achieved | Rating |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## Interim Performance Discussion (Typically Completed in April/May)

Appraiser Comments:

| Employee Signature | Date | Appraiser Signature | Date |
|---|---|---|---|
| | | | |

**D-00146**

**CONFIDENTIAL**

## Overall Evaluation / Performance Levels

Check One Box

**EXCEPTIONAL** - Performance results consistently exceed expectations. The employee goes well beyond parameters of the job and makes an exceptional contribution to the organization.

**EXCEEDS EXPECTATIONS** - Performance results frequently exceed expectations. The employee frequently achieves more than what the job was designed to do.

☒ **AT EXPECTATIONS** - Performance results meet and may occasionally exceed expectations. The employee contributes a solid performance and accomplishes what the job was designed to do.

**NEEDS IMPROVEMENT** - In some areas, performance results generally meet expectations, but improvement is needed in other areas to achieve a level of solid performance.

**UNSATISFACTORY** - Performance results are significantly below expectations. Employee needs very close supervision and performance counseling. Immediate and sustained improvement is required.

Is this a performance progress evaluation for an employee who has been in the current job less than nine months? YES (NO)

---

**Appraiser's Summary:**

Howard has been assigned to oversee and coordinate process equipment qualification work for bldg 240. He will interact very strongly with the contract validation company and W-A Global Engineering to ensure all equipment is qualified properly and according to schedule. Since attaining a chemical engineering degree, Howard has transitioned from a chemist to engineer and is expected to play a key role in the new development facility, bldg 240.

---

**Employee's Comments:**

_(signature)_                                                                 07-JAN-00.

Employee Signature                                                          Date

The employee's signature does not necessarily indicate agreement but **only** indicates the evaluation was fully discussed.

Ken M. McG _(signature)_              Associate Director              05-JAN-00

Appraised By (Signature and Title)                                       Date

---

**Next Level of Review Comments:**

_(signature)_                            Vice President                      6-Jan-00

Next Level of Review (Signature and Title)                              Date

PLEASE BE INFORMED THAT YOUR PERFORMANCE APPRAISAL MEASURES YOUR JOB PERFORMANCE ONLY. THE FACT THAT THE COMPANY APPRAISES YOUR PERFORMANCE NEITHER GUARANTEES NOR PROMISES EMPLOYMENT FOR ANY DEFINITE PERIOD OF TIME. YOUR EMPLOYMENT IS "AT WILL" AND YOU HAVE THE RIGHT TO TERMINATE YOUR EMPLOYMENT AT ANY TIME AND WYETH-AYERST RETAINS A SIMILAR RIGHT.

**D-00147**

9562 (10/95)                               Page 4                          **CONFIDENTIAL**

8

AMERICAN HOME PRODUCTS CORPORATION

# PERFORMANCE PLANNING AND APPRAISAL

| Howard Henry | 2000 | 1/00 | 12/00 |
|---|---|---|---|
| Employee's Name | Review Period | From | To |

■ Check this box if this Performance Plan and Appraisal is being prepared for a new employee or for an employee who is new to their current assignment ("new" = less than six months in current assignment).

*PLEASE BE INFORMED THAT YOUR PERFORMANCE APPRAISAL MEASURES YOUR JOB PERFORMANCE ONLY. THE FACT THAT THE COMPANY APPRAISES YOUR PERFORMANCE NEITHER GUARANTEES NOR PROMISES EMPLOYMENT FOR ANY DEFINITE PERIOD OF TIME. YOUR EMPLOYMENT IS "AT WILL" AND YOU HAVE THE RIGHT TO TERMINATE YOUR EMPLOYMENT AT ANY TIME AND AMERICAN HOME PRODUCTS CORPORATION AND ITS SUBSIDIARIES RETAIN A SIMILAR RIGHT.*

| Production Engineer | Dept. 640 |
|---|---|
| Employee's Job Title | Division / Department |

| Walter Wardrop | Production Manager |
|---|---|
| Appraiser's Name | Title |

## Section I – Performance Objectives/ Responsibilities and Results

| A. Performance Objectives, Responsibilities, Expectations<br>See Attached "CHP Staff Objectives - Supervisor" | B. Results Achieved | C. Rating (1-5)* |
|---|---|---|
| Financial | Howard is responsible for all the equipment used for Train 1 manufacturing -- purchasing and maintaining. Failure to keep the equipment running would result in costly downtime - he has kept downtime to a minimum. | 3 |
| Customer Service | > 90% Bulk Attainment achieved during this time period. Target goals for cycle time and throughput have been achieved through the attention and efforts of all the Train 1 management. Howard's efforts as the engineer directly impact our ability to meet customer service requirements. | 3 |
| Innovation, Learning and Accountability | Howard was hired as the Train 1 Engineer. He has proven to be a quick learner and has spent considerable time learning the equipment and the operation. He has accepted responsibility and accountability for keeping the equipment running. When downtime has occurred, he has displayed the sense of urgency to initiate corrective actions in a timely fashion and see the job through to completion. What he does not know, he is eager to learn. He has spent time training with Rich Musa and Pete McGarrigle, who have both been department engineer at some point, and is training to be Jean Colas' backup support. | 3 |

## Section I – Performance Objectives/ Responsibilities and Results

| A. Performance Objectives, Responsibilities, Expectations<br>See Attached "CHP Staff Objectives - Supervisor" | B. Results Achieved | C. Rating (1-5)* |
|---|---|---|
| Housekeeping / cGMP | Howard's role in housekeeping and cGMP is in how he responds to problems. As such, he responds quickly to compliance issues and repairs. | 3 |

## Section II – Work Behaviors Exhibited:  Company Success Factors

| | Rating (1-5)* | | Rating (1-5)* |
|---|---|---|---|
| **1. Accountability/Commitment** (Sets high standards of performance, pursues aggressive goals, works hard to achieve them, takes pride in their work, takes ownership, meets deadlines, follows through, is dependable) | 3 | **8. Innovation** (Uses imagination and creativity, takes reasonable risks, takes initiative to make things better, appropriately challenges status quo) | 3 |
| **2. Adaptability/Flexibility** (Demonstrates a willingness to shift priorities according to changes in business needs, adjusts well to ambiguity and change, open to different ideas/approaches) | 3 | **9. Inspires Trust** (Follows through on commitments, assumes responsibility for one's actions, communicates in an authentic manner, respects confidentiality) | 3 |
| **3. Business Acumen** (Demonstrates having a good understanding of the industry and operations of the organization, is technically proficient, understands and incorporates a global perspective to work) | 3 | **10. Planning and Problem Solving** (Analyzes, thinks strategically, clarifies priorities, gathers relevant information, utilizes diverse input, synthesizes approaches) | 3 |
| **4. Collaboration** (Fosters teamwork, facilitates constructive discussion, recognizes contributions, proactively shares ideas and information, seeks out others' input, shares knowledge) | 3 | **11. Respect for Others and Inclusion** (Treats others as they would wish to be treated, values/supports diversity and an inclusive work environment, respects others' esteem when addressing problems) | 3 |
| **5. Customer Focused** (Identifies internal and/or external "customer" needs, meets customer expectations, seeks customer feedback) | 3 | **12. Effective People Management** (For supervising managers only) (Hires and retains high quality employees, sets performance expectations, coaches and provides ongoing feedback and recognition, drives the performance management process, facilitates development and career opportunities) | 3 |
| **6. Effective Communication** (Actively listens, relays complete information clearly and simply, responds to non-verbal cues, validates others' viewpoints) | 3 | **13. Adheres to Code of Conduct** (Adheres to the letter and spirit of our Company Code of Conduct when completing work assignments) | Yes |
| **7. Individual Leadership** (Demonstrates personal initiative, energizes others, leads by example, maintains a positive and "can do" attitude, takes responsibility for own development, addresses challenging situations) | 3 | **14. Other:** | |

**Write specific observations related to the Success Factors, commenting on both areas of strength and opportunities for development.**

Howard is in the early stages of his learning curve as a production engineer.  He has spent the majority of his time learning Train 1's equipment and operations.  He has displayed that he has good leadership skills, is a good team member and is innovative.  He is very flexible and able to shift priorities, as required.  He follows direction well and shows a great deal of dedication and devotion to his work.  He works well with the other managers and is working on developing a relationship with the operators.  He displays a great deal of enthusiasm to learn about the job and to succeed.

Opportunities for improvement include management training, creating effective relationships with the department support groups, learning more about the operation and attending the Supervisor Development Curriculum courses.

**Employee Name    Howard Henry**

# Section III – Summary of Performance

In determining the overall rating for performance, consider the following four factors:

- The ratings for results achieved (Section I)
- The ratings for demonstration of Success Factors on the job (Section II)
- The impact of the employee's performance on the business
- The comparative importance of the results produced to the results produced by others in the work group

| Results Achieved ("What" was accomplished) Expected results (goals, objectives, standards) based on job responsibilities and assignments | Behavior Exhibited ("How" the employee worked with others) Per Company Success Factors: Accountability, Integrity, Flexibility, Business Acumen, Collaboration, Customer Focus, Communication, etc. | Overall Rating |
|---|---|---|
| **Significantly Above Target** <br> ♦ Far exceeded objectives, responsibilities, expectations | **Role Model** <br> ♦ Consistently demonstrated and inspired others to demonstrate the Success Factors | |
| **Above Target** <br> ♦ Exceeded objectives, responsibilities, expectations | **Accomplished** <br> ♦ Consistently demonstrated the Success Factors | |
| **On Target** <br> ♦ Met objectives, responsibilities, expectations | **Skilled** <br> ♦ Consistently demonstrated most of the Success Factors | **3** <br> **Solid** <br> **Performer** <br> ☐ |
| **Below Target** <br> ♦ Did not fully meet key objectives, responsibilities, expectations | **Needs Development** <br> ♦ Requires improvement in some key Success Factors | |
| **Significantly Below Target** <br> ♦ Did not accomplish most objectives, responsibilities, expectations <br> ♦ *Immediate and sustained performance improvement required to remain in position* | **Needs Significant Improvement** <br> ♦ Did not demonstrate success factors <br> ♦ *Immediate and sustained performance improvement required to remain in position* | |

### Manager's Comments on Performance

Howard is a solid performer. In general, he has met the objectives, responsibilities and expectations that were set for him verbally when he accepted the engineer position. He has learned the basic functions of the engineer and has spent time on the floor learning the equipment and the operation. He accomplished several special projects: installing SOI and product tag holders on the Coating solution tanks, ordering and qualifying a Hepa-filter vacuum for the Blending area, pulling up an out-of-compliance carpet in the production area and refinishing the floor, and participating on the Continuous Coater design team. He also learned the MAXIMO system and initiates daily maintenance requests.

Howard is a conscientious worker who is willing to put in extra effort where needed. Howard works long days to help avoid equipment failure and the associated downtime, and to participate in central engineering projects such as the Littleford installation and Air Washer tie-ins. In the short time that he has been in LCH, Howard has shown himself to be an asset to the department and consistently demonstrates the Company Success Factors.

Employee Name   Howard Henry

## Section IV – Focus for Development

1. **Identify areas for development that are critical for accomplishing next year's Performance Expectations:**

| Development Objectives | Related Success Factors |
|---|---|
| Developing relationships with the Maintenance Dept. | 4. Collaboration |
| Leadership and Management Skills | 12. Effective People Management |
| Re-evaluate the operation and the equipment – look for better ways to perform the operation. | 8. Innovation |

2. **Create a detailed development plan and discuss with your Manager by (date) January 31, 2001.**

## Section V - Employee Comments

## VI - Required Signatures

_____     12 / 06 / 00
**Employee's Signature**                              **Date**
Howard Henry

Signature indicates you have seen, reviewed, and discussed this appraisal with your Manager and you have been given the opportunity for discussion.

_____     12/6/00
**Manager's Signature**                              **Date**
Walter Wardrop

_____     12/7/00
**Next Level of Review (Signature and Title)**       **Date**
Comments (optional):


_____     _____
**Human Resources (If / as required by Business Division)**   **Date**

9

CONFIDENTIAL *mk*

**Exempt/Nonexempt**
(US & PR)



AMERICAN HOME PRODUCTS CORPORATION

## PERFORMANCE PLANNING AND APPRAISAL

| Howard Henry | 2001 | Jan | Dec |
|---|---|---|---|
| Employee's Name | Review Period | From | To |

Employee's Social Security Number

☐ Check this box if this Performance Plan and Appraisal is being prepared for a new employee or for an employee who is new to their current assignment ("new" = less than six months in current assignment).

*PLEASE BE INFORMED THAT YOUR PERFORMANCE APPRAISAL MEASURES YOUR JOB PERFORMANCE ONLY. THE FACT THAT THE COMPANY APPRAISES YOUR PERFORMANCE NEITHER GUARANTEES NOR PROMISES EMPLOYMENT FOR ANY DEFINITE PERIOD OF TIME. YOUR EMPLOYMENT IS "AT WILL" AND YOU HAVE THE RIGHT TO TERMINATE YOUR EMPLOYMENT AT ANY TIME AND AMERICAN HOME PRODUCTS CORPORATION AND ITS SUBSIDIARIES RETAIN A SIMILAR RIGHT.*

| Production Engineer | LCH/640 |
|---|---|
| Employee's Job Title | Division / Department |

| Walter Wardrop | Production Manager |
|---|---|
| Appraiser's Name | Title |

### Section I – Performance Objectives/ Responsibilities and Results

| A. Performance Objectives, Responsibilities, Expectations | B. Results Achieved | C. Rating (1-5)* |
|---|---|---|
| **Financial**<br>Monitor material losses for attainment in yeild metric<br>Optimize scheduling of all labor to increase efficiency and decrease overtime (increase equipment uptime)<br>Monitor and administrate Kronos System as required to assure correct payment of all personnel.<br>Reduce material loss to achieve NMT 56K/quarter | Howard contributed to the financial success of the business by keeping the machines up and running by scheduling PMOs, etc around the production schedule. Downtime equals lost sales and higher costs. Howard kept production costs low by preventing unplanned downtime and negotiating the lowest cost with vendors. | 4 |
| **Customer Service**<br>Participate in and support 100% Bulk Schedule Attainment<br>Initiate all ERF's in full compliance with SOP200075.<br>Participate in all MIR investigations as required.<br>First time right quality of 92% or better. | Train 1 exceeded the Attainment metric, 98.8% against a goal of 90%. Train 1's Cycle Time met the metric of 15 days and Throughput Time was 37.5 days vs. a target of 45 days. Train 1 could not have met these metrics if equipment was idle or broken. Howard wrote CCPs to maintain the area and the equipment and initiated Capital Projects and various equipment improvements. | 4 |
| **Innovation, Learning, and Accountability**<br>Demonstrate sustained error reduction in your area.<br>Complete writing/revision of all SOP's and associated training as needed.<br>Demonstrate consistant administration and enforcement of all department guidelines and expectations.<br>Ability to coach and counsel problem employees for optimum performance . Demonstrate effective use of progressive discipline within contract guidelines.<br>Insure appropriate training ansd skill checks for full compliance with Corporate Training Initiatives. | Managers set goals and objectives for the engineers, but they were self-motived and self-directed on how to reach that goal. Howard was innovative and resourceful in finding and applying resources to achieve his goals. He actively sought out the information he needed on how to meet the best practices of the business. He maintained records of his work which I reviewed quarterly. He had no direct reports, but has actively participated with training the operators on new equipment such as the 10K Littleford. | 4 |

Performance Planning and Appraisal 9-01

1

D-00148

## Section I – Performance Objectives/ Responsibilities and Results

| A.  Performance Objectives, Responsibilities, Expectations | B.   Results Achieved | C.  Rating (1-5)* |
|---|---|---|
| Zone Management/cGMP Compliance & Quality<br>Monitor and maintain your "Zone" in full compliance with SOP.<br>Enforce all quality initiatives in your area and improve overall housekeeping and cGMP compliance among all operators.  Insure "Tour Readiness" at all times.<br>Reduce incidence of operator MIR's | Howard helped LCH improve its overall housekeeping in 2001.  He reviewed the Daily Supervisor Checklists and Maintenance Zone Checklists and executed Corrective Actions. He scheduled general housekeeping improvements such as painting of production areas to maintain housekeeping compliance standards. | 4 |
| Safety:<br>Safety index of 1.2 or better<br>Conduct all Safety Meetings in compliance with corporate guidelines.<br>Identify and correct high risk housekeeping /design issues. | Howard participated in all Safety Training, reported any safety violation he observed and executed corrective actions to keep the equipment running safely.<br>LCH had a Safety Index of 3.3 vs. a target of 3.0 . | 3 |
| Training:<br>Complete >85% Training personally and for the dept. | Howard completed 54% of his personal training. Train 1 achieve 85% completed vs a goal of 85%. | 2 |

*See Section III

D-00149

CONFIDENTIAL

Employee Name Howard Henry

## Section II – Company Values: Work Behaviors Exhibited

| Values | Specific observations related to Company Values, including areas of strength and opportunities for development. | Rating* (1-5) |
|---|---|---|
| **QUALITY: We are committed to excellence – in the results we achieve and in how we achieve them.**<br>• Do your job right every time<br>• Focus on what's important<br>• Strive for continuous improvement<br>• Think strategically and execute flawlessly | Howard was a very consciencious worker. He put quality into all of his work. He was committed to keeping the operation up and running and participated in activities outside of his job description to achieve those goals. He strategically planned all maintenance activity so it resulted in the least amount of production downtime. And he alway looked for ways to improve the operation -equipment and process. | 4 |
| **INTEGRITY: We do what is right for our customers, our communities, our shareholders and ourselves.**<br>• Take responsibility for your actions<br>• Follow through on commitments<br>• Communicate in an open, honest and authentic manner<br>• Respect confidentiality | Howard always tried to do the right thing for the buisness. He accepted accountability for his work and never shirked his responsibilities. He took direction well and always welcomed input into his performance. He completed his projects completely and on time. If they were late, he provided a reason and a new target completion date. | 4 |
| **RESPECT FOR PEOPLE: We promote a diverse culture and an environment of mutual respect for our employees, our customers and our communities.**<br>• Treat others with dignity and respect<br>• Embrace and encourage new ideas<br>• Cultivate talents of others/self<br>• Reward/recognize contributions of others<br>• Celebrate achievements of team/others | If Howard has a single strength, it is his ability to work with people. He treated everyone with respect, listened to other's ideas, and made himself available to anyone who needed his time or expertise. He was a pleasure to work with and is well liked by all his co-workers. His ability to show compassion and touch his co-workers was evident when he led the department in prayer in the aftermath of the Sept. 11th WTC tragedy. He provided strenght and support to those who needed it, even as he was concerned about the welfare of his own friends. He put the needs of others first - ahead of his own. | 5 |
| **LEADERSHIP: We value people at every level who lead by example, take pride in what they do and inspire others.**<br>• Be a role model<br>• Approach your job with passion and conviction<br>• Bring out the best in people<br>• Anticipate and adapt to change<br>• Demonstrate personal initiative<br>• Promote innovative thinking | Howard did not have any direct reports; however, he displayed the leadership qualities listed. He was a member of the Continuous Coater Startup Team and he functioned well when he was asked to lead a team, such as the SOI writing committee. He inspired trust among his co-workers. As a leader or co-worker, Howard demonstrated his ability to lead as well as follow. | 3 |
| **COLLABORATION: We value teamwork - working together to achieve common goals is the foundation of our success.**<br>• Demand/demonstrate teamwork<br>• Be flexible and responsive<br>• Think and work across boundaries<br>• Share information freely<br>• Seek input and listen | Howard functioned very well as a collaborator. He must deal with the needs and deadlines of many people. He collaborated with the Production Coordinator, the supervisors, maintenance, Unicco, etc. He found ways to minimize downtime through creative scheduling of work and multi-tasking. He displayed flexability in 2001 as he continued to perform the role of Dept. Engineer and was assigned to the Continuous Coater Project. He adapted easily and quickly. | 5 |

*See Section III

| Employee Name Howard Henry |
| --- |

## Section III – Summary of Performance

In determining the overall rating for performance, consider the following four factors:
- The ratings for results achieved (Section I)
- The ratings for demonstration of Company Values on the job (Section II)
- The impact of the employee's performance on the business
- The comparative importance of the results produced to the results produced by others in the work group

| Results Achieved ("What" was accomplished) Expected results (goals, objectives, standards) based on job responsibilities and assignments | Company Values: Behaviors Exhibited ("How" the employee worked with others) Quality, Integrity, Respect for People, Leadership, and Collaboration | Overall Rating |
| --- | --- | --- |
| **Significantly Above Target** <br> ◆ Far exceeded objectives, responsibilities, expectations | **Role Model** <br> ◆ Consistently demonstrated and inspired others to demonstrate the Company Values | 5 <br> Outstanding <br> ☐ |
| **Above Target** <br> ◆ Exceeded objectives, responsibilities, expectations | **Accomplished** <br> ◆ Consistently demonstrated the Company Values | 4 <br> Exceeds Expectations <br> ☒ |
| **On Target** <br> ◆ Met objectives, responsibilities, expectations | **Skilled** <br> ◆ Frequently demonstrated most of the Company Values | 3 <br> Solid Performer <br> ☐ |
| **Below Target** <br> ◆ Did not fully meet key objectives, responsibilities, expectations | **Needs Development** <br> ◆ Demonstrated Company Values, but requires improvement in some key areas | 2 <br> Needs Improvement <br> ☐ |
| **Significantly Below Target** <br> ◆ Did not accomplish most objectives, responsibilities, expectations <br> ◆ *Immediate and sustained performance improvement required to remain in position* | **Needs Significant Improvement** <br> ◆ Rarely demonstrated key Company Values and/or displayed inappropriate work behavior <br> ◆ *Immediate and sustained performance improvement required to remain in position* | 1 <br> Unsatisfactory <br> ☐ |

### Manager's Comments on Performance

Howard grew as a Production Engineer this year. He was exposed to many more projects and disciplines than he was in 2000. Among his accomplishments this year were: Installed new agitators in the solutions tanks, engineered new discharge chutes in Coating, installation and start up of the Fettes, installed Bin Logs on the Littleford Bins, installed chart recorders on the 4th floor, construction of the Sodium Selenate room, participated in the Vertical Cell Startup, help define and write the job description for the Maintenance Engineer, and became a key member of the Continuous Coater startup team. He was assigned the task of writing all the SOPs and SOIs for the new coater and took several business trips to insure the smooth installation and startup of the unit. Howard established himself as a key member of LCH's management staff and his performance exceeded expectation in 2001. His technical expertise, flexability and teamwork - plus he's just a all around nice guy - made him invaluable to the division and an asset to the company.

D-00151

| Employee Name Howard Henry |
| --- |

## Section IV - Employee Comments

## Section V - Required Signatures

Howard Henry            12 / 12 / 01
**Employee's Signature**           **Date**

Signature indicates you have seen, reviewed, and discussed this appraisal with your Manager.

Walter Wardrop            12/11/01
**Manager's Signature**           **Date**

Jack Riley            12/11/01
**Next Level of Review (Signature and Title)**      **Date**

Comments (optional):

                12/21/01
**Human Resources (If / as required by Business Division)**     **Date**

D-00152

**CONFIDENTIAL**

## Section VI – Performance Planning - Next Review Period

Employee's Name _____     Review Period _____

Employee's Job Title _____     Division / Department _____

Manager's Name _____     Title _____

## Section VII – Performance Objectives/ Responsibilities

| Performance Objectives, Responsibilities, Expectations |
|---|
| Quality Objective (Required): |
| |
| |
| |
| |
| |
| |
| |
| |

## Section VIII – Focus on Development

| |
|---|
| 1. Identify areas for development that are critical for accomplishing next year's Performance Objectives, Responsibilities, Expectations |
| |
| |
| |
| 2. Create a detailed development plan and discuss with your Manager by (date) _____ |

Signature & Date:


Employee _____     Manager _____     Next Level _____


**D-00153**

**CONFIDENTIAL**

**10**

# Wyeth

**Pharmaceuticals & Research**

Exempt/Nonexempt
(US & PR)

CONFIDENTIAL

## PERFORMANCE APPRAISAL

| Howard Henry | Review Period | 1/1/02 | 12/31/02 |
|---|---|---|---|
| Employee's Name | | From | To |

Employee's Social Security Number

☐ Check this box if this Performance Plan and Appraisal is being prepared for a new employee or for an employee who is new to their current assignment ("new" = less than six months in current assignment).

*PLEASE BE INFORMED THAT YOUR PERFORMANCE APPRAISAL MEASURES YOUR JOB PERFORMANCE ONLY. THE FACT THAT THE COMPANY APPRAISES YOUR PERFORMANCE NEITHER GUARANTEES NOR PROMISES EMPLOYMENT FOR ANY DEFINITE PERIOD OF TIME. YOUR EMPLOYMENT IS "AT WILL" AND YOU HAVE THE RIGHT TO TERMINATE YOUR EMPLOYMENT AT ANY TIME AND WYETH AND ITS RELATED COMPANIES RETAIN A SIMILAR RIGHT.*

| Production Engineer | Manufacturing / Dept. 640 – Train 1 |
|---|---|
| Employee's Job Title | Division / Department |

| Walter Wardrop | Associate Director of Manufacturing |
|---|---|
| Appraiser's Name | Title |

## Section I – Performance Objectives/ Responsibilities and Results

(*See Section III for Ratings Definitions)

| A. Performance Objectives, Responsibilities, Expectations     (SEE ATTACHED) | B. Results Achieved     (SEE ATTACHED) | C. Rating (1-5)* |
|---|---|---|
| Writing of CTC SOP's | See Attached | 4 |
| On-time startup of the CTC | See Attached | 4 |
| Train operators in operation and cleaning of the CTC | See Attached | 4 |
| Optimize equipment uptime and utilization | See Attached | 4 |
| Monthly Attainment | See Attached | 4 |
| To identify a Special Project of his own choosing based on departmental needs and compliance guidelines [within the span of his control] to devise and complete. | Howard never identified or completed a "Special Project, as assigned, despite several reminders. | 2 |
| *MANDATORY FOR THOSE WHO MANAGE OTHERS:* Prepared and conducted with each direct report a Performance Appraisal Discussion, Objective Setting Meeting and Developmental Plan Meeting | Prepared 2002 goals and objectives with Howard at the beginning of the year and conducted quarterly reviews. | 3 |

D-00154

**CONFIDENTIAL**

**Employee Name:  Howard Henry**

## Section II – Company Values: Work Behaviors Exhibited
### (*See Section III for Ratings Definitions)

| Values | Specific observations related to Company Values, including areas of strength and opportunities for development. | Rating* (1-5) |
|---|---|---|
| **QUALITY:  We are committed to excellence - in the results we achieve and in how we achieve them.**<br>• Do your job right every time<br>• Focus on what's important<br>• Strive for continuous improvement<br>• Think strategically and execute flawlessly | As the Department Engineer, Howard was responsible for assuring that the equipment produced a Quality product.  To this end, Howard responded to calls for assistance 24/7, often coming in during the night and weekends.  Upon startup of the CTC, Howard helped eliminate the chipping and flaking problems that were identified in the early runs. | 4 |
| **INTEGRITY:  We do what is right for our customers, our communities, our shareholders and ourselves.**<br>• Take responsibility for your actions<br>• Follow through on commitments<br>• Communicate in an open, honest and authentic manner<br>• Respect confidentiality | Howard always tried to do what was best for the business, to the point of personal sacrifice.  To get the CTC started on time, he worked all night to complete tasks and assignments.  He worked the off shifts at my request to assure that the off shifts received the same level of training and attention that the day shift received. | 4 |
| **RESPECT FOR PEOPLE:  We promote a diverse culture and an environment of mutual respect for our employees, our customers and our communities.**<br>• Treat others with dignity and respect<br>• Embrace and encourage new ideas<br>• Cultivate talents of others/self<br>• Reward/recognize contributions of others<br>• Celebrate achievements of team/others | Howard was well liked and respected because of his experience, job knowledge and the way he treated everyone with respect.  He publicly recognized people's achievements and acknowledged the contributions of others.  He was respectful of those he worked with, as well as the organization itself. | 4 |
| **LEADERSHIP:  We value people at every level who lead by example, take pride in what they do and inspire others.**<br>• Be a role model<br>• Approach your job with passion and conviction<br>• Bring out the best in people<br>• Anticipate and adapt to change<br>• Demonstrate personal initiative<br>• Promote innovative thinking | Howard had no direct reports, but he led several teams including supervisors, operators and members of other disciplines.  He demonstrated initiative and was passionate about his work, and tried to install that passion in others. | 4 |
| **COLLABORATION:  We value teamwork – working together to achieve common goals is the foundation of our success.**<br>• Demand/demonstrate teamwork<br>• Be flexible and responsive<br>• Think and work across boundaries<br>• Share information freely<br>• Seek input and listen | Howard collaborated very well with a variety of disciplines to startup and optimize the CTC.  He interacted with supervisors, managers, engineers, support groups and vendors, among others.  He maintained an excellent working relationship with all involved and did so with enthusiasm, energy and professionalism.  He interacted especially well with the operators, seeking their input and collaboration from the beginning of the project. | 5 |

D-00155

**CONFIDENTIAL**

**Employee Name: Howard Henry**

## Section III – Summary of Performance

In determining the overall rating for performance, consider the following four factors:

- Ratings for results achieved - Section I
- Ratings for demonstration of Company Values on the job - Section II  (How results were achieved is as important as what was accomplished.)
- Impact of the employee's performance on the business
- The comparative importance of the results produced to the results produced by others in the work group

| Results Achieved ("What" was accomplished) Expected results (goals, objectives, standards) based on job responsibilities and assignments | Company Values: Behaviors Exhibited ("How" the employee worked with others) Quality, Integrity, Respect for People, Leadership, and Collaboration | Overall Rating |
|---|---|---|
| **Significantly Above Target**<br>• Far exceeded objectives, responsibilities, expectations | **Role Model**<br>• Consistently demonstrated and inspired others to demonstrate the Company Values | **5**<br>**Outstanding**<br>☐ |
| **Above Target**<br>• Exceeded objectives, responsibilities, expectations | **Accomplished**<br>• Consistently demonstrated the Company Values | **4**<br>**Exceeds Expectations**<br>☒ |
| **On Target**<br>• Met objectives, responsibilities, expectations | **Skilled**<br>• Frequently demonstrated most of the Company Values | **3**<br>**Solid Performer**<br>☐ |
| **Below Target**<br>• Did not fully meet key objectives, responsibilities, expectations | **Needs Development**<br>• Demonstrated Company Values, but requires improvement in some key areas | **2**<br>**Needs Improvement**<br>☐ |
| **Significantly Below Target**<br>• Did not accomplish most objectives, responsibilities, expectations<br>• *Immediate and sustained performance improvement required to remain in position* | **Needs Significant Improvement**<br>• Rarely demonstrated key Company Values and/or displayed inappropriate work behavior<br>• *Immediate and sustained performance improvement required to remain in position* | **1**<br>**Unsatisfactory**<br>☐ |

### Manager's Comments on Performance

Howard was an "Accomplished" performer that consistently demonstrated the Company Values. His primary responsibility this year was the startup and optimization of the Continuous Coater (CTC). The CTC did start on time and Howard spent the remainder of the year resolving problems that were identified, including, tablet chipping, flaking, batch accountability, cleaning verification, operator training, etc. Several more projects are on-going, including next year's goals of a "single-pass" operation and "splitting" the CTC. Howard worked hard this year to achieve all the goals set for the CTC, demonstrating flexibility and dependability. Howard has been effective in achieving the goals set for him and he did so with enthusiasm, dedication, innovation and teamwork. Additionally, he is engaged in transferring his knowledge of the CTC to the Vertical Cell supervisors so that he can eventually hand off full accountability for running the unit to the functional area supervisors.

D-00156

---

**Employee Name:  Howard Henry**

## Section IV – Employee Comments

## Section V – Required Signatures

Employee's Signature                                     Date  1/22/03

Howard Henry

Signature indicates you have seen, reviewed, and discussed this appraisal with your Manager.

Manager's Name / Signature                               Date  1/22/03

Walter Wardrop

Next Level of Review (Signature and Title)               Date  1/23/03

Andrew Schaschl, Director of Manufacturing

Comments (optional):

Human Resources (H / as required by Business Division)   Date  1/24/03

D-00157

**CONFIDENTIAL**

## Section VI – Performance Planning - Next Review Period

Employee's Name _____          Review Period _____

Employee's Job Title _____          Division / Department _____

Manager's Name _____          Title _____

## Section VII – Performance Objectives/ Responsibilities

| Performance Objectives, Responsibilities, Expectations |
| --- |
| |
| |
| |
| |
| |
| |
| |
| |

## Section VIII – Focus on Development

| 1.  Identify areas for development that are critical for accomplishing next year's Performance Objectives, Responsibilities, Expectations |
| --- |
| |
| |
| |
| 2.  Create a detailed development plan and discuss with your Manager by (date) _____ . |

**Signature & Date:**

Employee _____     Manager _____     Next Level _____

**D-00158**

**CONFIDENTIAL**