**11**

**MID-YEAR REVIEW 2003**

Employee:              **Howard Henry**
Current Job Title:     Production Engineer, Labor Grade 9
Department Head:       Walter Wardrop, AD. Mfg.
Department:            Train 1, Dept. 640
Date Conducted:        9/3/03

## Positives:

- Entered more than 556 Maximo request YTD – to respond to equipment and housekeeping issues and Audit findings. Worked with the supervisors to close out "Zone Management" observations.
- Worked weekday and weekend overtime as required to support the CTC operation, complete the CTC Cleaning Verification and train the operators.
- Lent support to the supervisors as needed in the CTC – greater dependency on Howard since Paul Couto and Rakesh Patel (Vertical Cell Supervisors) left.
- Member of the CTC Ergonomic Team: worked on resolving ergonomic issues in the production area and improve the overall safety of the operation.
- Member of "CTC Accountability Team" and "CTC Weekly Review Team."
- Responded to off-shift emergencies, as needed.
- Managed all PMO's for Train 1 equipment.
- Completed Phase I of installing protective plastic sheeting above and behind the CTC solution tanks. Phase II to complete in 3Q03.
- CTC solution tank platforms and ladders installed.
- CTC Single Pass Project in process. Trial batch completed in August; Demo and Validation batches scheduled for 3rd and 4th Q03.

## Areas to Focus for Remainder of 2003

- Projects in-process (established in Goals) that need to be completed by year's end:
  - Establish PMO timelines
  - Install shear mixers in solution tanks
  - Increase the dust collection fan speed on Weigh Belt
  - Fabricate, test and purchase dust removal system for the CTC
  - Complete installation of plastic sheeting around CTC solution tanks
  - Revise SOP's as needed for Single Pass Centrum in the CTC
  - Redesign Best Shaker to prevent foreign objects from entering the blender
  - Participate in all remaining CTC projects, as assigned

- Improve attendance. 11 Absences YTD (9 Sick Days, 2 Snow Days)
- Re-establish a formal tracking sheet for reporting and documenting work performed, progress YTD, timelines, tasks completed and delays encountered, etc. and conduct a monthly review with the Dept. Manager.
- Continue to focus on delivering projects, tasks, Action Items, Change Controls, Commitments, etc. on or ahead of schedule.

D-00176

CONFIDENTIAL

- As discussed, when preparing the end-of-year, final 2003 Goals, quantify and be specific on accomplishments; i.e. financial impact, labor saved, costs reduced, safety upgrades, etc. The Goals need to be a result-driven, cause-and-effect summary of work performed and value-added to the business.

- Howard's primary responsibilities this year have centered on the CTC and managing the day-to-day Train 1 Maintenance issues. Moving forward, Howard will concentrate on enhancing his "Leadership" skills by taking *ownership* of the CTC issues and will become the single point of contact for all CTC activities -- productivity and optimization. Consequently, Howard also agreed to assume the leadership role and responsibilities for the "Weekly CTC Review Meeting." He will be the driving force to bring closure to the ongoing CTC problems, such as the OOS Accountability and excessive [unplanned] downtime. Excessive downtime is contributing to higher costs, overtime and adversely affects production planning. The ultimate goal is ensure the dependability of the CTC equipment and process. He will continue to work with the supervisors to enhance operator training and manage the [operator] turnover as rotation increases. Developmentally, Howard will pursue leadership opportunities, identify career goals and undertake new projects that enhance and further his career.

  Overall, Howard is a "Solid Performer."

**Also Discussed:**

- Reports from the Medical Dept. that when he goes for his Allergy shots, he has been observed there for an extended period of time (up to 1 ½ hours) and was seen entering and exiting an "unauthorized" area.
    - Response: He was using the Men's Room and he also brought work with him and lost track of time.

- Howard works scheduled overtime, but I received reports that he did not respond to pages.
    - Response: He leaves his pager on and responded to all pages he received. He is aware that it is part of his job to respond to emergencies and he often calls in to check the status of the operation before going to bed and will continue that practice. On 9/4/03 I received a message from Carol Burke stating that the 2-way pager system is **not** working correctly. She said new equipment is being installed to improve service. Since the system is not working, it is likely that Howard did not receive the pages.

| Howard Henry | Date | Walter Wardrop | Date |
|---|---|---|---|

D-00177

CONFIDENTIAL

**12**

# Wyeth

**Pharmaceuticals & Research**

Exempt/Nonexempt
(US & PR)

*Review* **CONFIDENTIAL**

## PERFORMANCE APPRAISAL

**Howard Henry**
Employee's Name

| | | |
|---|---|---|
| Review Period | **1/1/03**<br>From | **12/31/03**<br>To |

Employee's Social Security Number

☐ Check this box if this Performance Plan and Appraisal is being prepared for a new employee or for an employee who is new to their current assignment ("new" = less than six months in current assignment).

*PLEASE BE INFORMED THAT YOUR PERFORMANCE APPRAISAL MEASURES YOUR JOB PERFORMANCE ONLY. THE FACT THAT THE COMPANY APPRAISES YOUR PERFORMANCE NEITHER GUARANTEES NOR PROMISES EMPLOYMENT FOR ANY DEFINITE PERIOD OF TIME. YOUR EMPLOYMENT IS "AT WILL" AND YOU HAVE THE RIGHT TO TERMINATE YOUR EMPLOYMENT AT ANY TIME AND WYETH AND ITS RELATED COMPANIES RETAIN A SIMILAR RIGHT.*

**Production Engineer**
Employee's Job Title

**Manufacturing / Dept. 640 – Train 1**
Division / Department

**Walter Wardrop**
Appraiser's Name

**Associate Director of Manufacturing**
Title

## Section 1 – Performance Objectives/ Responsibilities and Results
(*See Section III for Ratings Definitions)

| A. Performance Objectives, Responsibilities, Expectations  (SEE ATTACHED) | B. Results Achieved  (SEE ATTACHED) | C. Rating (1-5)* |
|---|---|---|
| Maintain equipment performance by executing the following tasks | • Initiated Maximo Requests<br>• Responded to off shift emergencies<br>• Provided off-shift coverage<br>• Initiated and Closed Change Controls<br>• Created Capital Job Requisitions<br>• Established PMO timelines,<br>• Improved PMO execution by updating and improving existing PMO's. | 4 |
| Maintenance Zone Support | Achieved – submitted Maximo request weekly to support supervisors. | 3 |
| Train operators in operation and cleaning of the CTC; support CTC operation, as needed. | Achieved – Trained and re-trained operators, as needed on all shifts. | 4 |
| Successful completion of the CTC Cleaning Qualification | Done | 3 |
| Monthly Attainment: | Achieved | 3 |
| Special Projects | Howard is on the Single-Pass CTC, CTC Accountability and CTC Weekly Review teams, as well as participates in other regularly scheduled meetings. | 3 |
| *MANDATORY FOR THOSE WHO MANAGE OTHERS:* Prepared and conducted with each direct report a Performance Appraisal Discussion, Objective Setting Meeting and Developmental Plan Meeting | Prepared 2003 goals and objectives with Howard at the beginning of the year and conducted mid-year review on 9/4/03. | 3 |

Howard Henry Perf. Review'03

Contact: Local Human Resources

1

Employee Name:  Howard Henry

## Section II – Company Values: Work Behaviors Exhibited

(*See Section III for Ratings Definitions)

| Values | Specific observations related to Company Values, including areas of strength and opportunities for development. | Rating* (1-5) |
|---|---|---|
| **QUALITY:  We are committed to excellence - in the results we achieve and in how we achieve them.**<br>• Do your job right every time<br>• Focus on what's important<br>• Strive for continuous improvement<br>• Think strategically and execute flawlessly | As the Department Engineer, Howard was responsible for assuring that the equipment produced a Quality product.  He responded to calls for assistance on off-shifts and weekends.  Howard continued to focus on improving the quality of the tablets coated in the CTC, optimizing the unit and process. | 4 |
| **INTEGRITY:  We do what is right for our customers, our communities, our shareholders and ourselves.**<br>• Take responsibility for your actions<br>• Follow through on commitments<br>• Communicate in an open, honest and authentic manner<br>• Respect confidentiality | Howard displayed integrity in his performance and behavior.  However, by the definition provided to the left, he needed to focus on following through on commitments in a more timely fashion.  Work was occasionally turned in late and projects completed later than planned -- often requiring manager intervention to complete. | 3 |
| **RESPECT FOR PEOPLE:  We promote a diverse culture and an environment of mutual respect for our employees, our customers and our communities.**<br>• Treat others with dignity and respect<br>• Embrace and encourage new ideas<br>• Cultivate talents of others/self<br>• Reward/recognize contributions of others<br>• Celebrate achievements of team/others | Howard was always respectful in his interactions with others, regardless of their role in the organization.  He had a particularly good bond with the operators. | 5 |
| **LEADERSHIP:  We value people at every level who lead by example, take pride in what they do and inspire others.**<br>• Be a role model<br>• Approach your job with passion and conviction<br>• Bring out the best in people<br>• Anticipate and adapt to change<br>• Demonstrate personal initiative<br>• Promote innovative thinking | Howard had no direct reports -- most often assuming a collaborative role when working with others.  He made more of an attempt this year to develop leadership skills by assuming the lead role in the Weekly CTC Review Meeting, at my request. | 3 |
| **COLLABORATION:  We value teamwork - working together to achieve common goals is the foundation of our success.**<br>• Demand/demonstrate teamwork<br>• Be flexible and responsive<br>• Think and work across boundaries<br>• Share information freely<br>• Seek input and listen | Howard collaborated well with others.  The only complaint I ever receive about Howard related to the timeliness of his reporting and completing tasks by their original due date.  He is very good at the 'relationship' aspect of collaboration, but needed to focus on supporting the goals of the team by submitting work according to the timetable. | 3+ |

**CONFIDENTIAL**

**EEOC 0052**

Employee Name: Howard Henry

## Section III – Summary of Performance

In determining the overall rating for performance, consider the following four factors:

♦ Ratings for results achieved - Section I
♦ Ratings for demonstration of Company Values on the job - Section II  (How results were achieved is as important as what was accomplished.)
♦ Impact of the employee's performance on the business
♦ The comparative importance of the results produced to the results produced by others in the work group

| Results Achieved ("What" was accomplished) Expected results (goals, objectives, standards) based on job responsibilities and assignments | Company Values: Behaviors Exhibited ("How" the employee worked with others) Quality, Integrity, Respect for People, Leadership, and Collaboration | Overall Rating |
|---|---|---|
| **Significantly Above Target**<br>♦ Far exceeded objectives, responsibilities, expectations | **Role Model**<br>♦ Consistently demonstrated and inspired others to demonstrate the Company Values | 5<br>Outstanding<br>☐ |
| **Above Target**<br>♦ Exceeded objectives, responsibilities, expectations | **Accomplished**<br>♦ Consistently demonstrated the Company Values | 4<br>Exceeds Expectations<br>☐ |
| **On Target**<br>♦ Met objectives, responsibilities, expectations | **Skilled**<br>♦ Frequently demonstrated most of the Company Values | 3<br>Solid Performer<br>☒ |
| **Below Target**<br>♦ Did not fully meet key objectives, responsibilities, expectations | **Needs Development**<br>♦ Demonstrated Company Values, but requires improvement in some key areas | 2<br>Needs Improvement<br>☐ |
| **Significantly Below Target**<br>♦ Did not accomplish most objectives, responsibilities, expectations<br>♦ *Immediate and sustained performance improvement required to remain in position* | **Needs Significant Improvement**<br>♦ Rarely demonstrated key Company Values and/or displayed inappropriate work behavior<br>♦ *Immediate and sustained performance improvement required to remain in position* | 1<br>Unsatisfactory<br>☐ |

## Manager's Comments on Performance

Howard's primary goal this year focused on running the CTC and optimizing the equipment and process. Much work has been done and improvements seen, but not all goals have been achieved. Howard did a good job supporting the business on all three shifts, especially stepping up to fill the vacancy left by the two departing Vertical Cell Supervisors. At our mid-year review we discussed developmental issues that would enhance his performance, including his "leadership" role in the organization, assuming "single-point-of-contact" responsibility for the CTC, and better reporting. Subsequently, Howard demonstrated improved diligence in taking ownership of the CTC problems, including heading the Weekly Review Meeting. However, the timeliness of completing assignments still needs improvement. For example, he did not submit his Self-Appraisal or 2003 Goals for consideration in this review – even after 2 written requests. Howard was a "Solid Performer" who is a valued member of my team and would benefit from better reporting, attention to deadlines.

**CONFIDENTIAL**

**EEOC 0053**

**Employee Name:  Howard Henry**

## Section IV - Employee Comments

## Section V - Required Signatures

**Employee's Signature**                                             Date

Howard Henry

Signature indicates you have seen, reviewed, and discussed this appraisal with your Manager.

**Manager's Name / Signature**                                     Date

Walter Wardrop

**Next Level of Review (Signature and Title)**              Date

Andrew Schaschl, Director of Manufacturing

Comments (optional):

**Human Resources (if / as required by Business Division)**    Date

**CONFIDENTIAL**          **EEOC 0054**

13

# Wyeth

**Pharmaceuticals & Research**

Exempt/Nonexempt
(US & PR)

CONFIDENTIAL

## PERFORMANCE APPRAISAL

| | | 1/1/03 | 12/31/03 |
|---|---|---|---|
| **Howard Henry** | Review Period | From | To |
| Employee's Name | | | |

Employee's Social Security Number

☐ Check this box if this Performance Plan and Appraisal is being prepared for a new employee or for an employee who is new to their current assignment ("new" = less than six months in current assignment).

*PLEASE BE INFORMED THAT YOUR PERFORMANCE APPRAISAL MEASURES YOUR JOB PERFORMANCE ONLY. THE FACT THAT THE COMPANY APPRAISES YOUR PERFORMANCE NEITHER GUARANTEES NOR PROMISES EMPLOYMENT FOR ANY DEFINITE PERIOD OF TIME. YOUR EMPLOYMENT IS "AT WILL" AND YOU HAVE THE RIGHT TO TERMINATE YOUR EMPLOYMENT AT ANY TIME AND WYETH AND ITS RELATED COMPANIES RETAIN A SIMILAR RIGHT.*

| **Production Engineer** | **Manufacturing / Dept. 640 – Train 1** |
|---|---|
| Employee's Job Title | Division / Department |

| **Walter Wardrop** | **Associate Director of Manufacturing** |
|---|---|
| Appraiser's Name | Title |

## Section I – Performance Objectives/ Responsibilities and Results
### (*See Section III for Ratings Definitions)

| A. Performance Objectives, Responsibilities, Expectations | B. Results Achieved | C. Rating (1-5)* |
|---|---|---|
| Maintain equipment performance by executing the following tasks | • Initiated Maximo Requests<br>• Responded to off shift emergencies<br>• Provided off-shift coverage<br>• Initiated and Closed Change Controls<br>• Created Capital Job Requisitions<br>• Established PMO timelines.<br>• Improved PMO execution by updating and improving existing PMO's. | 4 |
| Maintenance Zone Support | Achieved – submitted Maximo requests weekly to support supervisors. | 3 |
| Train operators in operation and cleaning of the CTC; support CTC operation, as needed. | Achieved - Trained and re-trained operators, as needed on all shifts. | 4 |
| Successful completion of the CTC Cleaning Qualification | Achieved (Team Effort) | 3 |
| Monthly Attainment: | Achieved (Team Effort) | 3 |
| Special Projects | Howard is on the Single-Pass CTC, CTC Accountability and CTC Weekly Review teams, as well as participates in other regularly scheduled meetings. | 3 |
| *MANDATORY FOR THOSE WHO MANAGE OTHERS*: Prepared and conducted with each direct report a Performance Appraisal Discussion, Objective Setting Meeting and Developmental Plan Meeting | Prepared 2003 goals and objectives with Howard at the beginning of the year and conducted mid-year review on 9/4/03. | 3 |

**D-00165**

**Employee Name:  Howard Henry**

## Section II – Company Values: Work Behaviors Exhibited
### (*See Section III for Ratings Definitions)

| Values | Specific observations related to Company Values, including areas of strength and opportunities for development. | Rating* (1-5) |
|---|---|---|
| **QUALITY:  We are committed to excellence - in the results we achieve and in how we achieve them.**<br>• Do your job right every time<br>• Focus on what's important<br>• Strive for continuous improvement<br>• Think strategically and execute flawlessly | As the Department Engineer, Howard was responsible for assuring that the equipment produced a Quality product.  He responded to calls for assistance on off-shifts and weekends.  Howard continued to focus on improving the quality of the tablets coated in the CTC, optimizing the unit and process. | 4 |
| **INTEGRITY:  We do what is right for our customers, our communities, our shareholders and ourselves.**<br>• Take responsibility for your actions<br>• Follow through on commitments<br>• Communicate in an open, honest and authentic manner<br>• Respect confidentiality | Howard displayed integrity in his performance and behavior and followed through on commitments | 3 |
| **RESPECT FOR PEOPLE:  We promote a diverse culture and an environment of mutual respect for our employees, our customers and our communities.**<br>• Treat others with dignity and respect<br>• Embrace and encourage new ideas<br>• Cultivate talents of others/self<br>• Reward/recognize contributions of others<br>• Celebrate achievements of team/others | Howard was always respectful in his interactions with others, regardless of their role in the organization.  He had a particularly good bond with the operators. | 5 |
| **LEADERSHIP:  We value people at every level who lead by example, take pride in what they do and inspire others.**<br>• Be a role model<br>• Approach your job with passion and conviction<br>• Bring out the best in people<br>• Anticipate and adapt to change<br>• Demonstrate personal initiative<br>• Promote innovative thinking | Howard had no direct reports.  However, he did display leadership qualities in his dealings with the operators and by assuming the lead role in the Weekly CTC Review Meeting, at my request. | 3 |
| **COLLABORATION:  We value teamwork - working together to achieve common goals is the foundation of our success.**<br>• Demand/demonstrate teamwork<br>• Be flexible and responsive<br>• Think and work across boundaries<br>• Share information freely<br>• Seek input and listen | Howard collaborated well with others and participated on many teams. | 3+ |

D-00166

**CONFIDENTIAL**

**Employee Name: Howard Henry**

## Section III – Summary of Performance

In determining the overall rating for performance, consider the following four factors:

♦ Ratings for results achieved - Section I
♦ Ratings for demonstration of Company Values on the job - Section II  (How results were achieved is as important as what was accomplished.)
♦ Impact of the employee's performance on the business
♦ The comparative importance of the results produced to the results produced by others in the work group

| Results Achieved ("What" was accomplished) Expected results (goals, objectives, standards) based on job responsibilities and assignments | Company Values: Behaviors Exhibited ("How" the employee worked with others) . Quality, Integrity, Respect for People, Leadership, and Collaboration | Overall Rating |
|---|---|---|
| **Significantly Above Target** <br> ♦ Far exceeded objectives, responsibilities, expectations | **Role Model** <br> ♦ Consistently demonstrated and inspired others to demonstrate the Company Values | 5 <br> **Outstanding** <br> ☐ |
| **Above Target** <br> ♦ Exceeded objectives, responsibilities, expectations | **Accomplished** <br> ♦ Consistently demonstrated the Company Values | 4 <br> **Exceeds Expectations** <br> ☐ |
| **On Target** <br> ♦ Met objectives, responsibilities, expectations | **Skilled** <br> ♦ Frequently demonstrated most of the Company Values | 3 <br> **Solid Performer** <br> ☒ |
| **Below Target** <br> ♦ Did not fully meet key objectives, responsibilities, expectations | **Needs Development** <br> ♦ Demonstrated Company Values, but requires improvement in some key areas | 2 <br> **Needs Improvement** <br> ☐ |
| **Significantly Below Target** <br> Did not accomplish most objectives, responsibilities, expectations <br> ♦ *Immediate and sustained performance improvement required to remain in position* | **Needs Significant Improvement** <br> ♦ Rarely demonstrated key Company Values and/or displayed inappropriate work behavior <br> ♦ *Immediate and sustained performance improvement required to remain in position* | 1 <br> **Unsatisfactory** <br> ☐ |

### Manager's Comments on Performance

Howard's primary goals this year focused on running the CTC and optimizing the equipment and process. Much work has been done and improvements made. Howard did a good job supporting the business on all three shifts, especially stepping up to fill the vacancy left by the two departing Vertical Cell Supervisors. At our mid-year review we discussed developmental opportunities. Subsequently, he assumed a stronger leadership role by taking the lead role in the Weekly CTC Review Meeting and by continuing to support the needs of all three shifts. Howard "Lives the Values" and adds value to the organization.

**D-00167**

**CONFIDENTIAL**

**Employee Name:  Howard Henry**

## Section IV - Employee Comments

This Performance Review was conducted with Mr. Henry on 12/17/03.  Mr. Henry disagreed with his rating, chose not to sign it and has submitted a rebuttal.   He has not submitted his 2003 Goals and Objectives or his Self-Appraisal for inclusion in this review.

## Section V - Required Signatures

**Employee's Signature**            **Date**

**Howard Henry**

Signature indicates you have seen, reviewed, and discussed this appraisal with your Manager.

**Manager's Name / Signature**      **Date** 1/16/04

**Walter Wardrop**

**Next Level of Review (Signature and Title)**      **Date** 1/16/04

**Andrew Schaschl, Director of Manufacturing**

Comments (optional):

**Human Resources (If / as required by Business Division)**      **Date** 1/16/04

*This review was given to Howard during a meeting in my office on 1/16/04. Howard refused to sign and did not take the document. JR*

D-00168

**CONFIDENTIAL**

## Section VI – Performance Planning - Next Review Period

Employee's Name _____    Review Period _____

Employee's Job Title _____    Division / Department _____

Manager's Name _____    Title _____

## Section VII – Performance Objectives/ Responsibilities

| Performance Objectives, Responsibilities, Expectations |
|---|
| |
| |
| |
| |
| |
| |
| |
| |
| |

## Section VIII – Focus on Development

1. Identify areas for development that are critical for accomplishing next year's Performance Objectives, Responsibilities, Expectations

_____
_____
_____

2. Create a detailed development plan and discuss with your Manager by (date) _____.

Signature & Date:

Employee _____    Manager _____    Next Level _____

**D-00169**

**CONFIDENTIAL**

**14**

**2004 QUARTERLY REVIEW – 1st Quarter**

**Howard Henry – Production Engineer**

**Strengths:**
- Very familiar with operations of CTC equipment in vertical cell
- Works well with team members in department and with Maintenance personnel

**Working Projects:**
- Predictive Maintenance Plan – Submitted late, received on 4/21/04
  - Tasks assigned w/ due dates

- Preventive Maintenance Plan - Submitted on time 4/30/04
  - Tasks assigned w/ due dates

- Equipment Classification Plan- Submitted on time 4/30/04
  - Tasks Assigned w/due dates

- SOP Review Timeline
  - 12 SOPs due by end of 2nd Quarter

**Areas of improvement:**
- Adopting a greater sense of a "take charge"/proactive attitude as it relates to equipment and equipment maintenance
  - Enhance follow-up with Maintenance on monthly/weekly PMO Schedule
  - Enhance follow-up with Maintenance on work orders older than 90 days

- Improvement on follow-up on pending issues
  - Manage completion of tasks prior to due date

- Expand breadth of knowledge on department equipment
  - Fette/Stokes Tablet Presses, Dust Collectors, Air Handlers, control systems

- Developing and implementing project timelines
  - Integrate with MicroSoft Project
  - Forecasting due dates and deadlines commensurate with project objectives

This document was reviewed with Howard Henry on _____


_____

Howard Henry

# PPU #1 2004 Goals and Objectives

**Name: Howard Henry**

| # | Category | Q1 Results | Q2 Results | Q3 Results | Q4 Results | Rating | Score |
|---|----------|-----------|-----------|-----------|-----------|--------|-------|
| | REGULATORY READINESS | | | | | | |
| 1 | Animal-Derived Raw Materials | | | | | | |
| 2 | Enhance Maintenance Zone Mgt. Program | | | | | | |
| 2a | Set-Up and Maintain Equipment/Operation Manuals | On Track | | | | | |
| 2b | Manage Maintenance Work Order Backlog | On Track | | | | | |
| 2c | Maintain PM and Calibration Requirements | To be worked on | | | | | |
| 2d | Manage Master Equipment List | To be worked on | | | | | |
| 2e | Coordinate and Maintain PM/Work Schedule (Plan/Act) | On Track | | | | | |
| 3 | Validate Packaging Lines 5,8,9 | | | | | | |
| 4 | Reduce Overdue SOP's and CCR's | To be worked on | | | | | |
| | EASIER TO DO THE RIGHT THING | | | | | | |
| 5 | Implement DS Conformance Standards | | | | | | |
| 6 | Identify 2 Perf. Issues and Develop Plan to Remediate | To be worked on | | | | | |
| 7 | Skill Blocks & Improve Training Program | | | | | | |
| 8 | Process Flow Mapping | On Track | | | | | |
| | HAVING THE RIGHT PEOPLE | | | | | | |
| 9 | Improve Recruitment Process | To be worked on | | | | | |
| 10 | Cross-train in Critical Positions | To be worked on | | | | | |
| | ENERGIZE THE WORKFORCE | | | | | | |
| 11 | Employee Empowerment | | | | | | |
| 12 | More focus on Rewards & Recognition | To be worked on | | | | | |
| 13 | Communicate and Reward Accomplishments | To be worked on | | | | | |
| | NETWORK | | | | | | |
| 14 | Align/Collaborate with Other Sites | | | | | | |
| 15 | Project Collaboration with other Sites | | | | | | |
| 16 | Support the Network as needed and as able | To be worked on | | | | | |
| | PRODUCTIVITY | | | | | | |
| 17 | Align Manufacturing with Packaging | To be worked on | | | | | |
| 18 | Complete the Skid Weighing Project | | | | | | |
| 19 | Overhead Feed to Packaging | To be worked on | | | | | |
| 20 | Single Pass Centrum in CTC #1 | | | | | | |
| 20a | e) Process Flow Mapping | On Track | | | | | |
| 21 | Single Pass Silver in CTC #2 | To be worked on | | | | | |
| | TECHNOLOGY/IT | | | | | | |
| 22 | Identify and adopt at least 1 new Mfg. Innovation | To be worked on | | | | | |
| 23 | Establish Guidelines for using Term Projects | | | | | | |
| 24 | Support IT Projects and Upgrades | | | | | | |
| | TOTAL | | | | | | |

2004 QUARTERLY REVIEW – Mid-Year Review

Howard Henry – Production Engineer

Working Projects:
- Predictive Maintenance Plan –
  - Need to verify receipt of vibration and lubrication list by scheduled due date
  - Missed target date of June 25, 2004 to schedule meeting with Maintenance
- Preventive Maintenance Plan -
  - Review of list not 100% completed by target date of June 25, 2004
- Equipment Classification Plan-
  - Currently on schedule to meet target completion dates
  - Review SOP 30105 for familiarity (located on LAN)
- SOP Review Timeline
  - 3 SOPs completed on time
  - 8 SOPs not completed on time
- Bin Storage Project
  - Currently all tasks on target
  - Commence joint team meetings with Bin Project Team
- CTC Single Pass Validation
  - Completed process engineering work associated with single pass validation on time
  - Need to resolve over-spray problem with Thomas Engineering

Areas of Strength:
- Increasingly pro-active in the follow-up on monthly/weekly Maintenance PMO schedule
- Commenced use of Microsoft Project to manage Bin Storage Project

Areas of improvement:
- Improvement on follow-up on pending issues
  - Manage completion of tasks to meet due dates
- Expand breadth of knowledge on department equipment
  - Fette/Stokes Tablet Presses, Dust Collectors, Air Handlers, control systems
- Developing and implementing project timelines
  - Integrate MicroSoft Project into departmental projects

This document was reviewed with Howard Henry on ____7/9/04_____

_____

Howard Henry

**1494**

# PPU #1 2004 Goals and Objectives

Name: Howard Henry

| # | Category | Q1 Results | Q2 Results | Q3 Results | Q4 Results | Rating |
|---|----------|-----------|-----------|-----------|-----------|--------|
| | **REGULATORY READINESS** | | | | | |
| 1 | Annual Derived Raw Materials | | | | | |
| 2 | Enhance Maintenance Zone Mgt. Program | | | | | |
| 2a) | Set Up and Maintain Equipment Operation Manuals | | | | | |
| 2b) | Manage Maintenance/Work Order Backlog | On Track | On Track | | | |
| 2c) | Maintain PM and Calibration Requirements | On Track | On Track | | | |
| 2d) | Manage Master Equipment List | To be worked on | To be worked on | | | |
| 2e) | Coordinate and Maintain daily Work Schedule (PM/CM) | To be worked on | To be worked on | | | |
| 3 | Validate Packaging Lines 6, 7, 8 | On Track | On Track | | | |
| 4 | Reduce Overdue SOP's and CCR's | | | | | |
| 5 | **EASIER TO DO THE RIGHT THING** | To be worked on | To be worked on | | | |
| 5 | Implement DS Conformance Standards | | | | | |
| 6 | Identify 2 Perf. Issues and Develop Plan to Remediate | | | | | |
| 7 | Skill Blocks & Improve Training Program | To be worked on | To be worked on | | | |
| 8 | Process Flow Mapping | | | | | |
| | **HAVING THE RIGHT PEOPLE** | On Track | On Track | | | |
| 9 | Improve Recruitment Process | | | | | |
| 10 | Cross-train in Critical Positions | To be worked on | To be worked on | | | |
| | **ENERGIZE THE WORKFORCE** | To be worked on | To be worked on | | | |
| 11 | Employee Empowerment | | | | | |
| 12 | More focus on Rewards & Recognition | To be worked on | To be worked on | | | |
| 13 | Communicate and Reward Accomplishments | To be worked on | To be worked on | | | |
| | **NETWORK** | To be worked on | To be worked on | | | |
| 14 | Align/Collaborate with Other Sites | | | | | |
| 15 | Respect/Collaboration with other Sites | | | | | |
| 16 | Support the Network as needed and as able | To be worked on | To be worked on | | | |
| | **PRODUCTIVITY** | | | | | |
| 17 | Align Manufacturing with Packaging | To be worked on | To be worked on | | | |
| 18 | Complete the Skid Weighing Project | | | | | |
| 19 | Overhaul Feed to Packaging | | | | | |
| 20 | Single Pass Centrum in CTC #1 | To be worked on | On Track | | | |
| 10a) | a) Process Flow Mapping | | | | | |
| 21 | Single Pass Silver in CTC #2 | On Track | On Track | | | |
| | **TECHNOLOGY/IT** | To be worked on | To be worked on | | | |
| 22 | Identify and adopt at least 1 new Mfg. Innovation | | | | | |
| 23 | Evaluate 3 Business for Long Term Projects | To be worked on | To be worked on | | | |
| 24 | Support, Upgrade and Implement | | | | | |
| | **TOTAL** | | | | | |

**15**

# Wyeth

**Pharmaceuticals &
Research**

Exempt/Nonexempt
(US & PR)

## PERFORMANCE APPRAISAL

CONFIDENTIAL

| | | | |
|---|---|---|---|
| **Howard Henry** | **1/01/2004** | **12/31/2004** | |
| Employee's Name | Review Period | From | To |

Employee's Social Security Number

☐ Check this box if this Performance Plan and Appraisal is being prepared for a new employee or for an employee who is new to their current assignment ("new" = less than six months in current assignment).

☐ Check this box if the employee is a member of a Global Brand Team, Global Development Team or TALT? *If the employee is a member, please ensure that the Team Member Review Form is attached to this appraisal.*

*PLEASE BE INFORMED THAT YOUR PERFORMANCE APPRAISAL MEASURES YOUR JOB PERFORMANCE ONLY. THE FACT THAT THE COMPANY APPRAISES YOUR PERFORMANCE NEITHER GUARANTEES NOR PROMISES EMPLOYMENT FOR ANY DEFINITE PERIOD OF TIME. YOUR EMPLOYMENT IS "AT WILL" AND YOU HAVE THE RIGHT TO TERMINATE YOUR EMPLOYMENT AT ANY TIME AND WYETH AND ITS RELATED COMPANIES RETAIN A SIMILAR RIGHT.*

| | |
|---|---|
| Production Engineer | PPU1 - Centrum Manufacturing / 1061640 |
| Employee's Job Title | Division / Department |
| Andrew S. Espejo | PPU Lead |
| Appraiser's Name | Title |

## Section I – Performance Objectives/ Responsibilities and Results
### (*See Section III for Ratings Definitions)

| A. Performance Objectives, Responsibilities, Expectations | B. Results Achieved | C. Rating (1-5)* |
|---|---|---|
| **Regulatory Readiness**<br>- Set Up and Maintain Equipment Operation Manuals<br>- Manage Maintenance Work Order Backlog<br>- Maintain PM and Calibration Requirements<br>- Manage Master Equipment List<br>- Coordinate and Maintain daily Work Schedule (PM/CM)<br>- Reduce Overdue SOP's and CCR's | Howard consistently managed the maintenance work order backlog to maintain work orders older than 90 days at an acceptable level. Project to enhance the preventive and predictive maintenance program as well as the review of the master equipment list is slightly behind schedule. Overdue SOPs have been revised and approved however are not all made effective by the end of year. All assigned Change Controls were closed on time. Howard assisted in the training of operators on revisions to cleaning checklists and operational SOPs. | 3 |
| **Easier To Do The Right Thing**<br>- Process Flow Mapping | Howard was assigned the co-lead on the Single Pass Process Flow evaluation team that met its target of developing the Single Pass Process Flow Map. | 3 |
| **Having The Right People**<br>- Cross-train in Critical Positions | As assigned Howard attended Project Management Training as well as Fette Levels 1 through 4 equipment training. | 3 |
| **Productivity**<br>- Align Manufacturing with Packaging<br>- Complete the Skid Weighing Project<br>- Overhead Feed to Packaging<br>- Bin Storage project<br>- Single Pass Centrum in CTC #1 | Howard has contributed significantly to the MFI projects in both process engineering reviews and project management of the Bin Storage Project. He has collaborated well with his team members in achieving stated goals. | 4 |

**D-00170**

**CONFIDENTIAL**

Employee Name – Howard Henry

## Section II – Company Values: Work Behaviors Exhibited
(*See Section III for Ratings Definitions)

| Values | – Specific observations related to Company Values, including areas of strength and opportunities for development. | Rating* (1-5) |
|---|---|---|
| **QUALITY: We are committed to excellence - in the results we achieve and in how we achieve them.**<br>• Do your job right every time<br>• Focus on what's important<br>• Strive for continuous improvement<br>• Think strategically and execute flawlessly | Howard consistently performs work order and preventive maintenance work order reviews in a timely and efficient manner. Howard ensures that all documents are prepared in an efficient manner. Some re-work on SOP revisions have occurred however Howard has made consistent strives to produce quality work. | 3 |
| **INTEGRITY: We do what is right for our customers, our communities, our shareholders and ourselves.**<br>• Take responsibility for your actions<br>• Follow through on commitments<br>• Communicate in an open, honest and authentic manner<br>• Respect confidentiality | Howard consistently applies his technical knowledge and shares his knowledge with team members. Howard is open to alternative solutions to his own ideas and applies them without hesitation. Howard does need to improve on setting objective dates and meeting those commitments consistently. | 3 |
| **RESPECT FOR PEOPLE: We promote a diverse culture and an environment of mutual respect for our employees, our customers and our communities.**<br>• Treat others with dignity and respect<br>• Embrace and encourage new ideas<br>• Cultivate talents of others/self<br>• Reward/recognize contributions of others<br>• Celebrate achievements of team/others | Howard has demonstrated both professional and personnel respect for all department employees as well team members. He consistently shares his knowledge and experiences with co-workers. He makes it a personnel endeavor to ensure that all team members are recognized and rewarded for their efforts. | 4 |
| **LEADERSHIP: We value people at every level who lead by example, take pride in what they do and inspire others.**<br>• Be a role model<br>• Approach your job with passion and conviction<br>• Bring out the best in people<br>• Anticipate and adapt to change<br>• Demonstrate personal initiative<br>• Promote innovative thinking | Howard's goal is to do his best at whatever he does. By communicating, leading by example, and trying to perform consistently, he improves the efforts of the colleagues around him. Howard appears comfortable receiving assignments related to his role as Production Engineer as opposed to letting enthusiasm and passion help forge the direction required to be taken in order for the department to improve the way the equipment is operated and maintained. | 3 |
| **COLLABORATION: We value teamwork - working together to achieve common goals is the foundation of our success.**<br>• Demand/demonstrate teamwork<br>• Be flexible and responsive<br>• Think and work across boundaries<br>• Share information freely<br>• Seek input and listen | Howard works very well in a team atmosphere. He is always ready to accept input from others – when he does not know something, or if he needs additional information, he asks the appropriate people. He is also willing to share his personal knowledge and experience with anyone who may benefit. He is always willing to help his colleagues when needed. | 4 |

**D-00171**

**CONFIDENTIAL**

| Employee Name – Howard Henry |
| --- |

## Section III – Summary of Performance

In determining the overall rating for performance, consider the following three factors:

- Ratings for results achieved - Section I
- Ratings for demonstration of Company Values on the job - Section II (How results were achieved is as important as what was accomplished.)
- The relative comparison of how the employee performed against his or her objectives and values to how other employees in the department and / or business unit performed against their objectives and values.

| Results Achieved ("What" was accomplished) Expected results (goals, objectives, standards) based on job responsibilities and assignments | Company Values: Behaviors Exhibited ("How" the employee worked with others) Quality, Integrity, Respect for People, Leadership, and Collaboration | Overall Rating Against individual goals relative to others' performance within the organization |
| --- | --- | --- |
| **Significantly Above Target** <br> ♦ Far exceeded objectives, responsibilities, expectations | **Role Model** <br> ♦ Consistently demonstrated and inspired others to demonstrate the Company Values | 5 <br> ☐ |
| **Above Target** <br> ♦ Exceeded objectives, responsibilities, expectations | **Accomplished** <br> ♦ Consistently demonstrated the Company Values | 4 <br> ☐ |
| **On Target** <br> ♦ Met objectives, responsibilities, expectations | **Skilled** <br> ♦ Frequently demonstrated most of the Company Values | 3 <br> ☒ |
| **Below Target** <br> ♦ Did not fully meet key objectives, responsibilities, expectations | **Needs Development** <br> ♦ Demonstrated Company Values, but requires improvement in some key areas | 2 <br> ☐ |
| **Significantly Below Target** <br> ♦ Did not accomplish most objectives, responsibilities, expectations <br> ♦ *Immediate and sustained performance improvement required to remain in position* | **Needs Significant Improvement** <br> ♦ Rarely demonstrated key Company Values and/or displayed inappropriate work behavior <br> ♦ *Immediate and sustained performance improvement required to remain in position* | 1 <br> ☐ |

| **Manager's Comments on Performance** |
| --- |
| Howard has demonstrated his technical knowledge and experience to help the department meet its expected objectives. He as accepted assignments willingly and dutifully. Setting objectives and commitment dates and meeting those dates need improvement. |

D-00172

CONFIDENTIAL

Employee Name – Howard Henry

## Section IV - Employee Comments

## Section V - Required Signatures

Employee's Signature                                      Date

Signature indicates you have seen, reviewed, and discussed this appraisal with your Manager.

_Ankush S. Espejo_                              01 / 24 / 2005
Manager's Name / Signature                                Date

_Joseph Y White_  Managing Director              01/24/05
Next Level of Review (Signature and Title)                Date

Comments (optional):

_J Rose_                                        1/24/05
Human Resources (If / as required by Business Division)   Date

Employee has refused to sign the appraisal. A Review
was conducted on Wednesday January 12, 2005 with the employee
who stated the he felt he should have been rated higher
than a "3".

_Gloria P. Spy_   01/24/2005

D-00173

CONFIDENTIAL

**16**

# GUIDE FOR PERFORMANCE IMPROVEMENT

**DATE:** 06/24/05

**TO:**

| | |
|---|---|
| Employee's Name | Howard Henry |
| Department | D640 - PPU 1 |
| Location | Pearl River |

**FROM:**

| | |
|---|---|
| Manager's Name | Max Katz |
| Department | D640 - PPU 1 |
| Location | Pearl River |

**SUBJECT:    Performance Improvement Program ("PIP")**

## STATEMENT OF CONCERNS

Your demonstrated performance (work results/job behavior) is not meeting job expectations in the following areas (I have provided examples and/or documentation where possible):

My concern is that you have repeatedly failed to meet deadlines and complete tasks in a timely manner. Some examples follow:

1. PMO Reviews- Maintenance contacted me in March 2005 to communicate that you had not been reviewing PMOs in a timely manner. PMOs need to be reviewed within 2 business days for completeness and accuracy in accordance with PPG-00000886.

2. Weekly zone checklists- There have been incidents where procedures have not been followed in a timely manner nor adverse events followed through to completion and properly reported to the PPU leader. Examples include the February and March 2005 reports where reminders were given from Andrew Espejo regarding PPG-00002060. In addition, the June 2005 report was missing checklists from other supervisors. Missing checklists require an ERF to be initiated.

3. On February 3, 2005, I sent you an email, asking you to prepare and submit a timeline for completion of work regarding Continuous Coaters. I did not receive a response or timeline from you.

4. On February 9, 2005, I sent you an email requesting you to provide me a timeline by February 16, 2005 of the steps you were taking to resolve an issue regarding %loss/%gain MIR's. I did not receive a response or timeline from you.

6. On May 19, 2005 at approximately 8:00 a.m., I sent you a "red" high priority email with 3 high priority items, which you did not open until May 20, 2005, after I had come to you to talk about the matter. The third item needed to be closed on June 3, 2005. It was your responsibility to get the document into GX Pharma in time for the item to be completed by the deadline. Several people, including the appropriate quality personnel and the PPU lead, had to stay late (past 5:00pm) on June 3 to close this item.

7. On June 6, 2005, I sent you an email requesting you to proceduralize the occurrence of a broken tool in an effort to reduce MIRs with a due date of June 27, 2005. As of June 21, 2005, you haven't opened the email.

In addition to the above, you have demonstrated an unacceptable level of attendance from January 2005 through the present. You have quadruple the number of absences (not including vacation days taken) than any other employee in the department and you often call out with very little or no notice, which greatly impacts the business's ability to operate smoothly.

**CONFIDENTIAL**                    **D-00090**

# GUIDE FOR PERFORMANCE IMPROVEMENT

## DATES OF PREVIOUS DISCUSSIONS

We previously talked about these concerns, including discussions held on the following date(s):

1/12/05: A review of your 2004 Performance Appraisal was conducted. As you know, the 2004 Performance Appraisal stated, "Setting objectives and commitment dates and meeting those dates need improvement."

03/15/2005: Follow up email from Andrew Espejo to complete the Zone Checklist action items.

03/30/2005: Discussion regarding PMO process and signing them off in a timely manner.

## IMPROVEMENT EXPECTATIONS

Your demonstrated performance is not meeting job expectations in the following areas (provide examples and/or documentation where possible) or as detailed in your latest performance review. To clarify my expectations of your job performance, I have outlined below specific objectives and behaviors. This Performance Improvement Program ("PIP") is intended to allow you an opportunity to correct the identified performance shortcomings within a reasonable period.

## IMPROVEMENT EXPECTATIONS

**DUE DATE**

1. Properly respond to PMOs within 2 business days of receipt.
Immediate and ongoing

2. Collect weekly zone checklists from supervisors/zone captains every Friday. This includes reviewing them, signing them and initiating work orders accordingly by Wednesday of the following week. Provide weekly status updates of work order backlogs to be submitted to the PPU leader for review. Follow-up on missing checklists with Zone Captain and/or Management as required.
Immediate and ongoing

3. Complete all assignments in a timely manner and by the deadlines assigned. If you feel that you will be unable to meet a deadline for a reason beyond your control, contact me as soon as you realize there may be a problem so we can discuss how to address the situation.
Immediate and ongoing

4. Unscheduled absences must be kept to a minimum. Vacation days need to be pre-approved in a reasonable timeframe of 48 hours or more by your supervisor and not presented at the last minute or requested on the day of the desired absence. Proof of death will be required for bereavement leaves.
Immediate and ongoing

### The Overall Program Will Last Up To 30 Days

## REVIEW SESSIONS (INTERIM AND FINAL)

To support your improvement efforts and provide you with feedback, we will agree to schedule the following review date(s) to assess and document your progress in achieving the SMART goals:

On or around 07/06/2005, 07/14/2005, and 07/25/2005

Page 2    DISTRIBUTION: Copy 1) Employee  Copy 2) Manager  Copy 3) Human Resources    06/23/05

**CONFIDENTIAL**    **D-00091**

| DATE (S) | STATUS OF GOALS<br>Progress toward goal attainment to be indicated at each interim and the final progress review. |
|---|---|
| | |

## MANAGEMENT COMMENTS AND AT-WILL DISCLAIMER

Your contribution is important to the group's success. Please don't hesitate to ask for assistance if you need it. As your manager, I will be available and assist you as much as possible to help you achieve the performance expectations for your position. Also, feel free to contact Human Resources if you have any questions or concerns. Please note, however, that nothing about this program should be construed as a contract of employment for a specific term, nor should it be viewed as changing in any way the employment at-will relationship that exists between you and Wyeth. This means that either you or the company may terminate the employment relationship at any time and for any reason with or without cause. Successful achievement of performance goals does not constitute an employment agreement.

## PROGRAM CONSEQUENCES

While on the program, you are expected to show immediate, significant and sustained improvement. Failure to do so will result in disciplinary action, up to and including being placed On Notice. In addition, if performance deteriorates, this may result in disciplinary action including being placed in the On Notice program.

## EMPLOYEE COMMENTS

*Maurice did not want to sign & asked for a couple days to have it reviewed. As of 6/29/05 he responded he's drafting a response to be submitted by 7/1/2005.*

| Manager's Signature | Date 06/29/2005 | Employee's Signature | Date |
|---|---|---|---|
| Second-Level Manager | Date 06/29/2005 | Human Resources | Date 6/29/05 |

D-00092

CONFIDENTIAL

## PROGRAM RESULTS

**To be completed at the end of the program (or sooner, if immediate and significant improvement has not been made).**

You have not met the goals, but have demonstrated significant progress and the program is being extended at my discretion:

☐ Extend PIP by: _____ days;  Initials: _____ and _____ / _____

                                             Employee              Manager          Date

Otherwise, the program is concluded as follows (check one):

☑ You are being removed from the program because you have met the assigned goals.  Please be aware that future poor performance may result in being placed on the On Notice program or other disciplinary actions, rather than another PIP.

☐ Disciplinary action will be required.

_____    7/25/05      _____    7/25/05
Manager's Signature           Date           Employee's Signature         Date

_____    7/25/2005    _____    7-25-05
Second-Level Manager        Date          Human Resources        Date

D-00093

CONFIDENTIAL

**Wyeth**
**Pharmaceuticals**
401 N. Middletown Rd.
Pearl River, NY 10965

**Howard Henry**
**Process Engineer III**
**Wyeth Consumer Health**
**Centrum Production**

# Wyeth

To:     Max Katz
From:   Howard Henry
Date:   July 1st, 2005

Re: Response to PIP program presented on 6/24/05

First and foremost, I preface my response to the PIP program document presented by Max Katz and Stacey Marasco on June 24th, 2005 by stating that my performance has never been an issue until I started to ask for promotional opportunities within the organization, which led to the filing of a discrimination charge with the EEOC. I have maintained my integrity, respect for my colleagues and management and have continued the work ethic and dedication I had since I began working with the company. This PIP document serves as a testimony to the underlying hostile work environment and discrimination that I have endured and continue to battle. This mindset corrodes the foundation of the organization and ultimately denies equal opportunity based on true merit.

I have read the statement of concerns presented in the document and do not agree with the assessment. I have continued to meet deadlines and have complete tasks in a timely manner. Change controls initiated are closed on time and I have never had a commitment go overdue.

On March 30th, 2005, Max Katz and I discussed the fact that he was contacted by Maintenance regarding the timely review of PMO documents. I informed Max that all PMO documents submitted in the month of December were signed before I went on vacation. I also informed him that I did not want to get anyone in trouble, but in the past, PMO documents were often submitted past the 2 day completion dates. I went on to state that errors found and illegible entries on the documents also slowed down the review process. Near the end of the conversation, he agreed that I had reviewed the documents faster than they (maintenance) had given them to me. Afterward, I told Max I would keep a record of the PMO submittal and review to demonstrate this fact. No other conversations regarding PMO review took place between Max and I. The record reflects that some PMO documents are submitted days and in some cases months after the completion date. Examples include and are not limited to the following, PMO# 41050 (Jan. PMO), executed 1/28/05, submitted 4/6/05, signed 4/6/05 (75 days after the final execution date); PMO# 41051 (Jan. PMO), executed 1/28/05, submitted 4/6/05, signed 4/6/05 (75 days after the final execution date); PMO# 57904 (Jan. PMO), executed 1/26, 27, 31/05, submitted 3/22/05, signed 3/22/05 (50 days after the due date). This information demonstrates that the problem exists with timely submittal and not with untimely review of the documents.

Zone Checklists were submitted to me by Andrew Espejo (Manager of Primary Processing Unit #1-PPU#1) on 2/18/05. At that point, six weeks had past since the first of the year and since new lists were submitted by supervisors for the current week, more than 40 documents had to be reviewed. The checklists were in disarray and had to be organized. As lists were examined, some of the entries on the forms

D-00094

**CONFIDENTIAL**

# Wyeth

were not clear. There were lists with blank spaces and some reported observations that needed clarification. I explained this to Andrew in a reply to his follow up e-mail dated 3/15/05. An investigation initiated to scrutinize the reason for missing checklists concluded that there were no adverse events and no product impact issues. Primary Processing #2 experienced similar issues with the Zone checklist process. As a corrective action measure, I began to send weekly e-mail messages to Zone Captains reminding them to submit checklists before the end of each week ending Saturday. This has helped to reduce missing checklists. A second incident occurred where a Zone was not audited and checklists were missing for a three week period. Since according to PPG-00002060 "Maintenance Zone Management", it is the department heads responsibility to assign Zone Captains to areas within his or her responsibility, Andrew reassigned this Zone in reply to an inquiry made on 5/24/05. A second investigation ensued which concluded that there were no adverse events and no product impact issues. There was no formal conversation questioning my performance stemming from weekly zone checklists prior to my mid year evaluation.

I have literally read, received and responded to hundreds if not thousands of e-mail messages as the departmental engineer. As professionals, we are often afforded the latitude to determine the most efficient reply, pending on a given situation. Some e-mail messages require immediate action, some must be researched prior to a response, others are best answered with a verbal reply, and some require no response at all. There are days where situations on the production floor demand immediate action and e-mail messages are not read until a later time. E-mail messages requiring action are then responded to verbally or electronically. None of the instances mentioned in the PIP were brought to my attention as performance issues prior to my mid-year review.

Since I began working for the company, my attendance has never been an issue. I have worked many long and arduous hours as the departmental engineer without comp time or extra pay. There have been occasions this year that I was sick, came to work anyway and stayed late all for the sake of the organization. Furthermore, I have always called and left either Max Katz or Andrew Espejo or both messages if I would not be in the office. There will always be circumstances that occur in ones life, beyond ones control that must be addressed. As professionals an honor code always existed in the employer/employee relationship in the company. I have never been asked to produce documents to prove bereavement, nor have I had a stipulation for the use of vacation days, requiring that I give a 48 hour notice for a desired absence. These PIP requests are unwarranted, unrealistic and are extremely insensitive to the vicissitudes of ones life. Also, this criterion is not a requirement placed on all non-exempt employees deeming it unfair and prejudicial.

Prior to my mid year review, I have never been formally given 2005 Goals and Objectives nor have any of the issues mentioned been brought to my attention as potential problems that may warrant a PIP. All of the items, except for the vacation day usage and bereavement stipulations, listed in the "Improvement Expectations" section of the PIP have been addressed autonomously. Future expectations or issues should be fully communicated prior to administering such an extreme response for a

D-00095

CONFIDENTIAL

# Wyeth

desired result. Thus, this PIP program is not necessary and should not be used to mar my stellar career and reputation with the company.

I have always set objectives and met commitment dates. There are and will always exist circumstances beyond ones control that will demand due date extensions and push back project deadlines. Despite this fact, to date, I have never had a commitment go overdue and since the introduction of Change Control Procedure (CCP) closure tracking, I have never had a CCP go overdue. I have earned respect through my work ethic and have always lived the Company Values of Quality, Integrity, Respect for People, Leadership and Collaboration, even before its official inception. As I live the values, I will continue to produce for the organization, assisting the company in achieving objectives and will continue to show respect for management and my colleagues in spite of how I am treated or the circumstances.

Respectfully Submitted,

07 /01 /05

Howard Henry
WCH Process Engineer III
PPU #1
Wyeth Pharmaceuticals

D-00096

CONFIDENTIAL

Internal Correspondence

# Wyeth

Date: July 28, 2005

Dear Howard,

I am following up on the meeting we had on July 25, 2005 regarding your PIP. During that meeting, we closed out the PIP program, as you were determined to have successfully completed it within the 30-day time period. As noted during our meeting, although you have been removed from the PIP, please understand that you are expected to sustain your improvement and continue to meet all the expectations set forth in the PIP.

Regarding your letter to me entitled "Response to PIP program presented on 6/24/05," I would like to reiterate what was already explained to you during the meetings we had concerning the PIP. That is, a PIP is not a disciplinary action; it is a remedial tool used to help employees to develop in areas where improvement is needed. Contrary to the assertions in your letter, the PIP issued to you was in no way discriminatory or the result of your asking for promotional opportunities or filing a charge with the EEOC. Instead, the PIP was issued for the sole purpose of addressing identified performance deficiencies. My hope is that you will continue to meet the expectations set forth in the PIP.

If you have any questions about this letter or want to discuss this matter further, please let me know.

Sincerely,

Max Katz
Manager
Manufacturing Support

D-00101

CONFIDENTIAL

REDACTED

RECEIVED

AUG - 3 2005



REDACTED

KELLY
SERVICES

**17**

3765

# 2005 Performance Feedback

Review Period: 01/03/2005 - 06/14/2005                     Date: 5/31/2005

**Howard Henry**
Employee's Name

**Max J. Katz**
Appraiser's Name

**Process Engineer III**
Employee's Job Title / Division

**Manager Manufacturing Support**
Title

## OBJECTIVES

| Category | YTD Results | On Pace (satisfactory) | Behind Pace (needs improvement) | Unacceptable results (requires corrective action) | Other/Comments |
|---|---|---|---|---|---|
| | | | Status Year to Date | | |
| 1. Provide the necessary support to the conversion cost reduction project to ensure an 8% reduction. OEE Improvement a). Track, trend and provide improvement projects to improve OEE initiative b). Meet the established year-end and Improvement target (12-31). | | | | | Provide a project timeline for improvement projects to Manager by July 29, 2005. |
| | | | X | | |
| Regulatory Commitments    (Target = 100%) | 0 / 0 / 0    100% | X | | | |
| First Time Quality    (Target = 80%) | 90.3 / 78 / 88    85.4% | X | | | |
| Batch Record Errors    (Target = 101.0) | 114.2 / 98.8 / 80.9    86.0% | | X | | |
| Cycle Time (in Days) IMP=Centrum/Performance    (23.5) | 41.2 / 26.1 / 26.9    32.1% | | X | | |
| Mfg. Variance ($K)    (Target = 50) | 341 / 842 / 1022    $2,306,000 | | | X | |
| Safety    (Target = <1.1) | 0 / 0.55 / 2.00    .099 | X | | | |
| Scheduled Adherence    (Target = 92%) | 99 / 100 / 100    99.7% | X | | | |
| 85% On time Closure to all Action items (SOPs, MI2s, Commitments, etc.) | | | | X | PMO turnaround as discussed earlier on 03/09/05. PMOs from November and December were not signed off until March. Put the Department at a serious Compliance Risk with Conformance Standard 12-4-3-1 "timely review of documentation". |
| Complete all assigned 21 CFR Part 11 remediation plans on time | | X | | | |
| Address all pre-audit, audit, and daily / weekly checklist findings in a timely fashion to ensure Inspection readiness. | | | | X | Weekly Zone Checklists were not being submitted in a timely fashion. No follow up on missing zone checklists resulting in ERF. |
| Maintain cGMP level of Housekeeping | | X | | | |
| Work with EH&S to establish baseline for the certification program and develop a timetable by 5/30/05 | | X | | | |

3760

| | | | | | Comments |
|---|---|---|---|---|---|
| **1. Yield Improvements** | | | | | |
| a. Identify and execute projects to improve the process that will reduce losses and meet year-end target (12/31). | X | | | | |
| **2. Rework cost improvements** | | | | | |
| a. Identify and execute projects to improve the process that will reduce rework cost and meet year-end target (12/31). | | X | | | Need to adhere to project schedules in a more timely fashion. PMOs from November and December. Missed due dates that were agreed upon in meetings (i.e. SOPs for Operating and Cleaning of the Comprime 800). to identify and communicate to Manager by July 29 a project to reduce rework costs and execute prior to 12/31. |
| **3. Develop Critical Spare Parts Inventory for compression and coating.** | X | | | | Preliminary list and due date prior. One turnaround to be assessed |
| **4. Lead the effort in the establishment and management of preventive and predictive maintenance program for critical equipment/instruments** | | | X | | PMO turnaround as discussed earlier on 03/30/05. |
| **LEADERSHIP** | | | | | |
| **1. Develop and manage a team to inspect, repair, and maintain all PPU equipment in the as designed condition.** | | X | | | As set forth above, must provide an OEE project timeline for improvement projects to Manager by July 29, 2005; must identify and communicate to Manager by July 29, 2005 a project to reduce work costs and execute prior to 12/31. |
| **2. Manage projects related to Manufacturing Operations.** | | X | | | Unable to start Drug Finisher and Polisher Project – project reassigned to another engineer. |
| **TEAMWORK** | | | | | |
| Develop a balanced approach to both, recognize good performance and effectively confront poor performance | | | | | |
| **WYETH VALUES** | | | | | |
| **Quality** | | | | X | PMO turnaround as discussed earlier. PMOs from November and December were not signed off until March. Put us at a serious Compliance Risk with Conformance Standard 12-4-3-1 "timely review of documentation". Weekly Zone Checklists—There have been incidents where procedures have not been followed in a timely manner nor adverse events followed through to completion and properly reported to the PPU leader. |
| **Integrity** | | X | | | |
| **Respect for People** | | | X | | Your reactions and responses to receiving constructive criticism from your manager have not demonstrated Wyeth's quality of respect for people. |
| **Leadership** | | X | | | You did not demonstrate leadership and initiative with respect to the poster board for CTC area. You waited until the last minute on poster board after being told you had to complete it. You have demonstrated a general reluctance or unwillingness to accept new projects. |

3767

## Collaboration

| | | | | | | |
|---|---|---|---|---|---|---|
| **Strength** | | | | | | |
| Collaboration between documents on various projects. Examples include SMED's a.m.v. projects, Compression Shop Upgrade project, CTC Accountability project and the Compdime Compression Testbed project. (Cross-functional collaboration include QA, Technology, Document Control, Maintenance, Project Engineering and Manufacturing personnel) | | | | X | | Start taking a more pro-active/assertive approach in meetings. Offer more ideas to solutions at time of meeting rather than make sidebar or after meeting comments. |
| Considerate of all colleagues | | | | | | |
| Addresses all potential complaints and down issues with QA | | | | | | |
| Positive outlook exhibited amongst all of fellow colleagues | | | | | | |
| Responsive to all calls/on emergencies which has many (15 - 18hr days and weekend coverage. | | X | | | | |
| Involve all levels in the document/material review process to ensure quality is built into the process. | | | | | | |
| **Developmental Opportunities**  Including examples of areas that need improvement. | | | | | | |
| None at this time | | | | | | |

3768

## DEVELOPMENTAL PLAN ACTIVITIES

| | Refer to your Development Plan and fill in these boxes | No activity regarding items worked on in the Development plan at this time |
|---|---|---|
| General Comments | None at this time | |
| Employee Comments | | Responsiveness to assigned tasks and requests for information needs improvement. As noted above, you demonstrate a reluctance or unwillingness to take on new assignments. Ability to work on many tasks at once is a job requirement. |

| | | Completed | Missing |
|---|---|---|---|
| Training %/TP | (Target = 90%) | 91% | |
| Attendance | Average hrs/wk = 50; Sick Days = 11; Vacation Days = 2 | | Sick Days = 6; Vacation days (2004) = 5; Personal day = 1; D = 3 |
| | | | Sick Days = 5; Vacation days (2005) = 5; Personal day = 1; Water System days = 1; FD = 1; D = 3 |

Signatures:

_____
Employee

_____
Max Katz
Manager Manufacturing support

**Note:** The above Performance Review has been reviewed with the employee by his or her manager.
Signatures on this document signify that the review has been discussed, documented and may be used for evaluation for the end of year review.

# Wyeth
# Employee Development Plan

CONFIDENTIAL

Development Planning is critical to your success at Wyeth.  It ensures that you and your manager are focused on developing the skills and experiences you need to excel in your current position, and achieve your full potential.

**Directions:**
- Complete Section I
- Upon completion of Section I, set up a one on one meeting with your manager to discuss your comments and receive feedback
- As appropriate, update your development plan based on feedback from manager
- Obtain all required signatures in Section II
- Provide a hard copy to your manager **on or before March 31, 2005**, and keep hard copy for yourself
- Meet with your manager on a quarterly basis to discuss your development plan and accomplishments

**Note:** Fields marked with an asterisk (*) indicate there is a drop down menu available for that field.

# Section I

Basic Information: Please complete the fields below.

| Name: | | Date: | | Job Title: | |
|---|---|---|---|---|---|
| Howard Henry | | 3/3/2005 | | Production Engineer | |
| | | | Location: | Pearl River | |

**Career Objectives:** Use this section to record information relative to your willingness to relocate and career objectives. Consider possible positions, experiences, activities, and any interest in cross-divisional, cross-functional, or international assignments.

### Educational and Career Advancement

| What are your career objectives? | Mobility | Comments |
|---|---|---|
| Would you be willing to relocate for a job/development opportunity within the next 5 years? | Uncertain | |

**Individual Contributions:** Use this section to enter data on individual contributions. Individual contributions generally encompass significant contributions, as opposed to the day-to-day activities that you engage in.

| Question | Description | Date Achieved |
|---|---|---|
| What are the top 1-2 personal achievements you have accomplished over the past 12-24 months? | Despite challenges achieved:<br>1) Lead team to overall success for the CTC Single Pass Project<br>2) Project Leader: Successful completion of the Bin Storage Area Project & Compression project | 2/5/2005 |

**Key Strengths and Key Development Needs:** Completing the following sections enables you and your manager to focus your development on key strengths – skills and competencies you currently possess, as well as on key development needs – areas where you can further grow by developing skills and competencies that will enable you to be even more effective in the future.

**Key Strengths:** Key Strengths are the competencies, skills and behaviors that have contributed to your ability to positively impact the business. Use this section to enter a key strength and the competencies associated with those strengths.

| Data Recorded | Description | Associated Competency |
|---|---|---|
| | | |
| | | |

**Key Development Needs:** Key Development Needs are the critical skills and behaviors you most need to develop in order to achieve your future success. Use this section to enter a key development need and the related competency.

| Data Recorded | Key Development Need | Associated Competency |
|---|---|---|
| | | |
| | | |

3769

3770

# Wyeth
## Employee Development Plan

CONFIDENTIAL

**Key Experiences Needed:** Key Experiences Needed are those guided, on-the-job developmental experiences (and other experiences such as task forces) that are needed to accelerate your development and help you reach your long-term potential. Use this section to identify learning and development experiences that you believe will enhance your development.

| Key Experiences Needed | Date Received |
|---|---|
|  |  |
|  |  |

**Planned Development Objectives:** Based on your strengths, development needs and key experiences needed, use this section to create an appropriate plan that identifies developmental objectives to enhance your performance and foster growth for current and/or future roles.

| Activity Type | Description | Associated Competency | Responsibility | Completion Status |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

## Section II

| Employee Signature | Date | Manager Signature | Date |
|---|---|---|---|
| Next Level of Review (Signature & Title) | | | Date |
| Next Quarterly Review Date | | | |

## Section III (For Manager Use Only)

**Career Path Planning:** Based upon the career objectives discussed between you and this employee, identify the potential next position(s) for the employee within the next 5 years. Consider positions within and outside your function or department.

*For a detailed list of Functions Sub-Functions and associated Job Types, refer to the "Exploring Other Options Within Wyeth" on the Talent Management Toolkit. Alternatively, you can refer to the Career Path Planning section on eHR Pulse.*

| Function | Sub-Function | Job Type | Date Recorded |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Advancement Potential:** Potential assessments are an integral part of one of our most important strategic responsibilities – succession and career planning. As input into broader management team discussions on this employee's advancement potential, use this section to identify your assessment on the extent to which he/she has the capacity to grow and develop in current role and/or assume larger roles, with significantly greater responsibility in the future.

Your assessment of this employee's potential should be based on: (1) career aspirations; (2) current performance and demonstration of Wyeth Values; and (3) their capacity to learn, develop and perform at a higher level / their demonstration of the ability to acquire the assets needed for future situations. In addition, your assessment should be aligned with the employee's potential career path.

| Potential Assessment: | Date Potential Assessment Completed |
|---|---|

3771

3

# Wyeth

**Employee Development Plan**

CONFIDENTIAL

*Managers and employees should recognize that the assessment and possibilities under exploration are not decisions to promote or transfer nor are they guarantees for future actions.*

**18**

**AYERST**

**ORIGINAL**

Full Name of Employee: Howard Henry      Location: PEARL RIVER

Employee Title: RES CHEMIST

Employee's Supervisor: DR.R. Krishnan      Department: PROCESS DEV.

Kevin McCoy

**Reason Why Employee is Nominated:** Please provide specific examples of exceptional results achieved, and describe why the achievement(s) deserve special recognition. (Use an additional page if needed.)

I wish to nominate Mr. Howard Henry of Dept. 982 for the special recognition award for his efforts on the CL 191,983 (Oral Carbapenem Project).

Mr. Howard Henry is a member of the Chemical Development Kilo Lab group and is primarily responsible for the preparation of kilogram quantities of intermediates and active bulk drug made by synthetic chemistry. Howard has made major contributions to the current Carbapenem project.

CL 191,983 is a new research drug which has shown promise as an oral antibiotic. It was essential to produce the first kilogram for toxicological testing. Over a period of several months, Mr. Howard Henry has worked diligently and conscientiously to prepare kilogram quantities of the penultimate intermediate CL 192,276. He then dehydrogenated this CL 192,276 followed by a very labor intensive work up (see attached flowsheet) to give the final compound CL 191,983. Due to limitation in size of the equipment more than 15 runs had to be done and in each case the final product was obtained in > 98 %(HPLC) purity.

Mr. Howard Henry not only gave up his weekends but often worked through lunch to ensure that the projects was completed well before schedule (by the third week of October) whereas the due date was November 8. 1996 He used his initiative and skills to make improvements in the chemistry as well as in the isolation of the final bulk drug . His contributions were a key element in the delivery of the first kilogram of CL 191,983 for preclinical toxicological evaluation. I highly recommend Mr. Howard Henry for a special recognition award..

Nominated by: DR.R.KRISHNAN      SR.RES.CHEMIST   WYETH AYERST PEARLRIVER

Name & Signature        Title        Division        Location        Date 10/30/96

Please send completed nomination forms to the nominee's Departmental Vice President or listed designee.

Approved by Departmental VP: _Mahdi S. Fawzi_   11/22/96

Name & Signature        Date

Please send approved nominations to Randy Miller, R&D Awards Administration, Radnor 145, A-C.

**FOR HUMAN RESOURCES AND PAYROLL USE ONLY**

SS # 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        Recipient Org. Code DEV DV4

Pay Type exempt        Organization Charged 982

Company 14504

**4335**

R&D HR Contact: Randy Miller, R&D Awards Administration, Radnor 145, A-C.



# Thank you
## for making a difference

**Howard Henry**

*Thank you for your outstanding work on the Littleford 10K dust collection team.*

## Wyeth
Pharmaceuticals

19

## PHARMACEUTICALS TECHNICAL OPERATIONS AND PRODUCT SUPPLY

### JOB DESCRIPTION WORKSHEET -EXEMPT

| INCUMBENT'S NAME(S)<br>Christopher Defeciani | JOB TITLE<br>Production Coordinator | |
|---|---|---|
| GRADE<br>10 | SUPERVISOR'S NAME<br>Andrew Schaschl | SUPERVISOR'S TITLE<br>Director |
| ORGANIZATIONAL UNIT<br>P64509 | JOB CODE<br>MBVC | REVISION # |

**I. JOB SUMMARY** - Summarize the primary purpose of the job in 2 to 3 sentences.

Plans manufacturing for 3 departments/trains through the four primary production areas (weighing, blending, compression, and coating).

The Production Coordinator is accountable for working within SOPs, cGMPs, regulations, and company policy while ensuring that there is a constant flow of product through each of the production areas in each of the three departments in order to properly utilize each piece of equipment and meet the monthly attainment goals set by the Master Scheduler.

**II. JOB RESPONSIBILITIES** - List the primary responsibilities and job duties in order of importance.

| Job Duties | % of time spent on each duty |
|---|---|
| 1.  Track batches in order to ensure a constant flow of product through the production areas according to schedule. Includes releasing orders and assigning batch numbers according to the schedule, and tracking the batch through the production process to make sure it flows smoothly. Monitor which batches have and have not been weighed and speaks to the Warehouse Supervisor to ensure that they stay on schedule. (Also monitor inventory level and schedule manufacturing of pre-mixes) made in-house to ensure enough pre-mix for production for the month based on demand from the Master Scheduler. | 40 |
| 2.  Maintain production schedule to assure optimal machine utilization and to minimize downtime. Update schedule to make sure that it meets what the production boards say. Communicate with production supervisors on daily basis to give them notice of approximately when change-overs will occur. Work with Technical Services to schedule production of validation batches/demo batches. Determine overtime requirement needed to meet demands. | 20 |
| 3.  Perform capacity studies to see how much capacity there is and how much product they can expect to produce in a given shift in order to increase machine and labor efficiencies/utilization to increase capacity. Capacity studies are done for the blending, compression, and coating areas in each of the three departments. They are done at the beginning of the month, the middle of the month, and the end of the month. Also study machine utilization in coating on a daily basis to measure actual versus theoretical capacity for each shift and each coater. Write Exception Reports to explain capacity shortfalls. | 20 |
| 4.  Troubleshoot around schedule changes throughout the day to ensure optimal machine utilization despite changes/issues that have occurred. | 20 |
| 5 | |
| 6. | |
| **D-00524**                      Total | 100% |

(6/2001)

CONFIDENTIAL

## III. WORK FLOW

Describe how the incumbent gets the work, the processes (mental/physical) which the incumbent performs to transform the work, the work output, and what happens to the work once the incumbent has finished.

Production Schedules for each department come from the Master Planner. They are then updated based on capacity and what's being done. Orders are released based on the schedule and then batches are tracked through the production process from weighing to coating. The work output is the production of the product in the amounts needed according to schedule. An exception report is written which details why any certain product did not make the bulk attainment numbers in any given month.

## IV. DECISION MAKING

A. Describe the decisions generally made and indicate whether the incumbent is the final authority or participates in the decisions.

   1. Recommendations to manager around whether or not manufacturing will need to work overtime on the weekend. Shared Authority

   2. Decisions around the order in which products are manufactured (given the schedule provided by the Master Planner) Final Authority

   3. Decisions around manufacturing priorities, such as telling the manufacturing supervisors which pieces of the manufacturing process are priorities based on demand and daily information from the product planner. Final Authority

B. Describe the effect the decisions can have on company programs, processes, services, customers or financial results.

Decisions made impact how packaging runs, which in turn impacts sales and financial results. Decisions also impact the efficiency of the production lines. Poor decisions around pre-mixes will determine whether it is necessary to shut down a train. Poor decisions will result in poor equipment/personnel utilization that will result in the failure to meet product demand.

C. Outline the guidelines, practices, or limits which are used in making decisions and which assist in recognizing the limits of authority.

Decisions are limited by the Master Schedule, by predetermined plant labor standards, and SOPs.

## V. SUPERVISION

Describe the supervision this position receives. In what manner and how often are instructions given? How and with what frequency is the work checked?

Input is given around scheduling priorities on a daily basis, primarily from Master Scheduler, Product Planners, Department Heads and the director. Work is monitored indirectly, with a smooth product flow indicating that work is being done well. If product doesn't flow, supervisors will inquire. Monthly Exception Reports that are submitted to the Dept. Head are also a measure of job performance. "Performance Appraisal" is performed annually, but performance is reviewed on an ongoing basis.

**D-00525**

**CONFIDENTIAL**

## VI. BUDGET/ASSET RESPONSIBILITY
    A. Describe the duties that relate to budget preparation.

    B. What is the value of the budget or assets administered in terms of $ or units, or end results?

    Enter dollar amount:

    Describe:



## VII. INTERPERSONAL CONTACTS

### A. Internal Contacts

| Type | Reason for Contact | Frequency |
|---|---|---|
| Quality Assurance | To find out where a premix or component is in the testing process | Daily |
| Shift Supervisors | Updating current manufacturing status, notifying of any changes in schedule, etc. | Daily |
| Department Head Director/Planners | Updates on work, problem solving | Daily |
| Warehouse Supervisor | Communicate weighing schedule | Daily |

### B. External Contacts

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

## VIII. INGENUITY
Describe typical job situations that require creativity and innovation.

Ingenuity must be used in scheduling--trying to get the right mix of equipment to minimize equipment downtime. Creativity is also required in knowing exactly when to make a premix and how much to make to keep it at an optimal level of inventory (so that there is enough, but not too much at any given time).

**D-00526**

**CONFIDENTIAL**

## IX. PLANNING

What is the involvement with short and long range planning?
What organizational units does the incumbent plan for?

Monthly planning is done based on monthly attainment goals --scheduling is done on a monthly, weekly, daily, and shift basis. for both production and premixes.

## X. TRAINING AND EXPERIENCE

1. What formal education is required to perform the job duties (degree, field)?

BS or BA degree.

2. What training is required?

Training in utilizing different computer systems (AWACS, MM, PM), Microsoft Office, training/experience on shop floor in manufacturing process, training in and knowledge of SOPs and cGMP and safety regulations and how they affect the work processes in this job.

3. What previous experience, skills and abilities are required to perform the job? Where would it be obtained? What is the minimum number of years of experience that is needed?

Manufacturing experience is required (at least 1 year), which would ideally be obtained by working in a plant. Interpersonal skills and organizational skills are also necessary.

## XI. EMPLOYEES SUPERVISED

Total number supervised _____     # exempt  0           nonexempt  0

Number supervised directly     0 _____     Check if numbers are not yet determined 0

\* Number supervised may represent an average or typical number for multiple incumbent positions.

## XII. ORGANIZATION CHARTS

Please attach an organizational chart which shows how the job fits into the organization, including other jobs reporting to the same supervisor and all positions reporting to the incumbent. Indicate positions by titles and names of the incumbents; for multiple incumbent jobs, the number of people may be shown in parentheses instead.

| | |
|---|---|
| Employee's Signature           Date | |
| | Director Level or Above Signature           Date |
| Supervisor's Signature           Date | |

HPPLEDMCY20

**D-00527**

20

## JOB DESCRIPTION WORKSHEET GLOBAL SUPPLY CHAIN - EXEMPT

| INCUMBENT'S NAME(S)<br>Angel Montanez | | JOB TITLE<br>Sr. Process Engineer II | |
|---|---|---|---|
| GRADE<br>11 | SUPERVISOR NAME<br>Kirit Rokad | | SUPERVISOR'S TITLE<br>Principal Project Engineer |
| ORGANIZATIONAL UNIT<br>WV- Manufacturing Engineering | JOB CODE: | | REVISION #: |

### I. JOB SUMMARY -

The purpose of this position is to provide prompt and essential engineering and technical support through WV Manufacturing Engineering group for vaccine manufacturing, and QC Departments. Responsible for operating performance of associated process utilities, process equipment and systems serving assigned facilities. Review, analysis and integration of functional requirements of process, equipment, components, instruments, automation system, material-flow, personnel-flow. Review, analysis and simulation of process documentation and operation, to develop and execute strategic improvements to enhance operating performance while maintaining current capabilities. Coordinate projects and facilitate cross-functional issues while maintaining communication and schedule. Support planning and execution of capital improvements; maintenance assurance; troubleshooting of daily problems and implementation of effective solutions in compliance with cGMP, SOPs, government regulations and corporate policies. Provide guidance to resolve operational issues and investigations. Conduct capacity and yield studies, establish spare parts, explore new technologies, support validation execution of IQ/OQ/PQ studies, equipment re-certification, SOP's and batch record development and training, implementation of company policies.

### II. JOB RESPONSIBILITIES -

| Job Duties | % of time spent<br>on each duty |
|---|---|
| 1. Provide direct ongoing support to all areas for expeditious troubleshooting and resolution of equipment breakdowns, production delays, and quality issues. Conduct feasibility and process simulation studies. Solutions are implemented through the direction and coordination of plant engineering, maintenance or contract service vendors. | 35% |
| 2. Communicate with appropriate WV personnel in the development of new and/or modified process in order to identify and determine production equipment and/or facility needs/problems for the purpose of reducing costs, improving quality and enhancing operations. Generate Engineering solutions for these needs/problems in terms of a project scope definition. | 20% |
| 3. Prepare justifications for minor and major capital improvement investment projects, and provide support for the design and construction management of these new equipment and facilities installations. | 5% |
| 4. Plan and support projects from concept to completion by coordinating efforts of various engineering and administrative groups such as Pant engineering, Validation, Regulatory Affairs and Procurement. Track control budgets, where assigned. | 10% |
| 5. Assist project startup and provide engineering assistance to the Qualification and validation phases. Assist WLVP Validation, as required, to verify acceptable performance of all new processes and process equipment. | 10% |
| 6. Learn the assigned Facilities, Equipment and Critical Systems (FECS) by studying SOP's, drawings, manuals and on the job training. Develop a solid understanding of these FECS and become proficient in the supervision of their operation effectively becoming a Subject Matter Expert in these areas.<br>As a process engineer, assume responsibility for operation of assigned facilities. Supervise and train support staff, operators, technicians and Building Systems Operators (hourly positions). | 20% |
| Total | 100% |

D-00533

CONFIDENTIAL

## III. WORK FLOW

Describe how the incumbent gets the work, the processes (mental/physical) which the incumbent performs to transform the work, the Work output, and what happens to the work once the incumbent has finished

Work will be generated by a request from "customer" or a self initiated corrective action or improvement. Engineer will use scientific and engineering principles to obtain data, identify problems and recommend effective solutions based on analysis of several alternatives. Work will be distributed through one of the following methods:

1.) ER – Engineering Request form to plant engineering for design, estimates, etc.
2.) Maximo WO – Maintenance Service Requests for repairs/improvements to facility or process equipment.
3.) PO – Purchase Order issued to vendor for repair/improvements of equipment or property.

## IV. DECISION MAKING

1. Review and analyze problems with various facility and process systems and develop effective solutions.

2. Coordinate building and process systems maintenance and repair with manufacturing/QC to effect timely corrective action. Manage/guide junior engineers, as needed, to coordinate cost effective, realistic solutions.

3. Assist and recommend process improvements, capital budgeting, long range planning items, and preventive maintenance scheduling.

B. Describe the effect the decisions can have on company programs, processes, services, customers or financial results.

Decisions will have a significant impact on production. Coordination is critical to minimize downtime.

Directly impacts manufacture of major products and major R&D programs.

C. Outline the guidelines, practices, or limits which are used in making decisions and which assist in recognizing the limits of authority

**D-00534**

**CONFIDENTIAL**

## V. SUPERVISION

Since this is not a senior engineering position, it is expected that the engineer will work under the guidance of a supervising engineer. The engineer will respond to all variances in the operation of the building and customer requests with appropriate and immediate action, It is also expected that the engineer recognize his/her own limitations and seek the involvement of his/her supervisor when necessary. The Engineer should update the supervisor on current issues at least daily and as soon as possible when critical issues arise.

## VI. BUDGET/ASSET RESPONSIBILITY

A.

Engineer will be involved in the preparation of capital budgets for serviced departments and together with supervisor responsible for operating budgets for managed buildings.

B.

Administered capital budgets will be directly proportional to the activity in the serviced departments typically M$5 per engineer per year. Building operating budgets typically range from $M1-3.

## VII. INTERPERSONAL CONTACTS

| | Type | Reason for Contact | Frequency |
|---|---|---|---|
| A. Internal Contacts | WLV Prod/QC/ Development | These are main customers. Coordination of Maintenance/Projects involving respective areas. | As needed |
| | Manuf. Engg. Engineer / Plant Engineers / Facility Supervisors | General Project / Corrective Action Implementation/coordination / Daily Facility Operation | As needed |
| | WV Managers | Project maintenance update, response etc. | As needed |
| | BSO | Daily input and coordination | As needed |
| | WV Prod/Research | Analysis of process and coordination of improvement efforts. | As needed |

**D-00535**

Page 3

CONFIDENTIAL

WV Maintenance    Coordination of repairs

B.  External
    Contacts

Vendors    Analysis and upgrade / repair of building/process systems, project
control

## VII.  INGENUITY

Typical situation will be the creative use of available resources or unique solutions to Equipment/Building problems.

## IX.  PLANNING

Short range planning involves the coordination of repairs and maintenance of equipment and facilities affecting production department.

Long range planning includes the implementation of capital project improvements to the facility and related functions.

## X.  TRAINING AND EXPERIENCE

1

BS in engineering plus 5 years experience

MS Engineering w/ 3 years experience.

2

Previous biotechnology and experience under cGMP requirement is desirable.

**D-00536**

CONFIDENTIAL

XI.  Total number supervised _____  # exempt _____  nonexempt _____

Number supervised directly _____  √  Check if #'s not yet determined

---

| Employee's Signature _____ Date | |
|---|---|
| | Director Level or Above Signature ____ Date |
| Supervisor's Signature _____ Date | |

**D-00537**

CONFIDENTIAL