2

| | Collaboration | | | | | Customer Focused | | |
|---|---|---|---|---|---|---|---|---|
| | Chris | Cara | Derek | Andrew | (Avg.) | Chris | Cara | Derek |
| P. Couto | 5 | 4 | 4.5 | 5 | 4.625 | 3.5 | 4 | 4 |
| K. Dyer | 4 | 4 | 2 | 3 | 3.25 | 4 | 4 | 2.5 |
| H. Henry | 4 | 2 | 3.5 | 3 | 3.125 | 2 | 2 | 3.5 |
| G. Dubler | 3 | 3 | 3.5 | 3 | 3.125 | 3 | 3 | 3 |
| S. Calautti | 3 | 3 | 3 | 3.5 | 3.125 | 3 | 3 | 3.5 |
| M. Katz | 5 | 4.5 | 4.5 | 5 | 4.75 | 4 | 4 | 4 |
| J. Koziol | 3.5 | 3.5 | 4 | 4 | 3.75 | 4 | 3 | 3 |
| R. Fuchs | 3 | 3.5 | 3.5 | 3.5 | 3.375 | 4 | 3 | 3.5 |
| J. Torres | 4 | 3 | 4 | 4.5 | 3.875 | 4 | 3 | 3 |
| P. Scharago | 3 | 3 | 2.5 | 2.5 | 2.75 | 3.5 | 3 | 3 |
| D. Dittleman | | 4.5 | | | 4.5 | 2 | 2 | 2.5 |
| | | | | | | | 4.5 | |

CONFIDENTIAL
D 000809

**Flexible & Adaptable**

| Andrew | (Avg.) | Chris | Cara | Derek | Andrew | (Avg.) | Chris | Cara |
|---|---|---|---|---|---|---|---|---|
| 4 | 3.875 | 4 | 4 | 3.5 | 4 | 3.875 | 4 | 4 |
| 2 | 3.125 | 3.5 | 3.5 | 2.5 | 2 | 2.875 | 3 | 3 |
| 3 | 2.625 | 3 | 3 | 3.5 | 3 | 3.125 | 3 | 3 |
| 3 | 3 | 4 | 4 | 3 | 4 | 3.75 | 3 | 4 |
| 3.5 | 3.25 | 3 | 4 | 3 | 3 | 3.25 | 3 | 4 |
| 4 | 4 | 4 | 4 | 3.5 | 4 | 3.875 | 3 | 4 |
| 2.5 | 3.125 | 3 | 3.5 | 2 | 3 | 2.875 | 3 | 3 |
| 3.5 | 3.5 | 4 | 4 | 3.5 | 4 | 3.875 | 4 | 4 |
| 3 | 3.125 | 4 | 4 | 3 | 4 | 3.75 | 4 | 3 |
| 2 | 2.125 | 1 | 3 | 2.5 | 3 | 2.375 | 3 | 3 |
|  | 4.5 |  | 4 |  |  | 4 |  | 3 |
|  |  |  |  |  |  |  |  | 4 |

**Informed** (rightmost columns: Chris, Cara)

CONFIDENTIAL
D 000810

## Decision Making

| Derek | Andrew | (Avg.) |
|---|---|---|
| 3.5 | 3.5 | 3.75 |
| 2 | 2 | 2.5 |
| 3.5 | 3 | 3.125 |
| 3.5 | 3 | 3.375 |
| 3.5 | 3 | 3.375 |
| 3.5 | 4 | 3.625 |
| 3.5 | 3 | 3.125 |
| 3 | 3 | 3.5 |
| 3.5 | 4 | 3.625 |
| 2.5 | 3 | 2.875 |
| | | 4 |

## Leadership & People Mangagement

| Chris | Cara | Derek | Andrew | (Avg.) |
|---|---|---|---|---|
| 3 | 3 | 3 | 3 | 3 |
| 2 | 2 | 2.5 | 2.5 | 2.25 |
| 2 | 2 | 3 | 2 | 2.25 |
| 3 | 3 | 4 | 3.5 | 3.375 |
| 2.5 | 4 | 3.5 | 2.5 | 3.125 |
| 3 | 4 | 3.5 | 3.5 | 3.5 |
| 3 | 3 | 3 | 2.5 | 2.875 |
| 3 | 4 | 2.5 | 2.5 | 3 |
| 3.5 | 3 | 3.5 | 4 | 3.5 |
| 2 | 2 | 2.5 | 2.5 | 2.25 |
| | 4 | | | 4 |

## Project Ma

| Chris |
|---|
| 3 |
| 3 |
| 2.5 |
| 3.5 |
| 3 |
| 3.5 |
| 4 |
| 3 |
| 3 |
| 2 |

CONFIDENTIAL
D 000811

| nagement/Planning | | | | Chris | Quality | | | |
| Cara | Derek | Andrew | (Avg.) | | Cara | Derek | Andrew | (Avg.) |
|---|---|---|---|---|---|---|---|---|
| 3 | 3.5 | 3 | 3.125 | 3 | 3.5 | 3 | 3.5 | 3.25 |
| 3.5 | 3 | 2 | 2.875 | 3 | 3.5 | 3 | 3 | 3.125 |
| 2.5 | 3 | 2.5 | 2.625 | 3 | 3 | 3.5 | 4 | 3.375 |
| 3 | 4.5 | 5 | 4 | 3 | 3 | 4 | 4 | 3.5 |
| 4 | 3 | 2 | 3 | 3 | 4 | 3 | 2.5 | 3.125 |
| 4 | 3 | 4 | 3.625 | 3.5 | 4 | 3.5 | 3.5 | 3.625 |
| 3.5 | 3 | 3 | 3.375 | 3 | 4 | 3 | 3 | 3.25 |
| 4.5 | 2.5 | 2.5 | 3.125 | 4.5 | 4 | 4 | 4 | 4.125 |
| 3 | 3 | 3 | 3 | 3.5 | 3 | 3.5 | 4 | 3.5 |
| 3 | 2.5 | 2 | 2.375 | 5 | 5 | 3.5 | 4 | 4.375 |
| 4.5 | | | 4.5 | 4 | | | | 4 |

CONFIDENTIAL
D 000812

| Systematic Problem Solving | | | | | TOTALS |
|---|---|---|---|---|---|
| Chris | Cara | Derek | Andrew | (Avg.) | |
| 3 | 4 | 3 | 3.5 | 3.375 | 3.6 |
| 3 | 3 | 2.5 | 3 | 2.875 | 2.9 |
| 3.5 | 3 | 3 | 3 | 3.125 | 2.9 |
| 3.5 | 4 | 4 | 4 | 3.875 | 3.5 |
| 3 | 4 | 2.5 | 2.5 | 3 | 3.2 |
| 3.5 | 4 | 3 | 4 | 3.625 | 3.8 |
| 3.5 | 4 | 3.5 | 3.5 | 3.625 | 3.3 |
| 4 | 4.5 | 3.5 | 3 | 3.75 | 3.5 |
| 3.5 | 3 | 4 | 4 | 3.625 | 3.5 |
| 3 | 3 | 3 | 3 | 3 | 2.8 |
| | 4 | | | 4 | 4.2 |

CONFIDENTIAL
D 000813

22

**From:**      Max Katz
**To:**        Henry, Howard
**Date:**      2/3/2005 6:56:50 PM
**Subject:**   Important Information for February 2005

Howard,

Please prepare a timeline for completion of the requested work below and forward to Grant Livermore, Andrienne Morris, Andrew Espejo and myself.  Thank you for your cooperation.

Max

>>> Grant Livermore 2/3/2005 4:50:21 PM >>>

Andrew,
Maybe you can help me (us), with getting Howard to turn around the Continuous Coaters 1,2 documents we have developed. I know you had a technical problem on one of them this week. This is more of a reason to get this work done, move on to the SOPs and complete this effort, not including Chris Defeciani has a TrackWise commitment of 3/31/05. Having these SOPs (backup/recovery, etc...) in place will protect your systems.

I know Howard is very busy and we appreciate his spending so much time with Tim. If there is any way we can accommodate him, we will. We are very interested in getting this done in Feb 05.

I have Andrienne Morris working on this now and I fully believe her to be the right person to carry on this work, with a high degree of professionalism.


Thank you for your assistance, in advance.

Grant

PS. You have probably heard that I let Tim Billings go, after his unnecessary ( and unexplained) outburst(s).


**CC:**        Espejo, Andrew

**1072**

23

| | |
|---|---|
| **From:** | Andrew Espejo |
| **T** | Henry, Howard |
| **L__e:** | 3/16/2005 6:50:38 PM |
| **Subject:** | Re: Fwd: Weekly Maintenance Zone Management Checklists |
| **CC:** | Katz, Max |

Howard,
Thanks for the follow-up. If we have problems with Supervisors not properly completing the documents we should address it accordingly. Please let me know if this is wide spread or if there is one individual we need to work with.

Thanks,
Andrew

>>> Howard Henry 3/16/2005 5:49:31 PM >>>
Good afternoon Andrew,

I have been receiving and reviewing the Zone Reports. Mentioning one issue encountered with the reporting structure/process is that the some of the lists have had nebulous descriptions requiring a walk through the area, with the reporting supervisor to properly address the situation, reported observations that should not be on the list and lists which had sections that were not properly crossed out. Having the lists to you weekly should be no problem, once the aforementioned issues are addressed. Bi-weekly meetings will be held if past tendencies transpire but I doubt this will be necessary.

Completed lists will be forwarded to you. Other lists that require further clarification or input will be forwarded to you as soon as possible. I will keep you posted on the progress. The goal is to have them all to you by the end of next week or sooner if f~~sible.

Have a good day,
Howard

Howard Henry
Production Engineer
Wyeth Pharmaceuticals
Consumer Health Division
401 N. Middletown Rd.
Pearl River, NY 10965
(845)-602-4843 (Office)
(845)-602-3181 (Fax)

>>> Andrew Espejo 3/15/2005 7:41:09 PM >>>
Howard,
This following email was sent on February 18, 2005. As of this date I have not received the weekly reports from you in accordance with Item No. 3 below. I am concerned that this lack of timely submittal may lead to compliance issues. Please advise if you have been receiving these documents from the Zone Captains and if so your plan for review and submittal to me.

Thanks,
Andrew

>`~ Andrew Espejo 2/18/2005 5:57:45 PM >>>
. ccordance with PPG00002060, Maintenance Zone Management, the following procedures will be followed:
l) Supervisors will conduct audits of their assigned Zones each week. Completed Checklists will be forwarded to Howard Henry, Production Engineer.
2) Howard will review and sign each checklist and assign Work Order numbers accordingly and will follow-up accordingly with

514

Maintenance and the Zone Captain (Supervisor). Howard will also follow-up on any missing Zone Checklist

3) Each week, Howard will forward the Weekly Zone Checklists for the previous week to me and I will co-sign and return to Alice for filing.

This process will ensure the timely completion, review, sign-off, and filing of these documents.

If there are any questions regarding this matter please see me. Additionally, please see the revised Maintenance Zone Checklist Assignments:

Zone 3 - Jim Fleming
Zone 4 - Nate Crump (Rich please follow-up with Nate)
Zone 10 - Rich Morgan
Zone 14 - Keith Crump (covering for Chris Snell)
Zone 27 - Ken Flowers
Zone 28 - Tim Tyner
Zone 31 - Jim Fleming

515

REFERENCE USE COPY

Wyeth : Pearl River-Pharma
Effective Date (mm-dd-yyyy GMT) : 06-30-2003
Version : 2.0, CURRENT, New Draft Version Exists
SubType : SOP
Document Alias : 20259
PRG-00002060 : Maintenance Zone Management

*Effective*

5

Attachment I:

# Weekly Maintenance Zone Checklist

Reported by: _Snell, Christopher_

Date: _12/06/04_

Zone # and Description: _4th Floor Cave Area,_
_Hallway, and Forklifts_

| Check for Damage | Acceptable | If NO, Describe observation | Corrective Action And/or MAXIMO # |
|---|---|---|---|
| Walls (free from damage) | Yes / (No) | Marks on wall | Work 409580 |
| Ceiling (free from damage) | Yes / (No) | Forklift area needs work. Duct tape, wood etc. Hanging from ceiling. | n/a |
| Doors (free from damage) | (Yes) / No | | |
| Windows (free from damage) | (Yes) / No | | |
| Floors (free from damage) | Yes / (No) | Needs to be stripped and waxed | |
| Lights (working) | (Yes) / No | | |
| Light Covers (unbroken and in place) | (Yes) / No | | |
| Outlets and covers (unbroken and in place) | (Yes) / No | | |
| Light Switches and covers (unbroken and in place) | (Yes) / No | | |
| Paint (no chipping) | Yes / (No) | Pump bumpers chipped: need painting. Marks on wall + scrubbing | Work 409580 |
| Other: | | | |

| Overall Appearance | Acceptable | If NO, Describe observation | Corrective Action And/or MAXIMO # |
|---|---|---|---|
| Housekeeping | (Yes) / No | | |
| Drums: Free of Powder | (Yes) / No | | |
| Equipment Clean & Covered | (Yes) / No | | |
| Rooms Labeled | (Yes) / No | | |
| No Duct tape on Equipment | Yes / (No) | Duct tape hanging from ceiling in forklift area | |
| Water Hoses hung properly | (Yes) / No | | |
| Sinks (clean, empty) | (Yes) / No | | |
| No Tablets or powder on floor | (Yes) / No | | |
| Other: | | | |

Document usable for (mm-dd-yyyy GMT): 12-06-2004

4204

**Wyeth : Pearl River-Pharma**
Effective Date (mm-dd-yyyy GMT): 06-30-2008
**Version :** 2.0, CURRENT, New Draft Version Exists
**SubType :** SOP
**Document Alias :** 20259
**PPG-00002060 :** Maintenance Zone Management

REFERENCE USE COPY

*Effective*

| Safety Issues | Acceptable | If NO, Describe observation | Corrective Action and/or MAXIMO # |
|---|---|---|---|
| **Safety Showers** (accessible, inspected, undamaged) | Yes / No | | |
| **Evacuation/Fire Alarms** (undamaged) | Yes / No | | |
| **Fire Extinguishers** (accessible, inspected, undamaged) | Yes / No | | |
| **Exit Light** (working, undamaged) | Yes / No | | |
| **Safety Eyewash Stations** (clean, accessible, inspected, undamaged) | Yes / No | | |
| **Other** | | | |

| Equipment Calibration | In Date | If NO, Describe observation | Corrective Action and/or MAXIMO # |
|---|---|---|---|
| | Yes / No | | |
| | Yes / No | | |
| | Yes / No | | |
| | Yes / No | | |
| | Yes / No | | |
| | Yes / No | | |
| | Yes / No | | |
| | Yes / No | | |
| | Yes / No | | |
| | Yes / No | | |
| | Yes / No | | |

*Document usable for (mm-dd-yyyy GMT): 12-06-2004*

4205

**24**

From:        Max Katz
To:          Espejo, Andrew
Date:        3/30/2005 5:24:31 PM
Subject:     Re: Fwd: Timely Review of PMOs

Andrew,

After reviewing the issue at hand, Howard responsed in the following manor.

He felt that it was petty that someone notified me of this problem. His general tone was displeasure towards Maintenance and the responsible person for singling him out. In the past they worked out these issues amongst themselves.

Some of the reasons he gave for being late were:

1) The PMO's were late getting to him.
2) He received November's PMOs in January and December's PMOs in January and February.
3) Many times there are errors, blank spaces or work order's need to be initiated in order to sign off.
4) Howard stated that all the PMO's he received before the Christmas holiday's he signed off on before he left.
5) When returning from the holidays there was a large amount of work to catch up on.

On the issue of the Weekly Maintenance Zone Checklists, Howard is using a check off sheet and forwarding that to you.

To prevent this from happening in the future Howard will be recording the date he receives the PMO and including that on his PMO tracking sheet.

Any questions or comments let me know. Thanks.

Max

>>> Andrew Espejo 3/29/2005 5:17:27 PM >>>
Max,
This needs to be reviewed with Howard ASAP. This puts us in serious compliance risk. Additionally, Howard has not been submitting the Weekly Maintenance Zone Checklists in a timely fashion as well. I have already spoken to him about this as well as sent him an email regarding his failure to submit these reports in a timely fashion. If warranted we can initiate a PIP to improve his performance.

Thanks,
Andrew


CC:          Rose, Joanne


**D-00352**


**CONFIDENTIAL**

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA<br>X EEOC | 160·3005·00013 |

New York State Division of Human Rights
*State or local Agency, if any*                      and EEOC

| NAME (Indicate Mr., Ms., Mrs.) | | |
|---|---|---|
| Mr. Howard Henry | | TELEPHONE (Include Area Code)<br>(845) 352-6531 |

| STREET ADDRESS<br>29 North Brook Road | CITY, STATE AND ZIP CODE<br>Hillcrest, New York 10977 | COUNTY<br>Rockland | DATE OF BIRTH<br>12/3/68 |
|---|---|---|---|

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME<br>Wyeth Pharmaceuticals, Inc. | NUMBER OF EMPLOYEES, MEMBERS<br>more than 15 | TELEPHONE (Include Area Code)<br>(845) 602-5000 |
|---|---|---|

| WORKPLACE ADDRESS<br>401 North Middletown Road | CITY, STATE AND ZIP CODE<br>Pearl River, New York 10965 | COUNTY<br>Rockland |
|---|---|---|

| EXECUTIVE OFFICE ADDRESS<br>5 Giralda Farms | CITY, STATE AND ZIP CODE<br>Madison, New Jersey 07940 | TELEPHONE (Include Area Code) |
|---|---|---|

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

X RACE     X COLOR     ☐ SEX     ☐ RELIGION     ☐ NATIONAL ORIGIN

☐ RETALIATION     ☐ AGE     ☐ DISABILITY     ☐ OTHER (Specify)

| DATE DISCRIMINATION TOOK PLACE |
|---|
| EARLIEST     LATEST |
| 12/01        Present |
| X CONTINUING ACTION |

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s)):*

Please see attached rider.

*2004 SEP 24 PM 2:06    EEOC-NYDO*

| X  I also want this charge filed with the EEOC.<br>I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY (when necessary for State and Local Requirements) |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br><br>SIGNATURE OF COMPLAINANT |
| DATE 09/24/04   Howard Henry<br>Charging Party (signature)<br>845 257 357208 | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(Day, month, and year) 24 day of Sept 2004 |

D-00214

Phyllis Talisman
Phyllis Talisman
No. 01TA5013115
Notary Public, State of New York
Qualified in Putnam County
My Commission Expires Jan 18, 2006

## RIDER TO EEOC CHARGE OF DISCRIMINATION

### Howard Henry v. Wyeth Pharmaceuticals, Inc.

1.    I am African-American and I am currently employed as a Production Engineer by Wyeth Pharmaceuticals, Inc. ("Wyeth"). Beginning in 2001 and continuing through the present, Wyeth has denied me a series of promotions and demoted me based on my race and color, in violation of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e, *et seq.*, and the New York State Human Rights Law ("Human Rights Law"), N.Y. Exec. Law § 290, *et seq.*

2.    I began working for Wyeth in 1992 on a temporary basis. In 1993, based on my B.S. in physical science and my excellent work performance, Wyeth hired me on a permanent basis as a Chemist in its Chemical Process Research and Development Kilo Laboratory.

3.    I hoped to work my way up through the company and eventually obtain a management position. In 1997, I obtained a B.E. in chemical engineering to further my career at Wyeth. That same year, I received a merit promotion, a corresponding five per cent raise, and a Special Recognition Award for my work in chemical processing. In 2000, I received a promotion to my current position as a Production Engineer in the Lederle Consumer Health Division ("LCH").

4.    Walter Wardrop, formerly the Associate Director of LCH and my supervisor, gave me extremely positive and detailed performance evaluations in 2000, 2001, and 2002. In 2000, I received an overall rating of three on a scale of one through five, with five being the highest. In 2001 and 2002, I received overall ratings of four. The evaluations stated that I exceeded expectations, completed projects on time, had commendable multi-tasking skills, worked extra hours to complete assignments, and responded to calls for assistance during the night and on weekends. The 2002 evaluation was signed by both Mr. Wardrop and Andrew Schaschl, formerly the Director of LCH

D-00215

Manufacturing. Throughout 2003, I received emails from Mr. Wardrop praising my performance and noting my quick responses to problems, along with my quick turnaround on projects.

5.      Despite my success and experience, I have been unable to advance at Wyeth based on my race and color. In December 2001, I applied for a position as a Project Engineer. The position was given to Cara Muscolo, a white employee who eventually obtained a management position.

6.      In July 2002, I applied for a position as a Production Coordinator in LCH. The position was given to Chris DeFeciani, a white employee without an engineering or science degree. Mr. Schaschl informed me that Mr. DeFeciani received the position, because he had filled the role on a temporary basis in the past. In April 2003, the Production Coordinator position became available on a temporary basis. I expressed interest in the temporary opening, but it was awarded to Richard Morgan, a white employee without a degree. When I asked Mr. Wardrop about the promotion denial, he stated it was a good opportunity for Mr. Morgan "to show what he [could] do." When I responded that I too would like "to show what I can do," Mr. Wardrop dismissed the matter and stated that "they," referring to Mr. Schaschl and others, had made the decision.

7.      In January 2004, I applied for a position as a Process Engineer in Wyeth's Vaccines Division, but was denied the position. That same month, I applied for a position as a Staff Engineer in the Bioprocess Development Department. I received no response from Wyeth, other than a confirmation of my application. There were two Staff Engineer openings and they were both awarded to white employees.

8.      Immediately after I began questioning the promotion denials, which first occurred in the spring of 2003, my supervisors began criticizing my work performance. In 2003, I received a

2

D-00216

mid-year performance evaluation. Mr. Wardrop asserted that there were times when I could not be reached on my pager. I responded that numerous Wyeth employees had experienced problems with their pagers. Mr. Wardrop next asserted that, on one occasion, I took too long to get a shot at the nurse's office. On several occasions when Mr. Wardrop knew I was out sick, Mr. Wardrop would ask other employees if they knew where I was.

9.     In December 2003, I received my fourth annual evaluation from Mr. Wardrop. Mr. Wardrop gave me an overall rating of three and complained that I completed assignments late. Although he had been supervising me for four years, Mr. Wardrop stated that he had trouble evaluating me, because I had not handed in a self-evaluation. I had been unable to complete the self-evaluation by its due date, because I had to take on the job duties of two other employees and then was out of work on my honeymoon. When I returned, which was two months prior to the December 2003 performance evaluation and only six days after the due date, I asked if I should hand in the self-evaluation. Mr. Wardrop said no.

10.     During the 2003 evaluation, Mr. Wardrop explained that there was a difference at Wyeth between others' "perception and the reality" of me. He stated that I was perceived as someone who completed projects late and this perception affected my position under an "organizational cascade" occurring at Wyeth. He informed me that I would be demoted to a Packaging Supervisor, a position that requires neither a degree nor my level of skill or experience. Mr. Wardrop also informed me that the perception of lateness was the reason that I had been denied more favorable positions in the organizational cascade.

11.     The Packaging Supervisor position required that I do little more than stand on an assembly line all day. On January 5, 2004, I met with Derek Burt, who was to be my new supervisor. Mr. Burt informed me that my name had been available in the organizational cascade. He stated that,

3                    D-00217

although he was pleased to have me in his division, he had not chosen me.

12.    Mr. Wardrop expressed conflicting reasons for the demotion to Packaging Supervisor and my performance evaluation. On January 5, 2004, Mr. Wardrop informed me that he had never made any comments about me completing projects late and stated that the 2003 performance evaluation and my new assignment had nothing to do with each other. Mr. Wardrop also refused to change my evaluation. On January 7, 2004, I met with Mr. Wardrop who stated that he wanted "to be honest" with me. He explained that Mr. Burt had worked very hard to have me made a Packaging Supervisor that he, Mr. Wardrop, had gone out of his way to ensure that Mr. Burt would not place me on a midnight shift. He stated that he had given the matter a lot of thought and wanted to resubmit my performance evaluation. Although the revised evaluation did not contain allegations of lateness on projects, unlike my prior evaluations, it is very short and implies that I am merely an average employee.

13.    On January 9, 2004, I met with Mr. Schaschl regarding my performance evaluation and demotion. He stated that he had a problem with my multi-tasking skills and that it was necessary for me to obtain supervisory experience as a Packaging Supervisor. I have never had a problem with multi-tasking and numerous white employees have obtained management positions without prior supervisory experience. In addition, I oversee operators in my current position. When I asked Mr. Schaschl why the temporary Production Coordinator position was given to Mr. Morgan in the spring of 2003, Mr. Schaschl responded that Mr. Morgan had filled the position in the past. However, I was never given the same opportunity to temporarily fill the position.

14.    Joanne Rose in Human Resources later informed me that my negative performance evaluation and my alleged problems with multi-tasking were factors in determining my new position. Before I met with Ms. Rose, Mr. Wardrop stopped me and apologized that "things got so bad"

4

D-00218

15.    On January 13, 2004, I met with Michael McDermott, the Managing Director of the site, who stated that I had been given a new position, because he was opposed to employees being in one job for too long. He stated that he and Mr. Schaschl were responsible for the demotion. Mr. McDermott stated that he would get back to me about the demotion within one week, but never did. I later contacted Mr. McDermott, because he did not get back to me, and met with him on January 22, 2004. Mr. McDermott stated that he would not change my position and I should not view the Packaging Supervisor job as a demotion, but rather as a way to learn new skills. I explained that, as an African-American, I would have a very difficult time explaining the demotion on my resume. Mr. McDermott responded: "I'm all for diversity, but I am not going to get into that silly discussion with you."

16.    On January 26, 2004, I met with Peter Bigelow, Senior Vice President of Wyeth, and stated that I had not received an honest answer regarding my performance evaluation or my placement following the organizational cascade. I also stated that I believed I was being discriminated against based on my race. On February 11, 2004, Mr. Bigelow informed me that I had not met certain goals, which led to my performance evaluation and demotion. On February 16, 2004, I sent Mr. Bigelow an email again asserting claims of race discrimination. On February 26, 2004, Mr. Bigelow sent me an email stating that I should feel free to schedule time to discuss the situation, but the tone of the email implied that he had no intention of taking any further action. However, on March 29, 2004, after taking no action for one month, Mr. Bigelow contacted me and stated that he wanted to investigate my claims of race discrimination. Although he later informed me that the investigation found no evidence of discrimination, he provided me with no details of the investigation.

D-00219

5

17.    By email to Mr. Bigelow dated April 26, 2004, I requested that I be promoted to a position as Consumer Health Project Engineer. I received no response. On May 6, 2004, I was informed that I would remain a Production Engineer and would not become a Packaging Supervisor.

18.    A culture of discrimination pervades many divisions of Wyeth's Pearl River facility. Minorities remain in lower-level positions and are routinely denied opportunities for advancement, such that Wyeth's management is dominated by white employees. The white managers have developed a "good old boys club," through which they socialize together, save accolades and promotions for each another, and exclude minorities. In the winter of 2004, Mr. Wardrop made a discriminatory comment about another employee named Manny Rivera. Mr. Wardrop made gestures imitating the hip-hop youth culture and stated in a derogatory manner to another employee: "Is Manny the kind of guy to wear his pants hanging down like this?" In a February 2004 meeting, Joe Vitanza, the current Managing Director of LCH, stated that a malfunctioning alarm system was "a tar baby that [he] just [couldn't] get off [his] back." Several years ago, Mr. McDermott walked up a group of African-American employees at an office party, while they were eating and talking, and stated: "You guys are a bunch of *animals.*" The white managers lack any understanding of those that are different from them. For example, during a discussion in 2002 regarding a "Green Book" widely relied on by Mr. Schaschl, Mr. Schaschl made a demeaning reference to my strong Christian faith and stated: "It even has a part on 'acts of god' for you."

19.    At all times relevant herein, I have been an "employee" within the meaning of Title VII and the Human Rights Law.

20.    At all times relevant herein, Wyeth was an "employer" within the meaning of Title VII and the Human Rights Law, and has continuously been engaged in an industry affecting commerce within the meaning of Title VII.                                        D-00220

6

21.    As a result of the conduct detailed above, I have suffered emotional distress, mental anguish, and loss of enjoyment of life.

22.    I seek: lost wages and benefits; punitive and compensatory damages; payment of attorneys' fees and costs; and an order prohibiting Wyeth from discriminating against individuals on the basis of race and color, in accordance with the requirements of Title VII and the Human Rights Law. I respectfully request that a copy of this Charge be filed with the New York State Division of Human Rights solely and exclusively for the purpose of exhausting any exhaustion requirements of federal law, and not for the purpose of electing an administrative remedy provided by state law.

F:\APPLICAT\WP\Henry\EEOC.Charge.Rider.wpd\dp

D-00221

7

EEOC FORM 131 (5/01)

## U. S. Equal Employment Opportunity Commission

| | PERSON FILING CHARGE |
|---|---|
| Director of Human Resources<br>WYETH PHARMACEUTICALS<br>401 North Middletown Road<br>Pearl River, NY 10965 | **Howard Henry** |
| | THIS PERSON (check one or both)<br>[X] Claims To Be Aggrieved<br>[ ] Is Filing on Behalf of Other(s) |
| | EEOC CHARGE NO.<br>160-2005-00013 |

### NOTICE OF CHARGE OF DISCRIMINATION
(See the enclosed for additional information)

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act      [ ] The Americans with Disabilities Act

[ ] The Age Discrimination in Employment Act      [ ] The Equal Pay Act

The boxes checked below apply to our handling of this charge:

1. [ ] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [X] Please provide by **22-OCT-04**   a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by         to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [X] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by   · 22-OCT-04
to   **Michael Bertty, ADR Coordinator, at (212) 336-3646**
If you **DO NOT** wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

| **Pedro A. Hernandez,**<br>**Investigator**<br>*EEOC Representative*<br>*Telephone:* **(212) 336-3760** | **New York District Office**<br>**33 Whitehall Street**<br>**5th Floor**<br>**New York, NY 10004** |
|---|---|

Enclosure(s): [X] Copy of Charge

CIRCUMSTANCES OF ALLEGED DISCRIMINATION

[X] RACE  [X] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN  [ ] AGE  [ ] DISABILITY  [ ] RETALIATION  [ ] OTHER

## See enclosed copy of charge of discrimination.

D-00245

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| Oct 01, 2004 | Spencer H. Lewis, JR,<br>Director | |

## DISMISSAL AND NOTICE OF RIGHTS

To: Howard Henry
29 North Brook Road
Hilcrest, NY 10977

From: New York District Office
33 Whitehall Street
5th Floor
New York, NY 10004

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 160-2005-00013 | Sean J. Oliveira,<br>Investigator | (212) 336-3760 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☐ Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐ While reasonable efforts were made to locate you, we were not able to do so.

☐ You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this Notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Enclosures(s)

Spencer H. Lewis, Jr.,
Director

6/2/05
(Date Mailed)

cc: WYETH PHARMACEUTICALS
401 North Middletown Road
Pearl River, NY 10965

Steven A. Morelli, Esq.
One Old County Road, Suite 347
Carle Place, NY 11514

Donna M. Orzell—Counsel
Wyeth Pharmaceuticals
P.O. Box 8299
Philadelphia, PA 19101



RECYCLED PAPER MADE FROM 20% POST CONSUMER CONTENT

AVERY™

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| | |
|---|---|
| ☐ FEPA | |
| ✔ EEOC | 160-2006-00276 |

and EEOC

_____
State or local Agency, if any

| NAME(Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Mr. Howard Henry | (845) 352-6531 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 29 North Brook Road | Hillcrest, NY 10977 | 12/03/1968 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Wyeth Pharmaceutical, Inc. | 15+ | (845) 602-5000 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 401 North Middletown Road | Pearl River, NY 10965 | Rockland |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)) | DATE DISCRIMINATION TOOK PLACE |
|---|---|

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ AGE

✔ RETALIATION   ☐ NATIONAL ORIGIN   ☐ DISABILITY   ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)   LATEST (ALL)
09/30/2004   -   Present

✔ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**Please See Attachment A - Henry**

OCT 1 8 2005

EEOC NYDO-LRTIU

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| | |
| 10/06/05 | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) |
| Date        Charging Party (Signature) | 10/10/05 |

EEOC FORM 5 (10/94)

D-00224

CYNTHIA JEAN JACQUES
No. 01JE6 07496
Notary Public, State of New York
Qualified in Rockland County
My Commission Expires April 5, 20__

**Attachment A - Henry**

1.  Howard Henry ("Howard") filed a Charge of Discrimination with the EEOC on September 24, 2004 (Charge No. *160-2005-00013*).

2.  As a result of filing a Charge, Howard was, and continues to be, subjected to retaliation.

3.  Examples of the retaliation to which Howard was subjected include, but are not limited to the following:

4.  On September 30, 2004, Howard applied for the position of manager in the Manufacturing Support Department. On November 30, 2004 he was denied the position, as a result of his complaints regarding discrimination.

5.  On or about June 24, 2005, Howard was placed on a Performance Improvement Program ("PIP") in retaliation for his complaints regarding discrimination. Howard's placement on PIP will prevent Howard from bidding on future positions for one year.

6.  On several occasions, Howard was falsely accused of failing to respond to e-mails and itinerary updates from his supervisors. This was done in an attempt to pretextually label Howard as a poor employee.

7.  Howard is also assigned an excessive workload compared to similarly situated employees outside his protected classes and is given unrealistic deadlines in retaliation for his complaints in furtherance of management's pretextual attempts to label Howard as a poor employee.

8.  On or about July 9, 2005, Howard received a negative mid-year review in retaliation to his complaints regarding discrimination. Management did not conduct a mid-year review for any other employee.

9.  As a result of the foregoing, Howard was, and continues to be, subjected to retaliation because of his filing a Charge of Discrimination with the Commission and his good faith opposition to discriminatory practices in violation of Title VII of the Civil Rights Act of 1964, as amended, and all other federal, state, and local statutes that can be inferred from the facts set forth herein.



**D-00225**

**U.S. Equal Employment Opportunity Commission**

| | PERSON FILING CHARGE |
|---|---|
| WYETH PHARMACEUTICALS, INC<br>Director of Personnel<br>401 Middletown Road<br>Pearl River, NY 10965 | **Howard Henry** |
| | THIS PERSON (*check one or both*) |
| | [X] Claims To Be Aggrieved |
| | [ ] Is Filing on Behalf of Other(s) |
| | EEOC CHARGE NO.<br>**160-2006-00276** |

## NOTICE OF CHARGE OF DISCRIMINATION
*(See the enclosed for additional information)*

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act          [ ] The Americans with Disabilities Act

[ ] The Age Discrimination In Employment Act          [ ] The Equal Pay Act

The boxes checked below apply to our handling of this charge:

1. [ ] No action is required by you at this time.

2. [X] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [X] Please provide by   **17-NOV-05**   a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by                   to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [X] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by   **10-NOV-05**
   to   **Michael Bertty, ADR Coordinator, at (212) 336-3646**
   If you DO NOT wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

| | |
|---|---|
| **Michael Bertty,**<br>**ADR Coordinator** | **New York District Office**<br>**33 Whitehall Street**<br>**5th Floor**<br>**New York, NY 10004** |
| *EEOC Representative* | |
| *Telephone:* **(212) 336-3646** | |

Enclosure(s): [X] Copy of Charge

CIRCUMSTANCES OF ALLEGED DISCRIMINATION

[ ] RACE   [ ] COLOR   [ ] SEX   [ ] RELIGION   [ ] NATIONAL ORIGIN   [ ] AGE   [ ] DISABILITY   [X] RETALIATION   [ ] OTHER

**See enclosed copy of charge of discrimination.**                    D-00222

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| Oct 27, 2005 | **Spencer H. Lewis, Jr.,**<br>**Director** | |

# DISMISSAL AND NOTICE OF RIGHTS

To:  **Howard Henry**
**29 North Brook Road**
**Spring Valley, NY 10977**

From:  **New York District Office - 520**
**33 Whitehall Street**
**5th Floor**
**New York, NY 10004**

| | On behalf of person(s) aggrieved whose identity is *CONFIDENTIAL (29 CFR § 1601.7(a))* |
|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 160-2006-00276 | **Ricardo E. Jones,** **Investigator** | **(212) 336-3778** |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[X] Other *(briefly state)*    **In Federal Court**

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Enclosure(s)

**Spencer H. Lewis, Jr.,**
**Director**

6/09/06
*(Date Mailed)*

cc:  **WYETH PHARMACEUTICALS, INC**
**Attn: Donna M. Orzell, Esq.**
**PO Box 8299**
**Philadelphia, PA 19101**

**Steven A. Morelli, Esq.**
**One Old Country Road**
**Suite 347**
**Carle Place, NY 11514**

27

# Howard A. Henry
*howieh04@optonline.net*

*29 Northbrook Rd.*
*Hillcrest, NY 10977*
*(917) 449-2399(Cell)*
*(845) 356-7037(Fax)*

## *Summary of Qualifications*

- Over thirteen years of experience in the Technological, Chemical and Pharmaceutical field as a chemist (5 years) and a chemical engineer (8 years).
- Project manager for Compression Shop Upgrades and Bin Storage Expansion construction projects. Managed equipment cleaning validation activities for the Continuous Tablet Coater (CTC) project. Technology support overseeing CTC single-pass validation activities.
- Ability to function in high-pressure situations that include a Consent Decree Environment.
- Principle scientist responsible for writing all Kilo Lab SOP's, IOQ's, reviewing all Protocols, and training all personnel to use and install equipment safely.
- Diversified skills include utilizing process control knowledge to read P & ID documents, process scale up and optimization as well as building supervision, training of staff and new employees and operator supervision. Familiar with Six-Sigma Lean Manufacturing Concepts.
- Knowledge of DI Water systems. Extensive knowledge in clean room procedures (environmental monitoring, swab testing, rodac plate sampling, etc.), commissioning of reactor equipment as well as equipment and process validation.
- Strong analytical and problem solving abilities. Excellent writing skills. Motivated self-starter with the aptitude for learning new skills quickly.

## EXPERIENCE

| *Employer & Period* | *Title of Position* | *Summary of Duties* |
|---|---|---|
| Wyeth Pharmaceuticals Consumer Health Division Pearl River, NY<br><br>Aug. 2000 to Feb. 2006 | Process / Production Engineer | Responsible for production improvement and equipment associated with the manufacture of over 6.4 billion Centrum® tablets a year. Oversee the Blending, Compression and Coating operations of Centrum tablets. Duties include equipment design and upgrade, process improvement, troubleshooting of current equipment as well as resolving manufacturing discrepancies, operator supervision, daily area and unit operation checks, capital job and change control requests, and training of all personnel (operators, supervisors, managers) on all new equipment. |
| Wyeth Pharmaceuticals Consumer Health Division Pearl River, NY<br><br>July. 2001 to Dec. 2002 | Project Engineer *Special Assign.* | Coordination of meetings, documentation and activities associated with the successful installation of Thomas Engineering Continuous Tablet Coater (CTC). Responsibilities included equipment sourcing, testing and purchasing, participating in FAT's, safe technology transfer and implementation, operator and staff training, change control and SOP writing. Provided support in order to execute SOI and equipment validation procedures. Assisted in establishing construction timelines as well as scheduling system shutdowns for equipment installation. |

**3320**

**Howard A. Henry**

*29 Northbrook Rd.*
*Hillcrest, NY 10977*
*(917) 449-2399 (Cell)*
*(845) 356-7037 (Fax)*

| Employer<br>Period | Title Of Position | Summary Of Duties |
|---|---|---|
| Wyeth-Ayerst Research<br>Medical Research Div.<br>Pearl River, NY<br><br>Aug. 1993 to<br>Aug. 2000 | Chemical Process<br>R&D Kilo Lab<br>Engineer/Chemist | Responsible for the safe transfer of chemical procedures from bench scale (mg-g) to the Kilo Lab (1-50kg) and Pilot plant scale (2-4000 gallon reactors). Application of engineering principles for the improvement of all chemical processes. Implementation and revision of all SOP's and SOI's. Coordination and oversight of Kilo lab building activities (maintenance, equipment, staff supervision and scheduling of chemical reactions). |
| Nepera, Inc.<br>Harriman, N.Y.<br><br>Apr. 1993 to<br>Aug. 1993 | Scientific<br>Research/<br>Technology<br>Chemist | Worked independently improving techniques for the purification and isolation of Pyridine Residue Whole. Drafted safety, operation and emergency procedures for large scale Rotary Evaporator (Rotovap 176x). Instrumental in the assembly and safe operation of the unit. Worked with chemists and engineers optimizing production on CDI (Continuous De ionization) purification process (up to 2000-gallon reactors). |
| American Cyanamid<br>Medical Research Div.<br>Pearl River, NY<br><br>Jan. 1993 to<br>Apr. 1993 | Formulations<br>Research Chemist | Provided dissolution for clinical leads, stability testing and pharmaceutical line extension work. This included formulations screening, methods development, validation support of stability testing protocols, and specialized analytical support for formulations development. |
| American Cyanamid<br>Medical Research Div.<br>Pearl River, NY<br><br>July 1992 to<br>Jan. 1993 | Chemical Process<br>R&D Chemist | Assisted in the development, enhancement and scale-up of chiral lead compounds. Implemented and improved SOP's on a Kilo Lab scale (22L-75L reactions), for future use in pilot plants and manufacturing processes. Worked on various stages of a project, which included: Lab scale, Kilo lab, and Pilot plant scales. |

**3321**

# Howard A. Henry

29 Northbrook Rd.
Hillcrest, NY 10977
(917) 449-2399 (Cell)
(845) 356-7037 (Fax)

## EDUCATION

| School | Degree | Attained |
|---|---|---|
| The City College of N.Y | B.E. Chemical Engineering 3.02/4.00 | 1997 |
| St. John's University | BS Physical Science | 1990 |

### Honors & Awards

- Wyeth Recognition Team Award (Littleford 10K DC Improvements) - Wyeth Pharmaceuticals 2004
- Global Recognition Team Award (Quality, Compliance & Improvement) - Wyeth Pharmaceuticals 2003
- Special Recognition Award (Major R & D Improvements) - Wyeth Ayerst Research 1997
- Omega Chi Epsilon - Chemical Engineering Honor Society (CCNY) 1997
- Order of the Engineer -Engineering Excellence Society (CCNY) 1997

## SPECIAL SKILLS

### Knowledge of Computers and Software systems:

Foxboro System Workstation, Dell, Compaq Deskpro, Macintosh Quadra 650, Macintosh Power PC, Microsoft Project, Excel, PowerPoint, Word, Word Perfect, Lotus 1 2 3, Maple, Aspen, Trackwise (Commitment Tracking System), Maximo (Maintenance Request System), GXPharma (Document Database System). Experience with various PLC control systems.

### Instrumentation and Techniques:

Production Equipment: Accurate Weigh Belt, Dust Collection Systems, Blending (Ajax Shaker, Littleford Blender [FKM 8000K and 10,000K], Russell Sieve), Compression (Stokes, Fette, Thickness testers, Hardness testers, Metal Detectors, Hand Micrometers), Coating (Indexable Manifold, AccelaScope, Vector Hi-Coaters, Thomas Engineering Continuous Tablet Coater and Accelacoater), DI Water Systems, Solution Tanks.

Large Scale Equipment: Various Reactor System Sizes (160L-50L), Preparative HPLC, Millipore Ultra Filter Purifier, Wipe Film Evaporator, Bantum Mill, Trost Micronization (TX), Quadro Comil (193AS), Lyophilization (Virtis Freeze Dryer-35EL), Hydrogenation (20L-2L), Flash 150 Column, Fluid Bed Dryer, Rotavapor (R-153, 152, 151, 124), Vacuum Oven (DP-64, 43).

Small Scale/Analytical Equipment: Karl Fisher, HPLC Analysis (Units: HP series 1090, HP series 1050, LC (Waters Module 1), GC, Pacific Scientific particle size tester, UV array spectrophotometer, Dissolution (Distek sys. 2100), Met One® Laser particle counter, Mattson-Garvin® Slit to Agar air sampler, Desktop Gemco Blender, NMR, TLC.

Fette America: 3200 Tablet Press Level 1-9 certification. Trained to use and work with hazardous materials as well as air sensitive reagents. Thoroughly trained in cGMP documentation methods.

## REFERENCES

FURNISHED UPON REQUEST

3322

28

**From:**     Walter Wardrop
**To:**       Henry, Howard
**Date:**     Fri, Mar 7, 2003  7:20 AM
**Subject:**  Re: Cleaning Qualification Procedure Flowchart

Howard,

Very nice work!  I knew you were the right guy to coordinate this effort.

thanks,
Walter

>>> Howard Henry 03/06/03 05:40PM >>>
FYI

Please call me if you have any questions.

**1965**

# CTC QUALIFICATION PROCEDURE FLOWCHART



# CTC CLEANING NOTES

1)  **DO NOT** use the self cleaning system

2)  **DO NOT** spray water in the ductwork above the coater

3)  Dry the coater by:

   a)  Activating outlet air, inlet air and heat controls

   b)  **Putting the coater in by-pass mode for 30 minutes before drying the coater** *(This will heat the duct work and exhaust system before drying the coater)*

   c)  Turn off by-pass mode and dry the coater

**1967**

**From:**       Walter Wardrop
**To:**         Henry, Howard
**Date:**       Fri, Mar 7, 2003  9:47 AM
**Subject:**    Re: Cleaning Qualification Procedure Flowchart

** Confidential **

Howard,

You're welcome.  This is a VERY difficult project, optimizing the CTC.  It is new technology and we are all struggling to apply new philosophies to old manufacturing concepts.  You were at the same meetings as I was - we had the best minds in the business working on this:  You, Pete, Paul Lucas, Farooq, Andy, Ray, Ingrid, et.al.  In total, probably hundreds of years experience cumulatively!  And there was still robust debates and disagreements in how to proceed.  So the challenge is to meet these problems head-on without getting frustrated and yet stay focused and enthusiastic about the job.  That was the point of my previous e-mail to the team:  Stay focused, enjoy your success and keep an eye on the future.  This Cleaning Qualification is very high profile and we need to succeed, and I know you will lead the way and hold the torch high . . .

Since I am always focused on your professional development and communicating personal and team efforts upward, I did forward your flowchart to Andy with a few comments of praise and recognition for your efforts - they are appreciated.

thank you,
Walter

>>> Howard Henry 03/07/03 09:30AM >>>
Thanks Walt.  I appreciate the complement and the confidence.

>>> Walter Wardrop 03/07/03 07:20AM >>>
Howard,

Very nice work! I knew you were the right guy to coordinate this effort.

thanks,
Walter

>>> Howard Henry 03/06/03 05:40PM >>>
FYI

Please call me if you have any questions.

**1964**

Case 7.03-cv-08106-WCC-LMS    Document 35-4    Filed 12/04/2008    Page 41 of 66

**From:** Walter Wardrop

**To:** Chong, Abraham; Curry, Michael; Dillon, Karin; Henry, Howard; Morgan, Richard; Patel, Rakesh; Testaverde, Kathleen; Williams, Leon

**Date:** 7/21/2003 7:35 AM

**Subject:** Re: CTC Accountability

**CC:** Schaschl, Andy

---

Outstanding. Two weeks in a row. Looks like we may have found our effective "corrective action."
Now to turn it into a trend that no longer requires monitoring.
Nice job by all. Special thanks to Howard for micro-managing the changes - calibration, zeroing, etc.
Thanks,
Walter

>>> Howard Henry 07/21/03 06:11AM >>>
Good morning all,

I hope you all had a good weekend.

Last week the CTC accountability for the last batch in a twelve-string sequence had a 1.969% (gain). There was no splitting of the sequence all the batches were well within spec, with a high of 0.726% and a low of 0.028% (absolute numbers).

I will inform the group of the numbers for the batch sequence occurring this week, once the string is complete.

Thanks and have a good day,

Howard

**1936**

**From:**    Walter Wardrop
**To:**        Testaverde, Kathleen
**Date:**      7/3/2003 10:31 AM
**Subject:**  CTC Accountability
**CC:**        Dubler, Gregory;  Henry, Howard;  Schaschl, Andy

---

Kathleen,

As discussed, I have spoken to Howard Henry and he is going to working on the CTC Accountability Issues full-time as of July 14th.  I will provide the resources to backfill his Engineering responsibilities for the duration of this Special Assignment.  Greg Dubler will be assigned to be Howard's primary resource on this project - his eyes on the floor.

When you return to Pearl River on the 14th, the four of us should meet to develop an interim report for Paul Lucas and Andy Schaschl, detailing the progress of the team so far - our successes and the dead-ends.  We will decide how we want to display the data we have, either in text or graphical form.  Then we can devise a detailed go-forward plan.  I believe this "core team" within the established team should drive this project to completion, with the other members of the team to be used for brainstorming, troubleshooting and completing Action Items - our additional resources and accumulated brain-power.  I am confident that we should bring this problem to closure within 8-12 weeks . . . preferably sooner.

One last thing for us to think about . . .
Up to now, the Weigh Belt - and whether it "works" or not - is associated with "Accountability."  In fact, the weigh belt does meter tablets in at a designated rate - so it "works."  But it does not guarantee in-spec accountability and we still generate MIRs - so it does not work for what *we need it to do*.  Two very different definitions of "it works."  I think we seriously need to consider separating the concepts of tablet metering and accountability and see what results that generates.  We can use the weigh belt to meter in tablets, but devise a different way (counting drums, compression weight + solution, etc) for the accountability.  We :d to roundtable this with the team, but hopefully we can stimulate a new ideas to find the solution that has eluded us so far.

Have a great Holiday, and I look forward to your return so we can push the petal to the metal.
--Walter

**1938**

| | |
|---|---|
| **From:** | Walter Wardrop |
| **To:** | Henry, Howard |
| **Date:** | 3/17/2003 5:43 PM |
| **Subject:** | Re: 2003 goals |

Howard,

Nice job. I reviewed and liked your additions. Please see comments. I also "striked" a few I thought you could delete.

Please amend and return.

Thanks,
Walter

>>> Howard Henry 03/17/03 04:43PM >>>
Good Afternoon Walt,

Enclosed is the first draft of my 2003 Goals and Objectives.

Let me know when you have time to discuss it.

Thanks

>>> Walter Wardrop 03/14/03 11:53AM >>>

Attached is the final, "approved" draft of my 2003 Goals.

Please use it as the template to devise yours - which are due Monday.

Strikeout the items you don't think apply you (don't delete yet), and **Add** items that do, as stated in the previous email.

thanks,
Walter

**1954**

**From:**     Walter Wardrop

~~ :          Crump, Keith; Dubler, Gregory; Graney, Scott; Henry, Howard; Hill, Vonda; Morgan, Richard; Rosado, Gerald

Date:         8/20/2003 8:03 AM

**Subject:**  Re: CTC Update

---

Howard,

Thanks for the quick response time to this issue — You read my mind!   Thanks for your diligence in covering issues on all three shifts.  Sometimes it is all to easy to focus mainly on the day shift, but you always provide coverage and training as needed on the off shifts as well.  It is recognized and appreciated.

thanks,
Walter

>>> Howard Henry 08/20/03 07:47AM >>>
Keith- Thanks for the update.  I will have meetings with the CTC staff in order to reinforce cognizant careful diligence when handling the equipment.

Jerry- I truly appreciate you staying.  Thank you for going the extra mile.

Howard
-xoxo-

>>> Keith Crump 08/20/03 05:19AM >>>
Last night we experienced the same problems with the in feed belt. Jim Flemming came in and replaced the tension bracket for
    infeed belt. CTC was up and running at 4:55am. Supervisors remind your operators to be careful with the equipment. Poor handling of the equipment is probably the root cause to most of the problems we are experiencing. Special thanks to Jerry Rosado for sticking around until 5:00am this morning, to make sure the CTC was running.

-keith

**1934**

**Howard Henry - Re: Update**

| | |
|---|---|
| **From:** | Walter Wardrop |
| **To:** | Collorafi, Michael; Crump, Keith; Dubler, Gregory; Henry, Howard; Hill, Vonda; Morgan, Richard; Rosado, Gerald |
| **Date:** | 8/22/2003 8:23 AM |
| **Subject:** | Re: Update |

Considering all the changes in staff and procedures, we need to apply addition focus to training and monitoring of performance. I can supply resources as needed, but you need to communicate to me what you need. Many if not most of our recent problems can be resolved with a little extra focus and performance modification.

I am well aware of our recent "challenges," so we need a move-forward plan. Howard can not be here 24-hours a day to keep the unit running. The V-Cell supervisors need to be able to do that. But since Paul and Rakesh left and Greg is still in his learning curve, we are critically understaffed in our most difficult area. The one advantage we have is that we know our problems, challenges and limitations, so all we have to do is devise a plan that addresses those issues. I'll be looking for your feedback on what needs to be done, how to implement and ensure success of the project. I know this was a tough week and everyone worked hard and is stressed out. I share your pain. So, we need to fix our problems to reduce the stress and ensure better days ahead.

Thank you all for the efforts put forth to address and fix the problems we had. I appreciate your time, effort and diligence. I would sincerely like to create an environment where no one has to make the sacrifices in time and extend *extra* effort. I'd like to get to the point where we only deal with anomolies and unexpected problems and the repetitive stuff goes away. I think/hope you share that vision. . .

Thanks,
Walter

> Howard Henry 08/21/03 05:22PM >>>
Good evening,

The CTC is currently running. Please make sure that operators use diligent care during batch changes.

The Weighbelt malfunctioned early Thursday morning because the load cell as well as the other components within the system were not properly vacuumed between batches. Dust accumulated between the belt and the load cell causing it to misread the tablets going across the belt. Once the problem occurred, the run had to be aborted in order to restart the system.

Please walk around the room often, inspecting each unit in order to prevent further disruptions.

Thank you for your help and have a good day.

Howard

**1932**

29

Wyeth Ayerst Pharmaceuticals
Train 1 2003 Performance Objectives
Howard Henry, Production Engineer / Train 1

| Safety | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| • Participate in routine audits<br><br>• Conduct monthly safety meetings.<br><br>• Achieve OSHA Recordable Case Rate of 3.5.<br><br>• Evaluate ergonomic and safety issues associated with the Fette and CTC operations and execute action items that will result in safer procedures and fewer MLOA's. | | | | |

Wyeth Ayerst Pharmaceuticals
Train 1 2003 Performance Objectives
Howard Henry, Production Engineer / Train 1

| Compliance/Quality | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| • Reduce "new" Train 1 MIRs issued by 50%; (from 2002 target of NMT 32 to NMT 16) **WCH:** IMR Goal = NMT 75 Internal Goal=NMT 50. **Train 1:** IMR Goal = NMT 16 Internal Goal=NMT 10. | | | | |
| • Maintain NMT 3 overdue MIR's for T1. **WCH:** IMR Goal: NMT 13. Internal Goal: ZERO. **Train 1:** IMR Goal: NMT 3. Internal Goal: ZERO. | | | | |
| • Improve MIR 24 hour notification metric to 90%. | | | | |
| • Complete 100% of all Regulatory and Audit Commitments on time. | | | | |
| • Maintain NMT two (2) overdue non-Regulatory/Audit commitments. | Two is for the entire department. Your goal should be zero. Otherwise, each supervisor's 2 would add up to 18 for Train 1 alone. | | | |

**1956**

Wyeth Ayerst Pharmaceuticals
Train 1 2003 Performance Objectives
Howard Henry, Production Engineer / Train 1

| Compliance/Quality | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| • Maintain zero overdue change controls. | | | | |
| • Achieve First Time Quality of 98% (IMR Goal). | | | | |
| • Achieve FTQ (internal measure) of: <br> --Train 1 94% <br> --Train 2 94% <br> --Train 3 94% | | | | |
| • ~~Reduce batch record errors (index) to 0.7 and increase Right First Time to 85% (IMR Goal)~~ | | | | |
| • Achieve Training audit pass rate of 100% (IMR) | | | | |

1957

Wyeth Ayerst Pharmaceuticals
Train 1 2003 Performance Objectives
Howard Henry, Production Engineer / Train 1

| Customer Service | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| • Support lines shipped complete Goal of <br> IMR Goal = 96.5% <br> Internal Goal = 98% <br><br> • Achieve schedule attainment of <br> IMR Goal = 85% <br> Internal Goal = 98%. <br><br> • Maintain targeted finished goods DOS <br><br> • Maintain backorders at: <br> WCH – 0, <br> WP - 0, <br> Bausch & Lomb – 0, <br> Int'l – LT k5500 | | | | |

1958

Wyeth Ayerst Pharmaceuticals
Train 1 2003 Performance Objectives
Howard Henry, Production Engineer / Train 1

| | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| **Cost**<br><br>• Maintain spending within budget excluding volume variance.<br><br>• Achieve conversion cost targets of $6.82 WCH, $242.81 WP<br><br>• ~~Maintain <10% overtime for Train 1~~<br><br>• Support inventory targets of 6.5 MOH WP and 4.5 MOH WCH<br><br>• Achieve yield targets of:<br>  Train 1 – 97%<br>  ~~Train 2 – 97.5%~~<br>  ~~Train 3 – 96.5%~~ | | | | |

**1959**

Wyeth Ayerst Pharmaceuticals
Train 1  2003 Performance Objectives
Howard Henry, Production Engineer / Train 1

| Organization | Q1 Good1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| • Maintain equipment performance by executing the following tasks<br><br>1. Initiating Maximo Requests<br>2. Responding to off shift emergencies<br>3. Providing off-shift coverage<br>4. Initiating and Closing Change Control Procedures<br>5. Creating Capital Job Requisitions<br>6. Sourcing new equipment<br>7. Establish PMO timelines.<br>8. Improving PMO execution by updating and improving existing PMO's. | | | | |

| New Products | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| | | | | |

**1960**

Wyeth Ayerst Pharmaceuticals
Train 1 2003 Performance Objectives
Howard Henry, Production Engineer / Train 1

| Special Projects | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| • Improve the CTC process by performing each of the following:<br><br>1. Purchase new agitator shear head in order to prepare a solution in one water addition step<br><br>2. Increase the dust collector fan speed to increase Weigh-belt dust removal<br><br>3. Fabricate, test and purchase a dust removal system for the CTC<br><br>4. Install protective plastic sheeting to prevent paint peeling in the CTC solution tank area.<br><br>5. Optimizing all CTC cleaning SOP's<br><br>6. Install platforms and ladders to provide better access to the CTC Vac-U-Max units<br><br>• Improve 10K Littleford processing equipment | Good<br><br>Good | | | |

1961

Wyeth Ayerst Pharmaceuticals
Train 1 2003 Performance Objectives
Howard Henry, Production Engineer / Train 1

| OTHER PROJECT GOALS | | | | |
|---|---|---|---|---|
| 1. Achieve Centrum in single pass for CTC. | | | | |
| 3. Successful completion of the CTC Cleaning Qualification | | | | |
| **PERSONNEL /ORGANIZATIONAL** | | | | |
| • Maintain a personal Training ITP% of >90% | | | | |

1962

**W**

CONFIDENTIAL

# SELF-APPRAISAL FORM

| Name: | Howard Henry | Current Title: | Production Engineer |
|---|---|---|---|
| Department: | 640 | Current Appraiser: | Walter Wardrop |

Time Frame Covered:    October 2002- October 2003

**INSTRUCTIONS:**    **Complete this form and give it to the individual who will be conducting your appraisal.**

(1)    Attach a copy of your performance objectives/standards and describe your accomplishments. Do these results meet, exceed or fall short of what was planned? Provide examples from the last year that best demonstrate your personal commitment to the Company's values? Which of our Company's Values were your greatest strengths? (Attach additional pages if needed.)

>Please see attached "Engineer Status Report" for an overview of duties. Below is a synopsis of accomplishments achieved in the October 2002 - 2003 review period:

1.    Installation of Vac-U-Max platforms over CTC-Solution Tanks.
Company Value(s):
Quality: Faster and safer cleaning process due to increased operator accessibility
Leadership: Instrumental in the design of the platform and ladder. Wrote and closed the change control associated with this project.
Collaboration: Worked with project engineer (Bishnu Joarder) and pharmaceutical operators to achieve this task.

Result: Prior to this task, very few operators were able to access the Vac-U-Max units during the cleaning and re-assembly of the units. After the platforms were installed, more operators were able to perform these tasks due to safer accessibility to the units. Cleaning speed and re-assembly increased thus increasing the cleaning time for the CTC system.

2.    Managed the CTC Cleaning Verification project
Company Value(s):
Quality: All CTC equipment passed cleaning verification three consecutive weeks. Equipment assembled and ready for use
Integrity: All steps of all CTC cleaning SOPs executed in order to achieve this task
Respect for People: Displayed the utmost respect for all operator staff while assigning them specific cleaning duties.
Leadership: Provided specific instructions to supervisor and operator staff detailing all necessary action items that must be followed in
order to achieved three successful verification runs. Lead by example cleaning some equipment in order to ensure that all
units passed inspection .
Collaboration: Worked with technical service staff, pharmaceutical supervisors and operator staff in order to accomplish this task.

Result: Prior to the CTC Verification project, the first 16 inspections yielded the following results after initial inspection: CTC Solution Tanks passed 6-19% of the time, CTC#2 passed 44% of the time, CTC#1 passed 50% of the time, and the rest of the equipment passed 88-100% of the time. Furthermore the equipment had to be SOP cleaned and inspected every week prior to production use. During the verification, all units passed on initial inspection and did not require re-cleaning. After verification, production increased significantly due to a decrease in cleaning time (equipment SOP cleaned every 30 days instead of every week) and the absence of weekly inspections.

3.    Part of the Littleford Blender Electric Failure Remediation Team
Performed the following action items in order to help remedy the electrical problem associated with the Littleford Blender:
- Reset Electrical sub-station breakers with Frank Gufert (EE)
- Assisted in the determination of proper Fike Canister location
- Assisted in the determination of proper Fike Sensor location
- Determined critical equipment routing installation locations and proper routing

**D-00159**

Company Value(s):
Quality: All equipment properly installed and functional

**CONFIDENTIAL**

Wyeth Self-Appraisal·Sept 01

Wyeth-Ayerst Self-Appraisal Form

CONFIDENTIAL

Page 2

Respect for People: Displayed respect for all representative departments while listening to other ideas and opinions.

Collaboration: Worked with safety, manufacturing support, contractor (Sear Brown/Sikorski) and departmental personnel to accomplish this task.

Result: Littleford Blender circuit breaker no longer trips during the jog and mixing portion of the operation. Operator safety and protection increased from potential dust explosion during operation of the unit.

4. Wrote documents supplying vital information for commitment closure.

Researched, investigated and wrote the following memos for compliance specialists for commitment closure:

CIP-100 Assessment (PACE Report Evaluation), CTC Temperature Excursion, Alconox Cleaning Agent Usage during CTC Verification and OOS for CTC Batch 04451-1025

Company Value(s):

Integrity: Thorough and extensive research conducted in order to explain events leading to investigation

Result: All information helped to release batches or equipment contributing to the achievement of monthly attainment

5. CTC Single Pass Project Team Member

Performed the following tasks associated with the single pass project:

- Wrote Solution Tank Functionality memo
- Resolved maintenance related issues that if left unresolved, would impact project timeline
  - i. Bent Baffle issue: effected tablet bed height and throughput
  - ii. Inlet Plenum issue: affected proper heating of the tablet bed.
  - iii. AHU Steam Trap issue: affected the ability for the AHU to maintain the inlet temperature set-point
- Reviewed and revised PD documents supplied by Sear Brown and Sikorski representative Robert Hoffman
- Ordered all spare parts for the CTC unit spectrum spray arm
- Provided input regarding a dust removal device to be installed in the hopper.

Company Value(s):

Quality: All activities contributed to the overall success of the project

Integrity: All steps of all CTC cleaning SOPs executed in order to achieve this task

Respect for People: Display the utmost respect for all representative departments working on the project.

Collaboration: Worked with technical service, manufacturing support and maintenance personnel in order to achieve this task.

Result: All of the issues addressed helped to contribute to the overall successful execution of the project

6. CTC PMO Responsibility/Technology Transfer

Performed the following tasks associated with the transfer of CTC-PMO execution from Thomas Engineering to Wyeth Pharmaceuticals:

- Verified all equipment model numbers and serial numbers
- Inspected all PMO procedures for accuracy

Company Value(s):

Quality: All activities contributed to the successful transfer of the PMO

Integrity: All equipment information verified and corrected in the field

Collaboration: Worked with maintenance personnel in order to achieve this task.

Result: All of the issues addressed helped to contribute to the successful transfer of the PMO

7. CTC Spare Part Assessment Team

Established a spare parts list in order to decrease equipment downtime. Executed the following action items in order to achieve this task:

- Provided recommended spare parts list, determined critical and non-critical spare parts and inspected the final spare parts list draft for accuracy

Company Value(s):

**D-00160**

**CONFIDENTIAL**

Wyeth-Ayerst Self-Appraisal Form

Quality: All activities contributed to the success of the project
Collaboration: Worked with maintenance personnel in order to achieve this task.

Result: All of the issues addressed helped to contribute to the overall successful completion of this project

---

8.    Scheduled all departmental Preventive Maintenance Orders (PMO)
Ensured all PMO procedures were conducted with minimal impact to production
•    Attended PMO scheduling meetings, communicating this information to all departmental staff.
Company Value(s):
Quality: Equipment maintained to produce quality product
Integrity: All PMO procedures executed fully and inspected
Collaboration: Worked with maintenance personnel in order to achieve this task.

Result: All PMO procedures executed on time. Non overdue


9.    CTC Review Team Meeting Chairman
Performed the following activities in order to fulfill the goal of resolving CTC Accountability:
•    Wrote meeting minutes, analyzed weigh belt activity during production, performed system loop checks, modified the PMO and evaluated current batch calculation methods
Company Value(s):
Quality: All activities contributed to the success of Review Team meetings
Integrity: Each established action item executed fully using all acquired knowledge
Respect for People: Displayed the utmost respect for all staff from various departments and levels while assigning specific duties
Leadership: Chairman of this committee.
Collaboration: Worked with technical service, quality assurance (QA), manufacturing support, compliance specialists, pharmaceutical supervisors, maintenance personnel and contractors in order to achieve this task

Result: All activities lead to the ultimate goal of resolving CTC accountability


10.    Commitments
Performed the following tasks in order to close commitments:
Issued work orders, analyzed equipment, wrote memos, tracked down signed work orders, researched raw materials
Company Value(s):
Quality: All commitments closed on time.
Integrity: All incidences researched and investigated to establish cause and correct course of action
Respect for People: Displayed the utmost respect for all compliance specialists while performing this task.
Collaboration: Worked with compliance specialists, QA and maintenance personnel in order to complete this task

Result: Eight commitments due. Six complete. None overdue and none late


11.    Change Control Procedures

Performed numerous tasks in order to initiate and close various change control procedures

Company Value(s):
Quality: All change controls closed on time.
Integrity: All tasks researched and investigated to establish cause and correct course of action
Respect for People: Displayed the utmost respect for all QA change control document specialists while performing this task.
Collaboration: Worked with QA change control document specialists and maintenance personnel in order to complete this task

Result: Twelve change controls. Seven closed and five canceled. None late and none overdue

D-00161

**CONFIDENTIAL**

Wyeth-Ayerst Self-Appraisal Form

CONFIDENTIAL
Page 4

12.    Process Ergonomics Team member
•      Investigated all assigned action items associated with the Ergonomics team.
Company Value(s):
Quality:  All items contributed to the safety and improved ergonomic condition of operators throughout manufacturing.
Integrity:  All tasks researched and investigated to establish correct course of action
Collaboration:  Worked with QA and maintenance personnel in order to complete this task

Result:  All changes implemented helped to provide a safer manufacturing environment for all operator staff

13.    Provided crucial manufacturing support and coverage during periods of reduced staff
•      Supported Central Storage area activities
•      Provided extended Fette 3200 coverage during the loss of supervisor Fred Abatangelo and the training of replacement Mike Collorafi
•      Supplied extended CTC coverage during the loss of supervisor Rakesh Patel and the training of Greg Dubler
Company Value(s):
Leadership:  Areas maintained and supported during critical departmental staff reduction.  Provided training and direction in decisions
              involving critical unit operations

Result:  All areas and equipment supported.  Monthly attainment achieved.

14.    Participated in Purified Water Hose Remediation meeting
•      Assessed most feasible way to address purified water hose issues:
       i.   Hoses to long for proper hanging (hoses sometimes found touching the floor)
       ii.  Not properly hung to provide adequate drying
       iii. Hose hooks sometimes come off the wall causing the hoses to fall on floor
Company Value(s):
Quality:  Purified hoses changed to enhance processing activities
Collaboration:  Worked with manufacturing support and project engineers to achieve this task
Result:  Hoses implemented.  Eliminated hose storage and proper drying issues

15.    Initiated over 700 Maximo requests in order to provide service throughout the Manufacturing Site
Company Value(s):
Quality:  All Maximo requests initiated to maintain product and equipment quality
Collaboration:  Worked with Maintenance personnel to achieve this task.

Result:  All work executed efficently and throughly.  Requests helped to maintain product quality and achieve monthly attainment

16.    Executed all necessary tasks satisfying Maintenance Zone Checklist requirements
Company Value(s):
Quality:  Followed guidelines established in the Maintenance Zone SOP
Collaboration:  Worked with pharmaceutical supervisor staff in order to satisfy SOP requirements

Result:  Zones maintained weekly.  SOP properly executed and all requirements fulfilled

17.    Part of the Hurricane Isabel Preparedness Committee
Provided a plan for equipment shutdown and restart in the event of an unplanned shutdown
Company Value(s):
Collaboration:  Worked with Pharmaceutical staff in order accomplish this task

Result:  Plan established.  Areas prepared in the event of an emergency

Wyeth Self-Appraisal·Sept 01

D-00162

CONFIDENTIAL

Wyeth-Ayerst Self-Appraisal Form

CONFIDENTIAL<br>Page 5

(2) Is there anyone else your manager should talk to before preparing your appraisal? (Please be sure to advise your manager before your scheduled performance appraisal.)

> 

Mr. Todd Davenport, Mr. Scott Graney, Mr. Gerald Rosado, Mr. Keith Crump

(3) Describe your professional and/or performance development activities and their results. What career development issues do you wish to discuss with your manager? Identify development activities that could benefit you in current or future assignments. Development activities may include strengths you wish to enhance, new areas for you, or areas that need improvement.

> 

A few of my professional performance and development activities include the successful management of the CTC Verification project, performing the duties of chairman of the weekly CTC Review Team Meeting and helping supervisors follow the Maintenance Zone checklist requirements by executing audit corrective action item commitments.

Development activities:  Successfully perform all activities associated with the CTC-One Pass project.

Benificial development activities:  Obtain more project engineer and management skills.  Also obtain Auto-Cad software training

Professional activites include taking a course off-site in management and/or in pharmaceutical engineering.

(4) What new objectives, goals or standards should be established for the next appraisal period to support departmental or business objectives and Company Values? Which previous objectives, goals or standards need to be modified or deleted?

> 

Goals included improving on current Coating and Littleford Blending equipment.  Improving the dust collection in the Continuous Tablet Coater and the overall CTC process.   Finally, possibly learning the DI Water System.

(5) What assistance (resource/advice) will you need from your manager or others to achieve these goals?

> 

None at this time.

(6) If you manage others, describe your efforts to strengthen your staff through development activities, special assignments, communication, etc.

> 

N/A

(7) What additional subjects should be discussed at your performance appraisal meeting?

> 

None at this time.

_____          _____

**Employee Signature**                    **Date**

Wyeth Self-Appraisal·Sept 01

CONFIDENTIAL

Wyeth–Ayerst Self-Appraisal Form

CONFIDENTIAL
Page 6

D-00164

CONFIDENTIAL

**30**

## JOB DESCRIPTION WORKSHEET –GLOBAL SUPPLY CHAIN - EXEMPT

| INCUMBENT'S NAME(S) John Moynihan | | JOB TITLE Supervisor, Packaging | |
|---|---|---|---|
| GRADE  9 | | SUPERVISOR'S NAME Howard Mackey | SUPERVISOR'S TITLE Associate Director, Packaging |
| ORGANIZATIONAL UNIT WP | | JOB CODE | REVISION # |

**I. JOB SUMMARY -** Summarize the primary purpose of the job in 2 to 3 sentences.

Provides day-to-day direction to the consumer Health Packaging operators and packaging line mechanics to efficiently fill and package consumer health products. In addition, this position has the additional responsibility of coordinating and maintaining all Consent Decree requirements for the packaging of Diamox and Fibercon. Duties include monitoring and maintaining the proper staffing and training levels of operators and mechanics required to package Consent Decree products. Review and update Standard Operating Procedures to ensure compliance issues are covered. Position is accountable for supervising resources to ensure that the work performed by the Pearl River Consumer Health and Pharmaceutical Packaging staff is accurate, timely, efficient, and compliant with corporate policies, plant SOPs, cGMP regulations, and FDA guidelines.

**II. JOB RESPONSIBILITIES -** List the primary responsibilities and job duties in order of importance.

| Job Duties | % of time spent on each duty |
|---|---|
| 1. Ensure packaging personnel to meet the requirements for a safe and cGMP compliant work environment follows procedures. Oversee packaging procedures from start to finish on 1-2 packaging lines and 1 changeover line (average). Perform safety audits on a regular basis to ensure a safe working environment and compliance with cGMP and FDA regulations. Monitor production to ensure a Quality finished product is delivered to consumers | 40 |
| 2. Complete and submit all required paperwork and computer transactions (production sheets, change over sheets, accident reports, investigations, finishing order completions and close outs) accurately and in a timely manner, to ensure compliance. Also audit logbooks and other paperwork filled out by staff during production runs and change over processes to conform accuracy, completeness, and legibility of entries. | 20 |
| 3. Train Pharmacuetical and Consumer Health packaging personnel in groups or individually on SOPs, cGMP guidelines and safety procedures as needed to ensure a compliant, safe, productive working environment. Weekly evaluations over an 8-week period for document training/orientation of new employees in the department schedule and implement training assignments. | 10 |
| 4. Based on a predetermined schedule, assign operators and mechanics to required positions on the packaging line to ensure high levels of productivity. Communicate with next shift on scheduling based issues or any incidents that have occurred, work that still needs to be completed, priority changes, etc. | 5 |
| 5. Perform disciplinary actions on personnel as required for non-compliance, poor productivity/performance, or excessive absenteeism and/or tardiness to enforce and ensure a productive, safe, compliant work environment to include monitor and maintaining high standards of house keeping on production lines and assigned zone areas. | 10 |
| 6. Pull quality control stability samples from each finishing order and fill out required paperwork in order to help ensure that products are packaged accurately, prior to QC release. Collect data and other pertinent information for events or incidents that require manufacturing investigation reports (MIR's) | 10 |
| 7. Handle all customer complaint's related to the packaging of Pharmaceutical (Diamox & Fibercon) Products. Conduct investigations and issue report on the findings. | 5 |

**D-00528**

**CONFIDENTIAL**

8.

|  | Total | 100% |
|---|---|---|

## III. WORK FLOW

Describe how the incumbent gets the work, the processes (mental/physical) which the incumbent performs to transform the work, the work output, and what happens to the work once the incumbent has finished.

Packaging schedule is received by Packaging Supervisors from Scheduling Coordinator. The Packaging Supervisors must assess what needs to be done during their shift and make any decisions around scheduling changes that are necessary. Packaging or changeover lines are staffed. Production lines and change over lines are supervised from start to finish, as is employees' completion of required log books/paperwork. Paperwork is filled out on each order and closed out, and retention samples are taken. Both are sent for quality checks w/Quality Control and the Scheduling Coordinator. Finished packaged orders are picked up and taken to the warehouse to await shipping.

## IV. DECISION MAKING

A. Describe the decisions generally made and indicate whether the incumbent is the final authority or participates in the decisions.

  1. Staffing decisions around where packaging personnel will be working and when, based on predetermined packaging schedule and necessary changes should equipment problems arise. Final Authority

  2. Decisions around taking disciplinary action – what level to issue and when. Final Authority

  3. Make determination and take action if an employee or equipment is at risk should a safety issue arise in the packaging area. Final Authority

B. Describe the effect the decisions can have on company programs, processes, services, customers or financial results.

  Decisions made around production impact directly whether the product gets shipped in a timely manner. There is a financial impact should the product not be ready to be shipped as scheduled. If customers do not receive their orders or if there are problems with the order, customer satisfaction and the reputation of the company will decline.

C. Outline the guidelines, practices, or limits which are used in making decisions and which assist in recognizing the limits of authority.

  Decisions are limited by predetermined packaging schedules based on customer orders and various priorities. SOPs, cGMPs, safety regulations, and FDA regulations also guide decisions.

**D-00529**

**CONFIDENTIAL**

### V. SUPERVISION

Describe the supervision this position receives. In what manner and how often are instructions given? How and with what frequency is the work checked?

Work performed by Packaging Supervisors is done relatively fairly independently, with minimum contact with the Packaging Manager. Work is quality checked daily by Scheduling Coordinator and Quality Control. Manager receives error rate and production reports monthly. Performance appraisals are issued annually.

### VI. BUDGET/ASSET RESPONSIBILITY

A. Describe the duties that relate to budget preparation.

B. What is the value of the budget or assets administered in terms of $ or units, or end results?

Enter dollar amount:

Describe:



### VII. INTERPERSONAL CONTACTS

| | Type | Reason for Contact | Frequency |
|---|---|---|---|
| A. Internal Contacts | Scheduling Coordinator; Compliance coordinator | To discuss scheduling for the shift; Discuss events that may require investigation (support/advice on cGMP, Sol, issues) | Daily |
| | Safety Department | Safety training, accident reports | Monthly |
| | Manufacturing Supervisors | If need to do an investigation or if have quality issue | As needed |
| | Human Resources | Labor Relations issues, disciplinary issues | Monthly |
| | Quality Assurance | Respond to customer complaints by providing information. | As needed |
| B. External Contacts | Equipment Vendor | Concerning SOPs, problem solving | As needed |
| | | | |
| | | | |

D-00530

**CONFIDENTIAL**

## VIII. INGENUITY
Describe typical job situations that require creativity and innovation.

Ingenuity is required around scheduling when issues arise during the course of a shift which prevents running a line as pre-scheduled, for instance if equipment fails or there are staff shortages. Creativity is also required with regard to how to fit training in to the employees' work schedule, and how to juggle resources while employees are in training to keep production going.

## IX. PLANNING
What is the involvement with short and long range planning?
What organizational unit does the incumbent plan for?

-Daily planning around managing the schedule - e.g., how to staff the various lines.

-Also short-term planning and quick decision making around what to do if something goes wrong.

-Planning around how to/when to train employees during their shift.

## X. TRAINING AND EXPERIENCE
1. What formal education is required to perform the job duties (degree, field)?
High School diploma - minimum 2-4 year college degree recommended.

2. What training is required?
Computer training on software systems used, cGMP, SOPs, training on operating equipment.

3. What previous experience, skills and abilities are required to perform the job? Where would it be obtained? What is the minimum number of years of experience that is needed?
Manufacturing background (minimum 2 years), business skills, and communication skills.

## XI. EMPLOYEES SUPERVISED

| Total number supervised | 20 | # exempt 0 | nonexempt 20 |
|---|---|---|---|
| Number supervised directly | 20 | Check if numbers are not yet determined | |

\* Number supervised may represent an average or typical number for multiple incumbent positions.

## XII. ORGANIZATION CHARTS
Please attach an organizational chart, which shows how the job fits into the organization, including other jobs reporting to the same supervisor and all positions reporting to the incumbent. Indicate positions by titles and names of the incumbents; for multiple incumbent jobs, the number of people may be shown in parentheses instead.

**D-00531**

**CONFIDENTIAL**

| Employee's Signature | Date | Director Level or Above Signature | Date |
|---|---|---|---|
| Supervisor's Signature | Date | | |

HPPLEDMCSD1

D-00532

CONFIDENTIAL