**31**

# EXEMPT JOB OPPORTUNITY Wyeth

| | | | |
|---|---|---|---|
| **POSTING DATES:** | 9/22/2004-9/28/2004 | **JOB#:** | WPL908210 |
| **JOB TITLE:** | Manager, Manufacturing Support (PPU1) | **GRADE:** | Up to EX12 |
| **COMPANY:** | Pharma | **HOURS:** | 8:00 AM - 4:30 PM |
| **LOCATION:** | NY - Pearl River | **FAX:** | 845-602-5375 |
| **PAPER BIDS TO:** | Patti Verhasselt | | |
| **POSITION REPORTS TO:** | Andrew Espejo | **TITLE:** | PPU Lead, Manufacturing Operations PPU#1 |
| **HR REPRESENTATIVE:** | Patti Verhasselt | | |

**POSITION DESCRIPTION:**

As Manager, Manufacturing Support (PPU1), you will manage the Department by communicating and tracking objectives to staff. You will provide guidance to staff to facilitate successful completion of objectives. You will continually improve the Department's service by adapting / expanding staff responsibilities to changing needs. You will support capital project initiatives with the design, safety reviews, construction, validation and startup. You will coordinate activities between Technical Services, production, engineering and maintenance to ensure final product makes or exceeds quality measures. You will monitor departmental production engineering projects to ensure timely completion. You will provide primary validation and engineering support to Manufacturing operations through detailed capacity analysis, throughput studies, raw material and WIP ategies. You will identify process improvements through debottlenecking initiatives and evaluate existing equipment along with new technologies. You will manage process validation scientists to provide daily process improvement, minor validation and troubleshooting services to the manufacturing and packaging depts. You will interface with the Technical Support directorate. You will ensure compliance with cGMPs, environmental and OSHA regulations as well as company safety guidelines. You will be responsible for ensuring implementation of training programs covering job skills, safety, regulatory, compliance and other pertinent issues. You will manage one Technical writer whose function is to assist manufacturing supervision in the timely completion of Standard Operating Procedures creation and revisions. You will be knowledgable of GMPharma databases.

**OTHER COMMENTS:**

You must have a BS in Engineering. MBA preferred. Pharmaceutical experience preferred.

---

**Employees at locations in the normal posting area will be interviewed prior to employees at other Wyeth sites.**

**32**

# ENGINEER STATUS PROJECT REPORT

*LCH Centrum Production (Train #1)*

September 17, 2003

Howard Henry
Production Engineer
M.. facturing

| Project | Date Received | Purpose | Description | Status |
|---|---|---|---|---|
| Continuous Tablet Coater / Action Items | 1/03 | Perform all tasks associated with safe and proper use of the Continuous Coater. | 1. CTC Verification Process: <br>• Hold a meeting on all three shifts detailing the equipment involved in the verification process, in order to correct passed mistakes as well as the pass/fail percentage of all equipment involved in the process. The pass fail rate for each unit is listed below. | 1) Status. <br>• Complete. Three meetings held on 3/6/2003. |

| Equipment | Passing Percentage (%) Period (7/28/02-1/8/03) |
|---|---|
| Coater #1 | 50% |
| Coater #2 | 44% |
| *IBEX Gear Pumps | 50% |
| Solution Tank 19A | 13% |
| Solution Tank 20B | 6% |
| Solution Tank 21A | 13% |
| Solution Tank 22B | 19% |
| Vac-U-Max 19A | 88% |
| Vac-U-Max 20B | 94% |
| Vac-U-Max 21A | 81% |
| Vac-U-Max 22B | 94% |
| Inlet Conveyor Belt | 100% |
| Conveyor Belt A | 100% |
| Conveyor Belt B | 94% |
| Conveyor Belt C | 94% |
| Weigh Belt | 94% |

*\* Will not be part of the verification process*

• Manage all activities in order to pass three consecutive inspections. Verifications will consist of visual inspection, examination of all cleaning checklists to ensure proper and complete execution and the testing for the removal of any cleaning agent used to clean CTC equipment. Technical Service personnel will conduct the inspection process activities.

• Complete. All equipment passed three consecutive verification procedures on 3/8, 3/15 and 3/22/03.

2553

# ENGINEER STATUS PROJECT REPORT

## LCH Centrum Production (Train #1)

September 17, 2003

| Continuous Tablet Coater (Section Items Continued) | | 1/03 | Perform all tasks associated with safe and proper use of the Continuous Coater. |
|---|---|---|---|

2. Vac-U-Max access (platform/ladders):
- A meeting must be held with Bishnu Joarder, Andy Sakell and Susan Rera to discuss operator access of the Vac-U-Max.
- Send request to engineering to the attention of Bishnu Joarder
- Design platform
- Write change control and justification
- Circulate job order for approval
- Install platform
- Cut and polish holes through platform for Vac-U-Max hoses
- Install platform ladders
- Inspect platform and have ORR conducted by Safety
- Respond to all ORR items
- Close Change Control

[2] Status
- Complete. A platform be designed and built
- Complete.

- Complete.
- Complete
- Complete
- Complete
- Complete
- Complete

- Complete
- Complete
- Complete
- Complete

3. CTC PMO Responsibility/Technology Transfer Conduct the following activities in order to transfer CTC execution from Thomas Engineering to Wyeth Pharmaceuticals
- Verify the model and serial numbers for all equipment on CTC #1, CTC#2, Air Handlers and Dust Collectors by visual inspection
- Inspect all PMO procedures for proper procedure and complete equipment testing. This involves three PMO documents i.e. Mechanical, Electrical and Instrumentation PMO documents

3) Status

- Complete. All equipment verified

- Complete. All PMO procedures inspected

4. CTC-Spare Parts Assessment Team Establish a spare parts list for the CTC system. Perform the following tasks in order to establish a spare parts list for all CTC equipment.
- Provide recommended spare parts list to maintenance
- Determine critical and non critical parts for each equipment.
- Inspect final list with Maintenance personnel
- Order parts

4) Status

- Complete.
- Complete.

- Complete.
- Complete.

Howard Henry
Production Engineer
Manufacturing

2554

# ENGINEER STATUS PROJECT REPORT

*LCH Centrum Production (Train #1)*

September 17, 2003

Continuous Coater Project
Action Items
(Continued)

Howard Henry
Production Engineer
Manufacturing

| | | | | |
|---|---|---|---|---|
| | 1/03 | 5. Perform tasks to remediate startup issues with the Continuous Coater. | 5. CTC-Dust Collector Issues: 1/24/03: Meeting held to address dust collector issues i.e. freezing of the filters especially in CTC-dust collector #2. The following action items came as a result of the meeting: <ul><li>Remove Spray System handle from unit</li><li>Instruct operators not to spray water in the duct-work above the unit</li><li>Remind supervisors and operators to preheat the dust collector unit prior to drying the unit</li><li>Create reminder list of actions operators should not perform</li></ul> 9/03: Changed all CTC dust collector actuator fittings in order to prevent the unit from displaying false pressure readings due to faulty fittings <ul><li>Discuss situation with instrumentation mechanics</li><li>Initiate work order request</li></ul> 6. CTC Bins <ul><li>Address problem with bin knobs falling from CTC bin valves. 3/4/03: Called A. Rosencranz along with D. Dooly (Tinsmith) to address the issue of Knobs falling from bin valves. Replacement parts costly. Repairs will be made in-house in order to fix this problem</li><li>Replace all bin wheels</li></ul> 7. Equipment ordering. The following equipment must be ordered: <ul><li>Roughing Filters for CTC#1</li><li>Conveyor Belt Speed Sensors</li><li>Vac-U-Max mufflers</li><li>Vac-U-Max inlet chutes</li><li>Vac-U-Max socks</li><li>CTC Bin Valve Parts</li></ul> | 5) Status <br><br> Complete. <br> Complete. <br><br><br> Complete <br><br><br> Complete <br><br><br> Complete. <br> Complete. WO#335543 <br><br> 6) Status <br> Complete <br><br><br> Complete via WO# 275130, 287263, 297083 <br><br> 7) Status <br><br> Ordered and replaced <br> Ordered and received <br> Ordered and received <br> Ordered and received <br> Ordered and received <br> Ordered and received <br> Ordered |

3

2555

# ENGINEER STATUS PROJECT REPORT

*LCH Centrum Production (Train #1)*

September 17, 2003

| Gap Strategy Assessment | 2/03 | This assessment is part of a plant wide initiative, analyzing all equipment in order to achieve 21CFR Part 11 compliance. The following units must be assessed utilizing the form provided by the Gap Strategy Assessment Representative: | 1) Assessment status is listed below: |
| --- | --- | --- | --- |
| | | Perform all duties in order to properly categorize equipment listed under assessment. | 1) |
| | | • PC#7 | ▪ Complete |
| | | • PC#8 | ▪ Complete |
| | | • CTC#1 | ▪ Complete |
| | | • CTC#2 | ▪ Complete |
| CTC Single Pass Project | 5/03 | The objective of the CTC Single Pass Project is to increase the CTC tablet coating process time by a minimum of 50%. This will be done by decreasing the time the tablet throughput, coating tablets in the CTC system in a "single" pass as opposed to using two coaters for two coating applications. | 1) Status for each item is listed below: |
| | | Perform all duties in order to successfully complete this project by 12/31/03 | |
| | | The following tasks must be performed in order to complete this task: | |
| | | 1. Write solution tank functionality memo | ▪ Complete. |
| | | • Resolve maintenance related issues that could possible effect project | ▪ All items completed via work order requests |
| | | ○ Bent Baffle issue: effects tablet bed height and throughput | ○ Complete |
| | | ○ Inlet Plenum issue: affects proper heating | ○ Complete |
| | | ○ Resolve slow temperature heating issue (CTC-AHU#1) | ○ Complete |
| | | • Check into installation of access door in the duct-work | ▪ Complete. |
| | | • Revise Cleaning SOP's creating specific CTC-Single Pass SOP's | ▪ Ongoing. SOP's revised once final parameters are established |
| | | • Review and revise PID documents supplied by Sear | ▪ Complete. |
| | | • Brown and Sikorski representative R. Hoffman | ▪ Complete. |
| | | • Remove and install gun arms for test. After test reinstall old gun arms | ▪ Complete. Done each time via work request |
| | | • Order listed spare parts for Spectrum spray arm unit | ▪ Complete. All parts ordered and received |
| | | ○ 64 Spray bar o' ring | |
| | | ○ 20 Manifold sections | |
| | | ○ 8 spray gun bodies .75 mm | |
| | | ○ 32 spray gun needles .75 mm | |

Howard Henry
Production Engineer
M... ''acturing

4

2556

# ENGINEER STATUS PROJECT REPORT

*LCH Centrum Production (Train #1)*

September 17, 2003

Howard Henry
Production Engineer
Manufacturing

| | | | |
|---|---|---|---|
| Review Team Meeting | 9/03 | Perform all duties required to resolve all outstanding issues associated with CTC batch accountability. | 1) Chair of the CTC Review Team Meeting Committee. Perform the following tasks as chairman of this committee:<br>• Coordinate and conduct weekly meetings<br>• Write meeting minutes weekly and distribute to all attendees<br>• Analyze Weigh belt progress during coating process<br>• Analyze PLC/HMI System Loop check<br>• Resolve AHU and Dust Collector shutdown issues<br>• Evaluate current batch calculation methods<br>• Modify PMO | 1) Status is listed below:<br>• Complete<br>• Complete<br>• Complete<br>• Complete<br>• Complete<br>• Complete<br>• Complete |
| IIR Commitments | Ongoing | Various commitments received during various production excursions | 1. Commitment #26381: The CTC temperature went out of range.<br>  • Due date: 5/30/03<br>2. Commitment #30159: Install door sweep on Mechanical Room 112-300.<br>  • Due date: 12/31/03<br>3. Commitment #30213: Replace broken drain screen and replace pipe in Mechanical Room 112-300.<br>  • Due date: 7/25/03<br>4. Commitment #30218: Repair and damaged coving in Passageway 112-300A<br>  • Due date: 7/25/03<br>5. Commitment #32981: Review the feasibility of calibrating the Weigh Belt weekly due to OOS for batch 04451-1025<br>  • Due date: 9/30/03<br>6. Commitment #35670: Study best way to secure Iris Valve to bins in PC#8.<br>  • Due date: 1/31/04<br>7. Commitment #37198: Initiate system to replace gear of IBEX pumps<br>  • Due date: 1/15/04<br>8. Provided documentation to help with the closure of commitments:<br>  • CIP-100 (Pace Report Evaluation) Memo<br>  • Alconox Usage Memo<br>  • CTC heating excursion Memo | 1. Complete. Closed 5/30/03<br>2. Complete. Closed (10/31/03)<br>3. Complete. Closed (7/14/03)<br>4. Complete. Closed (7/11/03)<br>5. Complete. Closed (9/18/03)<br>6. In process<br>7. In process<br>8. All information researched and documents written.<br>  • Complete<br>  • Complete<br>  • Complete |

2557

# ENGINEER STATUS PROJECT REPORT

*LCH Centrum Production (Train #1)*

September 17, 2003

Howard Henry
Production Engineer
Manufacturing

| | | | |
|---|---|---|---|
| Change Control Procedures | Ongoing | Initiation, Closure and Cancellation of Change Control Procedures<br><br>1) CCP 2002-2613 "Modify Vac-U-Max PMO# 47186"<br>• Approved 12/14/02<br>2) CCP 2002-2615 "Installation of Vac-U-Max platforms:<br>• Approved 12/02<br>3) CCP 2002-1864 "Salvage scale from PMO 57273 and Maximo"<br>• Initiated by Gary Baisley<br>4) CCP 2002-1184 "Modification of PMO for 14 hand held micrometers"<br>• Initiated by Gary Baisley<br>5) CCP 2003-145 "Rerouting of Compressed Air Filter for CTC#2"<br>• Approved 1/20/03.<br>6) CCP 2003-212 "Removal of Drying Inlet Temperature Criteria from the SOI"<br>• Approved 3/03 Due 6/03<br>7) CCP 2003-2040 "Revision of PMO 47179"<br>• Approved 10/03. Due 12/03<br>8) The following CCPs were cancelled:<br>• CCP 2001-1545 "AWACS Room Start-Up"<br>• CCP 2001-1549 "Light Weigh Room Start-Up"<br>• CCP 2001-1550 "Oil Room Start-Up"<br>• CCP 2001-1551 "Release Room Start-Up"<br>• CCP 2001-1553 "Heavy Weigh Room Start-Up | 1) Change complete. Closed 12/14/02<br>2) Work completed. CCP Closed 5/23/03<br>3) Work completed. Closed 6/18/03<br>4) Work completed. Closed 10/2/03<br>5) Work completed. Closed 1/30/03<br>6) Work completed. Closed 4/30/03<br>7) Work completed. Closed 11/7/03<br>8) All CCPs were canceled due to equipment and room validation issues. CCPs were canceled on 6/12/03 and 6/17/03. |
| Littleford-10K Blender | Ongoing | Organize and supervisor various activities associated with the successful use of the blender<br><br>1. Welding of damaged mixing plows (6/4/03) Supervise activities associated with the repairing of the damaged plows.<br>2. Littleford-10K Dust Collector Study (5/03) Organize and communicate all activities associated with the | 1) Complete 6/6/03. Stayed until all activities were done.<br>2) Progress on each activity is listed below. |

2558

6

# ENGINEER STATUS PROJECT REPORT

*LCH Centrum Production (Train #1)*

September 17, 2003

Howard Henry
Production Engineer
Mfg. Manufacturing

...gonomics Team | 3/03

| | | |
|---|---|---|
| Study all situations throughout manufacturing and make effect ergonomic changes | | |

**3/14/03:** First meeting held. Team members discussed ergonomic changes that needed to be made throughout the plant, that is, the Littleford 10K Blender Area, Compression – Fette Areas and the CTC Suite. The following Action Items must be addressed in the up-coming months:

1. Littleford-10K:
   - Platform/dump sink difficult to move
   - Dump sink positioning issues
   - Best Shaker powder distribution issues
   - Best Shaker wheels issues. Wheels are inadequate in moving the Shaker and become flat under the weight of the unit
2. Compression-Fette 3200 Area
   - Bin moving issues
   - Change bin wheels
3. CTC Area

All issues addressed. Some items will require a study plan for resolution. The status of each item is listed below:

1. Littleford 10K:
   - Complete: Platform cannot be separated due to size and weight of the unit
   - Addressed: SS Polishing and not the angle appeared to be the issue. Sink polishing will increase with more use.
   - See analysis above
   - Wheels assessed. Maintenance will contact manufacture for

---

3. Littleford Blender Electric Failure Remediation and Fike Relocation (1/1/03): Meeting held 3/11/03: The following activities must be performed in order to resolve circuit breaker tripping problems during the jog and mixing portion of the operation and in order to increase operator safety and protection from potential dust explosion during the blending process.

   - Reset sub-station breaker with Frank Gulert (EE) — Complete
   - Assist in the determination of proper Fike Canister location — Complete
   - Assist in the determination of proper Fike Sensor location — Complete
   - Determine critical equipment routing installation locations and proper routing — Complete

3) Progress on each activity is listed below:

---

successful completion this task.
   - Fax batch record information to Carlene Bassell — Complete. Faxed on 5/...
   - Discuss study plan with MEGS dust removal service representative — Complete
   - Communicate information to all supervisors and management staff — Complete

2559

7

# ENGINEER STATUS PROJECT REPORT

*LCH Centrum Production (Train #1)*

September 17, 2003

Howard Henry
Production Engineer
Manufacturing

| Manufacturing Support | 1/03 | Provide general support to all areas throughout manufacturing |
|---|---|---|

- Drum movement issue

2. Compression-Fette Area:
   - Chart Caddy ordered.
   - New non-skid pad installed WO#343445-6.
   - Broken ignitions replaced with more durable ignition with sturdy keys.
   - All bin wheels replaced.

   suggestion of better wheels

3. CTC Area:
   - Ongoing: Committee will be assembled to address these issues.

Continue to provide support to areas throughout the year performing the tasks listed below:

1. Maintenance Zone Checklist:
   Assist supervisors in fulfilling the weekly requirement to analyze and repair areas for specific Maintenance zone assignments. Perform the following activities associated with this task:
   - Inspect area with supervisor in order to initiate the appropriate corrective action
   - Initiate work order requests
   - Communicate work order request number to supervisor so that number can be logged unto Zone Checklist form.

2. Central Storage / Set-Up Shop Area
   - Initiate work order requests to support the general maintenance of the area
   - Assist in scheduling PMO execution for equipment located in the area, i.e. Hardness testers, balances, micrometers and compression machines
   - Assist in supporting all equipment by initiating repair requests

1. All activities completed weekly in order to fulfill this requirement
   - Area inspected as needed on a weekly basis
   - Work order requests furnished as needed
   - Information communicated via e-mail or by phone

2. Support ongoing. Status is listed below:
   - Ongoing. Work orders placed as needed
   - Ongoing. PMO procedures scheduled.
   - Supported equipment e.g. Stokes 754

**2560**

# ENGINEER STATUS PROJECT REPORT

*LCH Centrum Production (Train #1)*

September 17, 2003

Howard Henry
Production Engineer
Manufacturing

| | |
|---|---|
| • Conduct assessments for the modification of equipment located in the area | • Assisted in the modification of pressure switches, ramp inserts and other equipment |
| **3. Fette-3200 Compression Machines**<br>Assist in the determination of effective corrective actions to help resolve the following issues<br><br>• *Electrical Spiking Issue:* 3/17/03: Contacted Frank Gufert regarding this issue. Suggested that a power conditioner should be used to analyze the problem and that Fette also be contacted. 4/7/03: Paul Mueller made aware of the problem. He will provide a detailed summary regarding voltage feed/spiking issue<br><br>• Powder loss issues: FDA approved tape initially installed to resolve this issue. QA representative Farooq Moatter ordered that the tape be removed. Maintenance contacted to provide alternative. Gasket material installed<br><br>• Gearbox powder retention issues. This problem occurs because of the powder loss.<br><br>• Provide extended assistance during the loss of F. Abatangelo and the training of compression supervisor M. Colorafi. Assisted in covering the area helping to resolve washroom issues (WO#334526), and compression shop damage (WO#342686)<br><br>**4. QA Audit Item Assessment**<br>Pre-inspect audit areas and assist supervisors in assessing appropriate corrective actions in order to address various QA audit action items<br><br>• Walked the Littleford-10K area with supervisor Keith Crump in order to address the following QA audit action items:<br><br>    ■ Loose floor drain<br>    ■ Loose grating on wall<br>    ■ Paint room | **3. Support ongoing. Status is listed below:**<br><br>• Complete. Awaiting final report from Paul Mueller<br><br><br><br><br><br><br>• Gaskets installed (WO# 334244, 335142-4). Will be observed to establish if gaskets should be used permanently<br><br>• Modified one gearbox. Will be checked<br><br>• Complete. Assistance provided and will continue as needed.<br><br><br><br><br><br>**4. Status listed below:**<br><br><br><br><br><br>    ■ Complete.  WO#315169<br>    ■ Complete.  WO#314662<br>    ■ Complete.  WO#315170 |

Q561

9

Howard Henry
Production Engineer
Manufacturing

# ENGINEER STATUS PROJECT REPORT

*LCH Centrum Production (Train #1)*

September 17, 2003

- Fixed damaged vents
- Complete. WO#314666

5. Hurricane Isabel Preparedness Committee
- Provide a Action List for equipment and areas throughout the manufacturing area
- Work with other committee members to determine safe shutdown and re-start methods for equipment and areas throughout the plant

5. Status listed below:
- Complete. Action Plan provided at the meeting.
- Complete. Worked with other committee members assessing all equipment

6. Schedule all departmental PMO procedures Insure all PMO procedures are conducted as scheduled causing minimum impact to production demands.

The following tasks must be completed in order to achieve this task:
- Attend scheduled PMO meetings
- Communicate PMO to department staff managers, coordinators and supervisor
- Respond to PMO list monthly via e-mail providing execution time period
- Follow-up with maintenance personnel to ensure complete execution

6. Status listed below:
- Complete. Meeting attended monthly
- Complete. Information communicated.
- Complete. Responded to all e-mail requests
- Complete. No PMO procedures overdue

7. Communicate Manufacturing and Plant shutdowns. Ensure effective communication occurs throughout the manufacturing areas during plant shutdowns. 2/10/03: AW#8 and all AHUs went down due to power failure. Stayed at plant until power returned

The following tasks must be completed in order to complete this task:
- Assess type of shutdown
- Contact initiator in order to establish affected areas
- Schedule shutdown around manufacturing demands
- Communicate information to all affected areas

7. Status listed below:
- All tasks must be completed each time a shutdown is scheduled.

2562

10

# ENGINEER STATUS PROJECT REPORT

*LCH Centrum Production (Train #1)*

September 17, 2003

Howard Henry
Production Engineer
Manufacturing

| | |
|---|---|
| 8. Purified water hose assessment committee. Participate in analyzing and correcting all issues associated with purified water hoses currently in use. | 8. Status listed below: |
| • Indicate rooms that will require purified water hoses | • Complete. |
| • Determine location of purified hose stand(s) in designated rooms | • Complete. |
| 9. Blender Timer Printout Support | 9. Status listed below: |
| • Provide printouts for non-legible readings for all equipment throughout the area equipped with Blender timers | • Ongoing. Printouts provided for supervisors from all three Trains |
| 10. Initiate Maximo requests throughout the plant for all areas. Areas include but not limited to Bathrooms, Elevators, Hallways, all Mechanical Rooms, all Blending Rooms, all Coating areas and equipment, all Compression rooms and equipment, Inspection Areas, Warehouses, Washrooms, Weigh Rooms and Office Areas. | 10. Status listed below: Maximo requests are ongoing. Over 700 (727) Maximo requests made. |
| • Attend weekly scheduling meetings for execution updates | • Complete. Meeting attended weekly |
| • Clear all WQAR (Awaiting QA review) backlogs | • Complete. No WQAR backlog as of 10/03 |
| 11. Attend bi-weekly Customer Service Meetings. Meetings are intended to provide focused attention on manufacturing needs. The following tasks have been generated as a result of these meetings: | 11. Status listed below: |
| • Verification of CTC #1 and CTC #2 PMO Instrumentation list | • All items addressed and completed |
| • CTC Spare Parts List | |
| • Fette electrical voltage/spiking issue | |

2563

11

Wyeth Ayerst Pharmaceuticals
Train 1 2003 Performance Objectives
Howard Henry, Production Engineer / Train 1

| Safety | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| • Participate in routine audits | Provide support for supervisors who are audited by assigning work order numbers to audit items. Follow up with maintenance in order to ensure those work orders are completed before commitment date deadlines | Provide support for supervisors who are audited by assigning work order numbers to audit items. Follow up with maintenance in order to ensure those work orders are completed before commitment date deadlines | Provide support for supervisors who are audited by assigning work order numbers to audit items. Follow up with maintenance in order to ensure those work orders are completed before commitment date deadlines | |
| • Achieve OSHA Recordable Case Rate of 3.5 | OSHA Recordable rate for 1Q03 was 1.1 | OSHA Recordable rate for 2Q03 was 1.6 | OSHA Recordable rate for 3Q03 was 1.6 | |
| 1. Evaluate ergonomic and safety issues associated with the Fette and CTC operations and execute action items that will result in safer procedures and fewer MLOA's. | Member of the ergonomic committee. Pursue and perform action items that burgeon as the result of this meeting. Provide support, advice and feasibility of the suggestions set forth by the committee<br><br>**Benefits:** Safety, fewer MLOA, operator collaboration, cost savings. | Assessed Littleford 10K issues dealing with powder flow.<br><br>Team continues to meet with core team members and rotate in a cross-section of operators to solicit floor input. | Addressed CTC-Bin mover issues by implementing a non-skid hold pad and better on/off capabilities.<br><br>All capital projects on HOLD pending review. | |

Wyeth Ayerst Pharmaceuticals
Train 1 2003 Performance Objectives
Howard Henry, Production Engineer / Train 1

| Compliance/Quality | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| Reduce "new" Train 1 MIRs issued by 50%; (from 2002 target of NMT 32 to NMT 16) <br> **WCH:** <br> **MIR Goal** = NMT 75 <br> **Internal Goal**=NMT 50. <br> **Train 1:** <br> **MIR Goal** = NMT 16 <br> **Internal Goal**=NMT 10. | Jan: 16 <br> Feb: 7 <br> Mar: 24 <br> Train 1 Average = 16 <br> Factory Average = 71 | Apr: 14 <br> May: 16 <br> Jun: 20 <br> Train 1 Average = 16.7 <br> Factory Average = 92 | Jul: 24 <br> Aug: 18 <br> Sept: 22 <br> Train 1 Average = 21 <br> Factory Average = 94 | |
| | Team formed to evaluate root cause(s) of errors and identify trends. Leon is team leader with all Train 1 supervisors participating. | Leon and Supervisors meeting regularly and with operators to reduce errors and MIRs. | Leon and Supervisors continue to meet regularly and with operators to reduce errors and MIRs. I reviewed SOI returns to determine scope of problem and implement further corrective actions. | |
| Maintain NMT 3 overdue MIR's for T1. <br> **WCH:** <br> **MIR Goal:** NMT 13. <br> **Internal Goal:** ZERO. <br> **Train 1:** <br> **MIR Goal:** NMT 3. <br> **Internal Goal:** ZERO. | Factory Average = <1 | Factory Average = 2 | Factory Average = 2 | |
| Improve MIR 24 hour notification metric to 90%. | Jan: 80% <br> Feb: 85% <br> Mar: 62% <br> Factory Average = 80% | Apr: 88% <br> May: 90% <br> Jun: 80% <br> Factory Average = 86% | Jul: 77 <br> Aug: 87 <br> Sept: 88 <br> Factory Average = 84 | |
| Complete 100% of all Regulatory and Audit Commitments on time. | 100% On-Time | 100% On-Time | 100% On-Time | |
| Maintain NMT zero (2) | Jan: 3 | Apr: 2 | Jul: 1 | |

2565

Wyeth Ayerst Pharmaceuticals
Train 1 2003 Performance Objectives
Howard Henry, Production Engineer / Train 1

| | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| overdue non-Regulatory/Audit commitments. | Jan: 4<br>Feb: 3<br>Mar: 3<br>Train 1 Average = 3.3 | May: 5<br>Jun: 3<br>Train 1 Average = 3.3<br>Factory Average = 2<br>(SOI updates are now done quarterly, so "SOI-update" Commitments go overdue.) | Aug: 1<br>Sept: 1<br>Train 1 Average = 1<br>Factory Average = 1<br>The lone overdue was for adding "cam numbers" to the SOI. Since SOI revisions are bundled to reduce the documentation workload, this Commitment went overdue by consensus. There were several issue related to the CCP's that resulted in multiple revisions and delays | |
| **Compliance/Quality**<br><br>• Maintain zero overdue change controls. | Jan: 2<br>Feb: 1<br>Mar: 0<br>Train 1 Average = 1 | Apr: 0<br>May: 0<br>Jun: 0<br>Train 1 Average = 0 | Jul: 0<br>Aug: 0<br>Sept: 1<br>Train 1 Average = 0.34 | |
| • Achieve First Time Quality of 98% (IMR Goal). | Factory Average = 98.1% | Factory Average = 97.6% | Factory Average = 99.3% | |
| • Achieve FTQ (internal measure) of: --Train 1: 94% | Jan: 91.4%<br>Feb: 94.8%<br>Mar: 86.2%<br>Average = 90.8% | Apr: 89.6%<br>May: 89.9%<br>Jun: 79.3%<br>Average = 86.3% | Jul: 80.1%<br>Aug: 90%<br>Sept: 83.3%<br>Train 1 Average = 85 | |
| • Achieve Training audit pass rate of 100% (IMR) | Jan: 100%<br>Feb: 100%<br>Mar: 100%<br>Average = 100% | Apr: 100%<br>May: 100%<br>Jun: 100%<br>Average = 100% | Jul: 100%<br>Aug: 100%<br>Sept: 100%<br>Average = 100% | |

Wyeth Ayerst Pharmaceuticals
Train 1 2003 Performance Objectives
Howard Henry, Production Engineer / Train 1

| Customer Service | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| • Support lines shipped complete Goal of: <br> IMR Goal = 96.5% <br> Internal Goal = 98% | Jan: 97.6 <br> Feb: 99.2 <br> Mar: 98.5 <br> Average: 98.4% | Apr: 99.2% <br> May: 99.0 <br> Jun: 98.4 <br> Average = 98.9 | Jul: 99.5 <br> Aug: 99.4 <br> Sept: 98.9 <br> Average = 99.3 | |
| • Achieve schedule attainment of IMR Goal = 85%, Internal Goal = 98%. | Jan: 63% <br> Feb: 100% <br> Mar: 100% <br> Average = 87.7 % | Apr: 100 <br> May: 100 <br> Jun: 100 <br> Average = 100 | Jul: 100 <br> Aug: 100 <br> Sept: 100 <br> Average = 100% | |
| • Maintain targeted finished goods DOS | Average J-4 SKU's were below safety stock throughout the quarter. | SKU's below safety stock dropped to 0-1 by end of quarter. | SKU's below safety stock dropped to 0-2 throughout the quarter. | |
| • Maintain backorders at: <br> WCH – 0, <br> WP - 0 <br> Bausch & Lomb – 0, <br> Int'l – LT k$500 | WCH – 0 <br> WP – k$2,421 <br> B & L – 40 <br> Int'l – k$221 | WCH – 0 <br> WP – 0 <br> B & L – 0 <br> Int'l – k$816 | | |

Wyeth Ayerst Pharmaceuticals
Train 1  2003 Performance Objectives
Howard Henry, Production Engineer / Train 1

| Cost | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| • Maintain spending within budget excluding volume variance. | Direct Labor (k$87) favorable, other spending k$414 unfavorable. | Direct Labor (k$447) favorable, other spending k$684 unfavorable vs. budget despite spending k$530 less vs. Prior year. | Direct Labor (k$765) favorable, other spending k$1068 unfavorable vs. budget despite spending k$975 less than 2002. | |
| • Achieve conversion cost targets of $6.82 WCH, $242.81 WP | 1Q Average = $8.44 | 2Q Average = $7.66 | 3Q Average = $7.91 | |
| • Support inventory targets of 6.5 MOH WP and 4.5 MOH WCH | Average inventory for 1Q03 7.8 MOH WP and 5.0 MOH WCH. Increase mostly in finished goods. | Average inventory for 2Q03 MOH 8.3 WP and 5.4 MOH WCH due to finished goods and WIP for shutdown builds. | Average inventory for 3Q03 MOH 9.5 WP due to Mylorarg and 5.2 MOH WCH due to finished goods and WIP for shutdown builds. | |
| • Achieve yield targets of: Train 1 – 97% | Train 1 Average = 100% | Train 1 Average = 96.4% (Root cause of losses is overdosing on Fettes and dust collections. Teams in place to address both.) | Train 1 Average = 97% | Note: Sept. OT related to equipment problems and Oct. shutdown pull-up. |

2568

Wyeth Ayerst Pharmaceuticals
Train 1 2003 Performance Objectives
Howard Henry, Production Engineer / Train 1

| Organization | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| • Maintain equipment performance by executing the following tasks | | | | |
| 1. Initiating Maximo Requests | 1. Period: 1/1-4/30/03: 235 Requests made | 1. Period: 5/1-8/28/03: 221 Requests made | 1. Period: 9/1-9/30/03: Requests made 68 | |
| 2. Responding to off shift emergencies | 2. Respond and coordinate off shift activities | 2. Provided direction and guidance during the 8/18-8/22 CTC 12 batch string, contacting vendors and scheduling the cleaning and calibration of the Weigh belt in less than 10 hrs. | 2. Respond and coordinate off shift activities | |
| 3. Providing off-shift coverage | 3. Ongoing | 3. Provided off-hour coverage during the Littleford 10K welding repair. Provide off-hour CTC coverage during equipment failures | 3. Continue to respond to all emergencies handling all calls expeditiously | |
| 4. Initiating and Closing Change Control Procedures | 4. Ongoing | 4. Ongoing | 4. Ongoing | |
| 5. Creating Capital Job Requisitions | 5. Ongoing | 5. Ongoing | 5. Ongoing | |
| 6. Sourcing new equipment | 6. Ongoing. Attended Interphex. New equipment found. | 6. Continue to search for new technology to replace the CTC | 6. CTC Weigh belt accountability issues seemed to be | |

**Wyeth Ayerst Pharmaceuticals**
**Train 1 2003 Performance Objectives**
**Howard Henry, Production Engineer / Train 1**

| New Products | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| | | Will be tested and implemented based on cost and practicality | Weigh belt and to provide de-dusting before tables reach the unit. | resolved. Perpetual search for new technology to de-dust tables before reaching Weigh belt. |
| | 7. Establish PMO timelines. | 7. New and old equipment timelines in review | 7. PMO's are assessed upon execution. Constantly improving the process with extensive scrutiny of current methods, calibration set points and checkpoints. | 7. Weekly Weigh Belt calibrations appear to help maintain accountability. Will be evaluated further |
| | 8. Improving PMO execution by updating and improving existing PMO's. | 8. Currently assisting to write and implement new CTC-PMO. | 8. CTC-PMO written and executed. A new change control will be written in order to tighten some parameters and to correct errors found with Thomas Engineering's method | 8. Currently assisting to write and implement changes in order to improve Weigh belt performance |

2570

Wyeth Ayerst Pharmaceuticals
Train 1 2003 Performance Objectives
Howard Henry, Production Engineer / Train 1

| Special Projects | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| • Improve the CTC process by performing each of the following: | | | | |
| 1. Purchase new agitator shear head in order to prepare a solution in one water addition step | 1. Will be incorporated with the CTC one pass capital project. | 1. May be put on hold. SOI would have to be changed and new method would have to be validated. Not enough Tech-service staff to perform all the tasks at this time. | 1. Project put on hold. May be reintroduced in 1st quarter 2004 | |
| 2. Increase the dust collector fan speed to increase Weigh-belt dust removal | 2. Change Control will be written/executed during the CTC-one pass project | 2. Change Control will be written/executed during the CTC-one pass project | 2. Still part of the CTC-One Pass project activities | |
| 3. Fabricate, test and purchase a dust removal system for the CTC | 3. Vendors contacted Will be incorporated with the CTC-One pass project capital project | 3. Project ongoing. Tech service representatives currently evaluating vendors and equipment. | 3. Project ongoing. Tech service representatives currently evaluating vendors and equipment. | |
| 4. Install protective plastic sheeting to prevent paint peeling in the CTC solution tank area. | 4. Vendor price quote obtained. Job will be capitalized and installed during the 3rd quarter | 4. Project started. The area above the tanks is complete. The other areas around the tanks will be finished during the October HVAC Shutdown. | 4. Job will commence during the October 2003 shutdown | |
| 5. Optimizing all CTC cleaning SOP's | 5. Ongoing | 5. Ongoing. Most cleaning SOP's can remain the same. The system | 5. Three SOP's migrated successfully into GMPharma. SOP's | |

Wyeth Ayerst Pharmaceuticals
Train 1 2003 Performance Objectives
Howard Henry, Production Engineer / Train 1

| Objective | | | |
|---|---|---|---|
| 6. Install platforms and ladders to provide better access to the CTC Vac-U-Max units | 6. Complete | operation SOP will require minor revisions. | will be amended pending the results of the CTC-One Pass trial batch study |
| • Improve 10X Littleford processing equipment | • Redesigned Screen Shaker to prevent twist ties and other foreign objects from entering the blending process. Will be implement during the third quarter. | • Will be implemented during the HVAC equipment upgrade shutdown (October shutdown) | • Will be implemented during the HVAC equipment upgrade shutdown (October shutdown) |
| | 6. Complete | 6. Complete | 6. Complete |

**OTHER PROJECT GOALS**

| Goal | | | |
|---|---|---|---|
| 1. Achieve Centrum in single pass for CTC. | Attending Chicago trail during the week of May 5th. | Spectrum Spray bar system installed, tested and removed during the week of August 25th 2003. More trial optimization runs will be necessary. | Spectrum Spray bar spare parts identified. Will be ordered during the 4th quarter. |
| 2. Successful completion of the CTC Cleaning Qualification | CTC cleaning qualification complete after three successful runs on 3/8, 15 and 22. Result: No more QA verification. Equipment cleaning reduced and usage increased. | Complete | Complete |

**PERSONNEL / ORGANIZATIONAL**

| Goal | | | |
|---|---|---|---|
| 1. Maintain a personal Training IIT% of >90% | Currently 81% as of 4/30/03 | Currently 83% as of 8/28/03 | Currently 84% as of 9/30/03 |

Wyeth Ayerst Pharmaceuticals
Train 1  2003 Performance Objectives
Howard Henry, Production Engineer / Train 1

33

2/11/04

Meeting of Pierre Brochu

1.) [illegible] of [illegible]
   - These [illegible]
   - MADE A [illegible]
   on Expectation [illegible]

2.) No [illegible] w/ Mr. [illegible]
   [illegible] Predecessor. No [illegible]
   of [illegible].

3.) [illegible] No/os [illegible] of [illegible]
   [illegible].

4.) Ask [illegible] I work in [illegible]

5.) Do not Read the Past Appraisal.

6.) [illegible] Among [illegible] Mike.

7.) [illegible] : Disclosure
   Must be held Accountable
   [illegible]

4614

**From:** Howard Henry
**To:** Bigelow, Peter
**Date:** 2/16/2004 10:53:53 AM
**Subject:** Statement and Request

Good morning Pete,

After stating, during our meeting on 2/11/04, that Walter Wardrop, Andy Schaschl and Mike McDermott engaged in racial discrimination and should be held accountable for their actions, I am also stating that Joanne Rose aided in concealing this act by offering reasons to support Walter, Andy and Mike's decision to demote me to packaging instead of trying to investigate and resolve the issue.

Furthermore to date, I still have not received a copy of my changed 2003 performance evaluation. I need this document for my records should any retaliation arise, due to me proceeding with resolving this matter. Would you please contact Patti Verhasselt (x22544) so that I can obtain a copy of this performance evaluation?

Finally, thank you for stating that you did not feel comfortable with the decision to send me to packaging as a supervisor and thwarting the move to put me there.

Thanks and have a good day,
Howard


Howard Henry
Wyeth Pharmaceuticals
Consumer Health Division
40 N. Middletown Rd.
Pearl River, NY 10965
(845)-602-4843- Office
(845)-602-3181-Fax

**1438**

34

| | POSITION | Last Name | First Name | New Dept |
|---|---|---|---|---|
| | Sr. Director | Schaschl | Andrew | 641 |
| | Admin - PPU 1 | Barao | Joyce | 641 |
| | | | | |
| Centrum | Assoc Director | Espejo | Andrew | 640 |
| | Sr.Supervisor (1) | Morgan | Rich | 640 |
| | Shift Supervisor (2) | Torres | Jose | 640 |
| | Shift Supervisor (3) | Crump | Keith | 640 |
| | Vertical Cell Supvr (1) | Fleming | James | 640 |
| | Vertical Cell Supvr (2) | Vacancy | | 640 |
| | Vertical Cell Supvr (3) | Rivera | Manny | 640 |
| | Production Engineer | Ordonez | Honorio | 640 |
| | Planner | Castricato | Pasqua | 640 |
| | Clerk | Gass | Alice | 640 |
| | | | | |
| Silver | Assoc Director | Wardrop | Walter | 645 |
| | Shift Supervisor (1) | Hallock | Jennifer | 645 |
| | Shift Supervisor (2) | Hill | Vonda | 645 |
| | Shift Supervisor (3) | Abatangelo | Andrew | 645 |
| | Vertical Cell Supv (1) | Dubler | Gregory | 645 |
| | Vertical Cell Supv (2) | Damato | Michael | 645 |
| | Vertical Cell Supv (3) | Vacancy | | 645 |
| | Production Engineer | Colas | Jean | 645 |
| | Planner | Edsall | Lynn | 645 |
| | | | | |
| Packaging | Assoc Director | Bradford | Monte | 735 |
| | Packaging Supvr (1) | Yusko | Robert | 735 |
| | Packaging Supvr (1) | Henry | Howard | 735 |
| | Packaging Supvr (2) | Gaspard | Pierre | 735 |
| | Packaging Supvr (2) | Cichewicz | John | 735 |
| | Packaging Supvr (3) | Nivins | Willard | 735 |
| | Packaging Supvr (3) | Davidson | Arthur | 735 |
| | Packaging Coordinator | Szanto | Joan | 735 |
| | Sr. Packaging Engineer | Kressler | Robert | 735 |
| | Clerk | Tripp | Lauri | 735 |
| | | | | |
| | Mgr Mfg Support | Defeciani | Chris | 641 |
| | Compliance Coord (MIR) | Deuchman | Joshua | 645 |
| | Compliance Coord (MIR) | Vacant | | 640 |
| | | | | |
| Manufacturing Support | Sr.Supvr Shop/Store Tooling | Collorafi | Michael | 647 |
| | Supvr Shop/Store Tooling | Flowers | Kenneth | 647 |
| | Sr. Prod. Engineer | Alkhawam | Aladdin | 641 |
| | Trainer | Williams | Otis | 641 |
| Not included in PPU hdct | *Technical Writer* | *Murray* | *Amani* | *314* |
| Not included in PPU hdct | *Commitment Coord (clerk)* | *Washington* | *Gwen* | *310* |
| Not included in PPU hdct | *Validation (Tech dotted line)* | *Liu* | *Xiuying* | *602* |
| Not included in PPU hdct | *Validation (Tech dotted line)* | *Iqbal* | *Zabed* | *602* |
| Not included in PPU hdct | *Maint Planner (dotted line)* | *(Position on Maint Chart)* | | |
| | | | | |

**1513**

| PPU - 2 | POSITION | Last Name | First Name | New Dept |
|---|---|---|---|---|
| | Sr. Director | Vitanza | Joseph | 667 |
| | Admin - PPU 2 | Lyons | Dawn | 667 |
| | | | | |
| | Assoc Director | Costello | Kevin | 667 |
| | Supervisor Coating (1) | Smith | Mark | 648 |
| Perf/Int'l/Kids/Adults | Supervisor Coating (2) | Baldi | Lou | 648 |
| Fibercon/Diamox | Supervisor W/B/C (1) | Couto | Paulo | 648 |
| | Sr. Supervisor Rx (1) | Shafer | William | 648 |
| | Supervisor Rx (2) | Gremli | Skip | 649 |
| | Planner Perf/Adult/Chews | Bender | Susan | 667 |
| | Planner Diamox/Fibercon | Menchini | Anne | 648 |
| | Clerk | Harrell | Brenda | 667 |
| | | | | |
| | Dept Head | Burt | Derek | 667 |
| | Packaging Supervisor (1) | Babcock | Robert | 736 |
| Packaging | Packaging Supervisor (1) | Moynihan | John | 737 |
| | Packaging Supervisor (2) | Garcia | Julio | 736 |
| | Warehouse Supervisor | Natale | John | 667 |
| | Warehouse Supervisor (2) | Zayas | Excer | 650 |
| | Clerk | Short | Kathy | 667 |
| | | | | |
| | Assoc Director | Mackey | Howard | 647 |
| | Awacs System Admin | Dyer | Kathleen | 647 |
| Planning/Raws/Weigh | Supervisor Weighing (2) | Lindland | Susan | 647 |
| | Supervisor Weighing (1) | Reha | Alan | 647 |
| | Planner – Raw Material | Paul | Newton | 647 |
| | Clerk | McZeek-Foster | Gwen | 647 |
| | | | | |
| Manufacturing Support | Mgr Mfg Support | Muscolo | Cara | 667 |
| | Compliance Coord (MIR) | Sanford | Scott | 661 |
| | Engineer | Gloth | Jeremy | 667 |
| | Trainer | Rumpf | Gregory | 667 |
| | Engineer-Process/Water | Koziol | Jozef | 667 |
| Not included in PPU hdct | Compliance Coord (MIR) | Conace | Susan | 314 |
| Not included in PPU hdct | Technical Writer | Yang | Wei (Jessie) | 314 |
| Not included in PPU hdct | CD Remediation | Fuchs | Roger | 314 |
| Not included in PPU hdct | Validation (Technology) | Venkatesan | Sridhar | 602 |
| Not included in PPU hdct | Validation (Technology) | McGarrigle | Peter | 602 |
| Not included in PPU hdct | Maint Planner (dotted line) | | | |

**1514**

Wyeth - Pearl River

## QUALIFICATIONS
### By Employee

DATE 27-Feb-2004
TIME 8:54:04 AM
PAGE 1

Report emp_qual

| Course | Rev. | Description | Status | Req |
|--------|------|-------------|--------|-----|

**Employee:** HENRY, HOWARD A                                                      P735

**Module:** GMPHARMA0001  GMPharma Contributor

| Course | Rev. | Description | Status | Req |
|--------|------|-------------|--------|-----|
| PPG-00000002 | 002 | Editing Document Content | TAKEN | Y |
| PPG-00000003 | 003 | Approving a Document | TAKEN | Y |
| PPG-00000005 | 002 | Reviewing a Document | TAKEN | Y |
| PPG-00000006 | 002 | Incorporate Review Comments Into New Draft Versions | MISSING | Y |
| PPG-00000007 | 004 | GMPharma Basic Functionality | REVISION | Y |
| PPG-00000008 | 003 | Document Lifecycle and Process Overview | TAKEN | Y |
| PPG-00000010 | 002 | Peridic Review in GMPharma | TAKEN | Y |
| PPG-00000016 | 002 | Make obsolete approval task | TAKEN | Y |
| PPG-00000017 | 002 | Viewing and Searching for Documents | TAKEN | Y |
| PPG-00000327 | 002 | Uncontrolled Printing | REVISION | Y |
| PPG-00002508 | 002 | GMPharma EDMS Application and Use Overview | MISSING | Y |

**Module:** GNCOM0001  RADNOR ACCENTURE COMMITMENT

| Course | Rev. | Description | Status | Req |
|--------|------|-------------|--------|-----|
| COM-73 | 000 | SOP Access in Work Areas | TAKEN | Y |

**Module:** GNGMPA0001  CGMP ANNUAL COURSE ALL EMPLOY

| Course | Rev. | Description | Status | Req |
|--------|------|-------------|--------|-----|
| COM-115 | 000 | Adverse Experience Reporting | TAKEN | Y |
| GMP-19 | 000 | 2001 -ETHICAL BEHAVIOR IN OUR BUSINESS | TAKEN | Y |
| GMP-33 | 000 | 21 CFR Part 11: Awareness Training | TAKEN | Y |
| GMP-39 | 000 | Effective, Appropriate and Compliant Communications | TAKEN | Y |

**Module:** GNGMPA0003  CONSENT DECREE

| Course | Rev. | Description | Status | Req |
|--------|------|-------------|--------|-----|
| COM-06 | 000 | Consent Decree | TAKEN | Y |

**Module:** GNGMPA0004  CGMP ANNUAL COURSE SUPERVISO

| Course | Rev. | Description | Status | Req |
|--------|------|-------------|--------|-----|
| GMP-38 | 000 | Driving Error Reduction | MISSING | Y |

**Module:** GNMGTSM0001  SUPERVISORY MANAGEMENT SMDC

| Course | Rev. | Description | Status | Req |
|--------|------|-------------|--------|-----|
| MGT-03 | 000 | Communication & Listening | MISSING | Y |
| MGT-07 | 000 | Performance Management (SMDC) | MISSING | Y |
| MGT-09 | 000 | Safety for Supervisors (SMDC) | MISSING | Y |
| MGT-11 | 000 | Leadership and Core Values | MISSING | Y |
| MGT-25 | 000 | Performance Measurements and Quality | MISSING | Y |
| MGT-28 | 000 | Values Workshop for Managers | MISSING | Y |
| MGT-29 | 000 | Civil Treatment for Managers | MISSING | Y |

**Module:** GNMGTSM0003  SUPERVISORY MANAGEMENT SMDC

| Course | Rev. | Description | Status | Req |
|--------|------|-------------|--------|-----|
| MGT-10 | 000 | cGMP for Supervisor/Manager - SCMD | MISSING | Y |

**Module:** GNNEOHR0003  RESPONSIBLE COMMUNICATION ALL

| Course | Rev. | Description | Status | Req |
|--------|------|-------------|--------|-----|
| SFT-22 | 000 | SFT-22: Responsible Communications | TAKEN | Y |

**Module:** GNSAFM0015A  SAFETY PKG: MMGT. WLV MAN 850 O

| Course | Rev. | Description | Status | Req |
|--------|------|-------------|--------|-----|
| SAF-15 | 004 | Evacuation and Fire Safety (OSHA) | REVISION | Y |
| SAF-23 | 004 | Hand Safety | MISSING | Y |

**Module:** GNSOPEM0001  WAP GENERAL SOPS FOR ALL EMPL

**1515**

Wyeth Pearl River

# QUALIFICATIONS
## By Employee

Report emp_qual

| Course | Rev. | Description | Status | Req |
|--------|------|-------------|--------|-----|
| **Employee:** HENRY, HOWARD A | | P735 | | |
| COM-126 | 000 | Proprietary Information Protection | TAKEN | Y |
| PPG-00001043 | 004 | GMP Documentation Practices - General | TAKEN | Y |
| PPG-00001612 | 003 | Change Control Procedure | TAKEN | Y |
| PPG-00002306 | 001 | Employee Training | TAKEN | Y |
| SOP20011 | 007 | Product and Personnel Contamination Prevention | TAKEN | Y |
| SOP30056 | 006 | Job Skills Training/Assessment | TAKEN | Y |
| SOP30112 | 000 | Escorting Visitors at the Wyeth Pearl River, NY Site | TAKEN | Y |
| SOP30125 | 000 | Security Card Reader (Badge) Access to the 100 Complex | TAKEN | Y |
| **Module:** GNSOPSM0002 Div POS Core WP Global SOPs Spr/Mgr | | | | |
| PPG-00000588 | 001 | Decommissioning of WAP and WLV Facilities and Equipment | TAKEN | Y |
| PPG-00000638 | 001 | Contractor Management | TAKEN | Y |
| PPG-00000886 | 001 | Preventative Maintenance Order (PMO) Procedure | TAKEN | Y |
| PPG-00000888 | 001 | Contractor Qualification | TAKEN | Y |
| PPG-00000894 | 002 | Development, Management and Control of Training Curriculum | MISSING | Y |
| PPG-00000907 | 001 | Export Shipment Control to Restricted Countries | MISSING | Y |
| PPG-00001635 | 001 | Pearl River Shipping Release - Preparation and Use | MISSING | Y |
| PPG-00001642 | 001 | Pharmaceutical/Vaccine Compliance Program | MISSING | Y |
| PPG-00001723 | 001 | Maintaining the GMP - Related Service Provider Approved List | MISSING | Y |
| PPG-00001860 | 002 | Regulated Documents Processing; Including Creating, Reviewi | TAKEN | Y |
| PPG-00001968 | 001 | Commitment Tracking Systems | MISSING | Y |
| PPG-00002066 | 001 | Employee Locker Inspection | MISSING | Y |
| PPG-00005558 | 001 | Inspection and Maintenance of Local Exhaust Hoods | MISSING | Y |
| SOP20046 | 001 | Electronic Records & Signatures | MISSING | Y |
| SOP20195 | 004 | Pearl River Consumer Healthcare/Pharmaceutical Quality Counc | MISSING | Y |
| SOP30105 | 001 | Master Equipment/Instrument List | TAKEN | Y |
| SOPA-039 | 000 | Inspectional Observation Verification Process | MISSING | Y |
| SPIPR2K-104 | 003 | Required OSHA Inspections | MISSING | Y |
| **Module:** GNSOPSM0002A Div POS Core Read Only SOPs Spr/Mgr | | | | |
| POL3003 | 002 | Absence Due to Jury Duty or Involuntary Witness Service | MISSING | Y |
| POL3004 | 002 | Bereavement Leave | MISSING | Y |
| POL3005 | 003 | Military Service Leave | MISSING | Y |
| POL3006 | 003 | Family, Medical and Other Leaves of Absence | MISSING | Y |
| PPG-00001860 | 002 | Regulated Documents Processing; Including Creating, Reviewi | TAKEN | Y |
| PPG-00002337 | 003 | Trainer Qualification & Responsibilities | TAKEN | Y |
| SAP-PROC-008 | 002 | SAP R/3 User Administration | MISSING | Y |
| SOP20001 | 001 | Corporate Policy Document Processing | MISSING | Y |
| SOP20143 | 005 | Pharmaceutical Personnel Health | TAKEN | Y |
| SOP20195 | 004 | Pearl River Consumer Healthcare/Pharmaceutical Quality Counc | MISSING | Y |
| SOP30018 | 001 | Key Control | TAKEN | Y |
| SPIPR2K-101 | 003 | Environmental, Health and Safety Policy | TAKEN | Y |
| SPIPR2K-105 | 003 | Accident Investigation Procedures | MISSING | Y |
| SPIPR2K-201 | 004 | Safety Work Permit Program | MISSING | Y |
| SPIPR2K-402 | 003 | Hazard Communication Program | MISSING | Y |
| SPIPR2K-412 | 003 | Lead Management Program | MISSING | Y |
| SPIPR2K-707 | 003 | Environmental Permit/Approval Procurement Procedure | MISSING | Y |
| SPIPR2K-712 | 002 | Response to Volatile Organic Compound (VOC) Leaks | MISSING | Y |
| **Module:** GNSOPSM0003A Read Only SOPs Production Supervisor | | | | |

Wyeth - Pearl River

# QUALIFICATIONS
## By Employee

Report emp_qual

| Course | Rev. | Description | Status | Req |
|--------|------|-------------|--------|-----|
| **Employee:  HENRY, HOWARD A** | | **P735** | | |
| PPG-00001971 | 002 | Qualification and Release of Critical Processing Aids, Lubri | MISSING | Y |
| PPG-00005683 | 001 | Painting Procedures in Manufacturing | TAKEN | Y |
| **Module:   LCH7350025     PACKAGING SUPERVISOR LCH** | | | | |
| PPG-00000554 | 001 | Closing Out Orders Short of FO Quantities | MISSING | Y |
| PPG-00000568 | 001 | Handling and Processing a Manufacturing Investigation Report | MISSING | Y |
| PPG-00000610 | 001 | Packaging Line Separation | MISSING | Y |
| PPG-00000868 | 001 | Packaging Component Check-In | MISSING | Y |
| PPG-00000884 | 001 | Pallet Washing Operation and Process | MISSING | Y |
| PPG-00001508 | 001 | Collection of Stability Samples | MISSING | Y |
| PPG-00001622 | 001 | Finishing Order (FO) Completion | MISSING | Y |
| PPG-00001823 | 002 | Packaging Batch Record Specificity | MISSING | Y |
| PPG-00001824 | 001 | Master Packaging Record and Packaging Batch Record | MISSING | Y |
| PPG-00001982 | 002 | Generation of New and Revised Master Packaging Documents | MISSING | Y |
| PPG-00002060 | 002 | Maintenance Zone Management | REVISION | Y |
| PPG-00002066 | 001 | Employee Locker Inspection | MISSING | Y |
| PPG-00002484 | 001 | Quality Assurance Quarantine Holds on Manufacturing Areas, E | TAKEN | Y |
| PPG-00008193 | 001 | Processing a Process Order | MISSING | Y |
| SOP10141 | 007 | Packaging Consumer Health Care Products (WCH) | MISSING | Y |
| SOP10476 | 001 | Boekels Metal Detector (Model EMD-1518) Set-Up & Challenge | MISSING | Y |
| SOP10622 | 001 | Diffuser Cleaning | MISSING | Y |
| SOP20284 | 000 | Key Control for Literature Security Cages in Packaging and O | MISSING | Y |
| SOP20303 | 000 | Prevention of Cross-Contamination in Corridors During Equipm | MISSING | Y |
| SOPB733-109 | 005 | Line Check In | MISSING | Y |
| SOPB733-114 | 004 | Preparation & Use of Non-Production Line Tria | MISSING | Y |
| **Module:   LCH7350026     PACKAGING SUPERVISOR LCH** | | | | |
| PPG-00000475 | 001 | Set-Up and Operation Of the Lock Metal Detector and Reject M | MISSING | Y |
| PPG-00001588 | 001 | Boekels Metal Detector (Model: Discovery/TI) Set-Up And Chal | MISSING | Y |
| PPG-00001721 | 001 | Processing Questionable Material through Order Assembly | MISSING | Y |
| PPG-00001815 | 001 | Control of Critical Packaging Supplies | MISSING | Y |
| PPG-00001816 | 001 | Auxiliary Equipment Handling | MISSING | Y |
| PPG-00002476 | 001 | Set-up and Operation of Calia C/R Cap Verification System | MISSING | Y |
| PPG-00008749 | 001 | New England Bottle Hopper & Unscrambler (Model NEHCL) | MISSING | Y |
| SOP10479 | 001 | Resina U-40 Capper Set-Up & Operation | MISSING | Y |
| SOP20131 | 004 | Questionable/Unsatisfactory Components or Finished Goods | MISSING | Y |
| SOPM733-010 | 007 | Packaging area Lock Up | MISSING | Y |
| SOPM733-016 | 004 | Rebulk Transfer and Return Bulk | MISSING | Y |
| SOPM733-031 | 006 | Work in Process Handling | MISSING | Y |
| **Module:   LCH7350027     PACKAGING SUPERVISOR LCH** | | | | |
| PPG-00000549 | 001 | Label Key Plate Verification | MISSING | Y |
| PPG-00000870 | 001 | Packaging Equipment Cleaning Facility Operation | MISSING | Y |
| PPG-00002040 | 001 | Transferring Purified Water | MISSING | Y |
| PPG-00002285 | 001 | Use and Maintenance of Log Books | MISSING | Y |
| SOP10141 | 007 | Packaging Consumer Health Care Products (WCH) | MISSING | Y |
| SOP10639 | 000 | NJM Model 311 PSR Labeler with Vision System - Set-Up and O | MISSING | Y |
| SOP20014 | 012 | Packaging Audit and Destruction | MISSING | Y |
| SOP20028 | 010 | Temperature and Humidity Recorder Usage | MISSING | Y |
| SOP20036 | 004 | Point-Of-Use Hose (Purified Water System) Maintenance | MISSING | Y |

**1517**

Wyeth - Pearl River

# QUALIFICATIONS
## By Employee

Report emp_qual

| Course | Rev. | Description | | Status | Req |
|--------|------|-------------|---|--------|-----|

**Employee: HENRY, HOWARD A**

| Course | Rev. | Description | | Status | Req |
|--------|------|-------------|---|--------|-----|
| SOP20057 | 006 | Container Monitoring | P735 | | |
| SOP20058 | 008 | Labeler Detection System Verification | | MISSING | Y |
| SOP20185 | 007 | Finished Counts/Stacking Pallets | | MISSING | Y |
| SOP20229 | 001 | Procedure for Cleaning Mops, Buckets, Brooms and Dust Pans | | MISSING | Y |
| SOP20265 | 000 | Solid Dosage Bottle Packaging Line Clearance and Cleaning | | MISSING | Y |
| SOPB733-109 | 005 | Line Check In | | MISSING | Y |
| | | | | MISSING | Y |

**Module: LCH7350028    PACKAGING SUPERVISOR, LCH**

| Course | Rev. | Description | Status | Req |
|--------|------|-------------|--------|-----|
| PPG-00000551 | 001 | Key Controlled Programmable and Electronic Device Security | MISSING | Y |
| PPG-00001002 | 001 | Counting Boards | MISSING | Y |
| PPG-00001474 | 001 | Cap Tightening and Torque Measurements | MISSING | Y |
| PPG-00001623 | 001 | Completed Packaging Orders Rework | MISSING | Y |
| PPG-00002285 | 001 | Use and Maintenance of Log Books | MISSING | Y |
| PPG-00004146 | 001 | Sifter Loader Cleaning - Pharmaceutical Products | MISSING | Y |
| PPG-00004147 | 001 | Lasko Slat Filler Cleaning - Pharmaceutical Products | MISSING | Y |
| PPG-00004527 | 001 | Skill Assessment Administration for Cleaning Procedures in W | MISSING | Y |
| PPG-00007444 | 001 | Packaging Product Contact Parts Cleaning Tag Usage | MISSING | Y |
| SOP20058 | 008 | Labeler Detection System Verification | MISSING | Y |
| SOP20101 | 002 | Sealing and Applying Shipping Carton Label to Sh | MISSING | Y |
| SOP20115 | 005 | In Process Finishing Order  Weekend/Holiday Shut Down | MISSING | Y |
| SOP20165 | 007 | Vacuum Cleaner Use | MISSING | Y |
| SOP20173 | 007 | Shortage Requisition (LPR 905) - Literature | MISSING | Y |
| SOPM733-064 | 008 | Pre-making,Prelabel & On-line Coding of Shipping Cartons | MISSING | Y |

**Module: LCH7350037    Packaging Supervisor(Read Only)**

| Course | Rev. | Description | Status | Req |
|--------|------|-------------|--------|-----|
| FRM-00000235 | 001 | Lasko Slat Filler Cleaning - Pharmaceutical Products - Check | MISSING | |
| FRM-00000236 | 001 | Sifty Loader Cleaning - Pharmaceutical Products - Checklist | MISSING | Y |
| PPG-00001233 | 002 | In-Process Cleaning of Containers | MISSING | Y |
| PPG-00001627 | 001 | Problem Batch Resolution Committee Charter | MISSING | Y |
| PPG-00002061 | 001 | Trending of Manufacturing and Laboratory Investigations | MISSING | Y |
| PPG-00003047 | 001 | Usage and Cleaning of the Packaging Line 12 Dust Containment | MISSING | Y |
| PPG-00004682 | 001 | Non-Technical 21 CFR Part 11 Compliance Procedures for Pack | MISSING | Y |
| PPG-00005236 | 001 | Annual Product Evaluation Reports | MISSING | Y |
| SOP10104 | 002 | Merrill Filler w/ Automated Graphic Intelligent Control Syst | MISSING | Y |
| SOP10407 | 001 | Calia Auto Trayer Set Up & Operation | MISSING | Y |
| SOP10622 | 001 | Diffuser Cleaning | MISSING | Y |
| SOP20024 | 003 | NJM 350 TSR Labeler Set-Up & Operation | MISSING | Y |
| SOP20036 | 004 | Point-Of-Use Hose (Purified Water System) Maintenance | MISSING | N |
| SOP20097 | 001 | Heat Induction Cap Sealers Setup & Operation | MISSING | Y |
| SOP20272 | 002 | Ideal Bundler & Pack-All Heat Tunnel Setup and Operation | MISSING | N |
| SOPA-007 | 008 | Converted to PPG-00005236Annual Product Evaluation | MISSING | Y |

**Module: LCHSUP0003    LCH SUP MANUFACTURING SUPPORT**

| Course | Rev. | Description | Status | Req |
|--------|------|-------------|--------|-----|
| PPG-00000409 | 001 | Execution of Cleaning Validation Protocols | MISSING | Y |
| PPG-00000439 | 001 | Execution of a Process Validation Protocol for Marketed Drug | MISSING | Y |
| PPG-00000440 | 003 | Preparation and Execution of Study Plans and Investigations | MISSING | Y |
| PPG-00000635 | 001 | Investigation - Root Cause Analysis | TAKEN | Y |
| PPG-00000706 | 001 | Retrospective Validation of Existing Products - Pharmaceutic | MISSING | Y |
| PPG-00001138 | 001 | Sampling Validation Batches | MISSING | Y |
| PPG-00001609 | 002 | Initiation & Completion of Pilot Batches | REVISION | Y |

**1518**

Wyeth - Pearl River

# QUALIFICATIONS
## By Employee

DATE  27-Feb-2004
TIME   8:54:04 AM
PAGE   5

Report emp_qual

| Course | Rev. | Description | Status | Req |
|--------|------|-------------|--------|-----|
| **Employee:  HENRY, HOWARD A** | | | P735 | |
| PPG-00002059 | 002 | Equipment/Room Hold Time | TAKEN | Y |
| PPG-00002677 | 003 | Manufacturing Equipment/Production Room Cleaning and Useo | MISSING | Y |
| PPG-00008619 | 001 | Manufacturing Equipment Cleaning and Use of Cleaning Checkli | MISSING | Y |
| SOP10445 | 001 | Investigation of Failed Cleaning Validation | MISSING | Y |
| SOP10446 | 002 | Protocol Preparation for Periodic Re-Qualification of Equip | MISSING | Y |
| SOP10447 | 002 | Protocol Preparation for Existing Equipment Qualification | MISSING | Y |
| SOP10448 | 002 | Execution of New Equipment Qualification | MISSING | Y |
| SOP10449 | 002 | Final Report Preparation for Equipment Qualification | MISSING | Y |
| SOP10450 | 002 | Protocol Preparation for New Equipment Qualification | MISSING | Y |
| SOP10451 | 002 | Final Report Preparation for Period Equipment Re-Qualificati | MISSING | Y |
| SOP10452 | 002 | Execution of Period Equipment Re-Qualification | MISSING | Y |
| SOP20135 | 003 | Cleaning Between Product String Guideline - Manufacturing/Pa | REVISION | Y |
| SOP30122 | 000 | Distribution and Use of Daily Access Badges in the 100 Compl | TAKEN | Y |
| SOPP-010 | 002 | The Pilot Batch | REVISION | Y |

**Module:  PCI2360011      TRAINER QUALIFICATION FOR CLASS**

| Course | Rev. | Description | Status | Req |
|--------|------|-------------|--------|-----|
| COM-08 | 000 | Trainer Qualifications for SOP & GMP | TAKEN | Y |
| PPG-00002306 | 001 | Employee Training | TAKEN | Y |
| PPG-00002337 | 003 | Trainer Qualification & Responsibilities | TAKEN | Y |

**Module:  PCI2360012      EOJT QUALIFICATION ON THE JOB TR**

| Course | Rev. | Description | Status | Req |
|--------|------|-------------|--------|-----|
| EOJT001 | 000 | EOJT Trainer Qualification Program - 1/2 Day | TAKEN | Y |
| PPG-00002337 | 003 | Trainer Qualification & Responsibilities | TAKEN | Y |
| SOP30056 | 006 | Job Skills Training/Assessment | TAKEN | Y |

**Module:  PCI2360018      Regulated Documents Access and Proce**

| Course | Rev. | Description | Status | Req |
|--------|------|-------------|--------|-----|
| PPG-00001860 | 002 | Regulated Documents Processing; Including Creating, Reviewi | TAKEN | Y |

**Module:  PCI2360021      ISotrain Viewer**

| Course | Rev. | Description | Status | Req |
|--------|------|-------------|--------|-----|
| IS-02 | 000 | ISOtrain "View Only" Access Review - Specialized 2001 | MISSING | Y |
| PPG-00002085 | 002 | ISOtrain System Use Overview and Documentation Responsibilit | MISSING | Y |

**Module:  SAPMRP0001      Basic Navigation**

| Course | Rev. | Description | Status | Req |
|--------|------|-------------|--------|-----|
| PPG-00004121 | 001 | Key Terms in SAP | MISSING | Y |
| SAP-BN | 003 | SAP Basic Navigation | MISSING | Y |

**Module:  SAPMRP0032      Process Confirmation Order**

| Course | Rev. | Description | Status | Req |
|--------|------|-------------|--------|-----|
| SAP-POCPR | 001 | PP: Process Orders Confirmations for Pearl River | MISSING | Y |

**Module:  SAPMRP0046      Transfer Posting**

| Course | Rev. | Description | Status | Req |
|--------|------|-------------|--------|-----|
| SAP-TPOSTPR | 001 | WM: Transfer Posting for Pearl River | MISSING | Y |

**Module:  SAPMRP0052      NovaManage BOM**

| Course | Rev. | Description | Status | Req |
|--------|------|-------------|--------|-----|
| PPG-00004794 | 001 | Obtain, Verify and Complete the Nova Manage Bill of Material | MISSING | Y |

**Module:  SAPOVR0002      SAP Overviews - Warehouse Only**

| Course | Rev. | Description | Status | Req |
|--------|------|-------------|--------|-----|
| SAP-WMOPR | 001 | WM: Warehouse Management Overview for Pearl River | MISSING | Y |

**Module:  SAPOVR0013      Process Order Overview**

**1519**

Wyeth - Pearl River

# QUALIFICATIONS
## By Employee

DATE 27-Feb-2004
TIME 8:54:04 AM
PAGE 6

Report emp_qual

| Course | Rev. | Description | Status | Req |
|--------|------|-------------|--------|-----|

**Employee:** HENRY, HOWARD A

| Course | Rev. | Description | | Status | Req |
|--------|------|-------------|--|--------|-----|
| SAP-POOPR | 001 | Process Orders Overview for Pearl River | P735 | MISSING | Y |

**Module: WCH7380003    Supervisor (Read Only - ESL Only)**

| Course | Rev. | Description | Status | Req |
|--------|------|-------------|--------|-----|
| PPG-00000436 | 001 | Omega Bottle Unscrambler Set-Up | MISSING | Y |
| PPG-00000689 | 001 | Set-Up and Operation of New Jersey Machine Circular Applicat | MISSING | Y |
| PPG-00001007 | 001 | Set-Up and Operation of CT Code Line 9 Circular Verification | MISSING | Y |
| PPG-00001032 | 001 | Lakso 900 Filler and Sifty Loader Set-Up and Operation | MISSING | Y |
| PPG-00001351 | 001 | Thermocode 5775 Printer Set-Up/Operation | MISSING | Y |
| PPG-00004146 | 001 | Sifter Loader Cleaning - Pharmaceutical Products | MISSING | Y |
| PPG-00004147 | 001 | Lasko Slat Filler Cleaning - Pharmaceutical Products | MISSING | Y |
| SOP10165 | 003 | Portable CT Code System Set-Up and Operation | MISSING | Y |
| SOP10330 | 003 | Omega Bottle Unscrambler Operation | MISSING | Y |
| SOP10481 | 000 | Pace Pharma-Line Model 300 Bottle Hopper & Unscrambler Set- | MISSING | Y |

**Module: WPQATW0003    TrackWise Commitment User Training**

| Course | Rev. | Description | Status | Req |
|--------|------|-------------|--------|-----|
| PPG-00000482 | 001 | Overview of the TrackWise Event Reporting and Tracking Syste | MISSING | Y |
| PPG-00000609 | 001 | Commitment Initiation and Tracking Using the TrackWise Data | TAKEN | Y |
| PPG-00001968 | 001 | Commitment Tracking Systems | MISSING | Y |
| SOP20075 | 011 | Manufacturing Investigation Report (MIR) System | TAKEN | Y |

**Module: WPQATW0004    TrackWise MIR-ERR User Training**

| Course | Rev. | Description | Status | Req |
|--------|------|-------------|--------|-----|
| COM-02 | 000 | Investigation Training - Module 2, Situation Review | MISSING | Y |
| COM-03 | 000 | Investigation Training - Module 3, Cause Analysis | MISSING | Y |
| IS-57 | 000 | Track Wise Introduction | MISSING | Y |
| PPG-00000482 | 001 | Overview of the TrackWise Event Reporting and Tracking Syste | TAKEN | Y |
| PPG-00000568 | 001 | Handling and Processing a Manufacturing Investigation Report | MISSING | Y |
| SOP20075 | 011 | Manufacturing Investigation Report (MIR) System | TAKEN | Y |

**Total Courses: 211    Taken: 49    Missing: 155    Revision: 7    Qual%: 23.22**
*** End of Report ***

**1520**



**Wyeth - Pearl River**

## % CURRENT EMPLOYEES IN ITP
## REPORT BY EMPLOYEE

Report ITP_EMP

DATE   27-Feb-2004
TIME   8:55:54 AM
PAGE   1

| NAME | REQ. | COMPL. ITP | DUE ITP | % CURR.ITP |
|------|------|-----------|---------|-----------|
| **DEPARTMENT: P735    CHP PACKAGING** | | | | |
| HENRY, HOWARD A | 209 | 51 | 158 | 24% |
| TOTAL DEPARTMENT | 209 | 51 | 158 | 24% |

\* \* \*   End of Report   \* \* \*

**1521**



**Wyeth - Pearl River**

# Employee Catalog
## By Profession

Report PROF_EMP

DATE  01-Mar-2004
TIME  10:26:45 AM
PAGE  1

| Name | Status | Type | Class | Dept |
|---|---|---|---|---|
| **Profession:    ADM COORD** | | | | |
| TRIPP, LAURI J | A | A | W | P735 |
| Total Profession:    1 | | | | |
| **Profession:    ASC DIR PKG** | | | | |
| BRADFORD, MONTE W | A | A | S | P735 |
| Total Profession:    1 | | | | |
| **Profession:    FLOOR LDR PKG** | | | | |
| BROWN, ELNORA | A | A | H | P735 |
| BULLOCK, JESSIE L | A | A | H | P735 |
| SCHULTZ, ELLEN V | A | A | H | P735 |
| Total Profession:    3 | | | | |
| **Profession:    PKG COORD** | | | | |
| SZANTO, JOAN M | A | A | S | P735 |
| Total Profession:    1 | | | | |
| **Profession:    PKG LINE MECH S/B 4** | | | | |
| AGOLIA, MICHAEL W | A | A | H | P735 |
| BLAUVELT, THOMAS A | A | A | H | P735 |
| BROADHEAD, DAVID O | A | A | H | P735 |
| EUSTACE, ROBERT P | A | A | H | P735 |
| FUHRMANN, BRUCE W | A | A | H | P735 |
| MILLER, JEFFREY J | A | A | H | P735 |
| OSTROWSKI, PETER J | A | A | H | P735 |
| RENELLA, MICHAEL W | A | A | H | P735 |
| RIVERS JR, EARNEST S | A | A | H | P735 |
| ROBERTS, HUBERT F | A | A | H | P735 |
| WOODMANSEE, WARREN W | A | A | H | P735 |
| Total Profession:    11 | | | | |
| **Profession:    PKG OPER S/B 1** | | | | |
| KOWALSKI, JASON W | A | A | H | P735 |
| LA POLLA, JIM V | A | A | H | P735 |
| MC CORKLE, PATRICE S | A | A | H | P735 |
| Total Profession:    3 | | | | |
| **Profession:    PKG OPER S/B 2** | | | | |
| BLEDSOE, OLGA I | A | A | H | P735 |
| BOROVCANIN, ZORAN | A | A | H | P735 |
| CICERON, RONARCK | A | A | H | P735 |
| DAVIS, PIERRE A | A | A | H | P735 |
| JOHNSON, GARY J | A | A | H | P735 |
| MENNELL, CHERYL A | A | A | H | P735 |
| PATEL, INDRAVADAN K | A | A | H | P735 |
| RIVAS, NELSON | A | A | H | P735 |
| STAWSKI, JOHN R | A | A | H | P735 |
| WILLIAMS, LEONA M | A | A | H | P735 |
| Total Profession:    10 | | | | |

**1505**

Wyeth - Pearl River

# Employee Catalog
## By Profession

DATE 01-Mar-2004
TIME 10:26:45 AM
PAGE 2

Report PROF_EMP

| Name | Status | Type | Class | Dept |
|------|--------|------|-------|------|
| **Profession:**    **PKG OPER S/B 3** | | | | |
| CHINDEMI, GREGORY P | A | A | H | P735 |
| FIERSTEIN, IRA L | A | A | H | P735 |
| MICKLE, GERRY | A | A | H | P735 |
| **Total Profession:**   3 | | | | |
| **Profession:**    **PKG OPER S/B 4** | | | | |
| BIBBINS, CHERYL L | A | A | H | P735 |
| BRANCH, SHERRY K | A | A | H | P735 |
| BREVAL, JEAN Y | A | A | H | P735 |
| BURNS, SHARON L | A | A | H | P735 |
| CHATELAIN, JEAN C | A | A | H | P735 |
| CLARK, ANNETTE L | A | A | H | P735 |
| DIAZ, RAFAEL | A | A | H | P735 |
| DIAZ, RAFAEL A | A | A | H | P735 |
| DUMEL, JACQUELIN | A | A | H | P735 |
| DYKSTRA, DOROTHY | A | A | H | P735 |
| ELOI, ANDREE R | A | A | H | P735 |
| ESPINAL, LIGIA M | A | A | H | P735 |
| EVANS,JR., CLARENCE E | A | A | H | P735 |
| FELTS, CHESTER L | A | A | H | P735 |
| FLYNN, MICHAEL G | A | A | H | P735 |
| FRANCIS, FRITZROY N | A | A | H | P735 |
| GASS, KELLY A | A | A | H | P735 |
| GASS, NICOLE L | A | A | H | P735 |
| GILET, YVES L | A | A | H | P735 |
| GORHAM, MABLE | A | A | H | P735 |
| HARRIS, GEORGE P | A | A | H | P735 |
| HARRIS, SERENA M | A | A | H | P735 |
| HERBERT, DASSY M | A | A | H | P735 |
| JEAN-CHARLES, CLOSETTE | A | A | H | P735 |
| JEAN-CHARLES, ROMAIN | A | A | H | P735 |
| LEONARD, JACQUELYN | A | A | H | P735 |
| LESCOUFLAIR, RACHELLE | A | A | H | P735 |
| MARTUCCI, MARIO M | A | A | H | P735 |
| MARTUCCI, PATRICIA A | A | A | H | P735 |
| MCINTIRE, BRUCE E | A | A | H | P735 |
| MOTT, BARRY M | A | A | H | P735 |
| MURPHY, PATRICK D | A | A | H | P735 |
| MYERS, PATRICK D | A | A | H | P735 |
| NENNA, RICHARD T | A | A | H | P735 |
| OSIAS-JAMES, RACHEL I | A | A | H | P735 |
| PARRIS, SIDNEY W | A | A | H | P735 |
| PEREZ, OSCAR M | A | A | H | P735 |
| PERSONEUS, BRUCE G | A | A | H | P735 |
| POOLE, NENAH M | A | A | H | P735 |
| QUINN JR, JOSEPH P | A | A | H | P735 |
| REID, ARVINESE I | A | A | H | P735 |
| RIZZETTA, DEBORAH T | A | A | H | P735 |
| ROBERTS, MICHELLE A | A | A | H | P735 |

**1506**



Wyeth - Pearl River

# Employee Catalog
By Profession

Report PROF_EMP

DATE 01-Mar-2004
TIME 10:26:45 AM
PAGE 3

| Name | Status | Type | Class | Dept |
|---|---|---|---|---|
| ROSARION, YOLANDE M | A | A | H | P735 |
| ROTH, RICHARD H | A | A | H | P735 |
| RUBIO, OLGA | A | A | H | P735 |
| RUIZ QUINONEZ, LOURDES M | A | A | H | P735 |
| RYAN, THOMAS J | A | A | H | P735 |
| SAHADITGUL, PRICHA | A | A | H | P735 |
| SAINT CYR, MYRIAM M | A | A | H | P735 |
| SCELFO, ANTONINO | A | A | H | P735 |
| SCOTT, BESSIE M | A | A | H | P735 |
| SCOTT, ELLEN A | A | A | H | P735 |
| SMITH, MICHELLE R | A | A | H | P735 |
| STRASSBURG, JEANETTE C | A | A | H | P735 |
| STREET, WILLIAM K | A | A | H | P735 |
| SYLVESTER, ANNIE | A | A | H | P735 |
| TAIANI, MICHAEL | A | A | H | P735 |
| TERMORA, JEAN | A | A | H | P735 |
| THOMAS, EDNA M | A | A | H | P735 |
| THOMPSON, BRENDA J | A | A | H | P735 |
| VETTER, DIANE M | A | A | H | P735 |
| WELLINGTON, ORTEZ D | A | A | H | P735 |
| ZAMOR, PAUL | A | A | H | P735 |
| ZUCATTI, MARIA | A | A | H | P735 |
| Total Profession: 65 | | | | |

| Profession: PKG SPVR | Status | Type | Class | Dept |
|---|---|---|---|---|
| CICHEWICZ, JOHN J | A | A | S | P735 |
| DAVIDSON, ARTHUR J | A | A | S | P735 |
| GASPARD, PIERRE D | A | A | S | P735 |
| NIVINS, WILLARD M | A | A | S | P735 |
| Total Profession: 4 | | | | |

| Profession: SPVR PKG | Status | Type | Class | Dept |
|---|---|---|---|---|
| HENRY, HOWARD A | A | A | S | P735 |
| YUSKO, ROBERT V | A | A | S | P735 |
| Total Profession: 2 | | | | |

| Profession: SR PKG ENGR | Status | Type | Class | Dept |
|---|---|---|---|---|
| KRESSLER, ROBERT P | A | A | S | P735 |
| Total Profession: 1 | | | | |

| Profession: TEMP SPVR HRLY | Status | Type | Class | Dept |
|---|---|---|---|---|
| JONES, KAREN A | A | A | H | P735 |
| Total Profession: 1 | | | | |

* * * End of Report * * *

**1507**

**Wyeth - Pearl River**

## MODULES BY EMPLOYEE

DATE  01-Mar-2004
TIME   10:29:56 AM
PAGE  1

Report MOD_EMP

| NAME | MODULE DATE | |
|---|---|---|
| | FROM | TO |

**Module: GNSOPSM0003A    Read Only SOPs Production Supervisor/Manager**

| NAME | FROM | TO |
|---|---|---|
| ABATANGELO, ANDREW G | 14-Aug-1989 | |
| BALDI SR, LOUIS A | 29-Nov-1976 | |
| BURT, DEREK H | 16-Nov-1999 | |
| COSTELLO JR, KEVIN M | 08-Jun-1992 | |
| COUTO, PAULO M | 01-Apr-2002 | |
| CRUMP, KEITH B | 09-Jul-1990 | |
| DAMATO, MICHAEL J | 21-Oct-2002 | |
| DUBLER, GREGORY F | 24-Feb-2003 | |
| DYER, KATHLEEN D | 03-Mar-2003 | |
| ESPEJO, ANDREW S | 24-Apr-2001 | |
| FLEMING, JAMES F | 08-Sep-1997 | |
| FLOWERS, KENNETH C | 28-Apr-1980 | |
| GASPARD, PIERRE D | 16-Jul-1984 | |
| GIBSON, JAMES M | 23-Oct-1980 | |
| HALLOCK, JENNIFER R | 10-Jul-2001 | |
| HENRY, HOWARD A | 09-Aug-1993 | |
| HILL, VONDA L | 02-Dec-1985 | |
| LINDLAND, SUSAN G | 05-Oct-1999 | |
| MORGAN, RICHARD C | 03-Feb-1986 | |
| MOYNIHAN, JOHN J | 28-Sep-1977 | |
| NATALE, JOHN | 04-May-1970 | |
| NIVINS, WILLARD M | 04-Sep-1990 | |
| REHA, ALAN R | 17-Oct-1983 | |
| RIVERA, MANUEL P | 29-Sep-2003 | |
| SANCHEZ JR, MANUEL | 24-Jun-2002 | |
| SCHASCHL, ANDREW N | 01-Oct-1984 | |
| SHAFER JR, WILLIAM E | 26-Jun-2001 | |
| SNELL, CHRISTOPHER G | 19-Jan-2004 | |
| WARDROP, WALTER J | 25-Apr-1977 | |
| YUSKO, ROBERT V | 19-Mar-1984 | |
| ZAYAS, EXCER R | 16-Sep-1985 | |

**Total Employees:  31**

**Total all Employees:     31**

**1508**



**Wyeth - Pearl River**

# MODULES BY EMPLOYEE

DATE  01-Mar-2004
TIME  10:30:29 AM
PAGE  1  -

Report MOD_EMP

| NAME | -----MODULE DATE----- | |
| | FROM | TO |
| Module    LCHPRODENG0001    ALL LCH PROD ENGINEERS | | |
| COLAS, JEAN | 01-Jan-1990 | |
| ORDONEZ, HONORIO L | 16-Jun-2003 | |
| **Total Employees:  2** | | |

**Total all Employees:      2**

**1509**

**Wyeth - Pearl River**

## MODULES BY EMPLOYEE

DATE  01-Mar-2004

TIME  10:31:01 AM

PAGE  1

Report MOD_EMP

| NAME | ------MODULE DATE----- | |
|------|------|----|
| | FROM | TO |
| Module:    LCH7350056    Senior Packaging Engineer (Read Only) | | |
| KRESSLER, ROBERT P | 01-Jan-1990 | |

**Total Employees:  1**


**Total all Employees:    1**

**1510**



Employee Data Verification Report

List Edit Goto System Help

Function

ZTER_EMPDATA
P01 - 400
HENRYH

                                    Wyeth Pharmaceuticals          Page:    1
                                    Employee Data Verification Report    Date: 03/17/2004
                                                                         Time: 10:33:23

               Please review this data before entering expenses

Name:                    HOWARD HENRY
Cost Center:             1061735          LCH PACKAGING
Last 4 digits of SSN:    2014

Reports to (Approver):   MONTE BRADFORD

1504

| | |
|---|---|
| **From:** | Howard Henry |
| **To:** | Burt, Derek |
| **Date:** | 1/30/2004 8:44:39 AM |
| **Subject:** | Training Sessions |

Good morning Derek,

I was made aware that during yesterday's SAP training session, the instructor called my name while checking attendance. However, it was never communicated to me that I should attend the session or any subsequent SAP sessions.

I was told to function and perform duties in my current position until further notice. Please let me know if you have other information or have been communicated something contrary.

Thanks,
Howard

**1511**

**From:**      Derek Burt
**To:**        Henry, Howard
**Date:**      2/2/2004 10:31:29 AM
**Subject:**   SAP Training

Howard,
Sorry for the delay, but as you know the end of the month brings Attainment and there were a lot of other issues and priorities to fit into my schedule.
That said, I requested that your name be removed from the SAP training schedule. I understand that you will no longer require this training as you are to resume your duties as Manufacturing Engineer.
If you have any questions, please call me.

Derek


**CC:**        Wardrop, Walter

1447

| | |
|---|---|
| **From:** | "WORKFLOW SYSTEM" <SAP-Workflow@wyeth.com> |
| **To:** | <HENRYH@wyeth.com> |
| **Date:** | 3/19/2004 3:16:02 PM |
| **Subject:** | Expense Report Approved 1600026587 |

Dear Employee,

Your expense report 1600026587 has been approved by your manager.

Please be sure to place your receipts in a Travel & Entertainment envelope, write your name and trip number on the envelope and forward to Travel and Entertainment.

- T&E Administrator

Trip Details
Date : 03/16/2004 - 03/16/2004
Reason : Interphex 2004

This is a system generated message. Please do not attempt to reply.

**1499**

# Expense Report Summary

| | | | |
|---|---|---|---|
| **Employee Name:** | HOWARD HENRY | **Trip Number:** | 1600026587 |
| **Date :** | 03/16/2004 - 03/16/2004 | | |
| **Reason :** | Interphex 2004 | **Expenses in USD** | |
| **Location :** | New York, NY | **Visa:** | 39.35 |
| **Country :** | US | **Employee:** | 23.26 |
| | | **Total:** | 62.61 |

## Mileage Expense

| Date | Type | No. Miles | Company Amount | Amount in USD | |
|---|---|---|---|---|---|
| 03/16/2004 | Pers Car | 31 | 0.37500 | 11.63 | Details |
| 03/16/2004 | Pers Car | 31 | 0.37500 | 11.63 | Details |
| **Total Mileage in USD** | | | | 23.26 | |

## Individual Receipt Reimbursement

| Date | Receipt No | Receipt Type | Receipt Description | Amount in USD | |
|---|---|---|---|---|---|
| 03/16/2004 | 001 | Lunch Self | | 10.35 | |
| 03/16/2004 | 002 | Parking / Tolls | | 29.00 | Details |
| **Total Receipt in USD** | | | | 39.35 | |

## Total Expenses to be charged as follows:

| Company Code | Cost Center | Order No | WBS | Amount in USD USD |
|---|---|---|---|---|
| 16 | 1061735 | | | 62.61 |
| | | | | **62.61** |

Good Morning Monte,

Andrew Espejo told me he would speak to you about approving this expense
report because an EAN would have to be initiated in order to change him
to be the approving manager.

Please contact me if you have any questions.

Thank you,

Howard Henry

**1500**

Megan Arzberger

**From:** John Cancellieri [JohnCinNH@...]
**Sent:** Wednesday, April 19, 2006 7:55 PM
**To:** Megan HOWARD HENRY
**Subject:** Investigators

## Travel Expense Report

| Employee Name: | | Trip Number: | 1600026587 |
|---|---|---|---|
| Date: | 03/16/2004 - 03/16/2004 | | |
| Reason: | Interphex 2004 | **Expenses in USD** | |
| Location: | New York, NY | Visa: | 39.35 |
| Country: | US | Employee: | 23.26 |
| | | Total: | 62.61 |

David Burns
Casco Drive Apt # 8
Nashua, NH 03062
603 765 2685

Lead investigator for NH. I obtained my NH license through him. He left as lead investigator in December because he got a job as a correctional officer. He was upset over the lack of business and false promises. He met with Ed in the Mass. office

Ed Chase
Volation Dr.
Topsham, ME 04086
207 ...

He said I could work under his Maine license. He did so with the understanding I would give him business. I never got any. He met once with L & W, but did speak with Ed on the phone.

David Burns was to be my Vermont investigator, but it never happened.

## Mileage Expense

| Date | Type | No. Miles | Company Amount | Amount in USD |
|---|---|---|---|---|
| 03/16/2004 | Pers Car | 31 | 0.37500 | 11.63 |

**Start Location :** Hillcrest, NY
**End Location :** New York, NY

| 03/16/2004 | Pers Car | 31 | 0.37500 | 11.63 |

**Start Location :** New York, NY
**End Location :** Hillcrest, NY

**Total Mileage in USD**                                                23.26

## Individual Receipt Reimbursement

| Date | Receipt No. | Receipt Type | Amount in USD |
|---|---|---|---|
| 03/16/2004 | 001 | Lunch Self | 10.35 |
| 03/16/2004 | 002 | Parking / Tolls | 29.00 |

Parking Fees: $25.00
George Washington Bridge: $4.00

**Total receipt in USD**                                                39.35

## Total Expenses to be charged as follows:

| Company Code | Cost Center | Order No. | WBS | Amount in USD |
|---|---|---|---|---|
| 16 | 1061735 | | | 62.61 |
| | | | **1501** | 62.61 |

Good Morning Monte

Andrew Espejo told me he would speak to you about approving this expense report because an EAN would have to be initiated in order to change him to be the approving manager.

Please contact me if you have any questions.

Thank you.

Howard Henry

Back  Print

Ninth Avenue Parking LLC #1142024
101 West 37th St., 212-629-6397
Ticket: 7304 (70-6179)    Veh:NY-BCP5834
Type: Transient    Cashier:OSCAR
Printed: 3/16/2004 12:46 PM

| | |
|---|---|
| JAVITZ RATE | $ 25.00 |

FROM 3/16/2004 11:29:00 AM
TO 3/16/2004 12:45:00 PM

| | |
|---|---|
| Gross Charge | $ 25.00 |
| (0d-1h-16m) PARKING CHARGES | $ 25.00 |
| SERVICE CHARGES | $ 0.00 |
| TOTAL CHARGES | $ 25.00 |
| ADJUST & PREV PMTS | $ 0.00 |
| BALANCE DUE: | $ 25.00 |
| 3/16/2004 12:46 PM OSCAR 70 Visa | $ 25.00 |

Card: 4512 Exp: 0406 Auth: 090370

| | |
|---|---|
| BALANCE DUE: | $ 0.00 |

Thank You. Come Again          Customer Copy

---

FOOD HUT CARIBBEAN
CUISINE
1709 AMSTERDAM AVENUE
NEW YORK, NY 10031
(212) 491-4492

C O P Y
03/16/2004  01:44
Sale:

| | |
|---|---|
| Transaction # | 1 |
| Card Type: | VISA |
| Acc: | ************4512 |
| Entry: | Swiped |
| Total: | 10.35 |

Reference No.: 946229195
Auth.Code:             022595
Respon. APPROVAL   022595

**1503**



# MISSING REQUIREMENTS
## By Employee

DATE 27-Feb-2004
TIME 8:54:56 AM
PAGE 1

Report MISSEM

| Name | | | Department/ Eff. Date | Status | Req. |
|---|---|---|---|---|---|

## HENRY, HOWARD A                                                        P735

| | | | | | |
|---|---|---|---|---|---|
| COM-02 | 000 | Investigation Training - Module 2, Situation Review | | MISSING | Y |
| COM-03 | 000 | Investigation Training - Module 3, Cause Analysis | | MISSING | Y |
| FRM-00000235 | 001 | Lasko Slat Filler Cleaning - Pharmaceutical Products - Check | 31-Oct-2003 | MISSING | Y |
| FRM-00000236 | 001 | Sifty Loader Cleaning - Pharmaceutical Products - Checklist | 31-Oct-2003 | MISSING | Y |
| GMP-38 | 000 | Driving Error Reduction | | MISSING | Y |
| IS-02 | 000 | ISOtrain "View Only" Access Review - Specialized 2001 | 24-Aug-2000 | MISSING | Y |
| MGT-03 | 000 | Communication & Listening | | MISSING | Y |
| MGT-07 | 000 | Performance Management (SMDC) | | MISSING | Y |
| MGT-09 | 000 | Safety for Supervisors (SMDC) | | MISSING | Y |
| MGT-10 | 000 | cGMP for Supervisor/Manager - SCMD | | MISSING | Y |
| MGT-11 | 000 | Leadership and Core Values | | MISSING | Y |
| MGT-25 | 000 | Performance Measurements and Quality | | MISSING | Y |
| MGT-28 | 000 | Values Workshop for Managers | 24-Jun-2002 | MISSING | Y |
| MGT-29 | 000 | Civil Treatment for Managers | 24-Jun-2002 | MISSING | Y |
| POL3003 | 002 | Absence Due to Jury Duty or Involuntary Witness Service | 01-Jul-2002 | MISSING | Y |
| POL3004 | 002 | Bereavement Leave | 01-Jul-2002 | MISSING | Y |
| POL3005 | 003 | Military Service Leave | 28-Apr-2003 | MISSING | Y |
| POL3006 | 003 | Family, Medical and Other Leaves of Absence | 27-Mar-2003 | MISSING | Y |
| PPG-00000006 | 002 | Incorporate Review Comments Into New Draft Versions | 16-Sep-2002 | MISSING | Y |
| PPG-00000007 | 004 | GMPharma Basic Functionality | 10-Nov-2003 | REVISION | Y |
| PPG-00000327 | 002 | Uncontrolled Printing | 10-Nov-2003 | REVISION | Y |
| PPG-00000409 | 001 | Execution of Cleaning Validation Protocols | 07-Jul-2003 | MISSING | Y |
| PPG-00000436 | 001 | Omega Bottle Unscrambler Set-Up | 04-Jun-2003 | MISSING | Y |
| PPG-00000439 | 001 | Execution of a Process Validation Protocol for Marketed Drug | 30-Jun-2003 | MISSING | Y |
| PPG-00000440 | 003 | Preparation and Execution of Study Plans and Investigations | 22-Dec-2003 | MISSING | Y |
| PPG-00000475 | 001 | Set-Up and Operation Of the Lock Metal Detector and Reject M | 04-Jun-2003 | MISSING | Y |
| PPG-00000482 | 001 | Overview of the TrackWise Event Reporting and Tracking Syste | 30-Jul-2003 | MISSING | Y |
| PPG-00000549 | 001 | Label Key Plate Verification | 09-Jun-2003 | MISSING | Y |
| PPG-00000551 | 001 | Key Controlled Programmable and Electronic Device Security | 01-Aug-2003 | MISSING | Y |
| PPG-00000554 | 001 | Closing Out Orders Short of FO Quantities | 01-Aug-2003 | MISSING | Y |
| PPG-00000568 | 001 | Handling and Processing a Manufacturing Investigation Report | 04-Feb-2003 | MISSING | Y |
| PPG-00000610 | 001 | Packaging Line Separation | 05-Jun-2003 | MISSING | Y |
| PPG-00000689 | 001 | Set-Up and Operation of New Jersey Machine Circular Applicat | 11-Jul-2003 | MISSING | Y |
| PPG-00000706 | 001 | Retrospective Validation of Existing Products - Pharmaceutic | 24-Jun-2003 | MISSING | Y |
| PPG-00000868 | 001 | Packaging Component Check-In | 04-Jun-2003 | MISSING | Y |
| PPG-00000870 | 001 | Packaging Equipment Cleaning Facility Operation | 04-Jun-2003 | MISSING | Y |
| PPG-00000884 | 001 | Pallet Washing Operation and Process | 31-Oct-2003 | MISSING | Y |

**1464**


# MISSING REQUIREMENTS
## By Employee

Report MISSEM

| Name | | | Department/ Eff. Date | Status | Req. |
|------|------|------|------|--------|------|
| PPG-00000894 | 002 | Development, Management and Control of Training Curriculum | 28-Oct-2003 | MISSING | Y |
| PPG-00000907 | 001 | Export Shipment Control to Restricted Countries | 04-Feb-2003 | MISSING | Y |
| PPG-00001002 | 001 | Counting Boards | 14-Apr-2003 | MISSING | Y |
| PPG-00001007 | 001 | Set-Up and Operation of CT Code Line 9 Circular Verification | 14-Apr-2003 | MISSING | Y |
| PPG-00001032 | 001 | Lakso 900 Filler and Sifty Loader Set-Up and Operation | 05-Jun-2003 | MISSING | Y |
| PPG-00001138 | 001 | Sampling Validation Batches | 16-Apr-2003 | MISSING | Y |
| PPG-00001233 | 002 | In-Process Cleaning of Containers | 31-Oct-2003 | MISSING | Y |
| PPG-00001351 | 001 | Thermocode 5775 Printer Set-Up/Operation | 20-Jun-2003 | MISSING | Y |
| PPG-00001474 | 001 | Cap Tightening and Torque Measurements | 04-Apr-2003 | MISSING | Y |
| PPG-00001508 | 001 | Collection of Stability Samples | 04-Apr-2003 | MISSING | Y |
| PPG-00001588 | 001 | Boekels Metal Detector (Model: Discovery/TI) Set-Up And Chal | 20-Jun-2003 | MISSING | Y |
| PPG-00001609 | 002 | Initiation & Completion of Pilot Batches | 22-Sep-2003 | REVISION | Y |
| PPG-00001622 | 001 | Finishing Order (FO) Completion | 04-Apr-2003 | MISSING | Y |
| PPG-00001623 | 001 | Completed Packaging Orders Rework | 03-Apr-2003 | MISSING | Y |
| PPG-00001627 | 001 | Problem Batch Resolution Committee Charter | 13-Oct-2003 | MISSING | Y |
| PPG-00001635 | 001 | Pearl River Shipping Release - Preparation and Use | 04-Feb-2003 | MISSING | Y |
| PPG-00001642 | 001 | Pharmaceutical/Vaccine Compliance Program | 12-Feb-2003 | MISSING | Y |
| PPG-00001721 | 001 | Processing Questionable Material through Order Assembly | 30-Jun-2003 | MISSING | Y |
| PPG-00001723 | 001 | Maintaining the GMP - Related Service Provider Approved List | 14-Nov-2003 | MISSING | Y |
| PPG-00001815 | 001 | Control of Critical Packaging Supplies | 15-Aug-2003 | MISSING | Y |
| PPG-00001816 | 001 | Auxiliary Equipment Handling | 03-Apr-2003 | MISSING | Y |
| PPG-00001823 | 002 | Packaging Batch Record Specificity | 11-Dec-2003 | MISSING | Y |
| PPG-00001824 | 001 | Master Packaging Record and Packaging Batch Record | 10-Nov-2003 | MISSING | Y |
| PPG-00001968 | 001 | Commitment Tracking Systems | 07-May-2003 | MISSING | Y |
| PPG-00001971 | 002 | Qualification and Release of Critical Processing Aids, Lubri | 12-Nov-2003 | MISSING | Y |
| PPG-00001982 | 002 | Generation of New and Revised Master Packaging Documents | 21-Nov-2003 | MISSING | Y |
| PPG-00002040 | 001 | Transferring Purified Water | 08-Jul-2003 | MISSING | Y |
| PPG-00002060 | 002 | Maintenance Zone Management | 30-Jun-2003 | REVISION | Y |
| PPG-00002061 | 001 | Trending of Manufacturing and Laboratory Investigations | 07-Feb-2003 | MISSING | Y |
| PPG-00002066 | 001 | Employee Locker Inspection | 07-Feb-2003 | MISSING | Y |
| PPG-00002085 | 002 | ISOtrain System Use Overview and Documentation Responsibilit | 12-Feb-2004 | MISSING | Y |
| PPG-00002285 | 001 | Use and Maintenance of Log Books | 23-Jun-2003 | MISSING | Y |
| PPG-00002476 | 001 | Set-up and Operation of Calia C/R Cap Verification System | 23-Jun-2003 | MISSING | Y |
| PPG-00002508 | 002 | GMPharma EDMS Application and Use Overview | 31-Dec-2003 | MISSING | Y |
| PPG-00002677 | 003 | Manufacturing Equipment/Production Room Cleaning and Useo of | 31-Oct-2003 | MISSING | Y |
| PPG-00003047 | 001 | Usage and Cleaning of the Packaging Line 12 Dust Containment | 14-Aug-2003 | MISSING | Y |
| PPG-00004121 | 001 | Key Terms in SAP | 15-Sep-2003 | MISSING | Y |
| PPG-00004146 | 001 | Sifter Loader Cleaning - Pharmaceutical Products | 31-Oct-2003 | MISSING | Y |

Wyeth Pearl River

# MISSING REQUIREMENTS
## By Employee

DATE  27-Feb-2004
TIME  8:54:56 AM
PAGE  3

Report MISSEM

| Name | | | Department/<br>Eff. Date | Status | Req. |
|------|---|---|---|---|---|
| PPG-00004147 | 001 | Lasko Slat Filler Cleaning - Pharmaceutical Products | 31-Oct-2003 | MISSING | Y |
| PPG-00004527 | 001 | Skill Assessment Administration for Cleaning Procedures in W | 16-Jul-2003 | MISSING | Y |
| PPG-00004682 | 001 | Non-Technical 21 CFR Part 11 Compliance Procedures for Packa | 30-Jun-2003 | MISSING | Y |
| PPG-00004794 | 001 | Obtain, Verify and Complete the Nova Manage Bill of Material | 01-Nov-2003 | MISSING | Y |
| PPG-00005236 | 001 | Annual Product Evaluation Reports | 16-Dec-2003 | MISSING | Y |
| PPG-00005558 | 001 | Inspection and Maintenance of Local Exhaust Hoods | 15-Sep-2003 | MISSING | Y |
| PPG-00007444 | 001 | Packaging Product Contact Parts Cleaning Tag Usage | 31-Oct-2003 | MISSING | Y |
| PPG-00008193 | 001 | Processing a Process Order | 29-Jan-2004 | MISSING | Y |
| PPG-00008619 | 001 | Manufacturing Equipment Cleaning and Use of Cleaning Checkli | 10-Mar-2004 | MISSING | Y |
| PPG-00008749 | 001 | New England Bottle Hopper & Unscrambler (Model NEHCL) | 13-Feb-2004 | MISSING | Y |
| SAF-15 | 004 | Evacuation and Fire Safety (OSHA) | 01-Jan-2004 | REVISION | Y |
| SAF-23 | 004 | Hand Safety | 01-Jan-2004 | MISSING | Y |
| SAP-BN | 003 | SAP Basic Navigation | 15-Sep-2003 | MISSING | Y |
| SAP-POCPR | 001 | PP:  Process Orders Confirmations for Pearl River | 20-Oct-2003 | MISSING | Y |
| SAP-POOPR | 001 | Process Orders Overview for Pearl River | 26-Aug-2003 | MISSING | Y |
| SAP-PROC-008 | 002 | SAP R/3 User Administration | 08-Nov-2003 | MISSING | Y |
| SAP-TPOSTPR | 001 | WM: Transfer Posting for Pearl River | 22-Oct-2003 | MISSING | Y |
| SAP-WMOPR | 001 | WM:  Warehouse Management Overview for Pearl River | 05-Sep-2003 | MISSING | Y |
| SOP10104 | 002 | Merrill Filler w/ Automated Graphic Intelligent Control Syst | 03-May-2002 | MISSING | Y |
| SOP10141 | 007 | Packaging Consumer Health Care Products (WCH) | 26-Nov-2002 | MISSING | Y |
| SOP10165 | 003 | Portable CT Code System Set-Up and Operation | 27-Feb-2003 | MISSING | Y |
| SOP10330 | 003 | Omega Bottle Unscrambler Operation | 29-Feb-2000 | MISSING | Y |
| SOP10407 | 001 | Calia Auto Trayer Set Up & Operation | 12-Jul-2002 | MISSING | Y |
| SOP10445 | 001 | Investigation of Failed Cleaning Validation | 30-Sep-2002 | MISSING | Y |
| SOP10446 | 002 | Protocol Preparation for Periodic Re-Qualification of Equip | 30-Sep-2002 | MISSING | Y |
| SOP10447 | 002 | Protocol Preparation for Existing Equipment Qualification | 30-Sep-2002 | MISSING | Y |
| SOP10448 | 002 | Execution of New Equipment Qualification | 30-Sep-2002 | MISSING | Y |
| SOP10449 | 002 | Final Report Preparation for Equipment Qualification | 30-Sep-2002 | MISSING | Y |
| SOP10450 | 002 | Protocol Preparation for New Equipment Qualification | 30-Sep-2002 | MISSING | Y |
| SOP10451 | 002 | Final Report Preparation for Period Equipment Re-Qualificati | 30-Sep-2002 | MISSING | Y |
| SOP10452 | 002 | Execution of Period Equipment Re-Qualification | 30-Sep-2002 | MISSING | Y |
| SOP10476 | 001 | Boekels Metal Detector (Model EMD-1518) Set-Up & Challenge | 07-Mar-2003 | MISSING | Y |
| SOP10479 | 001 | Resina U-40 Capper Set-Up & Operation | 21-Oct-2002 | MISSING | Y |
| SOP10481 | 000 | Pace Pharma-Line Model 300 Bottle Hopper & Unscrambler Set- | 19-Feb-2001 | MISSING | Y |
| SOP10622 | 001 | Diffuser Cleaning | 20-Apr-2003 | MISSING | Y |
| SOP10639 | 000 | NJM Model 311 PSR Labeler with Vision System - | 23-Jan-2003 | MISSING | Y |

**1466**

Wyeth - Pearl River

DATE  27-Feb-2004

## MISSING REQUIREMENTS
### By Employee

TIME  8:54:56 AM

PAGE  4

Report MISSEM

| Name | | | Department/<br>Eff. Date | Status | Req. |
|------|---|---|---|---|---|
| | | Set-Up and Op | | | |
| SOP20001 | 001 | Corporate Policy Document Processing | 15-Jul-1998 | MISSING | Y |
| SOP20014 | 012 | Packaging Audit and Destruction | 23-Jun-2002 | MISSING | Y |
| SOP20024 | 003 | NJM 350 TSR Labeler Set-Up & Operation | 22-Dec-1999 | MISSING | N |
| SOP20028 | 010 | Temperature and Humidity Recorder Usage | 09-Jun-2003 | MISSING | Y |
| SOP20036 | 004 | Point-Of-Use Hose (Purified Water System)<br>Maintenance | 15-Aug-2003 | MISSING | Y |
| SOP20046 | 001 | Electronic Records & Signatures | 21-May-1999 | MISSING | Y |
| SOP20057 | 006 | Container Monitoring | 14-Apr-2003 | MISSING | Y |
| SOP20058 | 008 | Labeler Detection System Verification | 05-Feb-2003 | MISSING | Y |
| SOP20097 | 001 | Heat Induction Cap Sealers Setup & Operation | 30-Jul-1999 | MISSING | N |
| SOP20101 | 002 | Sealing and Applying Shipping Carton Label to Sh | 17-Feb-2003 | MISSING | Y |
| SOP20115 | 005 | In Process Finishing Order  Weekend/Holiday<br>Shut Down | 13-Apr-2003 | MISSING | Y |
| SOP20131 | 004 | Questionable/Unsatisfactory Components or<br>Finished Goods | 29-Sep-2000 | MISSING | Y |
| SOP20135 | 003 | Cleaning Between Product String Guideline -<br>Manufacturing/Pa | 30-May-2003 | REVISION | Y |
| SOP20165 | 007 | Vacuum Cleaner Use | 30-Nov-2001 | MISSING | Y |
| SOP20173 | 007 | Shortage Requisition (LPR 905) - Literature | 30-Nov-1999 | MISSING | Y |
| SOP20185 | 007 | Finished Counts/Stacking Pallets | 31-Oct-2000 | MISSING | Y |
| SOP20195 | 004 | Pearl River Consumer Healthcare/Pharmaceutical<br>Quality Counc | 31-Mar-2003 | MISSING | Y |
| SOP20229 | 001 | Procedure for Cleaning Mops, Buckets, Brooms<br>and Dust Pans | 09-Jun-2003 | MISSING | Y |
| SOP20265 | 000 | Solid Dosage Bottle Packaging Line Clearance<br>and Cleaning | 27-Sep-2002 | MISSING | Y |
| SOP20272 | 002 | Ideal Bundler & Pack-All Heat Tunnel Setup and<br>Operation | 02-May-2003 | MISSING | Y |
| SOP20284 | 000 | Key Control for Literature Security Cages in<br>Packaging and O | 21-Dec-2001 | MISSING | Y |
| SOP20303 | 000 | Prevention of Cross-Contamination in Corridors<br>During Equipm | 28-Jun-2002 | MISSING | Y |
| SOPA-007 | 008 | Converted to PPG-00005236Annual Product<br>Evaluation | 26-Dec-2001 | MISSING | Y |
| SOPA-039 | 000 | Inspectional Observation Verification Process | 31-Dec-2001 | MISSING | Y |
| SOPB733-109 | 005 | Line Check In | 15-Nov-2002 | MISSING | Y |
| SOPB733-114 | 004 | Preparation & Use of Non-Production Line Tria | 12-Jun-2003 | MISSING | Y |
| SOPM733-010 | 007 | Packaging area Lock Up | 31-Jan-2001 | MISSING | Y |
| SOPM733-016 | 004 | Rebulk Transfer and Return Bulk | 24-Jul-2001 | MISSING | Y |
| SOPM733-031 | 006 | Work in Process Handling | 30-Nov-2000 | MISSING | Y |
| SOPM733-064 | 008 | Pre-making,Prelabel & On-line Coding of Shipping<br>Cartons | 26-Oct-2001 | MISSING | Y |
| SOPP-010 | 002 | The Pilot Batch | 27-Dec-2002 | REVISION | Y |
| SPIPR2K-104 | 003 | Required OSHA Inspections | 11-Apr-2003 | MISSING | Y |
| SPIPR2K-105 | 003 | Accident Investigation Procedures | 23-Aug-2002 | MISSING | Y |
| SPIPR2K-201 | 004 | Safety Work Permit Program | 01-Oct-2002 | MISSING | Y |
| SPIPR2K-402 | 003 | Hazard Communication Program | 12-Apr-2002 | MISSING | Y |
| SPIPR2K-412 | 003 | Lead Management Program | 28-Jun-2002 | MISSING | Y |
| SPIPR2K-707 | 003 | Environmental Permit/Approval Procurement<br>Procedure | 11-Oct-2002 | MISSING | Y |
| SPIPR2K-712 | 002 | Response to Volatile Organic Compound (VOC)<br>Leaks | 19-Mar-2002 | MISSING | Y |

## 1467

Wyeth - Pearl River

# MISSING REQUIREMENTS
## By Employee

ISO
Train
By SafTek

DATE  27-Feb-2004

TIME  8:54:56 AM

PAGE  5

Report MISSEM

| Name | | Department/ Eff. Date | Status | Req. |
|------|--|----------------------|--------|------|

**Total By Employee:  149**

**Total Courses:      149**

* * *   End of Report   * * *

**1468**

35

## Summary Of Findings – Howard Henry (4/7/04)

Howard Henry:
- Racial Discrimination due to a perceived demotion of position
- Engineer has a perceived higher level of skills vs packaging supervisor since that is an entry-level area and most people do not have degrees.
- Followed chain of command
- Believes that the message to him has been inconsistent which has caused him to question why the change
- Previous rating has been 3 in 2003 and a 4 in both 2002 & 2001
- Believes rating caused him to be moved and thinks that rating is unfair.
- Felt that his career has been ruined
  o Values not followed
  o Negative perception on floor
  o Allowed to get out of hand
- Believes that he can not trust people in organization -- went to management out of respect – gave them an opportunity to do the right thing
- Wanted to build an organization that everyone had opportunities -- build for the future
- Would like a package to do something else

Joanne Rose:
- Reviewed Org Cascade
- Names and Performance Rating was on each sticky
- H. Henry was not picked for a position right away
- Several issues she was aware of about performance and ability to get things done on time
- W. Wardrop changed review to reflect in out from H. Henry in January
- H. Henry has been disruptive to organization – going around and talking to people about situation

Walter Wardrop:
- Managed H. Henry for past 3 years
- Reviewed process of Org Cascade
  o H. Henry name on the wall most of the day
  o Selected for 3rd shift for packaging supervisor
  o Got this changed to 1st shift
  o Believes that jobs are equal in level, one manages people the other is an individual contributor role.
- Believes that manufacturing and packaging must work hand in hand and one can not live without the other
- 2003 Performance Review
  o Did not go well
  o Unhappy with rating

CONFIDENTIAL
D 000682

- o Used own observations and mid year review since no self appraisal was provided
- o Perception from others that H. Henry did not have a sense of urgency to get things done.
- o Difficult year for Howard caused a 3 rating
- o No special projects, came in did his job.
- Combined performance review discussion with Cascade result and notification of his new role.
  - o Cause that job assignment and rating was related
- Org Cascade caused people to think about the change, were they retained or pushed out....level of interpretation by people caused issues
- Org Cascade was an opportunity to provide cross pollination of people
- Assoc. Directors went into the meeting with a perceived 'A' team and had to negotiate for who was on their team
- Believes that managers did not pay attention to ratings of people, own perception or discussed the people with others in room

Mike McDermott:
- Org Cascade Champion
  - o Cascade started with the process to get the product out the door then structure was built around this.
  - o Drove for a cross pollination of resources to develop people and allow people to work outside of area to improve processes
- Two Sessions with H. Henry
  - o Session 1
    - H. Henry describing situation and why he felt he was discriminated against
    - M. McDermott described how Org Cascade was set up and drivers for the process. Explained that the opportunity was one to help build skills
    - Offered to help him find something else if he did not want to be in packaging – H. Henry refused the assistance
    - Advised H. Henry that he could write a rebuttal to review
    - Agreed to spend time reviewing the performance review
  - o Session 2
    - Reviewed findings and advised H. henry that he concluded that he was a 3 performer. Stated in his Mid Year review
    - Circled around issue and revisited the decision to cross-pollinate people and that this was not a demotion.
- Acknowledged that Packaging and Warehouse areas are places that people do not see as a good place to be
  - o Entry level perception
  - o Mike started in packaging himself
  - o Moved B. Bracco into warehouse area, not singled out Howard

CONFIDENTIAL
D 000683

Bob Bracco:
- Reviewed Org cascade process
- Sticky paper of names was color coded based upon rating from current year
- Opinion - Interesting and Offensive process
  - Interesting that it was an ego boast because you were playing chess with people's lives
  - Offensive because that people were reduced to a sticky and assumptions were sometimes based on the perception of the color of the sticky your name was on
- H. Henry's name was on the board all day and they tried to find him a role to fit into. Not selected as an engineer due to the competition and perception of people in the AD roles
- Perception of packaging
  - Death by tedium
  - Tough to keep people motivated
  - Driven by minutes and seconds
  - Not a fun place
  - Entry level – high turnover
- Logistics not well perceived as well, but agreed that it was an opportunity to learn a part of the business that he was not a part of…stepping stone for a Directors position.
- Had discussions with H. Henry
  - Perceived as a mentor to Howard
  - Discussed position
    - May not agree with the change but role will help resume for future opportunities
    - Raising this and keeping after it will kill your career
    - Need to separate your review from org cascade
      - No one retained you in production – don't dwell on it
      - May not be career path but could help you go where you want
  - H. Henry always linked the reason for the position was due to his rating and not for anything else
  - Follow-on conversations were philosophic in nature
- Noticed that H. henry would be discussing this with people on the floor.

CONFIDENTIAL
D 000684

**36**

| | |
|---|---|
| **From:** | Howard Henry |
| | Katz, Max |
| **Date:** | 8/5/2005 5:05:52 PM |
| **Subject:** | Re: Monthly Summary (July-2005) |

Good afternoon,

Below is a brief summary of some of the tasks achieved during the month of July.

Thank you,
Howard

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

Monthly Summary:

- Special projects after hours coverage:

  - Littleford 10K Blender Plough Repair Coverage 3pm - 11 pm on July 20, 2005
    - Transferred the badge (Badge# 104178) of K. Anderson to K. Gunsen (6:55 pm).
    - Collected badge (Badge# 30431) of R. Haenssler. Submitted the V. Rappa
    - Emailed V. Rappa regarding time contractor left the job site.

  - PC# 10: Baffle installation coverage 3 pm – 7 pm (7/20/05)

    - Notified security and the fire department that the job ended for the day.
    - Collected Badges of K. Wilson and T. Tomjanovick. Submitted the V. Rappa
    - Emailed V. Rappa regarding time contractor left the job site.

- Manufacturing Support:
  - CTC Cleaning Verification:

    - Provided Alconox Cleaning Tag to Larry Tunnard. Copies made. Log sheet entries must be clarified (process enhancement steps must be indicated on checklist).
    - Successful execution of Study Plan 640-009-LQ-03, assessing CTC #1 (WA#35466) for cleanliness after a 30 day campaign. No deviations found (7-19-05).
    - Final report circulated and approved (7-22-2005). CTC released to production for use.

  - Provided Blender Timer Report Printouts for the following equipment:

    - Gemco 30: 130/510 (6-8-05: 40 min blend)
      - Requested by: Skip Gremli (7-05-05)
      - Batch#: Fibercon-2500-B04605
      - Supplied: 7/07/05 –Blender in use 7/6/05 AM / PM Shifts. Down 7/7/05
    - Gemco 30: 130/510 (6-8-05: Blend Times: 5:42 pm – 6:21 pm)
      - Requested by: Skip Gremli (7-05-05)
      - Batch#: Fibercon-2500-B04603
      - Supplied: 7/07/05–Blender in use 7/6/05 AM / PM Shifts. Down 7/7/05

- Commitment Information:
  - Commitment: PR# 89211 "Screen with Smaller Holes for 8K"
    - Due date 8/31/05.
    - CCP 2005-510 initiated 5/20/05 (Emergency CCP)
    - Approved: 5/20/05

**188**

Change complete. Closure documents submitted 7/19/05.
Commitment closed 7/20/05.

- o Commitment PR #90042: Evaluate the feasibility of re-engineering the lock-in pin on valve
  - Due date: 9/20/05
  - Vendor contacted to provided plan and quote to redesign the valve
  - 7/26/05: Quote received
  - Vendor contacted about quote.
  - 8/2/05: Memo written assessing quote and feasibility of redesign proposal.
  - Documents submitted for closure (8/3/05).
  - Closed (8/3/05)
- o Commitment: PR# 107328 "Evaluate possibility of putting a door sweep on doors":
  - Due date 9/08/05.
  - WO# 1087975 initiated 6/9/05 to investigate possibility of installing a door sweep.
  - Investigated by carpenter. Door sweeps already in place. Gaskets replaced. Full length curtains installed
  - WO completed: 7/18/05
  - Completed WO submitted for closure (7/19/05)
  - Commitment closed 7/20/05.
- o PR #111134: CTC By-Pass Training"
  - Due date: 7/29/2005
  - All CTC operators trained on the By-Pass Training (7/21/05).
    - Midnight shift: 6 am; Day Shift: 7:30 am; Afternoon Shift: 3:15 pm.
  - Iso-train documents scanned into Trackwise for closure.
  - Forwarded and closed by QA (7/25/05)

- Monthly PMO (Status and Completion):
  - o Performed the following duties to complete this task
    - Create spreadsheet (07-08-2005).
    - Track PMO, sign off and completion for the month.
    - Sign off completion percentage: 85.7%
- Change Control Information:
    - CCP 2004-1168: "Comprima Project-Modification of Compression Room W (112-310)".
      - Initiated: 8/16/2004 (Joe Torres)
      - Contacted vendor for updated coil and AHU documents. Faxed documents to vendor.
      - Received faxed documents from vendor on 10-09-04
      - Original closure due date: 3/1/2005
      - Amendment closure due date: 7/18/2005
      - CCP Closed: 7/18/2005

    - CCP 2005-0397 "Stokes 754 Motor Change"
      - Initiated: 04/07/2005 (Emergency CCP submitted)
      - Approved: 04/18/2005·
      - Closure due date: 7/18/2005
      - CCP Closed: 7/18/2005.
    - CCP 2005-0510 "Installation of 3/16" Screen for Ajax Shaker"
      - Initiated: 5/20/2005 (Emergency CCP submitted)
      - CCP walked around. Approved in one day.
      - Approved: 5/20/2005
      - Original closure due date: 6/3/2005
      - Amendment closure due date: 8/31/2005
      - CCP Closed: 7/21/2005
    - CCP 2005-0672 "Ajax Shaker" Buna-N Nitrile Rubber.
      - Initiated: 7/07/2005. Verbal approval (7/6/2005)-G. Keaney
      - Approved: 7/11/2005
      - Closure due date: 11/11/2005
      - CCP closed: 7/29/2005

**189**

- Investigated Compressed Air 100 Complex Outage Request:

- Email sent by M. Katz on 07/20/05 @ 3:54 pm.
    - o Discussed situation with Glen Powers and Sean McGarvey (temp supervisors). Both stated that PPU#1 compression was down. PC#9 running (G. Powers). Unit stopped (Low air alarm), shut off by operator, restarted, no product impact.
    - o Discussed situation with Lou Baldi (PPU#3 supervisor). Stated that PPU#3 compression was down. PC#1 running. Unit shut down, stopped by operator, restarted, no product impact.
    - o Response e-mailed sent @ 8:13 pm.
- Special operator requests:
    - o Increase roller protection for drum carts used in CTC#1 (7/20/05)
        - ▪ Requested by operator J. Rosado. Need to mimic design of drum carts used in CTC#2.
            - • WO#1097287 initiated to fix stainless steel plate.

**190**

**From:**    Howard Henry
**To:**       Espejo, Andrew
**Date:**    8/30/2004 5:25 PM
**Subject:** Monthly Summary (08-04)

Good afternoon Andrew,

Below is a brief summary of some of the tasks achieved during the month of August.  Thank you and please contact me if you have any questions.

Howard


Monthly Summary:

- As project manager for the Bin Storage & Bin Warehouse projects:

    o Conducted meeting to review material project flow.

    o Meet with Ram Shankar (project engineer) to establish project parameters

    o Received confirmation from various departments designating representatives to attend project meetings (Max Katz-Safety, Miraz Chowdury-Tech. Service, Sal Calautti-QA).

- Assisted in establishing audit responses to GCA audit. One key response was calling the weekly CTC use of water to remove dust build up on the baffles a process enhancement and not a cleaning procedure. The coater is not considered clean until it is sprayed/washed with purified water.

- Contacted Dorner about "V" shaped cleats.  Manufacture stated the cleats might not be sanitary.

- Conducted Combined Project Overview Meeting with maintenance.

    o Received PMO and Vib/Lub list.

    o Lists will be reviewed and discussed weekly meeting.

    o Progress made weekly. All projects on schedule to be completed before due dates.

- Conducted SOI Training with Rich Morgan.

- Trained midnight shift and day shift operators on 8K Littleford-Single Pass CTC SOI.

- Facilitated compressor check with Nikki Patel.

- Attended Work Order & PMO weekly schedule meetings.

- Troubleshooted CTC pan motor fault. (8-19-2004)

- Reviewed and signed assessment forms. Ref# PRP040 and PRP039 for 21CFRPart 11 assessment team.

- Executed Final Calibration PMO for the CTC Single Pass Project (8-18 thru 8-23-04)

**198**

- Tracked monthly PMO completion.

- Approved six SOPs. All SOPs completed before the revised target deadlines.

Goals for next month:

- Spend time on the floor with set-up workers troubleshooting and fixing various Stokes compression Machines.

  - Take a MS Project class and utilize to track projects.

Howard Henry
Production Engineer
Wyeth Pharmaceuticals
Consumer Health Division
401 N. Middletown Rd.
Pearl River, NY 10965
(845)-602-4843- Office
(845)-602-3181-Fax

**From:**   Howard Henry
**To:**     Espejo, Andrew
**Date:**   10/1/2004 12:06 AM
**Subject:**  Monthly Summary (September)

Good morning Andrew,

Below is a brief summary of some of the tasks achieved during the month of September. Thank you and please contact me if you have any questions.

Howard

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

Monthly Summary:

- Littleford 10K Plough Repair:
  - Ploughs ground down to repair wholes found in upper arc plate.
  - Provided coverage during plough repair on Saturday, 9-18-04.
- Littleford 8K Safety Upgrade:
  - Inquired about installation of Fike canisters at the request of Jim Fleming.
    - Fike Corporation will do start-up. Installation done by outside contractor.
  - Provided coverage for plough repairs and communicated progress of repair to group, 9-22-04
- Gap Tile Analysis Project:
  - Purpose: Action item based on findings from the GCA Audit. Production area rooms must be analyzed for gaps in celling tiles, around edges and around lights.
  - Developed spreadsheet for capturing data, conducting the study, and reporting the results (9-7-04).
  - Assessed areas on the third and fourth floors 9-10 and 9-11-04.
  - E-mailed Gap Analysis Report to Chris Defeciani. (9-15-04).
- Courses:
  - Attended Project Management Course. (9-9 and 9-10-04)
  - Attended COM-02/COM-03 "Investigation and Root Cause Analysis" (9-15-04)
  - Attended Water System Training. Trained on PPG 00001271, PPG 00001019, PPG 00002133, PPG-00001266. (9-29-04)
  - Attended GXPharma courses GXP-COUP, APUP and REUP (9-23-04)
- Manufacturing Support:
  - Provided documentation to compliance specialist Jacqui Hibbert in order to help close and investigate commitments PR# 65008, 68228, 65364, and 65006. (9-13-04)
  - Investigated and e-mailed supervisor Manny Rivera regarding an explanation to the spray gun wet tablet occurrence in the CTC. (9-15-04)
  - Provided lock core and keys to Central Storage Set-up workers for oil room 120-320B. Fixed damaged door so that door would be able to remain locked. (9-27-03)
- Combined Project:
    - Meeting #5 held 9-17-04
      - Formal discussion of classification of GMP critical instruments.
        - Control loops will be tested as a complete unit.
        - Input sources, PLCs and Output control will be dubbed critical.
        - Transmitters and transducers considered non critical GMP instruments.
    - Meeting #6 held 9-28-2004
      - PMOs will be formally replaced by job plans. Maximo will automatically generate work orders for equipment maintenance.
      - Instrumentation PMO(s) will be controlled by CALMAN (paperless system)
      - Equipment Classification: SOP 40355 will be updated. Will include better equipment classification definitions.
  - Project List Time-line sent to Andrew Espejo utilizing MS Project for review on 9-15-04

- Conducted Material logistics flow Meeting on 9-14-04
  - o Concluded this meeting establishing the material flow pattern for product and bin movement
  - o Meeting minutes written. Forwarded on 9-16-04.
- Conducted Bin Storage/Bin Warehouse Project Meeting on 9-14-04.
  - o Established final design for Project Scope document approval.
  - o Meeting minutes written. Forwarded on 9-18-04
  - o Project document circulated. Reviewed, signed and sent to QA for approval (9-23-04)
- Set-up PMO of 5th floor dry room Air Handler Unit on 9-17-04 by performing the following tasks:
  - o Inspected Area with refrigeration mechanic James Royster
  - o Inspected room for raw materials and temperature and humidity readings.
  - o Scheduled to have materials temporarily moved from the 5th floor to the 3rd floor dry room until PMO is complete.
  - o 9-18-04: Reactivation air temp low at 80C. Called in plumber. Charlie Petrosky repaired steam traps.
  - o 9-20-04: Had material returned to 5th floor.
- 21CFRPart 11 Compliance Project:
  - o Conversation with consultant Tim Billings on 9-17-04 consisted of the following:
    - ■ Developed strategy to make CTC#1 and CTC#2 21CFRPart 11 compliant by possibly adding a Eurotherm Chessell Chart Recorder to the system
    - ■ Expressed concern of the ability of the system to track all necessary parameters (Air flow, solution flow, weigh belt speed, faults, alarms, etc...).
    - ■ Tim will investigate the recorder's ability and will update the Remediation and Validation Plans for CTC#1 and CTC#2 to include the chart recorder suggestion.
  - o Assisted consultant Michelle Kolenski in understanding the production flow, equipment utilization and Fette computer batch record retention cycle. (9-28-04)
  - o Discussed the remediation plan document with Tim Billings. The wording "Major inadequacies in validation documentation against current PPG SOP requirements", found on pages 11, 14-18 will be changed and will reference the PPG document number. (9-29-04)
  - o New remediation plan submitted by Tim Billings containing better wording to replace the statement, "Major inadequacies...". Signed document and forwarded to Chris Defeciani. (9-30-04)
- Forwarded SOP Status List and Departmental Effective SOP List to Andrew Espejo. Documents discussed during August monthly 1 on 1
  - o Documents to be completed by 9-30-04
  - o Documents forwarded on 9-30-04
- Scale Frequency Report:
  - o Project goal is to reduce the frequency of scale calibrations.
    - ■ Received spreadsheet from Mike Aboyoun on 9-7-04. Spreadsheet contained all D640 scales.
    - ■ Reviewed and scrutinized list.
    - ■ Forwarded recommendations and assessment to Mike on 9-17-04.
- Commitment# 69826 "Bin valve Knob Remediation":
  - o Communicated job scope and scheduling needs to supervisory staff. (9-18-04)
  - o Scheduled project scope meeting with Dan Dooly and Jim Fleming. (9-21-04)
  - o Job executed (9-21-04)
- Scheduled compressed air shutdown for engineer Hugh Syme.
  - o CTC compressed air line shutdown scheduled for Monday, September 27th 2004.
- Monthly PMO (Status and notification):
  - o Performed the following duties to complete this task
    - ■ Create notification spreadsheet
    - ■ Sent notifications on various dates throughout the month to inform maintenance of PMO completion progress (9-21-04, 9-28-04, 9-30-04).
- Assisted Excer Zayas with the investigation of the demolition of previous Sodium Selenate/Liquid and Ointment Area
  - o Researched old change control information. Found CCP 2001-1301. (9-30-04)
  - o Information reviewed and copied to assist investigation (9-30-04)
- Change Control Information:
  - o Closed CCP 2004-868 on 9-16-2004. (Due date 9-30-04)
  - o Closed CCP 2004-1041 (8-26-04). (Due date: 10-29-04)
  - o Closed CCP 2004-0868 (9-16-04). Due date: 9-30-04
  - o Initiated CCP 2004-1299: New CTC#2 equipment 9-22-04
    - ■ Approved: (9-27-04)
  - o Initiated CCP 2004-0965: Cancellation of CCP 2004-0965 (9-23-2004)
    - ■ Canceled: (9-27-2004)
  - o Change control documents submitted to close CCP 2004-0432 initiated by Aladin Alkhawam (9-30-04).
- Scheduled shutdown of Air Handler 1.7 located in B130/1st: Tablet Compression 120/3rd Floor
  - o Coordinated shutdown with Jerry Perioli (9-21-2004)

- SOP Documentation Approval/Obseletion:
  - o E-mailed SOP status to Chris Defeciani. (9-22-2004)
  - o Assisted Technical Writer Amani Murray in understanding information in PPG 00017421 "Littleford 10K Blending and Operation". (9-28-2004)

**From:**     Howard Henry
**To:**     Espejo, Andrew
**Date:**     11/5/2004 7:28 PM
**Subject:**     Summary (10-04)

Good evening,

Below is a brief summary of some of the tasks achieved during the month of October. Thank you and please contact me if you have any questions.

Howard

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

Monthly Summary:

- Littleford 8K & 10K Jog Timer Speed determination:
  - Contacted vendor to determine best course of action to save motor
  - Set up meeting to discuss 8K motor shut down issues
  - Observed batch unloading process
  - Communicated information via email to entire staff
- Courses:
  - Attended SFT-413 Maximo Delta Training. (10-04-04)
    - Attended PPG 00002508 "GMPharama EDMS Application and Overview". (10-20-04)
    - Attended Water System Training. Trained on PPG-00001066, PPG-00001068 and PPG-00007495.
- Manufacturing Support:
  - Explained to QA manager Farooq Moatter, along with compression supervisor Jim Fleming, the details of the reinforcing and hardwiring of electronic connections for the Fette 3200 compression machines. (10-5-04)
  - Provided supervisor coverage of PPU#1 operators during the absence of supervisor Rick Morgan and Manny Rivera. (10-5-04)
    - Established Train#1 daily schedule with Joe Torres and Tony Leonty
    - Covered CTC and inspection. Continued to perform engineering duties.
    - Entered request for Unnico to clean room 120-575 (Littleford Blending Room) so that the room could be painted on 10-6-05.
  - Provided Blender Timer Report Printouts for the following equipment (10-08-04):

    - Tote Blender (09-27-04: 5 min blend- 11:16 am - 11:21 am)
      - Requested by: Bill Shafer
      - Batch #: Sponge Bob 45782-A97696
    - Drum Roller (09-03-04: 30 min blend- 3:48 pm - 4:18 pm)
      - Requested by: Skip Gremli
      - Batch #: EC#1-08730-A93407
    - Gemco 75 Slant (09-03-04: 30 min blend- 7:30 pm - 7:35 pm)
      - Requested by: Paul Couto
      - Batch #: EC#1-08730-A93408
    - Gemco 30 (10-18-04: 3 min blend- 6:15 pm - 6:18 pm)
      - Requested by: Calvin Gremli
      - Batch #: Fibercon-02500-A22365
    - Littleford 8K (10-11-04: 10 min blend- 12:14 pm - 12:24 pm)
      - Requested by: Rich Morgan
      - Batch#: Centrum-04451-A96623
    - Drum Roller (10-6-04: 30 min blend- 11:44 pm - 12:14 am)
      - Requested by: Calvin Gremli
      - Batch #: EC#1-08730-A93399
    - Littleford 8K Blender (10-25-04: 10 min blend 9:54 am - 10:04 am)

- - Batch#: Centrum-8427-A28901
- - Littleford 8K Blender (10-25-04: 2 min blends 1:20 pm & 1:33 pm)
- - - Requested by: Rich Morgan
- - - Batch#: Centrum-8427-A28901
- Provided coverage for manager A. Espejo during the afternoon of 10-05-04.
- Investigated foul odor in old compression area WO#444333 (10-06-04)
  - o Shutdown compression area due to odor.
  - o Placed emergency work order to investigate odor.
  - o Walked area with refrigeration mechanics Evin Micich and James Royster.
  - o Area inspected. Odor subsided. Area reopened for production use.

- Combined Project:
  - o Meeting #7 held 10-27-04
    - - Formal discussion of classification of GMP critical instruments.
    - - Following items will be placed on PMO: High speed doors (WA#17450), Battery Chargers (WA# 15020, 15021)
  - o Assessed Fette compression machines with Jim Fleming.
    - - Investigated broken punch issue (10-7-04)
    - - Contacted Fette to obtain information on degree of freedom tolerance for each punch
  - o Investigated damaged screen issue (10-11-04)
    - - Had static charge and grounding of unit investigated (10-11-04)
      - - Unit properly grounded. Static charge appeared to come from newly waxed floor.
    - - Corresponded with Bob Hirsch and spoke with Fette in order to establish meeting to investigate electrical surge problem (10-12-04)
- Commitment Information:
  - o GCA Commitment: PR# 69062 "Add Process Enhancement Step to PPG 0010697 "Operation of Single Pass Continuous Tablet Coater System in Manufacturing"
    - - Submitted DCC (10-14-04). Old form used. Resubmitted DCC (10-21-04). DCC# RD-2004-001295.
    - - Document sent for review.
    - - Document reworded and will be resent for review.
- Commitment: PR# 69826 "Bin valve Knob Remediation":
  - o Communicated job scope and scheduling needs to supervisory staff. (9-18-04)
  - o Scheduled project scope meeting with Dan Dooly and Jim Fleming. (9-21-04)
  - o Job executed (9-21-04) Job completed (10-11-04)
  - o Documents Maintenance completed and submitted on 10-12-04
  - o Commitment closed on 10-12-02
- Commitment: PR# 73192 "Coated Knob found in manufacturing": (10-14-04)
  - o Discussed situation with Lauri Tripp and Jacqui Hibbert
  - o Provided detailed information for Jacqui Hibbert to facilitate commitment closure.
- Commitment: PR# 74398 "Tether Knobs to In-feed Conveyor Assembly": (10-19-04)
  - o Created WO# 445214 to Tether knobs
  - o Material ordered 10-20-04
- Commitment: PR# 74601 "Chipped Die Found"
  - o Discussed situation with Compliance Specialist Jacqui Hibbert (10-21-04)
    - - Briefly described the nature of the compression process and the characteristics of the dies.
    - - Summary of reasons for die sliver provided. Information used to help close the commitment.
- Commitment# 74794 "Carb Assist Metal Detection"
  - o Received 10-21-04 from Andrew Espejo.
  - o E-mailed Ray Bartolucci in order to work with someone from Technology on the project.
  - o E-mailed Francis McDermott regarding expediting the protocol to validate a metal detector for Carb Assist (10-08-2004)
- E-mailed PPU#1 and Maintenance regarding the ability of installing moisture sensors in the ductwork.
  - o Contacted Vector Corporation regarding the feasibility of this request. (10-15-04)
  - o Vendor called for a second time on 10-18-04
- Monthly PMO (Status and Notification):
  - o Performed the following duties to complete this task
    - - Create notification spreadsheet (10-12-2004)
- Change Control Information:
  - o CCP 2004-1404: Installation of coil in CTC-AHU#2
    - - Initiated document (10-08-04)
    - - Obtained previous CCP 2004-0371 initiated by Aladin Alkhawam as a reference.

**193**

- Contacted vendor for updated coil and AHU documents. Faxed documents to vendor.
    - Received faxed documents from vendor on 10-09-04)
    - Approved (10-11-04)
  - o Emergency CCP 2004-1419: Temporary monitor use for Fette 3200 WA#34887
    - Discuss situation with Farooq Moatter to receive verbal approval of change (10-11-04)
    - Document submitted {10-12-04)
    - Document approved (10-18-04)
  - o CCP 2004-1470: Bin Storage Area/Washroom Shop Upgrade Project
    - Document submitted (10-25-04)
    - Document approved (10-26-04)
  - o Change control documents submitted to close CCP 2004-0432 initiated by Aladin Alkhawam (9-30-04).
    - CCP Closed 10-06-04
  - o Closed CCP 2004-1161 "Ajax Shaker Modification"
    - Due: 11-30-04
    - CCP closed: 10-14-04
- CTC Equipment:
  - o Had Weigh belt re-calibrated in order to correct OOS gains received weeks prior (WO# 443009) -10-04-04
- CTC Single Pass Project:
  - o E-mailed Lam No requested PMO number information for new CTC equipment (10-13-04).
  - o New equipment (Weigh belt and Servo-lift) added to current PMOs as per CCP 2004-1299 (PMO#44014, 41185, 47179 and 41184) (10-15-04)
  - o Initiated WO# 445094 in order to have the Spectrum Spray Gun Arms installed
    - Initiated 10-18-04. Approved 10-20-04.
    - E-mailed Ed White in order to have this job executed on 10-25-04.
  - o Assisted Lam No in identifying and confirming information for validation protocol for the Weigh Belt. (10-20-04)
  - o Assisted Lam Ngo with confirming information written in document TSEQ04153 "Schenk Accurate Weigh belt DEA 300 Weigh belt Feeder". (10-26-04 and 10-28-04)
    - Accessed process parameter and configuration screens
    - Helped Lam understand
- Resolved CTC Campaign Length issue for an 8K Littleford Centrum® Batch.
  - o Requested by Andrew Espejo on 10/13/04
  - o E-mailed QA representatives Paul Lucas and Farooq Moatter regarding this issue (10-14-04)
  - o Response received 10/18/04
  - o E-mailed Larry Tunnard regarding amending study plan TSCD02010 in order to add a statement regarding the 8K.
  - o Informed by Larry Tunnard that Bob Yankanin is responsible for amending the study plan (10-20-2004). E-mailed Bob Yankanin regarding amending study plan.
  - o Sridhar Venkatesan responsible for adding the 8K batch comment to the protocol. Awaiting a 25 string run to submit samples to QA for testing before adding the statement.
- Investigated increased overhead cost for Fuel, Electric, Gas Cost
  - o Request made by Andrew Espejo on 10-22-04
  - o E-mails sent requesting information providing the reason for the high cost of Fuel, Electric, Gas for August
  - o Responses received from Calvin Gremli and Pete Sidoti.
  - o Memo forwarded to A. Espejo.
- Special operator requests:
  - o Provided new Locker keys for Ray E. Johnson (10-7-04)
    - Placed Work order request with locksmith
    - Sent email message to maintenance
    - Picked up keys for Ray.

**194**

Good morning,

Below is a brief summary of some of the tasks achieved during the month of December.
Thank you and please contact me if you have any questions.

Howard

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>

Monthly Summary:

- Littleford 8K & 10K Jog Timer Speed determination:
  - Contacted vendor to determine best course of action to save motor
  - Set up meeting to discuss 8K motor shut down issues
  - Observed batch unloading process
  - Communicated information via email to entire staff

- Courses:
  - Attended SFT-413 Maximo Delta Training. (10-04-04)
    - Attended PPG 00002508 "GMPharama EDMS Application and Overview". (10-20-04)
    - Attended Water System Training.  Trained on PPG-00001066, PPG-00001068 and PPG-00007495.

- Manufacturing Support:
  - Explained to QA manager Farooq Moatter, along with compression supervisor Jim Fleming, the details of the reinforcing and hardwiring of electronic connections for the Fette 3200 compression machines. (10-5-04)
  - Provided supervisor coverage of PPU#1 operators during the absence of supervisor Rick Morgan and Manny Rivera. (10-5-04)
    - Established Train#1 daily schedule with Joe Torres and Tony Leonty
    - Covered CTC and inspection. Continued to perform engineering duties.
    - Entered request for Unnico to clean room 120-575 (Littleford Blending Room) so that the room could be painted on 10-6-05.
  - Provided Blender Timer Report Printouts for the following equipment (12-10-04):
    - Gemco Slant (11-20-04: 10 min blend- 10:31 am - 10:51 am)
      - Requested by: Paul Couto

**200**

- Batch #: EC#1 8730-A99322

- Gemco Slant (11-20-04: 5 min blend- 10:55 am – 11:00 am)

  - Requested by: Paul Couto

  - Batch #: EC#1 8730-A99322

- Gemco Slant (12-10-04: 3 min blend- 7:37 am - 8:00 am)

  - Requested by: Bill Shafer

  - Batch #: EC#1 8730-A99322

- 

- Drum Roller (09-03-04: 30 min blend- 3:48 pm – 4:18 pm)

  - Requested by: Skip Gremli

  - Batch #: EC#1-08730-A93407

- Gemco 75 Slant (09-03-04: 30 min blend- 7:30 pm – 7:35 pm)

  - Requested by: Paul Couto

  - Batch #: EC#1-08730-A93408

- Gemco 30 (10-18-04: 3 min blend- 6:15 pm - 6:18 pm)

  - Requested by: Calvin Gremli

  - Batch #: Fibercon-02500-A22365

- Littleford 8K (10-11-04: 10 min blend- 12:14 pm – 12:24 pm)

  - Requested by: Rich Morgan

  - Batch#: Centrum-04451-A96623

- Drum Roller (10-6-04: 30 min blend- 11:44 pm - 12:14 am)

  - Requested by: Calvin Gremli

  - Batch #: EC#1-08730-A93399

- Littleford 8K Blender (10-25-04: 10 min blend 9:54 am - 10:04 am)

  - Requested by: Rich Morgan

  - Batch#: Centrum-8427-A28901

- Littleford 8K Blender (10-25-04: 2 min blends 1:20 pm & 1:33 pm)

  - Requested by: Rich Morgan

**201**

- Batch#: Centrum-8427-A28901

- Provided coverage for manager A. Espejo during the afternoon of 10-05-04.

- Investigated foul odor in old compression area WO#444333 (10-06-04)

  o Shutdown compression area due to odor.

  o Placed emergency work order to investigate odor.

  o Walked area with refrigeration mechanics Evin Micich and James Royster.

  o Area inspected. Odor subsided. Area reopened for production use.

- Combined Project:

  o Meeting #7 held 10-27-04

    ▪ Formal discussion of classification of GMP critical instruments.

    ▪ Following items will be placed on PMO: High speed doors (WA#17450), Battery Chargers (WA# 15020, 15021)

  o Assessed Fette compression machines with Jim Fleming.

    ▪ Investigated broken punch issue (10-7-04)

    ▪ Contacted Fette to obtain information on degree of freedom tolerance for each punch

  o Investigated damaged screen issue (10-11-04)

    ▪ Had static charge and grounding of unit investigated (10-11-04)

      ▪ Unit properly grounded. Static charge appeared to come from newly waxed floor.

    ▪ Corresponded with Bob Hirsch and spoke with Fette in order to establish meeting to investigate electrical surge problem (10-12-04)

- Commitment Information:

  o GCA Commitment: PR# 69062 "Add Process Enhancement Step to PPG 0010697 "Operation of Single Pass Continuous Tablet Coater System in Manufacturing"

    ▪ Submitted DCC (10-14-04). Old form used. Resubmitted DCC (10-21-04). DCC# RD-2004-001295.

    ▪ Document sent for review.

    ▪ Document reworded and will be resent for review.

- Commitment: PR# 69826 "Bin valve Knob Remediation":

  o Communicated job scope and scheduling needs to supervisory staff. (9-18-04)

- o  Scheduled project scope meeting with Dan Dooly and Jim Fleming. (9-21-04)

- o  Job executed (9-21-04) Job completed (10-11-04)

- o  Documents Maintenance completed and submitted on 10-12-04

- o  Commitment closed on 10-12-02

- Commitment: PR# 73192 "Coated Knob found in manufacturing": (10-14-04)

  - o  Discussed situation with Lauri Tripp and Jacqui Hibbert

  - o  Provided detailed information for Jacqui Hibbert to facilitate commitment closure.

- Commitment: PR# 74398 "Tether Knobs to In-feed Conveyor Assembly": (10-19-04)

  - o  Created WO# 445214 to Tether knobs

  - o  Material ordered 10-20-04

- Commitment: PR# 74601 "Chipped Die Found"

  - o  Discussed situation with Compliance Specialist Jacqui Hibbert (10-21-04)

    - Briefly described the nature of the compression process and the characteristics of the dies.

    - Summary of reasons for die sliver provided. Information used to help close the commitment.

- Commitment# 74794 "Carb Assist Metal Detection"

  - o  Recieved 10-21-04 from Andrew Espejo.

  - o  Emailed Ray Bartolucci in order to work with someone from Technology on the project.

  - o  Emailed Francis McDermott regarding expediting the protocol to validate a metal detector for Carb Assist (10-08-2004)

- Emailed PPU#1 and Maintenance regarding the ability of installing moisture sensors in the ductwork.

  - o  Contacted Vector Corporation regarding the feasibility of this request. (10-15-04)

  - o  Vendor called for a second time on 10-18-04

- Monthly PMO (Status and Notification):

  - o  Performed the following duties to complete this task

    - Create notification spreadsheet (12-08-2004)

    - Sent notifications on various dates throughout the month to inform maintenance of PMO completion progress (12-10-04)

**203**

- Change Control Information:

  o CCP 2004-1404: Installation of coil in CTC-AHU#2

    ▪ Initiated document (10-08-04)

    ▪ Obtained previous CCP 2004-0371 initiated by Aladin Alkhawam as a reference.

    ▪ Contacted vendor for updated coil and AHU documents. Faxed documents to vendor.

    ▪ Received faxed documents from vendor on 10-09-04

    ▪ Approved (10-11-04)

  o Emergency CCP 2004-1419: Temporary monitor use for Fette 3200 WA#34887

    ▪ Discuss situation with Farooq Moatter to receive verbal approval of change (10-11-04)

    ▪ Document submitted (10-12-04)

    ▪ Document approved (10-18-04)

  o CCP 2004-1470: Bin Storage Area/Washroom Shop Upgrade Project

    ▪ Document submitted (10-25-04)

    ▪ Document approved (10-26-04)

  o Change control documents submitted to close CCP 2004-0432 initiated by Aladin Alkhawam (9-30-04).

    ▪ CCP Closed 10-06-04

  o Closed CCP 2004-1161 "Ajax Shaker Modification"

    ▪ Due: 11-30-04

    ▪ CCP closed: 10-14-04

- CTC Equipment:

  o Had Weigh belt re-calibrated in order to correct OOS gains received weeks prior (WO# 443009) -10-04-04

- CTC Single Pass Project:

  o Emailed Lam Ngo requested PMO number information for new CTC equipment (10-13-04).

  o New equipment (Weigh belt and Servo-lift) added to current PMOs as per CCP 2004-1299 (PMO#44014, 41185, 47179 and 41184) (10-15-04)

  o Initiated WO# 445094 in order to have the Spectrum Spray Gun Arms installed

**204**

- Initiated 10-18-04. Approved 10-20-04.

- Emailed Ed White in order to have this job executed on 10-25-04.

o Assisted Lam Ngo in identifying and confirming information for validation protocol for the Weigh Belt. (10-20-04)

o Assisted Lam Ngo with confirming information written in document TSEQ04153 "Schenck Accurate Weighbelt DEA 300 Weighbelt Feeder". (10-26-04 and 10-28-04)

- Accessed process parameter and configuration screens

- Helped Lam understand

- Resolved CTC Campaign Length issue for an 8K Littleford Centrum® Batch.

o Requested by Andrew Espejo on 10/13/04

o Emailed QA representatives Paul Lucas and Farooq Moatter regarding this issue (10-14-04)

o Response received 10/18/04

o Emailed Larry Tunnard regarding amending study plan TSCD02010 in order to add a statement regarding the 8K.

o Informed by Larry Tunnard that Bob Yankanin is responsible for amending the study plan (10-20-2004). Emailed Bob Yankanin regarding amending study plan.

o Sridhar Venkatesan responsible for adding the 8K batch comment to the protocol. Awaiting a 25 string run to submit samples to QA for testing before adding the statement.

- Investigated increased overhead cost for Fuel, Electric, Gas Cost

o Request made by Andrew Espejo on 10-22-04

o Emails sent requesting information providing the reason for the high cost of Fuel, Electric, Gas for August

o Responses received from Calvin Gremli and Pete Sidoti.

o Memo sent

- Special operator requests:

o Provided new Locker keys for Ray E. Johnson (10-7-04)

- Placed Work order request with locksmith

- Sent email message to maintenance

- Pick up keys for Ray.

**205**