37

Case 7:05-cv-08106-WCC-LMS     Document 35-6     Filed 12/04/2006     Page 2 of 61

| | |
|---|---|
| **From:** | Max Katz |
| **To:** | Henry, Howard |
| **Date:** | 1/17/2005 8:12:09 AM |
| **Subject:** | Re: Production Update |

Howard,

Good Job!  Thanks for seeing this through.

Max

>>> Howard Henry 1/14/2005 11:47:13 PM >>>
Good evening, This evening Andrew Abatangelo and Scott Graney informed me that the CTC was shutting down for an Exhaust Air Temperature Alarm issue.  The unit was kept in pause mode for 10 hrs during the temperature/humidity excursion issues in the area.  This may have contributed to the problem. After inspecting the unit, it appeared that a coil was not emitting enough heat.  Instrumentation mechanic Ben Tibay was paged, inspected the unit and adjusted the face and by-pass dampers.  The by-pass valve for the inlet coil was also opened.  The system coating processed was resumed however the exhaust temp still dropped.  Various other parts of the system were checked.  Finally, Jerry Rosado recalled hearing a noise in the exhaust section of the coater.  After inspection, a plate was found unbolted.  The plate was reinstalled and coating resumed at 10:50 pm.  WO# 469834 was issued for this job.  I would like to thank Jerry for noticing and pinpointing the trouble area, Ben Tibay for his diligent effort helping to troubleshoot the entire system and Joe Piscino and Jim Tonner for their conscientious assistance. Secondly, Susan Lindland requested that weigh door 112A/560, which was stuck in the open position, be checked.  After inspecting the door, the door could be closed manually, however it still was not functional. Security was contacted and supervisor Jerry Perioli sent an electrician to the area to access the situation. After inspecting the door, Jerry stated that an electrician from Consumer Health would have to be contacted for electrical schematics to fix the door.  Instrumentation Mechanic Ben Tibay accessed the situation and stated that the door would have to be fix by a carpenter.  An attempt will be made to have a Consumer Health electrician and a carpenter fix the door.  WO# 469835 was issued for this job. Have a good weekend and please contact me if you have any questions.  Please feel free to forward this message to individuals inadvertently not on the "To" list who may need to know this information.  Thank you,Howard HenryHoward Henry
Production Engineer
Wyeth Pharmaceuticals
Consumer Health Division
401 N. Middletown Rd.
Pearl River, NY 10965
(845)-602-4843- Office
(845)-602-3181-Fax


**CC:**            Espejo, Andrew


**544**

**From:** Andrew Espejo
**To:** Henry, Howard
**ate:** 1/17/2005 7:58 AM
**Subject:** Re: Production Update
**CC:** Katz, Max

Howard,
Thanks for sticking with this one. It is greatly appreciated.
Andrew

>>> Howard Henry 1/14/2005 11:47:13 PM >>>
Good evening,

This evening Andrew Abatangelo and Scott Graney informed me that the CTC was shutting down for an Exhaust Air Temperature Alarm Issue. The unit was kept in pause mode for 10 hrs during the temperature/humidity excursion issues in the area. This may have contributed to the problem. After inspecting the unit, it appeared that a coil was not emitting enough heat. Instrumentation mechanic Ben Tibay was paged, inspected the unit and adjusted the face and by-pass dampers. The by-pass valve for the inlet coil was also opened. The system coating processed was resumed however the exhaust temp still dropped. Various other parts of the system were checked. Finally, Jerry Rosado recalled hearing a noise in the exhaust section of the coater. After inspection, a plate was found unbolted. The plate was reinstalled and coating resumed at 10:50 pm. WO# 469834 was issued for this job. I would like to thank Jerry for noticing and pinpointing the trouble area, Ben Tibay for his diligent effort helping to troubleshoot the entire system and Joe Piscino and Jim Tonner for their conscientious assistance.

Secondly, Susan Lindland requested that weigh door 112A/560, which was stuck in the open position, be checked. After inspecting the door, the door could be closed manually, however it still was not functional. Security was contacted and supervisor Jerry Perioli sent an electrician to the area to access the situation. After inspecting the door, Jerry stated that an electrician from Consumer Health would have to be contacted for electrical schematics to fix the door. Instrumentation Mechanic Ben Tibay accessed the situation and stated that the door would have to be fix by a carpenter. An attempt will be made to have a Consumer Health electrician and a carpenter fix the door. WO# 469835 was issued for this job.

Have a good weekend and please contact me if you have any questions. Please feel free to forward this message to individuals inadvertently not on the "To" list who may need to know this information.

Thank you,
Howard Henry

Howard Henry
Production Engineer
Wyeth Pharmaceuticals
Consumer Health Division
401 N. Middletown Rd.
Pearl River, NY 10965
(845)-602-4843- Office
(845)-602-3181-Fax

**38**

1891

# Wyeth

**Due Date Extension**

OPEN PRs; PRs ASSIGNED TO ME

Commitment – Pearl River Pharmaceuticals (PRP)

| PR# | Assigned To | Status | Req'd Due Date | Original Due Date | Days Extension | # Time Extensions | Days Late | Days Late | Short Description |
|-----|-------------|--------|----------------|-------------------|----------------|-------------------|-----------|-----------|------------------|
| 74115 | Espejo, Andrew [1] | CMT in Progress | 2005-06-30 | 3/31/2005 | 91 | 1 | 214 | (44) | Move all inventory from PTS program to Maximo |
| 81831 | Espejo, Andrew [2] | CMT in Progress | 2005-08-31 | 3/31/2005 | 153 | 1 | 148 | (106) | Complete 21 CFR Part 11 Remediation Plan for Fette 3200 Tablet Presses |
| 83040 | Espejo, Andrew [3] | CMT in Progress | 2005-07-01 | 4/29/2005 | 63 | 1 | 131 | (45) | Tablet Hoes *Extend* |
| 89211 | Espejo, Andrew [4] | CMT in Progress | 2005-05-31 | Same | 0 | 0 | 88 | (14) | Screen with Smaller Holes for 8K |
| 90042 | Espejo, Andrew [5] | CMT in Progress | 2005-05-24 | Same | 0 | 0 | 82 | (7) | Evaluate feasibility of re-engineering the lock-in pin on valve *Extend* |
| 92297 | Espejo, Andrew [6] | CMT in Progress | 2005-08-31 | Same | 0 | 0 | 68 | (106) | Parts Storage attendants need to be trained on missing requirements |
| 100180 | Espejo, Andrew [7] | CMT in Progress | 2005-06-10 | Same | 0 | 0 | 19 | (24) | Evaluation for Inspecting Hardness Testers |
| 100240 | Espejo, Andrew [8] | CMT in Progress | 2005-10-28 | Same | 0 | 0 | 19 | (164) | Create job plan for tooling on Stokes compression machines in manufacturing |
| 101318 | Espejo, Andrew [9] | CMT in Progress | 2005-06-03 | Same | 0 | 0 | 12 | (17) | Update FRMs 00000602, 00000615 and 00001400 *Close Extend* |

**Total number of items per Quality System:** 9

Wyeth Confidential
Due Date Extension Version 1.0

**From:**     Howard Henry
**To:**       Espejo, Andrew
**Date:**     5/18/2005 1:31:36 PM
**Subject:**  Re: Commitments Due

Good afternoon Andrew,

I reviewed the commitment list you forwarded this morning. Since this was the first time I was made aware of the items due in June, completing the tasks associated with PR# 101318 specifically by the original due date is not feasible. Furthermore, I need clarification on each of these commitments (PR# 100180 & PR# 101318) so that action items may be selected and executed properly, to obtain the desired result.

In the future, I would like an opportunity to discuss the purpose and goal of a commitment. This establishes an overall scope so that action items may be selected and performed correctly.

All to often a rush ensues to meet an imposed deadline, only to correct errors on items missed, at a later date, resulting from the hurried situation. Implementing this review process should minimize the need to correct missed items.

Thanks and have a good day,
 Howard

>>> Andrew Espejo 5/17/2005 5:41:04 PM >>>
Please attached list of due commitments with responsible parties. Please ensure that all commitments are closed before their respective due dates.
Thanks,
Andrew

**1685**

**39**

# ENGINEER STATUS PROJECT REPORT

*WCH Centrum Production (PPU#1)*

August 31, 2005

| Project | Date Received | Purpose | Task Description/Progress | Status |
|---|---|---|---|---|
| CTC System Improvements | Ongoing | Perform all duties in order to successfully maintain and enhance the operation of the CTC system. | The following tasks must be performed in order improve or enhance the process:<br><br>1. Batch Accountability: Implemented a procedure to produce results that are within specifications, for all batches of a weekly CTC campaign using the CTC Weigh belt:<br>• 3/7/05: Meeting held. Attendees: Farooq Moatter (QA), J. Hibbert (Manufacturing), A. Espejo (Manufacturing), W. Wardrop (Manufacturing), H. Henry (Manufacturing). Procedure to get a "system full weight" and to use the last bin of a batch outlined and agreed upon. Will be done for both Centrum® (Product Code: 04451) and Centrum® Silver (Product Code: 04463).<br>  o Centrum® study plan protocol: 640-0002-CI-41 "Theoretical System Full Weight":<br>    i. Approved: 3/14/2005<br>    ii. Executed: 3/21/2005<br>      1. Results: 123.0 kg<br>    iii. Implemented:4/05<br>  o Centrum® study plan protocol: 640-0002-CI-42 "End of Batch Determination":<br>    i. Approved: 3/14/2005:<br>    ii. Training: 4/11/05<br>    iii. Executed:4/05<br>    iv. Implemented:<br>  o Centrum® Silver study plan protocol: 640-0002-CI-27 "Theoretical System Full Weight":<br>    i. Approved: 3/14/2005<br>    ii. Executed: 3/15/2005<br>      1. Results: 122.0 kg<br>    iii. Implemented:5/05<br>  o Centrum® Silver study plan protocol: 640-0002-CI-28 "End of Batch Determination":<br>    i. Approved 3/14/2005: | 1) Status for each item is listed below:<br><br>• Complete. Processes Implemented 5/05 |

Howard Henry
Process Engineer III
Manufacturing

3326

# ENGINEER STATUS PROJECT REPORT

*WCH Centrum Production (PPU#1)*

August 31, 2005

| MIR Commitments | Ongoing | Various commitments received during various production excursions | |
|---|---|---|---|

ii. Executed:
iii. Implemented:

- Emailed forwarded to commence operator training. Scheduled for April 7, 2005. (4/5/05)
- Trained all shifts. Came in @ 11:00 pm to perform a special training for the midnight shift (4/11/05)
- Trained QA personnel on the new procedure. Attendees: J. Rivera, L. Gubala, M. Szutkowski, and K. Dillon.
- Change control submitted to implement End of batch change for CTC after 4 weeks of good results. The results for the last batch of each weekly campaign are as follows:
  o Week of (14 batches):

1. PR #81993 "Complete 21 CFR Part 11 System Remediation Plan for Continuous Coater #1 and #2 PRP039, PRP040.
   - Due date: 3/31/2005
   - Completed the following deliverables:
     o Validation Plan summary document (7 page document)
     o PPG-00022214 "Maintenance and System Administration Procedure Continuous Tablet Coater, CTC Number 1 and Number 2", 31-*page document.*
     o Approval of User Requirements Specifications "Compu-Coat 5 Control Systems for the Continuous Tablet Coaters (CTC #1 and #2), 35 page document: (Approved 3/30/05)
     o Revision of PPG 00010967 "Operation of Single Pass Continuous Tablet Coater System in Manufacturing" (Approved 3/30/2005)
     o

2. PR #82074 "Install storage shelves for cleaning agents in common areas (PPU#1)
   - Due date: 4/30/2005
     o Originally given to J. Fleming
     o Obtained IWO from Jim to close commitment.

1. Complete (PR# 81993).
   - Closed (3/30/05)

2. Complete (PR# 82074).
   - Closed (4/21/05))

Howard Henry
Process Engineer III
Manufacturing

3327

# ENGINEER STATUS PROJECT REPORT

*WCH Centrum Production (PPU #1)*

August 31, 2005

3. PR #83040 "Order and implement hoes to move tablets in compression and coating
   - Due date: 10/15/2005
     - 2/05: Paddles evaluated for tablet movement. Operators not please. Hoes will be ordered and evaluated.
     - 3/10/05: Ordered hoe devices. Vendor not approved will place order through VWR.
     - 3/21/05: Spoke with Don Roth of VWR. Must order over 52 pieces to get a 20% discount. Need only four for the evaluation. Will provide a quote for four.
     - 3/23/05: Order placed.
     - Tablet hoes order, placed on the floor, tested. Broke in coating. Taken off floor
     - Prototype made. Showed QA. Commitment extended from 7/1/05 to 10/15/05.
     - Devices reinforced via WO# 498973. Introduced on the floor 7/12/05.
     - 8/3/05: Vendor contacted to source smaller blade size for coating. Does not come in a smaller size.

3. Complete (PR# 83040).
   - Closed (X/XX/05)

   - Submitted to J. Hibbert for closure on 4/19/05:
   - Commitment closed. (4/21/05)

4. PR #89211 "Installation of new 3/16" screen in the Ajax Shaker"
   - Due date: 8/31/05
     - New screen installation attempted by K. Flowers. Screen would not fit. (5/20/05)
     - Screen inspected. WO# 1080949 initiated to modify the screen (5/25/05).
     - Commitment extended for 3 months so that installation could take place.
     - 3/10/05: Ordered hoe devices. Vendor not approved will place order through VWR.
     - WO closed 6/28/2005. Closed by maintenance supervisor 7/5/05. Copy provided 7/19/05.
     - Closure documents submitted 7/19/05

4. Complete (PR# 89211).
   - Closed (7/20/05)

Howard Henry
Process Engineer III
Manufacturing

3328

# ENGINEER STATUS PROJECT REPORT

*WCH Centrum Production (PPU#1)*

August 31, 2005

5. PR #90042: Evaluate the feasibility of re-engineering the lock-in pin on valve
   - Due date: 9/20/05
     - Vendor contacted to provided plan and quote to redesign the valve
     - 7/26/05: Quote received.
     - Vendor contacted about quote.
     - 8/2/05: Memo written assessing quote and feasibility of proposed redesign.
     - Documents submitted for closure (8/3/05).

5. Complete (PR# 90042).
   - Closed (8/3/05)

6. PR #107328: Evaluate possibility of putting door sweep on doors
   - Due date: 9/08/05
     - Discussed situation with F. Erichsen.
     - WO# 1087975 initiated to investigate if this request is possible.
     - Work Complete: 7/18/05
     - Closure documents submitted: 7/19/2005

6. Complete (PR# 107328).
   - Closed (7/20/05)

7. PR #111134: CTC By-Pass Training"
   - Due date: 7/29/2005
     - Create slides for training operators on the functionality of the By-Pass, Resume and Pause modes for the coater (1.5 hr)
     - All CTC operators trained on the By-Pass Training (7/21/05).
       - Midnight shift: 6 am
       - Day Shift: 7:30 am
       - Afternoon Shift: 3:15 pm
     - Iso-train documents scanned into Trackwise for closure.
     - Forwarded and closed by QA (7/25/05)

7. Complete (PR# 111134).
   - Closed (7/25/05)

8. PR #111136: CTC By-Pass Training"
   - Due date: 8/31/2005
     - DCC Initiated.
     - Document amended. Author and Business

8. Complete (PR# 111136).
   - Closed (X/X/05)

Howard Henry
Process Engineer III
Manufacturing

3329

# ENGINEER STATUS PROJECT REPORT

*WCH Centrum Production (PPU#1)*

August 31, 2005

| MIR Commitments (Assistance) | Ongoing | Provide information to Compliance Specialists to close commitments and investigations generated in Trackwise. | 1. PR #87715 "Bag ripped while charging the 8K blender"<br>• Bars cut. Work order initiated by J. Fleming<br>• CCP 2005-166 initiated to modify shaker<br>• Exhaust port truncated. Dump sink lowered, magnetic bar cut. Metal angle affixed to unit. Grounding cables inspected.<br><br>2. PR #87903 "Foreign object embedded in tablet during coating"<br>• Gap fixed in Ajax Shaker. WO initiated by J. Fleming<br>• CCP 2005-166 initiated to modify shaker<br>• Exhaust port truncated. Dump sink lowered, magnetic bar cut. Metal angle affixed to unit. Grounding cables inspected.<br><br>3. PR #88309 "Paper found on Ajax shaker in 8K Blender"<br>• Discussed situation with compliance specialist J. Hibbert.<br>• New screen ordered. 3/16" verses 1/4" plate will be tested.<br>• Will be installed under PR# 89211.<br>• CCP 2005-510 initiated to install the screen<br>• 6/29/05: Screen test successful.<br>• CCP 2005-0637 initiated to change the SOI.<br><br>4. PR #87903 "Foreign object embedded in tablet during coating"<br>• Gap fixed in Ajax Shaker. WO initiated by J. Fleming<br>• CCP 2005-166 initiated to modify shaker<br>• Exhaust port truncated. Dump sink lowered, magnetic | Assistance provided to successfully close and complete investigations. |
| --- | --- | --- | --- | --- |

9. 
   o approval (8-5-05)
   o PPG forwarded to QA (8/05/05)

   PR #113992: "PR #113992: Put WA# 60674 and WA# 60672 in "Idle" state via a change Control."
   • Due date: 11/14/2005
   o

9. Complete (PR# 113992).
   • Closed (X/XX/05)

3330

Howard Henry
Process Engineer III
Manufacturing

# ENGINEER STATUS PROJECT REPORT

*WCH Centrum Production (PPU#1)*

August 31, 2005

bar cut. Metal angle affixed to unit. Grounding cables inspected.

5.  PR #91760: CTC Leaky Gun Issue (3/21/05).
    - Due date: 4/08/05
        - Batch# 4451-A82020. Drums 29 – 37 experienced wet tablets.
        - Approx. ½ hr discussion. Provided root cause analysis information to Compliance Specialist Jacqui Hibbert.

6.  PR #93618: PC#7. Pan #3 wasted due to eroded tablets.
    - Due date: 4/16/05 (For March attainment 3/31/05)
        - Batch# 08427-A73880. Pan wasted due to eroded tablets.
        - Initiated WO# 488056 to investigate situation.
        - Provided Compliance Specialist Jacqui Hibbert with a copy of the work order and copy of e-mail message stating the original situation.
        - Explained work done on work order. Requested closed WO from maintenance. WO signed closed out. Copied of WO faxed and given to J. Hibbert (3/29/05).

7.  PR #97737: OOT for Hardness Tester WA# 17037, PMO# 59381.
    - Due date: 5/13/05
        - Initiated by maintenance engineer Ark Maciak.
        - Provided Compliance Specialist Jacqui Hibbert with Maximo screen print showing equipment location.
        - Explained OOT history. Contacted A. Maciak for a copy of the last calibration to show equipment was functional prior to the OOT (0.25hr)
        - Instructed R. Harms to enter late data entries in the logbook for the scale.
        - Provided J. Hibbert with scale information for missing months; Sept. 2004, Feb-2005 and Mar. 2005.

Howard Henry
Process Engineer III
Manufacturing

3331

# ENGINEER STATUS PROJECT REPORT

*WCH Centrum Production (PPU#I)*

August 31, 2005

8. PR #98017: Scale not working WA# 36193 possible OOT.
   - Due date: 5/15/05
     ○ Initiated by maintenance engineer Ark Maciak.
     ○ Provided Compliance Specialist Jacqui Hibbert with Maximo screen print showing equipment location.
     ○ Explained OOT history. Contacted M. Aboyoun of last calibration to show equipment was functional prior to the last failure (0.5hr)

9. PR# 98906: PC#7: Centrum Export Low Silicon for several pans.
   - Due date: 5/21/05
     ○ Initiated WO#489350 for PC#7 and WO#489362 for PC#8. Instrumentation Mechanics inspected the unit. Unable to find the problem. Contacted maintenance to have the manufacture visit the plant.
     ○ Vector visited plant. Found damper not functioning repaired under WO# 489350.
     ○ System check. Unit functioning properly.

10. PR #103762: Batch#: 04451-B05224, Incorrect recipe used.
    - Due date: 6/17/05
      ○ Wrong recipe chosen by operator B. Shand during the processing of a Centrum Production batch on 5/18/2005.
      ○ Reviewed the both recipes with compliance specialist J. Hibbert.
      ○ Explained the difference between the Centrum® Silver End of Batch Recipe and the Centrum® Film Coated Tablets Recipe in order to close the investigation. Since the unit did not spray, there was no product impact.
      ○ Described the solution application process regarding the amount of solution sprayed by out-feed guns and in-feed guns. Although the recipes had different values (e.g. in-feed Centrum® film coated = 1300 gm/min vs. in-

Howard Henry
Process Engineer III
Manufacturing

# ENGINEER STATUS PROJECT REPORT

*WCH Centrum Production (PPU#1)*

August 31, 2005

feed Silver end of batch = 1350 gm/min), the total amount of solution sprayed by both in-feed and out-feed guns = 2750 gm/min, is the same for both coaters.

o Analyzed and clarified the recipe regarding why the coater kept shutting down when this recipe was chosen and answered questions on the likelihood of pan rotation for each time the unit shutdown.

o Based on explanation, the MIR classification was changed to an ERF.

11. PR #104490: PO# A69593: Splice Detector Malfunction
   • Due date: 6/22/05
      o Work order initiated by R. Kressler, WO# 1010613.
      o Searched for WO copy at the request of Compliance Specialist J. Hibbert.
      o Wrong WO# provided. Correct WO# 1080613. Work request found. Copy provided to J. Hibbert to close investigation.

12. PR #104743: OOS 2.526% gain in CTC coating (4451-B05233) & PR# 106698: OOS 2.217% gain on the 6th batch of a 12-batch string.
   • Responsible Person: J. Hibbert
      o During the week of 5/23/05, a gain of 2.526%, obtained for the second batch of a 14-batch campaign.
      o Explained new procedure to J. Hibbert.
      o Provided suggestions and theories of what may have caused the OOS values.
      o Belt theory used to close the commitment.
      o 6/17/05: Explained Theory to K. Dillon (1 hr)
      o 6/21/05: Tour conducted with K. Dillon and J. Hibbert. Explained all possible reasons for gain. (1.5 hr)
      o 6/23/05: Emailed message sent to the supervisors, cc: J. Hibbert & A. Espejo outlining the criteria to vacuum & inspect the Weigh belt.

Howard Henry
Process Engineer III
Manufacturing

3333

# ENGINEER STATUS PROJECT REPORT

*WCH Centrum Production (PPU#1)*

August 31, 2005

| | | |
|---|---|---|
| | | 13. PR #110548: OOT found for pressure transducer WA# 95959<br>   • Responsible Person: J. Hibbert<br>     o Explained situation to J. Hibbert. Described the functionality of the pressure transducer. Explained how there was no batch impact (0.75 hr).<br>     o 7/6/05: Explained atomizing air concept to J. Hibbert. (0.25hr)<br><br>14. PR #109691: Brown tablets found in packaging for batch processed in CTC#2<br>   • Responsible Person: J. Deutchman<br>     o 6/28/05: J. Deutchman explained that a batch was left in the CTC for approximately 7 hrs. S. Graney provided and explanation. Did not make sense. Took J. Deutchman to the coater to show how the unit functions. Explained the difference between when the coater is in pause mode versus having the unit in resume mode. Check the by-pass functionality of the unit. Most Probable Cause (MPS), unit left in resume mode and not pause mode causing the moisture for the AHU to damage the tablets. (1.0 hrs)<br>     o Commitments will be initiated to add steps to the SOP and to train the operators on the difference. |
| Change Control Procedures | Ongoing | Initiation, Closure and Cancellation of Change Control Procedures | 1) CCP 2005-0741: "Hardness Testers: Salvage and Departmental equipment ownership changes.<br>   • Emergency request by F. Moatter (7/28/05)<br>   • Initiated: 7/29/2005.<br>   • G. Keaney stated testers WA# 14056, 13999, and 14070 must be recalibrated prior to use, WO# 1104030, 1104026, 1104225 initiated.<br>   • Approved:<br>   • Closure due date: | 1) Change complete: (0741)<br>Work complete: X/XX/05<br>Closure docs submitted: X/XX<br>CCP Closed: X/XX/2005 |

3334

Howard Henry
Process Engineer III
Manufacturing

# ENGINEER STATUS PROJECT REPORT

*WCH Centrum Production (PPU#1)*

August 31, 2005

| | |
|---|---|
| 2) CCP 2005-0672 "Ajax Shaker" Buna-N Nitrile Rubber. Specifying that the materials is food grade. <br>• Initiated: 7/07/2005. Verbal approval (7/6/2005)-G. Keaney <br>• Approved: 7/11/2005 <br>• Closure due date: 11/11/2005 | 2) Change complete: (0672) <br>Work complete: 7/05/05. WO closed 7/27/2005 <br>Closure docs submitted: 7/28 <br>CCP Closed: 7/29/2005 |
| 3) CCP 2005-0662: "Change SOI to read 3/16" plate from it reading a ¼" plate." Done for Centrum® Export and Centrum® Silver Accela-Coater and Pan Coater batches. <br>• Initiated: 7/06/2005 <br>• Approved: 7/21/2005 <br>• Closure due date: 9/21/2005 | 3) Change complete: (0662) <br>Closure docs submitted: X/XX <br>CCP Closed: X/XX/2005 |
| 4) CCP 2005-0637: "Change SOI to read 3/16" plate from It reading a ¼" plate." <br>• Initiated: 6/29/2005 ("RUSH" CCP submitted) <br>• Walked document around for signatures <br>• Approved: 7/1/05 <br>• E-mail sent for formula SOI change approval (8/2/2005) <br>• Closure due date: 8/03/2005 | 4) Change complete: (0637) <br>Formula approved: 8/02/05 <br>Closure docs submitted: 8/03 <br>CCP Closed: 8/03/2005 |
| 5) CCP 2005-0584 "Chute modifications for press WA# 33192 and 34887" <br>Work orders WO# 108777 and 1087779 submitted to shorten chutes. QA requested a change control to documents the change. Chutes shortened from 13.5" to 7.5" <br>• Initiated: 6/10/2005 (Emergency CCP submitted) <br>• Change implemented 6/9/05 <br>• QA approval 6/10/05 (G. Keaney). <br>• Approved: 6/20/2005 <br>• Closure due date: 9/20/2005 | 5) Change complete: (0584) <br>Work complete: 6/8/05 <br>Closure docs submitted: 6/27 <br>CCP Closed: 6/30/2005 |
| 6) CCP 2005-0583 "Temporary Monitor replacement for Fette Press WA# 33192" <br>• Initiated: 6/6/2005 (Emergency CCP submitted) <br>• QA approval 6/5/05 (G. Keaney). | 6) Change complete. (0583) <br>Work complete: 6/8/05 <br>Closure docs submitted: 6/22 <br>CCP Closed: 6/30/2005 |

Howard Henry
Process Engineer III
Manufacturing

3335

# ENGINEER STATUS PROJECT REPORT

*WCH Centrum Production (PPU#1)*

August 31, 2005

- Approved:
- Closure due date: 7/20/2005

7) CCP 2005-0510 "Installation of 3/16" Screen for Ajax Shaker"
- Initiated: 5/20/2005 (Emergency CCP submitted)
- CCP walked around. Approved in one day.
- Approved: 5/20/2005
- Original closure due date: 6/3/2005
- Screen too big, must be resized. Explained situation to F. Moatter.
- Extension request for 3 months forwarded 6/1/05.
- Closure due date: 8/31/2005

8) CCP 2005-0473: "CTC End of Batch Procedure- Accountability."
- Initiated: 05/12/2005
- Approved: 05/13/2005
- Closure due date: 6/13/2005.

9) CCP 2005-0397 "Stokes 754 Motor Change"
- Initiated: 04/07/2005 (Emergency CCP submitted)
- Approved: 04/18/2005
- Closure due date: 7/18/2005.

10) CCP 2005-0394 "Compima Project: WA# request"
- Initiated: 04/15/2005 (Emergency CCP submitted)
- Approved: 04/18/2005
- Closure due date: 10/18/2005

11) CCP 2005-0255: "Designate scales WA# 16966 and WA# 35088 portable equipment in Maximo and on each PMO document."
- Initiated: 03/04/2005 (Emergency CCP submitted)
- Approved: 03/23/2005
- Closure due date: 6/30/2005.
- Document amended on 03/21/05 to add a statement

7) Change complete. (0510)
   Work complete: 6/29/2004
   Closure docs submitted: 7/16
   CCP Closed: 7/21/2005

8) Change complete. (0473)
   Closure docs submitted: 6/3
   CCP Closed: 6/6/2005

9) Change complete. (0397)
   Closure docs submitted: 7/15
   CCP Closed: 7/18/2005

10) Change complete. (0394)
    Closure docs submitted: X/XX
    CCP Closed: X/X/2005

11) Change complete. (0255)
    Closure docs submitted: 6/28
    CCP Closed: 6/28

Howard Henry
Process Engineer III
Manufacturing

**3336**

# ENGINEER STATUS PROJECT REPORT

*WCH Centrum Production (PPU#1)*

August 31, 2005

describing scale use and designation.
- Closure due date: 6/30/2005

12) CCP 2005-0167: "Fike pressure sensor relocation-Littleford-8K".
- Emergency Change control initiated: (2/17/05) QA approval given by G. Keaney
- Submitted: 2/17/2005
- Approved: 2/18/2004
- Closure due date: 5/31/2005

13) CCP 2005-0166: "Ajax Shaker Modifications".
- Emergency Change control initiated: (2/17/05) QA approval given by G. Keaney
- Submitted: 2/17/2005
- Approved: 2/18/2004
- Closure due date: 5/31/2005

14) CCP 2005-0165: "Product Collector Door installation WA# 93533".
- Emergency Change control initiated: (2/17/05) QA approval given by G. Keaney
- Submitted: 2/17/2005
- Approved: 2/18/2004
- Closure due date: 5/18/2005

15) CCP 2004-1470: "Bin Storage Project Construction".
- Change control Initiated: (10/22/2005)
- Submitted: 10/22/2005
- Approved: 10/26/2004 (Phase I)
- Approved: 11/05/2004 (Phase II)
- Closure due date: 2/25/2005

16) CCP 2004-1419 "Temporary Monitor replacement for Fette Press WA# 33192".
- Initiated: 10/12/2004 (Emergency CCP submitted). QA approval 10/11/05 (F. Moatter).
- Submitted: 10/12/2004
- Approved: 10/18/2004

12) Change complete: (0167)
Closure docs submitted:
4/27/2005
CCP Closed: 5/9/2005

13) Change complete: (0166)
Closure docs submitted:
4/27/2005
CCP Closed: 5/9/2005

14) Change complete: (0165)
Closure docs submitted:
4/27/2005
CCP Closed: 5/9/2005

15) Change complete: (1470)
Closure docs submitted:
1/28/2005. Air Balance report resubmitted 2/02/05.
CCP Closed: 2/9/2005

16) Change complete: (1419)
12/07/2004
Closure docs submitted: 12/7
CCP Closed: 12/7/2004

Howard Henry
Process Engineer III
Manufacturing

# ENGINEER STATUS PROJECT REPORT

*WCH Centrum Production (PPU#1)*

August 31, 2005

| SOP Initiation & Revision | 1/04 | Initiate and revise SOPs as needed | • Closure due date: 4/30/2005<br><br>17) CCP 2004-1404 "Additional Coil for CTC#2 AHU WA# 35463"<br>• Initiated: 10/11/2004<br>• QA approval 10/11/05 (F. Moatter). CCP walked around and approved in one day.<br>• Closure due date: 4/15/2005<br><br>18) CCP 2004-1168: "Comprima Project-Modification of Compression Room W (112-310)"<br>• Initiated: 8/16/2004 (Joe Torres)<br>• Approved plan: 8/23/2004<br>• Approved start construction: 9/28/2004<br>• Approve to use: 11/15/2004<br>• Approved to use filters:<br>• Original closure due date: 3/1/2005<br>• Amendment closure due date: 7/18/2005<br><br>1. The SOP documents listed below are tracked monthly. The title and status is listed below:<br>• PPG-00001254 10K Littleford Blender, Loading Room, and Blending Room Cleaning.<br>  o Target approval date: 5/15/2004<br>  o New FRM-00002686 approved 5/14/2004<br>  o Proposed effective date: 6/1/2004<br>  o Effective: 6/1/2004<br>• PPG-00000447 Cleaning of Tablet Bins equipped with Butterfly Valves.<br>  o Target approval date: 8/20/2004<br>  o New FRM-00002689 approved 8/20/2004<br>  o Proposed effective date: 11/1/2004<br>• PPG-00000858 Vac-U-Max Cleaning<br>  o Target approval date: 8/13/2004<br>  o New FRM-00002692 approved 8/13/2004<br>  o Proposed affective date: 11/1/2004.<br>• PPG-00001480 Preparation of Aqueous Coating Solutions (Tanks with Silverson Mixers)/ | 17) Change complete. (1404) 11/2/2004. Validation doc approved 1/5/05.<br>Closure docs submitted. 1/20/2005.<br>Memo submitted 1/27/05<br>CCP Closed: 8/26/2004<br><br>18) Change complete: (1168) Closure docs submitted: 7/15<br>Corrections needed.<br>Resubmitted 7/18/05.<br>CCP Closed: 7/18/2005<br><br>The status of each item is listed below:<br>1.<br>  Painting SOP:<br>  ▪ Complete: Approved 1/30/04.<br>  ▪ Complete: Training done on 2/5/2004<br>2.<br>  IBEX Pump Form:<br>  ▪ Complete: Form approved 3/12/2004. Documents obsolete, effective 6/01/2004.<br>3.<br>  Document information and status is listed below each PPG or FRM. |

**3338**

Howard Henry
Process Engineer III
Manufacturing

# ENGINEER STATUS PROJECT REPORT

*WCH Centrum Production (PPU#1)*

August 31, 2005

- o  Target approval date: 7/16/2004
- o  New FRM-00002688 approved 7/15/2004
- o  Proposed affective date: 11/1/2004
- PPG-00001963  Vac-U Max Operation
  - o  Target approval date: 8/13/2004
  - o  New FRM-00002692 approved 8/13/2004
  - o  Proposed affective date: 11/1/2004.
- PPG-00000517  Operation of Servo-Lift In Manufacturing
  - o  Target approval date: 5/30/2004
  - o  New PPG-00015585 approved 5/27/2004
  - o  Proposed affective date: 11/1/2004.
- PPG-00000519  Operation of Servo-Lift In Manufacturing
  - o  Target approval date: 5/30/2004
  - o  New FRM-00002688 approved 5/27/2004
  - o  Proposed affective date: 11/1/2004
- PPG-00002216  Domer Conveyor Belt Cleaning
  - o  Target approval date: 8/27/2004
  - o  New FRM-00002687 approved 8/27/2004.
  - o  Proposed affective date: 12/1/2004
- PPG-00002220  Accurate Weigh Belt Cleaning
  - o  Target approval date: 8/27/2004
  - o  New FRM-00002691 approved 8/26/
  - o  Proposed affective date: 12/1/2004
- PPG-00002221  Coating Solution Tank Cleaning (Tanks with Silverson Mixers)
  - o  Target approval date: 8/6/2004
  - o  New PPG-00002691 approved 8/6/2004
  - o  Proposed affective date: 11/1/2004
- SOP 20296  Continuous Tablet Coater Cleaning in Manufacturing
  - o  Target approval date: 9/3/2004
  - o  New FRM-00002694 approved 9/3/2004
  - o  Proposed affective date: 12/1/2004

2.  Created Painting SOP for Painting Procedures in Manufacturing:
    - Create SOP (PPG 00005683) and assessment

Howard Henry
Process Engineer III
Manufacturing

# ENGINEER STATUS PROJECT REPORT

*WCH Centrum Production (PPU#1)*

August 31, 2005

| Special Assignments & Requests | 10/04 – 10/05 | Various general assignments given on an as needed basis | (PPG 00010441) and approve documents in GMPharma.<br><br>• Trained Jean Colas, Vinnie Rappa, Kendall Charles, Jeremy Gloth and Leon Williams<br><br>3. Updated FRM Cleaning Checklists for commitment# PR# 101318.<br><br>  • FRM-1400 "Fette 3200 Cleaning Checklist"<br>   1. DCC submitted. 5/27/05<br>   2. Document approved: 6/3/2005<br>   3. Error discovered. New draft version created by PCI (R. Savaria on 6/8/05 @ 3:30 pm.<br>   4. Sent for review: 6/10/05. Rejected: C. Paulic (6/10/05). Must state document was reopened.<br>   5. Sent for Review (7/8/05): Rejected: A. Espejo. Remove Twinkle. Twinkle no longer used in Consumer Health. Corrected. Resent for approval.<br>   6. Approved: 7/8/2005<br><br>  • FRM-0602 "Stokes 754 Tablet Press Cleaning"<br>   1. DCC submitted. 5/27/05<br>   2. Document approved: 6/3/2005<br>   3. Document effective: 8/5/2005<br><br>  • FRM-0615 "Stokes 328 Tablet Press Cleaning"<br>   1. DCC submitted. 5/27/05<br>   2. Document approved: 6/3/2005<br>   3. Document effective: 8/5/2005<br><br>1. Investigate the use of black polyethylene tubing for compressed air use on CTC#1, in lieu of Nylon tubing (3/15/05).<br><br>  • Email received from Sean McGarvey (temp. supervisor) explaining the use of black tubing to run the CTC.<br><br>  • Andrew Espejo requested an investigation, to | The status of each item is listed below:<br><br>1. Investigation Complete |

Howard Henry
Process Engineer III
Manufacturing

3340

# ENGINEER STATUS PROJECT REPORT

*WCH Centrum Production (PPU#1)*

August 31, 2005

group on 4/11/05.
a. 4/19/05:
○

- Fette PMO writing and Implementation:
  i. 3/23/05: Meeting held to discuss PMO requirements and level of detail.
- SOI change to process 4 batches continually.
  i. 3/21/05: Assignment given to review and make changes to the Centrum® SOI, to run 4 batches in a continuous process
  ii. 3/22/05: Discussion with F. Moatter and Sridhar Venkatesan to outline the procedure and process
- Change Control to generate Wyeth Asset numbers (WA#s) for the Fette Turrets:
  i. Change Control and MEIN forms written (3/23/05)
  ii. CCP not needed. MEIN Forms given to M. Aboyoun 4/4/05.

4. Comprima Initiative.
- Reviewed Comprima FAT document received from Ram Shankar (3/16/05).
  i. Help explain any deviations to QA
- User Requirements Specification document "Comprima Compression Machine Trial Project. Comprima 500 Tablet Press Machine"
  i. Reviewed and edited document provided by Ram Shankar - 2hrs (3/23/05).
  ii. Approved Document
- Reviewed Comprima SAT-Installation Test document received from Ram Shankar (6/14/05).
  i. Help explain any deviations to QA
- Provide the following items for OOR and FAT execution:
  i. Grounding Wire
  ii. Signs requiring bins to be grounded during production
  iii. Eye Wash Station

4. Comprima Action Items Status
- Document review complete
- Items for OOR and FAT execution: complete

Howard Henry
Process Engineer III
Manufacturing

3341

# ENGINEER STATUS PROJECT REPORT

*WCH Centrum Production (PPU#1)*

August 31, 2005

- confirm if this use required a change control.
- Information acquired from Percy Boykin, Bob Hirsch and Brent Alderman regarding tube materials
- Vendor contacted. E-mail from vendor forwarded regarding CPA 90002543 (Nylo Seal Solution Hose ¼").
- Farooq Moatter contacted. Situation explained.
- Farooq stated no CCP needed. E-mail sent to group.

2. Production Tour Assistance.
- Conducted four CTC tour presentations on 3/16/05 for the Cornell University MBA student's production tour. Assignment received the morning of 3/16/05.

3. SMED Team Participant.
- Fette Critical Spare Parts List:
  i. Critical Spare parts list forwarded to group.
     ○ Due date: 3/7/2005
     ○ Date submitted: 3/4/2005
  ii. Fette Spare Parts list (3/22/05): Assignment given to forward a spare parts list with price, quantity in stock and minimum quantity needed, to M. Katz and A. Espejo by 3/30/05:
     a. 3/22/05: Reviewed list, accounted for parts in stock and established minimum part quantities that must be in stock. Done in conjunction with Tom Rock, Jim Fleming and Percy Boykin (1.5 hrs)
     b. 3/30/05: Met with Percy Boykin. Obtained price list information. Used detailed list information to find the price (3.5 hrs)
     c. Formulated list (1.0 hrs). List forwarded to M. Katz and A. Espejo 3/30/05 @ 8 pm.
        ○ Due date: 3/30/2005
        ○ Date submitted: 3/30/2005
  iii. Fette Spare Parts Inventory Meeting Scheduled for 4/19/05 @ 2:30 pm. Notice forwarded to the

2. Complete: Tour Assistance provided.

3. SMED Action Items Status:
   - Fette Parts List: Parts list provided. Meetings scheduled to establish consignment agreement with Fette.
   - PMO review/Job plan: Complete.
   - CCP initiation for WA#s for Fette turrets: CCP not needed. MEIN forms submitted. Change complete.

Howard Henry
Process Engineer III
Manufacturing

3342

# ENGINEER STATUS PROJECT REPORT

*WCH Centrum Production (PPU#1)*

August 31, 2005

iv. CIP 100/200 for Clean in place unit

5. Broken Tablet Committee (team member).
   - Comparison Study of Centrum® Silver and Centrum® Export
     i. Action item: Received 3/17/05
     ii. Since both products use the same equipment, outline the differences between the products for possible reasons for broken tablets.
     iii. SOI documents for Centrum Silver and Export scrutinized.
     iv. Results presented at 3/24/05 meeting.
   - Conveyor Belt Memo: Potential source of broken tablets created due to improper inlet conveyor belt set up. Submit memo with comments and recommendations.
     i. Inlet conveyor scrutinized
     ii. Operators and supervisors informed and alerted to the situation.
     iii. Memo written and submitted
   - Tablet Hoe implementation:
     i. Old tablet rake (hoe) design was heavy and could be breaking tablets
     ii. Order new devices to reduce this occurrence.
     iii. New devices ordered modified and placed on the floor.

6. Change Control Meeting coverage, review and signoff. Represent operations for equipment/facility related changes.
   i. Coverage for the 5/23/05 meeting. Approximately 20 CCP documents reviewed.
   - 6/30/05: Assisted Ms. Elke Morgan-Philips by reviewing and signing the following Change Control documents:
     i. CCP 2004-308-1"Wrong Classification of Leak Detective I
     ii. CCP 204-1290-4, 2004-1412-4, 2004-1413-4, 2004-1567-5 Extensions for various pieces of

5. Broken Tablet Action items Status:
   - SOI comparison: documents reviewed. Raw materials for each compared. Information forwarded to Technology. Complete
   - Conveyor belt memo: Complete.
   - Tablet hoe implementation: Ongoing

6. Change Control Meeting Coverage Status:
   - Coverage provided. Complete

3343

Howard Henry
Process Engineer III
Manufacturing

# ENGINEER STATUS PROJECT REPORT

*WCH Centrum Production (PPU#1)*

August 31, 2005

equipment (FTIR and photo-spec units.)

7. Centrum Millennium Project.
   - Informed by A. Espejo will production representative for the project.
     i. Meeting scheduled:
     ii. 6/30/05: Discussed project scope with Sridhar Venkatesan
     iii. 7/6/05: Preliminary testing scheduled.
     iv. Participated in conference call meetings

8. Protocol execution for Centrum (Protocol# 640-0002-CI-47) and Centrum Silver (Protocol# 645-0002-CI-31):
   - Objective of protocol execution is to increase 15 min readings to 30 min. readings for compression using the Fette 3200 Tablet presses.
     i. Explained protocol to R. Morgan & J. Hallock
     ii. Execution 6/24/05
     iii. 6/29/05: Check compression Room for protocol execution. Operator staff had difficulty executing the test. R. Morgan stated that two people would have to be assigned to the room to perform this task. Technology department (Sridhar Venkatesan) contacted. Two interns (Samantha Yacopino and Alejandro Perez) trained to help.

9. Risk Assessment Analysis for the CTC system:
   - During a meeting held on Monday May 16th. A. Espejo requested that a risk assessment be performed on the CTC system if the system is not upgraded to Windows 2000 and made 21CFR Compliant. Results should be submitted by COB 5/18/05.
   - System assessment received from A. Morris via e-mail 5/17/05
   - Information forwarded to A. Espejo on 5/18/05 @ 5:00 pm

7. Millennium Project Status:
   - Ongoing

8. Protocol execution status:
   - Complete

9. Risk Assessment Status:
   - Complete

Howard Henry
Process Engineer III
Manufacturing

3344

# ENGINEER STATUS PROJECT REPORT

*WCH Centrum Production (PPU#1)*

August 31, 2005

| Manufacturing Support | 1/04 | Provide general support to all areas throughout manufacturing | Continue to provide support to areas throughout the year performing the tasks listed below: | 1. Waste Reduction Team Status:<br>▪ Complete: Assistance provided. |
|---|---|---|---|---|

1. Waste Reduction Team:
   - Room Log Request by Carlene Bassell.
     ○ 3/8/2005: Room log copies for PC#7, #8, #9 and #10 forwarded to Carlene Bassell.
     ○ Recommended the investigation of a local Dust collector used in compression. Possible dust explosion hazard. C. Bassell contacted me. DC removed. Dust explosion hazard found.

2. Maintenance Zone Checklist:
   Assist supervisors in fulfilling the weekly requirement to analyze and repair areas for specific Maintenance zone assignments. Perform the following activities associated with this task:
   - Performed Internal Audits with supervisors in order to maintain Zone(s).
   - Send notifications via e-mail regarding the completion of the zone checklists for Zones 3, 4, 10, 14, 27, 28, and 31.
   - Enter work order numbers on forms and forward completed checklists to Communicate work order request number to supervisor so that number can be logged unto Zone Checklist form.

3. Central Storage / Set-Up Shop Area Assistance:
   - Provided coverage of the compression shop area during the absence of supervisor Jim Fleming
   - Assisted with Fette coverage as well as work order initiation.

4. Blender Timer Printout Support (Provide printouts for non-legible readings for all equipment throughout the area equipped with Blender timers)
   - Littleford 8K Blender (3-11-05: 2 min blend)

**Column 5 (status items, continued):**

2. Maintenance Zone Status:
   ▪ All action items performed weekly

3. Central Shop Assistance Status:
   ▪ Complete assistance provided.

4. Blender Support Status:
   ▪ Ongoing. Printouts provided for supervisors from all three Trains

Howard Henry
Process Engineer III
Manufacturing

3345

# ENGINEER STATUS PROJECT REPORT

*WCH Centrum Production (PPU#1)*

August 31, 2005

- o Requested by: Sean McGarvey (3-14)
- o Batch#: Centrum-8427-A74639
- o Supplied: 3/15/05
- Littleford 8K Blender (3-11-05: 1 min blend)
- o Requested by: Alice Gass (3-14)
- o Batch#: Centrum-8427-A82117
- o Supplied: 3/15/05
- Littleford 8K Blender (3-16-05: 10 min blend)
- o Requested by: Sean McGarvey (3-16)
- o Batch#: Centrum-4451-A82134
- o Supplied: 3/17/05
- Littleford 8K Blender (3-16-05: 2 min blend)
- o Requested by: Sean McGarvey (3-16)
- o Batch#: Centrum-4451-A82134
- o Supplied: 3/17/05
- Littleford 8K Blender (3-23-05: 12 min blend)
- o Requested by: Sean McGarvey (3-23)
- o Batch#: Centrum-4451-A99204
- o Supplied: 3/29/05
- Littleford 8K Blender (3-23-05: 2 min blend)
- o Requested by: Sean McGarvey (3-23)
- o Batch#: Centrum-4451-A99204
- o Supplied: 3/29/05
- Littleford 8K Blender (5-24-05: 10 min blend)
- o Requested by: Alice Gass (6-07-05)
- o Batch#: Centrum-4451-A097703
- o Supplied: 6/08/05
- Littleford 8K Blender (5-24-05: 1 min blend)
- o Requested by: Alice Gass (6-07-05)
- o Batch#: Centrum-4451-A097703
- o Supplied: 6/08/05
- Gemco 30: 130/510 (6-8-05: 40 min blend)
- o Requested by: Skip Gremll (7-05-05)
- o Batch#: Fibercon-2500-B04605
- o Supplied: 7/07/05 –Blender in use 7/6/05 AM / PM Shifts. Down 7/7/05.
- Gemco 30: 130/510 (6-8-05: Blend Times: 5:42 pm – 6:21 pm)
- o Requested by: Skip Gremll (7-05-05)

Howard Henry
Process Engineer III
Manufacturing

3346

# ENGINEER STATUS PROJECT REPORT

*WCH Centrum Production (PPU#1)*

August 31, 2005

- o Batch#: Fibercon-2500-B04603
- o Supplied: 7/07/05–Blender in use 7/6/05 AM / PM Shifts. Down 7/7/05.

5. Initiate Maximo requests throughout the plant for all areas.

Areas include but not limited to Bathrooms, Elevators, Hallways, all Mechanical Rooms, all Blending Rooms, all Coating areas and equipment, all Compression rooms and equipment, Inspection Areas, Warehouses, Washrooms, Weigh Rooms and Office Areas.

- • Attend weekly scheduling meetings for execution updates
- • Clear all WQAR (Awaiting QA review) backlogs

5. Status listed below:
  - ▪ Maximo requests are ongoing
  - ▪ No WQAR backlog as of 8/05/05

6. Emergency Maintenance Response and Coverage:

- • CTC System Software Failure:
  - o Saturday, January 28th, 2005: Received page from Scott Graney providing details of the CTC system crash. Investigated system. In-house electrician could not be contacted. Outside electrician contacted. System could not be restored.
  - o 2/1/05: System partially restored
  - o 2/2/05: System restored
  - o 2/21/05: System inspected by Thomas Engineering. System disks will be provided.
  - o E-mail messages providing updates sent 1/31, 2/1 and 2/2/05.

6. Status listed below:
  - ▪ Complete: System restored support provided.

- • Littleford 8K Blender Fike Alarm Fault:
  - o Received page form Sean McGarvey explaining the Fike alarm fault
  - o IM Brent Alderman contacted. Could not fix system. Fike contacted
  - o Saturday, March 19, 2005: Fike rep. Rick Siedel on job site by 9:30 am

  - ▪ Complete: System restored support provided

Howard Henry
Process Engineer III
Manufacturing

3347

# ENGINEER STATUS PROJECT REPORT

*WCH Centrum Production (PPU#1)*

August 31, 2005

---

o  Problem assessed and fixed by approximately 11:40 am

7. DI Water System Coverage:
   Tasks: Issue work orders as needed. Perform $Cl_2$ and $O_3$ tests on system. Perform daily walk-through(s) of the area. Done twice in the am and pm. Perform RO, TOC, acid level checks. Daily system-log checks and sign offs
   - System Coverage 3/23 – 3/29/05
     o  Issued WO# 489216 to repair Loop#3 damaged $O_3$ sensor probe
   - System Coverage 5/24 – 5/31/05.
   - System Coverage 7/20 – 7/26/05.
     o  $O_3$ generator shutdown. WO# 1097661 issued; Compressed air line damaged.

8. WAPSOP SOP conversion assistance:
   - 5/19/05: Received folder from D. Lyons containing PPG-00001480 (Prep of Aqueous Coating Solution) for review.
   - 5/20/05: Reviewed and returned to D. Lyons with comments.

9. Monthly PMO (Status and notification): Performed the following duties to complete this task
   - Create spreadsheet
   - Track PMO completion sign off percentage

10. Littleford 8K and 10K Plough Repair Coverage: Provided coverage for both units during off hours in order to have ploughs repaired expeditiously, minimizing equipment downtime.
    - Littleford 10K Repairs:
      o  Ploughs ground down to repair wholes found in upper arc plate.
    - Littleford 8K Repairs:

---

7. Status listed below:
   - Water system coverage provided

8. Status listed below:
   - Complete.

9. Status listed below:
   - Complete: Spreadsheet created each month. Progress tracked.

10. Status listed below:
    - Complete: Coverage provided.

---

Howard Henry
Process Engineer III
Manufacturing

3348

# ENGINEER STATUS PROJECT REPORT

*WCH Centrum Production (PPU#1)*

August 31, 2005

| GMP and 21 CFR Part 11 Compliance | 4/04 | Evaluate equipment to insure that it is 21 CFR Part 11 Compliant (CTC) | The following tasks must be performed in order to complete this task: | |
|---|---|---|---|---|
| | | | • Provided coverage for plough repairs and communicated progress of repair to group. | |
| | | | 1. PPG-00022214 "Maintenance and System Administration Procedure Continuous Tablet Coater, CTC Number 1 and Number 2", *31-page document*.<br>• 3/15/05:Received document for review<br>• Reviewed document on 3/15-17/2005.<br>• Document review complete. Changes discussed with Part 11 consultant Ms. Andrienne Morris. Changes submitted.<br>• Review due 3/18/05. Complete: 3/18/05.<br>• 3/22/05: Review final changes with C. Defeciani and A. Morris (1.5 hrs)<br> o Removed Change Control log and certain steps that were deemed unnecessary. | 1. Status listed below:<br>▪ Complete: Document Reviewed. |
| | | | 2. Amendment to PPG-00010697 "Operation of Single Pass CTC in Manufacturing" to meet 21CFR Compliance Standard<br>• DCC submitted (3/17/05); DCC# RD2005-000242<br>• DCC approved (3/18/05)<br>• Document revised and forwarded (3/18/05).<br>• Assessment revised and forwarded (3/18/05)<br>• Document review complete (3/23/05).<br>• Assessment review complete (3/23/05)<br>• Documents approved (3/30/05).<br>• Documents effective (4/11/05). | 2. Status listed below:<br>▪ Project Completion Date: 3/31/05<br>▪ Project Complete: 3/30/05 via commitment PR# 69050 |
| | | | 3. Approval of User Requirements Specifications "Compu-Coat 5 Control Systems for the Continuous Tablet Coaters (CTC #1 and #2) 35 page document:<br>• 3/18/05: Reviewed document with A. Morris (2 hrs). Discussed changes. Revisions made to pages 12, 22 (deleted FS-2085), 23, 31 and page 32.<br>• Approved after revisions were made (3/18/05)<br>• Reviewed and approved revisions to document. | 3. Status listed below:<br>▪ Complete: Document Reviewed. |

Howard Henry
Process Engineer III
Manufacturing

3349

# ENGINEER STATUS PROJECT REPORT

*WCH Centrum Production (PPU#1)*

August 31, 2005

Updated FS-3027 (3/28/05)

4. Approval of Validation Plan summary document 7 page document:
   - Reviewed document (0.5 hrs). Revisions made and forwarded to A. Morris (3/30/05).
   - Document approved and forwarded. (3/30/05).

5. Answered various vendor questions on issues:
   - Emailed Andrienne Morris regarding system customization Reviewed documents Assessment Summary Form, a 25-page document and System Remediation Plan PRP039 and PRP040 (Document# ISSC04-180 Version#: 1.0), a 20-page document 3/16/05
     - ○ Document resubmitted to manufacturing based on errors found within the documents.
   - E-mailed Mr. Paul Lavella answering questions regarding the function, validation number(s) and a potential area walk though for chart recorders in the production area (3/22/05).
   - Supplies copies of the System Configuration Screens for CTC#1 and CTC#2 for Ms. A. Morris, for the Design Specification Document ISSC04-360 (3/24/05).
   - Performed walk through with contractors Paul Lavella and Ray Gollihue to verify chart recorder location (WA# 17420, 17171, 16879, 16298, 17278, 60510). Other recorders not on list found and verified (1hr).

6. CTC System Administration Tasks:
   - Trained on PPG-0002214 "System Administration and Maintenance Procedure.
   - Email sent to officially grant access to the CTC system.

4. Status listed below:
   - Complete: Document Reviewed.

5. Status listed below:
   - Complete: Assistance provided.

6. Status listed below:
   - Ongoing

Howard Henry
Process Engineer III
Manufacturing

**3350**

# ENGINEER STATUS PROJECT REPORT

*WCH Centrum Production (PPU#1)*

August 31, 2005

| GMP and 21 CFR Part 11 Compliance | 4/04 | Evaluate equipment to insure that it is 21 CFR Part 11 Compliant (Fette) | The following tasks must be performed in order to complete this task:<br><br>1. PPG-00022214 "Maintenance and System Administration Procedure Continuous Tablet Coater, CTC Number 1 and Number 2", *31-page document.*<br>• 3/15/05:Received document for review<br>• Reviewed document on 3/15-17/2005.<br>• Document review complete. Changes discussed with Part 11 consultant Ms. Andrienne Morris. Changes submitted.<br>• Review due 3/18/05. Complete: 3/18/05.<br>• 3/22/05: Review final changes with C. Defeciani and A. Morris (1.5 hrs)<br>   o  Removed Change Control log and certain steps that were deemed unnecessary.<br><br>• Email sent to officially grant access to the CTC system. | 1. Status listed below:<br>• Ongoing |
| PMO Review and Remediation | 10/04 | Inspect PMO's to insure equipment is calibrated within user specifications and that the correct PMO frequency is used | The following PMO's were inspected:<br><br>1) PMO#44014: Weigh belt Feeder (Electrical)<br>  a.  New equipment (WA# 86567)<br>  b.  Received 10/15/04 (6 page document).<br>  c.  Reviewed and forwarded to QA on 10/14/04.<br><br>2) PMO#44179: Weigh belt Feeder (Instrumentation)<br>  a.  New equipment (WA# 86567)<br>  b.  Received 10/15/04 (6 page document).<br>  c.  Reviewed and returned on 10/14/04<br><br>3) PMO#44014: Weigh belt Feeder (Mechanical)<br>  a.  New equipment (WA# 86567)<br>  b.  Received 10/15/04 (10 page document).<br>  c.  Reviewed and returned on 10/14/04<br><br>4) PMO#41184: Servo-lift (Mechanical)<br>  a.  New equipment (WA# 89568) | Ongoing |

Howard Henry
Process Engineer III
Manufacturing

**3351**

# ENGINEER STATUS PROJECT REPORT

*WCH Centrum Production (PPU#1)*

August 31, 2005

   b. Received 10/15/04 (6 page document).
   c. Reviewed and forwarded to QA on 10/14/04.

5) PMO#44013: Tablet Press (Electrical)
   a. Compression Machine Motor (WA#17698)
   b. Received 10/27/04 (17 page document).
   c. Reviewed and forwarded to QA on 10/29/04

6) PMO#47142: Scales (Instrumentation)
   a. Twenty three scales (Scales affected: WA# 19829, 19830, 36137
   b. Received 12/08/04 (22 page document).
   c. Lower the corner load criteria from 250kg to 50kg. 250 kg is deemed unsafe.
   d. Reviewed and forwarded to QA on 12/08/04

7) PMO#47403: Scales (Instrumentation)
   a. Nine scales (Scales affected: WA# 19834)
   b. Received 12/08/04 (9 page document).
   c. Lower the corner load criteria from 250kg to 50kg. 250 kg is deemed unsafe.
   d. Reviewed and forwarded to QA on 12/08/04

8) PMO#47403: Scales (Instrumentation)
   a. Revision made to PMO to add a corner weight of 50kg ± 0.1kg for scales WA# 17661 & WA# 17035
   b. Received 12/16/04 (9 page document).
   c. Lower the corner load criteria from 250kg to 50kg. 250 kg is deemed unsafe.
   d. Reviewed and forwarded to maintenance on 12/16/04

9) PMO#47397: Scales (Instrumentation)
   a. Three scale affected
   b. Received 3/07/05 (9 page document).
   c. PMO Updated. Lower the corner load criteria from 250kg to 50kg. 250 kg is deemed unsafe. Used 2003 NIST Handbook 44 table 6 for class 3 weighing

Howard Henry
Process Engineer III
Manufacturing

**3352**

# ENGINEER STATUS PROJECT REPORT

*WCH Centrum Production (PPU#1)*

August 31, 2005

devices.

d. Signed three MEIN forms initiated by M. Aboyoun.

e. Reviewed and forwarded to QA on 3/09/05

10) PMO# 47397: Scales (WA# 17456)

a. Removed scale from PMO 47397 as per CCP 2005-0345.

b. Reviewed MEIN form initiated by M. Aboyoun.

c. Signed and forwarded to QA on 4/14/05

11) PMO# 47142: Scales

a. Removed the following scales according to CCP 2005-0345; WA# 17173, 17316, 17329, and 19839.

b. Changed the tolerances for a test load of 1,000 kg from ±0.5 kg to ±1.0 kg for WA# 17268, 17334, 17357, 19829, 19830, 19833 and 36137 as per 2003 NIST handbook 44, Table #6 and Table # 1.1.

c. Corner Load removed for tank scales WA 19830 and 36137 as per PPG-00009463 v.2.

d. Reviewed MEIN form initiated by M. Aboyoun. Errors found on the HOR page Returned to maintenance on 4/21/05. 4/22/05: Correction made. Document reviewed.

12) PMO# 47144: Scales

a. Change the location of the following scales as per CCP 2005-0255; WA# 16966 and WA# 35088.

b. Reviewed MEIN form and changes.

c. Signed and forwarded to QA on 6/22/05

13) PMO# 47142: Scales

a. Re-circulated: 7/5/05.

b. Removed the following scales according to

**3353**

Howard Henry
Process Engineer III
Manufacturing

# ENGINEER STATUS PROJECT REPORT

*WCH Centrum Production (PPU#1)*

August 31, 2005

CCP 2005-0345; WA# 17173, 17316, 17329, and 19839.

   c. Changed the tolerances for a test load of 1,000 kg from ±0.5 kg to ±1.0 kg for WA# 17268, 17334, 17357, 19829, 19830, 19833 and 36137 as per 2003 NIST handbook 44, Table #6 and Table # 1.1.

   d. Corner Load removed for tank scales WA 19830 and 36137 as per PPG-00009463 v.2.

   e. Reviewed MEIN forms initiated by M. Aboyoun. Error found on WA# 19833 MEIN form. Corrected by Stan Viau.

   f. Document reviewed. Forwarded to QA 7/5/05.

14) PMO# 47222: Room Pressure Monitor

   a. Removed the following equipment according to CCP 2005-0344; WA# 80823, 80815, 36226 and 80821.

   b. Reviewed MEIN form initiated by M. Aboyoun. Errors found on the HOR page Returned to maintenance on 4/21/05.

   c. 7/5/05: Correction made. Document reviewed

15) PMO# 48079: HEPA Filter

   a. Removed the following equipment according to CCP 2005-0341; WA# 80000, 80001, 80002, 80007, 80008, 80009, 80010, 80011, 80012, 80013, 80014, 80803, 80805, 80806, 80807 and 80808.

   b. Reviewed MEIN form initiated by J. Colas.

   c. 7/6/05: Reviewed PMO. Signed HOR. Forwarded to QA.

16) PMO# 59381: Hardness Testers

   a. Hardness Testers with WA# 17010, 17034, 17041, 17663, 17668, 17679: corrected input/output range from 0 – 98.0 N / 0-

Howard Henry
Process Engineer III
Manufacturing

3354

# ENGINEER STATUS PROJECT REPORT

*WCH Centrum Production (PPU#1)*

August 31, 2005

| | | | | |
|---|---|---|---|---|
| | | | 99.066 to 0 - 98.066 N / 0 - 98.066. Calibration Limits to include no decimal point to reflect actual data produced by the hardness tester.<br>b. Hardness Testers with WA# 17037, 35430, 35431, 35432: corrected input/output range from 0 - 98.0 N / 0 - 99.066 N / 0 - 98.066. Calibration Limits to include one decimal point to reflect actual data produced by the hardness tester.<br>c. Reviewed MEIN form initiated by A. Maciak. Current PMO not submitted for review. Changes justification not clear.<br>d. Received on 7/29/05. Returned to maintenance for clarification and a copy of current PMO as a reference.<br>e. 8/1/05: Documents resubmitted. 8/2/05: Signed and forwarded to QA (via S. Viau). | Ongoing |
| Change Control (MEIN Form Changes | Ongoing | Initiation of MEIN Forms for changes not requiring a Change Control | 1) MEIN Form "Fette Turrets WA# inscription".<br>• Initiated: 03/23/2005 (CCP submitted)<br>• Change Control not needed. Existing equipment.<br>• MEIN forms submitted to M. Aboyoun (4/7/05)<br><br>2) MEIN Form "PC#8-DC departmental change."<br>• Requested by Ed White. Error found on PMO<br>• Initiated: 04/06/2005 (Emergency CCP submitted)<br>  o Changed department responsibility and person responsible.<br><br>3) MEIN Form for PMO# 47444: Scales (WA# 17319)."<br>• MEIN form used to change the weight tolerance of a scale for 15kg scale change from 0.5 g to 15g and for 30kg from 0.5g to 30g<br>• Change corner load tolerance from 0.5g to 7.5g. Used 2003 NIST Handbook 44 table 1.1 for class 3 weighing devices<br>• Reviewed MEIN form initiated by M. Aboyoun | |

Howard Henry
Process Engineer III
Manufacturing

3355

# ENGINEER STATUS PROJECT REPORT

*WCH Centrum Production (PPU#1)*

August 31, 2005

- Signed and forwarded to QA on 4/14/05

4) MEIN Form for PMO# 47407: Scales (WA# 17175)

- MEIN form used to change the weight tolerance of a scale for 15kg scale change from 0.5 g to 15g and for 30kg from 0.5g to 30g.

- Change corner load tolerance from 0.5g to 7.5g. Used 2003 NIST Handbook 44 table 1.1 for class 3 weighing devices

- Reviewed MEIN form Initiated by M. Aboyoun
- Signed and forwarded to QA on 4/11/05

5) MEIN Form for CTC PMO# 41207: Scales (WA# 35466)

- MEIN form initiated by J. Livolsi. Based on comments from the TPM team.

- 41207: Removed sections for the Exhaust plenum seal, inlet plenum seals, door seals and pan seals. Team felt operators do these things.

- 44056: Remove printer, felt operators check printer. PLC section removed steps 2 and 3. Team felt this would be detrimental to the PLC. Changed step 4 to read "remove any dust form cabinet with a vacuum.

- Received 4/20/05. Left message for J. Livolsi. Returned call on 4/25/05. Set team made decisions. Said to speak to C. Defeciani. Did not agree with all changes C. D stated that no value added and based on PMO history all checked out OK

- Reviewed MEIN form and signed 4/27/05
- Signed and forwarded to QA on 4/27/05

6) MEIN Form for CTC PMO# 41208: Scales (WA# 35410)

- MEIN form initiated by J. Livolsi. Based on comments from the TPM team.

- 41207: Removed sections for the Exhaust plenum seal, Inlet plenum seals, door seals and pan seals. Team felt operators do these things.

- 44056: Remove printer, felt operators check printer. PLC section removed steps 2 and 3. Team felt this would be detrimental to the PLC. Changed step 4 to

Howard Henry
Process Engineer III
Manufacturing

3356

21

# ENGINEER STATUS PROJECT REPORT

*WCH Centrum Production (PPU#1)*

August 31, 2005

| | | | | Project Scheduled for Completion: 1st quarter 2005, working Status: Project closed 2/10/05. |
|---|---|---|---|---|
| | | | read "remove any dust form cabinet with a vacuum. Received 4/20/05. Left message for J. Livolsi. Returned call on 4/25/05. Said team made decisions. Said to speak to C. Defeciani. Spoke to C. Defeciani. Did not agree with all changes C. Defeciani stated that no value added tests were removed, and based on PMO history all checked out OK <br> • Reviewed MEIN form and signed 4/27/05 <br> • Signed and forwarded to QA on 4/27/05 <br><br> 7) MEIN Form for chart recorders on PMO# 59766: Recorders (WA# 92881 and WA# 92886) <br> • MEIN form initiated by John Watkins c/o A. Maciak. <br> • Received on 5/27/05. <br> • Removed increasing and decreasing check points from Cal. Sheet and replaced this test with a single point calibration for temperature. <br> • Reviewed PMO. Change correct. <br> • Reviewed MEIN form and signed 5/27/05. <br> • Signed and forwarded to QA on 5/27/05. <br> • 6/15: Re-circulated for WA# 96281 and WA# 96286 added to the HOR page. <br> • Reviewed, initialed and forwarded to QA on 6/15/05. <br><br> 8) MEIN Form for chart recorder on PMO# 47312: Recorders (WA# 17171) <br> • MEIN form initiated by John Watkins c/o A. Maciak. <br> • Received on 5/27/05 <br> • Changed input range form 4-20 ma to 100 ohm RTD (0-100°F. Test points 10°F, 50°F, 90°F. <br> • Reviewed PMO. Change correct. <br> • Reviewed MEIN. Information on the MEIN form stated incorrectly. Corrected and initialed and dated by A. Maciak. <br> • Signed MEIN and forwarded to QA on 5/27/05. | |
| Bin Storage Area Project | 5/20/2004 | Expand current South Vertical Cell Set-Up Shop and Washroom | Received project overview from Andrew Espejo on 5/20/04. Stated I would be responsible for the project timeline, working with the engineer, managing CCP(s), coordinating validation | |

**3357**

Howard Henry
Process Engineer III
Manufacturing

# ENGINEER STATUS PROJECT REPORT

*WCH Centrum Production (PPU#1)*

August 31, 2005

| | | | | | |
|---|---|---|---|---|---|
| | | | to accommodate new CTC equipment | effort, working with QA, updating any SOP(s), purchase of any new equipment and with working with the facilities manager, currently Andy Karc.<br>1) Meeting set for 5/26/04 to discuss the project scope<br>2) As project manager for the Bin Storage & Bin Warehouse projects:<br>  o Conducted meeting to review material project flow.<br>  o Met with Ram Shankar (project engineer) to establish project parameters<br>  o Established the project core team Ram Shankar-Engineering, Max Katz-Safety, Miraz Chowdhury-Tech. Service, Sal Calautti-QA<br>  o Conducted Material logistics flow Meeting on 9-14-04.<br>    ■ Concluded this meeting establishing the material flow pattern for product and bin movement<br>    ■ Meeting minutes written. Forwarded on 9-16-04<br>  o Conducted Bin Storage/Bin Warehouse Project Meeting on 9-14-04.<br>    ■ Established final design for Project Scope document approval.<br>    ■ Meeting minutes written. Forwarded on 9-18-04<br>  o Project document circulated. Reviewed, signed and sent to QA for approval (9-23-04)<br>  o 1/18/2005: ORR conducted (D. Siegel- Safety Department). No recommendations major. Project complete from a safety standpoint.<br>  o 2/10/2005: Change control closed. Area released to manufacturing for production purposes. | Deadline met. |
| Overall Development | 5/20/2004 | ITP% Tracking, Classes Taken, Special Training | | 1) ITP%<br>  • As of 5/31/2005: 91%<br>2) Classes Training:<br>  • Fette Training Levels 3, 4 and 9: 11/05. | Ongoing |

Howard Henry
Process Engineer III
Manufacturing

**Project Summary (July 2005)**

| Project Name | Status |
| --- | --- |
| CTC System Software | <ul><li>CTC Image of CTC#:<ul><li>Date due: 6/30/05</li><li>Complete: 6/29/05</li></ul></li><li>CTC Risk Assessment:<ul><li>Date due: 7/15/05</li><li>Complete: E-mail forwarded 7/15/05.</li><li>Software delivered to J. Koziol (7/12/205).</li><li>All software delivered and will be placed in the Maintenance Library and the Engineering Software Library. Copies will be downloaded and placed on the LAN.</li></ul></li><li>CTC Image download for spare computers<ul><li>Quote received from Vendor</li><li>WO# 1095891 initiated for work. Must be capitalized, per V. Rappa. Request will be forwarded to the Engineering Support group.</li></ul></li></ul> |
| PMO Review | <ul><li>June Status: Sign off % = 83.0%<ul><li>47 PMO listed. 37 signed.</li><li>Reviewed PMO# 40009 to close CCP 2005-0397. Errors found. Returned to Maintenance.</li><li>Corrected forwarded to QA (7/15/05)</li><li>Reviewed PMO# 62019to close CCP 2004-1168. Errors found returned to maintenance</li><li>Corrected forwarded to QA (7/15/05)</li></ul></li></ul> |
| Maintenance Zone Checklists | <ul><li>Notifications sent to remind staff to conduct audit<ul><li>7/6/05:<ul><li>Clarence "Ed" Evans on vacation.</li><li>Reported to A. Espejo. Zone #27 reassigned to Seam McGarvey.</li><li>All Zones complete.</li></ul></li><li>Forwarded to A. Espejo (7/8/05)</li><li>7/13/05:<ul><li>Notification sent.</li><li>Zones audited and collected.</li><li>All checklists submitted and signed off by 7/15/05.</li></ul></li><li>Forwarded to A. Espejo (7/25/05)</li><li>7/20/05:<ul><li>Notification sent.</li><li>Zone audited and collected</li><li>All checklists submitted and signed off by 7/25/05</li></ul></li><li>Forwarded to A. Espejo (7/25/05)</li></ul></li></ul> |
| Blender Timer Support | <ul><li>Littleford 8K Blender (5-24-05: 10 min blend)<ul><li>Requested by: Alice Gass (6-07-05)</li><li>Batch#: Centrum-4451-A097703</li><li>Supplied: 6/08/05</li></ul></li><li>Littleford 8K Blender (5-24-05: 1 min blend)<ul><li>Requested by: Alice Gass (6-07-05)</li><li>Batch#: Centrum-4451-A097703</li></ul></li></ul> |

|  |  |
|---|---|
|  | - Supplied: 6/08/05<br>  o Gemco 30: 130/510: 40 min blend)<br>  o Requested by: Skip Grenli (7-05-05)<br>  o Batch#: Fibercon-2500-B04605<br>  o Supplied: 7/07/05 –Blender in use 7/6/05 AM / PM<br>  o Shifts Down 7/1/05.<br>  o Gemco 30: 130/510: Blend Times: 3:42 pm – 6:21 (pm)<br>  o Requested by: Skip Grenli (7-05-05)<br>  o Batch#: Fibercon-2500-B04605<br>  o Supplied: 7/07/05 –Blender in use 7/6/05 AM / PM<br>  o Shifts Down 7/1/05. |
| Production Support | - Ajax Shaker Gasket Repair:<br>  o 7/6/05: Investigate and inspect unit. Assess tear. Unit must be repaired cannot run. Shaker must be shutdown.<br>  o WO# 1095592 initiated.<br>  o Unit taken apart.<br>  o Gasket delivered 7/7/05. Unit repaired.<br>- Fette Spare Parts Info<br>  o List given to P. Boykin for price confirmation and lead-time. List returned.<br>  o List forwarded to group. Meeting set up (7/28/2005).<br>- Blender 10K blender plow repair coverage:<br>  o Coverage provided 3 pm – 11 pm shift (7/20/05).<br>  o Badge# 104178 transferred from Keith Anderson to Kathy Gunsen. Badge# 30431 Held by Rich Haensster returned to maintenance.<br>- PC#9 Upgrade project:<br>  o Issued permits and inspected job site periodically<br>  o Coverage provided 3 pm – 7 pm<br>  o Issued permits and inspected the job site at the end of the day.<br>  o Returned badges. Badge# 30430 & Badge# 30577, held by K. Wilson and K. Tomjanovick of Thomas Engineering, returned to maintenance.<br>- DI Water System Coverage 7/20 – 7/26/05<br>  o O3 generator shutdown.<br>  o WO# 1097661 issued, Compressed air line damaged. Repaired by M. Martinez. |
| Change Control Procedures | - CCP 2005-0637 "Change SOI to read 3/16" plate from it<br>  o Closure due date: 9/21/2005<br>  o Approved: 7/21/2005<br>  o Initiated: 7/06/2005<br>    Centrum® Silver Accela-Coater and Pan Coater batches.<br>- CCP 2005-0662 "Change SOI to read 3/16" plate from it reading a ¼" plate." Done for Centrum® Export and<br>  o Closure due date: 11/1/2005<br>  o Approved: 7/1/2005-<br>  o Initiated: 7/07/2005. Verbal approval (7/6/2005)-G. Keaney.<br>- CCP 2005-0672 "Ajax Shaker" Buna-N Nitrile Rubber. Specifying that the material is food grade. |

| | |
|---|---|
| | reading a ¼" plate."<br>o Initiated: 6/29/2005 ("RUSH" CCP submitted)·Walked document around for signatures<br>o Approved: 7/01/05<br>o Closure due date: 8/03/2005<br>▪ CCP 2005-0584 "Chute modifications for press WA# 33192 and 34887"<br>o Initiated: 6/10/2005 (Emergency CCP submitted. Change implemented 6/9/05<br>o QA approval 6/10/05 (G. Keaney)<br>o Approved: 6/20/2005<br>o Closure due date: 9/20/2005<br>o Closed: 6/30/2005 |
| Special Requests | ▪ Littleford 10K SOI Check:<br>o Check SOI to ensure 1 min blend is in the SOI.<br>o Contacted Document Control to obtain all Centrum 10K SOI documents.<br>o Reviewed documents to confirm 1-min blend.<br>o Complete: E-mail sent confirming SOI has 1 min blend.<br>▪ FRM check for procedure that may be used to clean portable Mixer<br>o GXPharma check<br>o FRM-00002849 entitled "Coating Solution Tank Cleaning found<br>o Forwarded to the group |
| Tablet Optimization | ▪ Tablet Hoe Implementation<br>o Devices ordered. Broke after first day of use. Alternative designed, WO# 498973 initiated. Initial design not feasible.<br>o Re-enforcement design adopted. QA reviewed change<br>o 7/12/05: Verbal approval via QA to use rakes on a temporary basis. If design is used, CCP to be initiated. |
| Commitments | ▪ PR #89211 "Installation of new 3/16" screen in the Ajax Shaker"<br>o Due date: 5/31/2005<br>o New screen installation attempted by K. Flowers. Screen would not fit. (5/20/05).<br>o Screen inspected. WO# 1080949 initiated to modify the screen (5/25/05).<br>o Commitment extended for 3 months so that installation could take place.<br>o CCP 2005-0510 initiated for change. Change complete CCP closed.<br>o Closure documents submitted. Closed (7/20/05)<br>▪ PR #107328: Evaluate possibility of putting door sweep on doors.<br>o Due date: 9/08/05<br>o Discussed situation with F. Erichsen. WO# 1087975 initiated to investigate if request is |

8518

| | |
|---|---|
| | feasible.<br>o Door sweeps found in door. Added full length curtains. Work Complete: 7/18/05<br>o Closure documents submitted: 7/19/2005.<br>o Closed by QA: 7/20/05<br>▪ PR #111134: CTC By-Pass Training"<br>o Due date: 7/29/2005<br>o Create slides for training operators on the functionality of the By-Pass, Resume and Pause modes for the coater (1.5 hr)<br>o All CTC operators trained on the By-Pass Training (7/21/05).<br>▪ Midnight shift: 6 am<br>▪ Day Shift: 7:30 am<br>▪ Afternoon Shift: 3:15 pm<br>o Iso-train documents scanned into Trackwise for closure.<br>o Forwarded and closed by QA (7/25/05) |
| Work Order Initiation/Management | ▪ Work order initiation:<br>o 357 initiated for the fiscal year. |

4519

Good morning,

Below is a brief summary of some of the tasks achieved during the month of July. Thank you and please contact me if you have any questions.

Howard

<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<
<<<<<<<<<<<

Monthly Summary:

- Special projects after hours coverage:
  o Littleford 10K Blender Plough Repair Coverage 3pm – 11 pm on July 20, 2005
    - Transferred the badge (Badge# 10417B) of K. Anderson to K. Gunsen (6:55 pm).
    - Collected badge (Badge #3043) of R. Haenssler. Submitted the V. Rappa
    - Emailed V. Rappa regarding time contractor left the job site.
  o PC# 10: Baffle installation coverage 3 pm – 7 pm (7/20/05)
    - Notified security and the fire department that the job ended for the day.
    - Collected Badges of K. Wilson and T. Tomjanovick. Submitted the V. Rappa
    - Emailed V. Rappa regarding time contractor left the job site.
- Manufacturing Support:
  o CTC Cleaning Verification:
    - Provided Alconox Cleaning Tag to Larry Tunnard. Copies made. Log sheet entries must be clarified (process enhancement steps must be indicated on checklist).
    - Successful execution of Study Plan 640-009-LQ-03, assessing CTC # 1 (WA# 35466) for cleanliness after a 30 day campaign. No deviations found (7-19-05).
    - Final report circulated and approved (7-22-2005). CTC released to production for use.
  o Provided Blender Timer Report Printouts for the following equipment:
    - Gemco 30: 130/510 (6-8-05: 40 min blend)
    - Requested by: Skip Gremli (7-05-05)
    - Batch#: Fibercon-2500-B04605

- Supplied: 7/07/05–Blender in use 7/6/05 AM / PM Shifts. Down 7/7/05
  - Gemco 30: 130/510 (6-8-05: Blend Times: 5:42 pm – 6:21 pm)
  - Requested by: Skip Gremli (7-05-05)
  - Batch#: Fibercon-2500-B04603
  - Supplied: 7/07/05–Blender in use 7/6/05 AM / PM Shifts. Down 7/7/05
- Commitment Information:
  o Commitment: PR# 89211 "Screen Holes with Smaller Holes for 8K"
    - Due date 8/31/05.
    - CCP 2005-510 initiated 5/20/05 (Emergency CCP)
    - Approved: 5/20/05
    - Change complete. Closure documents submitted 7/19/05.
    - Commitment closed 7/20/05.
  o Commitment PR #90042: Evaluate the feasibility of re-engineering the lock-in pin on valve
    - Due date: 9/20/05
    - Vendor contacted to provided plan and quote to redesign the valve
    - 7/26/05: Quote received
    - Vendor contacted about quote.
    - 8/2/05: Memo written assessing quote and feasibility of redesign proposal.
    - Documents submitted for closure (8/3/05).
    - Closed (8/3/05)
  o Commitment: PR# 107328 "Evaluate possibility of putting a door sweep on doors":
    - Due date 9/08/05.
    - WO# 1087975 initiated 6/9/05 to investigate possibility of installing a door sweep.
    - Investigated by carpenter. Door sweeps already in place. Gaskets replaced. Full length curtains installed
    - WO completed: 7/18/05

- Completed WO submitted for closure (7/19/05)
  - Commitment closed 7/20/05.
  - PR #111134: CTC By-Pass Training
    - Due date: 7/29/2005
    - All CTC operators trained on the By-Pass Training (7/21/05).
      - Midnight shift: 6 am; Day Shift: 7:30 am; Afternoon Shift: 3:15 pm.
    - Iso-train documents scanned into Trackwise for closure.
    - Forwarded and closed by QA (7/25/05)
- Monthly PMO (Status and Completion):
  - Performed the following duties to complete this task
    - Create spreadsheet (07-08-2005).
    - Track PMO, sign off and completion for the month.
    - Sign off completion percentage: 85.7%
- Change Control Information:
  - CCP 2004-1168: "Comprima Project-Modification of Compression Room W (112-310)."
    - Initiated: 8/16/2004 (Joe Torres)
    - Contacted vendor for updated coil and AHU documents. Faxed documents to vendor.
    - Received faxed documents from vendor on 10-09-04
    - Original closure due date: 3/1/2005
    - Amendment closure due date: 7/18/2005
    - CCP Closed: 7/18/2005
  - CCP 2005-0397 "Stokes 754 Motor Change"
    - Initiated: 04/07/2005 (Emergency CCP submitted)
    - Approved: 04/18/2005.
    - Closure due date: 7/18/2005
    - CCP Closed: 7/18/2005.
  - CCP 2005-0510 "Installation of 3/16" Screen for Ajax Shaker"
    - Initiated: 5/20/2005 (Emergency CCP submitted)

4522

- CCP walked around. Approved in one day.
  - Approved: 5/20/2005
  - Original closure due date: 6/3/2005
  - Amendment closure due date: 8/31/2005
  - CCP Closed: 7/21/2005
- CCP 2005-0672 "Ajax Shaker" Buna-N Nitrile Rubber.
  - Initiated: 7/07/2005. Verbal approval (7/6/2005)-G. Keaney
  - Approved: 7/11/2005
  - Closure due date: 11/11/2005
  - CCP closed: 7/29/2005
- Investigated Compressed Air 100 Complex Outage Request:
  - E-mail sent by M. Katz on 07/20/05 @ 3:54 pm.
  - Discussed situation with Glen Powers and Sean McGarvey (temp supervisors). Both stated that PPU#1 compression was down. PC#9 running (G. Powers). Unit stopped (Low air alarm), shut off by operator, restarted, no product impact.
  - Discussed situation with Lou Baldi (PPU#3 supervisor). Stated that PPU#3 compression was down. PC#1 running. Unit shut down, stopped by operator, restarted, no product impact.
  - Response e-mailed sent @ 8:13 pm.
  - Special operator requests:
    - Increase roller protection for drum carts used in CTC#1 (7/20/05)
      - Requested by operator J. Rosado. Need to mimic design of drum carts used in CTC#2.
      - WO#1097287 initiated to fix stainless steel plate.

**40**

# PPU-1

## Centrum, Export, Silver





**PPU-2**

*Performance, Int'l Vitamins, Kids/Adults, Fibercon, Diamox*

PPU Head
J. Vitanza

Admin - D. Lyons

Finance

A/D Mfg
K. Castallo

HR

QA

E & M

Clerk
B. Harrell

Shift 1
OTC Coating
M. Smith

Shift 1
OTC W/B/C
P. Couto

Shift 2
OTC Coating
L. Baldi

Shift 1
RX Mfg
W. Shafer

Shift 2
RX Mfg
S. Gremli

A/D Pkg

Pkg
Supv
Shift 1 - R. Babcock
Shift 2 - J. Garcia

Pkg
Supv
Shift 1 - J. Moynihan

Pkg D/H
Washton

Bulk/W/H
Line Sched
D. Butt

Clerk
K. Short

Superv.
1. J. Natale
2. E. Zayas

A/D Planner
H. Mackay

Raws
N. Paul

Clerk
G. McZeek Foster

Weigh
Shift 1 A. Rehe
Shift 2 S. Lindland
(AWACS) K. Dyer

A/D Mfg

Mgr.
Mfg. Support
G. Muscolo

Validation
Trouble-shooter
S. Venkatesan
P. McGarrigle

Planner
Perf/ Kids/
Chews
Int. Vitamins
A. Menchini

Planner
Fibercon
/
S. Bender

A/D Mfg

A/D Mfg

MJR (2)
S. Sanford
S. Conace

Proj./
Engineer (1)
J. Gloth

Maintenance
Planner

Trainer
G. Rumpf

Tech Writer
W. Yang

Process
Water
J. Koziol

CD
Remediatio
n
R. Fuchs

2955



**Technology**
*Organization Structure*

2956

From  N P <newtonpaul3@yahoo.com>

Sent  Monday, October 17, 2005 6:19 pm

To  howieh04@optonline.net

Cc

Bcc

Subject  Wyeth Info 1

<u>Print E-mail</u>

Internal Correspondence

Date: October 10, 2005

To: All Pearl River Employees

From: Joe Vitanza, Managing Director, WCH

Subject: Organizational Changes in Consumer Health Manufacturing/Packaging

I am pleased to announce the following changes to the Pearl River Wyeth Consumer Healthcare Manufacturing and Packaging organization. The changes were undertaken to achieve the efficiencies developed     ing the "Excellence in Operations" initiative. In addition, they will provide cross-functional career development opportunities and will support the transition to a lean manufacturing/packaging "pull system" operation.
Consumer Health Management Team

Walter Wardrop is appointed Director, Packaging and Planning. Walter previously held the position of Director, Centrum PPU.

Andrew Espejo is appointed Director, Centrum PPU. Andrew previously held the position of Project Director, Lean Manufacturing.

Monte Bradford has been transferred to Director, Operations Planning, reporting to Paul Hennessey, Nutritionals Strategic Category Leader. Monte previously held the position of Director, Packaging and Planning.

Kevin Costello, Director, Performance PPU; Fred Kilpatrick, Senior Director, Technology and Elizabeth     omey-Galvin, Senior Director, Lean Manufacturing, will continue to report to Joe.

Consumer Manufacturing and Packaging
Centrum PPU

Christopher Defeciani is appointed Production Manager
(Days), Centrum PPU. Chris previously held the
position of Manager, Production Support Centrum PPU.

Jennifer Hallock has been appointed Production Manager
(Evenings), Centrum PPU. Jennifer previously held the
position of Production Supervisor.

Thomas Rock has been appointed Compression Shop
Supervisor, Days. Tom was previously a Production
Operator and Temporary Supervisor.

Pierre Gaspard has been appointed Weighing Supervisor,
Evenings. Pierre previously held the position of
Supervisor, Packaging.

Brenda Harrell has transferred to Administrative
Assistant, Centrum PPU. Brenda previously held the
position of Administrative Assistant in the
Performance PPU.

Diane Brady is appointed Compliance Specialist
(Evenings). Diane previously held the position of
Project Specialist in WCH Quality Assurance.

Performance PPU

Dan Ferry has been appointed Production Manager,
Performance PPU. Dan previously held the position of
Assistant Director of Manufacturing & Pharmacy at
Solgar Manufacturing.

Nitiksha Patel has been appointed the position of
Manager, Manufacturing Support, Performance PPU. Nikki
previously held the position of Project Manager,
Technology.

Grace Rhoades has been appointed the position of
Trainer/SOP Coordinator in the Performance PPU. Grace
previously held the position of Document Associate II
in WCH Technology.

Paulo Couto has been appointed the position of Water
System Engineer/AWACS Administrator. Paulo previously
held the position of Production Supervisor,
Performance PPU.

Jozef Koziol has been appointed the position of
Project Engineer. He previously held the position of
Computer System Engineer.

Kathy Short has been appointed the position of
Administrative Assistant, Performance PPU. Kathy
previously held the position of Administrative
Assistance in the Bulk Warehouse area.

Packaging/Planning

Francis McDermott has been appointed the position of
Packaging Manager. Francis previously held the
position of Senior Pharmaceutical Scientist,
Technology.

Kathy Dyer has been appointed the position of
Supervisor, Packaging. Kathy previously held the
position of the AWACS System Administrator.

Keith Crump has been appointed the position of
Supervisor, Packaging. Keith previously held the
position of Training Specialist in the Centrum PPU.
Technology

Cara Muscolo has been appointed the position of
Manager, Project Management. Cara previously held the
position of Manager, Manufacturing Support,
Performance PPU.

Greg Rumpf has been appointed the position of Project
Manager, Technology. He previously held the position
of Sr. Training Specialist in the Performance PPU.

Margaret O'Toole has been appointed Associate
Director, Validation in Technology. Margaret
previously held the position of Associate Director,
WCH Engineering/Maintenance.

Lean Manufacturing

Dave Quinones has been transferred from the Business
Process Management group to the Consumer Health
Factory reporting to Elizabeth Twomey-Galvin, Sr.
Director, Lean Manufacturing.

Please join me in wishing them all continued success
in their new positions.

Internal Correspondence

**Date:** October 10, 2005

To:      All Pearl River Employees

From:    Joe Vitanza, Managing Director, WCH

# Wyeth

Subject: **Organizational Changes in Consumer Health Manufacturing/Packaging**

I am pleased to announce the following changes to the Pearl River Wyeth Consumer Healthcare Manufacturing and Packaging organization. The changes were undertaken to achieve the efficiencies developed during the "Excellence in Operations" initiative. In addition, they will provide cross-functional career development opportunities and will support the transition to a lean manufacturing/packaging "pull system" operation.

## Consumer Health Management Team

**Walter Wardrop** is appointed Director, Packaging and Planning. Walter previously held the position of Director, Centrum PPU.

**Andrew Espejo** is appointed Director, Centrum PPU. Andrew previously held the position of Project Director, Lean Manufacturing.

**Monte Bradford** has been transferred to Director, Operations Planning, reporting to Paul Hennessey, Nutritionals Strategic Category Leader. Monte previously held the position of Director, Packaging and Planning.

**Kevin Costello**, Director, Performance PPU; **Fred Kilpatrick**, Senior Director, Technology and **Elizabeth Twomey-Galvin**, Senior Director, Lean Manufacturing, will continue to report to Joe.

## Consumer Manufacturing and Packaging



**610**

**Wyeth**

## Centrum PPU

**Christopher Defeciani** is appointed Production Manager (Days), Centrum PPU. Chris previously held the position of Manager, Production Support Centrum PPU.

**Jennifer Hallock** has been appointed Production Manager (Evenings), Centrum PPU. Jennifer previously held the position of Production Supervisor.

**Thomas Rock** has been appointed Compression Shop Supervisor, Days. Tom was previously a Production Operator and Temporary Supervisor.

**Pierre Gaspard** has been appointed Weighing Supervisor, Evenings. Pierre previously held the position of Supervisor, Packaging.

**Brenda Harrell** has transferred to Administrative Assistant, Centrum PPU. Brenda previously held the position of Administrative Assistant in the Performance PPU.

**Diane Brady** is appointed Compliance Specialist (Evenings). Diane previously held the position of Project Specialist in WCH Quality Assurance.



**611**

### Performance PPU

**Wyeth**

**Dan Ferry** has been appointed Production Manager, Performance PPU. Dan previously held the position of Assistant Director of Manufacturing & Pharmacy at Solgar Manufacturing.

**Nitiksha Patel** has been appointed the position of Manager, Manufacturing Support, Performance PPU. Nikki previously held the position of Project Manager, Technology.

**Grace Rhoades** has been appointed the position of Trainer/SOP Coordinator in the Performance PPU. Grace previously held the position of Document Associate II in WCH Technology.

**Paulo Couto** has been appointed the position of Water System Engineer/AWACS Administrator. Paulo previously held the position of Production Supervisor, Performance PPU.

**Jozef Koziol** has been appointed the position of Project Engineer. He previously held the position of Water System Engineer.

**Kathy Short** has been appointed the position of Administrative Assistant, Performance PPU. Kathy previously held the position of Administrative Assistance in the Bulk Warehouse area.



**612**

## Packaging/Planning

**Wyeth**

**Francis McDermott** has been appointed the position of Packaging Manager. Francis previously held the position of Senior Pharmaceutical Scientist, Technology.

**Kathy Dyer** has been appointed the position of Supervisor, Packaging. Kathy previously held the position of the AWACS System Administrator.

**Keith Crump** has been appointed the position of Supervisor, Packaging. Keith previously held the position of Training Specialist in the Centrum PPU.



**613**

**Technology**

**Wyeth**

**Cara Muscolo** has been appointed the position of Manager, Project Management. Cara previously held the position of Manager, Manufacturing Support, Performance PPU.

**Greg Rumpf** has been appointed the position of Project Manager, Technology. He previously held the position of Sr. Training Specialist in the Performance PPU.

**Margaret O'Toole** has been appointed Associate Director, Validation in Technology. Margaret previously held the position of Associate Director, WCH Engineering/Maintenance.



**614**

### Lean Manufacturing

# Wyeth

Dave Quinones has been transferred from the Business Process Management group to the Consumer Health Factory reporting to Elizabeth Twomey-Galvin, Sr. Director, Lean Manufacturing.



Please join me in wishing them all continued success in their new positions.

**615**