UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X

HOWARD HENRY,

    Plaintiff,

        -against-

WYETH PHARMACEUTICAL, INC., WALTER
WARDROP, MICHAEL MCDERMOTT,

    Defendants.
---------------------------------------------------X

ORDER OF REFERENCE TO
A MAGISTRATE JUDGE

05 Civ. 8106 (RCC)(DFE)

The above-entitled action is referred to the designated Magistrate Judge for the following purpose(s):

____ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_X_ Specific Non-Dispositive Motion/Dispute:*
Re:

1) Whether the document produced by Defendant during discovery is identical to the document included with the reply papers, except for the signatures.

2) Whether the production of the document at this stage prejudices Plaintiff.

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

____ Settlement*

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

____ Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-27-06
```

* Do not check if already referred for general pretrial

SO ORDERED.

DATED:   New York, New York
              December 22, 2006



United States District Judge