Michael Delikat
James H. McQuade
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 506-5000

Attorneys for Defendants
Wyeth Pharmaceuticals, a Division of Wyeth, Walter
Wardrop, and Michael McDermott

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOWARD HENRY,<br><br>    Plaintiff,<br><br>v.<br><br>WYETH PHARMACEUTICALS, INC., WALTER WARDROP, ANDREW SCHASCHL, and MICHAEL McDERMOTT,<br><br>    Defendants. | 05-CV-8106 (WCC)<br><br>**NOTICE OF MOTION FOR RECONSIDERATION** |

PLEASE TAKE NOTICE that upon the accompanying Defendants' Memorandum of Law in Support of their Motion for Reconsideration and all prior pleadings and proceedings herein, Defendants Wyeth Pharmaceuticals, a Division of Wyeth, Michael McDermott, and Walter Wardrop ("Defendants") will move this Court, before the Honorable William C. Conner, United States District Judge for the Southern District of New York, at the United States Courthouse, 300 Quarropas St., Room 630, White Plains, New York, at a date and time convenient for the Court, pursuant to Local Civil Rule 6.3, for an order granting Defendants' motion for reconsideration of that part of the Decision and Order of the Honorable Colleen

McMahon that denied Defendants' motion for summary judgment.

Dated:   New York, New York
         August 14, 2007

                                              Respectfully submitted,

                                              ORRICK, HERRINGTON & SUTCLIFFE LLP

                                              By: _____/s/ James H. McQuade_____
                                                  Michael Delikat
                                                  James H. McQuade

                                              666 Fifth Avenue
                                              New York, New York 10103-0001
                                              Telephone: (212) 506-5000

                                              Attorneys for Defendants
                                              Wyeth Pharmaceuticals, a Division of Wyeth, Walter
                                              Wardrop, and Michael McDermott