Michael Delikat
James H. McQuade
Heather A. Glatter
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 506-5000

Attorneys for Defendant Wyeth Pharmaceuticals,
a Division of Wyeth, Walter Wardrop, and
Michael McDermott

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOWARD HENRY,<br><br>Plaintiff,<br><br>v.<br><br>WYETH PHARMACEUTICALS, INC., WALTER WARDROP, ANDREW SCHASCHL, and MICHAEL McDERMOTT,<br><br>Defendants. | 05-CV-8106 (WCC)<br><br>**NOTICE OF DEFENDANTS' MOTION IN LIMINE NO. 1** |

PLEASE TAKE NOTICE that upon the attached Declaration of James H. McQuade, dated December 19, 2007, the accompanying Defendants' Memorandum of Law in Support of their Motion in Limine No. 1 to Exclude Evidence of Stray Remarks and all prior pleadings and proceedings herein, Defendants Wyeth Pharmaceuticals, a Division of Wyeth, Michael McDermott, and Walter Wardrop ("Defendants") will move this Court, before the Honorable William C. Conner, United States District Judge for the Southern District of New York, at the United States Courthouse, 300 Quarropas St., Room 630, White Plains, New York, at a date and time convenient for the Court, for an order granting Defendants' Motion in Limine No. 1 precluding Plaintiff Howard Henry from offering at trial any evidence, including documents or

eliciting testimony, of alleged racially discriminatory remarks testified to by former Wyeth employees Daisy Early and Newton Paul.

Dated:　　New York, New York
　　　　　　December 19, 2007

> Respectfully submitted,
>
> ORRICK, HERRINGTON & SUTCLIFFE LLP
>
> By: _____
> 　　Michael Delikat
> 　　James H. McQuade
> 　　Heather A. Glatter
>
> 666 Fifth Avenue
> New York, New York 10103-0001
> Telephone: (212) 506-5000
>
> Attorneys for Defendants Wyeth Pharmaceuticals,
> a Division of Wyeth, Walter Wardrop and
> Michael McDermott