Michael Delikat
James H. McQuade
Heather A. Glatter
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 506-5000

Attorneys for Defendant Wyeth Pharmaceuticals,
a Division of Wyeth, Walter Wardrop, and
Michael McDermott

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOWARD HENRY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WYETH PHARMACEUTICALS, INC., WALTER WARDROP, ANDREW SCHASCHL, and MICHAEL McDERMOTT,<br><br>　　　　Defendants. | 05-CV-8106 (WCC)<br><br>**NOTICE OF DEFENDANTS' MOTION IN LIMINE NO. 2** |

PLEASE TAKE NOTICE that upon the attached Declaration of James H. McQuade, dated December 19, 2007, the accompanying Defendants' Memorandum of Law in Support of their Motion in Limine No. 2 to Exclude "Me-Too" Evidence of Other Discrimination Claims and all prior pleadings and proceedings herein, Defendants Wyeth Pharmaceuticals, a Division of Wyeth, Michael McDermott, and Walter Wardrop ("Defendants") will move this Court, before the Honorable William C. Conner, United States District Judge for the Southern District of New York, at the United States Courthouse, 300 Quarropas St., Room 630, White Plains, New York, at a date and time convenient for the Court, for an order granting Defendants' Motion in Limine No. 2 precluding Plaintiff Howard Henry from offering at trial any evidence, including

documents or eliciting testimony, by employees or former employees of Wyeth claiming that they experienced racial discrimination or retaliation in their own employment at Wyeth.

Dated:   New York, New York
         December 19, 2007

>     Respectfully submitted,
>
>     ORRICK, HERRINGTON & SUTCLIFFE LLP
>
>     By: _____
>     Michael Delikat
>     James H. McQuade
>     Heather A. Glatter
>
>     666 Fifth Avenue
>     New York, New York 10103-0001
>     Telephone: (212) 506-5000
>
>     Attorneys for Defendants Wyeth Pharmaceuticals,
>     a Division of Wyeth, Walter Wardrop and
>     Michael McDermott