Michael Delikat
James H. McQuade
Heather A. Glatter
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 506-5000

Attorneys for Defendant Wyeth Pharmaceuticals,
a Division of Wyeth, Walter Wardrop, and
Michael McDermott

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOWARD HENRY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WYETH PHARMACEUTICALS, INC., WALTER WARDROP, ANDREW SCHASCHL, and MICHAEL McDERMOTT,<br><br>　　　　Defendants. | 05-CV-8106 (WCC)<br><br>**NOTICE OF DEFENDANTS' MOTION IN LIMINE NO. 3** |

PLEASE TAKE NOTICE that upon the attached Declaration of James H. McQuade, dated December 19, 2007, the accompanying Defendants' Memorandum of Law in Support of their Motion in Limine No. 3 to Exclude Plaintiff's Purported Statistical Evidence and all prior pleadings and proceedings herein, Defendants Wyeth Pharmaceuticals, a Division of Wyeth, Michael McDermott, and Walter Wardrop ("Defendants") will move this Court, before the Honorable William C. Conner, United States District Judge for the Southern District of New York, at the United States Courthouse, 300 Quarropas St., Room 630, White Plains, New York, at a date and time convenient for the Court, for an order granting Defendants' Motion in Limine

No. 3 precluding Plaintiff Howard Henry from offering at trial purported statistical evidence of promotions in relation to race at Wyeth.

Dated:   New York, New York
         December 19, 2007

                                     Respectfully submitted,

                                     ORRICK, HERRINGTON & SUTCLIFFE LLP

                                     By: _____
                                           Michael Delikat
                                           James H. McQuade
                                           Heather A. Glatter

                                     666 Fifth Avenue
                                     New York, New York 10103-0001
                                     Telephone: (212) 506-5000

                                     Attorneys for Defendants Wyeth Pharmaceuticals,
                                     a Division of Wyeth, Walter Wardrop and
                                     Michael McDermott