UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
HOWARD HENRY,

            Plaintiff,

   -against-

WYETH PHARMACEUTICALS, INC., WALTER
WARDROP, ANDREW SCHASCHL, and
MICHAEL McDERMOTT,

            Defendants.
------------------------------------------------------------x

05-CV-8106 (WCC)

ATTORNEY'S AFFIRMATION IN
OPPOSITION TO DEFENDANTS'
MOTIONS IN LIMINE
NUMBERED 1 THROUGH 5

      I, STEVEN A. MORELLI, affirm under penalty of perjury the following:

1. I am an attorney duly admitted to practice law in the Southern District of New York, and I am of counsel to the law firm of LEEDS MORELLI & BROWN, P.C., attorneys of record for the Plaintiff, HOWARD HENRY. Accordingly, I am fully familiar with the facts and circumstances of this case by virtue of the file maintained by this office.

2. This Affirmation is submitted in opposition to Defendants' five motions in limine, numbered 1 through 5.

3. Annexed hereto is a true and correct copy of portions of the deposition testimony of Howard Henry taken June 12, 2006 in connection with this matter.

4. For the reasons set forth in the accompanying memorandum of law, defendants' motions should be denied in their entirety.

Dated: Carle Place, New York
       January 11, 2008

                                                                _____
                                                                Steven A. Morelli (SM 4721)