# EXHIBIT A

```
                                                            1

    UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK  ORIGINAL
    ------------------------------------x
    HOWARD HENRY,

                          Plaintiff,

              -against-             05 CV 8106

    WYETH PHARMACEUTICALS, INC., WALTER
    WARDROP, ANDREW SCHASCHL, and
    MICHAEL McDERMOTT,

                          Defendants.
    ------------------------------------x
                    June 12, 2006
                    10:10 a.m.


         Videotaped deposition of HOWARD A.
    HENRY, pursuant to notice, at the offices
    of Orrick, Herrington & Sutcliffe LLP,
    666 Fifth Avenue, New York, New York,
    before Gail F. Schorr, a Certified
    Shorthand Reporter, Certified Realtime
    Reporter and Notary Public within and for
    the State of New York.
```

```
                    1                    HOWARD A. HENRY
16:57:02  2     this document it says "To date, Wyeth
16:57:05  3     still has received no medical
16:57:06  4     documentation from you.  In response to
16:57:08  5     Ms. Culler's January 10th, 2006 letter.
16:57:12  6     Therefore, consistent with the standard
16:57:14  7     Wyeth practices your employment with
16:57:16  8     Wyeth is terminated effective Monday,
16:57:19  9     February 6th, 2006."  At this date you
16:57:23 10     still hadn't submitted any medical
16:57:25 11     documentation to Wyeth?
16:57:27 12          A.    Not at this -- not at this
16:57:29 13     point.
16:57:32 14          Q.    Is there any reason why you
16:57:33 15     didn't submit medical documentation to
16:57:36 16     Wyeth?
16:57:37 17          A.    Based on the treatment I
16:57:42 18     received when I was at Wyeth and based
16:57:45 19     on how I was received at Wyeth, at that
16:57:49 20     point I didn't feel it would -- it
16:57:51 21     would be conducive for me to return.
16:57:54 22          Q.    Were you capable of
16:57:56 23     returning at that point?
16:58:00 24          A.    To perform the same
16:58:02 25     functions, to feel the same way I was
```

```
                    HOWARD A. HENRY
1
16:58:05  2    feeling and to receive the same, to
16:58:08  3    feel the same conditions I was going
16:58:10  4    through, I could honestly say no.
16:58:12  5         Q.    Now you described some
16:58:18  6    symptoms earlier that you were feeling.
16:58:26  7    Did these symptoms persist between
16:58:29  8    August 2005 and February 2006?
16:58:33  9         A.    Some of them started to
16:58:36 10    wane.  It took time for some of them to
16:58:40 11    wane, but, you know, the anxiety comes
16:58:44 12    and goes as I continue to fight this
16:58:46 13    fight.  It comes and goes, so.
16:58:51 14         Q.    Did you continue to receive
16:59:01 15    treatment from Dr. Hickman or Henson?
16:59:08 16         A.    Yes.
16:59:08 17         Q.    And what kind of treatment
16:59:10 18    did you receive?
16:59:11 19         A.    Counseling, Hickman, medical
16:59:18 20    examinations and just checkups from
16:59:22 21    Henson.
16:59:22 22         Q.    Did you take any medication?
16:59:24 23         A.    I was asked if I wanted to
16:59:27 24    try some medication but I didn't want
16:59:29 25    any.  I was prescribed Effexor and --
```