UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HOWARD HENRY,

                   Plaintiff,

      - against -

WYETH PHARMACEUTICALS, INC., WALTER
WARDROP, ANDREW SCHASCHL and MICHAEL
McDERMOTT,

                 Defendants.
------------------------------------------------------------X

ORIGINAL

ECF CASE

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

05 Civ. 8106 (WCC)(LMS)

The above entitled action is referred to **Magistrate Judge Lisa Margaret Smith** for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement*

___ Inquest After Default/Damages Hearing

_X_ For jury selection on January 28, 2008** at 10:30 AM. VOIR DIRE MUST BE SUBMITTED TO JUDGE SMITH BY JANUARY 22, 2007.

___ Habeas Corpus

___ Social Security

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

_____

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

_____

All such motions:_____

**\*\* Trial (minimum 2 week) before Judge Conner scheduled to commence February 4, 2008.**

* Do not check if already referred for general pretrial.

SO ORDERED.

DATED:    White Plains, New York
                January 14, 2008

_____
WILLIAM C. CONNER, Senior U.S.D.J.

COPIES MAILED TO COUNSEL OF RECORD