Michael Delikat
James H. McQuade
Heather A. Glatter
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 506-5000

Attorneys for Defendant Wyeth Pharmaceuticals,
a Division of Wyeth, Walter Wardrop, and
Michael McDermott

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOWARD HENRY,<br><br>        Plaintiff,<br><br>        v.<br><br>WYETH PHARMACEUTICALS, INC., WALTER WARDROP, ANDREW SCHASCHL, and MICHAEL McDERMOTT,<br><br>        Defendants. | 05-CV-8106 (WCC) (LMS)<br><br>**DEFENDANTS'**<br>**EXHIBIT LIST** |

    PLEASE TAKE NOTICE that Defendants Wyeth Pharmaceuticals, a Division of Wyeth, Michael McDermott, and Walter Wardrop ("Defendants") hereby designate the following documents that may be used as exhibits at trial. Defendants expressly reserve the right to use any, all or none of the following exhibits. Defendants also expressly reserve the right to use exhibits designated or used by Plaintiff and any additional documents for the purpose of rebuttal. This Exhibit List is intended to supersede Defendants' list of trial exhibits set forth in the Joint Pretrial Order that was filed by the parties in this action on July 30, 2007.

# DEFENDANTS' TRIAL EXHIBITS

Documents produced by Wyeth are numbered with a "D," an "EEOC," or a "DOC" prefix.

Documents produced by Plaintiff are numbered with a "P" prefix.

| EXHIBIT # | DESCRIPTION |
|---|---|
| DX 1 | 12/02/1992, H. Henry's Wyeth Employment Application: D-00038-00040 |
| DX 2 | Henry Resume, 2000-Present: P-4026-4028 |
| DX 3 | Henry Resume, 2000-2006: P-3320-3322 |
| DX 4 | 04/04/2006, Henry's Employee Profile: D-00109-00111 |
| DX 5 | Henry's Handwritten Notes: P-4600-4671 |
| DX 6 | 8/93-11/93, Henry's Performance Planning and Review Form: D-00112-00115 |
| DX 7 | 11/93-11/94, Henry's Performance Planning and Review Form: P-4345-4349 |
| DX 8 | 12/94-8/95, Henry's Performance Planning and Review Form: P-4316-4319: |
| DX 9 | 9/95-9/96, Henry's Performance Planning and Appraisal: P-4336-4339 |
| DX 10 | 9/95-9/96, Henry's Project Team Member Performance Review: D-00134-00135 |
| DX 11 | 9/96-9/97, Henry's Performance Planning and Appraisal: P-4324-4327 |
| DX 12 | 10/97-9/98, Henry's Performance Planning and Appraisal: P-4320-4323 |
| DX 13 | 10/98-9/99, Henry's Performance Planning and Appraisal: D-00144-00147 |
| DX 14 | 1/00-12/00, Henry's Performance Planning and Appraisal: P-4330-4334 |
| DX 15 | 1/01-12/01, Henry's Performance Planning and Appraisal: P-4020-4025 |
| DX 16 | 1/02-12/02, Henry's Performance Appraisal: P-4015-4019 |
| DX 17 | 09/03/2003, Henry's Mid-Year Review 2003 - unsigned: D-00176-00177 |

| EXHIBIT # | DESCRIPTION |
|---|---|
| DX 18 | 09/03/2003, Henry's Mid-Year Review 2003 - signed. |
| DX 19 | 01/2003-12/2003, Henry's Performance Appraisal - Original: EEOC 0051-0054 |
| DX 20 | 1/2003-12/2003, Henry's Performance Appraisal: P-4010-4014 |
| DX 21 | 2004, Henry's 2004 Quarterly Review - 1st Quarter: P- 1496-1497 |
| DX 22 | 07/09/2004, Henry's 2004 Quarterly Review - Mid-Year Review: P-1494-1495 |
| DX 23 | 1/04-12/04, Henry's Performance Appraisal: D-00170-00173 |
| DX 24 | 05/31/2005, Henry's 2005 Performance Feedback: P-108-111 |
| DX 25 | 06/24/2005, Henry's Guide for Performance Improvement, unsigned: P-3720-3723 |
| DX 26 | 06/24/2005, Henry's Guide for Performance Improvement, signed: D-00090-00093 |
| DX 27 | 8/16/2000 R&D Strategic Staffing: D-00554-00555 |
| DX 28 | 12/12/2001 R&D Strategic Staffing: D-000826-000827 |
| DX 29 | Job Description: D-000862 |
| DX 30 | 05/23/2002, R&D Strategic Staffing: D-00560-00561 |
| DX 31 | Job Description: D-00524-00527 |
| DX 32 | 11/11/2003, R&D Strategic Staffing: D-00543-00544 |
| DX 33 | 01/2004, Job Description: D-00528-00532 |
| DX 34 | 01/21/2004, R&D Strategic Staffing: D-00538-00539 |
| DX 35 | Job Description: D-00569 |
| DX 36 | 02/17/2004 Job Description: P-1539-1543 |
| DX 37 | 09/16/20004, R&D Strategic Staffing: D-00563-00564 |
| DX 38 | Job Description: D-00562 |
| DX 39 | 09/30/2004, Confirmation: P-1530, P-1527, P-1529 |
| DX 40 | 12/02/1992, Henry's Wyeth Employment Application: D-00038-00040 |
| DX 41 | 07/23/1993, Wyeth's Offer Letter to Henry: D-00041 |
| DX 42 | 06/30/1997, Email from K. McCoy to M. Kolb: D-00376 |
| DX 43 | 07/17/1997, Promotion of Howard Henry, D-00392, 00386 |

| EXHIBIT # | DESCRIPTION |
|---|---|
| DX 44 | Scientist II - Job Description, D-00381-00382 |
| DX 45 | 08/09/2000, Letter from J. Rose to H. Henry: D-00065 |
| DX 46 | 6/10/2002, Email from J. Barao to A. Schaschl: D-00396 |
| DX 47 | 06/24/2002, Email chain from H. Henry, W. Wardrop: D-000839-000840 |
| DX 48 | 06/27/2002, Email from A. Schaschl to B. Bracco et al: D-00397 |
| DX 49 | 10/30/2002, Email from W. Wardrop to J. Barao et al: P 1197-1198 |
| DX 50 | 2003, Henry's Train 1 2003 Performance Objectives: D-1955-1962 |
| DX 51 | 01/23/2003, Email chain between Wardrop and Henry: P-1969 |
| DX 52 | 02/24/2003, Email from S. Yosen to H. Henry: P 1900 |
| DX 53 | 03/17/2003, Email from W. Wardrop to H. Henry: P-1954-1932 |
| DX 54 | 07/01/2003, Email from K. Testaverde to H. Henry: D-000858 |
| DX 55 | 07/01/2003, Email from Wardrop to Nery and Testaverde: P-1939 |
| DX 56 | 08/23/2003, Email from W. Wardrop to M. Davenport, H. Henry et al: P-1929 |
| DX 57 | 08/27/2003, Email from W. Wardrop to J. Rose: D-000857 |
| DX 58 | 09/02/2003, Email chain between J. Rose and W. Wardrop: D-000828-000829 |
| DX 59 | 09/02/2003, Email chain between J. Rose and W. Wardrop: D-000855-000856 |
| DX 60 | 09/03/2003, Email from W. Wardrop to J. Rose: D-000830-000832 |
| DX 61 | 09/08/2003, Email from W. Wardrop to Train 1 Staff: D-00264 |
| DX 62 | 09/18/2003, Email from Wardrop to Howard: D-00263, D-000834-000838 |
| DX 63 | 09/30/2003, Email from B. Bracco: D-000843 |
| DX 64 | 10/02/2003, Email from Wardrop to Train 1 Staff: P-1923 |
| DX 65 | 10/07/2003. Email from W. Wardrop to A. Schaschl: D-000854 |
| DX 66 | 10/14/2003, Email from A. Schaschl to W. Wardrop: D-000852-000853 |
| DX 67 | 10/22/2003, Email from W. Wardrop to F. Moatter: D-000850 |

| EXHIBIT # | DESCRIPTION |
|---|---|
| DX 68 | 10/27/2003, Email from W. Wardrop to H. Henry: D-000849 |
| DX 69 | 11/12/2003, Email from W. Wardrop to H. Henry: D-00269-00270 |
| DX 70 | 11/13/2003, Email exchange between Wardrop and Testaverde: D-00272 |
| DX 71 | 11/21/2003, Email from H. Henry to W. Wardrop: D-00271 |
| DX 72 | 12/07/2003, Email from W. Wardrop to A. Schaschl: D-000841-000842 |
| DX 73 | 12/18/2003, Email from H. Mackey to B. Babcock et al: P-1300 |
| DX 74 | 01/03/2004, Memo from Espejo to Consumer Healthcare Manufacturing Employees: D-00493 |
| DX 75 | H. Henry's 2003 Self Appraisal Form: D-00159-00164 |
| DX 76 | 01/05/2004, Memo from Henry to Wardrop: D-00273-00295 |
| DX 77 | 01/08/2004, Email from J. Barao to H. Henry: P-1460 |
| DX 78 | 01/9/2004, Memo from Schaschl to File: D-000588-000590 |
| DX 79 | 01/12/2004, Notes of Joanne Rose : D 000604-000605: |
| DX 80 | 01/13/2004, Email from Joanne Rose to H. Henry: D-000591 |
| DX 81 | 01/15/2004, Email from Rose to Henry and Wardrop: P-1455 |
| DX 82 | 01/15/2004, Memo from Wardrop to Rose: D- 000592-000597 |
| DX 83 | 01/16/2004, Email from W. Wardrop to J. Rose: D-000844-000848 |
| DX 84 | Email from W. Wardrop to J. Rose: D-000600-000602, P 4330-4334, P-4020-4025, P-4015-4019, EEOC-0051-0054, D-000597 |
| DX 85 | 01/16/2004, Notes of Joanne Rose: D-000603-605 |
| DX 86 | 01/21/2004, Email form H. Henry to M. McDermott: P-1452 |
| DX 87 | 01/22/2004, Email from Hudak to Howard & Ruth: P-1535-1536 |
| DX 88 | 01/27/2004, Email from H. Henry to P. Bigelow: P-1450 |
| DX 89 | 01/27/04: Email exchange between Henry and Peter Bigelow: P-1448 |
| DX 90 | 01/27/2004, Email from Peter Bigelow to Howard Henry: D-000607-000608 |
| DX 91 | 01/27/ 2004, Summary of Henry's 2003 Progress Review: D-000609-000610 |

| EXHIBIT # | DESCRIPTION |
|---|---|
| DX 92 | 01/30/04, 02/2/04, Email exchange between Henry and Burt: P-1511, 1447 |
| DX 93 | 02/11/2004, Email from P. Hopkins to P. Bigelow, H. Henry: P-3952 |
| DX 94 | 02/13/2004, Email from Bigelow: D-000611 |
| DX 95 | 02/16/04 Email from Henry to Bigelow: P-1438 |
| DX 96 | 02/16/2004, Email from Howard Henry to Peter Bigelow: D-000612 |
| DX 97 | 02/25/04, Email from Bigelow to Henry: P-1432 |
| DX 98 | 03/05/2004, Email from A. Espejo to J. Gibson, J. Rial: P-3449 |
| DX 99 | 03/12/2004, Email from H. Henry to A. Espejo: P-1387 |
| DX 100 | 03/16/04, Espejo to File: D-00296-00297 |
| DX 101 | 03/23/2004, Interview Schedule: P-1533 |
| DX 102 | 03/30/2004, Email from P. Verhasselt to H. Henry: P-3866 |
| DX 103 | 03/31/2004, Email from D.Grantland to A. Fox, E. Sackett: D-000651 |
| DX 104 | 04/06/2004, Notes: D-000658-000676 |
| DX 105 | 04/06/2004, Calendar: D-000677-000680 |
| DX 106 | 04/7/2004, Summary of Findings - Howard Henry: D-000682-D-000684 |
| DX 107 | 04/07/2004, Email from Wardrop to Sackett: D-000617 |
| DX 108 | 04/15/2004, Email from E. Sackett to H. Henry, P. Bigelow, D. Grantland: P-1417 |
| DX 109 | 04/15/2004, Email from Eugene Sackett to Howard Henry: D-000618 |
| DX 110 | 04/26/2004, Email from Henry to Bigelow: P-1407 |
| DX 111 | 04/26/2004, Email from Bigelow to D. Grantland and E. Sackett: D-000681, P-1407 |
| DX 112 | 04/29/2004, Email from Donna Grantland to Peter Bigelow and Eugene Sacket: D-000620 |
| DX 113 | Email from R. Ruth to H. Henry: P 1534 |
| DX 114 | 05/06/2004, Email from Vitanza: D-000615-000616 |
| DX 115 | 05/06/2004, Email from Grantland to Henry: P-3996 |

| EXHIBIT # | DESCRIPTION |
|---|---|
| DX 116 | 05/14/2004, Email from H. Henry to R. Hirsch, V. Rappa, E. White : P-3439-3440 |
| DX 117 | 05/14/2004, email from L. Williams to B. Spear: P-1405 |
| DX 118 | 05/17/2004 Letter from Sapir & Frumpkin to P. Bigelow: D-000630-000631; 06/08/2004, Letter from M. Nagy to Sapir & Frumkin. |
| DX 119 | 06/30/2004, Email from Rose to Frazelle: D-00298 |
| DX 120 | 07/08/2004, Employment Action Notice: D-00070-00071 |
| DX 121 | 10/01/2003, 11/03/2003, 11/30/2004, Email exchange between Henry, HRJOBSPEARLRIVER, and Verhasselt: P-1524, 1526, 1531 |
| DX 122 | 10/28/2004, Email exchange between Rose and Verhasselt: D-00417 |
| DX 123 | 11/1/2004, Email from J. Rose to Burt, Defeciani, Espejo, Muscolo, Verhasselt, Bradford, Costello and Wardrop: D-00434-464 |
| DX 124 | 11/01/2004, Email to Espejo: D-000814-000816 |
| DX 125 | 11/01/2004, Email from A. Espejo to J. Rose: D-00433 |
| DX 126 | 11/08/2004, Email from A. Espejo to D. Burt, C. Defeciani, C. Muscolo: D-00418-00423 |
| DX 127 | 11/09/2004, Email to from C. Defeciani to C. Muscolo, A. Espejo: D-00474-00479 |
| DX 128 | 11/09/2004, Email from D. Burt to A. Espejo: D-00468-00473 |
| DX 129 | 11/10/2004, Email from C. Muscolo to A. Espejo: D-000808-000813 |
| DX 130 | 11/30/2004, Email from P. Verhasselt to H. Henry: P-1524 |
| DX 131 | 12/14/2004, Email from A. Espejo to J. Rose, P. Verhasslet: D-00486-00491 |
| DX 132 | 01/03/2005, Email from A. Espejo to R. Bartolucci et al: P-1522-1523 |
| DX 133 | 01/03/2005, Email from A. Espejo to A. Abatangleo et al: D-00492-00494 |
| DX 134 | 01/17/2005, Email from M. Katz to H. Henry: D-00300 |
| DX 135 | 01/17/2005, Email from M. Katz to H. Henry: D-00301-00305 |
| DX 136 | 01/20/2005, Email from M. Katz to H. Henry: D-00306-00307 |

| EXHIBIT # | DESCRIPTION |
|---|---|
| DX 137 | 01/25/2005, Email exchange between Katz and Henry: D-00313 |
| DX 138 | 01/25/2005, Email exchange between Henry and Katz: D-00308 |
| DX 139 | 01/27/2005, Email exchange between Katz and Henry: D-00316 |
| DX 140 | 02/2005, Continuous Tablet Coater (CTC) Single Pass Project Summary: P-379-380 |
| DX 141 | 02/03/2005, Email exchange between Katz, Henry, and Espejo: D-00326 |
| DX 142 | 2/3/2005, Email exchange between Katz, Henry, and Espejo: P-1072; 02/03/2005 and 02/16/2005, P-74; 02/16/2005, P-1144 |
| DX 143 | 02/3/2005, Email from Katz to Henry: D-00319 |
| DX 144 | 02/08/2005, Email exchange between Henry and Katz: D-00322 |
| DX 145 | 02/09/2005, Email exchange between Espejo and Henry: D-00323 |
| DX 146 | 02/08/2005, 02/09/2005, Email exchange between Katz and Henry: D-00327 |
| DX 147 | 02/09/2005, Email from Katz to Henry: D-00329 |
| DX 148 | 02/14/2004-02/15/2005. Email exchange between Driscoll, Henry, and Katz: D-00324-00327 |
| DX 149 | 02/16/2005, Email from G. Livermore to A. Espejo, M. Katz et al: P-74 |
| DX 150 | 02/16/2005, Email from Katz to Henry: D-00330-00332 |
| DX 151 | 02/22/2005, Email from H. Henry to C. Bromley et al: D-00340-00341 |
| DX 152 | 02/24/2005, Email exchange between Henry and Espejo: D-00309 |
| DX 153 | 03/08/2005, Email from M. Katz to H. Henry: D-00347-00348 |
| DX 154 | 03/09/2005, Job Description Template for H. Henry: D-00502-00506 |
| DX 155 | 02/18/2005, 03/15/2005-03/16/2005, Email exchange between Espejo and Henry: P-514-515 |
| DX 156 | 03/29/2005, Email from J. Rial to A. Espejo: D-000869 |
| DX 157 | 03/29/2005, Email from Andrew Espejo to Max Katz, J. Rose: D-000351 |

| EXHIBIT # | DESCRIPTION |
|---|---|
| DX 158 | 03/30/2005. Email from Max Katz to Andrew Espejo: D-000352 |
| DX 159 | 04/05/2005, HH Chronology: D-00752-000788, D-00338-00339, P-514-515 |
| DX 160 | 04/07/2005, Email from A. Espejo: D-000750-000788, D-00338-00339, P-514-515 |
| DX 161 | 05/13/2005, Email from H. Henry to M. Katz: P-90 |
| DX 162 | 05/18/2005, Email from H. Henry to A. Espejo: P-1685 |
| DX 163 | 05/18/2005, Notes: D-000644-000650 |
| DX 164 | 05/19/2005, Email from Katz to Henry: P-1050 |
| DX 165 | 05/19/2005, Email from Ruffner to Marroso: D-00402A |
| DX 166 | 05/27/2005, Email from M. Katz to H. Henry: D-00359-00362 |
| DX 167 | 05/31/2005, Email from H. Henry to M. Katz: P-208-212 |
| DX 168 | 05/31/2005, Email from M. Katz to A. Espejo, S. Marroso: D-00367-00371 |
| DX 169 | 06/02/2005, Email from J. Colas to H. Henry: P-163-168 |
| DX 170 | 06/15/2005, Email from M. Katz to H. Henry: P-1481 |
| DX 171 | 06/24/2005, Meeting Notes: D-000635 |
| DX 172 | 06/28/2005, Email from H. Henry to M. Katz, S. Marroso: D-000636 |
| DX 173 | 06/29/2005, Email from A. Espejo to H. Henry: P-295 |
| DX 174 | 06/29/2005, Email from M. Katz to H. Henry, T. Rock, S. Venkatesan: P-296-297 |
| DX 175 | 07/01/2005 Memo from Henry to Katz re Response to PIP: P-3724-3726 |
| DX 176 | 07/06/2005, Email from M. Katz to H. Henry, S. Marroso: P-39 |
| DX 177 | 07/06/2005 Meeting Notes o: D- 000641-000642 |
| DX 178 | 07/14/2005, Email from M. Katz to H. Henry, S. Marroso: P-38 |
| DX 179 | 07/15/2005, Email from M. Katz to H. Henry, S. Marroso: P-35 |
| DX 180 | 07/25/2005 Meeting Notes: D-000637-000639 |
| DX 181 | 07/25/2005, Email from M. Katz to H. Henry, S. Marroso: P-32 |
| DX 182 | 07/28/2005, Memo from Katz to Henry: P-3727 |
| DX 183 | 08/01/2005, Email exchange between Henry, Katz, and Marroso: D-000643 |

| EXHIBIT # | DESCRIPTION |
|---|---|
| DX 184 | 10/11/2005, Letter from M. Allen to H. Henry: D-00570 |
| DX 185 | 01/10/2006, Letter from Culler to Henry: D-00571-00572 |
| DX 186 | 01/15/06, Hours: D-00581 |
| DX 187 | 02/07/2006, Personnel/Position Action Request: D-00107 |
| DX 188 | 02/09/2006, Letter from H. Henry to M. Allen: D-00578 |
| DX 189 | 02/14/2006, Letter from M. Allen to H. Henry: D-00579 |
| DX 190 | 6/29/2001, Acknowledgement of Unlawful Harassment Policy (signed 11/20/2001 by H. Henry): D-00067 |
| DX 191 | 11/2002, Unlawful Harassment and Discrimination: D-00034-00037 |
| DX 192 | 04/04/2006, Unlawful Harassment and Discrimination: D-00003-00004 |
| DX 193 | Equal Employment Opportunity: P-2225-2230 |
| DX 194 | 11/2002, Equal Employment Opportunity: P-2318-2319, 2312-2313 |
| DX 195 | 04/04/2006, Equal Employment Opportunity: D-00005 |
| DX 196 | 07/01/2002, Promotion and Transfer of Employees: D-00001-00002 |
| DX 197 | 11/2003, Posting of Job Opportunities: D-00027-00033 |
| DX 198 | 04/04/2006, Posting of Job Opportunities: D-00010-00012 |
| DX 199 | 04/04/2006, Performance Management: D-00009 |
| DX 200 | 04/04/2006, Disciplinary Actions: D-00006 |
| DX 201 | 11/2002, Conduct in the Workplace: P-2321-2325 |
| DX 202 | 11/2002, Code of Conduct: P-2326-2327 |
| DX 203 | 04/04/2006, Conduct in the Workplace: D-00007-00008 |
| DX 204 | 06/17/1996, Acknowledgement of Code of Conduct (signed by H. Henry): D-00059 |
| DX 205 | 09/10/2001, Acknowledgement of Wyeth's Rules of Conduct policy (signed by H. Henry): D-00066 |
| DX 206 | 07/02/2004, Acknowledgement of Code of Conduct (signed by H. Henry): D-00078 |
| DX 207 | 04/04/2006, Time Off and Leaves of Absence: D-00013-00015, 00017, 00025-00026 |

| EXHIBIT # | DESCRIPTION |
|---|---|
| DX 208 | 12/31/03 Chart, D-000859 |
| DX 209 | 12/31/04 Chart, D-000860 |
| DX 210 | 12/31/05 Chart, D-000861 |
| DX 211 | 08/05/2005, Request for Consideration for Extended Disability Benefits: D-00580 |
| DX 212 | 8/16/2005, MetLife denial of Henry's Disability Claim: D-00582-00583 |
| DX 213 | 08/16/2005, Certification of Henry's Health Care Provider: DOC-0066-0068 |
| DX 214 | 08/31/2005, Revised Certification of Henry's Health Care Provider: P-4532-4534 |
| DX 215 | 08/26/2005, Employee's Workers' Comp Claim for Compensation: P-4531, 4539 |
| DX 216 | 09/28/2005, Workers' Comp Case Information: P-4528 |
| DX 217 | 12/27/2005, Worker's Comp Notice of Decision (no action without medical documentation): D-00577 |
| DX 218 | 01/18/2006, Letter from M. Allen to H. Henry: D-00573 |
| DX 219 | 02/03/2006, Letter from H. Henry to M. Allen: D-00574 |
| DX 220 | 02/07/2006, Memo from M. Allen to H. Henry: D-00575 |
| DX 221 | 02/07/2006, Letter from M. Allen to H. Henry: D-00576 |
| DX 222 | 03/07/2006, Worker's Comp Notice of Decision: P-4529 |
| DX 223 | 03/10/2007, Practitioner's Report of Independent Medical Examination: P-SUP 14-19 |
| DX 224 | Wyeth Medical File, D-000870-000917 |
| DX 225 | Medical file from Dr. Levy, Psychologist, DOC-0022-0033 |
| DX 226 | Medical file from Dr. Henson, MD, DOC-0034-0072, P-4532-4534 |
| DX 227 | Medical file from Dr. Hickman, M.S.W., L.C.S.W., DOC-0001-00021, DOC-0059-0060 |
| DX 228 | Henry Income Tax Return 2000, P-4536-4540 |
| DX 229 | Henry Income Tax Return 2001, P-4541-4547 |
| DX 230 | Henry Income Tax Return 2002, P-4548-4554 |
| DX 231 | Henry Income Tax Return 2003, P-4555-4562 |

| EXHIBIT # | DESCRIPTION |
|---|---|
| DX 232 | Henry Income Tax Return 2004, P-4563-4572 |
| DX 233 | Henry Income Tax Return 2005, P-4573-4587 |
| DX 234 | Henry Income Tax Return 2006 |
| DX 235 | Henry Job Search: P-4599-4588, P-Sup-51-20 |
| DX 236 | Beelin Cheang's Resume: D-000685 |
| DX 237 | Jean Colas' 2003 Annual Performance Appraisal: D-000803-000807 |
| DX 238 | Jean Colas' 2004 Annual Performance Appraisal: D-000796-000802 |
| DX 239 | Jean Colas' 2005 Annual Performance Appraisal: D-000789-000795 |
| DX 240 | Christopher Defeciani's Resume: D-000817-000818 |
| DX 241 | Christopher Defeciani's 2000 Performance Planning and Appraisal: D-000728-000732 |
| DX 242 | Christopher Defeciani's 2001 Performance Planning and Appraisal: D-000722-727 |
| DX 243 | Christopher Defeciani's 2002 Performance Planning and Appraisal: D-000717-000721 |
| DX 244 | Max Katz' Resume: D-000686 |
| DX 245 | Max Katz' 2003 Performance Appraisal: D-000692-000695 |
| DX 246 | Max Katz' 2004 Performance Appraisal: D-000687-000691 |
| DX 247 | Angel Montanez' Resume: D-000819-000820 |
| DX 248 | Richard Morgan's 2001 Performance Planning and Appraisal: D-000863-000868 |
| DX 249 | Richard Morgan's 2002 Performance Appraisal: D-000744-000749 |
| DX 250 | Richard Morgan's 2003 Performance Appraisal: D-000738-000743 |
| DX 251 | Richard Morgan's 2004 Performance Appraisal: D-000733-000737 |
| DX 252 | Cara Muscolo's Resume: D-000696-000697 |
| DX 253 | Cara Muscolo's 1999 Performance Planning and Appraisal: D-000703-000706 |
| DX 254 | Cara Muscolo's 2000 Performance Planning and Appraisal: D- |

| EXHIBIT # | DESCRIPTION |
|---|---|
|  | 000698-000702 |
| DX 255 | James Patch's Resume: D-000708-000713 |
| DX 256 | 12/01/2004, James Patch's Offer Request Form: D-000707 |
| DX 257 | 12/03/2004, James Patch's Offer Letter: D-000714-000715 |
| DX 258 | 12/29/2004, James Patch's Ph.D. certificate: D-000716 |
| DX 259 | 09/20/2005, Complaint 05 STGT |
| DX 260 | EEOC Discrimination Charge, D-00212, D-00214-00221 |
| DX 261 | 06/21/2005, EEOC Dismissal and Notice of Rights |
| DX 262 | 10/27/2005, EEOC Retaliation Charge, D-00222-00225 |

Dated:  New York, New York
        January 22, 2008

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
    Michael Delikat
    James H. McQuade
    Heather A. Glatter

666 Fifth Avenue
New York, New York 10103-0001
Telephone: (212) 506-5000

Attorneys for Defendants Wyeth Pharmaceuticals,
a Division of Wyeth, Walter Wardrop and
Michael McDermott