UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
HOWARD HENRY,

    Plaintiff,

   -against-

WYETH PHARMACEUTICALS, INC.,
WALTER WARDROP, ANDREW
SCHASCHL, and MICHAEL
MCDERMOTT,

    Defendants.

-------------------------------------------------X

Docket No.
05-CV-8106 (WCC)(LMS)


**PLAINTIFF'S AMENDED**
**EXHIBIT LIST**

   Plaintiff, by his undersigned attorneys, intends to introduce the following exhibits at the

trial of this matter.

| EXHIBIT # | DESCRIPTION |
|---|---|
| PX1 | Letter from Dr. Bell to Employee dated January 1, 1990 (bates stamps D-00060). |
| PX2 | Curriculum Vitae of Howard Henry dated August 7, 1992 (bates D-00040). |
| PX3 | Howard Henry Employment Application dated December 2, 1992 (bates D-00038 -D-00039). |
| PX4 | Performance Planning and Review Form for Howard Henry conducted December 8, 1993 (bates D-00112—D-00115 |
| PX5 | Letter from Eugene V. Magrini, Jr. to Howard Henry dated July 23, 1993 (bates stamps D-00041). |
| PX6 | Employment Agreement between Howard Henry and American Cyanamid Company, dated August 9, 1993 bates D-00045- D-00049). |
| PX7 | Performance Planning and Review Form for Howard Henry conducted December 20, 1994 (bates D-00116—D-00121). |
| PX8 | Alternative Work Arrangement request dated November 9, 1995 (bates stamps D-00052- D00053). |
| PX9 | Performance Planning and Review Form for Howard Henry conducted November 14, 1995 (bates D-00122—D-00125). |
| PX11 | Letter from Cathy Carey to Tony D'Amato dated January 16, 1996 (bates stamps D-00054). |
| PX12 | Letter from Dr. William Cain to Linda Vergine dated March 8, 1996 (bates stamps D-00055). |

| | |
|---|---|
| **PX13** | Employment Status Change form for Howard Henry dated March 18, 1996 (bates stamps D-00056). |
| **PX14** | Code of Conduct, Certificate of Compliance dated June 14, 1996 (bates stamps D-00059). |
| **PX15** | Special Recognition Award Nomination Form for Howard Henry dated October 30, 1996 (bates 4335). |
| **PX16** | Project Team Member Performance Review for Howard Henry conducted December 3, 1996 (bated D-00130—D-00135). |
| **PX17** | 1996 Year-End Increase Notification Form for Howard Henry (bates stamps D-00380). |
| **PX19** | Letter from Donald Mattey to Howard Henry dated January 17, 1997 (bates stamps D-00062-D-00063). |
| **PX20** | Email from Kevin McCoy to HENRYH dated June 4, 1997 (bates stamps D-00374) |
| **PX21** | Email from Kevin McCoy to KOLEM dated June 30, 1997 (bates stamps D-00376) |
| **PX22** | Email from Haylee Bell to WAPR11.MCCOYK dated July 1, 1997 (bates stamps D-00377). |
| **PX23** | Personnel Transaction Request with approval dated July 23, 1997 (bates stamps D-00390- D-00391). |
| **PX24** | Email from Kevin McCoy to ROBINSR dated August 8, 1997 (bates stamps D-00378). |
| **PX25** | Performance Planning and Appraisal for Howard Henry conducted January 23, 1998 (bates D-00136—D-00139). |
| **PX26** | Internet Policy Code of Compliance dated March 9, 1998 (bates stamps D-00064). |
| **PX27** | Performance Planning and Appraisal for Howard Henry conducted November 23, 1998 (bates D-00140—D-00143). |
| **PX28** | Performance Appraisals for Cara Muscolo for years 1999 and 2000 (bates stamps D-000703-000706, D-000698- D-000702) |
| **PX29** | Performance Planning and Appraisal for Howard Henry conducted January 7, 2000 (bates D-00144—D-00147). |
| **PX30** | Letter from Joanne Rose to Howard Henry dated August 9, 2000 (bates D-00065). |
| **PX31** | Performance Planning and Appraisal for Chris Defeciani dated December 6, 2000 (bates stamps D-000728- D-000732) |
| **PX32** | Performance Planning and Appraisal for Howard Henry conducted December 6, 2000 (bates 4330—4334) (Henry-10). |
| **PX33** | Job Description Worksheet for Packaging Supervisor position (bates D-00528—D-00532). June 2001 |
| **PX34** | Letter to all Managers from Wyeth dated June 29, 2001 (bates D-00067). |
| **PX35** | Letter from Patrick Gage to Fellow Employee dated September 10, 2001 (bates stamps D-00066) |
| **PX36** | Performance Planning and Appraisal for Howard Henry conducted on or about December 11, 2001 (bates D-00148—D-00153) (Henry-11). |

| | |
|---|---|
| **PX37** | Performance Planning and Appraisal for Chris Defeciani dated December 11, 2001 (bates stamps D-000722- D-000727) |
| **PX38** | Email from Joyce Barao to Joyce Barao and Andy Schaschl dated June 10, 2002 (bates stamps D-00396). |
| **PX39** | Email from Andy Schaschl to Bob Bracco, Michael Davenport, Ingrid Gibson, Howard Mackey, Joanne Rose, Greg Rumpf and Walter Wardrop dated June 27, 2002 (bates stamps D-00397). |
| **PX40** | Wyeth Human Resources Policy Manual dated July 1, 2002 (bates D-00001- D-00037). |
| **PX41** | Summary of Howard Henry's 2003 Progress Review (bates stamps D-000610) |
| **PX42** | Performance Appraisal for Chris Defeciani dated January 8, 2003 (bates stamps D-000717- D-000721) |
| **PX43** | Performance Appraisal for Howard Henry conducted January 22, 2003 (bates D-00154— D-00158) (Henry-12). |
| **PX44** | Email from Walter Wardrop to Howard Henry dated March 7, 2003 (bates 1965). |
| **PX45** | Email from Walter Wardrop to Howard Henry dated March 7, 2003 containing forwards of various prior emails (bates 1964). |
| **PX46** | Email from Walter Wardrop to Howard Henry dated March 17, 2003 containing forwards of two prior emails  (bates 1954). |
| **PX47** | Email from Walter Wardrop to Kathleen Testaverde dated July 3, 2003 (bates 1938). |
| **PX48** | Securities Transactions Acknowledgment and Certification dated July 9, 2003 (bates stamps D-00069). |
| **PX49** | Email from Walter Wardrop to Abraham Chong, Michael Curry, Karin Dillon, Howard Henry, Richard Morgan, Rakesh Patel, Kathleen Testaverde, Leon Williams dated July 21, 2003 containing forward of email from Howard Henry dated July 21, 2003 (bates 1936). |
| **PX50** | Email from Walter Wardrop to Keith Crump, Gregory Dubler, Scott Graney, Howard Henry, Vonda Hill, Richard Morgan, and Gerald Rosado dated August 20, 200 (bates 1934). |
| **PX51** | Email from Walter Wardrop to Micheal Collorafi, Keith Crump, Gregory Dubler, Howard Henry, Vonda Hill, Richard Morgan, and Gerald Rosado dated August 22, 200 (bates 1932). |
| **PX52** | Mid-Year Review 2003 for Howard Henry dated September 3, 2003 unsigned (bates D-00198 - D-00199). |
| **PX53** | Mid-Year Review 2003 for Howard Henry dated September 3, 2003 unsigned(bates D-00176—D-00177) (Henry-13). |
| **PX54** | Email from Walter Wardrop to Train 1 Staff dated September 8, 2003 (bates stamps D-00264). |
| **PX55** | Letter from Wyeth to Distribution dated September 9, 2003 (bates stamps D-000601 - D-000602). |
| **PX56** | Letter from Wyeth to Distribution dated September 9, 2003 (bates stamps D-00265 - D-00266). |

| | |
|---|---|
| **PX57** | Engineer Status Project Report dated September 17, 2003 (bates 2553—2563). |
| **PX58** | Email from Walter Wardrop to Howard Henry dated September 18, 2003 (bates stamps D-00263). |
| **PX60** | Email from Walter Wardrop to Train 1 Staff dated October 2, 2003 (bates stamps D-00267). |
| **PX61** | Self Appraisal Form for Howard Henry covering period October 2002-October 2003 unsigned and undated (bates D-00159—D-00164). |
| **PX62** | Email from Jim Livolsi to Lynn Bottone, Bob Bracco, Kevin Costello, Robert Davis, Daniel Ferrara, Paul Kucera, Paul Lucas, Howard Mackey, Donald Morgan, Greg Rumpf, Andy Schaschl, Joe Vitanza and Walter Wardrop dated November 12, 2003 (bates stamps D-00270). |
| **PX63** | Email from Walter Wardrop to Howard Henry dated November 12, 2003 (bates stamps D-00269). |
| **PX64** | Email from Kathleen Testaverde to Susan Harvuot, Lewis Wayne and Walter Wardrop dated November 13, 2003 (bates stamps D-00272). |
| **PX65** | Email from Howard Henry to Walter Wardrop dated November 21, 2003 (bates stamps D-00271). |
| **PX66** | Annual Performance Appraisal for Jean Colas dated December 17, 2003 (bates stamps D-000803- D-000807). |
| **PX67** | 2003 Performance Objectives (first quarter) for Howard Henry (bates 1955—1962). |
| **PX68** | Original Performance Appraisal for Howard Henry for 2003 unsigned and undated (bates EEOC 0051—EEOC 0054) (Henry-14). |
| **PX69** | 2003 Performance Objectives (third quarter) for Howard Henry (bates 2564—2573). |
| **PX70** | Diary of Howard Henry (bates 4600-4671) (Henry-43). -2004 |
| **PX71** | Letter from Howard Henry to Walter Wardrop dated January 5, 2004 and enclosed documents (bates D-00273—D-00295) (Henry-16). |
| **PX72** | Performance Appraisal for Max Katz dated January 5, 2004 (bates stamps D-000687- D-000695) |
| **PX73** | Letter to File from A. Schaschl dated January 9, 2004 (bates stamps D-000588 - D 000590) |
| **PX74** | Email from Joanne Rose to Howard Henry dated January 13, 2004 (bates stamps D-000591). |
| **PX75** | Email from Howard Henry to Andrew Abatangelo, Jim Fleming, Kenneth Flowers, Scott Graney, Jennifer Hallock, Vonda Hill, Max Katz, Susan Lindland, Richard Morgan, Al Reha, Manual Rivera, Christopher Snell, Jose Torres, Excer Zayas, dated January 14, 2005 (bates stamps D-00299). |
| **PX76** | Amended Performance Appraisal for Howard Henry conducted January 16, 2004 (bates D-00165—D-00169) (Henry-17). |
| **PX77** | Memorandum reflecting Meeting dated January 16, 2004 (bates stamps D-000603- D-000605). |
| **PX78** | Performance Appraisal for Howard Henry dated January 16, 2004 (bates stamps D-00178 - D-00182) |

| | |
|---|---|
| **PX79** | Email from Joanne Rose to Donna Grantland dated January 16, 2004 (bates stamps D-000598). |
| **PX80** | Performance Appraisal for Howard Henry conducted January 16, 2004 (Bates D-00200 - D-00204). |
| **PX81** | Bid Confirmation for Howard Henry for Staff Engineer I position dated January 26, 2004 and related documents (bates 3812, 3811, D-00542, 1555-56) (Henry-6). |
| **PX82** | Email from Mike McDermott to Joanne Rose dated January 27, 2004 (bates stamps D-000606) |
| **PX83** | Email from Peter Bigelow to Howard Henry dated January 27, 2004 (bates stamps D-000607 -D-000608) |
| **PX84** | Email from Peter Bigelow to Pat containing forward of email from Andy Schaschl to Peter Bigelow dated January 27, 2004 (bates stamps D-000609). |
| **PX85** | Bid Confirmation for Howard Henry for Staff Engineer I position dated January 29, 2004 and related documents (bates stamps D-00398- D-00401). |
| **PX86** | Email from Howard Henry to Derek Burt dated January 30, 2004 (bates 1511). |
| **PX87** | Email from Derek Burt to Howard Henry dated February 2, 2004 (bates 1447). |
| **PX89** | Email from Peter Bigelow dated February 13, 2004 (bates stamps D-000611) |
| **PX90** | Email from Howard Henry to Peter Bigelow dated February 16, 2004 (bates 1438) (Henry-18). |
| **PX91** | Email from Howard Henry to Peter Bigelow dated February 16, 2004 (bates stamps D-000612) |
| **PX92** | Email from Peter Bigelow to Howard Henry dated February 25, 2004  (bates stamps 1432) Henry-19). |
| **PX93** | Qualifications by Employee dated February 27, 2004 (bates 1515—1521). |
| **PX94** | Employee Catalog by Profession dated March 1, 2004 (bates 1505—1510). |
| **PX95** | Spreadsheet showing Due Date Extensions dated March 12, 2004 (bates 1687). |
| **PX96** | Letter to File from Andrew Espejo dated March 16, 2004 (bates stamps D-00296- D-00297). |
| **PX97** | Employee Data Verification Report dated March 17, 2004 (bates 1504). |
| **PX98** | Email from T&E Administrator to Howard Henry dated March 19, 2004 and Expense Report Summary for Howard Henry dated March 16, 2004 (bates 1499—1503). |
| **PX99** | Email from Donna Grantland to Adeline Fox dated March 31, 2004 (bates D-000651) |
| **PX100** | 2004 Quarterly Review – 1st Quarter for Howard Henry (bates 1496) |
| **PX101** | PPU#1 2004 Goals and Objectives for Howard Henry with 1st Quarter results (bates 1497). |
| **PX102** | Email from Adeline Fox to Howard Henry dated April 6, 2004 (bates stamps D-000652) |
| **PX103** | Email from Adeline Fox to Adeline Fox, Joanne Rose and Eugene Sackett dated April 6, 2004 (bates stamps D-000653). |

| | |
|---|---|
| **PX104** | Email from Adeline Fox to Adeline Fox, Eugene Sackett and Walter Wardrop dated April 6, 2004 (bates stamps D-000654). |
| **PX105** | Email from Adeline Fox to Adeline Fox, Mike McDermott and Eugene Sackett dated April 6, 2004 (bates stamps D-000655). |
| **PX106** | Date book dated April 6, 2004 (bates stamps D-000677-D-000678 |
| **PX107** | Email from Adeline Fox to Adeline Fox, Bob Bracco, and Eugene Sackett dated April 7, 2004 (bates stamps D-000656). |
| **PX108** | Email from Adeline Fox to Adeline Fox, Peter Bigelow, and Eugene Sackett dated April 7, 2004 (bates stamps D-000657). |
| **PX109** | Date book dated April 7, 2004 (bates stamps D-000679-D-000680). |
| **PX110** | Summary of Findings – Howard Henry dated April 7, 2004  (bates D-000682—D-000684). |
| **PX111** | Email from Eugene Sackett to Howard Henry dated April 15, 2004 (bates stamps D- 000618). |
| **PX112** | Email from Howard Henry to Peter Bigelow dated April 26, 2004 (bates 1407) (Henry-9). |
| **PX114** | Email from Peter Bigelow to Donna Grantland, Eugene J. Sackett dated April 26, 2004 (bates stamps D-000681) |
| **PX115** | Email from Donna Grantland to Peter Bigelow dated April 29, 2004 (bates stamps D-000620). |
| **PX116** | Email from Donna Grantland to Howard Henry dated May 6, 2004 (bates stamps D-000621). |
| **PX118** | Email from Joe Vitanza dated May 6, 2004 (bates stamps D-000615- D-000616) |
| **PX119** | Letter from William D. Frumkin to Peter Bigelow dated May 17, 2004 (bates stamps D-000622- D-000629) |
| **PX120** | Wyeth Employee Profile for Howard Henry dated May 21, 2004 (bates stamps D-00076 – 00077). |
| **PX121** | Letter from Mary Elizabeth Nagy to William Frumkin dated June 8, 2004 (bates stamps D-000630 - D-000631) |
| **PX122** | Email from Joanne Rose to Susie Frazelle dated June 30, 2004 containing a forwarding e-mail from Andrew Espejo dated June 30, 2004 (bates stamps D-00298). |
| **PX123** | Code of Certificate of Compliance dated July 2, 2004 with execution page dated October 27, 2004 (bates stamps D-00078- D-00079). |
| **PX124** | Employment Action Notice dated July 8, 2004 (bates stamps D-00070-D-00071) |
| **PX125** | 2004 Quarterly Review – Mid-Year Review for Howard Henry conducted July 9, 2004 (bates 1494) (Henry-22). |
| **PX126** | Letter from Mary Elizabeth Nagy to William Frumkin dated August 23, 2004 (bates stamps D-000632 - D-000633). |
| **PX127** | Email from Howard Henry to Andrew Espejo dated August 30, 2004 (bates 198—199). |
| **PX128** | Job Posting for Manager Manufacturing Support position (bates 1528). September 22nd, 2004 |

| PX129 | New York State Division of Human Rights, Charge of Discrimination, charge number 160-2005-00013 (bates stamps D-00250- D-00257). September 24th, 2004 |
|---|---|
| PX130 | Bid Confirmation for Howard Henry for Manager, Manufacturing Support Position dated September 30, 2004 and related documents (bates 1530, 1527, 1528) (Henry-7). |
| PX131 | Email from HRJOBSPEARLRIVER to Howard Henry dated October 1, 2004 (bates 1531). |
| PX132 | Email from Howard Henry to Andrew Espejo dated October 1, 2004 (bates 195—197). |
| PX133 | Email from Patti Verhasselt to Andrew Espejo dated October 7, 2004 and corresponding e-mails (bates stamps D-00403- D-00415) |
| PX134 | Email from Patti Verhasselt to Joanne Rose dared October 28, 2004 (bates stamps D-00417). |
| PX137 | Email from Patti Verhasselt to Andrew Espejo with attached documents dated November 1, 2004 (bates stamps D-000814-D-000816). |
| PX138 | Email from Andrew Espejo to Joanne Rose dated November 1, 2004 with attached documents (bates stamps D-00433 – D-00464) |
| PX139 | Email from Patti Verhasselt to Howard Henry dated November 3, 2004 (bates 1526). |
| PX140 | Email from Howard Henry to Andrew Espejo dated November 5, 2004 (bates 192—194). |
| PX143 | Email from Cara Muscolo to Andrew Espejo dated November 10, 2004 with related documents (bates stamps D-000808- D-000813). |
| PX145 | Email from Patti Verhasselt to Howard Henry dated November 30, 2004 (bates 1524). |
| PX146 | Note from Howard Henry referring to Monthly Summary of December 2004 (bates 200-205) |
| PX147 | Offer Request Form for James Patch dated December 1, 2004 (bates stamps D-000707). |
| PX148 | Letter from Clifford Ruffner to James Patch dated December 3, 2004 and executed by James Patch on December 6, 2004 (bates stamps D-000714- D-000715) |
| PX149 | Weekly Maintenance Zone Checklist dated December 6, 2004 marked Received March 2, 2005 (bates 4204—4205). |
| PX150 | Email from Andrew Espejo to Joanne Rose dated December 14, 2004 with forward from Joanne Rose dated December 14, 2004 (bates stamps D-00486 - D-00491) |
| PX151 | Performance Appraisal for Richard Morgan dated December 17, 2004 (bates stamps D-000733- D-000749) |
| PX152 | PPU#1 2004 Goals and Objectives for Howard Henry with 2nd Quarter results (bates 1495) (Henry-22). |

| | |
|---|---|
| **PX153** | Email from Andrew Espejo to Andrew Abatangelo, Raymond Bartolucci, Bernie Bernesser, Bob Bracco, Monte Bradford, Pasqua Castricato, Stacy Clarkson, Casandra Coffman, Kevin Costello, Ann Darda, Christopher Difeciani, Jim Fleming, Kenneth Flowers, Alice Gass, Ingrid Gibson, James Gibsonm Scott gRaney, Howard Henry, Jacqueline Hibbert, Max Katz, Jim Livolsi, Paul Lucas, Howard Mackey, Farooq Moatter, Richard Morgan, Paul Moser, Cara Muscolo, Thomas Nececkas, Margaret O'Toole, Henry Padley, James Parlagi, Juan J Rial, Christopher Snell, Elizabeth Twomey-Galvin, Tim Tynerm Walter Wardrop, Leon Williams, Joanne Rose, Patti Verhasselt, Joe Vitanza, dated January 3, 2005 and related documents (bates stamps D-00492- D-00494). |
| **PX154** | Performance Appraisal for Jean Colas dated January 4, 2005 (bates stamps D-000796- D-000802) |
| **PX155** | Mail properties status with attached e-mail from Max Katz to Howard dated January 10, 2005 (bates stamps D-000766- D-000768). |
| **PX156** | Mail properties status with attached e-mails from Max Katz to Howard dated January 17, 2005 and email from Ram Shankar to Wayne Fieldhouse and Jose Torres dated January 17, 2005 containing a forwarding e-mail from Ram Shankar to Joe Hall dated January 17, 2005 (bates stamps D-000758-D-000761). |
| **PX157** | Email from Max Katz to Howard Henry dated January 17, 2005 (bates stamps D-00301). |
| **PX158** | Email from Andrew Espejo to Howard Henry dated January 17, 2005 (bates 543). |
| **PX159** | Email from Max Katz to Howard Henry dated January 17, 2005 (bates 544) |
| **PX160** | Email from Max Katz to Howard Henry dated January 17, 2005 (bates stamps D-00300). |
| **PX161** | Email from Ram Skankar to Wayne Fieldhouse and Jose Torres dated January 17, 2005 (bates stamps D-00302). |
| **PX162** | Email from Howard Henry to Ram Shankar dated January 18, 2005 (bates stamps D-00303). |
| **PX163** | Email from Howard Henry to Ram Shankar dated January 19, 2005 (bates stamps D-00304- -00305). |
| **PX164** | Mail properties status with attached e-mails from Max Katz to Howard dated January 20, 2005 and an e-mail from Andrew Abatangelo to GassA@wyeth.com, AbatanA@wyeth.com; EspejoA@wyeth.com; MorganR4@wyeth.com; hibberj@wyeth.com dated January 19, 2005 (bates stamps D-000762-D000765) |
| **PX165** | Email from Andrew Abatangelo to GassA@wyeth.com, AbatanA@wyeth.com; EspejoA@wyeth.com; MorganR4@wyeth.com; hibberj@wyeth.com, ChongA@wyeth.com dated January 19, 2005 (bates stamps D-00307). |
| **PX166** | Email from Max Katz to Howard Henry dated January 20, 2005 (bates stamps D-00306). |
| **PX167** | Performance Appraisal for Howard Henry conducted January 24, 2005 (bates D-00170---D-00173) (Henry-23). |

| | |
|---|---|
| **PX168** | Email from Howard Henry to Max Katz dated January 25, 2005 (bates stamps D-00308). |
| **PX169** | Mail properties status with attached e-mail from Max Katz to Howard dated January 26,2005 containing a forwarding e-mail from Cassandra Coffman to Max Katz dated January 26, 2005 (bates stamps D-000771-D-000773). |
| **PX170** | Email from Max Katz to Howard Henry dated January 26, 2005 (bates stamps D-00314). |
| **PX171** | Email from Max Katz to Howard Henry dated January 27, 2005 (bates stamps D-00315) |
| **PX172** | Email from Max Katz to Howard Henry dated January 27, 2005 (bates stamps D-00316). |
| **PX173** | Email from Howard Henry to Andrew Abatangelo, Mike Aboyoun, Kenneth Flowers, Scott Graney, Jennifer Hallock, Robet Hirsch, Jim Livolsi, Ark Maciak, Peter McGarrigle, Richard Morgan, Nitiksha, Vinnie Rappa, Christopher Snell, Greg Whalen, Edward White dated January 31, 2005 (bates stamps D-00317) |
| **PX174** | Email from Howard Henry to Andrew Abatangelo, Mike Aboyoun, Kenneth Flowers, Scott Graney, Jennifer Hallock, Robet Hirsch, Jim Livolsi, Ark Maciak, Peter McGarrigle, Richard Morgan, Nitiksha, Vinnie Rappa, Christopher Snell, Greg Whalen, Edward White dated February 1, 2005 (bates stamps D-00318) |
| **PX175** | Email from Max Katz to Howard Henry dated February 3, 2005, containing forward of email from Grant Livermore to Andrew Espejo dated February 3, 2005 (bates 1072). |
| **PX176** | Mail properties status with attached e-mail from Max Katz to Howard dated February 3, 2005 containing a forwarding e-mail from Grant Livermore to Andrew dated February 3, 2005 (bates stamps D-000774- D-000775) |
| **PX177** | Email from Max Katz to Howard Henry dated February 3, 2005, containing forward of email from Grant Livermore to Andrew Espejo dated February 3, 2005 (bates stamps D-00326). |
| **PX178** | Mail properties status with attached e-mail from Max Katz to Howard dated February 3, 2005 (bates stamps D-000769- D-000770). |
| **PX180** | Email from Max Katz to Howard Henry dated February 3, 2005 (bates stamps D-00319). |
| **PX181** | Mail properties status with attached e-mail from Max Katz to Howard dated February 8, 2005 (bates stamps D-000776- D-000777). |
| **PX182** | Email from Max Katz to Howard Henry dated February 8, 2005 (bates stamps D-00321). |
| **PX183** | Email from Howard Henry to Max Katz dated February 8, 2005 (bates stamps D-00322). |
| **PX184** | Email from Howard Henry to Andrew Espejo dated February 9, 2005 containing forward from an email from Andrew Espejo dated February 8, 2005 (bates stamps D-00323). |
| **PX185** | Email from Max Katz to Howard henry dated February 9, 2005 (bates stamps D-00327). |

| PX186 | Email from Howard Henry to Andrew Espejo and Max Katz dated February 9, 2005 (bates stamps D-00328). |
|---|---|
| PX187 | Email from Max Katz to Howard Henry dated February 9, 2005 (bates stamps D-00329). |
| PX188 | Mail properties status with attached e-mail from Max Katz to Howard dated February 9, 2005 containing a forwarding e-mail from Howard Henry to Andrew dated February 9, 2005 and a forwarding e-mail from Andrew Espejo to Howard dated February 8, 2005 and a forwarding e-mail from Farooq Moatter to Howard dated February 8, 2005 and a forwarding e-mail from Farooq Moatter to Jacqueline Rivera dated February 8, 2005 and a forwarding e-mail from Jacqueline Rivera to Farooq Moatter dated February 8, 2005 (bates stamps D-000778 - D-000780). |
| PX189 | Mail properties status with attached e-mail from Max Katz to Howard dated February 9, 2005 (bates stamps D-000781- D-000782). |
| PX190 | Email from Howard Henry to Tom Driscoll dated February 15, 2005 (bates stamps D-00324). |
| PX191 | Email from Max Katz to Howard Henry dated February 15, 2005 (bates stamps D-00325). |
| PX192 | Email from Max Katz to Howard Henry with related documents dated February 16, 2005 (bates stamps D-00330- D-00332). |
| PX193 | Mail properties status with attached e-mail from Max Katz to Howard with related documents dated February 17, 2005(bates stamps D-000783-D-000786). |
| PX194 | Email from Max Katz to Howard Henry dated February 17, 2005 (bates stamps D-00333). |
| PX195 | Email from Howard Henry to Louis Baldi, Paulo Couto, Jim Fleming, Kenneth Flowers Pierre Gaspard, Jennifer Hallock, Theresa Herbert, Vonda Hill, Susan Linland, Richard Morgan, John Natale, Al Reha, Manue; Rivera, Mark Smith, Christopher Snell and Jose Torres dated February 17, 2005 (bates stamps D-00334). |
| PX196 | Email from Max Katz to Howard Henry dated February 18, 2005 (bates stamps D-00320). |
| PX197 | Email from Andrew Espejo to Alice Gass, Howard Henry, Jacqueline Hibbert, Max Katz, PPU1 Supervisors dated February 18, 2005 (bates stamps D-00337). |
| PX198 | Email from Howard Henry to Christine Promley dated February 22, 2005 with forwarding e-mail from Howard Henry to Andrew Espejo dated February 21, 2005 and  a forwarding e-mail from Andrew Espejo to Howard Henry dated February 21, 2005 and a forwarding e-mail from Andrienne Morris to Howard Henry dated February 21, 2005 (bates stamps D-00340-D-00341). |
| PX199 | Email from Max Katz to Howard Henry dated February 22, 2005 with forwarding e-mail from Howard Henry to Andrew Espejo dated February 21, 2005 and a forwarding e-mail from Andrew Espejo to Howard Henry dated February 21, 2005 (bates stamps D-00342- D-00343). |

| | |
|---|---|
| **PX200** | Email from Howard Henry to Christine Bromley dated February 22, 2005, containing forward of email from Andrew Espejo and Andrienne Morris dated February 21, 2005 (bates stamps D-00344- D-00345). |
| **PX201** | Email from Max Katz to Howard Henry dated February 23, 2005 (bates stamps D-00346). |
| **PX203** | Email from Howard Henry to Andrew Espejo dated February 24, 2005 (bates stamps D-00309). |
| **PX204** | Employee Development Plan for Howard Henry dated March 3, 2005 (bates 3769—3771). |
| **PX205** | Email from Howard Henry to Mike Aboyoun , Sal Calautti, Jim Fleming, Robert Hirsch, Max Katz, Chuck Manning, Tom Rock, Ram Shankar, Glenn Somers and Sridhar Venkatesan dated March 4, 2005 (bates stamps D-00358). |
| **PX206** | Email from Howard Henry to Max Katz dated March 8, 2005 (bates stamps D-00335 - D-00336). |
| **PX207** | Mail properties status with attached e-mail from Max Katz to Howard dated March 8, 2005 (bates stamps D-000787-D-000788). |
| **PX208** | Email from Max Katz to Howard Henry dated March 8, 2005 (bates stamps D-00347). |
| **PX209** | Email from Howard Henry to Max Katz dated March 8, 2005 (bates stamps D-00348). |
| **PX210** | Job Description Worksheet for Process Engineer III dated March 9, 2005 (bates stamps D-00502- D-00506). |
| **PX212** | Thank You Recognition to Howard Henry March 12, 2004 (bates 1318). |
| **PX214** | Email from Andrew Espejo to Howard Henry dated March 15, 2005 (bates stamps D-00338). |
| **PX215** | Email from Andrew Espejo to Howard Henry dated March 16, 2005 containing forward of various prior emails (bates 514—515). |
| **PX216** | Email from Howard Henry to Andrew Espejo dated March 16, 2005 (bates stamps D-00339). |
| **PX217** | Email from Howard Henry to Andrew Espejo dated March 16, 2005 (bates stamps D-00349- D-00350). |
| **PX218** | Email from Andrew Espejo to Max Katz dated March 29, 2005 (bates stamps D-00351). |
| **PX219** | Email from Max Katz to Andrew Espejo dated March 30, 2005 containing forward of email from Andrew Espejo to Max Katz dated March 29, 2005 (bates D-00352). |
| **PX221** | Letter from Donna M. Orzell to Sean Oliveira dated March 30, 2005 (bates stamps D-00191- D-00197). |
| **PX222** | Email from Howard Henry to Andrew Espejo and Max Katz dated March 30, 2005 (bates stamps D-00354). |
| **PX223** | Email from Max Katz to Howard Henry dated April 1, 2005 (bates stamps D-00353). |
| **PX224** | Email from Howard Henry to Christopher Boyle dated April 4, 2005 (bates stamps D-00355). |

| | |
|---|---|
| **PX225** | Email from Howard Henry to Christopher Boyle dated April 4, 2005 (bates stamps D-00356- D-00357). |
| **PX226** | Email from Howard Henry to Andrew Espejo dated May 18, 2005 (bates 1685). |
| **PX227** | Email from Cliff Ruffner to Stacey Marroso dated May 19, 2005 and related documents (bates stamps D-00498- D-00501) |
| **PX228** | Email from Cliff Ruffner to Stacy Marroso dated May 19, 2005 (bates stamps D-00402). |
| **PX229** | Email from Max Katz to Howard Henry dated May 27, 2005 with related documents (bates stamps D-00359- D-00373). |
| **PX230** | 2005 Performance Feedback for Howard Henry dated May 31, 2005 (bates 3765—3768) (Henry-24) |
| **PX231** | 2005 Performance Feedback for Howard Henry dated May 31, 2005 (bates stamps D-00187- D00190). |
| **PX232** | 2005 Performance Feedback for Howard Henry dated May 31, 2005 (bates stamps D-00183- D-00186) |
| **PX233** | EEOC Dismissal and Notice of Rights (Right to Sue letter) in EEOC charge number 160-2005-000113 (bates D-00102) June 21st, 2005 |
| **PX234** | EEOC Dismissal and Notice of Rights (Right to Sue letter) in EEOC charge number 160-2005-000113 (bates stamps D-00247- D-00249). June 21st, 2005 |
| **PX235** | EEOC Dismissal and Notice of Rights (Right to Sue letter) in EEOC charge number 160-2005-000113 (bates stamps D-00210- D-00211). June 21st, 2005 |
| **PX236** | Guide for Performance Improvement a/k/a Performance Improvement Plan (PIP) dated June 23, 2005 and Program Results dated July 25, 2005 (bates D-00090—D-00093). |
| **PX237** | Mail properties status dated June 24, 2005 (bates stamps D-00080- D-00081). |
| **PX238** | Meeting Notes "Howard Henry PIP Discussion & Delivery of Midyear Evaluation" dated June 24, 2005 (bates stamps D-000635). |
| **PX239** | Email from Max Katz to Howard Henry and Max Katz dated June 24, 2005 (bates stamps D-000634). |
| **PX241** | Letter from Max Katz to Howard Henry dated July 28, 2005 (bates stamps D-00101). |
| **PX242** | Email from Howard Henry to Max Katz dated June 28, 2005 (bates stamps D-000636). |
| **PX243** | Letter from Howard Henry to Max Katz dated July 1, 2005 (bates D-00094—D-00096) (Henry-28). |
| **PX244** | Meeting Notes "Howard Henry PIP Status Discussion" dated July 6, 2005 (bates stamps D-000641 -D-000642) |
| **PX245** | Meeting Notes "Howard Henry PIP Status Discussion" dated July 25, 2005 (bates stamps D- 000637 - D-000639). |
| **PX246** | Letter from Max Katz to Howard Henry dated July 28, 2005 (bates stamps D-000640) |
| **PX247** | Monthly Summary of Howard Henry's work for month of July 2005 (bates 4519—4522). |

| | |
|---|---|
| PX248 | Project Summary (July 2005) by Howard Henry (bates 4515—4518). |
| PX249 | Email from Max Katz to Stacy Marroso dated August 1, 2005 (bates stamps D-000643) |
| PX250 | Request for Extended Disability Benefits dated August 4, 2005 (bates stamps D-00580) |
| PX251 | Email from Howard Henry to Max Katz dated August 5, 2005 (bates 188—190). |
| PX252 | Monthly Sick Leave dated August 8, 2005 (bates stamps D-000581) |
| PX253 | Certification of Health Care Provider prepared by Howard Henry's doctor dated August 16, 2005 (bates D-00584—D-00586) (Henry-30). |
| PX254 | Letter from John Kozak to Howard Henry dated August 16, 2005 (bates stamps D-00582- D-00583). |
| PX255 | State of New York Worker's Compensation Board Claim for Compensation filed by Howard Henry dated August 26, 2005 (bates 4531) (Henry-33). |
| PX256 | Revised Certification of Health Care Provider prepared by Howard Henry's doctor dated August 31, 2005 (bates 4532-4534) (Henry-32). |
| PX257 | Engineer Status Project Report dated August 31, 2005 (bates 3326—3358). |
| PX258 | EEOC Charge of Discrimination by Howard Henry against Defendants bearing EEOC charge number 160-2006-00276 (bates D-00224—D-00225). |
| PX259 | Email from Joe Vitanza to All Pearl River Employees dated October 10, 2005 (bates 607—609). |
| PX260 | Wyeth Employee Profile for Howard Henry dated November 18, 2005 (bates stamps D00104-D000106). |
| PX261 | Letter from Littece Culler to Howard Henry dated January 10, 2006 (bates D-00571—D-00572) (Henry-34). |
| PX262 | Letter from Martin Allen to Howard Henry dated January 18, 2006 (bates stamps D-00573) |
| PX263 | Letter from Howard Henry to Martin Allen dated February 3, 2006 (bates stamps D-00574) |
| PX264 | Personnel/Position Action Request Form for Howard Henry dated February 7, 2006 (bates stamps D-00107- D-00108).July 25, 2007. |
| PX265 | Letter from Martin Allen to Howard Henry dated February 7, 2006 (bates D-00575) (Henry-35). |
| PX266 | Letter from Martin Allen to Howard Henry dated February 7, 2006 (bates D-00576) (Henry-35). |
| PX268 | Letter from Howard Henry to Martin Allen dated February 9, 2006 (bates stamps D-00578). |
| PX269 | Letter from Martin Allen to Howard Henry dated February 14, 2006 (bates stamps D-00579) |
| PX270 | Wyeth Employee Profile for Howard Henry dated April 4, 2006 (bates D-00109—D-00111) (Henry-3). |
| PX271 | Resume of Christopher DeFeciani (bates stamps D-000817-88) |
| PX272 | Performance Appraisal for Jean Colas dated April 26, 2006 (bates stamps D-000789- D-000795) |
| PX273 | Resume of Angel Montanez Jr. (bates stampes D-000819-D-000820) |

| | | |
|---|---|---|
| **PX274** | Email Chain between Walter Wardrop and Joanne Rose (bates stamps D-000828-29) | |
| **PX275** | Email from Walter Wardrop to Andrew Schaschl dated 12/7/2003 (bates stamps D-000841-42) | |
| **PX276** | Email from Andrew Schaschl to Walter Wardrop dated 10/14/03 (bates stamps D-000852) | |
| **PX277** | Email from Walter Wardropto Joanne Rose dated 8/27/03 (bates stamps D-000857) | |
| **PX278** | Job Description Worksheet for Production Coordinator position (bates D-00524---D-00527). | |
| **PX279** | Job Description Worksheet for Sr. Process Engineer II position (bates D-00533---D-00537). | |
| **PX280** | EEOC Dismissal and Notice of Rights (Right to Sue letter) in EEOC charge number 160-2006-00276. | |
| **PX281** | Resume of Howard Henry (bates 3320—3322) (Henry-2 | |
| **PX282** | CTC Qualification Procedure Flowchart and CTC Cleaning Notes (bates 1966—1967). | |
| **PX283** | PPU#1 Employee Spreadsheet showing employees' positions within the PPU (bates 1513—1514). | |
| **PX284** | PPU#1 Organizational Flow Chart (bates 2954). | |
| **PX285** | PPU#2 Organizational Flow Chart (bates 2955 | |
| **PX286** | Technology Organizational Flow Chart (bates 2956). | |
| **PX287** | Howard Henry medicals (bates DOC-0002-0012, DOC-0059-0060). | |
| **PX289** | Job Posting for Scientist I (bates stamps D-00379) | |
| **PX290** | Job Posting for Scientist II (bates stamps D-00381 – D-00382) | |
| **PX291** | Memorandum "Replacement of Howard Henry," undated (D-00388) | |
| **PX292** | Chemical and Pharmaceutical Organizational Flow Chart (bates stamps D-00389) | |
| **PX293** | Memorandum "Replacement of Carl Rizzo" "Promotion of Howard Henry," undated (bates stamps D-00392). | |
| **PX294** | Chemical and Pharmaceutical Organizational Flow Chart (bates stamps D-00393 – D-00394). | |
| **PX295** | Employee Spreadsheet showing employees' positions (bates stamps D-00538- D-00539) | |
| **PX297** | Employee Spreadsheet showing employees' positions (bates stamps D-00543- D-00561). | |
| **PX298** | Job Posting for Manager, Manufacturing Support (bates stamps  D-00562) | |
| **PX299** | Job Posting for Staff Engineer I (bates stamps D-00495) | |
| **PX300** | Job Posting for Staff Engineer II (bates stamps D-00496) | |
| **PX301** | Job Posting for Staff Engineer I (bates stamps D-00497) | |
| **PX302** | Job Posting for Staff Engineer II (bates stamps D-00568) | |
| **PX303** | Job Posting for Staff Engineer I (bates stamps D-00569) | |
| **PX304** | Resume of Max J. Katz (bates stamps D-000686) | |
| **PX305** | Resume of Cara L. Muscolo (bates stamps D-000696- D-000697) | |
| **PX306** | Resume and cover letter of James Patch (bates stamps D-000708- D000713) | |

| | | |
|---|---|---|
| PX307 | Internal Resume of Howard Henry (bates stamps D-00565 - D-00567) | |
| PX308 | Workers Compensation, Notice of Decision, WB case number 3051 0842, undated (bates stamps (D-00577). | |
| PX309 | Employees Claim for Compensation (bates stamps D-00587) | |
| PX310 | Letter to Joanne Rose from Walter Wardrop "Summary of 2003 Review Process" (bates stamps D-000592- D000597) | |
| PX311 | Resume of Beelin Cheang (bates stamps D-000685) | |
| PX312 | Resume of Howard Henry (bates stamps D-00395). | |
| PX313 | Letter from Walter Wardrop to Joanne Rose (bates stamps D-000600). | |
| PX314 | Agreement not to compete (bates stamps D-00057) | |
| PX315 | Confidentiality Statement (bates stamps D-00058) | |
| PX316 | Job Description Worksheet for Staff I Engineer (bates stamps D-00507 - D-00508). | |
| PX317 | Job Description Worksheet for Production/Project Engineer (bates stamps D-00509- D-00513). | |
| PX318 | Job Description Worksheet for Production Engineer (bates stamps D-00514-D-00518). | |
| PX319 | Job Description Worksheet for Process Engineer I (bates stamps D-00519 - D-00523). | |
| PX 323 | Report of Solomon Miskin, M.D. dated March 12, 2007 (bates stamps P-Sup-16-19) | |
| PX 324 | Memorandum to All Pearl River Employees dated October 10, 2005 (bates stamps 610-615) | |

Plaintiff reserves the right to introduce any exhibit listed by the Defendants.

Plaintiff reserves the right to amend this list prior to trial, but will not be supplementing this list.

Dated: February 1, 2008

Leeds Morelli & Brown, P.C.
Attorneys for Plaintiff
One Old Country Road, Suite 347
Carle Place, New York  11514
(516) 873-9550


By_____/s/_____
          Steven A. Morelli
          Of Counsel