UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
HOWARD HENRY

                Plaintiff,

    -against-

WYETH PHARMACEUTICALS, INC.,
WALTER WARDROP, ANDREW SCHASCHL
AND MICHAEL MCDERMOTT

                Defendants.
------------------------------------------------------------x



05 CV 08106 (WCC)
**JUDGMENT**

    Whereas the above entitled action having been assigned to the Honorable William C. Conner, U.S.D.J., and a Jury Trial began on February 4, 2008, thereafter on February 15, 2008 the Jury having returned a verdict in favor of Defendants' it is,

    **ORDERED, ADJUDGED AND DECREED:** that the Jury having returned a verdict in favor of Defendants' the case is hereby closed.

So Ordered:

_William C. Conner_
William C. Conner, U.S.D.J.

Dated: White Plains, New York
March _____7_____, 2008

_J. Michael McMahon_
J. Michael McMahon, Clerk of Court

I:\JUDGMENT\HENRY.106.wpd