UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOWARD HENRY,

    Plaintiff,

v.

WYETH PHARMACEUTICALS, INC., WALTER WARDROP, ANDREW SCHASCHL, and MICHAEL McDERMOTT,

    Defendants.

05-CV-8106 (WCC) (LMS)

**NOTICE OF TAXATION OF COSTS**

Please take notice that the within Bill of Costs, along with the within Declaration of James H. McQuade dated March 21, 2008, and all of the exhibits attached thereto, will be presented to the judgment clerk for the United States District Court, Southern District of New York, at the U.S. Courthouse, 300 Quarropas Street, White Plains, New York at 12 p.m. on April 11, 2008, for signature.

Dated:    New York, New York
            March 21, 2008

                              Respectfully submitted,

                              ORRICK, HERRINGTON & SUTCLIFFE LLP

                              By: _____
                                  Michael Delikat
                                  James H. McQuade
                                  Heather A. Glatter

                              666 Fifth Avenue
                              New York, New York 10103-0001
                              Telephone: (212) 506-5000

                              Attorneys for Defendants Wyeth Pharmaceuticals, Inc., Walter Wardrop, and Michael McDermott

OHS EAST:160404884.1