UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOWARD HENRY,

           Plaintiff,

        v.

WYETH PHARMACEUTICALS, INC., WALTER
WARDROP, ANDREW SCHASCHL, and
MICHAEL McDERMOTT,

           Defendants.

05-CV-8106 (WCC) (LMS)

**NOTICE OF TAXATION
OF COSTS**

Please take notice that the within Bill of Costs, along with the within Declaration of James H. McQuade dated March 21, 2008, and all of the exhibits attached thereto, will be presented to the judgment clerk for the United States District Court, Southern District of New York, at the U.S. Courthouse, 300 Quarropas Street, White Plains, New York at 12 p.m. on April 11, 2008, for signature.

Dated:    New York, New York
          March 21, 2008

                    Respectfully submitted,

                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                    By:   *James H. McQuade*

                        Michael Delikat
                        James H. McQuade
                        Heather A. Glatter

                    666 Fifth Avenue
                    New York, New York 10103-0001
                    Telephone: (212) 506-5000

                    Attorneys for Defendants Wyeth Pharmaceuticals, Inc.,
                    Walter Wardrop, and Michael McDermott

AO 133    (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

Southern    District of    New York

HOWARD HENRY,

V.

WYETH PHARMACEUTICALS, INC., WALTER
WARDROP, ANDREW SCHASCHL, and
MICHAEL MCDERMOTT

**BILL OF COSTS**

Case Number: 05-CV-8106 (WCC) (LMS)

Judgment having been entered in the above entitled action on    3/7/2008    against    Plaintiff Howard Henry ,
the Clerk is requested to tax the following as costs:                               Date

| | |
|---|---|
| Fees of the Clerk ............................................................... | $_____ |
| Fees for service of summons and subpoena ......................................... | 975.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 2,401.45 |
| Fees and disbursements for printing ............................................... | _____ |
| Fees for witnesses (itemize on page two) .......................................... | 6,153.55 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............ | _____ |
| Docket fees under 28 U.S.C. 1923 ............................................... | _____ |
| Costs as shown on Mandate of Court of Appeals ................................... | _____ |
| Compensation of court-appointed experts ......................................... | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | _____ |
| Other costs (please itemize) ..................................................... | _____ |
| TOTAL | $ 9,530.00 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒    Electronic service by e-mail as set forth below and/or.

☒    Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney:    _James H. McQuade (JM)_

Name of Attorney:    James H. McQuade

For:    Defendants Wyeth Pharmaceuticals, Inc., Walter Wardrop, & Michael McDermott    Date:    3/24/2008
                                    Name of Claiming Party

Costs are taxed in the amount of    _____    and included in the judgment.

_____        By: _____        _____
Clerk of Court                              Deputy Clerk                                    Date

AO 133    (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Andrew Schaschl, Ireland | | | 1 | 213.00 | | 4,423. | $4,636.63 |
| Andrew Espejo, Puerto Rico | | | 2 | 179.7 | | 1,337. | $1,516.92 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $6,153.55 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
    "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
    "Entry of the judgment shall not be delayed for the taxing of costs."

Michael Delikat
James H. McQuade
Heather Glatter
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 506-5000

Attorneys for Defendants Wyeth Pharmaceuticals,
a Division of Wyeth, Walter Wardrop, and
Michael McDermott

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOWARD HENRY,

                Plaintiff,

            v.

WYETH PHARMACEUTICALS, INC., WALTER
WARDROP, ANDREW SCHASCHL, and
MICHAEL McDERMOTT,

                Defendants.

05-CV-8106 (WCC) (LMS)

**DECLARATION OF
JAMES H. MCQUADE
IN SUPPORT OF
BILL OF COSTS**

I, James H. McQuade, declare:

1.    I am an attorney admitted to practice before this Court and represent Orrick, Herrington & Sutcliffe LLP ("Orrick"), counsel for Defendants Wyeth Pharmaceuticals, Inc. ("Wyeth"), Walter Wardrop and Michael McDermott (together, "Defendants") in the above-entitled action. I submit this Declaration in support of Defendants' request to tax costs. I make this declaration based upon my own personal knowledge and upon the business records of Orrick.

2.    Attached hereto as Exhibit A is a list itemizing the costs that were necessarily incurred in this case and that are allowable by law.

OHS EAST:160403510.4

3.     This action was commenced on or about September 20, 2005, in the United States District Court for the Southern District of New York.

4.     On June 22, 2006, Defendants took the deposition of Plaintiff Howard Henry. Legalink, Inc. provided the court reporter for this deposition. Legalink, Inc. charged Orrick $1,488.30 for the original and one copy of Plaintiff's deposition transcript. Attached hereto as Exhibit B is a true and correct copy of Legalink, Inc.'s invoice dated June 22, 2006 setting forth this cost. Orrick paid Legalink, Inc. $2,152.10, which includes the $1,488.30 for the original and one copy of Plaintiff's deposition transcript, to satisfy this bill. In turn, Wyeth reimbursed Orrick $2,152.10, including the costs of the deposition transcripts ($1,488.30).

5.     On July 25, 2006, Plaintiff took the depositions of Defendants Michael McDermott and Walter Wardrop as well as the depositions of Wyeth employees Peter T. Bigelow and Joanne Rose.  Veritext provided the court reporter for these depositions and charged Orrick a total of $913.15 for one copy of each of these deposition transcripts. Attached hereto as Exhibit C is a true and correct copy of an invoice of Veritext dated August 16, 2006 setting forth these costs. Orrick paid Veritext $931.15, which includes the $913.15 for one copy of each of these deposition transcripts, to satisfy this bill. In turn, Wyeth reimbursed Orrick $931.15, inlcuding for the costs of the deposition transcripts ($913.15).

6.     On December 4, 2006, Defendants filed a motion for summary judgment.  In support of its motion for summary judgment, Defendants submitted to the Court excerpts of the deposition transcripts of Plaintiff Howard Henry, Defendants Walter Wardrop and Michael McDermott, and Wyeth employees Peter Bigelow and Joanne Rose. On July 26, 2007, the Court granted Defendants' motion for summary judgment with respect to two of Plaintiff's promotion discrimination claims and denied the motion for summary judgment with respect to all other

claims. Because the Court used the transcript of the depositions of Plaintiff Howard Henry, Defendants Walter Wardrop and Michael McDermott, and Wyeth employees Peter Bigelow and Joanne Rose in ruling on Defendants' motion for summary judgment, Defendants are entitled to the costs of Plaintiff's deposition transcript, Exhibit B, and the deposition transcripts for Wardrop, McDermott, Bigelow, and Rose, Exhibit C, pursuant to Rule 54.1(c)(2) of the Local Civil Rules of the United States District Court for the Southern District of New York.

7.     On or around February 12, 2008, Defendant served a subpoena in this action on Steven J. Levy, Ph.D. in Nanuet, New York. Plaintiff admitted that he had sought counseling from Dr. Levy in his Response to Defendants' First Set of Interrogatories dated April 21, 2006. In connection with Plaintiff's claim for emotional distress damages, Defendants subpoenaed Dr. Levy to testify at trial on February 13, 2008 about his counseling of Plaintiff and to produce any and all records relating to Plaintiff's medical file. Legal Retrieval Services, Inc. served the subpoena on Dr. Levy and charged Orrick $975.00. Attached hereto as Exhibit D is a true and correct copy of Legal Retrieval Services, Inc.'s invoice dated February 13, 2008 setting forth this cost. Orrick paid Legal Retrieval Services, Inc. $975.00 to satisfy this bill, and Orrick has billed Wyeth for this amount of $975. Defendants are entitled to the costs for the service of this subpoena pursuant to Rule 54.1(c)(10) of the Local Civil Rules of the United States District Court for the Southern District of New York.

8.     Trial in this matter occurred from January 28, 2008 to February 15, 2008 before the Honorable William J. Conner of the United States District Court for the Southern District of New York in White Plains.

9.     On February 7, 2008, Andrew Schaschl, a non-party witness who resides in Ireland, testified at trial. Mr. Schaschl was originally named as a Defendant, but was dismissed

by Order of the Court on February 8, 2006. Mr. Schaschl testified at the trial as a non-party witness. Because Mr. Schaschl resides in Ireland, it was not practical for him to return to his residence from day to day. Mr. Schaschl incurred mileage and subsistence costs totaling $4,636.63. Attached hereto as Exhibit E are true and correct copies of the invoices for Mr. Schaschl's mileage including roundtrip flight from Ireland, rental car, gas, and parking. Notably, Mr. Schaschl's roundtrip flight from Ireland cost €2678.20, which converts to $3974.72 based on the conversion rate on the invoice date, January 31, 2008. Mr. Schaschl's parking cost €47.50, which converts to $68.90 based on the conversion rate on the invoice date, February 11, 2008. Also attached are true and correct copies of the invoices for Mr. Schaschl's subsistence costs capped per diem at $213.00 pursuant to 28 U.S.C. § 1821. I understand that Mr. Schaschl paid these costs and that Wyeth, in turn, reimbursed Mr. Schaschl. Defendants are entitled to costs for this witness' mileage and subsistence pursuant to Rule 54.1(c)(3) of the Local Civil Rules of the United States District Court for the Southern District of New York.

10.    On February 11, 2008, Andrew Espejo, a non-party witness who resides in Puerto Rico, testified at trial. Because Mr. Espejo resides in Puerto Rico, it was not practical for him to return to his residence from day to day. Mr. Espejo incurred mileage and subsistence costs totaling $1,516.92. Attached hereto as Exhibit H are true and correct copies of the invoices for Mr. Espejo's roundtrip flight from Puerto Rico, rental car, tolls, and parking. Also attached are true and correct copies of the invoices for Mr. Espejo's subsistence costs capped per diem at $173.00 pursuant to 28 U.S.C. § 1821. I understand that Mr. Espejo paid these costs and that Wyeth, in turn, reimbursed Mr. Espejo. Defendants are entitled to costs for this witness' mileage and subsistence pursuant to Rule 54.1(c)(3) of the Local Civil Rules of the United States District Court for the Southern District of New York.

11.    All of the costs mentioned in this Declaration and listed in Defendants' Bill of

Costs are allowable by law, are correctly stated, and were necessarily incurred.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 21, 2008 at New York, New York.

_James H. McQuade_

James H. McQuade

# EXHIBIT A

## <u>ITEMIZATION OF COSTS</u>

1.  Fees of the Court Reporter for Deposition Transcript of          $ 1,488.30
    Plaintiff Howard Henry (Exhibit B)

2.  Fees of the Court Reporter for Deposition Transcripts of          $  913.15
    Michael McDermott, Walter Wardop, Peter Bigelow, and
    Joanne Rose (Exhibit C)

3.  Fees for Service of Summons and Subpoena (Exhibit D)              $  975.00

4.  Fees for Witnesses (Exhibits E and F)                            $ 6,153.55


    TOTAL                                                            $9,530.00

# EXHIBIT B

# LEGALINK, INC.

MERRILL LEGAL SOLUTIONS

25 W 45th Street , Suite 900
New York, New York 10036

Phone: (212) 557-7400
Fax: (212) 692-9171

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 18056958 | 06/22/2006 | 1801-77220 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/12/2006 | SCHOGA | 05CV8106 |

| CASE CAPTION |
|---|
| (Wyeth) Howard Henry vs. Wyeth Pharmaceuticals, Inc. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

James H. McQuade, Esq.
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
23rd floor
New York, NY 10103-0001

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
Howard A. Henry

| | | | |
|---|---|---|---|
| EXHIBITS | 363 Pages @ | 4.10/Page | 1,488.30 |
| ATTENDANCE | 258 Pages @ | .10/Page | 25.80 |
| Interactive RealTime | | | 108.00 |
| RT Connection Fee (LLT) | 330.00 Pages @ | 1.50/Page | 495.00 |
| Delivery Local - Regular | | | n/c |
| | | | 35.00 |

TOTAL DUE  >>>>                2,152.10

Wyeth Matter Number# : 20051363

**LegaLink Manhattan now has a new payment address. Please send your payments to:

LegaLink Manhattan
PO BOX 34781
Newark, NJ 07189-4781

For your convenience, LegaLink Manhattan now accepts Visa/Mastercard.

TAX ID NO.: 20-2665382

(212) 506-5000   Fax (212) 506-5151

*Please detach bottom portion and return with payment.*

James H. McQuade, Esq.
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
23rd floor
New York, NY 10103-0001

Invoice No. : 18056958
Date        : 06/22/2006
**TOTAL DUE** :   2,152.10

Job No.  : 1801-77220
Case No. : 05CV8106
(Wyeth) Howard Henry vs. Wyeth Pharm

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384

# EXHIBIT C

FEB-28-2008 11:40 FROM:   OHS INFO- Fax Received: 02/28/2008 11:56AM * Pg 1/1   TO:912125065151   P.1/1

## Veritext New York Reporting Co.,
## A Veritext Company

1350 Broadway, Suite 1407
New York, NY 10018
Tel (212) 267-6668
Fax (212) 608-1616

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

Bill To: James H McQuade Esq
Orrick Herrington & Sutcliffe Esqs
666 Fifth Ave Flr 2
New York, NY 10103

*[handwritten: Pls To: Chris Reitz Fax No: 212-506-5151 From: Gen Date: 2/27/8 P 52]*

Invoice #:        NY128417
Invoice Date:    08/16/2006
Balance Due:        $0.00

Case: Henry, Howard v. Wyeth Pharmaceutical
Job #: 122716  |  Job Date: 7/25/2006  |  Delivery. Normal
Billing Atty: James H McQuade Esq
Location: Orrick Herrington
666 5th Ave | 23rd Floor | New York, NY

| Item | Witness | Description | Units | Qty | Price | Amount |
|------|---------|-------------|-------|-----|-------|--------|
| 1 | Peter T. Bigelow | Transcript - copy | Page | 58.00 | $3.15 | $182.70 |
| 2 | Michael McDermott | Transcript - copy | Page | 76.00 | $3.15 | $239.40 |
| 3 | Joanne Rose | Transcript - copy | Page | 62.00 | $3.15 | $195.30 |
| 4 | Walter Wardrop | Transcript - copy | Page | 85.00 | $3.15 | $267.75 |
| 5 | | Transcripts/Exhibits (if applicable) on CD | | 1.00 | $28.00 | $28.00 |
| 6 | | Shipping & handling | Package | 1.00 | $18.00 | $18.00 |

Notes:

Invoice Total:   $931.15
Payment:   ($931.15)
Credits:
Interest:   $0.00
Balance Due:   $0.00

Fed Tax ID: 20-3132569   Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**THIS INVOICE IS 561 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

Make check payable to Veritext New York Reporting Co.
☐ Visa ☐ MC ☐ Amex ☐ Discover

Credit Card #        Exp. Date

(PRINT NAME AS IT APPEARS ON CREDIT CARD)

(PRINT NAME AS IT APPEARS ON CREDIT CARD)

Invoice #:    NY128417
Job #:    122716
Invoice Date:   08/16/2006
Balance :    $0.00

Please remit payment to:
Veritext New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola, NY 11501

# EXHIBIT D

# LEGAL RETRIEVAL SERVICES, INC.

1650 Broadway, Suite 1010
New York NY 10019
(Tel) (212)-956-2222
(Fax) (212)-956-3016

Orrick Herrington & Sutcliffe, LLP
666 Fifth Ave. (23 FL.)
New York NY 10103-0001
ATTN: Thomas Backiel



Client ID: Orrick

Date:     February 13, 2008

Invoice #: 20994

|  |  | Amount |
|---|---|---|
| | k8 | |
| 1/30/08 | Service of Supoena upon Steven J. Levy, Ph.D @ 115 East Allison Avenue - Nanuet, New York <br> Attempt #1 - 1/31/08 9 a.m. - 12 p.m. <br> Attempt #2 - 2/1/08 <br> Attempt #3 - 2/12/08  SERVED <br> Howard Henry vs. Wyeth Pharmaceutical, Inc. <br> Case # 05CV-8102 <br> Called in by Tom Backiel | 750.00 |

SUBTOTAL:                                        [   750.00]

Q50517

Service Fee Sub-Total                                        $750.00

|  |  | Hrs/Rate |  |
|---|---|---|---|
| | k8 | | |
| 1/30/08 | Research Time/ Stake out time to perform a Service of Supoena upon Steven J. Levy, Ph.D @ 115 East Allison Avenue - Nanuet, New York <br> Attempt #1 - 1/31/08 9 a.m. - 12 p.m. <br> Attempt #2 - 2/1/08 <br> Attempt #3 - 2/12/08  SERVED <br> Howard Henry vs. Wyeth Pharmaceutical, Inc. <br> Case # 05CV-8102 <br> Called in by Tom Backiel | 3.00 <br> 75.00/hr | 225.00 |

SUBTOTAL:                                 [   3.00      225.00]

Total For Preceeding Billing Entries              3.00       $225.00

Thomas Backiel

Invoice# 20994

Page    2

**Amount**

Total of Billing and Interest

$975.00

# EXHIBIT E

**American Express International Inc.**
Corporate Services,
61-63 South William Street,
Dublin 2.



**Corporate Services**

WYETH NEWBRIDGE
NEWBRIDGE
CO KILDARE ROI

# COPY INVOICE

| | | | | |
|---|---|---|---|---|
| N°: | 4118490 | Passenger: | SCHASCHL/ANDREW | |
| Date: | 31/01/2008 | Dossier: | 457103 | |
| Our Ref.: | 63076 | Customer: | 01685111 | |
| Pages: | 2 | Ordered by: | ANDREW SCHASCHL 3534543 | |

| | | | |
|---|---|---|---|
| Destination: | NEWARK | Departure: | 04/02/2008 |
| Passenger: | SCHASCHL/ANDREW | | |

| | | | |
|---|---|---|---|
| Product: | International Air ticket | Ref: | EJRHFW |
| From: | 04/02/2008 | Form of payment: | AX XXXXXXXXXX1001 |
| Ticket No: | 005 5267753307/1 | Until: | 08/02/2008 |
| | | Airline: | CONTINENTAL AIR |

| | | | | | | | Number | Amount | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 1 | 2614 22 | 2614 22 EUR |

| Air Fare Savings: | Used | Normal | Lowest | Reason | Saving |
|---|---|---|---|---|---|
| | C | 3214 22 | 2614 22 | L | 600 00 |

| | | | |
|---|---|---|---|
| 04/02/2008 | DUBLIN | | NEWARK |
| 07/02/2008 | NEWARK | | DUBLIN |

| | | | |
|---|---|---|---|
| Supplier: | HERTZ | Ref: | EJRHFW |
| Product: | International Car rental | Number of Days: | 4 |
| From: | 04/02/2008    NEWARK | | |
| Until: | 07/02/2008    NEWARK | | |
| Category: | INTERMEDIATE, 2/4 DOOR, AUTOMATIC, AIR CON | | |

| | | Number | Amount | |
|---|---|---|---|---|
| | | 4 | 0 00 | 0 00 EUR |

| | | | |
|---|---|---|---|
| Supplier: | AMERICAN EXPRESS INTL INC | Ref: | |
| Product: | Fee Air International E-ticket | | 457103 |

| | Number | Amount | |
|---|---|---|---|
| | 1 | 42 43 | 42 43 EUR |

| | | | |
|---|---|---|---|
| Supplier: | AMERICAN EXPRESS INTL INC | Ref: | |
| Product: | Fee Car Automated Booking | | 457103 |

| | Number | Amount | |
|---|---|---|---|
| | 1 | 21 55 | 21 55 EUR |

**American Express International Inc.**
Corporate Services,
61-63 South William Street,
Dublin 2.



**Corporate Services**

| | |
|---|---|
| Invoice N°: | 4118490 |
| Page: | 2 |

Payment Condition:    CARD PAYMENT

| | |
|---|---|
| Total Paid | 2678 20 EU |
| | -2678 20 EU |
| Balance | 0 00 EU |

| Charged to card | AX | XXXXXXXXXXX1001 | Amount: | | |
|---|---|---|---|---|---|
| Charged to card | AX | XXXXXXXXXXX1001 | Amount: | 2614 22 | EUR |
| Charged to card | AX | XXXXXXXXXXX1001 | Amount: | 42 43 | EUR |
| | | | | 21 55 | EUR |

Customer Information:

| | |
|---|---|
| U1 : | CO |
| U2 : | 1451900 |
| U3 : | DUBEWR |
| U4 : | GDSGDS |
| U5 : | 2614 22 |

NEWARK LIBERTY AIRPORT

## RR 576982615          #01
## ANDREW
## SCHASCHL

VEHICLE: 01897/5552823
OWNEUR    LIC: PA  GBR1447
FUEL:  8/8 OUT 8/8 IN
COP: 547893 -WYETH EUROPA

RES: D91008360F0 /100017 C
COMPLETED BY: 7456 /NJNEW11

RENTED:  NEWARK AIRPORT
RENTAL:  02/04/08  11:31
RETURN:  02/07/08  19:39

PLAN IN:    CRL    RATE CLASS: C
PLAN OUT:   CRL

MILES IN:   2966   TR-X MILES'
MILES OUT:  2565   MILES ALLOWED
MILES DRIVEN: 401  MILES CHARGED

DAYS     4 @ $   66.00 / DAY  $  264.00
SUBTOTAL              T$  264.00
CONCESSION FEE RECOVERY  T$  29.30
LDW        INCLUDED IN CRL  RATE
LIS              DECLINED
PAI, PEC         DECLINED
PERCENT FEE                 $  23.20
TAX/VLC 7.745% ON           $  22.70
293.30
NET DUE                     $  339.20
PAID BY  VISA XXXXXXXXXXXX9652

```
HOW WAS YOUR EXPERIENCE?
WE'D LIKE YOUR FEEDBACK.

1)  Call 1-800-278-1595, or
    Visit WWW.HERTZSURVEY.COM

2)  Enter Access Code:  01902

3)  Take Brief 4 Question Survey


THANK YOU FOR RENTING FROM
```
## HERTZ



EXXON EXPRESS PAY

DJ'S SMOKERISE
EXXON...

DLR# 4703641
SMOKE RISE EXX
RAMSEY          NJ
02/07/08    18:55
                 ACCT8
VISA XXXXXXX9652 96S
INV# NEX7594
AUTH# 043507
PUMP# 2
Regular        14.581b
SELF
PRICE/GAL       32.799
FUEL TOTAL      040.01

TAX              0.

# Your Transactions

Transactions on Credit Card ( EUR) since your last statement.

| Date | Details | Amount |
|------|---------|--------|
| 07 FEB 2008 | CHILI'S GRI71700007179 NANUET US | 20.02 |
| | 28.78USD | |
| | | RATE 1.4376 |
| 11 FEB 2008 | EXXONMOBIL 47035413 RAMSEY US | 28.66 |
| | 40.81USD | |
| | | RATE 1.4239 |
| 11 FEB 2008 | HERTZ RENT-A-CAR NEWARK US | 238.22 |
| | 339.20USD | |
| | | RATE 1.4239 |
| 11 FEB 2008 | THE RITZ-CARLTON WESTCHSTWESTCHESTER US | 226.77 |
| | 322.90USD | |
| | | RATE 1.4239 |
| 11 FEB 2008 | DUBLIN AIRPORT AUTHORITY SHANNON IE | 47.50 |
| 18 FEB 2008 | DIRECT DEBIT PAYMENT. THANK YOU. | -129.07 |

| Previous Balance | Cash Advances | Purchases | Credits/Payments | Current Balance | Credit Available |
|------------------|---------------|-----------|------------------|-----------------|------------------|
| 129.07 | 0.00 | 606.40 | 129.07 | 606.40 | 4393.60 |



THE RITZ-CARLTON℠
WHITE PLAINS

Mr. Andrew Schaschl
666 5th Ave
New York, NY 101030001
United States

| Room Number: | 0732 |
|---|---|
| Arrival Date: | 02/06/08 |
| Departure Date: | 02/07/08 |
| CRS Number: | 82146912 |
| Page No: | 1 of 1 |

**INFORMATION INVOICE**

Folio No:

02/07/08

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 02/06/08 | Overnight Parking | | 25.00 | |
| 02/06/08 | Room Charge | | 249.00 | |
| 02/06/08 | Occupancy Tax | | 7.47 | |
| 02/06/08 | NY Sales Tax | | 19.61 | |
| 02/07/08 | In Room Dining | #732 : CHECK #2088 | 21.82 | |
| | **Total** | | 322.90 | 0.00 |
| | **Balance** | | 322.90 | |

Three Renaissance Square, White Plains, NY 10601
Tel. (914) 946-5500 Fax. (914) 467-5800 www.ritzcarlton.com

# EXHIBIT F



U.S. BANK
P.O. Box 6343
Fargo, ND 58126-6343

68603R23

**ACCOUNT NUMBER**

**AMOUNT DUE**

2

ANDREW S ESPEJO
401 N MIDDLETOWN RD
PEARL RIVER NY 10965-1215

| AMOUNT ENCLOSED |
|---|
| $ |

*Please make check payable to:*
CORPORATE PAYMENT SYSTEMS

CORPORATE PAYMENT SYSTEMS
P.O. BOX 790428
ST. LOUIS, MO 63179-0428

PLEASE MAKE ANY ADDRESS CHANGES
ON THE BACK OF THE PAYMENT PORTION
DETACH RETURN UPPER PORTION WITH PAYMENT

## MESSAGES:

| TRAN DATE | POST DATE | MCC CODE | TRANSACTION DESCRIPTION | REFERENCE # | AMOUNT |
|---|---|---|---|---|---|
| 02-08 | | | ALAMEDA MEXICAN RESTAURA GOSHEN NY | 2445182849199300140171 | |
| 02-09 | 02-11 | 5812 | CASSARINOS PROVIDENCE RI | 24013390041010098909124 | 86.28 |
| 02-09 | 02-11 | 5542 | 84 QUIK STOP Q39 NEW HAMPTON NY | 24610438041004083180973 | 28.00 |
| 02-11 | 02-13 | 3357 | HERTZ RENT-A-CAR NEWBURGH NY 573261546 | 24275308043753579261544 | 648.82 |
| 02-11 | 02-13 | 3509 | MARRIOTT 337E5 NEWARK ARP NEWARK NJ 6072030630009    ARRIVAL: 02-11-08 | 24610438043004083026844 | 84.62 |
| 02-13 | 02-14 | 3509 | MARRIOTT 337E5 NEWARK NEWARK NJ 30120252730008    ARRIVAL: 02-11-08 | 24610438044004079031062 | 286.92 |
| 01-30 | 02-01 | 3063 | USAIRWAYS C377108069045 PHOENIX AZ ESPEJO/ANDREW    DEPARTURE: 02-07-08 SJU US T PHL US T SWF US K PHL US K SJU | 24792628031246901103442 | 417.30 |
| 02-08 | 02-11 | 3061 | CONTINENTAL 0057110141206 PHOENIX AZ ESPEJO/ANDREW    DEPARTURE: 02-12-08 EWR CO G SJU | 24792628040024690001471.1 | 237.02 |

---

| CUSTOMER SERVICE CALL 1-800-344-5696 | | |
|---|---|---|
| TO ENSURE PROPER CREDIT PLEASE RETURN UPPER PORTION WITH PAYMENT | | |

ACCOUNT NUMBER

| PLEASE MAIL BY | STATEMENT DATE |
|---|---|
| 03/17/08 | 02/25/08 |

SEND PAYMENTS TO:
CORPORATE PAYMENT SYSTEMS
P.O. BOX 70428
ST. LOUIS, MO 63179-0428

SEND BILLING INQUIRIES TO:
CORPORATE PAYMENT SYSTEMS
P.O. BOX 6344
FARGO, ND 59126-6344

| ACCOUNT SUMMARY | |
|---|---|
| PREVIOUS BALANCE | $0.00 |
| PAYMENTS | |
| PURCHASES & OTHER CHARGES | |
| CASH ADVANCES | $0.00 |
| DISPUTE AMOUNT | $0.00 |
| CREDITS | $0.00 |
| LATE PAYMENT CHARGES | $0.00 |
| CASH ADVANCE FEES | $0.00 |
| NEW BALANCE | |

Page 1 of 1

HOTELS & RESORTS
HOTELS & RESORTS

**NEWARK AIRPORT MARRIOTT**

GUEST FOLIO

GUEST FOLIO

| 856 ESPEJO/ANDREW | | | 02/12/08 12:00 | 13901 |
| ROOM Room   NAME | | RATE Rate | DEPART         TIME | ACCT# |
| DDBS | | | 02/11/08 18:43 | |
| TYPE Type | | | ARRIVE          TIME | |
| 16 | | PASSPORT: | | |
| ROOM CLERK | | | | |
| Room Clerk   ADDRESS | | PAYMENT Payment | | MR#: |

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE |
|------|-----------|---------|---------|---------|
| 02/11 | VALETPRK | X3079910 | 27.00 | |
| 02/11 | ROOM | 856, 1 | 228.00 | |
| 02/11 | STATE TX | 856, 1 | 15.96 | |
| 02/11 | CITY OCC | 856, 1 | 13.68 | |
| 02/11 | ST OCCUP | 856, 1 | 2.28 | |
| 02/12 | BK CARD | | $286.92 | |

TO BE SETTLED TO:   VISA          CURRENT BALANCE  .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT,
PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON YOUR
TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

WANT YOUR FINAL HOTEL BILL BY EMAIL? JUST ASK THE FRONT DESK!
SEE "INTERNET PRIVACY STATEMENT" ON MARRIOTT.COM

**Marriott.**
HOTELS & RESORTS

NEWARK AIRPORT MARRIOTT
NEWARK INTERNATIONAL
NEWARK :, NJ  07114

This statement is your only receipt. You have agreed to pay in cash or by approved personal charge to charge your credit card for all amount... Using your ... you, The amount shown to your credit card company ... credit card company will ... are direct billed, in the event payment is not made within 25 days after check-... per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X
7 2955  Rev. 09/07

```
        WELCOME
    84 QUICK STOP
      RTE. 17M NY
  220:9541048-01
  84 QUIK STOP
  5084 ROUTE 17M
  NEW HAMPTON    NY
  VISA
  REF # 9820070012 4
  DATE 02/09/08  07:56
  PUMP #     02
  PRODUCT     UNLD
  GALLONS     8.808
  PRICE/G:    $3.179
  FUEL SALE   $28.00
  APPROVAL # 559012


      THANK YOU
  HAVE A NICE DAY
  PLEASE COME AGAIN
```

```
              SBARRO
      * PHILADELPHIA AIRPORT III *
              TERMINAL F
          PHILADELPHIA Airport, PA
              215-365-3622

Host: MST                      02/07/2008
2269                              7:49 PM
                                  20270

PN-Veggie Slice                      4.29
Btl Water                            2.19

Subtotal                             6.48
Tax                                  0.30

Eat In Total                        6.78
Cash                                 7.00
Change                              0.22

        Celebrating Fifty Years
        Over 1000 Locations
        World's #1 Italian
        Quick Service Restaurant

          --- Check Closed ---
```

```
***** CREDIT CARD VOUCHER *****
****************************************
NEWARK LIBERTY AIRPORT MARRIOTT
        Newark, NJ
      JW's Steakhouse
CHECK:      3392
TABLE:      91/1
SERVER:     305 EDWIN
DATE:       11FEB'08  8:11PM
CARD TYPE:  VISA/MASTERCARD
ACCT #:     XXXXXXXXXXXX5565
EXP DATE:   XX/XX
AUTH CODE:  016481
      ANDREW S ESPEJO

SUBTOTAL:                    70.62

GRATUITY $

TOTAL       $

SIGNATURE   X

  please leave signed copy
      with your server
```

Coll. #01111 LANE 12
02/11/08 06:25:14am
PLAZA HARR/ANN**xx
Coll. CL-0 CACH$  1.00

Coll. #15:34 LANE 043
02/11/08 C?:15:28am
PLAZA TAP/L TERM 09:
CLASS 21+0 CACH$  .50

Coll. #03104 LANE 043
02/02/08 10:21:40am
PLAZA L-PPAN 15E&XXXX
CLASS CL+0 1-0 F$  #.50



Coll. #04633 LANE 10U
02/03/08 05:51:25PM
PLAZA HEOOTHAH*xxx*
L-01 CL  CACH$  1.00

PRINTED IN U.S.A. · KAYMAL.COM (212) 594-5718

08707

<u>DECLARATION OF SERVICE</u>

I, Heather A. Glatter, hereby declare that I am over eighteen years of age, not a party to this action; and I am employed by Orrick, Herrington & Sutcliffe LLP, 666 Fifth Avenue, New York, New York 10103.

On March 24, 2008, I caused to be served by first class mail and email on counsel for Plaintiff a true and correct copy of the foregoing DEFENDANTS" NOTICE OF TAXATION OF COSTS, BILL OF COSTS, and DECLARATION OF JAMES H. McQUADE IN SUPPORT OF BILL OF COSTS addressed as follows:

> The Law Office of Steven A. Morelli
> One Old Country Road, Suite 347
> Carle Place, NY  11514

Executed on March 24, 2008 at New York, New York.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Heather A. Glatter