UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
HOWARD HENRY,

    Plaintiff,                                              AFFIDAVIT OF SERVICE

  against                                                          Docket No.: 05-CV-8106

WYETH PHARMACEUTICALS, INC., et al.

    Defendants.
----------------------------------------------------------------X

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF NASSAU    )

    CHRISTOPHER MORELLI, being duly sworn, deposes and says that I am not a party to this action, am over 18 years of age and reside in Manhasset, New York..

    On March 26, 2008. I served a copy of the within Notice of Appeal, via overnight delivery, enclosed in a post-paid wrapper in an official depository under the exclusive care and custody of DHL within New York State, addressed to each of the following persons at the last known address set forth after each name:

    Orrick Herrington & Sutcliffe, LLP
    James H. McQuade, Esq.
    666 Fifth Avenue
    New York, NY 10103

                                                                               _____
                                                                               CHRISTOPHER MORELLI

Sworn to before me this
26th day of March, 2008

_____
Notary Public

ERIC TILTON
NOTARY PUBLIC-STATE OF NEW YORK
No. 02TI6169735
Qualified in Nassau County
My Commission Expires July 02, 2011