Fee Paid
$455.00
E 641899
ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
HOWARD HENRY,

                Plaintiff,

   -against-

WYETH PHARMACEUTICALS, INC., WALTER
WARDROP, ANDREW SCHASCHL,
and MICHAEL MCDERMOTT,

                Defendants.
-----------------------------------------------------------------x

05-cv-8106 (WCC)

**NOTICE OF APPEAL**

FILED 2008 MAR 26 P 1:4 S.D. OF N.Y. W.P. U.S. DISTRICT COURT

Notice is hereby given that Howard Henry, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered March 7, 2008.

Dated: Carle Place, New York
       March 20, 2008

Respectfully submitted,

_____
Steven A. Morelli (SM 4721)
The Law Office of Steven A. Morelli, P.C.
*Attorneys for Plaintiff*
One Old Country Road, Suite 347
Carle Place, New York 11514
(516) 393-9151



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
HOWARD HENRY

                Plaintiff,

   -against-

WYETH PHARMACEUTICALS, INC.,
WALTER WARDROP, ANDREW SCHASCHL
AND MICHAEL MCDERMOTT

                Defendants.
-----------------------------------------------------------------x



**05 CV 08106 (WCC)**
**JUDGMENT**

     Whereas the above entitled action having been assigned to the Honorable William C. Conner, U.S.D.J., and a Jury Trial began on February 4, 2008, thereafter on February 15, 2008 the Jury having returned a verdict in favor of Defendants' it is,

     **ORDERED, ADJUDGED AND DECREED:** that the Jury having returned a verdict in favor of Defendants' the case is hereby closed.

So Ordered:

_William C. Conner_
William C. Conner, U.S.D.J.

Dated: White Plains, New York
March ___7___, 2008

_J. Michael McMahon_
J. Michael McMahon, Clerk of Court

I:\JUDGMENT\HENRY.106.wpd